# EXHIBIT C

Attorney General Koblenz | Postfach | 56065 Koblenz

Deinhard Passage 1
D-56068 Koblenz
Telephone: 0261 1307-0
Fax: 0261 1307-38515

21.09.2025

United States Department of Justice
Criminal Division,
Office of International Affairs
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

| **My File Number** | **Your letter of** | **Contact person/e-mail** | **telephone** |
|---|---|---|---|
| 51 Js 1347/22 | | Ms. Schüler | |
| Please always specify! | | | |

**Extradition relations with the United States of America in criminal matters in the preliminary proceedings of the Attorney General's Office in Koblenz against Guy Mizrachi and others on the basis of the Extradition Treaty of 20 June 1978 between the Federal Republic of Germany and the United States of America in conjunction with the Additional Treaty to the Extradition Treaty between the Federal Republic of Germany and the United States of America of 21 October 1986 and in conjunction with the Second Additional Treaty to the Extradition Treaty between the Federal Republic of Germany and the United States of America of 18 April 2006**

**Attachments:**
**Translation of this request**
**Arrest Warrant Local Court Koblenz in international form and translation**
**German law and translation**

Dear ladies and gentlemen,

the Koblenz Prosecutor General's Office – Central Cybercrime Office – is conducting a trial against the accused

**Guy Mizrachi,**
**born on**  **1970,**
**Nationality: American**
**resident:** ███████████ **Agoura Hills, California** ████ **USA**

a preliminary investigation on the grounds of suspicion of computer fraud on a gang and commercial basis in accordance with Section 263a(1), (2), 263(5) of the Criminal Code, money laundering on a gang and commercial basis in accordance with Section 261(1)(2), (5), (7) of the Criminal Code and the formation of a criminal organization abroad in accordance with Section 129(1), (5) of the Criminal Code, Section 129b(1) of the Criminal Code.

EXT-MIZRACHI-01123

**It is intended to execute arrest warrants, search warrants and asset arrests against the accused referred to in this request as part of an International Action Day on <u>04 November 2025</u> involving the American, Canadian, Singapore, British, Cypriot, Luxembourg and German authorities. It is therefore requested that the provisional arrest be carried out in coordination with the above authorities during the Action Day.**

According to the information available here, the accused Guy Mizrachi is in the United States of America. It is registered at ███████████████ Agoura Hills, CA, ███████ ███

## object of the request

On 13 May 2025, the Koblenz District Court issued an arrest warrant against the accused Guy Mizrachi (file number: 30 Gs 3997/25) on the grounds of urgent suspicion of forming a criminal organization abroad in one case, of computer fraud on a gang and commercial basis in 9,698,629 cases, of which 7,708,879 cases remained in the trial, and of suspicion of money laundering on a gang and commercial basis in 85,204 cases.

I respectfully request the **provisional arrest** of the accused Guy Mizrachi **for extradition and subsequent extradition** of the accused for prosecution on the basis of the extradition treaty of 20 June 1978 between the Federal Republic of Germany and the United States of America in conjunction with the amendment to the extradition treaty of 21 October 1986 between the Federal Republic of Germany and the United States of America and in conjunction with the second amendment to the extradition treaty of 18 April 2006 between the Federal Republic of Germany and the United States of America.

The request is based on the arrest warrant of the Koblenz District Court mentioned above.

## Presentation of the facts and sworn statement by the prosecutor in charge of the proceedings

The proceedings are based on the following facts. The following statement of facts also constitutes the sworn statement of the competent public prosecutor on the facts and the course of the proceedings in the case.

The below affidavit supports the extradition of the following persons:

1. Guy Mizrachi – (WebOps)
2. Ardeshir Seyed Akhavan– (WebOps)

3. Medhat Mourid– (WebOps)
4. Tunde Benak– (WebOps)
5. Katiuska Cruz – (WebOps)

**Introductory summary:**

A large group operated as a global criminal organization that falsified subscriptions to "services" that were not provided, fraudulently charged debit and credit cards for those nonexistent services through German payment service processors, and returned the wrongly charged money to the participants in the global criminal organization.  This organization consisted of several networks.

As an initial matter, the United States investigated and prosecuted members of this group for similar activity.[1]  As a result of that investigation and prosecution, U.S. authorities gathered evidence and information that they shared with German authorities in response to a request from German authorities. German authorities took that evidence and information, which is referenced in this request, and together with our own investigations discovered the wide-ranging activities of this global criminal organization that are charged in this case.

This case concerns two of those fraudulent networks. The first network is called WebOps and specializes in the operation of fictitious Internet sites in the field of pornography, and the second network is called FSX and specializes in the operation of fictitious Internet sites in the field of dating. Both of those networks operated under a group structure led by an overarching head company.

This summary describes the scheme operated by the WebOps network, its criminal activity, its members and how they were identified as engaging in criminal activity, and the German charges faced by the members of the network. A separate summary describes the scheme operated by the FSX network.

**The WebOps network and its Scheme**

As explained in the arrest warrant, between 23 March 2016 and 9 July 2021, the accused Guy Mizrachi (hereinafter, Mizrachi), together with the now-deceased, former accused Ray Akhavan and the accused Medhat Mourid, Kathiuska Cruz, Ardeshir Akhavan (hereinafter, A. Akhavan), and Tunde Benak (collectively the Accused WebOps Members) operated an elaborate scheme described below.

The Accused WebOps Members and others accused in this case deceived German banks into processing more than 195 million euros in credit and debit card payments for the purchase of "services" that the card holders did not order and often were unaware they were being charged for. The charges the customers faced were disguised as payments to phony online merchants (hereinafter, the phony merchants), including transactions that appeared to be for pornographic and adult entertainment sites.  To accomplish this deceit, the Accused WebOps Members relied on third-party payment processers (hereinafter, the German payment service processors) who

---

[1] See *United States v. Hamid Akhavan, a/k/a "Ray Akhavan," and Ruben Weigand*, 1:20-cr-00188-JBR (SDNY 2020).  See also Southern District of New York | Two Architects Of Fraudulent Scheme Sentenced For Processing Over $150 Million Through U.S. Financial Institutions | United States Department of Justice, dated June 21, 2021.

EXT-MIZRACHI-01125

worked with the Accused WebOps Members and others to create phony offshore corporations and websites related to those offshore corporations.  The German payment service processors were convinced to honor charges made by the fraudulent networks by others accused in this Scheme, thereby ensuring that the phony merchants and the fake websites operated through them were "onboarded" at the German payment service processors, which made them seem to be legitimate businesses charging for services rendered. As a result, the fraudulent networks could charge the credit card holders.

The Accused WebOps Members also attempted to secure another circa 666 million euros of credit and debit card purchases, which were ultimately declined.  Both the completed and the attempted transactions together are "the Scheme".

A total of at least 9,698,629 subscriptions were improperly charged via the WebOps network between 23 March 2016  and 9 July 2021. In 1,989,750 cases, the Accused WebOps Members and others succeeded in unfairly charging the credit cards of the damaged credit card holders and thereby causing a total damage of 195,660,340.83 euros. In addition, in 7,708,879 cases, the Accused WebOps Members and others submitted fictitious subscriptions to the German payment service processors amounting to a total of 666,057,249 euros. For these transactions, the credit card was not charged because the data used by the accused were either outdated or incorrect or the credit card limit was exhausted. Each transaction nonetheless was tantamount to an "attempt" at commercial or bank fraud.

**The Scheme** worked as follows:

- *Phishing and other methods to obtain credit card information used for adult entertainment and porn sites*:

An analysis of the internal communications made available by German payment service processors and testimony from credit card holders shows that, from 2014 to 2022, there were several methods that the Accused WebOps Members used to obtain credit card data.  First, there were large phishing attacks in which cardholders clicked on banner ads, downloaded Internet games, or registered for sweepstakes and potential fake shops on various occasions, such that their data was appropriated by the Accused WebOps Members. Second, they purchased the data on the Darknet. Third, there were data leaks after a ransomware attack by a hacking community. In this cases the hacker publish or auction the stolen files on the darknet. This is often done an dedicates "leak sites" where criminal groups post samples of the stolen data as proof.

- *Shell companies in the UK and elsewhere pretended to be legitimate merchants*:

The WebOps network was a part of a complex group-like corporate structure consisting of a large number of letterbox companies in the United Kingdom, Cyprus, Luxembourg, Canada and the United States, through which 486 front companies operated at least 1,066 Internet pages.  Each phony merchant ran five to seven webpages. The webpages were created and deployed to lend legitimacy to the phony merchants.  The phony merchants typically had web pages suggesting that they were involved in selling legitimate services from adult entertainment; yet, these companies were actually being

EXT-MIZRACHI-01126

used to facilitate the approval and processing of service charges: No services were ever provided.  The Accused WebOps Members' Scheme even involved fake visits to those websites to make it appear as though the websites had real customers and were operating legitimate online businesses.

It was noticeable that the websites operated by the phony merchants could not be found on the Internet by means of an ordinary search engine such as "Google" or "Bing". The pornographic content pages were designed in almost identical ways in terms of their design and menu navigation.

- *Phony merchants charged victims' credit cards, mostly Visa and MasterCard*:

It is apparent, from the interviews carried out with the cardholders concerned, that their credit card data were improperly used to subscribe to the use of pornographic material on the websites in question -- without the cardholders having used a service. As a result, presumed monthly subscriptions of up to 50 euros were billed via these credit cards, often over a period of several years and often several times per month for various subscriptions. In the course of the investigation, it was possible to determine which of the fake websites operated by the Accused WebOps Members collected which amounts via which credit cards. In the majority of cases, the witnesses did not notice that they had been harmed, as their credit card statement contained only cryptic descriptors and no reference to the corresponding website. Credit card holders were affected worldwide, with US injured parties being the largest group.

An investigation of the phony merchants and the headquarters of their businesses revealed that they had been set up in groups and that their business addresses often led to single-family homes or referred to purely virtual offices. In addition, there are results from "know-your-customer" audits of a German payment service processor which show that managers of these businesses were already at retirement age and could not describe the business model or the financial background of the companies purportedly managed by them, underscoring that these managers were not actually managing anything at the merchants.  The merchants were in fact phony and not conducting legitimate business.

- *The issuing banks allowed the phony merchants to set up accounts to process credit and debit card transactions:*

Mizrachi, A. Akhavan, and others worked to create these phony merchant accounts purportedly selling online adult entertainment and pornography and then established Visa and MasterCard merchant processing accounts with one or more offshore acquiring banks.  They next arranged for more than a dozen phony merchants to process debit and credit card purchases of online adult entertainment and pornography.  Many of the phony merchants claimed to maintain Germany-based customer service numbers---which lent them legitimacy---despite being based outside of Germany.

- *The German payment processors accepted credit card charges*, *based on trust in the issuing banks*:

EXT-MIZRACHI-01127

According to the current state of investigations, the Accused WebOps Members used various German payment service processors to collect the funds fraudulently obtained. To this end, the Accused WebOps Members used the services of others accused in this case. These others ensured that the phony merchants operated by the networks were accepted as customers with German payment service processors and could therefore collect the unauthorized debits, in part by maintaining close contacts with high-ranking employees of the German payment service processors.  These individuals helped to ensure that the apparently suspicious merchants and their websites were accepted as customers by the German payment service processors and were onboarded for the settlement of credit card transactions.

The Scheme involved the deception of virtually all the participants in the German payment processing network, including issuing banks in Germany and Visa and Mastercard.

- *Profits from credit card charges were funneled back to Accused WebOps Network Members, thereby laundering the proceeds of the credit and debit card fraud*:

At the head of the laundering scheme is Five Lions Holding Société à responsabilité limitée (hereinafter, Five Lions Holding), located in Luxembourg and from 2019 onward, overseen by A. Akhavan and Mizrachi.  All funds obtained in the WebOps Scheme were funneled to Five Lions Holding, which, according to Luxembourg authorities, was a letter box address and did not conduct economic activity.

WebOps Société à responsabilité limitée (hereinafter, WebOps) is the "operating arm" of Five Lions Holding. WebOps' operational activity was to generate turnkey[2] products and to license these products to regional Internet Business Services Processors. WebOps, also located in Luxembourg, was also a letter box address and did not carry out any economic activity.  From 23 March 2016 to 9 July 2021, WebOps was operated by A. Akhavan and Mizrachi from the United States.  They also saw WebOps as a "master merchant," and the network was therefore named for it.

**The WebOps / CE Cash network**

The network of the Accused WebOps Members is similar to the establishment of an internationally active corporation.

The Accused WebOps Members built up a complex company structure and a supposed franchise system called "CE Cash" under the leadership of the accused Ray Akhavan (now deceased), Guy Mizrachi, and A. Akhavan.

A franchise system is a contractually defined business model for vertical cooperation between various partners, in which the franchisor leases a business concept to the legally and financially independent franchisees in accordance with his specifications for use for remuneration. In the WebOps network, the franchisees were the phony

---

[2] Turnkey products are ready to use and require no further work.

EXT-MIZRACHI-01128

merchants and the franchisors were the leaders of the network. Thus, the Accused WebOps network members faked a franchise system.

It is apparent from the notes of Mr. Kohlpainter, an employee of German payment service processor Wirecard Aktiengesellschaft (hereinafter, Wirecard), that, on 3 August 2018, the deceased Ray Akhavan stated, during a personal meeting at the Park Hyatt Hotel in Vienna, that he was in particular behind CE Cash and that it was a group of companies specialized in adult entertainment which, as franchisors, offered licenses to companies in the adult industry. CE Cash offered its customers, the franchisees, package solutions (hosting, software, traffic processor, and customer support). The franchisee paid 90% of its total turnover to the licensor CE Cash, a practice that departed completely from the classic and widespread franchise model, in which franchisees are economically independent. According to the terms of the contract, the phony merchants received only a fixed 5,000 euros per annum, an amount far removed from their own turnover. Instead, the entire turnover generated by the phony merchants went to the Accused WebOps Members (Mizrachi, A. Akhavan, Cruz, Mourid, and Benak), "the network managers," as demonstrated by  the fact that the funds were transferred to bank accounts to which the Accused WebOps Members had access in fact. Furthermore, it is apparent from the interviews carried out individually in the course of "know-your-customer" processes by the German payment service processors that the managers of the online retailers (the phony merchants) had to a large extent no knowledge of the actual business purpose of the company they purportedly ran or in some cases had not even knowledge of being employed as managing directors of a company. This is also reflected in the e-mail correspondence between individual registered directors and the German payment service processor Concardis Gesellschaft mit beschränkter Haftung (hereinafter, Concardis). Nor is the content design and thus the orientation of the Internet pages allegedly operated by the phony merchant at any time carried out by the latter itself. Neither the allocation of the URL, i.e. the name of the Internet presence, nor the content orientation of the presence are determined by the phony merchant; rather, this task is incumbent on the WebOps network operators, in particular the accused Medhat Mourid as technical controller.

**Evidence Gathered**

During the course of the investigation, German authorities learned about how the WebOps network worked through evidence gathered from the sources described below.

On 9 March 2020, the US authorities seized two mobile phones and a laptop belonging to the accused Ruben Weigand in US criminal proceedings. The devices were personally handed over to the German authorities in October 2024 following a request for judicial assistance to the competent American authorities and German authorities analyzed the communications on them, specifically e-mail and the messaging services WhatsApp and Telegram. In addition, German authorities seized the e-mail accounts of the accused Ruben Weigand, Quintus Weigand and Liridon Korcaj hosted by a German processor and these authorities analyzed the e-mails in the mailboxes. In addition, German authorities seized the data on the mobile phone of the accused Quintus Weigand, which also contained e-mails and communications via the messaging services WhatsApp and Telegram. Finally, German authorities secured and evaluated internal company communications of German payment service processors Wirecard, Concardis, and Unzer E-Com Gesellschaft mit beschränkter Haftung

EXT-MIZRACHI-01129

(hereinafter, Unzer E-Com). The seized devices of the accused Ruben and Quintus Weigand show that the accused Ruben Weigand and Quintus Weigand did not delete the communications with the Accused WebOps Members Mizrachi, A. Akhavan, Cruz, Mourid, and Tunde, but rather that communications still exist, going back more than 10 years. When the accused Ruben Weigand and the accused Quintus Weigand received new devices over time, they transferred the data on the old device to the new device.

The evaluation of the encrypted communication and the evaluation of the available accounts shows that the company structure CE Cash is characterized by a pyramid-shaped structure.

According to an analysis of the phony merchants' accounts with Wirecard in Germany, the managing directors of the merchants were not entitled to dispose of the business accounts, as is customary in commercial transactions. Instead, phony merchant managers were able to manage the accounts. The lack of any ability to dispose of the assets of the companies owned and allegedly managed by the managing directors underlines their position as phony merchant managers.

Special audit reports commissioned by the Federal Financial Supervisory Authority under Section 19 of the Payment Services Supervision Act by the auditing companies KPMG (Unzer E-Com) and FlickGockeSchaumburg (Concardis and Payone Gesellschaft mit beschränkter Haftung (hereinafter, Payone)) also came to the conclusion that the network's companies, as described above, were merely phony merchants.  Following the bankruptcy of Wirecard in June 2020,  the disclosure of the allegations of bank fraud against the accused Ruben Weigand in the United States and the brokering of phony merchants, the Federal Financial Supervisory Authority, in the course of its tasks, reviewed the business relations of the German payment service processors with the accused Ruben Weigand and the phony merchants he enlisted.

In the course of that examination, KPMG found that, the phony merchants existed, so they were founded normally and were entered in the commercial register. But in a sample of 70 phony merchant companies, it could be determined, that these were not independent but rather assigned to parent networks. This means the phony merchants did not act independently or make independent decisions; instead, they were bound by instructions by a higher network. Furthermore, it was discovered that the companies were mainly based in Cyprus or the United Kingdom where companies can be established with as little as one euro with a service, such as "Company Builder," to create ready-made companies. In fact, the investigation found indications of the use of "Company Builder".

The documents and data submitted by Concardis after a public prosecutor's request also substantiate the suspicion that the phony merchant mediated by the accused Ruben Weigand are merely shell companies. The documents provided by Concardis are essentially the result of an internal investigation carried out by the HoganLovells Registry on behalf of Concardis. It was found that the phony merchant companies are often based in the United Kingdom and Cyprus. Moreover, senior citizens and housewives in the UK, as well as Cypriot individuals without an online presence, were designated as managing directors of the "one-man societies" (Companies without any employee, only working with a strawman) which is particularly remarkable in the context of a digital business model based on digital marketing, according to the

EXT-MIZRACHI-01130

accused, Weigand. That these people (without an online presence) run such an online merchant without in-depth knowledge of the Internet business is unlikely.  Furthermore, the investigation identified non-resident beneficial owners in the UK and Cyprus whose main activities took place, inter alia, in Lithuania and Ukraine. It is striking that a company based in the United Kingdom is run by people from Ukraine and with no connection to the United Kingdom. This makes it clear, once again, that the directors are only straw managing directors. It was also possible to collect e-mail correspondence which clearly shows that the data of the managing directors of the phony merchants were also partly stolen and subsequently misused and that they were completely unaware of the company's establishment and takeover of management – unlike in the case of the UK town of Consett, where the straw owners knew they were straw owners. For example, on 3 November 2020, the witness ███████████, a UK citizen, reported to the British commercial register that his data had been misused to establish a phony merchant company. The communication was shared from Concardis after the official prosecutor's request.

## I. Social structure

## 1st level I – Five Lions Holding Société à responsabilité limitée as financial center

As noted above, Five Lions Holding, a company established in Luxembourg, was at the head of the WebOps network. The accused R. Akhavan (deceased) was a direct economic beneficiary of the company during the period from 15 March 2015 to 13 June 2019. On 4 April 2019, the accused Mizrachi and A. Akhavan arranged a transfer of the shares in the company of Ray Akhavan to Cook Island Trust Limited, because he was under investigation in the United States.  They wanted to protect the network, so Mizrachi and A. Akhavan put the funds into a trust, according to a communication between Ruben Weigand and Mizrachi with the above explanation.  Above this, Ray Akhavan was at the same time able to access Five Lions Holding, even though he should not have been able to because of the US investigation. The company is the center for the final collection of the funds generated by the illegal business model. There is no additional economic activity. In this respect, the Luxembourg authorities indicated that this was only a letter-box address.

## 2nd level II – WebOps Société à responsabilité limitée as an operational center

The second level is the WebOps Sarl, also based in Luxembourg. The company does not in fact conduct any business activities in Luxembourg but is operated centrally from the United States by the accused A. Akhavan and Mizrachi. The registered office of WebOps is, according to the Luxembourg authorities, merely a letter-box address in the course of an investigation carried out there. According to a document filed with Wirecard concerning the commercial practices of Ray Akhavan, WebOps is the 'operating arm' of Five Lions Holding. The company's operational activity is to generate turnkey products and to license these products to regional Internet Business Services Processors (hereinafter, IBSP).

## 3rd level III - Internet Business Service Processors (IBSPs) as management companies

EXT-MIZRACHI-01131

According to the results of the investigation, at least five Internet Business Service Processors were maintained within the network. These are (1) Zenith Business BESLOTEN VENNOOTSCHAP MET BEPERKTE AANSPRAKELIJKHEID (KURZFORM B.V.), (2) Optima Merchant Services Limited, (3) Darepoint Services Limited, (4) Dunker Holdings Limited, and (5) Champano Limited. The companies are located in the hierarchy below the WebOps and have contracts with the various online retailers in which they transfer their entire turnover as well as the content orientation and operation of the website to the Internet Business Service Processors. In fact, the companies merely acted as a vehicle for money laundering and for concealing the corporate structure created by the network. Most of the fraudulent credit card payments collected through the bogus websites were paid into the accounts of the aforementioned management companies with Wirecard Bank.

**4th level IV - The phony merchants as a vehicle**

The phony merchants registered in Cyprus, Malta, and the UK are the last link in the illegal chain of companies. These are only company shell companies that were created solely for the purpose of concealing and manipulating the reversal rates. When working with multiple phony merchants, it became possible to reduce the chargeback ratio (reversal ratio) for each individual phony merchant account by spreading transactions across them. Instead of processing all sales through one account, they were divided among several. This is one of the main reasons why the WebOps network needed – and used – many phony merchants for their criminal scheme. To collect the fraudulent transactions, the accused members of the WebOps network (Mizrachi, A. Akhavan, Mourid, Cruz, Tunde) concluded contracts for the phony merchants with four major German payment service processors:  Wirecard, Unzer E-Com, Concardis, and Payone.

**(a) Mapping of front companies and front websites**

The WebOps network created at least 486 front companies, which, in turn, ran at least 1,066 front pages. The identification of the front companies as part of the WebOps network is possible based on the information deposited with the respective payment service processors and documentation from accused Ruben Weigand,[3] which German authorities obtained through judicial assistance with the US authorities. Those records show credit card acceptance from the network's phony merchants for remuneration from the German payment service processors.

**(b) Classification of online retailers as front companies**

The above-mentioned online retailers, which are limited companies established under UK and Cypriot law, are, according to the results of the investigation, merely phony companies established by the accused members of the WebOps network (Mizrachi, A. Akhavan, Mourid, Cruz, Tunde) , in accordance with their common previously established schedule.  This results from the following evidence – in addition to the

---

[3] His role, which is central to the scheme, is described below in Section 3. Crime-as-a-service – intermediaries (Ruben Weigand, Quintus Weigand, Liridon Korcaj).

.

EXT-MIZRACHI-01132

franchise system already described at the outset and which is not economically comprehensible.

According to the results of the investigation, the registered offices of the companies are located either at private addresses (detached houses or apartment buildings) or at addresses of companies that provide virtual office solutions. At the same time, several companies had their registered offices at the same address, but there were no indications that they were operating worldwide companies with a turnover of millions. Furthermore, it could be established that in a large number of cases, which were also founded on the same days at the respective addresses of the online retailers, or a change of registered office to the respective business address took place at the same time. This means that several phony merchants moved their residential address in blocks at the same time. This act further demonstrates control by a higher network.

In addition, an analysis of the company documents deposited with the respective UK and Cypriot commercial registers showed that the large number of persons registered as managing directors were also registered with other phony merchants of the same network at the same time.

Moreover, the directors employed at the respective limits were merely straw men, who provided the accused Mizrachi and A. Akhavan with their names for a small fee.

For this purpose, the network used the services of so-called phony merchant managers in the UK and Cyprus. A phony merchant manager is a person who procures on behalf of another front company a straw manager and ensures that this company looks reputable to the outside world, although it actually only handles criminal business. This included the services of Simon Dowson and EMB Management Solutions Limited. The activities of Simon Dowson caused a worldwide stir in 2016 and 2017 as part of a UK investigation, as Dowson ensured that 400 residents in the small British town of Consett were employed as managing directors and shareholders of shell companies that operated adult entertainment websites.  As is apparent from the analysis of the data and documents seized at Wirecard, Simon Dowson also provided these services for the WebOps network. Only by way of example is the activity of the director of electricity ███████ for Factum Technology Limited discussed here. It is apparent from a project folder, deposited with Wirecard, relating to the online retailer Factuma Technology Limited, of which the accused Markus Fuchs was the account manager, that ███████, a UK national and resident in Consett, was the financial, accounting and technical contact for Factuma Technology Limited. Witness ██████ stated during questioning that he and his wife ███████ were employed as managing directors at over 15 companies but had no idea about the companies. On the contrary, they merely gave their names. He was a retired supermarket employee and his only job was to forward the mail to Simon Dowson's office for a few pounds a month. He had already started as a director in 2009. At the time, a young neighbor came by and offered people GBP 50 if they gave their name and address. He did so because he became unemployed in 2009.

In so far as the witness ██████ also stated in his interview that not only he but also his wife, ███████, acted as managing director for shell companies, this could also be verified by analyzing the phony merchant project folders deposited with Wirecard. For example, ███████, who also lives in Consett, was entered in the data of Wirecard as the person responsible for finance, billing and technology of the

EXT-MIZRACHI-01133

Heldige Grain Limited, which is "assigned to" the WebOps network. The German payment service processors (Wirecard, Concardis, Unzer, Payone) had an assignment in their accounting documents which merchant belonged to which network. The German payment service processor shared this information after the prosecutor's request.

According to the analysis of the phony merchant accounts with Wirecard, the managing directors were also not entitled to use the business accounts, as is customary in commercial transactions. Instead, phony merchant managers, such as accused Mrs. Jolanta Narmontaite and Mrs. Vaida Narmontaite, two service providers who procured the corporate shells for the WebOPs network, were able to manage the accounts. The lack of any ability to dispose of the assets of the companies owned and allegedly managed by them underlines their position as mere bogus managers.

The special audit reports commissioned by the Federal Financial Supervisory Authority under Section 19 of the Payment Services Supervision Act by the auditing companies KPMG (Unzer E-Com) and FlickGockeSchaumburg (Concardis and Payone) also came to the conclusion that the network, as described above, was comprised of merely phony merchants. Following the bankruptcy of Wirecard and the disclosure of the allegations of bank fraud against the accused Ruben Weigand in the United States and the enlisting of phony merchants to the German payment service processors, the Federal Financial Supervisory Authority, in the course of its tasks, reviewed the business relations of the German payment service processors with the accused Ruben Weigand and the customers brokered by him.

### 2. Crime-as-a-service – Phony Merchant Manager (Mark Colin John Quirk, Jolanta Narmontaite, Vaida Narmontaite)

A crime-as-a-service is a business model in which criminal services are offered on online platforms, on the Darknet or in a personal conversation. These services are offered in a wide variety of areas and are widely used in the area of cybercrime. According to the results of the investigation, the accused Mr. John Quirk is jointly responsible, together with the accused Mr. Jolanta Narmontaite and Mr. Vaida Narmontaite, for the procurement of the shell companies in Cyprus and the United Kingdom. For this purpose, the accused A. Akhavan and Mizrachi primarily used the services of the Animo Group, consisting of Animo Associates Limited, established in London; Animo Associates (Cyprus) Limited, established in Nicosia; Animo Tax and Accounting Limited, established in London; and Animo Holding Company Limited, established in London, as well as the WBG Group, consisting of WBG Consultants Limited, established in Lancashire (UK); and WBG (Cyprus) Limited, established in Nicosia. The accused John Quirk was at times managing director and/or partner of the Animo Group companies. Moreover, it is apparent from a 2016 communication seized from Wirecard between the accused John Quirk and the accused Wirecard employee Ms. Brigitte Häuser-Axtner that he was intended to act as a kind of 'account manager' for the phony merchants in the WebOps network vis-à-vis payment service processors. He described his role as a phony merchant manager and bank account manager for the WebOps network. The accused John Quirk, together with his colleagues Jolanta Narmontaite and Vaida Narmontaite, set up the more than 500 phony merchants of the WebOps network in Cyprus and the United Kingdom, procured the persons employed as straw managers, the (virtual) office addresses used and the founding and business

EXT-MIZRACHI-01134

documents necessary to establish and maintain the appearance of a proper business operation of an online retailer.

It is also apparent from the documents seized from Wirecard that the business address of Animo Associates Limited alone contained 28 limited companies with links to more than 1,200 pornographic websites; these companies were among the largest customers of Wirecard. Witness ███████ a British investigative journalist who published the book "House of Wirecard", refers to the group "Animo Associates" as the paper mill of the accused Ray Akhavan. In particular, the accused Quirk and the accused Jolanta Narmontaite and Vaida Narmontaite certified a large number of know-your-customer documents submitted to the German payment service processors concerning the accused Kat Cruz and the accused Ruben Weigand and Quintus Weigand and Liridon Korcaj.

Furthermore, the analysis of the business and foundation documents of the phony merchants collected from the German payment service processors showed that the persons who were mostly employed at the same time as managing directors and shareholders in the company received their shares from the wife of the accused John Quirk, Hatice Mehmet-Quirk, who was also a strawman.

In addition, the accused John Quirk was also integrated into the WebOps network at the level of the IBSP. For example, from 10.02.2016 to 05.08.2020 he was managing director of Optima Merchant Services Limited and, according to the founding documents, also managing director of the phony merchants Hafjam Limited and Pink Creations Limited, which belong to the WebOps network.

The analysis of the opening account documents shared by Wirecard) also made it possible to establish that the accused Jolanta Narmontaite had powers of attorney for 617 accounts of the phony merchants in the proceedings with Wirecard and also had corresponding powers of attorney for the pooling accounts with Unzer Luxembourg S.A.. From the internal correspondence secured from the payment service processor Wirecard, it appears that the accused Jolanta Narmontaite and the accused Vaida Narmontaite took care of all "Cyprus CE accounts". They were also referred to as the "accountants" in Cyprus.

The analysis of the account sales in bank statements also showed that not only the Animo companies and WBG group received funds from accounts of the WebOps network, but also, in particular, the accused John Quirk and the accused Jolanta Narmontaite personally. In total, Jolanta Narmontaite was paid GBP 219,000 and Quirk GBP 232,000.

### 3. Crime-as-a-service – intermediaries (Ruben Weigand, Quintus Weigand, Liridon Korcaj)

A crime-as-a-service is a business model in which criminal services are offered on online platforms, on the dark net or in a personal conversation. These services are offered in a wide variety of areas and are widely used in the area of cybercrime. The accused Ruben Weigand, together with his employees, the accused Quintus Weigand and the accused Dr. Liridon Korcaj, brokered the phony merchants of the WebOps network to the four German payment service processors via several companies based in Montabaur and Luxembourg and thus gave them credit card acceptance as a basic

EXT-MIZRACHI-01135

prerequisite for being able to collect the fraudulently obtained funds. The task of the accused Ruben Weigand, the accused Quintus Weigand and the accused Liridon Korcaj was to get the network's online retailers in Germany to accept credit cards. In particular, the accused used the following German payment service processors: Unzer E-Com, Concardis and Payone took place directly by one or more of the companies operated by the accused Ruben Weigand. Revenue-based commissions were received for the brokerage. The mediation to Wirecard took place due to the good connections of the former accused Ray Akhavan to the former member of the board of directors of Wirecard, the accused Jan Marsalek, directly on the initiative of the Ray Akhavan and a company controlled by him, PXP Financial Limited. Nevertheless, the accused Ruben Weigand, together with his employees, acted as a key contact for Wirecard after the creation of credit card acceptance – as with the other service processors. In that regard, it is apparent in particular from the correspondence via the mobile telephone of the accused Ruben Weigand that the former accused Ray Akhavan also negotiated with Wirecard commissions paid by the accused Weigand for his services, without him or his companies officially becoming contractual partners of Wirecard. More specifically, Mr. Ruben Weigand operated through the companies Market Advisors Limited Liability Company, Payment Consultants Limited Liability Company, Payment Consultants Société à responsabilité limitée, and LPXperts Limited Liability Company.

The accused Ruben Weigand and the accused Quintus Weigand as well as the accused Liridon Korcaj acted as a link between the networks and the payment service processors and ensured that risk reports created as part of the onboarding were manipulated. During the ongoing business relationship, the high chargeback rates did not lead to the termination of the payment service contract. The accused Ruben Weigand and Liridon Korcaj achieved this by repeatedly giving the payment service processor flimsy explanations that explain the high chargeback ratio. If the accused Ruben Weigand had not done so, the payment service processor would have had to terminate the business relationship with the phony merchant and in that case the WebOps network would have lost a way to collect the fraudulent credit card payments. In addition, the accused Ruben Weigand and the accused Liridon Korcaj ensured that incoming fraud notices and complaints to payment service processors were explained plausibly. To this end, they coordinated with those responsible for the networks. In particular, the accused Quintus Weigand acted as a kind of interface for the monitoring of company documents supplied by the networks.

The accused Ruben Weigand also influenced the design of the networks' websites and instructed in particular the IT manager working for the WebOps network, the accused Medhat Mourid, to cancel occasional subscriptions in order to minimize the risk of detection.

In addition, the accused Ruben Weigand - as well as the WebOps and other networks themselves - had access to the merchant data, transactions and account statements stored at the German payment service processors. In fact, each phony merchant could receive access to billing and details of the business relationship via a specific member. The accused Ruben Weigand also had access to this sensitive data, although he formally had no position within that phony merchant. Ruben Weigand was also able to conduct transactions for the various phony merchants via the "settlement solution". At his initiative, the money laundering software was also programmed and implemented in the Unzer Group in order to provide the networks with a program for money

EXT-MIZRACHI-01136

laundering. The program that made money laundering possible was called Settlement Solution. When using this system to make a transfer from one bank account to another bank account, the recipient could not see the true sender of the bank transfer. Rather, the recipient only ever saw the German payment service processor Unzer, even though it was actually the money of the WebOps network. Intra-network inbound and outbound invoices from the phony merchants were located on Ruben Weigand's mobile phone. He thus had an in-depth knowledge of the network's internal distribution and the money flow.

The communication between the accused Ruben Weigand and Ray Akhavan (deceased), A. Akhavan, Mizrachi, Jan Marsalek, Jan Mirko Hüllemann, and Markus Fuchs--all managers of the networks and payment service processors--which had been seized so far, shows that Ruben Weigand was not 'only' a crime-as-a-service processor for the various networks, but rather became a part of them. He acted for them as an extended arm in Europe and was one of the essential gears without which the fraud model could not function in Germany. The technical conclusion of a fake subscription would have been virtually without consequences without the activity of the payment service processors initiated and supervised by the accused Ruben Weigand. Because a credit card payment via a website can only be collected by the merchant if he works together with a payment service provide, without the accused Ruben Weigand, Liridon Korcaj and Quintus Weigand, cooperation with the German payment service processor would not have been possible at all, which means, that the phony merchant would never been able to collect the fraudulent money. In this respect the accused Ruben Weigand and his employees Liridion Korcaj and Quintus Weigand had a central role in the scheme.

The accused Ruben Weigand was involved in the sales of the online retailers by means of commission and thus directly participated in the proceeds of fraud. In total, the accused Ruben Weigand or the domestic and foreign companies he managed received commissions of at least 40,000,000 euros for his services.

## 6. Crime-as-a-service - Risk analyst Christian Andre Chmiel

The accused Christian Chmiel is a former employee of Wirecard (deputy head of the Compliance Department) and founder and managing director of London-based WebShield Limited and founder and managing director of Leipzig-based WebShield Services Limited. The purpose of the companies is to provide compliance, risk and IT services. The WebShield Group provides solutions for merchant risk assessment and due diligence to payment service processors, acquiring banks and payment intermediaries. The WebShield Group has been certified in recent years by the credit card companies Master- and Visacard. The accused Christian Chmiel is a global speaker for identifying and exposing fraudulent intentions of online retailers. He is also the author and co-author of several books in the fields of fraud, investigation and accounting, and is a board member of the German Association of Certified Fraud Examiners.

According to the investigation, the accused Christian Chmiel used his long experience to provide his friends, accused Ruben Weigand and accused Ray Akhavan (deceased), with manipulated risk reports. From the email communication that was secured from Ruben Weigand's phone, it appears that the accused Ruben Weigand and his staff had access to the WebShield tools. The correspondence also shows that

the accused Christian Chmiel influenced the creation of an acceptable report scoring for the online retailers (the phony merchants) of the networks. For example, he switched URLs to "non-processing" to remove them completely from the risk analysis (regardless of whether this corresponded to the actual circumstances), asked the accused Ruben Weigand to obtain "clean" addresses for individual merchants and to adapt telephone numbers and currencies. Those clean addresses and telephone numbers were those that had not yet been identified as associated with fraud or other illegal schemes. Here, too, it becomes clear that accused Ruben Weigand wanted to ensure the appearance of a legal merchant.

In addition, the accused Christian Chmiel warned the accused Ruben Weigand that payment service processors and banks are now increasingly using so-called crawlers. By informing the accused Chmiel, the other accused of the WebOps network were informed about what they had to pay attention to, in future onboarding processes. Crawlers are programs that independently search the Internet for content and completely read and index both websites and information.

Ultimately, the accused Christian Chmiel explicitly writes that he has constantly "manipulated" the reports of the merchants brokered by Ruben Weigand and that this is slowly noticeable in the company. For his work, the company received substantial funds from the accused Ruben Weigand. To be able to present these reports in the accounts, the accused Christian Chmiel created fake invoices to the accused Ruben Weigand, for services allegedly rendered.

It also follows from the correspondence seized that the accused Christian Chmiel was not only involved in the networks' business via the accused Ruben Weigand, but was also in direct contact with the network managers. Thus, it is apparent from the communication secured from Wirecard that the accused Christian Chmiel met with the accused Ray Akhavan (deceased), in Los Angeles. To increase his (Ray's) influence on the accused Chmiel and to use the recognized analysis tools and the reputation of the WebShield company the accused Ray Akhavan (deceased) acquired 10% of the shares in WebShield Limited in 2015 for a price of 700,000 euros. The asset deal was brokered after the outcome of the former Managing Board President of Wirecard, Jan Marsalek.

**II. Allocation of tasks within the WebOps network** and how each member was identified as a member of the WebOps network

The individuals were located in different places and each had a different role in the Scheme, but coordinated with one another. The members of the Network WebOps were working from an office address in Calabasa in California. It is the address of the company Quantum Solution Inc., 5146 Douglas Fir Rd., 91302, Calabasas, California.

Until his death in October 2024, Ray Akhavan, together with the accused Mizrachi and A. Akhavan, was the head of the WebOps network. The three were the backers who were responsible for both the phony merchants and for the fake websites through which the fraudulent subscription were billed. For this purpose, they had contacts with the accused Ruben Weigand and his employees and also the German service processors, and the fraud detection manager, the accused Christian Chmiel, in order to allow for the credit card acceptance in Germany. To operate the WebOps network,

EXT-MIZRACHI-01138

the backers (Ray Akhavan (deceased), A., Akhavan, and Mizrachi) employed different employees, especially the accused Medhat Mourid, who was responsible for the creation of the fake websites and the contact point for every technical issue. In addition to this, the accused Mizrachi and A. Akhavan employed the accused Katiuska Cruz, who is responsible for procurement and coordination of the paperwork for the phony merchants. This paperwork was necessary for a successful onboarding process at the German payment service processors. In addition, the accused backers (Ray Akhavan (deceased), A., Akhavan, and Mizrachi) employed the accused Tunde Benak, who was responsible for coordinating the bank accounts and funds that the network collected. She was the Head of Accounting of the whole WebOps network.

In the following, the roles of the individual accused members of the WebOps network are described:

**"Inner circle"**

**(a) Hamid Reza Seyed Akhavan - Chief Executive Officer**

According to the results of the investigations carried out, in particular the evaluation of the seized and decrypted communication within Wirecard and the accused Ruben Weigand, the now-deceased accused Ray Akhavan was the person who operated the network "WebOps" and determined its illegal design in commercial transactions until his arrest by the American authorities in March 2020. Due to his excessive drug use and the pending criminal proceedings in the USA in connection with the illegal collection of funds for the Californian marijuana dealer Eaze, he was completely replaced by the accused A. Akhavan and the accused Mizrachi, who then took over the leadership of the illegal network, no later than the summer of 2020. In doing so, they wanted to prevent US law enforcement from focusing on the business model at issue in the case and to protect a continuation of the illegal fake subscription model that had been in place for years. As mentioned above, subscriptions were only subscribed to in appearance, without the credit card holders being aware of this. Ray Akhavan died of an overdose in October 2024 at his Los Angeles home in the United States.

**(b) Guy Mizrachi - Chief Operating Officer and Chief Executive Officer**

From 2016 to 2020, Mizrachi was the right-hand lieutenant of Ray Akhavan until Ray's arrest by US authorities in March 2020; thereafter, Mizrachi ran the WebOps network with Ray's brother Ardy Akhavan.  As early as 2011, Mizrachi was named by employees within Wirecard - next to the now deceased Ray Akhavan - as the second person whose instructions in connection with the CECash/WebOps franchise system had to be followed. After Ray's death in October 2024, Mizrachi look over running the WebOps network.

The accused Mizrachi was particularly involved in the contact with the broker, the accused Ruben Weigand and accused Liridion Korcaj and coordinated the operational business of the WebOps network. He discussed the further proceedings, specifically, how to easily onboard the WebOps network in Europe with German payment service processors with the accused Ruben Weigand. Mizrachi announced new online retailers (phony merchants) to be registered with the intermediaries, monitored the current

EXT-MIZRACHI-01139

processing status and dealt with problems arising in connection with the rules of Visa or Mastercard. Mizrachi also approved contracts with third parties on behalf of online retailers (phony merchants).

Mizrachi's role was to talk to the German payment service processors.  He determined on a day-to-day basis which German payment processors to use, which documents to use to meet know your customer requirements to show to the German payment processors that the merchants charging the German payment processors were legitimate, and which phony merchant and fake website accounts to show to the German payment processors.  As evidence of this role, there are communications between Mizrachi and Ruben Weigand on Telegram discussing the procedures to follow after taking over the management of the WebOps network from Ray Akhavan and in particular how to communicate with payment processors and transfer the network's funds.  .For instance, there is a communication between accused Ruben Weigand and accused Mizrachi in early 2020 that reveals that Mizrachi wanted to oust former accused Ray Akhavan from his dominant position in the network. There are also communications from Jan Marsalak at Wirecard discussing the takeover of leadership by the accused Mizrachi of the WebOps network and the associated disputes between Ray Akhavan and the accused Mizrachi.  Mizrachi's overarching responsibility was to decide where the money was distributed to from the various networks, WebOps among them.  The money went to the German payment service processors, the phony merchants, and the pooling services for all the networks---all at Mizrachi's direction. As already described above, the funds were not transferred directly to the bank accounts of the phony merchants. After collecting the funds at the bank accounts of the payment service processors, the money flowed to pooling accounts. In these pooling bank accounts, the funds were collected by many different phony merchants, mixed and then transferred to many other bank accounts. The only background for this procedure is the concealment of the origin of the fraudulent funds and the money laundering.

### (c) Ardeshir Akhavan – Chief Marketing Officer and Chief Executive Officer

A. Akhavan is the younger brother of Ray Akhavan (deceased) and according to correspondence which has been seized from the accused Ruben Weigand, A. Akhavan took over Ray's role in 2020 following his departure from WebOps business operations because of his legal and health problems.  From 23 March 2016 and 09 July 2021 within the WebOps network, A. Akhavan held the position of Director of Marketing and was – together with Mizrachi – entrusted with the management of the WebOps network.   The accused A. Akhavan prepared phony links for the phony websites so that the victims would think the websites actually existed.  Together with the accused Mizrachi, A. Akhavan was responsible for giving instructions to the employees, like the accused M. Mourid, K. Cruz and T. Benak. In addition to this, the accused A. Akhavan was still in contact with the accused Ruben Weigand for onboarding the phony merchants and the fake websites at the German payment service processors. They exchanged business ideas about how many fake websites per phony merchant would be accepted by the German payment service processors without problems and a low risk of detection. The accused A. Akhavan told the accused Ruben Weigand, that he wants to process the total volume of transactions, but keep the risks within limits. He told Ruben Weigand that he, the accused A. Akhavan, has more than 100 websites for onboarding. The communication between the accused Ruben Weigand and the accused A. Akhavan from January 2017 till 2020 clearly

shows that the accused A. Akhavan is one of the essential decision-maker of the WebOps network.

A. Akhavan was in addition to this part of the crime the head of the transaction laundering scheme, because he decides (together with the accused Mizrachi) where the fraudulent funds are transferred and protected from access by the law enforcement authorities. The accused Ruben Weigand was responsible for interfacing with the acquiring banks regarding the offshore bank accounts used by the phony merchants.

A. Akhavan was also President and Director of the US-based Quantum Solution Incorporated, the company through which the shell company documentation was submitted to intermediaries and payment service processors. According to its website, the company's business activities included, among others, programming, traffic and hosting, which was essential for the operation of the WebOps network. The WebOps network's operators operated under Quantum Solution Incorporated's corporate mantle. It was considered the network's control center in the United States. In particular, the members of the network had at their disposal the email address of Quantum Solution Incorporated and, according to documents provided by US authorities, A. Akhavan and others met regularly for meetings at the business address of Quantum Solution Incorporated in Calabasas, California,USA.

### d) Medhat Mourid - Head of IT Services

M. Mourid is the Head of IT Services within the WebOps network. His tasks were:

- M. Mourid was a technical controller, creating the content design and thus the orientation of the webpages operated by the phony merchants, and allocating the URLs; this task was incumbent on the WebOps network operators, and M. Mourid in particular.
- He was responsible for the maintenance of the websites, such as updating the imprints and descriptors, in that M. Mourid makes sure that the information customers see about the phony website and the payment correlates with information shared with a German payment service processor to minimize the risk of detection. The imprint is the legal information on a website (like company name, address and contact details). The descriptor is the text that appears on the credit card holder's bank or credit card statement after a purchase. M. Mourid's job is to edit and manage these details for all the phony websites of the WebOps network. The backdrop is always to minimize the risk of detection.
- The German payment service processors used M. Mourid as the contact person for the interface (also called API) between the phony website's checkout page and the payment service processor. This is the technical connection that allows money to move from the customer to the phony merchant. You need a technical connection for sharing the credit card information and information of the (fake) subscription between the two parts of the scheme, the phony merchant on the one hand, and the payment service processor on the other hand. M. Mourid's task was to review this interface, which was a central technical connection without which the crime could not work.
- M. Mourid also supplied information on the individual injured parties as well as the fictitious subscriptions to the accused Ruben Weigand upon request.
- M. Mourid managed complaints received by the German payment service processors to minimize the risk of detection.

EXT-MIZRACHI-01141

- He was responsible for the control of "traffic" on the websites. The term "traffic" describes the number of users or visitors to a website within a certain period of time.  According to information provided by US authorities (from the seized mobile phone of Ruben Weigand in the Eaze case) website traffic was primarily controlled by the M. Mourid. M. Mourid reports to the accused Ruben Weigand, that he (M. Mourid) has blocked individual traffic or diverted traffic. M. Mourid has influence on the traffic of the phony websites used by the WebOps network.

From communication between M. Mourid and the payment service processors Concardis and Wirecard as well as M. Mourid's communication with the accused Ruben Weigand, M. Mourid took over the technical support for all the phony merchants who worked with the WebOps network.

In addition, communication between M. Mourid and Ruben Weigand shows that M. Mourid was also significantly involved in the execution of fake transactions, which were intended to reduce the chargeback or fraud rate and thus prevent a discovery of fraud by Visa or Mastercard. That process is described on pages 8 and 12 (4th level IV - The phony merchants as a vehicle; 3. Crime-as-a-service – intermediaries (Ruben Raphael Weigand, Quintus Weigand, Liridon Korcaj).

The process is known professionally as friendly traffic.


## e) Kathiuska "Kat" Cruz - Chief Procurement Officer

Kathiuska (Kat) Cruz is the Chief Procurement Officer of the WebOps network, as she makes the purchases necessary to maintain the WebOps network, oversees the entire procurement process and forwards the procured documents and data to the various entities.  Her tasks for the WebOps network are:

- She is the key coordinator for the paper backing up the phony merchants and one of the most important interfaces with intermediaries and payment service processors as well as consulting firms integrated into the WebOps network.
- She obtains the know-your-customer documents for all online retailers belonging to the WebOps network. This includes in particular identity documents of the managing directors, foundation documents, information on the registered office (utility bills), company agreements, and also bank statements.

In order to understand the role of K. Cruz and the importance of obtaining the aforementioned documents, a basic understanding of the process within the payment service processors in the context of "onboarding" is required.  Know-your-customer is a legitimacy check of new customers for the prevention of money laundering that is mandatory for credit institutions and payment service processors.  The documents produced by K. Cruz were central to meeting the requirements imposed by the know-your-customer process.

K. Cruz was also involved in the communication with the company WebShield Limited. For example, there is a communication on the mobile phone from the accused Quintus Weigand, between him and the accused K. Cruz, according to which the accused K. Cruz had created a farewell WebShield Risk Report by herself. This was only possible

EXT-MIZRACHI-01142

because the accused K. Cruz had previously received access to the WebShield system from the accused Christian Chmiel. WebShield is a company that carried out risk analysis for all the payment service processors involved and had a Visa and Mastercard license. Ray Akhavan infiltrated WebShield Limited by acquiring shares in it and commissioning its managing director to manipulate the risk analyses. K. Cruz independently amended a negative analysis report and thus enabled an onboarding process that was inconspicuous on paper. For example, on 22 March 2018 the accused K. Cruz informs the accused Quintus Weigand via email, that she has created a WebShield Risk Report for the phony merchant Borent Limited, notably a full report, which was then submitted to the German payment service processors. As a result, the – for criminal purposes used – phony merchant could be onboarded at the German payment service processor Concardis. This means that the documents submitted to the payment service processors appear to be a reputable company, when in fact it was only a front company.

K. Cruz obtained the documents of the front companies from three different alleged consulting companies, which, however, served only as a "paper factory" for the WebOps network. These Cyprus-based and UK-based consulting firms did preparation of papers such as registration, certificates, addresses, and ownership details, so the company (the phony merchant) looks like a real, trustworthy business, even though it is only a front and not intended to operate honestly. K. Cruz forwarded the documents obtained to Ruben Weigand, Liridon Korcaj and Quintus Weigand. From there, Ruben Weigand, Liridon Korcaj and Quintus Weigand entered the documents into the onboarding process with the German payment service processors.

K. Cruz purchased the various URLs for the operation of the phony merchant websites and made the change of one URL from phony merchant to another. In particular, she is in contact with M. Mourid, who is implementing the relevant technical specifications. So the accused K. Cruz informed the accused M. Mourid by email, for example in November 2016, about which phony websites (that M. Mourid had created) should now have which company (phony merchant) name in the imprint of the website. As already explained, M. Mourid had to adjust that information again and again on the phony websites. In part, she also decides on the existing stock of telephone numbers and assigns already acquired telephone numbers to newly founded or purchased online retailers.

K. Cruz is also responsible for the purchase of the first telephone numbers, which she then assigns to individual phony merchants of the network.

### f) Tunde Benak - Head of Accounting

T. Benak is called a Network Manager. Her tasks were:

According to the information provided by the accused Mizrachi, the accused T. Benak is responsible for the accounting of the entire network to an employee of Wirecard AG, the accused Markus Fuchs. At Wirecard, accused T. Benak was given access to accounting documents and annual accounts of online retailers and IBSPs. She is also the romantic partner of the accused Ardeshir Akhavan.

This is what the accused Mizrachi wrote in an email to the accused Markus Fuchs, an employee of Wirecard: "Yes, Tunde handles accounting and reconciliation for the

entire group and therefore she should have access to all statements and accounting records." She also supervises employees who work in accounting within the WebOps network.

She is also Head of the Reconciliation Department of the whole WebOps network. She is responsible for making sure that the phony merchants' financial records match the actual transactions and balances held with external parties (like the banks and payment service processors). The embellishment of the accounting by the accused T. Benak gives the outside world the impression of a serious (franchise) business model and minimizes the risk of detection. So, she created fictitious invoices between the different company levels operated within the network, for example, invoices that the parent companies sent to the phony merchants in order to explain the flow of money to them to the outside world.

**Conclusion of sham subscriptions and debts**

**1. Hits in police information systems and fraud alerts on the Internet**

The transaction lists made available by Unzer E-Com and Concardis at the request of the Koblenz Public Prosecutor General's Office were analyzed with regard to affected credit card holders who received their credit card through a German credit card issuing institution. In the following, these credit cards were entered into the police information system to check whether the credit card numbers resulting from the transaction list were already the subject of investigations in the Federal Republic of Germany or are up-to-date. Subsequently, the corresponding case files were requested from the various prosecution offices in the federal territory and analyzed.

It is apparent from the bulk of the documents referred to that the proceedings are based on criminal charges relating to suspicion of (computer) fraud and the spying of data. In the majority of cases, the injured credit card holders had noticed the unauthorized debits from their credit card which they had reported. The debits amounted to amounts of generally just under 50 euros per month, so that the debits were not noticed by the customers at first.

The existence of the above-mentioned criminal charges in connection with the transactions at issue must be seen above all in the light of the warnings available on the Internet. In this respect, there are a large number of evaluation reports from the auditing company Deloitte commissioned by Concardis– in the course of the closure of the Digital Service Segment. The Digital Service Segment was a separate department within Concardis, which was exclusively responsible for high-risk merchants. This segment was closed after the allegations surrounding the accused Ruben Weigand in connection with the proceedings in the US (the Eaze case) became known after an internal audit. In particular, a large number of fraud warnings were detected on the Internet on different platforms, such as "Trustpilot" and "Scamadviser", in relation to the websites investigated. For example, there are extensive Deloitte reports on the phony merchants Gradient Limited, Hadleigh Limited, Force Stock Limited, Crownland Limited, Brightlink Services Limited, Centific Limited and Fireway Enterprises Limited, as well as the websites they operate. The following entries in fraud forums are only mentioned as examples:

EXT-MIZRACHI-01144

"(...) Dig you get an unknown, unauthorized credit card charge from hlporders.com? More charges are on the way. Someone might be scamming you. You need to act quickly. (...) Did you know you gave your credit card to someone named Androulla in Cyprus? (...) A charge from hlporders.com is a problem. (...) A charge from hlporders.com is a problem. (...) You need to act quickly. Other people have been scammed from hlporders.com (...)." (Deloitte Report zu Fireway Enterprises Limited)

"Like other similar scams, there is a rotating set of billing sites. In your case it was csdatacrew.com" (Deloitte Report zu Central Limited)

The accused Ruben Weigand has entered an appearance on behalf of his customers with regard to Unzer E-Com and has stated that these poor ratings and fraud warnings are attempts by competing companies to damage the business model of his customers. In the light of the established procedures, this is merely an allegation of protection. The accused Ruben Weigand tries to dismiss any suspicions by making allegations that are not economically understandable and cannot be reconciled with the results of the investigation. In the present case, the fact that the facts described in each of the warnings are unique and that there is no evidence that they originate from the same source militates against a competing undertaking sending out those publicly available fraud warnings. The linguistic presentation of the warnings is also so different that it is not possible to identify a deliberate steering of a competing undertaking.

The AWK of the Public Prosecutor's Office of the Grand Duchy of Luxembourg also analyzed publicly available reports of fraud. For example, in the course of the analysis of a sample, the AWK found that approximately 50% of the consumer pages (customer service) assigned to the respective websites were listed on the fraud warning page www.stopthatcharge.com. The reported fraud was linked to alleged age verification by entering a credit card number.

**2. Identification and interrogation of credit card holders in the Federal Republic of Germany**

a) Procedure

Upon receipt of the transaction list sent at the request of the Koblenz Public Prosecutor General's Office by Unzer E-Com, Wirecard and Concardis, the credit card numbers issued in Germany were selected and subjected to a closer examination. Since the information in the transaction list did not yet reveal loadable addresses and (complete) identities of credit card holders, a sample of 130 credit card numbers was assigned to a credit card issuing institution by means of so-called BIN-Checker (software for determining the bank identification number). In a second step, the respective credit card issuing institutions were requested by the Federal Criminal Police Office on behalf of the Koblenz Prosecutor General's Office to provide information on the identity of the credit card holder and to transmit credit card transactions. In a further step, the descriptors (uses) of the proceedings, which are present on the credit card statements, were assigned to individual websites of the merchants and, in a final step, the witnesses were questioned, subject to screenshots of the respective website, as to whether they had used services on this website.

(b) Testimony from the Federal Republic of Germany

EXT-MIZRACHI-01145

In this respect, the witnesses residing in the Federal Republic of Germany are as follows:



All 112 witnesses stated that they had never subscribed to their credit cards and had not used the services of the websites they had been given.

If the accused Ruben Weigand has regularly communicated to the German payment service processors that a possible denial of the services used is common in the area of adult entertainment, since the users are regularly ashamed of the use of the socially often frowned services and would therefore not disclose this, the investigation cannot confirm this information. In particular, the witnesses ███████████ ███████ disclosed their sexual preferences in the interrogation and explained why they had not been users of the respective website. For example, ██████ a witness, stated that he was gay (and not bisexual) and that he did not visit heterosexual websites. He made this particularly clear by his indignant behavior during the interrogation. Rather, he visited various platforms that were exclusively aimed at homosexuals. Witness ██████████ is married, father of two minor children and works as a senior student at a high school. He stated that he had not visited the website for which he was given access, but that, despite his marriage to a woman, he was a user of the homosexual website 'Gayromeo'. He contacted other men there. Given his current family circumstances, it was difficult for the witness to provide details of the homosexual Internet sites he had consumed. There is therefore no reason to doubt the witness's statements that the (heterosexually oriented) Internet sites he was accused of are unknown to him, since he provided information on other Internet sites he had used, despite his apparent sense of shame. Witness ██████ stated that he did use pornographic websites and named them by name. However, he refused to use the websites at issue. It was also found that the (heterosexually oriented) website allegedly used cannot be reconciled with his sexual orientation (homosexuality).

EXT-MIZRACHI-01146

**4. Identification and interrogation of credit card holders abroad**

a) Procedure

In addition, witnesses were identified and interviewed not only in the Federal Republic of Germany, but also in other European countries. For this purpose, the transaction lists of Concardis and Unzer E-Com, which show each individual transaction processed for the WebOps network, were evaluated and the credit card cards with the highest turnover were selected. In a further step, a total of 27 European countries were requested by means of European Investigation Orders or letters rogatory to ask the credit card issuing institutions to provide the credit card statements and to identify the credit card holders. The items transmitted in response, in particular the credit card statements of affected credit card holders, were evaluated with regard to the descriptors and supposedly concluded subscriptions.

As part of the subsequent further judicial assistance, European Investigation Orders or letters rogatory were then sent to Estonia (12 witnesses), Greece (67 witnesses), Croatia (33 witnesses), Latvia (46 witnesses), Lithuania (45 witnesses), Malta (25 witnesses), Norway (35 witnesses), Poland (31 witnesses), Portugal (34 witnesses), Sweden (28 witnesses), Slovakia (20 witnesses), the Czech Republic (57 witnesses) and Hungary (20 witnesses) to question the identified witnesses on credit card transactions. These requests related only to subscriptions resulting from the transaction lists of the Concardis.

In addition, in the course of the further investigation, further requests for legal assistance were made for the collection of credit card transactions and the identification of credit card holders whose supposedly concluded subscriptions resulted from the transaction lists of Unzer E-Com. To date, documents have been received from Austria, Belgium, Bulgaria, Croatia, the Czech Republic, Estonia, Hungary, Lithuania, Poland, Portugal, Romania, Slovakia and Spain. Personal questionnaires were prepared for the countries Estonia (15 witnesses), Poland (40 witnesses), Slovakia (21 witnesses) and the Czech Republic (19 witnesses) after evaluating the credit card transactions. In this respect, further European Investigation Orders have been initiated in order to also testify to the identified credit card holders about the credit card transactions. The first interrogation records are also available here in isolated cases.

For the transaction lists of Wirecard, surveys on credit card settlements at home and abroad were also initiated in accordance with the procedure described, which are successively received.

b) Testimony from other European countries

To summarize, the witnesses interviewed so far stated that they had not used any adult entertainment services on the Internet sites they had been given. However, it is striking that these witnesses in any case partly used other real Internet sites from the field of adult entertainment. The witnesses describe that they clicked on advertising banners in connection with the use of these websites and – as already stated in connection with the presentation of the fraud warnings – had to provide their credit card data as an age verification. In this respect, it is assumed that the accused persons obtained the credit card data of the injured parties at least in part in this way. However, some of the credit

EXT-MIZRACHI-01147

card holders were also victims of cybertrading fraud crime.[4] A uniform "point of compromise" could not (yet) be determined in view of the large number of credit card numbers affected worldwide. Rather, there is a strong suspicion that the accused obtained the credit card data from different sources. In particular, the following witnesses were heard in the various countries.

(aa) Estonia

In the course of judicial assistance, the Estonian authorities questioned the witnesses



about the subscriptions resulting from the respective credit card statements.

All 16 witnesses stated that they had never subscribed to their credit cards and had not used the services of the websites they had been given. This means that their credit cards have been misused by others to subscribe to these websites. Of these, 31% of the witnesses had previously entered their credit card details on other dating and/or erotic sites as well as on gambling sites and only wanted to subscribe there – but not on the Internet sites in question. Seven of the 16 witnesses said they noticed some or all of the debits, and nine witnesses did not notice the debits.

(bb) Greece

In the course of judicial assistance, the Greek authorities have so far questioned the witnesses



about the subscriptions resulting from the respective credit card statements.

All the Greek witnesses interviewed so far have stated that they have never visited the websites they have been given and have not subscribed to them. Of these, 29 percent of the witnesses had previously entered their credit card details on other dating and/or erotic sites and only wanted to subscribe there – but not on the websites that were being held. Only one of the witnesses interviewed noticed the debit on his credit card.

(cc) Croatia

In the course of judicial assistance, the Croatian authorities have so far examined the witnesses



on the subscriptions resulting from the respective credit card statements. Some of the witness interviews were sent in the form of a summary note. In some cases, the witnesses were apparently not asked all the questions requested, so that of the 30 interviewed, only 22 testimonies can be used, since only these relate to the issues at issue in the

---

[4] In my experience, victims sometimes give their data to other criminals (cybertrading fraud actors). Often these actors sell the data in a second way to other criminals, so that they can use them for their own purposes, like fake subscriptions.

EXT-MIZRACHI-01148

proceedings and are only fruitful to that extent. All 22 witnesses stated that they had never subscribed to their credit cards and had not used the services of the websites they had been given. Of these, 47 percent of the witnesses had previously entered their credit card details on other dating and/or erotic sites and only wanted to subscribe there – but not on the websites that were being held. Seven of the 16 witnesses stated that they noticed all or part of the debits, while nine witnesses did not notice the debits.

(dd) Latvia

As part of the judicial assistance, the Latvian authorities have so far provided evidence to  on the subscriptions resulting from the respective credit card statements.

All 36 witnesses stated that they had never subscribed to their credit cards and had not used the services of the websites they had been given. Of these, 33 percent of the witnesses had previously entered their credit card data on other dating and/or erotic sites or gaming or sweepstakes sites and only wanted to conclude paid services there – but not on the Internet sites that were the subject of the proceedings. 24 of the 36 witnesses stated that they noticed all or part of the debits, 12 witnesses did not notice the debits.

(ee) Poland

In the course of judicial assistance, the Polish authorities have so far examined the witnesses  card statements.

In three cases, the witnesses were not asked all the questions requested, so that of the 45 interviews, only 42 testimonies can be used, since only these relate to the issues at issue in the proceedings and are only fruitful to that extent. All 42 witnesses stated that they had never subscribed to their credit cards and had not used the services of the reserved websites. Of these, 29 percent of the witnesses had previously entered their credit card details on other dating and/or erotic sites and only wanted to subscribe

EXT-MIZRACHI-01149

there – but not on the websites that were being held. Only 10 of the 43 witnesses stated that they noticed some or all of the debits, and 32 witnesses had not noticed the debits.

ff) Czech Republic

In the course of judicial assistance, the Czech authorities have so far examined the witnesses of the respective credit card statements.

In 20 cases, the credit card was incorrectly assigned to the credit card holder due to a technical error. In seven cases, the witnesses were not asked all the questions requested, so that these statements cannot be used, since only these relate to the issues at issue in the proceedings and are only useful in this respect. For the reasons mentioned above, only 57 witnesses were initially taken into account for the assessment of the urgent suspicion of the crime out of the 64 witnesses interviewed.

Of the 57 witnesses, 96.5 percent said that they never subscribed to their credit cards or used the services of their websites. Of these, 61 percent of the witnesses had previously entered their credit card details on other dating and/or erotic sites and only wanted to subscribe there – but not on the websites that were being held. Only 27 witnesses said that they noticed some or all of the debits, and 30 witnesses had not noticed the debits. Thirty-five witnesses have testified that they did not enter their credit card on the websites they were presented with, but that they registered on other dating or erotic websites, as well as on gaming, betting, sweepstakes, verification or ordering websites for computer software, or that they entered their credit card data there.

(gg) Sweden

In the context of judicial assistance, the Swedish authorities have so far questioned the witnesses on the subscriptions resulting from the respective credit card statements.

In one case, the witness denied that he was the holder of the credit card at all, so that he was not asked all the questions he was asked in the aftermath. Of the 21 witnesses interviewed, only a total of 20 testimonies are therefore used, since only these relate to the issues at issue in the proceedings and are only fruitful in this respect. All 20

EXT-MIZRACHI-01150

witnesses stated that they had never subscribed to their credit cards and had not used the services of the websites they had been given. Of these, 55% of the witnesses had previously entered their credit card details on other dating and/or erotic sites as well as investment sites and only wanted to subscribe there – but not on the Internet sites in question. Only two of the 20 witnesses stated that they noticed all or part of the debits, and 18 witnesses had not noticed the debits.

hh) Summary

As part of judicial assistance, a total of 221 witness interviews have been conducted so far, of which a total of 201 could be used. The analysis of the witnesses interviewed so far in other European countries shows a clear picture.

Of a total of 201 witnesses from Croatia, the Czech Republic, Estonia, Greece, Latvia, Poland and Sweden interviewed, 99 **per cent of the witnesses** agreed that they had **not subscribed** to the adult entertainment websites provided to them. They did not want or willfully authorize the debits from their credit cards.

With regard to the outflow of data from the credit cards concerned, it can also be stated that a large number of witnesses had actually registered on pornographic or dating websites and recorded their credit card data there. However, these were websites that are actually active on the Internet and can also be found by Google search. Here, for example, the porn sites "Chaturbate.com", "Pornhub.com" and "redtube.com" were named. The statements of some witnesses to have clicked on advertising banners, downloaded internet games, registered in alleged sweepstakes or on potential fake web shops also reveal different sources of origin of improperly obtained credit card data.

## 5. Abnormalities in the transaction lists

In addition, the transaction lists transmitted by Unzer E-Com were evaluated by Chief Criminal Commissioner Gebhardt. The data base of Unzer E-Com is highly informative, as the company provided technical services for two acquirers, Concardis and Payone.

In particular, a random check was carried out for the credit card numbers which contain the city of Koblenz in the column "CARD_HOLDER_CITY". In that regard, it should be noted that, according to a query carried out in the population registration system, although the credit card holders were or are actually resident in Koblenz, in a large number of cases the indication of the street name was fictitious and English street names were listed here. Four different street names were found for the credit card holder ████ The witness is said to be resident in Koblenz, Germany, on the streets ███████████████████████████████████████████ None of these roads exist in Koblenz or in the Federal Republic of Germany. Rather, the witness lives at the address ██████████████████████ Koblenz. Comparable results were found for a large number of other witnesses. The finding shows that, in any event, in some cases, the credit card set used by the accused members of the WebOps network and illegally obtained did not contain complete address information and fictitious addresses were used to complete it. Corresponding findings for the town of Koblenz can be found in particular with regard to the witnesses ██████████ ████████ .

EXT-MIZRACHI-01151

## 6. Investigations in the dark net and the underground economy

Furthermore, in the course of the investigation, the credit card numbers from the aforementioned transaction lists transmitted by the Unzer E-Com were filtered with the issuing country Germany to carry out a data comparison with data from the dark net or the so-called underground economy.

The perpetrators of cybercrime are characterized by a great enthusiasm for innovation and an intensive culture of communication with potential co-perpetrators. The platforms used for this communication (forums, Jabber servers) are referred to as the "underground economy", mainly due to the strong economic, illegal orientation of the communication content. This is to be understood as meaning a dynamic landscape, usually of a commercial nature, of similar innovative, service-oriented and competing communication and sales platforms on the Internet, which are generally realized in the form of web interfaces (forum software) controlled by means of the programming language "PHP" in the form of discussion forums. The following research took place in these forums.

For this purpose, the credit card numbers shown at the beginning were compared with the forum data set. Here, the credit card numbers were queried both as a continuous block and in four-block blocks. Some of the credit card numbers could be found in forums or chats of the underground economy on the dark net. Here, some of the credit card data was offered for purchase, some without recognizable consideration. The fact that only part of the credit card data could be successfully verified as an illegal commercial good on the Darknet is due, on the one hand, to the fact that the police database only represents a small subset and, on the other hand, to the fact that a complete credit card set will not be fully visible in his shop by a Darknet vendor. In this case, the vendor's customer would already have direct access to the necessary data and would not have to purchase it for a fee.

In the light of the foregoing—that there was a list at the different German payment service processors (Unzer, Concardis, Wirecard), which showed which phony merchant was attributable to which network, which phony merchant used which website, which network is the head of this phony merchant—there is an urgent suspicion that the WebOps network subscriptions at issue in the proceedings were fabricated by the accused's misuse of the credit card data of the injured parties.

## III. Payment process

After the stolen credit card data was imported and a fake subscription was generated, the payment process initiated via the German payment service processors began.

## Step 1: Technical processing ("non-collecting")

During technical processing, the transaction data of the phony merchant websites are technically transmitted to payment gateway processors. This role is held in particular by Unzer E-Com and Computop. This technical processing is also called "non-collecting", because no funds are collected at this level.

Technical processing includes the connection, via an interface provided by technical service processors Unzer E-Com or Computop, between a phony merchant and the

EXT-MIZRACHI-01152

payment gateway, which the phony merchant has integrated into either itself or with the assistance of a third party in its website or the software it uses. The data or the transaction information of the end customers of the phony merchant are routed to the payment system of the technical service processor via this interface. In the case of the Unzer E-Com, this payment system is located in another group company, the Unzer Limited Liability Company. This therefore functions as a payment service processor. In the case of Computop, such an outsourcing to a third company is not known, so that it is assumed in this respect that the latter also acts as a payment service processor.

The German payment service processors (in this case Unzer or Computop) accept the transaction-relevant data (amount, credit card number, CVV number and so on) from the online presence of the merchants, process them and forward them to - selected by the merchant - processors of payment methods, the so-called acquirer. This is also known as a merchant bank because it collects the money for the online merchants.

In the course of the investigation, it was found that several payment gateway processors were connected and that a foreign payment gateway processor was often upstream of the E-Com Limited Company and Computop. According to the results of the investigation so far, these are in particular the gateways of the company PXP, which is operated by the responsible persons of one of the fraudulent networks (WebOps network). There is no economic sense in this process. The integration of other technical service processors is not necessary for the execution of the transaction. Considering that each service processor involved includes a commission for the provision of its service, this approach cannot be explained economically.

Step 2: Payment services ("Collecting")

After the technical service processor has received the payment information from the online retailer, it makes this data available to the so-called acquirer via further data processing. Acquirers are acceptance companies, which usually form the head office for the settlement of national and international payments and have contracts with the card organizations - here Master and Visacard. The acquirer ultimately collects the payment from the data-transmitted (credit card) account of the end customer and initially collects it - for all its customers (merchants) - on an escrow collection account. Here, the amounts wrongly charged to the credit card holders were transferred for the first time to the account of a third party and collected by third parties.

In the present case, the WebOps network used the German acquirer Nexi Germany Gesellschaft mit beschränkter Haftung (formerly Concardis), Payone (formerly B&S Cardservice) and Wirecard or Wirecard Bank AG (now insolvent or in liquidation). In so far as Unzer E-Com has also carried out technical processing for its Luxembourg subsidiary, Unzer Luxembourg S.A., these transactions are - at least at present - not the subject of the current investigation procedure, but rather the subject of the investigation procedure conducted in Luxembourg.

In addition to a contract with the technical processor, the online retailer (again a phony merchant) concludes an additional contract with the acquirer. This is a so-called acceptance agreement.

By using the improperly obtained credit card data on the facsimile websites, the accused members of the WebOps network, the accused Ruben Weigand and the

accused who worked for the German payment service processors set in motion a data processing process, at the end of which the credit card is charged and which thus has a financial relevance.

If a payment transaction is initiated with a credit card in online trade, the data entered there of the cardholder who supposedly initiated the payment transaction is forwarded to the acquirer, the merchant bank, via a technical service processor – as described in step 1. This verifies the data with the credit card processor, i.e. in this case with Visa or Mastercard. The authorization points of Visa or Mastercard then check the card data at the card issuing bank, the so-called issuer (the card issuing bank of the card holder, e.g. Sparkasse, Commerzbank and so on). There, a computer of the card issuing institution always checks the following parameters when using the credit card, regardless of the introduction of the 3D secure procedure implemented in accordance with the European Payment Services Directive (PSD2) on 13 January 2018: first and last name, credit card number, the expiration date of the credit card and the three- or four-digit card verification number. The latter has the name "CVV" for "Card Validation Value" in the case of the credit card organization Visa and the name "CVC" for "Card Validation Code" in the case of the credit card organization Mastercard. The security code of the Visa or Mastercard credit card is located on the back of the respective card in the immediate vicinity of the signature field. While the name and the credit card number make it easier to assign an account for the payment process, the card verification number in particular is used for customer authentication, since this number is only on the credit card. The verification code of the credit card thus fulfills a similar purpose in the area of distance transactions as the PIN in face-to-face transactions. Against the background of these payment modalities, the credit card issuing institution - as with payments with the credit card on the Internet - checks not only the name, credit card number and expiration date of the credit card, but also the verification number and thus the authorization of the party who initiated the electronic payment transaction.

<u>Step 3: Distribution via the domestic money laundering network of the accused</u>

Once the monthly amounts in the acquirers' collective trust accounts had been received, they were not - as is customary - sent directly to the respective online traders and operating companies of the websites, but rather were divided up, recombined and - after deduction of the costs incurred for the operation of the system - ultimately transferred primarily to accounts in Canada and the USA, using a large number of other "front companies" and (trust) accounts, although the companies had their headquarters in Europe.

The account turnover for the accounts effectively controlled in Germany by the accused Mizrachi, who had formal access to the bankaccounts, shows that there were transfers to the United States.  For example, US$44.2 million was transferred to an account at Wells Fargo Bank in San Francisco, US$5.7 million to an account at Bank of America in New York, US$5.4 million to an account at Cathay Bank in Los Angeles, US$3.5 million to an account at Signature Bank in New York, $3 million to an account at Manufacturers Bank in Los Angeles, US$2.6 million to an account at Metropolitan Commercial Bank in New York, US$1.8 million to an account at JPMorgan Chase Bank in New York, US$1.4 million to an account at UBA AG in Stamford, and US$1.2 million to an account at TD Bank in Mount Larel.

EXT-MIZRACHI-01154

## IV. Infiltration of the financial system of the Federal Republic of Germany

To make the aforementioned payment process for the collection of fraudulent funds possible at all and to give the networks access to the German payment system, the network operators – with the aid of the services of the accused, Mr. Weigand, and his staff – infiltrated the payment service processors established in the Federal Republic of Germany and supervised by the Federal Financial Supervisory Authority. In particular, they installed in each of the payment service processors involved staff in senior positions and/or bodies of the respective institution, which cooperated with them. This allowed the accused Mizrachi, A. Akhavan, Mourid, Cruz und Benak to create – according to their agenda and overriding interest – a shadow financial system, in which they used authorized European payment service processors and specially created front companies as vehicles for the collection and transfer of criminal funds. The network managers, together with the accused Ruben Weigand and his employees, created a kind of "bank in the bank" (Concardis Limited Liability Company: "Digital Services Department", Unzer Group: in particular "Settlement Solution", Wirecard: "Sales Digital") within each payment service processor, which they effectively brought under their control.

As a result, there are **three core allegations**

- the provision of **technical services to collect** fraudulently obtained credit card payments,

- the creation, maintenance and use of a **technical money laundering vehicle** which conceals the sender of a transaction,

- the **making available of pooling accounts located in Germany**, in order to mix up, and disguise the origin of, criminal funds already collected and transferred for the purpose of money laundering.

In particular, the accused members of the WebOps network colluded with the following persons within the German payment service processors:

## 1. Concardis Limited Liability Company (Jan Marcinkowski, Nelson Burtnik)

During the period between the 30 May 2016 to 17 June 2021, Concardis created a "Digital Services" department, a special department for high-risk-merchants, whose remit was only in the onboarding, monitoring and payment processing of the merchants brokered by the accused Ruben Weigand from the high-risk portfolio.  There were no other tasks for this department.

The accused Jan Marcinkowski worked for Concardis in various functions in the Risk Management department from January 2015 to March 2020. Most recently, he was employed in a managerial role at Concardis and worked in the "Digital Services" department as a team manager in risk management / digital services and then worked for quite some time as an external consultant. His core tasks included the implementation and further development of the Risk Client Onboarding Due Diligence reviews as well as the risk assessment of existing and potential customers and the analysis of the risk sectors.

EXT-MIZRACHI-01155

The accused Jan Marcinkowski was one of the primary contacts of the accused Weigand and Korcaj and the networks "WebOps" and "FSX", in this case the accused Mizrachi and Cruz, while working for the Concardis Limited Liability Company. From Cruz and Mizrachi, he received the know-your-customer documents and arranged the activation of the dealers in the Concardis system. In particular, he pointed out possible sources of error to the accused Ruben Weigand and his staff and completed some information himself using "pdf-Creator". In addition, he was also responsible for the support of the brokered dealers.

In addition, it is apparent from the special audit report under Paragraph 19 of the ZAG, commissioned by the Federal Financial Supervisory Authority and drawn up by the auditing firm Flick Gocke Schaumburg ('the FGS'), that the accused Jan Marcinkowski signed, to a large extent, the dealer contracts with the online dealers brokered by the accused Ruben Weigand without, however, having carried out a proper dealer audit. The accused Nelson Burtnick was also employed by the Concardis from February 2019 to the end of 2022. He has also served in a senior position as Commercial Director Digital Service. The employment periods of the accused Nelson Burtnick and the accused Jan Marcinkowski overlapped. In fact, after the departure of the accused Jan Marcinkowski, the accused Nelson Burtnick became the primary point of contact for the accused Ruben Weigand and his associates. The criminal charges against the accused Burtnick show that he has in-depth knowledge of how to create credit card acceptance, which was also of central importance for the networks "WebOps" and "FSX".

Insofar as there were critical inquiries from employees within the Digital Services team or employees pointed out inconsistencies, the accused Nelson Burtnick ensured that these suggestions were not pursued further. He made it clear to employees that these critical demands would destroy the business ("Are we wanting to kill our business?"). It is an internal seized communication from the server, the Concardis used for the company communication.  It also emerges from a private chat between the accused Ruben Weigand and the accused Jan Marcinkowski that the accused Nelson Burtnick - over and above the payments made by his employer - received money in return for his assistance ("I think he swallows the money").

## 2. Our E-Com Limited Liability Company (Jan Mirko Hüllemann)

The accused Jan Mirko Hüllemann is a former employee of Wirecard, who founded the former Heidelpay Gesellschaft mit beschränkter Haftung with headquarters in Heidelberg in 2003, which became the Heidelpay Group in 2016. According to his own statements, the accused Hüllemann has been dealing with payment and platforms for over 20 years and was CEO of the Heidelpay Group until 2021. Since 2020, the group has operated under the name "Unzer", which now includes 13 domestic and foreign companies.

The Unzer Group provided different services to the dealers of the "WebOps" and "FSX" networks. On the one hand, Unzer E-com provided technical services as a payment gateway processor (non-collecting) for the merchants of both networks. In addition, the accused Ruben Weigand and Mirko Hüllemann established the so-called Settlement Solution, an instrument for digital money laundering, in Unzer.

EXT-MIZRACHI-01156

In addition, Unzer Luxembourg S.A. provided pooling accounts with Hamburg Commercial Bank, which used the merchants of the WebOps and FSX networks to conceal the fraudulent funds collected through Concardis and Payone.

### 3. Wirecard Aktiengesellschaft v Wirecard Bank AG (Jan Marsalek, Brigitte Häuser-Axtner, Markus Fuchs)

It is clear from the communication encrypted at Wirecard that the WebOps dealers were almost exclusively supported by the former Executive Board of Wirecard, the accused Jan Marsalek, the former "Vice President Digital Sales of Wirecard Aktiengesellschaft", the accused Brigitte Häuser-Axtner and the senior employee of the "Digital Sales" department, the accused Markus Fuchs. According to an internal e-mail from Wirecard, the accused R. Akhavan was contacted "exclusively via Jan, Brigitte and Markus".

The communication between the accused R. Akhavan and Marsalek shows that they have a long-standing, close and trusting friendship. For example, the accused Marsalek expressly asked the accused Akhavan to send him a first application for one of the fake pages he operated, so that he could already start onboarding. Specifically, it states:

*"Can you send me an application for one of your (fake) sites - I can then start boarding the stuff."*

The accused Marsalek was thus aware that the websites operated by the network of the accused Akhavan only existed in appearance. Nevertheless, the accused Jan Marsalek arranged for Wirecard, which he (co-)managed, to provide payment services over several years for the subscriptions generated via the Akhavan websites and to make available a large number of business accounts. According to witness ███ ███ before the investigation committee of the German Bundestag investigated the "Wirecard scandal" on 4 March 2021 and in its supplementary information on 05.03.2021 in the case 7500 UJs 425127/20 of the Public Prosecutor's Office Munich I, it emerges that the accused Marsalek, Akhavan and Weigand worked closely together and took criminal funds and subsequently - among other things - washed them via pre-paid credit cards. Witness ███ described "Jan, Ray and Ruben" as "all the same", thus as a unit.

The subscriptions made by the operators of the WebOps network, the unlawfully charged credit cards and the damage caused in each case were determined on the basis of the transaction lists relating to the respective bogus dealers of the network transmitted by the payment service processors Unzer E-Com, Concardis and Wirecard.

The flow of funds was as follows:

### I. Acquirer Concardis Limited Liability and Payone Limited Liability

In a first step, the credit card payments at issue in the proceedings were collected on the collective trust account of Concardis and Payone located in the Federal Republic of Germany. The Concardis Limited Liability Company is an account held with Commerzbank AG with IBAN ███████████████8301 (with sub-accounts for

USD, GBP, EUR) and the Payone Limited Liability Company is two accounts also held with Commerzbank AG with IBAN with IBAN ███████████████████0602 and D███████████████8301.

Upon receipt by Commerzbank AG of the funds in the aforementioned collective trust accounts of Concardis and Payone, the funds are split into two substantial cash flows by means of further transactions:

## 1. Cash flow I – Hamburg Commercial Bank AG:

### a) Step 1

The funds then flow from the aforementioned trust collection account to trust collection accounts held in the Federal Republic of Germany by Unzer Luxembourg Société anonyme with Hamburg Commercial AG (hereinafter HCOB). It is apparent from a communication from HCOB to FIU that Unzer Luxembourg Société established anonymous 1 108 escrow accounts for limits. 403 Cypriot accounts, 691 UK accounts and 14 Maltese accounts were included. These included the phony merchants from the WebOps network. The form of the contract was such that it was not the various limits at issue in the proceedings that became contractual partners of HCOB, but rather only Unzer Luxembourg Société anonyme, which managed the accounts as a trustee for the limits and was itself managed as an account holder with HCOB.

### b) Step 2

After the funds have been received by HCOB in the merchant-related collective trust accounts of Unzer Luxemburg S.A., the funds will be transferred in a further step to the HCOB on the same day of value on the main or pooling accounts of Unzer Luxembourg S.A..

### c) Step 3 - Pooling Account Forwarders

### aa) Pooling account with IBAN ██████████████████9635

### Individual money laundering cases (cases 25,188,668 to 25,220,013)

In the period from 1 November 2018 to 8 January 2021, the phony merchants of the WebOps network transferred **30,662 individual transactions** in the amount of 0.01 euro to 20,875.92 euros to the account ██████████████9635. In total, these transfers received **20,579,789.24 euros**.

From 2 November 2018 to 8 February 2021, amounts of 15 to 13,085.67 euros were transferred from the account ██████████████9635 in 684 individual transactions. A WebOps merchant was specified as the intended use or offset account holder. A total of 1,629,113.67 euros was transferred.

The account ██████████████9635_EUR was used for the period 27 September 2018 to 30 April 2021 Receipts of transfers of 51,545,308.53 euros. Expenditure for the same period amounted to 51,504,164.22 euros.

EXT-MIZRACHI-01158

From there, the funds were transferred in a large number of other transactions to different accounts at home and abroad.

**bb) Pooling account with IBAN** ███████████████ **0529**

**Individual money laundering cases (cases 25,132,018 to 25,165,330)**

In the period from 27 September 2018 to 11 January 2021, the phony merchants of the WebOps network transferred individual amounts of US$0.61 to US$66,330.43 to the ███████████████ 0529 account in **32871** individual transactions. The total amount received by these transfers was **US$80,861,471.50 (71,782,628.28 euros)**.

From 18 December 2019 to 27 January 2021 individual amounts of US$54.95 to US$6,967.70 were transferred from the ███████████████ 0529 account in 441 individual transactions. A WebOps merchant was specified as the intended use or offset account holder. A total of US$1,012,083.16 (EUR 830,550.04) was transferred.

The account ███████████████ 0529_USD has been used in the period 27 September 2018 to– 31 May 2021 Wire Transfer Receipts of US$96,884,257.07. Expenditures totaled US$96,883,661.71 over the same period.
From there, the funds were transferred in a large number of other transactions to different accounts at home and abroad.

**II. Wirecard Aktiengesellschaft**

Step 1:

In a first step, the credit card payments in question are collected on a clearing account of Wirecard Aktiengesellschaft with Wirecard Bank AG with IBAN ███████████████ 0414.

Step 2:

In a second step, these funds are transferred from the clearing account of Wirecard Aktiengesellschaft to accounts of the merchants with Wirecard Bank AG - whose account holders and not only beneficial owners they were. Each of the merchants had only two accounts in the contract currencies EUR and GBP.

Step 3. Transfer of funds from online merchant accounts

The funds of phony merchants from the WebOps network are then transferred to the subsequent 10 accounts of the 'IBSPs' belonging to the accused Ray Akhavan (deceased).

An IBSP is an Internet Business Service Processor which, according to the documents available from the Unzer E-Com LLC, is to offer a turnkey Internet business. This includes, among other things, the creation and design of the websites including the provision of content, maintenance, the allocation of visitor numbers and other services. The IBSPs maintain contracts with the merchants from the WebOps network, which in turn transfer their entire turnover to the IBSPs. The merchant only receives a maximum

remuneration of 5,000 euros per annum. Through the following IBSPs, the credit card revenues of 286 merchants from the WebOps network were collected and distributed.

| IBSP | IBAN (EUR) | IBAN (GBP) |
|---|---|---|
| Zenith Business | ████ 3547 | ████ 3548 |
| Optima Merchant Services Limited | ████ 2753 | ████ 3252 |
| Darepoint Services Limited | ████ 5285 | ████ 5286 |
| Dunker Holdings Limited | ████ 9096 | ████ 9097 |
| Champano Limited | ████ 9098 | ████ 9099 |

In total, 230.2 million euros and GBP 14.2 million were transferred through IBSPs between September 2015 and August 2020. The following transactions were carried out in detail.

| IBSP | transaction period (MM/YYYY) | Transaction volume EUR | Transaction volume GBP |
|---|---|---|---|
| Zenith Business | 09/2015 to 04/2020 | EUR 83 million | GBP 5 million |
| Optima Merchant Services Limited | 09/2015 to 10/2020 | EUR 92.1 million | GBP 4.9 million |
| Darepoint Services Limited | 01/2018 to 08/2020 | EUR 45 million | GBP 3.7 million |
| Dunker Holdings Limited | 10/2019 to 08/2020 | EUR 4.9 million | GBP 293,000 |
| Champano Limited | 11/2019 to 08/2020 | EUR 5 million | GBP 314,000 |

### III. Summary

The transfer of funds from the accounts of the German payment service processors, which transferred the fraudulent funds to trust accounts for the first time, was initiated by the network managers and thus by the (co-)perpetrators of the predicate offense.

In the present case, the accused Mizrachi, A. Akhavan, K. Cruz, M. Mourid and T. Benak have specific mechanisms for protecting the integrity of the economic and financial circuit, namely the obligation under money laundering law of banks or payment service processors (Paragraph 2 of the Money Laundering Act) to identify their customers (beneficial owners, Paragraph 3 I of the Money Laundering Act) and to ensure that they are operating (Paragraphs 10 et seq. Money Laundering Act), by

EXT-MIZRACHI-01160

providing false information about the background to their business activities (alleged establishment of a franchise system) and by using shell companies. The higher-level companies - referred to as IBSP or management companies - are also just shell entities. Rather, their real business purpose was to collect and transfer funds. According to the results of the investigation, these are financial agents in the guise of a legal person. In so far as those companies allegedly provided services to the merchants, the underlying invoices are merely fictitious invoices.  The accused Mizrachi, A. Akhavan, K. Cruz, M. Mourid and T. Benak merely built - each with their own specific contribution (IT, accounting, procurement, etc.) – a façade to give the illegal business model a legal franchise façade and, undetected and under the guise of supposedly proper accounting, to enable a large number of accounts to divide and pool the criminalized funds.

By transferring the funds from the first account of collection (trust accounts of the payment service processors) to further accounts of the online merchants, higher-level management companies or also further domestic trust accounts of a foreign payment service processor - several times - they were "put into circulation" in order to conceal their criminal origin.

The settlement of the current money in the "second-level accounts" continues through the further transactions, so that the dispositions to the third, fourth-level accounts and so on each represent a renewed placing on the market of assets suitable for money laundering. For charging purposes, if, as here, the payments are related to time and purpose, a natural unit of action is assumed in favor of the accused. This means that, in favor of the accused Mizrachi, A. Akhavan, K. Cruz, M. Mourid and T. Benak, I assume a unity of action with regard to the alleged money laundering offenses, since the successive transactions – from the second-level accounts onwards – all concern the same incriminated assets. They have already been "washed" on the first level account. Accordingly, I treat them as constitution single money laundering offenses in the first step rather than several separate ones on each of the levels.  Because here (from the second-level), the injustice is only exacerbated by further washing.  Although the accounts were paid over several years, they were made on a regular basis following a settlement method. Figuratively speaking, the same euro was laundered several times by a large number of transactions.

For the benefit of the accused Mizrachi and A. Akhavan it is therefore assumed that in each transaction from the account receiving the fraudulent credit card payment to another account of a third party there is an independent (self-)money laundering. The other transactions are linked to this transaction to form a natural unit of action.

**The operators of the fraudulent networks, the crime-as-a-service processors and the various bodies and senior staff of the German payment service processors have joined forces over a long period of time to infiltrate the German financial center and to create a shadow finance system in the Federal Republic of Germany, in addition to the creation of a credit card acceptance system for the collection of fraudulent funds and their subsequent concealment, which massively shakes the integrity of the financial center and the economic integrity of the location. During the period in which the offense was committed, the accused Mizrachi, A. Akhavan, K. Cruz, M. Mourid and T. Benak, promoted the association from the inside – each in accordance with its function and with a consensual will – and thus assumed a position within the organization, which in**

**each case identifies them as belonging to the circle of members. The modus operandi practiced by the accused was, as they were aware, only possible through the different contributions of each individual.**

## II. Applicable German legislation

The assessment of the above-described facts under German law gives rise to the urgent suspicion of computer fraud on a gang and commercial basis pursuant to Section 263a Paragraph 1, Paragraph 2, 263 Paragraph 5 of the Criminal Code, money laundering on a gang and commercial basis pursuant to Section 261 Paragraph 1 Point 2, Paragraph 5, Paragraph 7 of the Criminal Code and the formation of a criminal organization abroad pursuant to Section 129 Paragraph 1, Paragraph 5 of the Criminal Code, Paragraph 129b Paragraph 1 of the Criminal Code.

The German penal provisions can be found in the attached annex "Applicable Penal Provisions".

## III. Indication of the acts and maximum penalties

### 1. Formation of a criminal organization abroad (Timeframe: 23 March 2016 until 9 July 2021)

In **one case,** the accused is strongly suspected of forming a criminal organization abroad in accordance with Sections 129 Paragraph 1, Paragraph 5 Sentence 3, 129b Paragraph 1 Sentence 1 of the German Criminal Code. The German penal code provides for the imposition of a custodial sentence of between six months and ten years.

### 2. Computer fraud involving gangs and businesses (Timeframe: 23 March 2016 until 9 July 2021)

The accused is also strongly suspected in **9,698,629 cases** of committing gang and commercial computer fraud in accordance with Sections 263a Paragraph 1, Paragraph 2, 263 Paragraph 5 of the Criminal Code. Of these, the commission of 7,708,879 offenses remained at the experimental stage. The attempt is also punishable under section 263a paragraph 2 in conjunction with section 263 paragraph 2 of the German Criminal Code.

The German Criminal Code provides for imprisonment of between one and 15 years for each of the above cases of computer fraud.

### 3. Banknote and commercial money laundering (Timeframe: 27 September 2018 until 30 April 2021)

In addition, the accused is strongly suspected of committing **in 85,204 cases** money laundering on a gang and commercial basis in accordance with sections 261, paragraph 1, point 2, paragraph 5, paragraph 7 of the Criminal Code.

EXT-MIZRACHI-01162

The German Criminal Code provides for a custodial sentence of between six months and ten years for each of the above cases of money laundering.

The money laundering activities described took place between 27 September 2018 and 30 April 2021. In that regard, it should be noted at this point that, in any event, during the period referred to above, there was, at times, a previous version of Paragraph 261 of the German Criminal Code and that it was only since 18 March 2021 that the offense of money laundering was in the version referred to above.

The previous version, which was in force during the period from 3 January 2018 to 18 March 2021, is also listed in the Annex to the rules applied.

Under German law, the penalty is determined by the law in force at the time of the offense (Paragraph 2(1) of the German Criminal Code). Since the threat of punishment has not changed as a result of the amendment to the law, but has remained the same, the aforementioned provision remains unchanged. This means that for all cases of money laundering in which transactions took place between 27 September 2018 and 17 March 2021, Section 261 of the German Criminal Code, as amended on 3 March 2018, applies. By contrast, in the case of money laundering, in which the transactions took place between 18 March 2021 and 30 April 2021, Paragraph 261 of the German Criminal Code, as amended on 18 March 2021, applies.

### IV. Declaration of the validity of the relevant legislation

I hereby declare that the provisions of law mentioned in this request and applied are valid in the Federal Republic of Germany or were valid in the case of Section 261 of the Criminal Code as amended on 1 January 2018.

### pieces of evidence

### I. Arrest warrant issued by the Amtsgericht Koblenz on 13 May 2025

The extradition request is based on an arrest warrant issued by the Koblenz District Court on 13 May 2025 (reference 30 Gs 3997/25/25). At the request of the Koblenz Public Prosecutor's Office, the arrest warrant was issued as requested by the competent investigating judge of the Koblenz District Court, a judge at the Förger District Court.

### II. Identification

The accused Guy Mizrachi was never in personal contact with any of the damaged credit card holders, as he was unlawfully charged to the credit cards by a purely technical process.

Nonetheless, the German authorities were able to identify the accused Guy Mizrachi without any doubt, since there was internal communication. In particular, the work equipment of the accused Ruben Weigand, which was seized by the US authorities on 8 March 2020 and sent to the German authorities by way of judicial assistance, was used for this purpose. There is an Apple-branded laptop and two mobile phones. With

EXT-MIZRACHI-01163

these devices, the accused Ruben Raphael Weigand has exchanged views with a Guy Mizrachi about the connection of bogus merchants and bogus Internet sites at German payment service processors to charge credit cards.  The telephone number ███████ – 7009 is stored in the above-mentioned mobile telephone of the accused Ruben Weigand for the "Guy Mizrachi", with which the communication via the individual Internet sites, phony merchants and handling of complaints was communicated. The US authorities, in particular the FBI, have informed the German police, in the context of an FBI response to a request from German law enforcement authorities pursuant to Article 25, Section 3 of the Mutual Legal Assistance Treaty between the U.S. and Germany and Art. 26 of the Cybercrime Convention included information that leads to Mizrachi, specifically the telephone number ██████-7009 in the USA (registered to a person named Guy Mizrachi, born on ██████ 1970).  That response is referred to here as the "Comprehensive Report."

The phone number ██████-7009 and User ID █████9604 were found in the mobile phone of the accused Ruben Weigand. The contact is named as "Guy Mizrachi".

From many conversations between the accused Ruben Weigand and the accused Mizrachi it is understood that Mizrachi is the Head of the WebOps network after Ray Akhavan (deceased) had a lot of issues with consuming drugs.   Specific communications found on Ruben Weigand's phone (user ID ███8620) between the accused Mizrachi (user ID █████9604) and Ruben Weigand include the following:

- Telegram discussion: 20.08.2019 07:43:38(UTC+0). Mizrachi to Ruben W:  Ray has been told that he is no longer active or owner of the companies.
- Telegram discussion: 20.08.2019 07:43:50(UTC+0). Mizrachi to Ruben W: 5lions webops Quantum. Etc.
- Telegram discussion: 20.08.2019 07:44:12(UTC+0). Mizrachi to Ruben W:  He is of course threatening to kill all the banking activity.
- Telegram discussion: 20.08.2019 07:44:19(UTC+0). Mizrachi to Ruben W: Affect the wires etc.
- Telegram discussion: 20.08.2019 07:45:00(UTC+0). Mizrachi to Ruben W:   In case he tries to contact B/S or Concardis.
- Telegram discussion: 20.08.2019 07:45:15(UTC+0). Mizrachi to Ruben W:  And says that he is UBO.
- Telegram discussion: 20.08.2019 07:45:30(UTC+0). Mizrachi to Ruben W: Move the money etc.
- Telegram discussion: 20.08.2019 07:46:03(UTC+0). Mizrachi to Ruben W: The truth is we moved Ray's Shares from Ray to his asset Protection Trust.
- Telegram discussion: 20.08.2019 07:46:15(UTC+0). Ruben W to Mizrachi.  Will give Mirko a heads up.
- Telegram discussion: 20.08.2019 07:46:24(UTC+0). Mizrachi to Ruben W:  To protect his businesses from lawsuits like Eaze etc...

EXT-MIZRACHI-01164

- Telegram discussion: 20.08.2019 07:46:50(UTC+0). Mizrachi to Ruben W: So he is no longer in control "on paper".
- Telegram discussion: 20.08.2019 07:47:22(UTC+0). Mizrachi to Ruben W: Of 5Lions it is now some Cook Islands Trust.
- Telegram discussion: 20.08.2019 07:52:48(UTC+0). Mizrachi to Ruben W:  We may want to let Robert at Worldline know as well.
- Telegram discussion: 20.08.2019 07:53:01(UTC+0). Mizrachi to Ruben W: The Story Is that Ray is no longer in control because he transferred his ownership to an asset protection trust in the Cook Islands.
- Telegram discussion: 20.08.2019 07:56:45(UTC+0). Mizrachi to Ruben W: To protect his assets from creditor actions and issues arising out of certain relations like Eaze.
- Telegram discussion: 20.08.2019 07:57:18(UTC+0). Mizrachi to Ruben W: We will get you the details for the trust and eventually we make the KYC change with the Banks.
- Telegram discussion: 20.08.2019 07:57:59(UTC+0). Mizrachi to Ruben W: For now let's try to keep it discreet not to make it about Ray and drugs etc.
- Telegram discussion: 20.08.2019 07:58:32(UTC+0). Mizrachi to Ruben W: Our enemies will only use that against us.
- Telegram discussion: 20.08.2019 07:59:31(UTC+0). Mizrachi to Ruben W: Of course with the people that are close to us we should be honest.

The Comprehensive Report submitted by the US authorities also states that Guy Mizrachi, born on ▆▆▆▆ 1970, is registered as Director Legal Affairs of Quantum Solutions Incorporation in Calabasas, whose e-mail address he used to commit the acts, and is appointed President of the Internet Technology Development Corporation. Here are some examples that show Mizrachi and Kat Cruz's roles, particularly:



EXT-MIZRACHI-01165

**From:** Medhat Mourid <medhat@quantumsolutions.com>
**Sent:** 2/22/2018 5:25:33 PM -0500
**To:** Guy Mizrachi <guy@quantumsolutions.com> 'Michael Burtscher' <burtscher.michael@gmail.com>; "Ruben Weigand (Payment Consultants)" <rw@payment-consultants.com>
**Subject:** RE: Kalixa Volume

The accounts through █████████ were turned live yesterday. So, we should see an increased volume, and we'll try to target $200k/month total.

**From:** Guy Mizrachi
**Sent:** Thursday, February 22, 2018 1:51 PM
**To:** Medhat Mourid <medhat@quantumsolutions.com>; 'Michael Burtscher' <burtscher.michael@gmail.com>; 'Ruben Weigand (Payment Consultants)' <rw@payment-consultants.com>
**Subject:** Kalixa Volume

Medhat,

Kalixa (Ruben and Michael) has been working hard to earn your business. They are boarding a bunch of new low risk this month and we should have some capacity in the millions in the next month or so.

In the meantime they have asked us to increase our volume by another 100K/month. Can you fill that?

Thanks

Guy

**From:** Guy Mizrachi
**Sent:** Wednesday, June 27, 2018 3:05 PM
**To:** Fuchs, Markus; Kat; Elbek, Erkin; Haeuser-Axtner, Brigitte
**Cc:** Dannemark, Ilana
**Subject:** RE: Low risk accounts

Hi Markus

The reason we wanted to get issuing Cards for the Vendors is because we have payments that occur between them. For example WebOps purchases traffic from Euro Traffic Exchange pursuant to the attached agreement. These purchases can made on a WebOps Credit Card and acquired on Euro Traffic's merchant account.

Also Zenith and Optima buy services from WebOps pursuant to the attached agreement which services may also be charged to the Zenith and Optima credit cards on file.

In addition to the foregoing we had originally contemplated using WebOps as a Master Issuer for the sub-merchants, such that WebOps would issue Cards to the merchant companies. I believe that you refer to this as a "program manager". But after Ray and Brigitte discussed this option we have now come to the conclusion that we should not operate a One Card issuer program. So we will be sending over some additional merchant companies to apply for card issuing.

In the meantime we would still like to proceed with the supplier side Webops, Euro Traffic, Zenith and Optima issuing applications for the payments explained above.

EXT-MIZRACHI-01166

**From:** Guy Mizrachi <guy@quantumsolutions.com>
**Sent:** Mittwoch, 27. Juni 2018 00:19
**To:** Fuchs, Markus <markus.fuchs@wirecard.com>; Kat <kat@quantumsolutions.com>; Elbek, Erkin <erkin.elbek@wirecard.com>; Haeuser-Axtner, Brigitte <brigitte.haeuser-axtner@wirecard.com>
**Cc:** Dannemark, Ilana <ilana.dannemark@wirecard.com>
**Subject:** RE: Low risk accounts

Hi Markus,

We are also trying to open Issuing for Webops, Euro Traffic Exchange, Zenith and Optima.

Most urgent is WebOps so we can use it as the Parent in the franchise to issue cards to the Merchant Companies and start charging for the inter merchant traffic exchange, where merchant display banner ads for each other and pay for this traffic on a credit card.

Could you please push these as fast as possible to get us going?

In summary, the accused Guy Mizrachi communicated between 2016 and 2021 with the payment service processors at issue in the proceedings and the co-accused Ruben Weigand, in particular via the e-mail addresses guy@quantumsolve.com and guy@intertechinc.com, via the phony merchants and Internet sites at issue in the proceedings.

It was thus possible to identify a number of means of communication which can be assigned independently of one another to the person named in the extradition request. With the aforementioned e-mail addresses guy@quantumsolve.com and guy@intertechinc.com communication was in particular not only about the accused Ruben Weigand, but also directly with the German payment service processors. All communication partners spoke regularly to the person behind the email address as Guy Mizrachi and the participant also signed with this name. In addition, as part of an Internet search, a profile for a Guy Mizrachi, who works in Calabasas as Director of Legal Affairs and previously studied at McGill University in Quebec in Canada, could also be found on the professional network LinkedIn.

EXT-MIZRACHI-01167



Yearbooks of graduates are stored on the McGill University website. The accused Guy Mizrachi is listed here in a 1999 yearbook.

In addition, an Excel list containing important business partners to whom a Christmas present was to be sent could be found on the laptop of the accused Ruben Weigand. Guy Mizrachi – ███████████████ Agoura Hills, California ████ USA. At the same time, there is a chat between the accused Ruben Weigand and the user of the phone number ██████ – 7009 registered on Guy Mizrachi, in which the accused Ruben Weigand was invited to the address ██████████████ Agoura Hills, California ████ USA for a Halloween party. The US authorities have informed the Comprehensive Report that the suspect, Guy Mizrachi, is resident at ████████████ ████ Agoura Hills, California ████ USA.



It is the person who is photographed in the middle photo.

In addition to this the following image was found on the Facebook account of Guy Mizrachi's wife, Sandra Cohen, showing an actual picture of the accused Guy Mizrachi on the right.

EXT-MIZRACHI-01168



Finally, it is known from the seized cell phones of suspects Ruben and Quintus Weigand that the aforementioned suspects met in Los Angeles and at the Oktoberfest in Munich, and that identification is achievable.

## D. No limitation period

The acts for which extradition is sought are not time-barred under German law.

## I. Allegation of the formation of a criminal organization abroad

The formation of a criminal organization abroad is in principle punishable by a custodial sentence of up to five years or a fine, in accordance with § 129 para. 1, 129b para. 1 of the German Criminal Code. It is only in particularly serious cases, as in the present case, that a custodial sentence of up to 10 years may be imposed, since the accused have joined forces to commit very serious offenses, in this case computer fraud on a gang and commercial basis. The limitation period shall be determined, in accordance with Paragraph 78(4) of the German Criminal Code, according to the penalty of the law the offense of which materializes, without regard to any tightening provided for by the provisions for particularly serious cases. In the present case, therefore, according to Paragraph 78(4) of the German Criminal Code, only the constituent element is relevant, but not the sharpening which has occurred here. This means that the offenses are subject to a limitation period of <u>five years</u> in accordance with Section 78 Paragraph 3 Number 4 of the German Criminal Code. The limitation period begins according to Section 76a sentence 1 of the Criminal Code as soon as the act is ended. The criminal organization existed at least until the conclusion of the last subscription noted here on

EXT-MIZRACHI-01169

17 June 2021. Accordingly, the limitation period would not apply until 16 June 2026. In the present case, however, the limitation period was interrupted. In accordance with point 5 of the first sentence of Paragraph 78c(1), that period may be interrupted by the issue of an arrest warrant, which in the present case was effected by the arrest warrant issued by the Amtsgericht Koblenz on 13 May 2025 and annexed to the extradition request. Under the first sentence of Paragraph 78c(3) of the Criminal Code, the limitation period begins anew after each interruption.

**The accused Guy Mizrachi is accused of having set up a criminal organization which unlawfully charged credit cards throughout the world and concealed the origin of the criminal funds obtained from them through accounts held in Germany, and of infiltrating the German financial system and creating a shadow financial system in the Federal Republic of Germany. Both German credit card holders were harmed and only German financial instruments were used by the accused for the commission of the crime.**

### II. Allegation of gang and commercial computer fraud

According to Paragraph 263a(1)(2) in conjunction with Paragraph 263(6) of the Criminal Code, gang and commercial computer fraud is punishable as a crime with a custodial sentence of one to 15 years. Paragraph 78(2)(2) provides that the limitation period is 20 years for offenses punishable, to the maximum extent, by imprisonment of more than 10 years. The limitation period begins according to section 76a sentence 1 of the Penal Code as soon as the act is ended. The last fraudulent act ended at least with the conclusion of the last subscription and its collection on 17 June 2021. The limitation period would therefore not apply until 16 June 2041. In the present case, however, the limitation period was interrupted. In accordance with point 5 of the first sentence of Paragraph 78c(1), that period may be interrupted by the issue of an arrest warrant, which in the present case was effected by the arrest warrant issued by the Amtsgericht Koblenz on 13 May 2025 and annexed to the extradition request. Under the first sentence of Paragraph 78c(3) of the Criminal Code, the limitation period begins anew after each interruption.

**The accused Guy Mizrachi is accused of having faked credit card subscriptions on bogus websites and of having submitted each individual subscription to one of four German payment service processors and of having used them to charge the credit card. The unlawful debiting of the credit cards was initiated by the accused Mizrachi by the employees of the German payment service processors in the Federal Republic of Germany. In this case, the accused, together with the other accused named above, colluded to obtain a source of income of duration and some scope.**

### III. Banknote and commercial money laundering

According to Section 261 of the Criminal Code, money laundering by gangs and businesses is generally punishable by a custodial sentence of up to five years or a fine in accordance with the provisions of both 3 January 2018 and 1 March 2021. In particularly serious cases, as in this case, a prison sentence of up to ten years can be imposed, since the accused acts in a commercial and gang-related manner. The limitation period shall be determined, in accordance with Paragraph 78(4) of the German Criminal Code, according to the penalty of the law the offense of which materializes, without regard to any tightening provided for by the provisions for particularly serious cases. In the present case, therefore, according to Paragraph 78(4) of the German Criminal Code, only the constituent element is relevant, but not the sharpening which has occurred here. This means that the offenses are subject to a limitation period of <u>five years</u> in accordance with Section 78 Paragraph 3 Number 4 of the German Criminal Code. The limitation period begins according to Section 76a sentence 1 of the Criminal Code as soon as the act is ended.

Even if the first payments to the accounts of online traders, management companies and the foreign payment service processor set up for the purpose of money laundering were already made in 2016, the prosecution of the money laundering offenses in question is <u>not</u> time-barred. First of all, the limitation period for the predicate offense has no effect on the limitation period for money laundering. This begins with the termination of the money laundering offense, and thus with the material success brought about by the last money laundering act.

Acts which, as in this case, implement the same criminal offense in a direct spatial and temporal context several times in succession and which, from a natural point of view, appear to be a single act (natural unit of action), are ended with the conclusion of the last individual act. For the present scheme, this means that the last individual act was terminated only with the last ascertainable disposition on the above-mentioned accounts. In the present case, those dispositions from the last accounts are at the earliest in 2021, with the result that the five-year limitation period is still running. In the present case, the limitation period was also interrupted. In accordance with point 5 of the first sentence of Paragraph 78c(1), that period may be interrupted by the issue of an arrest warrant, which in the present case was effected by the arrest warrant issued by the Amtsgericht Koblenz on 13 May 2025 and annexed to the extradition request. Under the first sentence of Paragraph 78c(3) of the Criminal Code, the limitation period begins anew after each interruption.

**The accused Guy Mizrachi is accused of having concealed the origin of the criminalized fraudulent funds by forwarding them to accounts located in the Federal Republic of Germany after a first seizure. In this case, the accused, together with the accused mentioned above, colluded to obtain a source of income of duration and broader scope.**

EXT-MIZRACHI-01171

With excellent respect

On behalf of

i.V.



Schüler
(Public Prosecutor)

EXT-MIZRACHI-01172

**Section 263a of the German Criminal Code - Computer fraud:**

**(1) Any person who, with the intention of procuring an unlawful pecuniary advantage for themselves or a third party, damages the assets of another person by influencing the result of a data processing operation by the incorrect design of the program, by the use of incorrect or incomplete data, by unauthorized use of data or otherwise by unauthorized interference with the operation, shall be punished with imprisonment of up to five years or a fine.**

**(2) Section 263 paragraphs 2 to 6 shall apply mutatis mutandis.**

(3) Any person who prepares a criminal offense under paragraph 1 by

- *1. Producing computer programs which have the purpose is to commit such an offense, obtaining them for themselves or another person, offering them for sale, storing them, or transferring them to another person, or*
- *2. Producing passwords or other security codes that are suitable for committing such an offence, obtaining them for themselves or another person, offering them for sale, storing them, or transferring them to another person,*

shall be punishable by imprisonment of up to three years or a fine.

(4) In the cases referred to in paragraph 3, section 149 paragraphs 2 and 3 shall apply mutatis mutandis.

**Section 263 of the German Criminal Code – Fraud:**

(1) Any person who, with the intention of procuring an unlawful pecuniary advantage for themselves or for a third party, damages the property of another person by causing or maintaining an error by pretending false facts or by distorting or suppressing true facts, shall be punished with imprisonment of up to five years or a fine.

(2) The attempt is punishable.

(3) 1In particularly serious cases, the punishment shall be imprisonment of six months to 10 years. 2A particularly serious case is usually present when the offender

- *1.is acting commercially or as a member of a gang that has joined to perpetrate forgery or fraud,*
- *2.causes a large-scale loss of assets or acts with the intention of putting large numbers of people at risk of loss of assets by continuing to commit fraud,*
- *3.causes financial hardship to another person,*
- *4.abuses their powers or position as a public official or European public office holder; or*
- *5.fakes an insurance claim after they or another person have set fire to an object of significant value for this purpose or has destroyed it in whole or in part by setting fire or has caused a ship to sink or become stranded.*

(4) Section 243 paragraph 2 and sections 247 and 248a shall apply mutatis mutandis.

**(5) Imprisonment of one year to ten years, in minor cases imprisonment of six months to five years, shall be imposed on a professional person who**

EXT-MIZRACHI-01173

*commits the fraud as a member of a gang that has joined to commit offenses in accordance with sections 263 to 264 or 267 to 269.*

*(6) The court may order supervision of conduct (section 68 paragraph 1).*

**Section 261 of the German Criminal Code – Money laundering:**

*(1) 1Any person who performs the following actions on an object resulting from an unlawful act,*

- *1.hiding,*
- **2.exchanging, transferring or transporting with the intention of preventing its discovery, seizure, or determination of its origin,**
- *3.obtaining for themselves or a third party; or*
- *4.storing or using for themselves or for a third party if they knew its origin at the time when they obtained it,*

*shall be punished by imprisonment of up to five years or a fine. 2In the cases referred to in sentence 1, points 3 and 4, this shall not apply to an object previously obtained by a third party without thereby committing an unlawful act. 3In the cases referred to in sentence 1, points 3 and 4, a person who accepts a fee for his activity as a criminal defense lawyer is only acting intentionally, if they had reliable knowledge of the origin of the fee at the time of its acceptance.*

*(2) Any person who conceals or disguises facts which may be relevant to the discovery, confiscation or tracing of the origin of an object referred to in section 1 shall also be punished.*

*(3) The attempt is punishable.*

*(4) Any person who commits an act under paragraph 1 or paragraph 2 as an obligor under section 2 of the Money Laundering Act shall be punished with imprisonment of three months up to five years.*

**(5) 1In particularly serious cases, the punishment shall be imprisonment of six months to 10 years. 2A particularly serious case is usually present when the offender is acting commercially or as a member of a gang that has joined to commit money laundering on a continuing basis.**

*(6) 1Any person who, in the cases referred to in paragraphs 1 or 2, does not recognize that the goods referred to in paragraph 1 are concerned due to carelessness shall be punished with imprisonment of up to two years or a fine. 2In the cases referred to in paragraph 1, sentence 1, points 3 and 4, sentence 1 shall not apply to a defense lawyer who accepts a fee for his activities.*

*(7) Any person who is liable to prosecution for involvement in the predicate offense shall be punished in accordance with paragraphs 1 to 6 only if he places the object on the market and conceals its illegal origin.*

*(8) According to paragraphs 1 to 6, a person shall not be punished,*

- *1.who voluntarily reports the offense to the competent authority or voluntarily arranges for such a report to be made, if the offense had not already been discovered in whole or in part at that time and the offender knew this or had to reckon with it on a reasonable assessment of the facts, and*
- *2.who, in the cases referred to in paragraph 1 or 2, effects the freezing of the object under the conditions set out in point 1.*

EXT-MIZRACHI-01174

*(9) Objects resulting from an offense committed abroad shall be treated as objects within the meaning of paragraph 1 if the offense would be unlawful under German criminal law and*

- *1.is punishable at the scene of the crime, or*
- *2.is punishable under any of the following European Union rules and conventions:*
  - *(a)Article 2 or Article 3 of the Convention of 26 May 1997 drawn up on the basis of Article K.3 paragraph 2 letter (c of the Treaty on European Union on the fight against corruption involving officials of the European Communities or officials of Member States of the European Union (Federal Law Gazette 2002 II p. 2727, 2729),*
  - *(b)Article 1 of Council Framework Decision 2002/946/JHA of 28 November 2002 on the strengthening of the penal framework to prevent the facilitation of unauthorized entry, transit and residence (OJ L 328, 5.12.2002, p. 1),*
  - *(c)Article 2 or Article 3 of Council Framework Decision 2003/568/JHA of 22 July 2003 on combating corruption in the private sector (OJ L 192, 31.7.2003, p. 54),*
  - *(d)Article 2 or Article 3 of Council Framework Decision 2004/757/JHA of 25 October 2004 laying down minimum provisions on the constituent elements of criminal acts and penalties in the field of illicit drug trafficking (OJ L 335, 11.11.2004, p. 8), as last amended by Delegated Directive (EU) 2019/369 (OJ L 66, 7.3.2019, p. 3),*
  - *(e)Article 2 letter a of Council Framework Decision 2008/841/JHA of 24 October 2008 on combating organized crime (OJ L 300, 11.11.2008, p. 42),*
  - *(f)Article 2 or Article 3 of Directive 2011/36/EU of the European Parliament and of the Council of 5 April 2011 on preventing and combating trafficking in human beings and protecting its victims, and replacing Council Framework Decision 2002/629/JHA (OJ L 101, 15.4.2011, p. 1),*
  - *(g)Articles 3 to 8 of Directive 2011/93/EU of the European Parliament and of the Council of 13 December 2011 on combating the sexual abuse and sexual exploitation of children and child pornography, and replacing Council Framework Decision 2004/68/JHA (OJ L 335, 17.12.2011, p. 1; L 18, 21.1.2012, p. 7); or*
  - *(h)Articles 4 to 9, paragraphs 1 and 2 letter b or Articles 10 to 14 of Directive (EU) 2017/541 of the European Parliament and of the Council of 15 March 2017 on combating terrorism and replacing Council Framework Decision 2002/475/JHA and amending Council Decision 2005/671/JHA (OJ L 88, 31.3.2017, p. 6).*

*(10) 1Objects, to which the offense is related, may be confiscated. 2Section 74a shall apply. 3Sections 73 to 73e remain unaffected and shall take precedence over confiscation pursuant to section 74 paragraph 2, also in conjunction with sections 74a and 74c.*


*Paragraph 129 of the German Criminal Code – Formation of criminal associations*

**(1) 1Any person setting up an association or participating in an association as a member, where the subject matter or activity is to commit offenses and where the maximum punishment for these offences is imprisonment of at least 2 years, shall be punished with imprisonment of up to five years or a**

EXT-MIZRACHI-01175

*fine. 2Any person who supports such an association or who recruits members or supporters for it shall be punished with imprisonment of up to three years or a fine.*

(2) An association is a long-term organization, independent of the definition of the roles of its members, continuity of membership and organization of more than two persons, pursuing an overriding common interest.

(3) Paragraph 1 shall not apply,

- 1.if the association is a political party which the Federal Constitutional Court has not declared unconstitutional,
- 2.the committing of criminal offenses is only a secondary purpose or activity; or
- 3.insofar as the purposes or activity of the association concern offenses under section 84 to 87.

(4) Attempts to form an association as referred to in sentence 1 of paragraph 1 and in paragraph 2 shall be punishable.

*(5) 1In particularly serious cases of the first sentence of paragraph 1, imprisonment of six months to five years shall be imposed. 2A particularly serious case is usually present when the offender belongs to the ringleaders or backers of the association. 3In the cases referred to in sentence 1 of paragraph 1, imprisonment of six months to 10 years shall be imposed if the purpose or activity of the association is to meet the requirements of section 100b paragraph 2 number 1 letters a, c, d, e and g to n[2], offenses referred to in numbers 2 to 8 and 10 of the Code of Criminal Procedure, with the exception of the offenses referred to in section 100b paragraph 2 number 1 letter h of the Code of Criminal Procedure, in accordance with sections 239a and 239b of the Criminal Code.*

(6) The court may waive the punishments provided for in paragraphs 1 and 4 in respect of persons whose guilt is negligible and whose involvement is of minor importance.

(7) The court may, at its discretion, reduce the punishment (section 49 paragraph 2) or refrain from punishment under these provisions if the offender

- 1.voluntarily and seriously endeavors to prevent the continuation of the association or the commission of an offense consistent with its objectives; or
- 2.voluntarily discloses their knowledge to a court office in good time in such a way that crimes, where the planning is known to them, can still be prevented;

if the offender achieves his objective of preventing the continuation of the association or if it is achieved without their efforts, they shall not be punished.


**Sections 129b of the German Criminal Code – Criminal and terrorist organizations abroad**

*(1) 1Sections 129 and 129a also apply to associations abroad. 2Where the offense relates to an association outside the Member States of the European Union, this shall apply only if the offence is committed by an activity carried out within the territorial scope of this Act or if the offender or victim is German or is present in Germany. 3In the cases referred to in sentence 2, the offense shall only be prosecuted with the authorization of the Federal Ministry of Justice and Consumer Protection. 4Authorization may be granted on a case-by-case basis or, more generally, for the prosecution of future acts*

EXT-MIZRACHI-01176

*relating to a particular group. 5In the decision regarding the authorization, the Ministry shall take into account whether the association's efforts are directed against the fundamental values of a state order respecting human dignity or against peaceful coexistence of peoples and appear reprehensible when all the circumstances are considered.*

*(2) In the cases of sections 129 and 129a, in each case also in conjunction with paragraph 1, section 74a shall apply.*

EXT-MIZRACHI-01177

Local Court                                      56068 Koblenz, 13 May 2025
30 Gs 3997/25                                    Karmeliterstraße 14
51 Js 1347/22                                    Phone:+49 261/102-1057
                                                 Fax: +49 261/102-1086

# A r r e s t   W a r r a n t



Against the accused

**Guy Mizrachi, born on** ▮▮▮▮ **1970,**

**Resident:** ▮▮▮▮▮▮▮▮▮ **Agoura Hills, California** ▮▮ **USA,**

**Nationality: American,**

pre-trial detention is ordered pursuant to sections 112 and 162 paragraph 1 of the Code of Criminal Procedure.

## Grounds:

There is a strong suspicion against the accused that he,

in the period from 23 March 2016 to 9 July 2021,

in Koblenz, Aschheim, Eschborn, Los Angeles and other locations,

**through 9,783,834 legally independent acts,**

1

EXT-MIZRACHI-01178

I. through **one** legally independent act *(case 1)*,

having founded an association abroad whose purpose or activity is directed to the commission of criminal offenses punishable by a maximum term of imprisonment of at least two years, whereby the accused Mizrachi was the ringleader of the association after the death of Ray Akhavan,

in each case in conjunction with,

II. through **9,698,629** legally independent acts,

*(Cases: 16,741,489 to 16,743,940, 16,743,941 to 16,747,892, 16,747,893 to 16,750,931, 16,750,932 to 16,753,387, 16,753,388 to 16,756,212, 16,756,213 to 16,758,555, 16,758,556 to 16,762,335, 16,762,336 to 16,763,511, 16,763,512 to 16,765,978, 16,765,979 to 16,769,531, 16,769,532 to 16,770,911, 16,770,912 to 16,774,462, 16,774,463 to 16,777,698, 16,777,699 to 16,778,668, 16,778,669 to 16,779,318, 16,779,319 to 16,782,892, 16,782,893 to 16,786,590, 16,786,591 to 16,788,803, 16,788,804 to 16,791,648, 16,791,649 to 16,794,561, 16,794,562 to 16,797,997, 16,797,998 to 16,800,219, 16,800,220 to 16,802,538, 16,802,539 to 16,806,121, 16,806,122 to 16,806,426, 16,806,427 to 16,806,636, 16,806,637 to 16,806,947, 16,806,948 to 16,809,296, 16,809,297 to 16,811,324, 16,811,325 to 16,812,267, 16,812,268 to 16,815,312, 16,815,313 to 16,819,578, 16,819,579 to 16,823,253, 16,823,254 to 16,826,639, 16,826,640 to 16,829,061, 16,829,062 to 16,832,856, 16,832,857 to 16,836,648, 16,836,649 to 16,840,176, 16,840,177 to 16,842,439, 16,842,440 to 16,842,771, 16,842,772 to 16,843,012, 16,843,013 to 16,846,118, 16,846,119 to 16,848,503, 16,848,504 to 16,852,016, 16,852,017 to 16,854,871, 16,854,872 to 16,857,864, 16,857,865 to 16,858,234, 16,858,235 to 16,860,262, 16,860,263 to 16,860,628, 16,860,629 to 16,864,335, 16,864,336 to 16,866,804, 16,866,805 to 16,870,392, 16,870,393 to 16,874,925, 16,874,926 to 16,877,262, 16,877,263 to 16,879,404, 16,879,405 to 16,882,842, 16,882,843 to 16,883,155, 16,883,156 to 16,883,499, 16,883,500 to 16,885,888, 16,885,889 to 16,888,285, 16,888,286 to 16,891,566, 16,891,567 to 16,892,219, 16,892,220 to 16,896,647, 16,896,648 to 16,897,014, 16,897,015 to 16,899,508, 16,899,509 to 16,901,563, 16,901,564 to 16,901,714, 16,901,715 to 16,904,021, 16,904,022 to 16,905,009, 16,905,010 to 16,905,228, 16,905,229 to 16,909,676, 16,909,677 to 16,913,099, 16,913,100 to 16,915,347, 16,915,348 to 16,917,867, 16,917,868 to 16,921,083, 16,921,084 to 16,923,154, 16,923,155 to 16,924,197, 16,924,198 to 16,925,294, 16,925,295 to 16,925,565, 16,925,566 to 16,928,605, 16,928,606 to 16,930,314, 16,930,315 to 16,933,354, 16,933,355 to 16,936,574, 16,936,575 to 16,939,409, 16,939,410 to 16,939,780, 16,939,781 to 16,944,287, 16,944,288 to 16,947,432, 16,947,433 to 16,948,513, 16,948,514 to 16,952,251, 16,952,252 to 16,956,722, 16,956,723 to 16,959,826, 16,959,827 to 16,960,809, 16,960,810 to 16,961,130, 16,961,131 to 16,964,382, 16,964,383 to 16,964,830, 16,964,831 to 16,967,250, 16,967,251 to 16,968,394, 16,968,395 to 16,970,639, 16,970,640 to 16,974,533, 16,974,534 to 16,976,958, 16,976,959 to 16,979,095, 16,979,096 to 16,982,974, 16,982,975 to 16,984,023, 16,984,024 to 16,985,054, 16,985,055 to 16,985,493, 16,985,494 to 16,987,155, 16,987,156 to 16,987,383, 16,987,384 to 16,990,373, 16,990,374 to 16,990,532, 16,990,533 to 16,990,733, 16,990,734 to 16,995,183, 16,995,184 to 16,999,008, 16,999,009 to 17,001,877, 17,001,878 to 17,002,180, 17,002,181 to 17,006,613, 17,006,614 to 17,009,250, 17,009,251 to 17,013,708, 17,013,709 to 17,015,094, 17,015,095 to 17,019,578, 17,019,579 to 17,021,803, 17,021,804 to 17,024,662, 17,024,663 to 17,027,997, 17,027,998 to 17,030,889, 17,030,890 to 17,031,273, 17,031,274 to 17,034,641, 17,034,642 to 17,034,645, 17,034,646*

2

EXT-MIZRACHI-01179

*to 17,037,220, 17,037,221 to 17,038,446, 17,038,447 to 17,040,863, 17,040,864 to 17,044,359, 17,044,360 to 17,048,822, 17,048,823 to 17,051,607, 17,051,608 to 17,055,069, 17,055,070 to 17,056,907, 17,056,908 to 17,059,983, 17,059,984 to 17,060,290, 17,060,291 to 17,060,667, 17,060,668 to 17,060,969, 17,060,970 to 17,063,821, 17,063,822 to 17,066,167, 17,066,168 to 17,066,543, 17,066,544 to 17,066,902, 17,066,903 to 17,067,998, 17,067,999 to 17:071,044, 17,071,045 to 17,075,409, 17,075,410 to 17,076,507, 17,076,508 to 17,077,627, 17,077,628 to 17,080,678, 17,080,679 to 17,084,128, 17,084,129 to 17,087,803, 17,087,804 to 17,088,118, 17,088,119 to 17,092,445, 17,092,446 to 17,095,193, 17,095,194 to 17,098,640, 17,098,641 to 17,100,954, 17,100,955 to 17,105,458, 17,105,459 to 17,107,444, 17,107,445 to 17,107,833, 17,107,834 to 17,110,681, 17,110,682 to 17,113,462, 17,113,463 to 17,113,758, 17,113,759 to 17,116,846, 17,116,847 to 17,118,548, 17,118,549 to 17,121,539, 17,121,540 to 17,124,493, 17,124,494 to 17,128,768, 17,128,769 to 17,130,677, 17,130,678 to 17,134,136, 17,134,137 to 17,134,334, 17,134,335 to 17,135,089, 17,135,090 to 17,137,640, 17,137,641 to 17,141,452, 17,141,453 to 17,144,117, 17,144,118 to 17,144,241, 17,144,242 to 17,146,560, 17,146,561 to 17,147,592, 17,147,593 to 17,150,707, 17,150,708 to 17,150,922, 17,150,923 to 17,151,561, 17,151,562 to 17,153,766, 17,153,767 to 17,154,939, 17,154,940 to 17,155,119, 17,155,120 to 17,155,562, 17,155,563 to 17,156,894, 17,156,895 to 17,157,246, 17,157,247 to 17,159,721, 17,159,722 to 17,163,219, 17,163,220 to 17,163,569, 17,163,570 to 17,164,652, 17,164,653 to 17,168,902, 17,168,903 to 17,170,059, 17,170,060 to 17,172,943, 17,172,944 to 17,176,628, 17,176,629 to 17,176,943, 17,176,944 to 17,177,134, 17,177,135 to 17,177,452, 17,177,453 to 17,177,732, 17,177,733 to 17,180,603, 17,180,604 to 17,180,953, 17,180,954 to 17,181,254, 17,181,255 to 17,183,145, 17,183,146 to 17,186,317, 17,186,318 to 17,190,195, 17,190,196 to 17,193,001, 17,193,002 to 17,193,711, 17,193,712 to 17,196,716, 17,196,717 to 17,200,342, 17,200,343 to 17,202,421, 17,202,422 to 17,203,782, 17,203,783 to 17,208,344, 17,208,345 to 17,208,543, 17,208,544 to 17,212,603, 17,212,604 to 17,215,716, 17,215,717 to 17,218,729, 17,218,730 to 17,223,061, 17,223,062 to 17,227,425, 17,227,426 to 17,229,667, 17,229,668 to 17,231,859, 17,231,860 to 17,234,763, 17,234,764 to 17,237,611, 17,237,612 to 17,241,223, 17,241,224 to 17,244,083, 17,244,084 to 17,247,152, 17,247,153 to 17,247,297, 17,247,298 to 17,249,765, 17,249,766 to 17,251,946, 17,251,947 to 17,256,360, 17,256,361 to 17,258,898, 17,258,899 to 17,263,177, 17,263,178 to 17,263,558, 17,263,559 to 17,266,997, 17,266,998 to 17,270,848, 17,270,849 to 17,273,123, 17,273,124 to 17,275,567, 17,275,568 to 17,275,828, 17,275,829 to 17,276,562, 17,276,563 to 17,276,879, 17,276,880 to 17,277,844, 17,277,845 to 17,280,807, 17,280,808 to 17,284,550, 17,284,551 to 17,288,144, 17,288,145 to 17,290,539, 17,290,540 to 17,291,177, 17,291,178 to 17,292,271, 17,292,272 to 17,292,585, 17,292,586 to 17,295,694, 17,295,695 to 17,299,222, 17,299,223 to 17,303,464, 17,303,465 to 17,304,135, 17,304,136 to 17,306,832, 17,306,833 to 17,308,905, 17,308,906 to 17,309,297, 17,309,298 to 17,313,269, 17,313,270 to 17,316,025, 17,316,026 to 17,319,720, 17,319,721 to 17,322,146, 17,322,147 to 17,323,290, 17,323,291 to 17,324,651, 17,324,652 to 17,324,856, 17,324,857 to 17,325,203, 17,325,204 to 17,325,544, 17,325,545 to 17,329,880, 17,329,881 to 17,332,860, 17,332,861 to 17,333,962, 17,333,963 to 17,334,113, 17,334,114 to 17,337,008, 17,337,009 to 17,338,275, 17,338,276 to 17,342,571, 17,342,572 to 17,345,970, 17,345,971 to 17,347,073, 17,347,074 to 17,348,803, 17,348,804 to 17,349,157, 17,349,158 to 17,349,529, 17,349,530 to 17,349,793, 17,349,794 to 17,353,419, 17,353,420 to 17,355,722, 17,355,723 to 17,359,071, 17,359,072 to 17,361,647, 17,361,648 to 17,365,133, 17,365,134 to 17,368,311, 17,368,312 to 17,372,715, 17,372,716 to 17,375,832, 17,375,833 to 17,376,842, 17,376,843 to 17,379,326, 17,379,327 to 17,379,890, 17,379,891 to 17,383,748, 17,383,749 to 17,385,435, 17,385,436 to 17,386,583, 17,386,584 to 17,387,358, 17,387,359 to 17,388,741, 17,388,742 to 17,391,610, 17,391,611 to 17,394,610, 17,394,611 to 17,397,473, 17,397,474 to 17,398,199, 17,398,200 to 17,398,500, 17,398,501 to 17,398,795, 17,398,796 to 17,399,121, 17,399,122 to 17,401,296, 17,401,297 to 17,403,751, 17,403,752 to 17,407,773, 17,407,774 to 17,410,216, 17,410,217 to 17,414,397, 17,414,398 to 17,416,576, 17,416,577 to 17,418,171, 17,418,172 to 17,422,498, 17,422,499 to 17,424,945, 17,424,946 to 17,425,328, 17,425,329 to 17,426,503, 17,426,504 to 17,428,933, 17,428,934 to*

3

EXT-MIZRACHI-01180

*17,431,093, 17,431,094 to 17,434,969, 17,434,970 to 17,436,126, 17,436,127 to 17,439,004, 17,439,005 to 17,443,366, 17,443,367 to 17,447,223, 17,447,224 to 17,447,554, 17,447,555 to 17,448,155, 17,448,156 to 17,452,042, 17,452,043 to 17,452,164, 17,452,165 to 17,452,521, 17,452,522 to 17,454,977, 17,454,978 to 17,459,457, 17,459,458 to 17,463,037, 17,463,038 to 17,464,766, 17,464,767 to 17,467,947, 17,467,948 to 17,468,329, 17,468,330 to 17,468,568, 17,468,569 to 17,469,671, 17,469,672 to 17,474,147, 17,474,148 to 17,475,901, 17,475,902 to 17,480,288, 17,480,289 to 17,483,749, 17,483,750 to 17,484,379, 17,484,380 to 17,487,975, 17,487,976 to 17,488,275, 17,488,276 to 17,492,732, 17,492,733 to 17,495,214, 17,495,215 to 17,499,061, 17,499,062 to 17,502,703, 17,502,704 to 17,507,061, 17,507,062 to 17,511,562, 17,511,563 to 17,511,664, 17,511,665 to 17,515,159, 17,515,160 to 17,517,396, 17,517,397 to 17,517,680, 17,517,681 to 17,518,584, 17,518,585 to 17,521,738, 17,521,739 to 17,522,367, 17,522,368 to 17,526,109, 17,526,110 to 17,526,840, 17,526,841 to 17,530,429, 17,530,430 to 17,531,424, 17,531,425 to 17,532,172, 17,532,173 to 17,535,553, 17,535,554 to 17,536,643, 17,536,644 to 17,540,467, 17,540,468 to 17,540,612, 17,540,613 to 17,544,443, 17,544,444 to 17,547,880, 17,547,881 to 17,548,200, 17,548,201 to 17,552,022, 17,552,023 to 17,554,276, 17,554,277 to 17,558,705, 17,558,706 to 17,558,840, 17,558,841 to 17,559,198, 17,559,199 to 17,561,189, 17,561,190 to 17,561,476, 17,561,477 to 17,561,875, 17,561,876 to 17,566,217, 17,566,218 to 17,569,343, 17,569,344 to 17,573,887, 17,573,888 to 17,577,058,*

*3,211,353 to 3,216,371, 2,368,365 to 2,373,274, 3,384,245 to 3,389,076, 3,232,229 to 3,237,099, 1,045,888 to 1,050,895, 2,448,936 to 2,453,949, 1,619,405 to 1,622,328, 2,796,124 to 2,799,033, 3,175,856 to 3,180,689, 1,447,732 to 1,450,849, 4,255,897 to 4,261,239, 3,583,395 to 3,586,306, 3,423,774 to 3,428,735, 1,417,138 to 1,419,296, 488,026 to 490,208, 271,416 to 273,534, 3,324,094 to 3,328,652, 3,663,000 to 3,667,582, 1,856,327 to 1,860,865, 419,549 to 424,169, 424,170 to 439,327, 1,895,448 to 1,897,495, 2,997,585 to 3,002,132, 4,148,531 to 4,153,074, 2,252,601 to 2,254,712, 1,340,557 to 1,342,681, 2,701,880 to 2,703,980, 2,703,981 to 2,710,664, 2,012,764 to 2,017,432, 1,189,013 to 1,193,743, 1,193,744 to 1,208,908, 2,483,605 to 2,485,750, 2,485,751 to 2,492,677, 338,477 to 343,085, 44,814 to 49,399, 8,087 to 9,660, 12,468 to 21,835, 26,834 to 42,834, 43,282 to 44,813, 66,755 to 73,540, 73,933 to 75,259, 78,126 to 87,712, 88,379 to 90,514, 98,039 to 99,574, 101,862 to 109,497, 110,198 to 112,496, 114,839 to 122,738, 129,174 to 135,874, 136,754 to 139,971, 153,694 to 158,575, 199,979 to 210,082, 210,447 to 211,741, 213,700 to 220,066, 225,020 to 241,042, 252,985 to 259,641, 281,949 to 287,440, 289,024 to 294,253, 304,619 to 306,461, 307,829 to 312,640, 313,188 to 315,005, 326,380 to 331,507, 333,060 to 338,476, 370,772 to 386,759, 389,601 to 399,282, 401,698 to 409,404, 411,763 to 419,548, 440,901 to 446,409, 449,159 to 458,673, 461,559 to 471,084, 473,412 to 481,480, 482,987 to 488,025, 497,545 to 499,595, 500,933 to 505,731, 509,485 to 517,313, 518,755 to 523,828, 526,056 to 533,704, 535,773 to 542,645, 547,602 to 563,515, 572,282 to 577,740, 578,356 to 580,402, 582,753 to 590,327, 591,916 to 597,371, 599,764 to 607,867, 610,158 to 618,038, 618,442 to 619,808, 621,468 to 626,893, 629,256 to 637,141, 642,182 to 643,732, 665,384 to 667,398, 668,898 to 674,355, 697,618 to 701,087, 703,156 to 710,124, 714,341 to 719,169, 721,976 to 731,681, 732,282 to 734,221, 734,676 to 736,172, 739,576 to 750,245, 750,531 to 751,531, 751,906 to 753,219, 755,465 to 757,055, 757,395 to 758,473, 760,848 to 768,713, 770,792 to 778,157, 780,274 to 781,767, 783,959 to 791,379, 792,911 to 798,383, 799,277 to 802,491, 803,401 to 806,478, 807,009 to 808,768, 819,536 to 826,104, 826,566 to 828,060, 851,002 to 857,971, 878,823 to 880,949, 883,208 to 891,048, 893,304 to 901,014, 925,766 to 935,476, 940,979 to 950,478, 974,541 to 983,967, 986,150 to 993,780, 1,001,832 to 1,004,664, 1,005,239 to 1,007,104, 1,016,923 to 1,023,768, 1,024,468 to 1,026,791), 1,040,548 to 1,045,887, 1,067,896 to 1,071,124, 1,071,507 to 1,072,842, 1,075,695 to 1,085,267, 1,086,749 to 1,091,838, 1,093,508 to 1,099,039, 1,101,850 to 1,111,398, 1,112,290 to 1,115,572, 1,116,517 to 1,119,720, 1,120,401 to 1,122,634, 1,125,496 to 1,135,200, 1,135,611 to 1,136,990, 1,161,966 to 1,177,706, 1,177,987 to 1,178,902, 1,179,209 to 1,180,196, 1,214,372 to 1,222,200, 1,224,932 to 1,234,242, 1,239,079 to 1,255,025, 1,255,564 to 1,257,459, 1,260,281 to*

4

*1,269,700, 1,271,494 to 1,277,616, 1,280,529 to 1,290,170, 1,290,886 to 1,293,168, 1,295,967 to 1,305,545, 1,305,936 to 1,307,246, 1,312,029 to 1,327,750, 1,332,181 to 1,338,817, 1,354,358 to 1,370,104, 1,372,098 to 1,378,815, 1,380,437 to 1,386,069, 1,387,010 to 1,390,102, 1,391,716 to 1,397,303, 1,399,581 to 1,407,162, 1,409,436 to 1,417,137, 1,428,117 to 1,434,775, 1,439,778 to 1,447,731, 1,462:954 to 1,470,583, 1,471,127 to 1,472,958, 1,473,578 to 1,475,742, 1,497,367 to 1,499,260, 1,508,437 to 1,515,483, 1,517,043 to 1,522,127, 1,522,731 to 1,524,673, 1,525,246 to 1,527,041, 1,528,075 to 1,531,482, 1,534,237 to 1,543,779, 1,545,733 to 1,552,460, 1,554,588 to 1,562,068, 1,574,799 to 1,576,143, 1,588,945 to 1,598,636, 1,600,164 to 1,605,704, 1,606,347 to 1,608,359, 1,608,892 to 1,610,756, 1,612,677 to 1,619,404, 1,622,329 to 1,631,961, 1,636,929 to 1,653,175, 1,658,114 to 1,673,926, 1,676,761 to 1,686,358, 1,689,249 to 1,698,823, 1,713,962 to 1,721,560, 1,735,891 to 1,737,047, 1,738,427 to 1,743,238, 1,745,970 to 1,755,588, 1,757,436 to 1,763,662, 1,804,377 to 1,805,112, 1,805,498 to 1,806,808, 1,826,862 to 1,830,036, 1,837,205 to 1,843,848, 1,845,240 to 1,850,101, 1,851,423 to 1,856,326, 1,877,778 to 1,883,344, 1,917,424 to 1,920,087, 1,941,989 to 1,942,851, 1,943,549 to 1,945,769, 1,955,091 to 1,957,200, 1,967,833 to 1,969,391, 1,971,397 to 1,978,206, 1,981,781 to 1,985,000, 1,992,142 to 2,001,759, 2,002,435 to 2,004,558, 2,035,696 to 2,037,554, 2,037,854 to 2,038,854, 2,039,404 to 2,041,320, 2,050,656 to 2,052,664, 2,053,196 to 2,055,040, 2,058,424 to 2,061,931, 2,083,278 to 2,090,134, 2,116,875 to 2,132,572, 2,133,813 to 2,138,435, 2,143,554 to 2,159,101, 2,160,645 to 2,166,034, 2,168,426 to 2,176,103, 2,193,890 to 2,200,626, 2,223,139 to 2,230,803, 2,237,152 to 2,252,600, 2,263,871 to 2,271,525, 2,276,414 to 2,283,188, 2,288,409 to 2,304,151, 2,304,425 to 2,305,414, 2,305,893 to 2,307,422, 2,316,369 to 2,321,780, 2,330,349 to 2,340,058, 2,341,649 to 2,347,095, 2,358,622 to 2,368,364, 2,391,387 to 2,399,187, 2,423,023 to 2,428,237, 2,441,957 to 2,447,363, 2,447,753 to 2,448,935, 2,471,230 to 2,475,976, 2,476,539 to 2,478,332, 2,479,217 to 2,482,061, 2,497,635 to 2,513,389, 2,528,024 to 2,537,486, 2,550,292 to 2,551,641, 2,552,891 to 2,557,733, 2,558,676 to 2,562,035, 2,562,599 to 2,564,487, 2,566,762 to 2,574,486, 2,576,780 to 2,584,725, 2,587,524 to 2,597,132, 2,598,963 to 2,605,191, 2,606,784 to 2,612,144, 2,624,893 to 2,627,074, 2,632,356 to 2,641,860, 2,649,447 to 2,656,046, 2,658,941 to 2,668,925, 2,670,009 to 2,673,536, 2,691,678 to 2,694,991, 2,695,690 to 2,697,909, 2,698,217 to 2,699,191, 2,699,796 to 2,701,879, 2,703,981 to 2,710,664, 2,720,933 to 2,730,475, 2,732,733 to 2,740,339, 2,740,962 to 2,742,894, 2,743,842 to 2,746,932, 2,772,393 to 2,781,797, 2,783,967 to 2,791,762, 2,792,733 to 2,796,123, 2,799,034 to 2,808,706, 2,831,582 to 2,833,539, 2,845,032 to 2,852,756, 2,866,214 to 2,867,546, 2,869,545 to 2,876,387, 2,876,899 to 2,878,510, 2,880,918 to 2,888,921, 2,893,756 to 2,900,270, 2,910,131 to 2,919,524, 2,931,311 to 2,938,069, 2,941,235 to 2,944,402, 2,976,533 to 2,982,066, 2,982,872 to 2,985,100, 2,987,938 to 2,997,584, 3,020,125 to 3,029,846, 3,050,780 to 3,053,441, 3,064,507 to 3,069,357, 3,094,767 to 3,097,028, 3,102,271 to 3,109,172, 17,394,611 to 17,397,473, 3,110,408 to 3,114,955, 3,117,743 to 3,119,537, 3,120,071 to 3,121,878, 3,122,325 to 3,123,804, 3,125,453 to 3,131,079, 3,140,417 to 3,149,874, 3,150,902 to 3,154,210, 3,154,700 to 3,156,203, 3,157,796 to 3,163,297, 3,166,166 to 3,175,855, 3,180,690 to 3,196,412, 3,199,249 to 3,208,962, 3,209,496 to 3,211,352, 3,260,852 to 3,268,500, 3,271,353 to 3,281,009, 3,285,757 to 3,286,532, 3,293,006 to 3,298,610, 3,316,491 to 3,324,093, 3,346,703 to 3,356,401, 3,372,139 to 3,378,907, 3,379,528 to 3,381,617, 3,405,491 to 3,406,825, 3,407,794 to 3,411,155, 3,414,040 to 3,423,773, 3,461,515 to 3,469,241, 3,497,791 to 3,505,725, 3,528,655 to 3,536,219, 3,538,545 to 3,546,129, 3,547,321 to 3,551,926, 3,556,386 to 3,564,000, 3,577,829 to 3,583,394, 3,599,012 to 3,608,703, 3,642,553 to 3,650,727, 3,653,447 to 3,662,999, 3,737,832 to 3,745,628, 3,745,783 to 3,746,275, 3,752,783 to 3,757,834, 3,758,387 to 3,760,249, 3,770,878 to 3,773,765, 3,801,950 to 3,809,371, 3,811,755 to 3,819,536, 3,822,335 to 3,831,955, 3,853,507 to 3,858,390, 3,881,525 to 3,889,164, 3,901,829 to 3,903,456, 3,904,716 to 3,909,353, 3,911,650 to 3,919,391, 3,929,914 to 3,933,131, 3,933,398 to 3,934,354, 3,996,806 to 4,006,312, 4,033,729 to 4,041,766, 4:080,676 to 4,086,238, 4,088,613 to 4,096,365,*

5

EXT-MIZRACHI-01182

*4,177,540 to 4,178,497, 4,179,081 to 4,181,225, 4,184,611 to 4,195,381, 4,202,372 to 4,204,268, 4,214,724 to 4,216,991, 4,219,680 to 4,228,983, 4,231,189 to 4,238,555, 4,240,921 to 4,248,837, 3,216,372 to 3,232,228, 2,373,275 to 2,389,142, 3,389,077 to 3,405,059, 3,237,100 to 3,252,844, 1,050,896 to 1:066,904, 2,453,950 to 2,469,892, 1,622,329 to 1,631,961, 2,799,034 to 2,808,706, 3,180,690 to 3,196,412, 1,450,850 to 1,460,745, 4,261,240 to 4,277,357, 3,586,307 to 3,596,149, 3,428,736 to 3,444,634, A8,087 to 9,660, 12,468 to 21,835, 26,834 to 42,834, 43,282 to 44,813, 66,755 to 73,540, 73,933 to 75,259, 78,126 to 87,712, 88,379 to 90,514, 98,039 to 99,574, 101,862 to 109,497, 110,198 to 112,496, 114,839 to 122,738, 129,174 to 135,874, 136,754 to 139,971, 153,694 to 158,575, 199,979 to 210,082, 210,447 to 211,741, 213,700 to 220,066, 225,020 to 241,042, 252,985 to 259,641, 281,949 to 287,440, 289,024 to 294,253, 304,619 to 306,461, 307,829 to 312,640, 313,188 to 315,005, 326,380 to 331,507, 333,060 to 338,476, 370,772 to 386,759, 389,601 to 399,282, 401,698 to 409,404, 411,763 to 419,548, 440,901 to 446,409, 449,159 to 458,673, 461,559 to 471,084, 473,412 to 481,480, 482,987 to 488,025, 497,545 to 499,595, 500,933 to 505,731, 509,485 to 517,313, 518,755 to 523,828, 526,056 to 533,704, 535,773 to 542,645, 547,602 to 563,515, 572,282 to 577,740, 578,356 to 580,402, 582,753 to 590,327, 591,916 to 597,371, 599,764 to 607,867, 610,158 to 618,038, 618,442 to 619,808, 621,468 to 626,893, 629,256 to 637,141, 642,182 to 643,732, 665,384 to 667,398, 668,898 to 674,355, 697,618 to 701,087, 703,156 to 710,124, 714,341 to 719,169, 721,976 to 731,681, 732,282 to 734,221, 734,676 to 736,172, 739,576 to 750,245, 750,531 to 751,531, 751,906 to 753,219, 755,465 to 757,055, 757,395 to 758,473, 760,848 to 768,713, 770,792 to 778,157, 780,274 to 781,767, 783,959 to 791,379, 792,911 to 798,383, 799,277 to 802,491, 803,401 to 806,478; 807,009 to 808,768, 819,536 to 826,104, 826,566 to 828,060, 851,002 to 857,971, 878,823 to 880,949, 883,208 to 891,048, 893,304 to 901,014, 925,766 to 935,476, 940,979 to 950,478, 974,541 to 983,967, 986,150 to 993,780, 1,001,832 to 1,004,664, 1,005,239 to 1,007,104, 1,016,923 to 1,023,768, 1,024,468 to 1,026,791), 1,040,548 to 1,045,887, 1,067,896 to 1,071,124, 1,071,507 to 1,072,842, 1,075,695 to 1,085,267, 1,086,749 to 1,091,838, 1,093,508 to 1,099,039, 1,101,850 to 1,111,398, 1,112,290 to 1,115,572, 1,116,517 to 1,119,720, 1,120,401 to 1,122,634, 1,125,496 to 1,135,200, 1,135,611 to 1,136,990, 1,161,966 to 1,177,706, 1,177,987 to 1,178,902, 1,179,209 to 1,180,196, 1,214,372 to 1,222,200, 1,224,932 to 1,234,242, 1,239,079 to 1,255,025, 1,255,564 to 1,257,459, 1,260,281 to 1,269,700, 1,271,494 to 1,277,616, 1,280,529 to 1,290,170, 1,290,886 to 1,293,168, 1,295,967 to 1,305,545, 1,305,936 to 1,307,246, 1,312,029 to 1,327,750, 1,332,181 to 1,338,817, 1,354,358 to 1,370,104, 1,372,098 to 1,378,815, 1,380,437 to 1,386,069, 1,387,010 to 1,390,102, 1,391,716 to 1,397,303, 1,399,581 to 1,407,162, 1,409,436 to 1,417,137, 1,428,117 to 1,434,775, 1,439,778 to 1,447,731, 1,462,954 to 1,470,583, 1,471,127 to 1,472,958, 1,473,578 to 1,475,742, 1,497,367 to 1,499,260, 1,508,437 to 1,515,483, 1,517,043 to 1,522,127, 1,522,731 to 1,524,673, 1,525,246 to 1,527,041, 1,528,075 to 1,531,482, 1,534,237 to 1,543,779, 1,545,733 to 1,552,460, 1,554,588 to 1,562,068, 1,574,799 to 1,576,143, 1,588,945 to 1,598,636, 1,600,164 to 1,605,704, 1,606,347 to 1,608,359, 1,608,892 to 1,610,756, 1,612,677 to 1,619,404, 1,622,329 to 1,631,961, 1,636,929 to 1,653,175, 1,658,114 to 1,673,926, 1,676,761 to 1,686,358, 1,689,249 to 1,698,823, 1,713,962 to 1,721,560, 1,735,891 to 1,737,047, 1,738,427 to 1,743,238, 1,745,970 to 1,755,588, 1,757,436 to 1,763,662, 1,804,377 to 1,805,112, 1,805,498 to 1,806,808, 1,826,862 to 1,830,036, 1,837,205 to 1,843,848, 1,845,240 to 1,850,101, 1,851,423 to 1,856,326, 1,877,778 to 1,883,344, 1,917,424 to 1,920,087, 1,941,989 to 1,942,851, 1,943,549 to 1,945,769, 1,955,091 to 1,957,200, 1,967,833 to 1,969,391, 1,971,397 to 1,978,206, 1,981,781 to 1,985,000, 1,992,142 to 2,001,759, 2,002,435 to 2,004,558, 2,035,696 to 2,037,554, 2,037,854 to 2,038,854, 2,039,404 to 2,041,320, 2,050,656 to 2,052,664, 2,053,196 to 2,055,040, 2,058,424 to 2,061,931, 2,083,278 to 2,090,134, 2,116,875 to 2,132,572, 2,133,813 to 2,138,435, 2,143,554 to 2,159,101, 2,160,645 to 2,166,034, 2,168,426 to 2,176,103, 2,193,890 to 2,200,626, 2,223,139 to 2,230,803, 2,237,152 to 2,252,600, 2,263,871 to 2,271,525, 2,276,414 to 2,283,188, 2,288,409 to 2,304,151, 2,304,425 to 2,305,414, 2,305,893 to 2,307,422, 2,316,369 to 2,321,780,*

6

EXT-MIZRACHI-01183

*2,330,349 to 2,340,058, 2,341,649 to 2,347,095, 2,358,622 to 2,368,364, 2,391,387 to 2,399,187, 2,423,023 to 2,428,237, 2,441,957 to 2,447,363, 2,447,753 to 2,448,935, 2,471,230 to 2,475,976, 2,476,539 to 2,478,332, 2,479,217 to 2,482,061, 2,497,635 to 2-513,389, 2,528,024 to 2,537,486, 2,550,292 to 2,551,641, 2,552,891 to 2,557,733, 2,558,676 to 2,562,035, 2,562,599 to 2,564,487, 2,566,762 to 2,574,486, 2,576,780 to 2,584,725, 2,587,524 to 2,597,132, 2,598,963 to 2,605,191, 2,606,784 to 2,612,144, 2,624,893 to 2,627,074, 2,632,356 to 2,641,860, 2,649,447 to 2,656,046, 2,658,941 to 2,668,925, 2,670,009 to 2,673,536,,2,691,678 to 2,694,991, 2,695,690 to 2,697,909, 2,698,217 to 2,699,191, 2,699,796 to 2,701,879, 2,703,981 to 2,710,664, 2,720,933 to 2,730,475, 2,732,733 to 2,740,339, 2,740,962 to 2,742,894, 2,743,842 to 2,746,932, 2,772,393 to 2,781,797, 2,783,967 to 2,791,762, 2,792,733 to 2,796,123, 2,799,034 to 2,808,706, 2,831,582 to 2,833,539, 2,845,032 to 2,852,756, 2,866,214 to 2,867,546, 2,869,545 to 2,876,387, 2,876,899 to 2,878,510, 2,880,918 to 2,888,921, 2,893,756 to 2,900,270, 2,910,131 to 2,919,524, 2,931,311 to 2,938,069, 2,941,235 to 2,944,402, 2,976,533 to 2,982,066, 2,982,872 to 2,985,100, 2,987,938 to 2,997,584, 3,020,125 to 3,029,846, 3,050,780 to 3,053,441, 3,064,507 to 3,069,357, 3,094,767 to 3,097,028, 3,102,271 to 3,109,172, 17,394,611 to 17,397,473, 3,110,408 to 3,114,955, 3,117,743 to 3,119,537, 3,120,071 to 3,121,878, 3,122,325 to 3,123,804, 3,125,453 to 3,131,079, 3,140,417 to 3,149,874, 3,150,902 to 3,154,210, 3,154,700 to 3,156,203, 3,157,796 to 3,163,297, 3,166,166 to 3,175,855, 3,180,690 to 3,196,412, 3,199,249 to 3,208,962, 3,209,496 to 3,211,352, 3,260,852 to 3,268,500, 3,271,353 to 3,281,009, 3,285,757 to 3,286,532, 3,293,006 to 3,298,610, 3,316,491 to 3,324,093, 3,346,703 to 3,356,401, 3,372,139 to 3,378,907, 3,379,528 to 3,381,617, 3,405,491 to 3,406,825, 3,407,794 to 3,411,155, 3,414,040 to 3,423,773, 3,461,515 to 3,469,241, 3,497,791 to 3,505,725, 3,528,655 to 3,536,219, 3,538,545 to 3,546,129, 3,547,321 to 3,551,926, 3,556,386 to 3,564,000, 3,577,829 to 3,583,394, 3,599,012 to 3,608,703, 3,642,553 to 3,650,727, 3,653,447 to 3,662,999, 3,737,832 to 3,745,628, 3,745,783 to 3,746,275, 3,752,783 to 3,757,834, 3,758,387 to 3,760,249, 3,770,878 to 3,773,765, 3,801,950 to 3,809,371, 3,811,755 to 3,819,536, 3,822,335 to 3,831,955, 3,853,507 to 3,858,390, 3,881,525 to 3,889,164, 3,901,829 to 3,903,456, 3,904,716 to 3,909,353, 3,911,650 to 3,919,391, 3,929,914 to 3,933,131, 3,933,398 to 3,934,354, 3,996,806 to 4,006,312, 4,033,729 to 4,041,766, 4,080,676 to 4,086,238, 4,088,613 to 4,096,365, 4,177,540 to 4,178,497, 4,179,081 to 4,181,225, 4,184,611 to 4,195,381, 4,202,372 to 4,204,268, 4,214,724 to 4,216,991, 4,219,680 to 4,228,983, 4,231,189 to 4,238,555, 4,240,921 to 4,248,837, 3,216,372 to 3,232,228, 2,373,275 to 2,389,142, 3,389,077 to 3,405,059, 3,237,100 to 3,252,844, 1,050,896 to 1,066,904, 2,453,950 to 2,469,892, 1,622,329 to 1,631,961, 2,799,034 to 2,808,706, 3,180,690 to 3,196,412, 1,450,850 to 1,460,745, 4,261,240 to 4,277,357, 3,586,307 to 3,596,149, 3,428,736 to 3,444,634, 1,419,297 to 1,426,160, 490,209 to 496,937, 273,535 to 280,260, 3,328,653 to 3,343,850, 3,667,583 to 3,682,683, 1,860,866 to 1,876,127, 424,170 to 439,327, 1,897,496 to 1,904,047, 3,002,133 to 3,017,225, 4,153,075 to 4,168,447, 2,254,713 to 2,261,557, 1,342,682 to 1,349,567, 2,703,981 to 2,710,664, 2,017,433 to 2,032,698, 1,193,744 to 1,208,908, 2,485,751 to 2,492,677, 343,086 to 358,189, 49,400 to 64,723)*

with the intention of obtaining an unlawful financial advantage for herself or a third party, having damaged the property of other persons by influencing the result of a data processing operation through incorrect design of the program, through the use of incorrect or incomplete data, through unauthorized use of data or otherwise through unauthorized interference with the process, whereby he acted commercially and as a member of a gang that had joined together to commit offenses under

7

EXT-MIZRACHI-01184

sections 263 to 264 or 267 to 269 of the Criminal Code on a continuing basis, whereby in 7,708,879 cases they remained at the attempt stage,

*(Cases 8,087 to 9,660, 12,468 to 21,835, 26,834 to 42,834, 43,282 to 44,813, 66,755 to 73,540, 73,933 to 75,259, 78,126 to 87,712, 88,379 to 90,514, 98,039 to 99,574, 101,862 to 109,497, 110,198 to 112,496, 114,839 to 122,738, 129,174 to 135,874, 136,754 to 139,971, 153,694 to 158,575, 199,979 to 210,082, 210,447 to 211,741, 213,700 to 220,066, 225,020 to 241,042, 252,985 to 259,641, 281,949 to 287,440, 289,024 to 294,253, 304,619 to 306,461, 307,829 to 312,640, 313,188 to 315,005, 326,380 to 331,507, 333,060 to 338,476, 370,772 to 386,759, 389,601 to 399,282, 401,698 to 409,404, 411,763 to 419,548, 440,901 to 446,409, 449,159 to 458,673, 461,559 to 471,084, 473,412 to 481,480, 482,987 to 488,025, 497,545 to 499,595, 500,933 to 505,731, 509,485 to 517,313, 518,755 to 523,828, 526,056 to 533,704, 535,773 to 542,645, 547,602 to 563,515, 572,282 to 577,740, 578,356 to 580,402, 582,753 to 590,327, 591,916 to 597,371, 599,764 to 607,867, 610,158 to 618,038, 618,442 to 619,808, 621,468 to 626,893, 629,256 to 637,141, 642,182 to 643,732, 665,384 to 667,398, 668,898 to 674,355, 697,618 to 701,087, 703,156 to 710,124, 714,341 to 719,169, 721,976 to 731,681, 732,282 to 734,221, 734,676 to 736,172, 739,576 to 750,245, 750,531 to 751,531, 751,906 to 753,219, 755,465 to 757,055, 757,395 to 758,473, 760,848 to 768,713, 770,792 to 778,157, 780,274 to 781,767, 783,959 to 791,379, 792,911 to 798,383, 799,277 to 802,491, 803,401 to 806,478, 807,009 to 808,768, 819:536 to 826,104, 826,566 to 828,060, 851,002 to 857,971, 878,823 to 880,949, 883,208 to 891,048, 893,304 to 901,014, 925,766 to 935,476, 940,979 to 950,478, 974,541 to 983,967, 986,150 to 993,780, 1,001,832 to 1,0004,664, 1,005,239 to 1,007,104, 1,016,923 to 1,023,768, 1,024,468 to 1,026,791), 1,040,548 to 1,045,887, 1,067,896 to 1,071,124, 1,071,507 to 1,072,842, 1,075,695 to 1,085,267, 1,086,749 to 1,091,838, 1,093,508 to 1,099,039, 1,101,850 to 1,111,398, 1,112,290 to 1,115,572, 1,116,517 to 1,119,720, 1,120,401 to 1,122,634, 1,125,496 to 1,135,200, 1,135,611 to 1,136,990, 1,161,966 to 1,177,706, 1,177,987 to 1,178,902, 1,179,209 to 1,180,196, 1,214,372 to 1,222,200, 1,224,932 to 1,234,242, 1,239,079 to 1,255,025, 1,255,564 to 1,257,459, 1,260,281 to 1,269,700, 1,271,494 to 1,277,616, 1,280,529 to 1,290,170, 1,290,886 to 1,293,168, 1,295,967 to 1,305,545, 1,305,936 to 1,307,246, 1,312,029 to 1,327,750, 1,332,181 to 1,338,817, 1,354,358 to 1,370,104, 1,372,098 to 1,378,815, 1,380,437 to 1,386,069, 1,387,010 to 1,390,102, 1,391,716 to 1,397,303, 1,399,581 to 1,407,162, 1,409,436 to 1,417,137, 1,428,117 to 1,434,775, 1,439,778 to 1,447,731, 1,462,954 to 1,470,583, 1,471,127 to 1,472,958, 1,473,578 to 1,475,742, 1,497,367 to 1,499,260, 1,508,437 to 1,515,483, 1,517,043 to 1,522,127, 1,522,731 to 1,524,673, 1,525,246 to 1,527,041, 1,528,075 to 1,531,482, 1,534,237 to 1,543,779, 1,545,733 to 1,552,460, 1,554,588 to 1,562,068, 1,574,799 to 1,576,143, 1,588,945 to 1,598,636, 1,600,164 to 1,605,704, 1,606,347 to 1,608,359, 1,608,892 to 1,610,756, 1,612,677 to 1,619,404, 1,622,329 to 1,631,961, 1,636,929 to 1,653,175, 1,658,114 to 1,673,926, 1,676,761 to 1,686,358, 1,689,249 to 1,698,823, 1,713,962 to 1,721,560, 1,735,891 to 1,737,047, 1,738,427 to 1,743,238, 1,745,970 to 1,755,588, 1,757,436 to 1,763,662, 1,804,377 to 1,805,112, 1,805,498 to 1,806,808, 1,826,862 to 1,830,036, 1,837,205 to 1,843,848, 1,845,240 to 1,850,101, 1,851,423 to 1,856,326, 1,877,778 to 1,883,344, 1,917,424 to 1,920,087, 1,941,989 to 1,942,851, 1,943,549 to 1,945,769, 1,955,091 to 1,957,200, 1,967,833 to 1,969,391, 1,971,397 to 1,978,206, 1,981,781 to 1,985,000, 1,992,142 to 2,001,759, 2,002,435 to 2,004,558, 2,035,696 to 2,037,554, 2,037,854 to 2,038,854, 2,039,404 to 2,041,320, 2,050,656 to 2,052,664, 2,053,196 to 2,055,040, 2,058,424 to 2,061,931, 2,083,278 to 2,090,134, 2,116,875 to 2,132,572, 2,133,813 to 2,138,435, 2,143,554 to 2,159,101, 2,160,645 to 2,166,034, 2,168,426 to 2,176,103, 2,193,890 to 2,200,626, 2,223,139 to 2,230,803, 2,237,152 to 2,252,600, 2,263,871 to 2,271,525, 2,276,414 to 2,283,188, 2,288,409 to 2,304,151, 2,304,425 to 2,305,414, 2,305,893 to 2,307,422, 2,316,369 to 2,321,780, 2,330,349 to 2,340,058, 2,341,649 to 2,347,095, 2,358,622 to 2,368,364, 2,391,387 to 2,399,187, 2,423,023 to 2,428,237, 2,441,957 to 2,447,363, 2,447,753 to*

8

EXT-MIZRACHI-01185

*2,448,935, 2,471,230 to 2,475,976, 2,476,539 to 2,478,332, 2,479,217 to 2,482,061, 2,497,635 to 2,513,389, 2,528,024 to 2,537,486, 2,550,292 to 2,551,641, 2,552,891 to 2,557,733, 2,558,676 to 2,562,035, 2,562,599 to 2,564,487, 2,566,762 to 2,574,486, 2,576,780 to 2,584,725, 2,587,524 to 2,597,132, 2,598,963 to 2,605,191, 2,606,784 to 2,612,144, 2,624,893 to 2,627,074, 2,632,356 to 2,641,860, 2,649,447 to 2,656,046, 2,658,941 to 2,668,925, 2,670,009 to 2,673,536, 2,691,678 to 2,694,991, 2,695,690 to 2,697,909, 2,698,217 to 2,699,191, 2,699,796 to 2,701,879, 2,703,981 to 2,710,664, 2,720,933 to 2,730,475, 2,732,733 to 2,740,339, 2,740,962 to 2,742,894, 2,743,842 to 2,746,932, 2,772,393 to 2,781,797, 2,783,967 to 2,791,762, 2,792,733 to 2,796,123, 2,799,034 to 2,808,706, 2,831,582 to 2,833,539, 2,845,032 to 2,852,756, 2,866,214 to 2,867,546, 2,869,545 to 2,876,387, 2,876,899 to 2,878,510, 2,880,918 to 2,888,921, 2,893,756 to 2,900,270, 2,910,131 to 2,919,524, 2,931,311 to 2,938,069, 2,941,235 to 2,944,402, 2,976,533 to 2,982,066, 2,982,872 to 2,985,100, 2,987,938 to 2,997,584, 3,020,125 to 3,029,846, 3,050,780 to 3,053,441, 3,064,507 to 3,069,357, 3,094,767 to 3,097,028, 3,102,271 to 3,109,172, 17,394,611 to 17,397,473, 3,110,408 to 3,114,955, 3,117,743 to 3,119,537, 3,120,071 to 3,121,878, 3,122,325 to 3,123,804, 3,125,453 to 3,131,079, 3,140,417 to 3,149,874, 3,150,902 to 3,154,210, 3,154,700 to 3,156,203, 3,157,796 to 3,163,297, 3,166,166 to 3,175,855, 3,180,690 to 3,196,412, 3,199,249 to 3,208,962, 3,209,496 to 3,211,352, 3,260,852 to 3,268,500, 3,271,353 to 3,281,009, 3,285,757 to 3,286,532, 3,293,006 to 3,298,610, 3,316,491 to 3,324,093, 3,346,703 to 3,356,401, 3,372,139 to 3,378,907, 3,379,528 to 3,381,617, 3,405,491 to 3,406,825, 3,407,794 to 3,411,155, 3,414,040 to 3,423,773, 3,461,515 to 3,469,241, 3,497,791 to 3,505,725, 3,528,655 to 3,536,219, 3:538,545 to 3,546,129, 3,547,321 to 3,551,926, 3,556,386 to 3,564,000, 3,577,829 to 3,583,394, 3,599,012 to 3,608,703, 3,642,553 to 3,650,727, 3,653,447 to 3,662,999, 3,737,832 to 3,745,628, 3,745,783 to 3,746,275, 3,752,783 to 3,757,834, 3,758,387 to 3,760,249, 3,770,878 to 3,773,765, 3,801,950 to 3,809,371, 3,811,755 to 3,819,536, 3,822,335 to 3,831,955, 3,853,507 to 3,858,390, 3,881,525 to 3,889,164, 3,901,829 to 3,903,456, 3,904,716 to 3,909,353, 3,911,650 to 3,919,391, 3,929,914 to 3,933,131, 3,933,398 to 3,934,354, 3,996,806 to 4,006,312, 4,033,729 to 4,041,766, 4,080,676 to 4,086,238, 4,088,613 to 4,096,365, 4,177,540 to 4,178,497, 4,179,081 to 4,181,225, 4,184,611 to 4,195,381, 4,202,372 to 4,204,268, 4,214,724 to 4,216,991, 4,219,680 to 4,228,983, 4,231,189 to 4,238,555, 4,240,921 to 4,248,837, 3,216,372 to 3,232,228, 2,373,275 to 2,389,142, 3,389,077 to 3,405,059, 3,237,100 to 3,252,844, 1,050,896 to 1,066,904, 2,453,950 to 2,469,892, 1,622,329 to 1,631,961, 2,799,034 to 2,808,706, 3,180,690 to 3,196,412, 1,450,850 to 1,460,745, 4,261,240 to 4,277,357, 3,586,307 to 3,596,149, 3,428,736 to 3,444,634, A8,087 to 9,660, 12,468 to 21,835, 26,834 to 42,834, 43,282 to 44,813, 66,755 to 73,540, 73,933 to 75,259, 78,126 to 87,712, 88,379 to 90,514, 98,039 to 99,574, 101,862 to 109,497, 110,198 to 112,496, 114,839 to 122,738, 129,174 to 135,874, 136,754 to 139,971, 153,694 to 158,575, 199,979 to 210,082, 210,447 to 211,741, 213,700 to 220,066, 225,020 to 241,042, 252,985 to 259,641, 281,949 to 287,440, 289,024 to 294,253, 304,619 to 306,461, 307,829 to 312,640, 313,188 to 315,005, 326,380 to 331,507, 333,060 to 338,476, 370,772 to 386,759, 389,601 to 399,282, 401,698 to 409,404, 411,763 to 419,548, 440,901 to 446,409, 449,159 to 458,673, 461,559 to 471,084, 473,412 to 481,480, 482,987 to 488,025, 497,545 to 499,595, 500,933 to 505,731, 509,485 to 517,313, 518,755 to 523,828, 526,056 to 533,704, 535,773 to 542,645, 547,602 to 563,515, 572,282 to 577,740, 578,356 to 580,402, 582,753 to 590,327, 591,916 to 597,371, 599,764 to 607,867, 610,158 to 618,038, 618,442 to 619,808, 621,468 to 626,893, 629,256 to 637,141, 642,182 to 643,732, 665,384 to 667,398, 668,898 to 674,355, 697,618 to 701,087, 703,156 to 710,124, 714,341 to 719,169, 721,976 to 731,681, 732,282 to 734,221, 734,676 to 736,172, 739,576 to 750,245, 750,531 to 751,531, 751,906 to 753,219, 755,465 to 757,055, 757,395 to 758,473, 760,848 to 768,713, 770,792 to 778,157, 780,274 to 781,767, 783,959 to 791,379, 792,911 to 798,383, 799,277 to 802,491, 803,401 to 806,478, 807,009 to 808,768, 819,536 to 826,104, 826,566 to 828,060, 851,002 to 857,971, 878,823 to 880,949, 883,208 to 891,048, 893,304 to 901,014, 925,766 to 935,476, 940,979 to 950,478, 974,541 to 983,967, 986,150 to 993,780, 1,001,832*

9

EXT-MIZRACHI-01186

to 1,004,664, 1,005,239 to 1,007,104, 1,016,923 to 1,023,768, 1,024,468 to 1,026,791, 1,040,548 to 1,045,887, 1,067,896 to 1,071,124, 1,071,507 to 1,072,842, 1,075,695 to 1,085,267, 1,086,749 to 1,091,838, 1,093,508 to 1,099,039, 1,101,850 to 1,111,398, 1,112,290 to 1,115,572, 1,116,517 to 1,119,720, 1,120,401 to 1,122,634, 1,125,496 to 1,135,200, 1,135,611 to 1,136,990, 1,161,966 to 1,177,706, 1,177,987 to 1,178,902, 1,179,209 to 1,180,196, 1,214,372 to 1,222,200, 1,224,932 to 1,234,242, 1,239,079 to 1,255,025, 1,255,564 to 1,257,459, 1,260,281 to 1,269,700, 1,271,494 to 1,277,616, 1,280,529 to 1,290,170, 1,290,886 to 1,293,168, 1,295,967 to 1,305,545, 1,305,936 to 1,307,246, 1,312,029 to 1,327,750, 1,332,181 to 1,338,817, 1,354,358 to 1,370,104, 1,372,098 to 1,378,815, 1,380,437 to 1,386,069, 1,387,010 to 1,390,102, 1,391,716 to 1,397,303, 1,399,581 to 1,407,162, 1,409,436 to 1,417,137, 1,428,117 to 1,434,775, 1,439,778 to 1,447,731, 1,462,954 to 1,470,583, 1,471,127 to 1,472,958, 1,473,578 to 1,475,742, 1,497,367 to 1,499,260, 1,508,437 to 1,515,483, 1,517,043 to 1,522,127, 1,522,731 to 1,524,673, 1,525,246 to 1,527,041, 1,528,075 to 1,531,482, 1,534,237 to 1,543,779, 1,545,733 to 1,552,460, 1,554,588 to 1,562,068, 1,574,799 to 1,576,143, 1,588,945 to 1,598,636, 1,600,164 to 1,605,704, 1,606,347 to 1,608,359, 1,608,892 to 1,610,756, 1,612,677 to 1,619,404, 1,622,329 to 1,631,961, 1,636,929 to 1,653,175, 1,658,114 to 1,673,926, 1,676,761 to 1,686,358, 1,689,249 to 1,698,823, 1,713,962 to 1,721,560, 1,735,891 to 1,737,047, 1,738,427 to 1,743,238, 1,745,970 to 1,755,588, 1,757,436 to 1,763,662, 1,804,377 to 1,805,112, 1,805,498 to 1,806,808, 1,826,862 to 1,830,036, 1,837,205 to 1,843,848, 1,845,240 to 1,850,101, 1,851,423 to 1,856,326, 1,877,778 to 1,883,344, 1,917,424 to 1,920,087, 1,941,989 to 1,942,851, 1,943,549 to 1,945,769, 1,955,Ö91 to 1,957,200, 1,967,833 to 1,969,391, 1,971,397 to 1,978,206, 1,981,781 to 1,985,000, 1,992,142 to 2,001,759, 2,002,435 to 2,004,558, 2,035,696 to 2,037,554, 2,037,854 to 2,038,854, 2,039,404 to 2,041,320, 2,050,656 to 2,052,664, 2,053,196 to 2,055,040, 2,058,424 to 2,061,931, 2,083,278 to 2,090,134, 2,116,875 to 2,132,572, 2,133,813 to 2,138,435, 2,143,554 to 2,159,101, 2,160,645 to 2,166,034, 2,168,426 to 2,176,103, 2,193,890 to 2,200,626, 2,223,139 to 2,230,803, 2,237,152 to 2,252,600, 2,263,871 to 2,271,525, 2,276,414 to 2,283,188, 2,288,409 to 2,304,151, 2,304,425 to 2,305,414, 2,305,893 to 2,307,422, 2,316,369 to 2,321,780, 2,330,349 to 2,340,058, 2,341,649 to 2,347,095, 2,358,622 to 2,368,364, 2,391,387 to 2,399,187, 2,423,023 to 2,428,237, 2,441,957 to 2,447,363, 2,447,753 to 2,448,935, 2,471,230 to 2,475,976, 2,476,539 to 2,478,332, 2,479,217 to 2,482,061, 2,497,635 to 2,513,389, 2,528,024 to 2,537,486, 2,550,292 to 2,551,641, 2,552,891 to 2,557,733, 2,558,676 to 2,562,035, 2,562,599 to 2,564,487, 2,566,762 to 2,574,486, 2,576,780 to 2,584,725, 2,587,524 to 2,597,132, 2,598,963 to 2,605,191, 2,606,784 to 2,612,144, 2,624,893 to 2,627,074, 2,632,356 to 2,641,860, 2,649,447 to 2,656,046, 2,658,941 to 2,668,925, 2,670,009 to 2,673,536, 2,691,678 to 2,694,991, 2,695,690 to 2,697,909, 2,698,217 to 2,699,191, 2,699,796 to 2,701,879, 2,703,981 to 2,710,664, 2,720,933 to 2,730,475, 2,732,733 to 2,740,339, 2,740,962 to 2,742,894, 2,743,842 to 2,746,932, 2,772,393 to 2,781,797, 2,783,967 to 2,791,762, 2,792,733 to 2,796,123, 2,799,034 to 2,808,706, 2,831,582 to 2,833,539, 2,845,032 to 2,852,756, 2,866,214 to 2,867,546, 2,869,545 to 2,876,387, 2,876,899 to 2,878,510, 2,880,918 to 2,888,921, 2,893,756 to 2,900,270, 2,910,131 to 2,919,524, 2,931,311 to 2,938,069, 2,941,235 to 2,944,402, 2,976,533 to 2,982,066, 2,982,872 to 2,985,100, 2,987,938 to 2,997,584, 3,020,125 to 3,029,846, 3,050,780 to 3,053,441, 3,064,507 to 3,069,357, 3,094,767 to 3,097,028, 3,102,271 to 3,109,172, 17,394,611 to 17,397,473, 3,110,408 to 3,114,955, 3,117,743 to 3,119,537, 3,120,071 to 3,121,878, 3,122,325 to 3,123,804, 3,125,453 to 3,131,079, 3,140,417 to 3,149,874, 3,150,902 to 3,154,210, 3,154,700 to 3,156,203, 3,157,796 to 3,163,297, 3,166,166 to 3,175,855, 3,180,690 to 3,196,412, 3,199,249 to 3,208,962, 3,209,496 to 3,211,352, 3,260,852 to 3,268,500, 3,271,353 to 3,281,009, 3,285,757 to 3,286,532, 3,293,006 to 3,298,610, 3,316,491 to 3,324,093, 3,346,703 to 3,356,401, 3,372,139 to 3,378,907, 3,379,528 to 3,381,617, 3,405,491 to 3,406,825, 3,407,794 to 3,411,155, 3,414,040 to 3,423,773, 3,461,515 to 3,469,241, 3,497,791 to 3,505,725, 3,528,655 to 3,536,219, 3,538,545 to 3,546,129, 3,54 7,321 to 3,551,926, 3,556,386 to 3,564,000,

10

*3,577,829 to 3,583,394, 3,599,012 to 3,608,703, 3,642,553 to 3,650,727, 3,653,447 to 3,662,999, 3,737,832 to 3,745,628, 3,745,783 to 3,746,275, 3,752,783 to 3,757,834, 3,758,387 to 3,760,249, 3,770,878 to 3,773,765, 3,801,950 to 3,809,371, 3,811,755 to 3,819,536, 3,822,335 to 3,831,955, 3,853,507 to 3,858,390, 3,881,525 to 3,889,164, 3,901,829 to 3,903,456, 3,904,716 to 3,909,353, 3,911,650 to 3,919,391, 3,929,914 to 3,933,131, 3,933,398 to 3,934,354, 3,996,806 to 4,006,312, 4,033,729 to 4,041,766, 4,080,676 to 4,086,238, 4,088,613 to 4,096,365, 4,177,540 to 4,178,497, 4,179,081 to 4,181,225, 4,184,611 to 4,195,381, 4,202,372 to 4,204,268, 4,214,724 to 4,216,991, 4,219,680 to 4,228,983, 4,231,189 to 4,238,555, 4,240,921 to 4,248,837, 3,216,372 to 3,232,228, 2,373,275 to 2,389,142, 3,389,077 to 3,405,059, 3,237,100 to 3,252,844, 1,050,896 to 1,066,904, 2,453,950 to 2,469,892, 1,622,329 to 1,631,961, 2,799,034 to 2,808,706, 3,180,690 to 3,196,412, 1,450,850 to 1,460,745, 4,261,240 to 4,277,357, 3,586,307 to 3,596,149, 3,428,736 to 3,444,634, 1,419,297 to 1,426,160, 490,209 to 496,937, 273,535 to 280,260, 3,328,653 to 3,343,850, 3,667,583 to 3,682,683, 1,860,866 to 1,876,127, 424,170 to 439,327, 1,897,496 to 1,904,047, 3,002,133 to 3,017,225, 4,153,075 to 4,168,447, 2,254,713 to 2,261,557, 1,342,682 to 1,349,567, 2,703,981 to 2,710,664, 2,017,433 to 2,032,698, 1,193,744 to 1,208,908, 2,485,751 to 2,492,677, 343,086 to 358,189, 49,400 to 64,723)*

III.

through **85,204** legally independent acts

*(cases 25,132,018 to 25,165,330, 25,165,331 to 25,188,667, 25,188,668 to 25,220,013),*

having placed an object originating from an unlawful act, namely gang-related and commercial computer fraud, into circulation and thereby having concealed its unlawful origin, acting in a gang-related and commercial manner.

**<u>Grounds:</u>**

During the period of the offense, the accused Mizrachi, together with the now deceased former accused, Ray Akhavan, and the other accused persons mentioned in more detail below, operated a network through which a large number of bogus companies and bogus websites from the field of adult entertainment and pornography were operated during the period of the offense. Since at least 2010, he joined forces with other persons, in particular the accused Medhat Mourid, Kathiuska Cruz, Rojel Schrijn, Elbertus Rijkenberg, Ardeshir Akhavan and Benak Tunde, to

11

EXT-MIZRACHI-01188

misuse credit card data of the Master or Visacard systems via a digital infrastructure created by them and to burden the cards of the holders with bogus claims.

To this end, together with the above-mentioned accused, he built up a complex corporate structure resembling an international conglomerate consisting of a large number of shell companies in the United Kingdom, Cyprus, Luxembourg, Canada and the United States, through which at least 1,066 websites were operated during the period of the offense and through which alleged subscriptions from the adult entertainment sector – primarily pornographic content – were faked. Each bogus company operated between three and five bogus websites in the adult entertainment sector.

However, to be able to effectively collect the technically fictitious subscriptions, the accused also needed credit acceptance from a payment service provider. For this purpose, the accused used the services of the accused Ruben Weigand and his staff. They ensured that the bogus merchants operated by the network could be accepted as customers by German payment service providers and that the credit cards could be charged with unauthorized subscriptions. To this end, the accused manipulated risk reports, in particular, and collaborated collusively with senior staff and/or bodies of the payment service providers – in accordance with their previously defined schedule.

In the following, the internal structure of the network as well as the role distribution of the various actors will be presented as a first step. In a second step, the modus operandi for the creation of the bogus websites, the generation of fake subscriptions, their collection and subsequent laundering of the collected criminal funds is then discussed.

## A. The Web.Ops / CE Cash network

The network of the accused persons resembles the structure of an internationally active corporation.

To operate the above-mentioned business model undetected, to be able to process the credit card payments despite high chargeback and fraud rates and to launder the collected funds, the accused built up a complex company structure and a supposed

12

EXT-MIZRACHI-01189

franchise system called "CE Cash" under the leadership of the accused Ray Akhavan, Guy Mizrachi and Ardeshir Akhavan.

A franchise system is a contractually defined business model for vertical cooperation between various partners, in which the franchisor leaves a business concept to the legally and financially independent franchisees according to his specifications for remunerated use. It is apparent from the notes of Kohlpainter, an employee of Wirecard Aktiengesellschaft, that, on 3 August 2018, the late Ray Akhavan stated, during a personal meeting at the Park Hyatt Hotel in Vienna, that he was in particular behind CE Cash and that it was a group of companies specializing in adult entertainment which, as a franchisor, offered licenses to companies in the adult industry. CE-Cash offers its customers, franchisees, package solutions (hosting, software, traffic provider, customer support). The franchisee pays 90 percent (!) of its total turnover to the licensor. In contrast to the classic franchise model, which is widely used in the business community, the results of the investigations do not suggest that the alleged franchisees are economically independent in any way. According to the terms of the contract established in the course of the investigation, the franchisees received only an amount of 5,000 euros per annum, which is not even related to their own sales. Furthermore, it is apparent from the interviews carried out in the course of "Know-Your-Customer" processes by involved payment service providers that the directors of the alleged online merchants were, to a large extent, unaware of the actual business object of the company they were running or, in some cases, were not even aware of being appointed as directors of a company. This is also reflected in the e-mail correspondence between individual registered directors and the German payment service provider Concardis Gesellschaft mit beschränkter Haftung. Here, managing directors complained about incoming correspondence at their address to the relevant online merchant and declared that they were not even aware of it. Furthermore, the content design and thus the layout of the websites allegedly operated by the online merchants have never been carried out by the online merchants themselves. Neither the allocation of the URL, i.e. the name of the internet presence, nor the content of the website are determined by the bogus merchant; rather, this task is incumbent on the network operators, in particular the accused Medhat Mourid as technical controller.

13

EXT-MIZRACHI-01190

The evaluation of the seized communication as well as the evaluation of the available accounts shows that the CE Cash company structure is characterized by a pyramid-type structure.

## I. Company structure

### 1. Level I – Five Lions Holding Société à responsabilité limitée as a financial center

At the head of the structure is Five Lions Holding Société à responsabilité limitée. This is a company established in Luxembourg and registered there under the number B191257, of which the accused Schrijn is the director. Akhavan, who was previously accused, was a direct economic beneficiary of the company from 15 March 2015 to 13 June 2019. On 4 April 2019, the accused Guy Mizrachi and Ardeshir Akhavan arranged for the transfer of the shares of the now deceased Akhavan to Cook Island Trust Limited, of which he is also the trustee. The company is the central point for the final collection of the funds generated by the illegal business model. There is no additional economic activity. In that regard, the Luxembourg authorities stated that it was merely a letter box address.

### 2. Level II – WebOps Société à responsabilité limitée as operational center

At the second level, there is WebOps Société à responsabilité limitée, also established in Luxembourg and registered under the number B188994. In fact, the company does not carry out any business activities in Luxembourg, but is centrally operated by the accused Ardeshir Akhavan and Guy Mizrachi and from the United States. According to the findings of the Luxembourg authorities in an investigation conducted there, the registered office of WebOps Société à responsabilité limitée is merely a PO box address. Here too, the accused Schrijn is the managing director. According to a document filed with Wirecard Aktiengesellschaft on the commercial practices of the accused Akhavan, WebOps Société à responsabilité limitée is the "operating arm" of Five Lions Holding Société à responsabilité limitée. The company's operational activity is to generate turnkey products and to license these products to regional Internet Business Services Providers (IBSPs).

14

EXT-MIZRACHI-01191

**3. Level III - The Internet Business Service Providers (IBSPs) as management companies**

According to the results of the investigation, at least five Internet Business Service Providers were maintained within the network. These are Zenith Business BESLOTEN VENNOOTSCHAP MET BEPERKTE AANSPRAKELIJKHEID (short form B.V.), Optima Merchant Services Limited, Darepoint Services Limited, Dunker Holdings Limited and Champano Limited. The companies are located in the hierarchy below the WebOps Société à responsabilité limitée and have contracts with the various online merchants in which they transfer their entire turnover as well as the content orientation and operation of the website to the Internet Business Service Providers. In fact, the companies merely acted as a vehicle for money laundering and for concealing the corporate structure created by the network. Most of the fraudulent credit card payments received through the bogus websites were paid into the accounts of the above-mentioned management companies with Wirecard Bank Aktiengesellschaft.

**a) Zenith Business BESLOTEN VENNOOTSCHAP MET BEPERKTE ANSPRAKELIJKHEID (short form B.V.)**

Zenith Business BESLOTEN VENNOOTSCHAP MET BEPERKTE AANSPRAKELIJKHEID (B.V.) is registered in the Dutch Commercial Register under the number 61405620 and is a wholly owned subsidiary of the Luxembourg WebOps Société à responsabilité limitée. The company is located at St. Jozefstraat 9a in 1131 DY Volendam in the Netherlands. Its managing director is the accused Schrijn, who, however, manages the business together with the accused Rijkenberg. The former accused Ray Akhavan was also the economic beneficiary of Zenith Business BESLOTEN VENNOOTSCHAP MET BEPERKTE AANSPRAKELIJKHEID (in short B.V.).

**b) Optima Merchant Services Limited**

Optima Merchant Services Limited was established on 27 November 2014 and had its business address until its liquidation on 24 January 2023 at 4th Floor, Victoria House, Victoria Road, Chelmsford, Essex, England, CM1 1JR. The company is registered in the UK Commercial Register under number 09330275. In the period

15

EXT-MIZRACHI-01192

from 10 February 2016 to 05 August 2020 and thus for the major part of the period of the offense, the accused Mark Colin John Quirk was registered managing director of Optima Merchant Services Limited, who was at the same time and together with the former accused Ray Akhavan the economic beneficiary of the company.

### c) Darepoint Services Limited

Darepoint Services Limited is a company incorporated in Cyprus and registered in the Cypriot Commercial Register under HE 347973. Like Optima Merchant Services Limited, the company is located at Prodromou 75, 1st floor, Flat/Office 101, Strovolos, Nicosia, Cyprus. It is a wholly-owned subsidiary of the Luxembourg WebOps Société à responsabilité limitée The accused Schrijn and Savva are registered directors of the company, the former accused Ray Akhavan was the economic beneficiary of the company until his death.

### (d) Dunker Holdings Limited

Dunker Holdings Limited is also a company established in Cyprus, registered in the Cypriot Commercial Register under HE 390167 and, like Optima Merchant Services Limited and Darepoint Services Limited, with its registered office at Prodromou 75, 1st floor, Flat/office 101, Strovolos, Nicosia, Cyprus. The registered managing director is Aristotelis Savva and Nikki Savva. Here, too, the former accused Ray Akhavan was the economic beneficiary of the company.

### (e) Champano Limited

Champano Limited is a company also established in Cyprus and has its business address, as well as the above-mentioned companies, at Prodromou 75, 1st floor, Flat/Office 101, Strovolos, Nicosia, Cyprus. It is a wholly owned subsidiary of WebOps Société à responsabilité limitée and is registered in the Cypriot Commercial Register under HE 390167. The accused Aristotelis Savva and David Estebanez Cespedes are registered directors of the company. The former accused Ray Akhavan was also the only economic beneficiary here.

### 4. Level IV - The bogus merchants as a vehicle

16

EXT-MIZRACHI-01193

The bogus merchants registered in Cyprus, Malta and the United Kingdom are the last link in the illegal chain of companies. These are only shell companies that were founded solely for the purpose of concealing and manipulating the chargeback quotas. To be able to collect the fraudulent transactions, the accused concluded contracts for the bogus merchants with four major German payment service providers, Wirecard Aktiengesellschaft, Unzer E-Com Gesellschaft mit beschränkter Haftung, Concardis Gesellschaft mit beschränkter Haftung and Payone Gesellschaft mit beschränkter Haftung.

### a) Correlation of bogus companies and bogus websites

Through the WebOps network, at least 486 bogus companies were founded, through which in turn at least 1,066 bogus websites were operated. The identification of the bogus companies in the WebOps network is possible, on the one hand, on the basis of the information provided to the relevant payment service providers and, on the other hand, on the basis of the documentation of the accused Ruben Weigand, obtained through judicial assistance with the US authorities, who procured a credit card acceptance from the network's bogus merchants for consideration from the German payment service providers.

### (b) Classification of online merchants as bogus companies

According to the results of the investigation, the above-mentioned online merchants, which are limited companies established under British and Cypriot law, are merely shell companies established by the accused, in accordance with their joint previously established schedule. This results from the following evidence, in addition to the franchise system already described above, which is not economically comprehensible.

According to the results of the investigation, the registered offices of the companies are located either at private addresses (single or multi-family homes) or at the addresses of companies that provide virtual office solutions. At the same time, several companies had their registered office at the same address, but there were no indications that companies with a turnover in the millions range were operating worldwide from here. Furthermore, it was found that in the majority of cases, the online merchants based at the relevant addresses had been founded on the same

17

dates, or they had been relocated to the relevant business addresses at the same time.

In addition, an analysis of the company documents provided to the relevant UK and Cypriot business registers showed that the major portion of the persons who were registered as managing directors had also been registered with other online merchants in the same network at the same time.

Furthermore, the directors employed at the relevant limited companies were merely front men who had provided their names to the accused for a small fee.

For this purpose, the network used the services of so-called phony merchant managers in the UK and Cyprus, whose task was to procure bogus companies and straw-man managers. This included the services of Simon Dowson and EMB Management Solutions Limited. Simon Dowson's work in 2016 and 2017 generated global attention in the context of UK investigations, as Dowson ensured that 400 residents in the small British town of Consett were employed as managing directors and partners of shell companies operating adult entertainment websites. As is apparent from the evaluation of the data and documents secured by Wirecard Aktiengesellschaft, Simon Dowson also provided these services for the WebOps network. The activity of the straw-man manager ▇▇▇▇▇▇▇▇ for the bogus trader Factuma Technology Limited is discussed here as an example only. It is apparent from a project folder on the online retailer Factuma Technology Limited, of which the accused Markus Fuchs was the account manager, which was provided to Wirecard Aktiengesellschaft, that ▇▇▇▇▇▇▇▇, a British national and resident of Consett, was both the contact person for the finance, invoices and technology of Factuma Technology Limited. In contrast, witness ▇▇▇▇▇ stated in an interview that he and his wife ▇▇▇▇▇▇▇▇ were employed as managing directors of over 15 companies, but they had no idea of the companies. Instead, they merely gave their names. He was a retired supermarket worker, and his only job was to forward the mail to Simon Dowson's office for a few pounds a month. He had already started as a director in 2009. At the time, a young neighbor came by and offered people £50 if they gave their name and address. He did so because he became unemployed in 2009.

18

EXT-MIZRACHI-01195

In so far as the witness ███████ also stated in his interview that not only he himself, but also his wife, ███████████, acted as managing director for shell companies, this could also be verified by analyzing the dealer-related project files provided to Wirecard Aktiengesellschaft. For example, ██████████, who also lives in Consett, was entered in the data of Wirecard Aktiengesellschaft as the person responsible for finance, billing and technology of Heldige Grain Limited, which is related to the WebOps network.

According to the analysis of the accounts of the bogus merchants at Wirecard Bank Aktiengesellschaft in Germany, the managing directors were likewise not authorized to dispose of the companies' business accounts, as is customary in commercial transactions. Rather, the crime-as-a-service providers used as phony merchant managers, such as the accused Vaida and Jolanta Narmontaite, were authorized to manage the accounts. The lack of any authorization to dispose of the assets of the companies owned and allegedly managed by them further underlines their position as mere bogus managers.

The special audit reports commissioned by the Bundesanstalt für Finanzdienstleistungsaufsicht (Federal Financial Supervisory Authority) under Section 19 of the Payment Services Supervision Act (ZAG) by the auditing companies KPMG (Unzer E-Com Gesellschaft mit beschränkter Haftung) and FlickGockeSchaumburg (Concardis Gesellschaft mit beschränkter Haftung and Payone Gesellschaft mit beschränkter Haftung) also came to the conclusion that the limited companies within the network, as described above, were merely bogus companies. Following the bankruptcy of Wirecard Aktiengesellschaft and the disclosure of the allegations of bank fraud made against the accused Ruben Weigand in the United States and the brokering of bogus traders, the Bundesanstalt für Finanzdienstleistungsaufsicht (Federal Financial Supervisory Authority), in the course of its tasks, reviewed the business relationships of the above-mentioned payment service providers with the accused Ruben Weigand and the customers brokered by him.

In the course of this, the auditing firm KPMG found, among other things, that, when a selection of 70 dealers was audited, although the formal legal existence of these companies could be confirmed in all cases on the basis of register extracts, they

19

EXT-MIZRACHI-01196

were related to higher-level clusters and were bound by instructions. It was also found that the companies are mainly based in Cyprus or the UK and that there are indications of the use of so-called "company builders" (service providers for creating shelf companies).

The documents and data submitted by Concardis Gesellschaft mit beschränkter Haftung also support the suspicion that the merchants brokered by the accused Ruben Weigand are merely shell companies. The documents provided by Concardis Gesellschaft mit beschränkter Haftung are essentially the result of an internal investigation carried out by HoganLovells on behalf of Concardis Gesellschaft mit beschränkter Haftung. It was found that the companies are often based in Great Britain and Cyprus. Moreover, senior citizens and housewives in the UK and Cypriot individuals without an online presence have been identified as managing directors of the "one-person companies", which is particularly remarkable in the context of a digital business model based on affiliate marketing, as it was described by the accused Weigand. The investigation also identified non-resident beneficial owners in the UK and/or Cyprus whose main centers of vital interest were, for example, Lithuania and Ukraine. Furthermore, e-mail correspondence was collected which clearly shows that the data of the managing directors of the companies were partly stolen and subsequently misused, and that these persons were completely unaware of the foundation of the company and assumption of management, unlike in the case of the town of Consett.

Finally, the classification of online merchants as bogus merchants is likewise confirmed by the reports available from the auditing firm Deloitte, which also examined the online merchants at issue in the proceedings. In that regard, the audit firm Deloitte found, in particular, that 265 merchants used straw men and that 141 merchants had or have virtual business addresses. A total of 912 files with "individual reports" are available, which lead to comparable results.

## 5. Parallel network

The structure and procedure correspond to the procedure of the network "FSX", which is operated in particular by the accused David J. Peterson, Andrew Garroni, Daniel Ahearn and Daniel Adam Charles Becker and operates with the WebOps

20

network under a uniform umbrella organization. In terms of content, however, this network specializes in the area of dating.

## II. Distribution of tasks within the network

### 1. "Inner circle"

### (a) Hamid Reza Seyed Akhavan - Chief Executive Officer

According to the results of the investigations carried out, in particular the evaluation of the seized communications within Wirecard Aktiengesellschaft and the accused Ruben Weigand, the former accused Ray Akhavan was the person who operated the network "WebOps" and determined its illegal design in commercial transactions until his arrest by the American authorities in March 2020. Due to his excessive drug use and the pending criminal proceedings in the United States in connection with the illegal collection of funds for the California marijuana dealer Eaze, he was completely replaced by the accused Ardeshir Akhavan and Guy Mizrachi, who then took over the leadership of the illegal network, no later than the summer of 2020. In doing so, they wanted to prevent the American law enforcement authorities from also focusing on the business model at issue in the proceedings and to protect the continuation of the illegal fake subscription model that had been running for years. Ray Akhavan died in October 2024 of an overdose at his home in Los Angeles, United States.

### (b) Guy Mizrachi - Chief Operating Officer and Chief Executive Officer

The accused Guy Mizrachi was until mid-2020 the "right-hand man" of the former accused Ray Akhavan, who was hierarchically second in the network and acted as a kind of chief operating officer. In any case, from mid-2020, he took over – together with the accused Ardeshir Akhavan – the leadership of the network. The accused Mizrachi was particularly involved in being in contact with the intermediaries and coordinated the operational business. As early as 2011, he was named by employees within Wirecard Aktiengesellschaft - next to the former accused Ray Akhavan - as the second person whose instructions in connection with the CECash franchise system had to be followed. Furthermore, it is apparent from the communication that he announced the onboarding of new online merchants at the intermediaries, that he monitored the current processing status, and that he dealt with

21

EXT-MIZRACHI-01198

any problems arising in connection with the Visa or Mastercard regulations. He also approved contracts with third parties on behalf of online retailers. Moreover, it is apparent from a communication between the accused Ruben Weigand and the accused Guy Mizrachi at the beginning of 2020 that Mizrachi wanted to oust the former accused Ray Akhavan from his dominant position in the network. The background to this was the above-mentioned investigation, which has become known in the USA, into the marijuana dealer "Eaze". Mizrachi was worried that US investigators would also use the funds from the WebOps network.

### (c) Ardeshir Akhavan – Chief Marketing Officer and Chief Executive Officer

The accused Ardeshir Akhavan is the younger brother of the now deceased and former accused Ray Akhavan. Within the network, he held the position of Director of Marketing and was – together with the accused Mizrachi – entrusted with the management. It is apparent from the secured correspondence of the accused Ruben Weigand with third parties that the accused Ardeshir Akhavan took his position after the departure of the former accused Ray Akhavan on account of his legal and health problems. He also served as president and director of Quantum Solution Incorporation. This is the company through which the documents for the bogus companies were submitted to the intermediaries and payment service providers. According to its website, the company's business activities included, for example, programming, traffic and hosting, which was essential for the operation of the above-mentioned criminal network. The network operators operated under the corporate umbrella of Quantum Solution Incorporation. This was considered the network's headquarters in the United States. In particular, the members of the network had at their disposal the email address of the above-mentioned company and, according to the information provided by the US authorities, met regularly for meetings at the business address in Calabasas, California, USA.

### d) Medhat Mourid - Head of IT Services

The accused Medhat Mourid is classified as Head of IT Services within the WebOps network. From the seized communication with the payment service providers Concardis Gesellschaft mit beschränkter Haftung and Wirecard Aktiengesellschaft as well as the communication with the accused Ruben Weigand, it follows that the

22

accused Medhat Mourid takes over the technical support for all merchants from the WebOps Kosmos. In particular, he is responsible for the creation and design of the bogus websites as well as the maintenance of the websites, such as in the form of updating the imprints and descriptors. In addition, he is listed as the contact person for the payment service providers and, upon request, provided the accused Ruben Weigand with information he had about the individual victims and the fictitious subscriptions. This exchange served, in particular, to manage complaints received from the relevant payment service providers and to minimize the detection risk. Furthermore, he is responsible for the control of "traffic" on the websites. The term "traffic" describes the number of users or visitors to a website within a certain period of time. In particular, it is apparent from the documents relating to Legal Assistance USA I which were transmitted by the American authorities that the traffic on the website was in any event primarily controlled by the accused Methad Mourid. In addition, the communication shows that the accused Methad Mourid was also significantly involved in the execution of fake transactions, which were intended to reduce the chargeback or fraud rate and thus prevent a discovery by Visa or Mastercard. The process is referred to as "friendly traffic". The communication also indicates that the accused was subordinate to various persons who have not been identified yet.

### e) Kathiuska "Kat" Cruz - Chief Procurement Officer

Kathiuska (Kat) Cruz is the Chief Procurement Officer of the network, as she carries out the necessary purchases to maintain the network and oversees the entire procurement process, as well as the sending of the procured documents and data to the various entities.

For example, she is a key coordinator for the paperwork situation of online merchants and one of the most important interfaces with intermediaries and payment service providers as well as consulting firms integrated into the network. The accused Kat Cruz obtains the KYC documents for all online merchants attributable to the network. This includes, in particular, identity documents of the managing directors, foundation documents, information on the registered office (utility bills), articles of association, but also bank statements. To understand the role of the accused Kat Cruz and the importance of obtaining the above-mentioned documents, a basic understanding of

23

EXT-MIZRACHI-01200

the process within the payment service providers within the framework of onboarding is necessary. Know Your Customer ("KYC") refers to a legitimacy check of new customers for the prevention of money laundering that is mandatory for credit institutions and payment service providers. The process is enshrined in paragraphs 10 to 17 of the MONEY LAUNDERING ACT and is primarily due to Directives (EU) 2015/849 and (EU) 2018/843 of the European Parliament and of the Council of 20 May 2015 and 30 May 2019, respectively. The documents obtained by the accused Cruz were thus central to the KYC process.

In particular, the accused Cruz was also involved in communications with the company WebShield Limited. This is a company that carried out risk analysis for all the payment service providers involved and had a license from Visa and Mastercard. Following the outcome of the investigation, the accused Akhavan infiltrated the above-mentioned company by acquiring shares from it and by commissioning the managing director, the accused Chmiel, to manipulate the risk analyses. In one known case at least, the accused Kat Cruz independently amended a negative analysis report and thus enabled an onboarding process that was inconspicuous on paper.

The accused Kat Cruz obtained the documents of the bogus companies from three different alleged consulting companies, which, however, only served as a "paperwork factory" for the WebOps network. These are Animo Associates Limited, based in Cyprus, and WBG Consultants Limited and EMB Solutions Limited, based in the UK. She forwarded the procured documents to the accused Ruben Weigand, Liridon Korcaj and Quintus Weigand who acted as intermediaries. From there, the documents entered the onboarding process at the payment service providers.

In order to carry out her duties, the accused Kat Cruz is reporting to two so far unidentified persons who assisted her in processing missing documents.

In addition, the accused Kat Cruz purchases the various URLs for the operation of the bogus websites and conducts the change of an URL from one online merchant to another. In particular, she is in contact with the accused Mourid who performs the technical implementation of the relevant requirements. In some cases, she also decides on the existing stock of telephone numbers and assigns already acquired

24

telephone numbers to newly founded or purchased online merchants. In addition, the accused Kat Cruz is responsible for the initial purchase of telephone numbers, which she then assigns to individual online merchants of the network.

### f) Benak Tunde - Head of Accounting

According to the information provided by the accused Mizrachi, the accused Benak Tunde is responsible to an employee of Wirecard AG, Mr Fuchs, for the accounting of the entire network. The accused, Tunde, obtained access to accounting documents and financial statements of the online merchants and IBSPs from Wirecard Aktiengesellschaft. She is also the partner of the accused Ardeshir Akhavan.

### g) Michael Galati - Accountant Canada

According to another e-mail from the accused Mizrachi to an employee of Wirecard Aktiengesellschaft, Mr Galati is an accountant who works directly under the accused. Specifically, he was deployed to Toronto.

### h) Elbertus Johannes Petrus Maria Rijkenberg - Accountant Europe

According to the e-mail correspondence seized, the accused Rijkenberg is a member of the network's accounting team, and, in particular, he is involved in the preparation of annual accounts of individual online merchants and IBSPs. He is also the managing director of the Dutch-based Lake Brother BESLOTEN VENNOOTSCHAP MET BEPERKTE AANSPRAKELIJKHEID (B.V.), which is a direct subsidiary of Five Lions Holding Société à responsabilité limitée and acts as one of the network's management companies. He was also authorized to dispose of several accounts of WebOps Société à responsabilité limitée of Obvio Limited, Darepoint Limited, Dunker Holdings Limited and Champano Limited in Wirecard Bank AG. These are the accounts of the IBSPs or management companies to which the funds of the online merchants were transferred and distributed for further concealment after an initial collection. The accounts of the above-mentioned companies are to be regarded as the central distribution point of the network according to the results of the investigations carried out so far.

### h) Roel Schrijen - Chief Executive Officer Europe

25

The accused Schrijn is a registered manager of Five Lions Holding Société à responsabilité limitée, WebOps Société à responsabilité limitée as the operational arm of the network and of IBSP and management companies Darepoint Services Limited, Lake Brothers BESLOTEN VENNOOTSCHAP MET BEPERKTE AANSPRAKELIJKHEID (B.V.), Zenith Business BESLOTEN VENNOOTSCHAP MET BEPERKTE AANSPRAKELIJKHEID (B.V.) At the same time, he is the managing director of WBG Cyprus Limited, which is based in Cyprus and owned by WebOps Société à responsabilité limitée. The object of this company is also, inter alia, the procurement of foundation documents for individual bogus online merchants.

The accused Schrijen was also authorized to dispose of the accounts of WebOps S.a.r.l. and Darepoint Services Limited.

## 2. Crime-as-a-service - Phony Merchant Manager (Mark Colin John Quirk, Jolanta Narmontaite, Vaida Narmontaite)

According to the results of the investigation, the accused Quirk is jointly responsible for the procurement of the shell companies in Cyprus and Great Britain together with the accused Jolanta and Vaida Narmontaite. For this purpose, the accused Akhavan and Mizrachi used primarily the services of the Animo Group, consisting of Animo Associates Limited, based in London, Animo Associates (Cyprus) Limited, based in Nicosia, Animo Tax and Accountancy Limited, based in London, and Animo Holding Company Limited, each based in London, and the WBG Group, consisting of WBG Consultants Limited, based in Lancashire (GB), and WBG (Cyprus) Limited, based in Nicosia. The accused, Quirk, was at times managing director and/or partner of the above-mentioned companies. Moreover, it is apparent from the seized communication from 2016 that he was intended to act as a kind of "account manager" for the bogus merchants from the WebOps network towards payment service providers. Together with his colleagues Jolanta and Vaida Narmontaite, the accused founded the bogus companies of the WebOps network in Cyprus and Great Britain, procured the persons employed as straw-men managers, the (virtual) office addresses used and the founding and business documents necessary to justify and maintain the appearance of a proper business operation of an online merchant.

26

EXT-MIZRACHI-01203

It is also apparent from the documents seized from Wirecard Aktiengesellschaft that the business address of Animo Associates Limited alone contained 28 limited companies, which have links to over 1,200 pornographic websites and were among the largest customers of Wirecard Aktiengesellschaft. By witness ███████ the group of companies "Animo Associates" is referred to as the paperwork factory of the accused Akhavan. In particular, the accused Quirk and the accused Jolanta and Vaida Narmontaite certified a large number of KYC documents submitted to the payment service providers concerning the accused Cruz and the accused Ruben and Quintus Weigand and Liridon Korcaj.

Furthermore, the analysis of the business and foundation documents of the bogus merchants collected from the payment service providers showed that the persons who were employed mostly as managing directors and shareholders at the same time received their company shares from the wife of the accused Quirk, Hatice Mehmet-Quirk.

In addition, the accused Quirk was also integrated into the WebOps network at the level of the IBSP. For example, from 10 February 2016 to 05 August 2020, he was the managing director of Optima Merchant Services Limited and, according to the founding documents, also the managing director of the bogus merchants Hafjam Limited and Pink Creations Limited, which belong to the WebOps network.

The analysis of the account records also made it possible to establish that the accused Jolanta Narmontaite had account authorizations for 617 of the merchants' accounts with Wirecard Aktiengesellschaft and had also authorizations for the pooling accounts with Unzer Luxembourg S.A. (Settlement Solution). From the correspondence seized within the payment service provider Wirecard Aktiengesellschaft, it appears that the accused Jolanta and Vaida Narmontaite took care of all "Cyprus CE accounts". They were also referred to as the "accountants" in Cyprus.

The analysis of the account listing also revealed that not only the above-mentioned companies of the Animo and WBG group received funds from accounts of the "WebOps" network, but also, in particular, the accused Quirk and Jolanta

27

Narmontaite personally. A total payment of GBP 219,000 was made to Jolanta Narmonatie and of GBP 232,000 to Quirk.

### 3. Crime-as-a-service – Intermediary (Ruben Raphael Weigand, Quintus Weigand, Liridon Korcaj)

The accused Ruben Weigand, together with his employees, the accused Quintus Weigand and Dr. Liridon Korcaj, brokered the above-mentioned bogus merchants of the WebOps network to the four German payment service providers via several companies based in Montabaur and Luxembourg and thus provided them with a credit card acceptance as a basic condition for being able to collect the fraudulently obtained funds obtained. In particular, the accused used the following companies. The intermediation to the payment service providers Unzer E-Com Gesellschaft mit beschränkter Haftung, Concardis Gesellschaft mit beschränkter Haftung and Payone Gesellschaft mit beschränkter Haftung took place directly through one or more of the companies operated by the accused Weigand. Revenue-based commissions were received for the intermediation. The intermediation to Wirecard Aktiengesellschaft took place due to the good connections of the former accused Ray Akhavan to the former board member of Wirecard Aktiengesellschaft, the accused Jan Marsalek, directly at the instigation of the accused Akhavan and a company controlled by him, PXP Financial Limited. Despite this, the accused Ruben Weigand, together with his employees, acted as a key contact for Wirecard Aktiengesellschaft after the creation of the credit card acceptance, in the same way as with the other service providers. In that regard, it is apparent in particular from the seized correspondence via the mobile telephone of the accused Ruben Weigand that the former accused Ray Akhavan also negotiated with Wirecard Aktiengesellschaft commissions from the accused Weigand for his services, without him or his companies officially becoming contractual partners of Wirecard Aktiengesellschaft. In detail, the accused Weigand acted through the following companies:

a) Market Advisors Gesellschaft mit beschränkter Haftung

In the commercial register of the district court of Montabaur, it is recorded in section B under registration number HRB 23754 that the Market Advisors Gesellschaft mit beschränkter Haftung was founded by a partnership agreement of 18 June 2013 and

28

EXT-MIZRACHI-01205

is entered in the commercial register of the district court of Montabaur. The headquarters is Klostergasse 1 in Montabaur. The object of the company is sales consulting (not advertising consulting), sales training and software consulting (not in conjunction with hardware consulting). The accused Ruben Raphael Weigand was registered managing director of the company from 27 September 2013 to 9 June 2020. Since 7 April 2020, his brother, the accused Quintus Leonard Weigand, is the registered managing director of the Market Advisors Gesellschaft mit beschränkter Haftung.

b) Payment Consultants Gesellschaft mit beschränkter Haftung

In the commercial register of the district court of Montabaur, it is recorded in section B under register number HRB 22984 that the Payment Consultants Gesellschaft mit beschränkter Haftung was founded by a partnership agreement of 27 January 2012 and has its registered office also in Klostergasse 1 in Montabaur. The object of the company is consulting, training, mediation and provision of technical services in electronic payment transactions.

The accused Ruben Weigand was registered managing director of the Payment Consultants Gesellschaft mit beschränkter Haftung from 05 March 2012 to 09 June 2020. On 4 May 2020, the accused Quintus Weigand was appointed managing director of the company, as was the case with the Market Advisors Gesellschaft mit beschränkter Haftung.

c) Payment Consultants Société à responsabilité limitée

In the Register Gazette of the District Court 2080 Luxembourg, it is recorded under the registration number B 186.423 that the Payment Consultants Société à responsabilité limitée is registered in the Registre de commerce et des sociétés of the District Court 2080 Luxembourg. The object of the company is management consulting with a focus on eCommerce and ePayments. The company has its registered office at 12 Rue Jules Wilhelm, 2728 Luxembourg. The address is the home address of the accused Ruben Weigand. Now, the accused Dr. Liridon Korcaj is a registered director of the company.

d) LPXperts Gesellschaft mit beschränkter Haftung

29

After the arrest of the accused Ruben Weigand in the USA in March 2020, the accused Quintus Weigand bought a shelf company, which was registered on 2 July 2020 under HRB 27213 in the commercial register of the district court of Montabaur under LPXperts Gesellschaft mit beschränkter Haftung and is also located at Bahnhofstraße 45 in Montabaur. The object of the company is the consulting, training, mediation and provision of technical services in electronic payment transactions. It is apparent from the documents of Concardis Gesellschaft mit beschränkter Haftung that it is a successor company to Payment Consultants Société à responsabilité limitée.

The accused Ruben and Quintus Weigand as well as the accused Dr. Korcaj acted as a link between the networks and the payment service providers, and they ensured that risk reports created as part of the onboarding were manipulated and, during the ongoing business relationship the high chargeback rates, did not lead to any termination of the payment service contract. In addition, the accused Ruben Weigand and Liridon Korcaj ensured that incoming fraud notices and complaints to payment service providers were supposedly explained in a plausible manner. To this end, they coordinated with the network managers. In particular, the accused Quintus Weigand acted as a kind of interface for the monitoring of company documents delivered by the networks.

The accused Ruben Weigand also influenced the design of the websites of the networks and instructed, in particular, the IT manager working for the WebOps network, the accused Medhat Mourid, to cancel occasionally noticed subscriptions in order to minimize the risk of discovery.

In addition, the accused Ruben Weigand, as well as the networks themselves, had access to the merchant data, transactions and account statements provided to the payment service providers. He was also able to carry out transactions for the various merchants via the settlement solution. At his initiative, the latter was also programmed and implemented in the Unzer Group to provide the networks in fact with a program for money laundering. The data provided by the US authorities also revealed intra-network inbound and outbound invoices, which were also sent to the accused Weigand. He thus had an in-depth knowledge of the network's internal distribution and the money flow.

30

EXT-MIZRACHI-01207

It follows from the communication which has been seized so far between the accused Ruben Weigand and the persons responsible for the networks and payment service providers that he was not "only" a crime-as-a-service provider for the various networks, but rather became a part of them. He acted for them as an extended arm in Europe and was one of the essential cogs which made the fraud model function in Germany. Without the actions initiated and supervised by the accused Weigand involving the payment service providers, the technical completion of a fake subscription would have had no practical consequences, as it is impossible to dispose of assets without a payment provider when using credit cards on the internet.

The accused Weigand was involved in the sales of online merchants by means of commission and thus directly participated in the proceeds of fraud. In total, the accused Ruben Weigand, or the domestic and foreign companies he ran, received commissions of at least EUR 40,000,000 for his services.

### 6. Crime-as-a-service - Risk analyst Christian Andre Chmiel

The accused Christian Chmiel is a former employee of Wirecard Aktiengesellschaft (deputy head of the Compliance Department) and founder as well as (during the period of the offense) managing director of London-based WebShield Limited and founder and (during the period of the offense) managing director of Leipzig-based WebShield Services Limited. The purpose of the companies is to provide compliance, risk and IT services. The WebShield Group provides payment service providers, acquiring banks and payment intermediaries with solutions for risk assessment and due diligence checks for merchants. The WebShield system has been certified in recent years by the credit card companies Master- and Visacard. The accused Christian Chmiel is a worldwide speaker for identifying and exposing fraudulent intentions of online merchants. He is also the author and co-author of several books in the fields of fraud, investigation and accounting, as well as a board member of the German Association of Certified Fraud Examiners.

According to the results of the investigation, the accused Chmiel used his many years of experience to provide his friends, the accused Ruben Weigand and Ray Akhavan, with manipulated risk reports. From the e-mail communications that were seized, it appears that the accused Ruben Weigand and his associates had access

31

EXT-MIZRACHI-01208

to the WebShield tools. The correspondence also shows that the accused Michael influenced the creation of an acceptable report scoring for the online retailers of the networks. For example, he changed URLs to "non-processing" to remove them completely from the risk analysis (regardless of whether this corresponded to the actual circumstances), asked the accused Ruben Weigand to obtain "clean" addresses for individual merchants and to adapt telephone numbers and currencies.

In addition, the accused Chmiel warned the accused that payment service providers and banks are increasingly using so-called crawlers. These are programs that independently search the Internet for content and read and index both websites and information completely.

Ultimately, the accused Chmiel explicitly writes that he has constantly "manipulated" the reports of the merchants brokered by the Weigand and this is little by little noticeable in the company. For his work, the company of the accused Chmiel received substantial funds from the accused Weigand. To be able to represent them in his accounting, the accused Chmiel issued bogus invoices to the companies of the accused Ruben Weigand for services allegedly provided.

It is also clear from the correspondence that the accused Chmiel was not only involved in the network's business via the accused Ruben Weigand, but he was also in direct contact with the network managers. Thus, it is apparent from the communication secured at Wirecard Aktiengesellschaft that the accused Chomel met up with the accused Akhavan in Los Angeles. To increase his influence on the accused Chmiel and to use the recognized analysis tools and the reputation of the company WebShield for his own purposes, the accused Akhavan acquired 10% of the shares in WebShield Limited in 2015 for a price of 700,000 euros. The asset deal was brokered by the former CEO of Wirecard Aktiengesellschaft, Jan Marsalek, according to the investigation result.

## B. Modus operandi

To be able to charge the credit cards of credit card holders worldwide with technically fictitious claims in the first place and to simulate the conclusion of subscriptions to third parties, the accused required websites that offered goods or services on the market and had an online shop or an option to pay on the Internet. To minimize the

32

risk of discovery, the accused decided, according to their previously jointly formulated crime schedule, to program the websites in such a way that only supposed services and thus no physical goods were offered. This had the crucial advantage that they did not have to devise a merchandise management system in addition to the websites in order to present the manufacture, purchase and sale as well as delivery of the goods to the outside in a plausible manner. Also to minimize the risk of discovery, the accused decided to program adult entertainment websites that reflected special sexual preferences or fetishes according to the Uniform Resource Locator (URL) and website. In that regard, the accused presupposed the shame and possible social constraints of the credit card holders concerned and reckoned on the fact that, in any event, a large number of credit card holders – even if they were able to establish the debits and assign them to a pornographic site – were ashamed of third parties or close relatives who did not report the debits. Ultimately, they also took further precautions to unduly burden credit cards over a long period of time. Thus, for example, the victim's credit card statements did not show the name of the website allegedly visited as purpose of use (so-called descriptor), which would have already caused irritation to the credit card holder on account of its pornographic orientation, but rather merely an internet presence which, without further investigation, does not allow any conclusion to be drawn as to the service allegedly used. For example, the accused used the descriptor "justtobill.com" for the website amateurbarebacksex.com or the descriptor "chargecntr.com" for the website milkchocolatelove.com. If the customer entered this descriptor in an Internet browser, he reached a one-pager, which was built as a supposedly serious and innocent customer support page and only then enabled the drawing of further conclusions on the website on which the debit was based. In addition, the accused charged the credit cards per subscription monthly with only small amounts, usually about EUR 50.00. This had the advantage that the booking either did not attract the attention of the credit card holders or, if it did, did not lead to any further inquiries by the card holder due to the low amount.

## I. Bogus websites

The fact that the websites referred to above and operated by the WebOps network were merely created on a fictitious basis and that their sole function was and still is to

33

act as a technical vehicle for the generating fictitious subscriptions can particularly be derived from the following evidence.

In the course of the investigation, the programming of the websites was forensically examined. The so-called HTML code served as the basis for the investigation. This is the source code, i.e. the basis of a website. It ensures that content such as text, images and videos are displayed correctly by the web browser. The analysis of this code first showed that the text file "robots.txt" was stored in the root directory of each website. This text file provides instructions to the computer program that uses search engines such as "google", "yahoo" or "bing" to automatically search the World Wide Web and web pages ("robot", "web crawler"). The operator of a website can use the text file "robots.txt" to determine whether search engine bots may or may not access any and which content of the website. The web pages of the "WebOps" network contained the command "User-agent: * Disallow: /" in the "robots.txt" file. This command was used to address all search engine bots by adding the character "*" and to specify that all contents on the website are excluded from the bot search. This is due to the "Disallow" command and the "/" character used, which determines the totality of the bots. As a result, the contents of the web pages are not indexed due to the instructions provided. This in turn has the result that neither keywords nor image searches using an image or video stored on the website will return search results that lead to one of the websites.

As far as the accused communicate to the payment service providers that the websites cannot be found via search engines simply to enable a clear allocation of traffic and turnover, this is just a protective assertion. The only purpose of this procedure is to minimize the risk of detection. From an economic point of view, it is not understandable why providers should restrict the possibility of a search engine such as "google" or "bing" being able to attract paying customers to the relevant internet presence. There is no doubt that the use of affiliate links in the wake of the upswing of affiliate marketing, especially in forums or by influencers on social media, is a popular and widely used marketing strategy. However, this does not explain why the possibility of generating search hits is deliberately thwarted, while in companies advertising budgets are usually set up for the placement of "google ads". An analysis of the traffic on the website should also be possible without problems if a search engine is integrated via modules such as "google analytics".

34

EXT-MIZRACHI-01211

Furthermore, the special audits commissioned by the Bundesanstalt für Finanzdienstleistungsaufsicht (Federal Financial Supervisory Authority) under Section 19 of the Payment Services Supervision Act by the auditing firms KPMG (Unzer) and FlickGockeSchaumburg (Payone, Concardis) show that the websites had a very simple structure and a generic design. That conclusion was reached, in particular, by the Economic Crimes Division of the General Prosecutor's Office of the Grand Duchy of Luxembourg (hereinafter AWK), which acted independently of that department and made findings in the context of the investigations carried out there (reference number: CRF 889/2020). According to the assessment of the AWK, it is already difficult to understand why anyone should have registered on the websites at all, since they appear to be very arbitrary both in content and in presentation.

The AWK has also found that 40% of the websites examined were registered in blocks on only five days. As an example, Anklock Limited, Cladix Limited, Darklion Limited, Folack Limited, Goldarm Limited, Kofre Limited, Midliness Limited and Smitbee Limited registered 27 websites with the domain register on 25 February 2017. The AWK has also examined the visits to the websites in detail. In this context, it could also be established that most of the websites were initiated from the same IP address. This shows that the websites were in fact operated from a single source and that they were created and brought to market in a coordinated manner.

Furthermore, the documents relating to the mutual legal assistance procedure in Luxembourg made it possible to establish that there was an extreme imbalance between the supposedly concluded subscriptions and the visits to the websites at issue in the proceedings. For this purpose, AWK used the analysis tool of the American service provider Amazon called "Alexa Rank". This is a global ranking system that uses web traffic data to determine the popularity of a website. However, the system was not able to produce conclusive results for the websites considered, which could be reconciled with the significant turnover.

Finally, a large number of entries on fraud warning pages were identified both by the Luxembourg authorities and by the audit firms Deloitte and KPMG, relating to the descriptors and customer support pages as well as to the pornographic websites of the network. One of these websites temporarily was www.stopthatcharge.com. This was an internet platform where credit card holders could share their experiences with

35

EXT-MIZRACHI-01212

unjustified charges. More than 50 percent of the pornographic websites and customer support sites operated by the network were listed there. The reported entries mostly describe fraud related to alleged age verification on pornographic sites or identity on dating sites by entering the credit card number. An age verification system (Age Verification System) basically refers to a technical solution, which is primarily intended to confirm the age of majority of persons on the Internet. The system is primarily intended to protect young people and children from content that does not correspond to their age. This is mainly – as here – adult entertainment. Similarly, in the context of dating platforms, identity verification is carried out by means of entering credit card information. There is an urgent suspicion that the accused used this system, among other things, for fraudulent purposes and thereby obtained credit card data, which they subsequently used abusively to conclude the fake subscriptions. This is also supported by the information provided by the harmed credit card holders surveyed at home and abroad. The statement of the credit card holder ███████ who is resident in the Czech Republic, is mentioned as an example in this regard. The witness was questioned by the Czech authorities as a potentially harmed credit card holder in the context of judicial assistance. The witness gave very precise details of how he was the victim of a so-called "Get Verified" fraud via a dating platform. He was forced by an Asian-looking woman, with whom he initially communicated through a dating platform via video and who allegedly wanted to get to know him, to enter his credit card details in a "spreadsheet" on the Internet. The lady had claimed to first verify his identity "free of charge" in order to be "assured that nothing would happen to her" before a (promised, personal) meeting. About three hours later, amounts in euros were debited from his account. He had heard nothing more from the lady. He did not visit the websites submitted to him and did not intentionally make use of any services there either.

## II. Concluding fake subscriptions and faking receivables

## 1. Suspected money laundering reports from Hamburg Commercial Bank Société anonyme

Already from the compliance inquiries on record of the Hamburg Commercial Bank (HCOB) in the period from 9 November 2018 to 6 January 2021 concerning the transactions of the customers brokered by Ruben Weigand to the Unzer E-Com

36

EXT-MIZRACHI-01213

Gesellschaft mit beschränkter Haftung, who at the same time used the settlement solution, it emerges that there is a suspicion of fraud with regard to the websites operated by the merchants in question. The inquiry of 15 January 2020 from Martin Wiedemann (Senior Vice President Cash and Trade Finance HCOB) to Unzer E-Com Limited Company, according to which the Anti Financial Crime Department of HCOB had identified scamming allegations in connection with the trader Davsop Enterprises Limited, is only given as an example here. The accused Ruben Weigand was also informed of this inquiry. Davsop Enterprises Limited operated the websites www.ebonygirlsexposed.com, www.ineedasexymother.com, www.poundedpunanny.com pertaining to the WebOps network.

**2. Hits in police information systems and fraud alerts on the Internet**

The transaction lists made available by Unzer E-Com Gesellschaft mit beschränkter Haftung and Concardis Gesellschaft mit beschränkter Haftung at the request of the District Attorney's Office of Koblenz were analyzed with regard to affected credit card holders who received their credit card from a German credit card issuing institution. In the following, these credit cards were queried in the police information system and checked whether the credit card numbers resulting from the transaction list have been or are already the subject of investigations in the Federal Republic of Germany. Subsequently, the corresponding case files were requested from the various prosecution offices in the federal territory and evaluated.

It is apparent from the majority of the related files that the proceedings are based on criminal charges of suspected (computer) fraud and the spying of data. In the majority of cases, the injured credit card holders had noticed the unauthorized debits from their credit card which they reported. The debits each month amounted to amounts of, as a rule, just under EUR 50.00, so that the debits were not initially noticed by the customers.

The existence of the above-mentioned criminal charges in connection with the transactions at issue must be seen above all in the light of the warnings available on the Internet. In this respect, there are a large number of evaluation reports from the auditing company Deloitte, which was commissioned by the Concardis Gesellschaft mit beschränkter Haftung in the course of the closure of the Digital Service Segment.

37

EXT-MIZRACHI-01214

In particular, a large number of fraud warnings on the Internet were detected on different platforms, such as "Trustpilot" and "Scamadviser", for the websites examined in each case. For example, there are extensive Deloitte reports on the bogus traders Gradient Limited, Hadleigh Limited, Force Stock Limited, Crownland Limited, Brightlink Services Limited, Centific Limited and Fireway Enterprises Limited, as well as the websites they operate. Reference is made only by way of example to the following entries in fraud forums:

"(...) Dig you get an unknown, unauthorized credit card charge from hlporders.com? More charges are on the way. Someone might be scamming you. You need to act quickly. (...) Did you know you gave your credit card to someone named Androulla in Cyprus? (...) A charge from hlporders.com is a problem. (...) A charge from hlporders.com is a problem. (...) You need to act quickly. Other people have been scammed from hlporders.com (...)." (Deloitte Report on Fireway Enterprises Limited)

"Like other similar scams, there is a rotating set of billing sites. In your case it was csdatacrew.com" (Deloitte Report to Central Limited)

The accused Ruben Weigand has made a statement towards Unzer E-Com Gesellschaft mit beschränkter Haftung on behalf of his customers in this respect, saying that these poor ratings and fraud warnings are attempts by competing companies to damage the business model of his customers. In the light of the established procedures, this is merely an allegation of protection. The accused tries to dismiss any suspicions by economically incomprehensible statements which are inconsistent with the results of the investigation. In the present case, the fact that the facts described in each of the warnings are unique and that there is no evidence that they originate from the same source militates against a competing undertaking's sending off those publicly available fraud warnings. The linguistic presentation of the warnings is also so different that it is not possible to identify a deliberate steering of a competing undertaking.

The AWK of the Public Prosecutor of the Grand Duchy of Luxembourg also analyzed publicly available fraud reports. For example, in the course of the analysis of a sample, the AWK found that approximately 50% of the consumer pages (customer service) to be assigned to the respective websites were listed on the fraud warning

38

EXT-MIZRACHI-01215

page www.stopthatcharge.com. The reported frauds were linked to alleged age verifications by entering a credit card number.

### 3. Identification and interrogation of credit card holders in the Federal Republic of Germany

a) Procedure

Upon receipt of the transaction list sent at the request of the District Attorney's Office of Koblenz by Unzer E-Com Gesellschaft mit beschränkter Haftung, Wirecard Aktiengesellschaft and Concardis Gesellschaft mit beschränkter Haftung, the credit card numbers issued in Germany were selected and subjected to closer examination. Since the information in the transaction lists did not yet reveal loadable addresses and (complete) identities of credit card holders, a sample of 130 credit card numbers was assigned to a credit card issuing institution by means of so-called BIN-Checker (software for determining the bank identification number). In a second step, the relevant credit card issuing institutions were requested by the Federal Criminal Police Office on behalf of the District Attorney's Office of Koblenz to provide information on the identity of the credit card holder and to transfer credit card transactions. In a further step, the descriptors (purposes) of the proceedings, which were present on the credit card statements, were assigned to individual websites of the merchants and, in a final step, the witnesses were questioned, by being presented with screenshots of the relevant website, as to whether they had used services on this website.

(b) Witness statements from the Federal Republic of Germany

In this respect, the witnesses residing in the Federal Republic of Germany, ███

39

EXT-MIZRACHI-01216



All 112 witnesses stated that they had never concluded the subscriptions presented to them to their credit cards and that they had not used the services of the websites presented to them.

If the accused Weigand regularly communicated to the payment service providers used that a possible denial of the services used is common in the area of adult entertainment, since the users are regularly ashamed of the use of the socially often frowned-upon services and would therefore not disclose this, the previous investigation result cannot confirm this information. In particular, the witnesses ▆▆▆ revealed their sexual preferences in the interrogation and explained why they had not been users of the relevant website. Witness ▆▆▆ for example, declared that he was gay (and not bisexual), and consequently did not visit websites with a heterosexual orientation. He made this particularly clear by his indignant behavior during the interrogation. Rather, he visited various platforms that were exclusively aimed at homosexuals. Witness ▆▆▆ is married, father of two minor children and works as a senior student counselor at a high school. He explained that he had not visited the website presented to him, but that, despite his marriage to a woman, he was a user of the

40

EXT-MIZRACHI-01217

homosexual website "Gayromeo". He contacted other men there. Given his current family circumstances, it was difficult for the witness to provide the details of the homosexual-oriented websites he used. Therefore, there is no reason to doubt the witness's assertions that the (heterosexually oriented) websites he was given were unknown to him, since he provided information on other websites he had used, despite his apparent sense of shame. Witness ▮▮▮▮▮▮▮ stated that he did use pornographic websites and indicated their names. However, he denied that he visited the websites at issue in the proceedings. Also in his case, it was found that the (heterosexually oriented) website allegedly used cannot be reconciled with his sexual orientation (homosexuality).

In particular, it was also derived from the information provided by the witnesses that they seldom checked their credit card statements or partially even did not check them at all. This likewise explains, as already set out above, why a large number of the facts at issue in the proceedings have not been reported.

In addition to the above-mentioned witnesses, the information provided by the witness ▮▮▮▮▮▮ can also be highlighted. The witness did not recognize the descriptors presented to her. She had not visited any of the websites presented. In particular, she does not speak English, so she could not have understood the content of the pages at all. Also, she would never sign up for dating or erotic sites.

In addition, witness ▮▮▮▮ stated that in 2021 he had noticed debits amounting to approximately EUR 16 each, which had already been ongoing for approximately 1.5 years at that time. He had informed his bank, Deutsche Kreditbank, about this and had received a refund for part of the amounts. The card was subsequently blocked. The descriptors presented to him were those indicated with the debits. The websites presented to him did not appear familiar to him. After a separation, he had visited various dating websites, but he would definitely not have stored his credit card data there. The websites presented to him are also in English, which he does not speak well. In 2019, he registered with "parship" and made a payment there. Before 2019, he also visited the websites "C-Date" and "Joyclub" and had made payments there as well. However, he was never a consumer of the websites presented to him.

41

EXT-MIZRACHI-01218

Witness ███ stated that the credit card was a credit card of his employer. It was therefore used extensively on business trips for hotels, refueling, restaurant visits. The bank statements were also available to the tax advisor, where the debits made were noticed. The issuing bank was informed, but the bank was likewise unable to trace these debits. The amounts had been derecognized (for tax purposes) as private expenditure. He had not visited the websites presented to him. Witness ███ also stated that he had been the victim of an investment fraud that had been reported to the Schwabach police in 2021. When he made the report, he also mentioned the debits on the credit card.

Furthermore, the information provided by witness ███ witness should be emphasized as well. The witness had entered his credit card data on a website "with sexual content" for the purpose of verifying his age. Thereafter, he noticed debits of about EUR 100. However, he did not bother with it. He was very negligent in monetary matters. He no longer remembered the name of the website. He found this website by himself on the Internet. Everything on the website that he "clicked on" was free of charge. He had not received any services, and the debits had been made without his consent. "I only age-verified my credit card on this erotic website that I used and then only used free content. I didn't want to subscribe or anything like that, but I just have a look at it." The only thing he wanted to buy was on a gaming page, and the descriptor was "TRAVIANGAMES".

Witness ███ explained that he had indeed bought "coins" on an erotic site, i.e. "virtual money for sex sites", which could be donated to the models there. However, these were always individual purchases, but no subscription. He was unaware of the websites presented to him and had never visited them.

### 4. Identification and interrogation of credit card holders abroad

<u>a) Procedure</u>

In addition, witnesses were identified and interviewed not only in the Federal Republic of Germany, but also in other European countries. For this purpose, the transaction lists of Concardis Gesellschaft mit beschränkter Haftung and Unzer E-Com Gesellschaft mit Haftung, which show each individual transaction processed for the network, were evaluated and the credit card cards with the highest turnovers

42

were selected. In a further step, a total of 27 European countries were requested through European Investigation Orders or Mutual Assistance Requests to ask the credit card issuing institutions to submit the credit card statements and to identify the credit card holders. The documents in response thereto, in particular the credit card statements of affected credit card holders, were evaluated with regard to the descriptors and supposedly concluded subscriptions.

As part of the subsequent further judicial assistance, European Investigation Orders or Mutual Assistance Requests were then sent to Estonia (12 witnesses), Greece (67 witnesses), Croatia (33 witnesses), Latvia (46 witnesses), Lithuania (45 witnesses), Malta (25 witnesses), Norway (35 witnesses), Poland (31 witnesses), Portugal (34 witnesses), Sweden (28 witnesses), Slovakia (20 witnesses), the Czech Republic (57 witnesses) and Hungary (20 witnesses) to question the identified witnesses on the credit card transactions. These requests related only to subscriptions resulting from the transaction lists of the Concardis Gesellschaft mit beschränkter Haftung.

In addition, in the course of the further progress of the investigation, further requests for legal assistance were made for the collection of credit card transactions and the identification of credit card holders, whose supposedly concluded subscriptions resulted from the transaction lists of the Unzer E-Com Gesellschaft mit beschränkter Haftung. To date, documents have been received from Austria, Belgium, Bulgaria, Croatia, the Czech Republic, Estonia, Hungary, Lithuania, Poland, Portugal, Romania, Slovakia and Spain. After analyzing the credit card transactions, personal questionnaires were created for the countries of Estonia (15 witnesses), Poland (40 witnesses), Slovakia (21 witnesses) and the Czech Republic (19 witnesses). In this respect, further European Investigation Orders have been initiated in order to also question the identified credit card holders as witnesses regarding the credit card transactions. Occasionally, initial interrogation protocols are also available here.

For the transaction lists of Wirecard Aktiengesellschaft, in accordance with the procedure described above, surveys on credit card settlements at home and abroad have also been initiated, which have been received successively.

b) Witness statements from other European countries

43

In summary, it can be stated at the outset that the witnesses heard so far had consistently said that they had not used any adult entertainment services on the websites presented to them. However, it is striking that these witnesses in any case partially used other actually existing websites from the field of adult entertainment. The witnesses describe that they clicked on advertising banners when using these websites and - as already stated in the presentation of the fraud warning notices - had to provide their credit card data as an age verification, for example. In this respect, it can be assumed that the accused obtained, at least in part, the credit card data of the injured parties in that way. At the same time, some of the credit card holders were also victims of the cybertrading frauds. Given the large amount of credit card numbers affected worldwide, a consistent "point of compromise" could not (yet) be established. Rather, there is a strong suspicion that the accused obtained credit card data from different sources. In particular, the following witnesses were heard in various countries.

aa) Estonia

In the course of judicial assistance, the Estonian authorities questioned the witnesses ███████████████████████████████████████████████ ███████████████████████████████████████████████ ███████████████████████████████████████████████ ███████ about the subscriptions found on the relevant credit card statements.

All 16 witnesses stated that they had never concluded subscriptions on their credit cards and had not used the services of the websites they had been presented. Of these, 31 % of the witnesses had previously entered their credit card details on other dating and/or erotic sites as well as on gambling sites and intended only to subscribe there – but not on the websites in question. Seven of the 16 witnesses stated that they noticed all or at least part of the debits, while nine witnesses did not notice the debits. In that regard, particular mention should be made of the information provided by the witness ████████████████, who noted the debit. She had a good memory of the incident and explained the following. In 2020, she and her daughter "wanted to buy something online on a foreign website". However, she had become suspicious and had canceled the purchase, even though she had already entered a lot of data at that time. According to that report, she noticed suspicious debits of EUR 59,99 each

44

EXT-MIZRACHI-01221

in the period from July to October 2020, where unknown websites were indicated in the subject field. She initially tried to contact those email addresses but did not receive a response from them. She then contacted the bank to stop the transactions. She had never visited the websites presented before the debits, and at the time she had searched for an email address on the website "popvodnow.com" to contact the operators about the unauthorized debits. The e-mail address ██████████████, which was used when the subscription was concluded, was her daughter's, and she had provided this e-mail address (of her daughter) at the time, but her own credit card number on the above-mentioned website. The witness's information makes it clear that her data was stolen during an order process and misused by the accused.

bb) Greece

In the course of judicial assistance, the Greek authorities have so far questioned the witnesses ████████████████████████ ████████████████████████████ ████████████████████████ on the subscriptions resulting from the relevant credit card statements.

All Greek witnesses interviewed so far stated that they had never visited the websites which were presented to them, and that they never had concluded subscriptions. Of these, 29 percent of the witnesses had previously entered their credit card details on other dating and/or erotic sites and only wanted to subscribe there – but not on the websites presented to them, which are at issue in the proceedings. Only one of the witnesses interviewed noticed the debit on his credit card.

cc) Croatia

In the course of judicial assistance, the Croatian authorities have so far questioned the following witnesses: ████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████ on the subscriptions found on the relevant credit

45

EXT-MIZRACHI-01222

card statements. Some of the witness interrogations were sent in the form of a summary note. In some cases, the witnesses were apparently not asked all of the questions requested, so that, of the 30 persons heard in total, only 22 can be used, since only these relate to the issues at issue in the proceedings and are only useful in this respect. All 22 witnesses stated that they had never concluded subscriptions on their credit cards and had not used the services of the websites they had been presented. Of these, 47 percent of the witnesses had previously entered their credit card details on other dating and/or erotic sites and only wanted to subscribe there – but not on the websites provided in the proceedings. Seven of the 16 witnesses stated that they noticed debits in full or in part, and nine witnesses did not notice the debits.

Witness ▮▮▮▮▮▮ explained by way of example that he noticed monthly debits in 2019. Although he visited porn sites and subscribed to them, the amount and frequency of the debits from his credit card were too high. He then had the card blocked. He did not visit the websites presented to him.

Witness ▮▮▮▮▮ stated that he was contacted by his bank in November 2023 about a suspicious transaction, which was blocked. His son occasionally used the credit card to buy Internet games.

dd) Latvia

In the course of judicial assistance, the Latvian authorities have so far questioned the following  witnesses: ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ on the subscriptions found on the relevant credit card statements.

All 36 witnesses stated that they had never subscribed to their credit cards and had not used the services of the websites they had been given. Of these, 33 percent of

46

the witnesses had previously entered their credit card data on other dating and/or erotic sites or gaming or sweepstakes sites and wanted to conclude paid services only there - but not on the websites presented to them. 24 of the 36 witnesses stated that they noticed all or at least part of the debits, 12 witnesses did not notice the debits.

In that regard, particular emphasis must be placed on the statement of the witness ██████████. The witness stated that he had not noticed the debits, had never visited the websites provided to him and had not used any services there. However, in 2019, he was the victim of a cryptocurrency-related phone fraud, loading the remote maintenance software "Any Desk" onto his computer, which was used by the perpetrators. In the meantime, he had to change his access data for the bank account twice. This means that the witness has become the victim of a so-called cybertrading fraud, in which the operators of the cybertrading platforms receive the customer data – including credit card information – via affiliate networks and make the data available to third parties for remuneration as part of a second use – after they are no longer used for the cybertrading fraud.

In addition, the witness, ██████████, stated that she noticed the payments on her credit card because they were made at night. She reported these payments to the bank and was refunded except for one payment. The descriptors presented to her may refer to the unjustified debits. She never visited the websites provided, but she may have "clicked on ads".

In addition, the questioning of the witness ██████████ should be highlighted. He stated that he had noticed debits from his credit card in approximately 2019/2020 that neither he nor his wife had made. After he notified his bank, they blocked his card. Of the EUR 260 debited, he received a refund of EUR 219 from the bank. The debit could be linked to an alleged profit notification that the witness had received on his laptop at that time, according to which he had won a mobile phone for EUR 1. He said he thought the offer was genuine and entered his bank card details. Immediately afterwards, however, no debit had been made. He did not visit the websites presented to him and did not make any purchases. The data provided by Concardis Gesellschaft mit beschränkter Haftung also confirm the above-mentioned modus operandi. In this respect, an email from the accused Marcinkowski to the accused

47

EXT-MIZRACHI-01224

Nelson Burtnick of 22 June 2020 was established, in which the winner of a Samsung Galaxy S10 was involved. The subject of the correspondence was a landing page, which was traced back to one of the online retailers brokered by the accused Ruben Weigand, in which all credit card holders allegedly won a Samsung Galaxy S10.

ee) Poland

In the course of judicial assistance, the Polish authorities have so far questioned the following witnesses:



of the respective credit card statements.

In three cases, the witnesses were not asked all of the questions requested, so that of the 45 persons questioned, only 42 witness statements can be used, since only these relate to the questions at issue in the proceedings and are only useful in this respect. All 42 witnesses stated that they had never concluded subscriptions on their credit cards and had not used the services of the websites they had been given. Of these, 29 percent of the witnesses had previously entered their credit card details on other dating and/or erotic sites and only wanted to subscribe there – but not on the websites provided in the proceedings. Only ten of the 42 witnesses stated that they noticed debits in full or in part, and 32 witnesses had not noticed the debits.

Among others, the witness ▮▮▮▮▮▮ deserves special mention. He stated that he had updated an antivirus software in 2019 and paid EUR 50 for it. Thereafter, several debits of up to EUR 50 were reportedly made. He did not notice the debits presented to him, nor did he visit the websites presented or purchase services there.

48

EXT-MIZRACHI-01225

The witness ███████ stated that, although he did not have his own credit card in the period from November 2020 to February 2021, he used the credit card of his wife, the witness ████████████. In February 2021, the above-mentioned credit card was blocked by his wife after equal amounts had been debited from her account on several occasions. The witness confirmed the debits of EUR 61.49 presented to him in four cases. In connection with this, the witness also admitted that he had loaded erotic games onto his mobile phone, which then did not work. He did not visit the website submitted.

ff) Czech Republic

In the course of judicial assistance, the Czech authorities have so far questioned the following witnesses: ████████████████████ ████████████████████████ ████████████████████████ ████████████████████████ ████████████████████████ ████████████████████████ ████████████████████████ ████████████████████████ ████████████████████████ ████████████████████████ ████████████████████████ ████████████████████████ about the subscriptions found on the credit card statements.

In 20 cases, the credit card was incorrectly assigned to the credit card holder due to a technical error. In seven cases, the witnesses were not asked all the questions requested, so that those statements cannot be used, since only those statements relate to the questions at issue in the proceedings and are only useful in that regard. For the reasons mentioned above, only 57 witnesses out of the 64 witnesses heard were initially taken into account for the assessment of the urgent suspicion of the crime.

49

EXT-MIZRACHI-01226

Of the 57 witnesses, 96.5 percent said they never subscribed to their credit cards and did not use the services of the websites they were given. Of these, 61 percent of the witnesses had previously entered their credit card details on other dating and/or erotic sites and only wanted to subscribe there – but not on the websites presented to them and at issue in the proceedings. Only 27 witnesses stated that they noticed all or at least part of the debits, 30 witnesses had not noticed the debits. Thirty-five witnesses have stated that they did not enter their credit card on the websites presented to them, but registered on other dating or erotic websites, but also on gaming, betting, gambling, verification or order pages for computer software, or entered their credit card data there.

It is worth emphasizing at this point once again the statement of the witness ▮▮▮ that has already been mentioned, who according to his own statements was the victim of a so-called "get-verified" fraud, in which he was to enter his credit card data for the alleged identity check before a planned meeting with a woman.

In addition, the witness ▮▮▮ stated that he had clicked on an advertising banner on the erotic site "redtube.com" to take part in a competition and entered his credit card details there to pay CZK 1. However, nothing was debited. Only 2 to 3 months later did he notice debits amounting to approximately CZK 10,000 – 15,000. He reported those transactions to his bank, Czech mBank, and (initially) received the money back. A few weeks later, the bank reportedly found that there was nothing suspicious about the debits and debited the money again. The payment gateways concerned were "siteasist.com", "crewurnittech.com", "fileusernets.com", "termspro.com" and "webkrews.com". He had not visited the websites presented to him and did not order services there, he only visited the page "redtube.com".

Witness ▮▮▮ stated that he had detected unauthorized debits from his account in about September / October 2021. When he gave the bank the corresponding transaction codes, he received the majority of the amounts as a refund, a total of about CZK 30,000. He never visited the websites presented to him and did not enter any credit card data there. Since 2021, he has been unintentionally receiving emails from an erotic site "tsdates.com" that offer sexual services. However, he never clicked on links there.

50

EXT-MIZRACHI-01227

In that regard, the detailed information provided by the witness ██ is likewise noteworthy. He stated that in 2021 he came across a website with pornographic games. In order to open the website, an amount of EUR 48.39 was debited. In order to cancel the payment, he had to enter his credit card details again. Thereafter, monthly payments of CZK 1,515.98 (EUR 48.39) to "fllvdsj.com" had started. The bank had informed him that blocking his card would not do any good. Some of the descriptors presented to him referred to the websites where he wanted to buy the erotic games, but they did not work. He was shown a pop-up window in the browser, which he clicked on, and then had to enter the credit card data on another website with a pornographic cartoon game, allegedly to unlock the game. He was unaware of the websites presented to him and had neither visited them nor subscribed to them.

Witness ██ explained that when he read his credit card statement, he noticed debits that he could not allocate. He wrongly considered the debit in favor of the descriptor "TSTSKV.COM" to be an Adobe subscription due to the equal amount. He remembered the debit of the descriptor "ADYGMD" and also remembered the website with the "Support Service". From there, he received a refund for the last transaction. He did not visit the websites presented to him and did not buy any services there. He entered his credit card details on porn sites, such as "Pornhub".

Witness ██ stated that he had his credit card blocked in 2021 because he had noticed abusive debits. At the time, he also communicated via chat on a customer support page with the websites that had debited the funds. Some of the money had been refunded. In particular, he recognized the descriptors "SNGNTT.COM, TTCTSG.com, HEDHT.com, MPDFVE.com" presented to him. On the websites presented to him, he always recognized the same "customer service" page, where he had communicated via chat in order to object to the debits. He did not purchase any services on those pages. However, in 2019, he clicked on a link to an erotic game and provided his credit card details there, in order to then allegedly get 30 days free access. However, he did not remember the name of the game.

Furthermore, the witness ██ stated that he had not visited the websites presented to him during the questioning and that he had not used any services there. However, he registered on two dating websites with his e-mail ████████████. According to the transaction lists of the Unzer E-Com

51

EXT-MIZRACHI-01228

Gesellschaft mit beschränkter Haftung, this e-mail address was also used for the subscription in question. Witness ▮▮▮ also provided his credit card details for (allegedly free) registration on one of the two dating sites he visited. He was "allocated a number of points free of charge", which he could have used "for certain services". He could have bought these points later on via his credit card, but never did so. Several years ago, he also registered on an erotic website with his credit card data to gain access there. Two films could be watched there for free. However, he did not make any payments on that page.

Witness ▮▮▮ explained that her bank, the "Komercni banka", had blocked her card due to suspicious debits. During a subsequent check, she noticed unauthorized debits in the period 21 February 2021 to 28 March 2022 amounting to CZK 77,051.22. Through complaints together with the bank, she was refunded CZK 13,986.31 (equivalent to EUR 559). She did not know how her card had been misused. She was unaware of the websites presented to her and had not visited them or received any services there. The e-mail address ▮▮▮ ▮▮▮ used in the context of the transactions presented to her was the school e-mail address of her youngest daughter from primary school. The witness herself did not use this e-mail, and her children did not have access to her credit card. The witness did not visit any dating or erotic sites and did not enter her credit card details on any advertising banners or e-mail links that she had clicked on.

Witness ▮▮▮ stated that he received SMS notifications about debits from his account four to five years ago. However, these were small amounts. In addition, the debits were not in Czech. He was refunded CZK 5,000 (equivalent to approximately EUR 200) by the bank. He never visited the websites presented to him and did not make use of any services there. The e-mail address ▮▮▮ allegedly used for the transactions at issue in the proceedings was created during his primary school or secondary school years and was last used about five to six years ago. When the witness logged back into that e-mail account during the interrogation, he found "approximately 5,000 e-mails received there that contain various erotic links and spam," but no e-mails related to the sites submitted, such as "BlackGirlsEatPussy.com," "latinsoftporn.com," or "asianbeaverlicking.com." He does not know any more whether he signed up for dating or erotic sites. If he did, however, he paid nothing.

52

gg) Sweden

In the context of mutual legal assistance, the Swedish authorities have so far questioned ███████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

on the subscriptions found on their relevant credit card statements.

In one case, the witness denied that he had been the holder of the credit card at all, so that he was not asked all the requested questions as a result. Of the 21 witnesses interviewed, only a total of 20 witness statements are therefore used, since only these relate to the questions at issue in the proceedings and are only useful in this respect. All 20 witnesses stated that they had never concluded subscriptions on their credit cards and had not used the services of the websites they had been given. Of these, 55 percent of the witnesses had previously entered their credit card details on other dating and/or erotic sites as well as investment sites and only wanted to subscribe there – but not on the websites in question. Only two of the 20 witnesses stated that they noticed all or part of the debits, and 18 witnesses had not noticed the debits.

Witness ██████ explained that during the coronavirus pandemic, he noticed unauthorized debits, which were made in both euros and dollars. He suspected that this could be related to the purchase of a "robot vacuum cleaner" and a "glowing globe in different colors". This could have been the website "Sparnet". He then received a new credit card and the bank refunded part of it. He was never present on the websites submitted to him and did not register on other erotic or dating sites.

The information provided by the witness ████████ should also be highlighted. He explained that five years ago his credit card at the Swedish bank "SEB" "suddenly debited" large sums of about SEK 20,000 to 30,000 (equivalent to about 1,800 to 2,700 euros). The payments "went to completely unknown places that I had never heard of". He then filed a complaint, had the card blocked and talked to his bank. He partly recognized the descriptors presented to him. He had not visited the websites

53

EXT-MIZRACHI-01230

presented to him and did not make use of any services there. However, he was on a dating site and had been in contact with a woman named "Bouchard". That woman sent him links that he clicked on. He then entered his personal data and credit card details on a website to have a video conversation with her or to continue chatting. He continued to write with this lady. The incident was quite close to the time when the high debits took place. The witness also entered his credit card details on other dating sites, such as "Tinder" and "Mötesplatsen".

hh) Summary

In the context of judicial assistance, a total of 221 witness interrogations have been carried out so far, of which a total of 201 can be used. The analysis of witnesses questioned so far in other European countries shows a clear picture.

Of the total of 201 witnesses from Croatia, the Czech Republic, Estonia, Greece, Latvia, Poland and Sweden interviewed, **99 per cent of the witnesses** have agreed that they have **not subscribed** to the adult entertainment websites provided to them. They did not consent and did not willingly approve the debits made by their credit cards.

With regard to the data flow of the credit cards concerned, it can also be stated that a large number of the witnesses had actually registered on pornographic sites or dating websites and had provided their credit card data there. However, these were websites that are actually active on the Internet and can also be found via Google search. Here, for example, the porn sites "Chaturbate.com", "Pornhub.com" and "redtube.com" were named. The statements of some witnesses to have clicked on advertising banners, downloaded internet games, registered in supposed sweepstakes or on potential fake web shops also reveal different sources of origin of improperly obtained credit card data.

## 5. Abnormalities in the analysis of transaction lists

In addition, the transaction lists transmitted by Unzer E-Com Gesellschaft mit beschränkter Haftung were evaluated by Detective Chief Superintendent Gebhardt. The data base of the Unzer E-Com Gesellschaft mit beschränkter Haftung is highly informative, as the company provided technical services for two acquirers, the

54

EXT-MIZRACHI-01231

Concardis Gesellschaft mit beschränkter Haftung and the Payone Gesellschaft mit beschränkter Haftung.

In particular, a random check was carried out for the credit card numbers which contain the city of Koblenz in the column "CARD_HOLDER_CITY". In that regard, it should be noted that, according to a query in the population registration system, although the credit card holders were or are in fact resident in Koblenz, in a large number of cases the street name was fake and English street names were listed here. Four different street names were found for the credit card holder ████ The witness is said to be resident in Koblenz, Germany, on the streets "████████████ ████████████████████████ None of these roads exist in Koblenz or in the Federal Republic of Germany. Rather, the witness lives at the address ███████████████ Koblenz. Comparable results were found for a large number of other witnesses. The finding shows that the credit card set used by the accused and obtained illegally did not contain complete address information in some cases, and fictitious addresses were used to complete the details. Corresponding findings for the city of Koblenz can also be found, in particular, with regard to the witnesses ███████████████.

## 6. Investigations in the Darknet and the so-called underground economy

Furthermore, in the course of the investigations, the above-mentioned credit card numbers, which were transmitted by the Unzer E-Com Gesellschaft mit beschränkter Haftung, were filtered for the issuing country Germany in order to carry out a data comparison with data from the Darknet or the so-called underground economy.

The perpetrators active in the area of cybercrime are characterized by a great enthusiasm for innovation and an intensive communication culture with potential co-perpetrators. The platforms used for this communication (forums, Jabber servers) are referred to as the "underground economy" mainly due to the strong economic, illegal orientation of the communication content. This is to be understood as meaning a dynamic landscape, which is mostly commercially oriented, of similar innovative, service-oriented and competing communication and sales platforms on the Internet, which are generally realized in the form of web interfaces controlled by means of the

55

EXT-MIZRACHI-01232

programming language "PHP" (forum software) in the form of discussion forums. The following research took place in these forums.

For this purpose, the credit card numbers shown at the beginning were compared with the forum data set. Here, the credit card numbers were queried both as a contiguous block and in so-called blocks of four. Some of the credit card numbers were found in forums or chats of the so-called underground economy on the Darknet. Here, the credit card data were offered partly for purchase, partly also without recognizable consideration. The fact that only part of the credit card data was successfully verified as an illegal commercial good on the Darknet is due, on the one hand, to the fact that the police database only represents a small subset and, on the other hand, to the fact that a complete credit card set will not be fully visible in a Darknet vendor's shop. In that case, the vendor's customer would already have direct access to the necessary data and would not have to acquire it first for a fee.

In the light of the above considerations, there is an urgent suspicion that the WebOps and FSX network subscriptions at issue in the proceedings were fabricated by the accused' misuse of the credit card data of the injured parties.

### III. Payment process

After importing the data and generating a fictitious subscription, the payment process initiated via the German payment service providers began.

### 1. Step 1: Technical processing ("non-collecting")

During technical processing, the transaction data of the merchant websites are transmitted in a technical process to so-called payment gateway providers. This role is performed in particular by Unzer E-Com Gesellschaft mit beschränkter Haftung and Computop Wirtschaftsinformatik Gesellschaft mit beschränkter Haftung in the present proceedings. The so-called technical processing is also referred to as "non-collecting", since no funds are collected at this level.

The technical processing includes the connection of a merchant to the system of one of the above-mentioned technical service providers, which is carried out through an interface provided by Unzer E-Com Gesellschaft mit beschränkter Haftung or

56

EXT-MIZRACHI-01233

Computop Wirtschaftsinformatik Gesellschaft mit beschränkter Haftung to the bogus merchant, the so-called payment gateway, which the merchant has integrated either themselves or with the assistance of a third party in their website or their software solution beforehand. The data or the transaction information of the end customers of the merchant is routed to the payment system of the technical service provider via this interface. In the case of the Unzer E-Com Gesellschaft mit beschränkter Haftung, this payment system is located in another group company, Unzer Gesellschaft mit beschränkter Haftung. Consequently, this functions as a payment service provider. In the case of Computop Wirtschaftsinformatik Gesellschaft mit beschränkter Haftung, such outsourcing to a third company is not known of, so that it is assumed in this respect that it also acts as a payment service provider.

The payment service provider (Unzer Gesellschaft mit beschränkter Haftung or Computop Wirtschaftsinformatik Gesellschaft mit beschränkter Haftung) accepts the transaction-relevant data (amount, credit card number, CVV number and so on) from the online presence of the merchant, processes them and forwards them to providers of payment methods, selected by the merchant, the so-called acquirers. The acquirer is also known as a merchant bank because it collects the money for the online merchants.

In the course of the investigation, it was found that several payment gateway providers were connected in series and that a foreign payment gateway provider was often upstream of the Unzer E-Com Limited Company and the Computop Wirtschaftsinformatik Limited Company. These are in particular the gateways of the company Bill1st, which is operated, according to the results of the previous investigations, by the responsible persons of one of the fraudulent networks (FSX network). There is no economic sense in this process. The involvement of other technical service providers is not necessary for the execution of the transaction. Considering that each service provider involved includes a commission for the provision of its service, this approach cannot be explained economically.

2. Step 2: Payment services ("Collecting")

After the technical service provider has received the payment information from the online merchant, they make this data available to the so-called acquirer via further

57

EXT-MIZRACHI-01234

data processing. Acquirers are acceptance companies, which usually form the head office for the settlement of national and international payment transactions and have contracts with the card organizations, here Master and Visacard. The acquirer ultimately collects the payment from the data-transmitted (credit card) account of the end customer and initially collects it, for all his customers (merchants), on an escrow account. Here, the amounts unduly charged to the credit card holders were transferred for the first time to the account of a third party and collected by third parties.

In the present case, the Web.Ops network used the German acquirers Nexi Germany Gesellschaft mit beschränkter Haftung (formerly Concardis Gesellschaft mit beschränkter Haftung), Payone Gesellschaft mit beschränkter Haftung (formerly B&S Cardservice Gesellschaft mit beschränkter Haftung) and Wirecard Aktiengesellschaft or Wirecard Bank AG (now insolvent or in liquidation). To the extent that Unzer E-Com Gesellschaft mit beschränkter Haftung has also carried out technical processing for its Luxembourg subsidiary, Unzer Luxembourg S.A., these transactions are not, at least at present, the subject of the current investigation, but rather of the investigations conducted in Luxembourg.

In addition to a contract with the technical processor, the online merchant concludes an additional contract with the acquirer. This is a so-called acceptance agreement.

By using the improperly obtained credit card data on the bogus websites, the accused initiate a data processing process, at the end of which the credit card is charged and which thus has a financial relevance.

If a payment transaction is initiated with a credit card in online commerce, the data entered there of the cardholder who allegedly initiated the payment transaction is forwarded to the acquirer, the merchant bank, via a technical service provider, as described in step 1. They verify the data with the credit card provider, i.e. in this case with Visa or Mastercard. The authorization points of Visa or Mastercard then check the card data at the so-called issuer (the card-issuing bank of the card holder, e.g. Sparkasse, Commerzbank etc.). There, a computer of the card issuing institution always checks, when the credit card is used, - regardless of the introduction of the 3D Secure procedure by implementation of the European Payment Services Directive

58

EXT-MIZRACHI-01235

(PSD2) on 13 January 2018 - the following parameters: first and last name, credit card number, the expiration date of the credit card and the three-digit or four-digit card verification number. The latter has the name "CVV" for "Card Validation Value" for the credit card organization VISA and the name "CVC" for "Card Verification Code" for the credit card organization Mastercard. The security code of the VISA or Mastercard credit card is located on the back of the card in the immediate vicinity of the signature field. While the name and the credit card number make it easier to assign an account for the payment process, the card verification number is especially used for customer authentication, since this number is only on the credit card. The verification code of the credit card thus fulfills a similar purpose in the area of distance transactions as the Personal Identification Number (PIN) in face-to-face transactions. Against the background of these payment modalities, the credit card issuing institution - as in the case of payments with the credit card on the Internet - checks not only the name, credit card number and expiry date of the credit card, but also the validation number and thus the authorization of the party who initiated the electronic payment transaction.

### 3. Step 3: Distribution via the domestic money laundering network of the accused

After the monthly amounts were received in the Acquirer's escrow accounts, they were not, as is customary, paid directly to the relevant online merchants and supposed operating companies of the websites, but rather divided up via various elaborate financial constructs using a large number of other bogus companies and (escrow) accounts, recombined and - after deduction of the costs incurred for the operation of the system - ultimately transferred primarily to accounts in Canada and the USA, although the companies had their registered offices in Europe.

### IV. Infiltration of the financial system of the Federal Republic of Germany

In order to make the above-mentioned payment process for the collection of the fraudulent funds possible at all and to give the networks access to the German payment system, the network operators infiltrated, with the aid of the services of the accused, Mr Weigand and his employees, the payment service providers established in the Federal Republic of Germany and supervised by the Bundesanstalt für Finanzdienstleistungsaufsicht (Federal Financial Supervisory Authority). In each of

59

EXT-MIZRACHI-01236

the payment service providers involved, they installed, in particular, staff in senior positions and/or bodies of the relevant institution, working in collusion with them. As a result, the accused succeeded – according to their plan and overriding interest – in creating a shadow financial system in which they used authorized European payment service providers and specially created bogus companies as vehicles for the collection and transfer of criminal funds. The network managers, together with the accused Ruben Weigand and his employees, created a kind of "bank in the bank" within each payment service provider (Concardis Gesellschaft mit beschränkter Haftung: "Digital Services Department", Unzer Group: in particular "settlement solution", Wirecard Aktiengesellschaft: "Sales Digital"), which they effectively brought under their control.

In particular, the suspects colluded with the following persons within the German payment service providers:

### 1. Concardis Gesellschaft mit beschränkter Haftung (Jan Marcinkowski, Nelson Burtnik)

During the period of the offense, Concardis Gesellschaft mit beschränkter Haftung created a "Digital Services" department whose remit almost entirely consisted of the onboarding, monitoring and payment processing of the traders brokered by the accused Ruben Weigand from the high-risk portfolio.

Between January 2015 and March 2020, the accused Marcinkowski worked for Concardis Gesellschaft mit beschränkter Haftung in various functions in the Risk Management department. Most recently, he was employed in a managerial function at the Concardis Gesellschaft mit beschränkter Haftung and acted in the "Digital Services" department as a team manager in Risk Management / Digital Services and then worked for quite some time as an external consultant. His core tasks included the implementation and further development of the Risk Client Onboarding Due Diligence audits as well as the risk assessment of existing and potential customers, and the analysis of the risk sectors.

The accused Marcinkowski, was one of the primary contacts of the accused Weigand and Korcaj, and of the "WebOps" and "FSX" networks during his employment with the Concardis Gesellschaft mit beschränkter Haftung. From these, he received the

60

KYC documents and arranged the activation of the merchants in the Concardis system. In particular, he pointed out possible sources of error to the accused Ruben Weigand and his staff and completed some information himself using "pdf-Creator". In addition, he was also responsible for the care of the brokered dealers.

It is apparent in particular from the correspondence seized within the Concardis Gesellschaft mit beschränkter Haftung that the accused Marcinkowski was aware of the illegality of the transactions during his period of activity. In an internal email, he refers to the merchants in the Digital Services portfolio as "scam kind of merchant" and "recurring scammers" and "trial scammers". However, the accused Marcinkowski protected the merchants against third parties and gave the networks advice to minimize the risk of discovery. For example, he advised blocking individual countries, such as the Scandinavian countries. In addition, he advised that payments made by German credit cards should be handled preferably by a foreign payment service provider. This advice was based on his previous experience with German investigative authorities, which carried out investigative acts with the German acquirer in cases where the victim of the e-commerce fraud and the acquirer were based in Germany. He also noticed that there were cases within the networks in which a credit card was used with several merchants in a network. He pointed out that in future it would be better to no longer use a credit card for several merchants, but only for one "legal entity". This shows that the credit cards used to process payments with the Concardis Gesellschaft mit beschränkter Haftung were imported by the operators of the websites themselves. In normal commercial transactions, it is the customer who decides where to use his credit card and not the merchant.

In March 2020, the credit card company Visa Card informed Concardis Gesellschaft mit beschränkter Haftung of a fraud attack by an FSX merchant. Subsequently, the accused Marcinkowski and his colleague Thomas Gregory exchanged views on the question. In the correspondence, the accused Marcinkowski pointed out that there were a number of problems with FSX merchants in relation to fraud reports. The accused, Marcinkowski, stressed that he was not sure how long the FSX business could be protected ("so not sure how long we can protect their business any longer").

Furthermore, it is apparent from the special audit report under section 19 ZAG (Payment Services Supervision Act), commissioned by the Bundesanstalt für

61

Finanzdienstleistungsaufsicht (Federal Financial Supervisory Authority) and drawn up by the auditing firm Flick Gocke Schaumburg (hereinafter FGS), that the accused Marcinkowski largely signed the contracts with the online merchants brokered by the accused Ruben Weigand, without having carried out a proper dealer audit. He did not meet the requirements for the Know-Your-Customer process set out in sections 10 to 17 of the Anti-Money Laundering Act.

The accused Nelson Burtnick was likewise employed by Concardis Gesellschaft mit beschränkter Haftung during the period from February 2019 to at least the end of 2022. He also held a senior position as Commercial Director Digital Service. The employment periods of the accused Nelson Burtnick and Jan Marcinkowski overlapped. In fact, after the departure of the accused Nelson Burtnick became the primary point of contact for the accused Ruben Weigand and his associates. In addition to attracting new customers, his main tasks included checking them and deciding whether to admit them to the Concardis system.

According to the results of the investigation, the accused Burtnick is a criminal already convicted in connection with the processing of credit card transactions in the US. In 2009, for example, the accused Burtnick was employed as head of the payment processing division at the online gambling provider "Full Tilt Poker", which is based on the French (sic!) Channel Island of Alderney. On 13 October 2006, the "Unlawful Internet Gambling Enforcement Act" was passed in the US, which prohibited the above-mentioned online gambling provider from continuing to offer its services in the US. This ban was not followed by "Full Tilt Poker". In the course of his work, the accused Nelson Burtnick developed, in cooperation with the German payment service provider Inatec Solutions Gesellschaft mit beschränkter Haftung, a possibility to collect the credit card payments in connection with "Full Tilt Poker" despite the ban and to conceal their origin. For example, the online gambling provider, with the support of payment service providers, obscured American customers' credit card transactions through a variety of externally legitimate online retailers and their websites. Credit card transactions from illegal gambling were disguised and processed via false websites as an order for golf balls, for example. The procedure developed by the accused Nelson Burtnick is comparable to the modus operandi of the Eaze complex. The accused Burtnick was arrested by the US authorities in August 2012 and he pleaded guilty in September 2012 to charges of

62

EXT-MIZRACHI-01239

conspiracy, money laundering and illegal gambling. The criminal charges against the accused Burtnick show that he has in-depth knowledge of how to create credit card acceptance, which was also of central importance for the networks "WebOps" and "FSX".

From the analysis of the communication seized within the Concardis Gesellschaft mit beschränkter Haftung, it appears that the accused Burtnick significantly promoted the growth of the networks ("they need to grow faster"). He also provided for the onboarding of the merchants. In addition, it is clear from the company's internal correspondence that the accused Burtnick was aware of the links between the companies within the networks. He explained to a colleague when asked that FSX, Silverton Systems and Bill1st were ultimately one entity. As already indicated above, he also corresponded with the accused Marcinkowski on minimizing the risk of discovery.

Insofar as there were critical inquiries from employees within the Digital Services team, or employees pointed out inconsistencies, the accused Nelson Burtnick ensured that such information was not pursued further. He made it clear to employees that these critical demands would destroy the business ("Are we wanting to kill our business?"). It also emerges from a private chat between the accused Ruben Weigand and the accused Marcinkowski that the accused Nelson Burtnick - over and above the payments made by his employer - received money in return for his support ("I think he is accepting it, he needs the money").

**2. Unzer E-Com Gesellschaft mit beschränkter Haftung (Jan Mirko Hüllemann)**

The accused Jan Mirko Hüllemann is a former employee of Wirecard Aktiengesellschaft, who founded the former heidelpay Gesellschaft mit beschränkter Haftung with headquarters in Heidelberg in 2003, which became the heidelpay Group in 2016. According to his own statements, the accused Hüllemann has been dealing with payment and platforms for over 20 years and was CEO of the Heidelpay Group until 2021. Since 2020, the group has operated under the name "Unzer", which now includes 13 domestic and foreign companies.

The accused Hüllemann is closely associated with the accused Ruben Weigand both commercially and privately. In 2020, he publicly referred to him as part of his family

63

and offered to provide bail of EUR 800,000.00 in connection with the detention of Weigand in the United States. In addition, the accused Hüllemann has placed the headquarters of his foundation, which after the sale of the shares to the American investor "KKR", manages the family assets of the Hüllemann family, at the residence of the parents of Weigand in Molsberg in the Westerwald and made the accused Quintus Weigand a board member. In addition, the accused Hüllemann and Weigand jointly hold shares in the companies Payinn Gesellschaft mit beschränkter Haftung, Yuncai Seven Société anonyme and Black Everest AG as shareholders. Finally, the "Blitz deal" between the Market Advisors Gesellschaft mit beschränkter Haftung and the Unzer Group, already described in the opening note, was initiated by the accused Ruben Weigand and Mirko Hüllemann.

The Unzer Group provided different services to the merchants of the "WebOps" and "FSX" networks. On the one hand, Unzer E-com Gesellschaft mit beschränkter Haftung provided technical services as a payment gateway provider (non-collecting) for the merchants of both networks. In addition, the accused Ruben Weigand and Mirko Hüllemann established the so-called settlement solution, an instrument for digital money laundering, in the Unzer Gesellschaft mit beschränkter Haftung.

The settlement solution is a virtual account application for managing transactions and funds. According to the Unzer E-Com Gesellschaft mit beschränkter Haftung towards the special auditors appointed by Bundesanstalt für Finanzdienstleistungsaufsicht (BaFin, Federal Financial Supervisory Authority), it was created for merchants who had always had difficulty finding stable payment and banking solutions due to social conventions. The product was thus used for customers of the "gambling" and "adult entertainment" industries (dating websites, websites with pornographic content). In fact, this led to the merchants brokered by the accused Ruben Weigand to the Unzer E-Com Limited Company being given access to their accounts via a virtual online platform of the Unzer E-Com Limited Company. The merchants were thus able to transfer funds at home and abroad independently via this access option, but the relevant recipient institution did not recognize the online merchant as the payment-initiating company, but rather the German payment service provider Unzer E-Com Gesellschaft mit beschränkter Haftung. There is a suspicion that the accused installed the settlement solution in Unzer E-Com solely for the purpose of creating a technical hub for the brokered merchants to conceal the incriminated amounts. Under

64

EXT-MIZRACHI-01241

the cover of the Unzer Group, those responsible for the networks were thus able to transfer the proceeds of their fraudulent activities to accounts around the world as they liked, without attracting any attention.

In addition, Unzer Luxembourg S.A. provided pooling accounts with Hamburg Commercial Bank, which were used the merchants of the WebOps and FSX networks to conceal the fraudulent funds collected through the Concardis Gesellschaft mit beschränkter Haftung and the Payone Gesellschaft mit beschränkter Haftung.

As a result, there are **three core allegations**

- the provision of **technical services to collect** fraudulently obtained credit card payments,

- the creation, maintenance and use of a **technical money laundering vehicle** which conceals the sender of a transaction,

- the **making available of pooling accounts located in Germany**, to mix up and disguise the origin of the criminal funds already received and transferred for the purpose of money laundering.

These acts were carried out by the companies of the Unzer Group after the outcome of the investigation at the instigation of the accused Hüllemann. In particular, he ignored a large number of internal warnings from his employees regarding the online retailers brokered by the accused Ruben Weigand. Hüllemann also deliberately ignored the weak points on money laundering prevention identified by an external legal adviser and merely pointed out that the users knew their customers and that further mechanisms for prevention were not necessary.

According to the results of the investigation, the accused Hüllemann established the settlement solution solely at the instigation of the accused Ruben Weigand. On 28 August 2017, a meeting took place between several representatives of the Unzer Group (then still Heidelpay) and the accused Weigand in the so-called "Heid's" in Heidelberg. In this context, the accused Weigand expressed the idea of an account solution for the traders he brokered (the later "settlement solution"). A primary user of

65

EXT-MIZRACHI-01242

this settlement solution would be the merchants brokered under the "WebOps" division.

The fact that the accused Hüllemann was aware of the background and the modus operandi applied with the networks by the accused Ruben Weigand is impressively evident from a conversation monitored in the course of a telephone surveillance in the time context of the seizure of the claim of the Market Advisors Gesellschaft mit beschränkter Haftung in the amount of EUR 19,772,174.00. On 17 October 2022, the accused Ruben Weigand and Mirko Hüllemann held a telephone conversation via "classical channels", because there were problems with telephony via the messenger service "Telegram". In the course of this conversation, they exchanged views on the allegations underlying the confiscation decision and the state of knowledge of the investigating authorities. Hüllemann tried to play down the information available to the investigating authorities and stressed that there could not really be much in the investigation file about Weigand. He went on to say, "Unless it said, 'Yes... Mr Ruben Weigand himself was the merchants, and paid himself and he laundered the money through the banking solution.'" Immediately after this statement, the accused Ruben Weigand pointed out to the accused Hüllemann that the telephone call was a "quite normal (and thus interceptable) telephone call" and hung up angrily. By his statement, the accused Hüllemann had hit the heart of the investigation so far. Furthermore, it is apparent from the special audit report drawn up by the auditing firm KPMG on behalf of BaFin that the accused Hüllemann removed evidence. For example, individual data carriers of the accused Hüllemann were first inventoried for the purpose of inspection by the IT service provider of the Unzer Group for the appointed auditors and shortly afterwards removed by employees of one of the associated companies. An inspection of the data carriers belonging to the accused Hüllemann and used for business purposes was therefore not possible.

It is true that, according to the results of the investigation, no direct payments from the network operators to the accused Hüllemann have been established so far. However, the sale of the Unzer Group's shares to the American investor "KKR," which is on record and took place during the period in question, demonstrates the monetary significance of the business relationship for the accused Hüllemann personally. It is apparent from the documents submitted by Unzer Gesellschaft mit beschränkter Haftung that the relevant indicator for determining the sale price was

66

EXT-MIZRACHI-01243

the number of transactions carried out by the Unzer Group. Furthermore, it is apparent from private communication on the mobile phone of the accused Ruben Weigand via the "Telegram" messaging service that the transaction volume of the Unzer Group during the period relevant for determining the value of the company – without KKR's knowledge – increased and thus misled the investor. In fact, the accused Mirko Hüllemann benefited privately from the sale of the shares and received an amount of over EUR 60,000,000.

### 3. Wirecard Aktiengesellschaft v Wirecard Bank AG (Jan Marsalek, Brigitte Häuser-Axtner, Markus Fuchs)

It is apparent from the communication seized from Wirecard Aktiengesellschaft that the WebOps merchants were supervised almost exclusively by the former board of directors of Wirecard Aktiengesellschaft, the accused Jan Marsalek, the former "Vice President Digital Sales of Wirecard Aktiengesellschaft", the accused Brigitte Häuser-Axtner and the senior employee of the "Digital Sales" department, the accused Markus Fuchs. According to an internal e-mail from Wirecard Aktiengesellschaft, contact with the accused Akhavan was "exclusively through Jan, Brigitte and Markus".

The communication between the accused Akhavan and Marsalek shows that they have a long-standing, close and trusting friendship. For example, the accused Marsalek referred to the accused Akhavan as a very good friend to third parties and even regularly addressed him in business emails with the nicknames "Darling" and "Brother". In addition, the initial communication between the accused Akhavan and Marsalek is very open. Here, the accused Marsalek expressly asked the accused Akhavan to send him a first application for one of the fake sites he operated, so that he could already begin the onboarding. In detail, the wording is:

*"Can you send me an application for one of your (fake) sites - I can then start boarding the stuff."*

The accused Marsalek was thus aware that the websites operated by the network of the accused Akhavan existed only on a fake basis. Nevertheless, the accused Marsalek arranged for Wirecard Aktiengesellschaft, which he (co-)managed, to provide payment services over several years for the subscription generated via the

67

EXT-MIZRACHI-01244

Akhavan websites and to make a large number of business accounts available. The statements made by witness ███████ before the German Bundestag's Third Investigation Committee on the "Wirecard scandal" on 4 March 2021, as well as her supplementary statements on 5 March 2021, in proceedings 7500 UJs 425127/20 of the Public Prosecutor's Office of Munich I, also reveal that the accused Marsalek, Akhavan, and Weigand worked closely together and collected criminal funds, which they then laundered via prepaid credit cards, among other methods. Witness ████ referred to "Jan, Ray and Ruben" as "all the same", i.e. as an entity.

The accused Häuser-Axtner acted as the right hand of the accused Marsalek in relation to the WebOps network. So, he asked her to contact the accused Akhavan in problem cases. In addition, she informed the accused about the current status of his online merchants, in particular with regard to the chargeback and fraud rates, answered business-related questions, introduced him to new potential business partners and prepared cash payments as requested. For example, in 2017 she "again" arranged for the payment of a cash amount of EUR 500,000, without further questioning this.

The following is particularly noticeable with regard to the subjective component. Prior to using the services of the Animo and WBG group referred to above to obtain bogus merchants, straw-man managers and KYC documents, Akhavan used, in particular, the services of the UK EMB Management Solutions Limited and Brinken Merchant Incorporations Limited, of which Simon Peter Dowson, a UK national, was the managing director, in 2010. The accused Akhavan ceased to cooperate with the above-mentioned company, in particular because the company's business model became known in the press over the years. Investigative research found that the Dowson companies had appointed over 400 people from the small British town of Consett as managing directors and shareholders. In addition to Simon Dowson, the accused Brigitte Häuser-Axtner was also a shareholder of the above-mentioned Brinken Merchant Incorporations Limited. In addition, this was likewise discussed in public. Nevertheless, the accused Brigitte Häuser-Axtner did not stop her support for the WebOps network, but she rather continued it.

The accused Markus Fuchs was the operative person within Wirecard Aktiengesellschaft for processing payments of the WebOps network. In the report of

68

EXT-MIZRACHI-01245

suspicion dated 9 July 2020 (VMA 2020.008959), which was submitted a few days after the filing of the insolvency proceedings of Wirecard Aktiengesellschaft, the accused Markus Fuchs is described as a contact person to the more than 200 online merchants of the Akhavan network. In the present case, the essential task of the accused Fuchs was the onboarding and the conducting of the so-called underwriting process. To fulfill this task, the accused had direct contact with the various persons in the WebOps network, in addition to the accused Akhavan, in particular with the accused Cruz, who was responsible for obtaining the KYC documents from the service providers Animo and WBG.

In addition to onboarding, however, the accused Fuchs was also responsible for transaction monitoring. The e-mails seized show that he sometimes also directly approached the accused Mourid directly to technically cancel or reverse transactions. He also took care of opening the accounts for the FSX and WebOps networks, which were subsequently used for money laundering purposes.

The accused Fuchs is also close friends with the accused Ruben Weigand and - like the co-accused Hüllemann - was one of the persons who offered the accused Ruben Weigand the provision of bail in the six-figure range.

### 4. Payone Gesellschaft mit beschränkter Haftung

The identification of the persons acting within the Payone Gesellschaft mit beschränkter Haftung is still ongoing

### C. Loss calculation and identification of subscriptions faked by the Web.Ops network

The fake subscriptions created by the operators of the WebOps network, the credit cards that were wrongfully charged, and the resulting losses were determined based on the transaction lists provided by the payment service provider Unzer E-Com Gesellschaft mit beschränkter Haftung, Concardis Gesellschaft mit beschränkter Haftung and Wirecard Aktiengesellschaft regarding the relevant fake merchants in the network.

69

EXT-MIZRACHI-01246

In the course of using the service of the above-mentioned payment service providers, a large amount of information on each individual transaction, i.e. on each credit card charge, was collected there. When charging the victims' credit cards and collecting the funds, the service provider recorded not only the credit card number, the relevant monthly amount, the date of the charge, and the website that the customer was supposed to have used, but also, in some cases, additional information about the customer's identity (first name, last name, email address, place of residence). In the course of the investigation, it was thus possible to determine **when and in what amount a subscription was falsely created on a fake website operated by the accused, and which credit card was charged.**

**In favor of the accused, it was assumed that fraud was not committed in relation to each transaction, but rather only in relation to each subscription. From a realistic perspective, the credit card details used fraudulently are actively entered, for taking out the fake subscription, manually via an interface or through the use of an affiliate service on the fake websites that are the subject of the proceedings, and the subscription is taken out for the first time. It cannot be assumed that the perpetrators will repeatedly decide to commit the offense and carry out new acts each month for a fake subscription that already exists. Rather, each additional monthly debit is likely to follow an automated process and merely constitutes a continuation of the wrongdoing, but not a new offense.**

**In cases where, for data protection reasons, the payment service provider was only able to provide a masked credit card number, i.e., one that was only partially visible, the visible parts of the card number were checked and, in cases where the digits in the visible first and last digits matched, it was also assumed in favor of the accused that that this was also merely one credit card number and not different credit card numbers, and thus only one subscription rather than several subscriptions.**

**Insofar as the accused submitted transactions to the payment service provider but these could not be executed because, for example, the credit card number was already out of date or the credit card limit had been exceeded, this**

70

EXT-MIZRACHI-01247

**constitutes only attempted (computer) fraud, as no debit was ultimately made, but the accused did everything necessary to achieve this.**

In particular, the following websites were used to fake the following subscriptions, unlawfully charge credit cards and collect incriminated funds by the accused of the network.

**I. Loss calculation for subscriptions collected via the acquirer Concardis Gesellschaft mit beschränkter Haftung**

**1. alltimemilfaffairs.com**

Completion (cases 16,741,489 to 16,743,940)

The accused operated the website alltimemilfaffairs.com via the bogus merchant Esent Limited. Using this website, they faked a total of 2,452 subscriptions and charged 11,010 individual monthly transactions to the credit cards of harmed credit card holders in the period from 17 June 2016 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 2,614.70 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 260,296.62** was incurred via the website alltimemilfaffairs.com at the expense of 2,452 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Esent Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,741,489 to 16,743,940.

Attempt (cases 8,087 to 9,660)

In addition, the accused submitted fake subscriptions for the website alltimemilfaffairs.com in a further 1,574 cases in the period from 12 May 2019 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted

71

to unlawfully obtain a total amount of **EUR 133,346.00.** The individual cases are listed in the table attached to the Arrest Warrant for cases 8,087 to 9,660.

## 2. amateurabodygood.com

Completion (cases 16,743,941 to 16,747,892)

The accused operated the website amateurabodygood.com via the bogus merchant Retrodeo Limited. Using this website, they faked a total of 3,952 subscriptions and charged 21,422 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 3,561.73 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 505,537.34** was incurred via the website amateurabodygood.com at the expense of 3,952 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Retrodeo Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,743,941 to 16,747,892.

Attempt (cases 12,468 to 21,835)

In addition, the accused submitted fake subscriptions for the website amateurabodygood.com in a further 9,368 cases in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 680,758.50.** The individual cases are listed in the table attached to the Arrest Warrant for cases 12,468 to 21,835.

## 3. amateurasssex.com

72

<u>Completion (cases 16,747,893 to 16,750,931)</u>

The accused operated the website amateurasssex.com via the bogus merchant Selskapet Limited. Using this website, they faked a total of 3,039 subscriptions and charged 10,430 individual monthly transactions to the credit cards of harmed credit card holders in the period from 12 October 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,007.19 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 272,669.91** was incurred via the website amateurasssex.com at the expense of 3,039 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Selskapet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,747,893 to 16,750,931.

<u>Attempt (cases 26,834 to 42,834)</u>

In addition, the accused submitted fake subscriptions for the website amateurasssex.com in a further 16,001 cases in the period from 4 February 2018 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to wrongfully obtain a total amount of **EUR 1,469,861.31.** The individual cases are listed in the table attached to the Arrest Warrant for cases 26,834 to 42,834.

**4. amateurbarebacksex.com**

<u>Completion (cases 16,750,932 to 16,753,387)</u>

The accused operated the website amateurbarebacksex.com via the bogus merchant Afice Limited. Using this website, they faked a total of 2,456 subscriptions and charged 11,284 individual monthly transactions to the credit cards of harmed credit card holders in the period from 17 June 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum

73

of EUR 2,066.53 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 248,261.32** was incurred via the website amateurbarebacksex.com at the expense of 2,456 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Afice Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,750,932 to 16,753,387.

Attempt (cases 43,282 to 44,813)

In addition, the accused submitted a further 1,532 fake subscriptions for the website amateurbarebacksex.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to wrongfully obtain a total amount of **EUR 133,988.37.** The individual cases are listed in the table attached to the Arrest Warrant for cases 43,282 to 44,813.

### 5. amateurclitparty.com

Completion (cases 16,753,388 to 16,756,212)

The accused operated the website amateurclitparty.com via the bogus merchant Plumnet Limited. Using this website, they faked a total of 2,825 subscriptions and charged 13,940 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 18 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 3,886.11 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 313,367.13** was incurred via the website amateurclitparty.com at the expense of 2,825 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Plumnet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,753,388 to 16,756,212.

74

EXT-MIZRACHI-01251

<u>Attempt (cases 66,755 to 73,540)</u>

In addition, the accused submitted a further 6,786 fake subscriptions for the website amateurclitparty.com in the period from 7 May 2019 to 18 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to wrongfully obtain a total amount of **EUR 505,039.29.** The individual cases are listed in the table attached to the Arrest Warrant for cases 66,755 to 73,540.

## 6. amateurcockgobblers.com

<u>Completion (cases 16,756,213 to 16,758,555)</u>

The accused operated the website amateurcockgobblers.com via the bogus merchant Erz Limited. Using this website, they faked a total of 2,343 subscriptions and charged 9,952 individual monthly transactions to the credit cards of harmed credit card holders in the period from 17 June 2016 to 14 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 2,271.04 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 222,109.24** was incurred via the website amateurcockgobblers.com at the expense of 2,343 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Erz Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,756,213 to 16,758,555.

<u>Attempt (cases 73,933 to 75,259)</u>

In addition, the accused submitted fake subscriptions for the website amateurcockgobblers.com in a further 1,327 cases in the period from 12 May 2019 to 14 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted

75

to unlawfully obtain a total amount of **EUR 120,073.90.** The individual cases are listed in the table attached to the Arrest Warrant for cases 73,933 to 75,259.

## 7. amateurcocksucking.com

Completion (cases 16,758,556 to 16,762,335)

The accused operated the website amateurcocksucking.com via the bogus merchant Frayblade Limited. Using this website, they faked a total of 3,780 subscriptions and charged 18,798 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 3,639.23 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 427,984.51** was incurred via the website amateurcocksucking.com at the expense of 3,780 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Frayblade Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,758,556 to 16,762,335.

Attempt (cases 78,126 to 87,712)

In addition, the accused submitted a further 9,587 fake subscriptions for the website amateurcocksucking.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 713,213.67.** The individual cases are listed in the table attached to the Arrest Warrant for cases 78,126 to 87,712.

## 8. amateurcumwhore.com

Completion (cases 16,762,336 to 16,763,511)

76

EXT-MIZRACHI-01253

The accused operated the website amateurcumwhore.com via the bogus merchant Troyman Limited. Using this website, they faked a total of 1,176 subscriptions and charged 8,828 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 5,028.06 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 226,989.88** was incurred via the website amateurcumwhore.com at the expense of 1,176 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Troyman Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,762,336 to 16,763,511.

Attempt (cases 88,379 to 90,514)

In addition, the accused submitted a further 2,136 fake subscriptions for the website amateurcumwhore.com in the period from 8 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 221,514.45.** The individual cases are listed in the table attached to the Arrest Warrant for cases 88,379 to 90,514.

### 9. amateurdickgobblers.com

Completion (cases 16,763,512 to 16,765,978)

The accused operated the website amateurdickgobblers.com via the bogus merchant Aceric Limited. Using this website, they faked a total of 2,467 subscriptions and charged 10,505 individual monthly transactions to the credit cards of harmed credit card holders in the period from 17 June 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.87 up to a maximum of EUR 2,368.18 were incurred for each fake subscription. In the above-mentioned

77

period, a total loss of **EUR 244,064.21** was incurred via the website amateurdickgobblers.com at the expense of 2,467 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Aceric Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,763,512 to 16,765,978.

Attempt (cases 98,039 to 99,574)

In addition, the accused submitted a further 1,536 fake subscriptions for the website amateurdickgobblers.com in the period from 14 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 144,062.51.** The individual cases are listed in the table attached to the Arrest Warrant for cases 98,039 to 99,574.

## 10. amateurdickplayers.com

Completion (cases 16,765,979 to 16,769,531)

The accused operated the website amateurdickplayers.com via the bogus merchant Guydem Short Limited. Using this website, they faked a total of 3,553 subscriptions and charged 13,965 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 August 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 3,205.66 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 310,124.93** was incurred via the website amateurdickplayers.com at the expense of 3,553 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Guydem Short Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,765,979 to 16,769,531.

78

EXT-MIZRACHI-01255

Attempt (cases 101,862 to 109,497)

In addition, the accused submitted a further 7,636 fake subscriptions for the website amateurdickplayers.com in the period from 7 May 2019 to 15 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 484,896.19.** The individual cases are listed in the table attached to the Arrest Warrant for cases 101,862 to 109,497.

## 12. amateurdickrider.com

Completion (cases 16,769,532 to 16,770,911)

The accused operated the website amateurdickrider.com via the bogus merchant Knotley Limited. Using this website, they faked a total of 1,380 subscriptions and charged 10,666 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 5,546.76 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 258,171.15** was incurred via the website amateurdickrider.com at the expense of 1,380 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Knotley Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,769,532 to 16,770,911.

Attempt (cases 110,198 to 112,496)

In addition, the accused submitted a further 2,299 fake subscriptions for the website amateurdickrider.com in the period from 8 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully

79

EXT-MIZRACHI-01256

obtain a total amount of **EUR 219,891.02.** The individual cases are listed in the table attached to the Arrest Warrant for cases 110,198 to 112,496.

### 13. amateurdickridersxxx.com

Completion (cases 16,770,912 to 16,774,462)

The accused operated the website amateurdickridersxxx.com via the bogus merchant Knotley Limited / Protofy Limited. Using this website, they faked a total of 3,551 subscriptions and charged 14,867 individual monthly transactions to the credit cards of harmed credit card holders in the period from 7 August 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.87 up to a maximum of EUR 4,451.02 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 336,276.38** was incurred via the website mateurdickridersxxx.com at the expense of 3,551 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Knotley Limited / Protofy Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,770,912 to 16,774,462.

Attempt (cases 114,839 to 122,738)

In addition, the accused submitted a further 7,900 fake subscriptions for the website amateurdickridersxxx.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 486,943.02.** The individual cases are listed in the table attached to the Arrest Warrant for cases 114,839 to 122,738.

### 14. amateurfuckfeast.com

Completion (cases 16,774,463 to 16,777,698)

80

EXT-MIZRACHI-01257

The accused operated the website amateurfuckfeast.com via the bogus merchant Synafront Limited. Using this website, they faked a total of 3,236 subscriptions and charged 14,910 individual monthly transactions to the credit cards of harmed credit card holders in the period from 19 September 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.80 up to a maximum of EUR 16,677.48 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 388,653.60** was incurred via the website amateurfuckfeast.com at the expense of 3,236 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Synafront Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,774,463 to 16,777,698.

Attempt (cases 129,174 to 135,874)

In addition, the accused submitted a further 6,701 fake subscriptions for the website amateurfuckfeast.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 544,027.72.** The individual cases are listed in the table attached to the Arrest Warrant for cases 129,174 to 135,874.

## 15. amateurfuckmeet.com

Completion (cases 16,777,699 to 16,778,668)

The accused operated the website amateurfuckmeet.com via the bogus merchant Losninger Services Limited. Using this website, they faked a total of 970 subscriptions and charged 3,878 individual monthly transactions to the credit cards of harmed credit card holders in the period from 25 December 2017 to 15 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 4,100.71 were incurred for each fake subscription. In the

81

above-mentioned period, a total loss of **EUR 105,142.29** was incurred via the website amateurfuckmeet.com at the expense of 970 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Losninger Services Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,777,699 to 16,778,668.

Attempt (cases 136,754 to 139,971)

In addition, the accused submitted a further 3,218 fake subscriptions for the website amateurfuckmeet.com in the period from 9 May 2019 to 15 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 273,924.68.** The individual cases are listed in the table attached to the Arrest Warrant for cases 136,754 to 139,971.

## 16. amateurkissandtell.com

Completion (cases 16,778,669 to 16,779,318)

The accused operated the website amateurkissandtell.com via the bogus merchant Fjaer Services Limited. Using this website, they faked a total of 650 subscriptions and charged 2,796 individual monthly transactions to the credit cards of harmed credit card holders in the period from 14 January 2020 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 26.30 up to a maximum of EUR 3,004.27 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 99,932.19** was incurred via the website amateurkissandtell.com at the expense of 650 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fjaer Services Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,778,669 to 16,779,318.

82

EXT-MIZRACHI-01259

Attempt (cases 153,694 to 158,575)

In addition, the accused submitted a further 4,882 fake subscriptions for the website amateurkissandtell.com in the period from 10 January 2020 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 215,007.81.** The individual cases are listed in the table attached to the Arrest Warrant for cases 153,694 to 158,575.

## 17. amateurloversxxx.com

Completion (cases 16,779,319 to 16,782,892)

The accused operated the website amateurloversxxx.com via the bogus merchant Ricvaz Blue Limited. Using this website, they faked a total of 3,574 subscriptions and charged 16,856 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 May 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.84 up to a maximum of EUR 1,904.26 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 229,687.86** was incurred via the website amateurloversxxx.com at the expense of 3,574 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Ricvaz Blue Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,779,319 to 16,782.89.

## 18. amateurpussyeatout.com

Completion (cases 16,782,893 to 16,786,590)

The accused operated the website amateurpussyeatout.com via the bogus merchant Stovent Limited. Using this website, they faked a total of 3,698 subscriptions and

83

EXT-MIZRACHI-01260

charged 18,062 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 3,415.62 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 410,748.55** was incurred via the website amateurpussyeatout.com at the expense of 3,698 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Stovent Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,782,893 to 16,786,590.

Attempt (cases 199,979 to 210,082)

In addition, the accused submitted a further 10,104 fake subscriptions for the website amateurpussyeatout.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 706,197.61.** The individual cases are listed in the table attached to the Arrest Warrant for cases 199,979 to 210,082.

**19. amateursaddicts.com**

Completion (cases 16,786,591 to 16,788,803)

The accused operated the website amateursaddicts.com via the bogus merchant Dalnash Enterprises Limited. Using this website, they faked a total of 2,213 subscriptions and charged 8,546 individual monthly transactions to the credit cards of harmed credit card holders in the period from 17 June 2016 to 12 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,368.18 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 199,704.86** was incurred via the website amateursaddicts.com at the expense of 2,213 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the

84

payment service provider's escrow account held for Dalnash Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,786,591 to 16,788,803.

Attempt (cases 210,447 to 211,741)

In addition, the accused submitted a further 1,295 fake subscriptions for the amateursaddicts.com website in the period from 14 May 2019 to 12 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 112,957.24.** The individual cases are listed in the table attached to the Arrest Warrant for cases 210,447 to 211,741.

**20. amateursexhubs.com**

Completion (cases 16,788,804 to 16,791,648)

The accused operated the website amateursexhubs.com via the bogus merchant Skyism Limited. Using this website, they faked a total of 2,845 subscriptions and charged 14,087 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.84 up to a maximum of EUR 3,481.04 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 378,975.85** was incurred via the website amateursexhubs.com at the expense of 2,845 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Skyism Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,788,804 to 16,791,648.

Attempt (cases 213,700 to 220,066)

85

EXT-MIZRACHI-01262

In addition, the accused submitted a further 6,367 fake subscriptions for the website amateursexhubs.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 447,580.73.** The individual cases are listed in the table attached to the Arrest Warrant for cases 213,700 to 220,066.

### 21. amateursexnights.com

Completion (cases 16,791,649 to 16,794,561)

The accused operated the website amateursexnights.com via the bogus merchant Mixtrail Ventures Limited. Using this website, they faked a total of 2,913 subscriptions and charged 9,123 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 February 2018 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,875.79 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 254,032.15** was incurred via the website amateursexnights.com at the expense of 2,913 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Mixtrail Ventures Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,791,649 to 16,794,561.

Attempt (cases 225,020 to 241,042)

In addition, the accused submitted fake subscriptions for the website amateursexnights.com in a further 16,023 cases in the period from 4 February 2018 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,499,590.43.** The individual cases are listed in the table attached to the Arrest Warrant for cases 225,020 to 241,042.

86

EXT-MIZRACHI-01263

**22. amateursextriangle.com**

<u>Completion (cases 16,794,562 to 16,797,997)</u>

The accused operated the website amateursextriangle.com via the bogus merchant Studow Sky Limited. Using this website, they faked a total of 3,436 subscriptions and charged 12,471 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 May 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.84 up to a maximum of EUR 1,965.42 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 195,535.15** was incurred via the website amateursextriangle.com at the expense of 3,436 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Studow Sky Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,794,562 to 16,797,997.

<u>Attempt (cases 252,985 to 259,641)</u>

In addition, the accused submitted a further 6,657 fake subscriptions for the amateursextriangle.com website in the period from 7 May 2019 to 18 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 501,544.13.** The individual cases are listed in the table attached to the Arrest Warrant for cases 252,985 to 259,641.

**23. amateurtrampsexposedxxx.com**

<u>Completion (cases 16,797,998 to 16,800,219)</u>

87

EXT-MIZRACHI-01264

The accused operated the website amateurtrampsexposedxxx.com. via the bogus merchant Epilum Limited. Using this website, they faked a total of 2,222 subscriptions and charged 9,784 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 9,831.54 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 248,130.78** was incurred via the website amateurtrampsexposedxxx.com at the expense of 2,222 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Epilum Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,797,998 to 16,800,219.

Attempt (cases 281,949 to 287,440)

In addition, the accused submitted a further 5,492 fake subscriptions for the website amateurtrampsexposedxxx.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 417,865.71.** The individual cases are listed in the table attached to the Arrest Warrant for cases 281,949 to 287,440.

**24. amateurtrashysex.com**

Completion (cases 16,800,220 to 16,802,538)

The accused operated the website amateurtrashysex.com via the bogus merchant Pixojo Limited. Using this website, they faked a total of 2,319 subscriptions and charged 10,433 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,972.00 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 273,232.3**3 was incurred via the website

88

EXT-MIZRACHI-01265

amateurtrashysex.com at the expense of 2,319 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Pixojo Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,800,220 to 16,802,538.

<u>Attempt (cases 289,024 to 294,253)</u>

In addition, the accused submitted a further 5,230 fake subscriptions for the amateurtrashysex.com website in the period from 7 May 2019 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 321,920.85.** The individual cases are listed in the table attached to the Arrest Warrant for cases 289,024 to 294,253.

## 25. amateurtrashywhores.com

<u>Completion (cases 16,802,539 to 16,806,121)</u>

The accused operated the website amateurtrashywhores.com via the bogus merchant Davbec Designs Limited. Using this website, they faked a total of 3,583 subscriptions and charged 14,511 individual monthly transactions to the credit cards of harmed credit card holders in the period from 7 August 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.84 up to a maximum of EUR 4,070.95 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 331,433.7**3 was incurred via the website amateurtrashywhores.com at the expense of 3,583 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Davbec Designs Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,802,539 to 16,806,121.

89

**26. amateurturnon.com**

Completion (cases 16,806,122 to 16,806,426)

The accused operated the website amateurturnon.com via the bogus merchant S.F Jones Limited. Using this website, they faked a total of 305 subscriptions and charged 1,205 individual monthly transactions to the credit cards of victimized credit card holders in the period from 14 February 2020 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.83 up to a maximum of EUR 1,319.59 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 41,637.63** was incurred via the website amateurturnon.com at the expense of 305 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for S.F Jones Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,806,122 to 16,806,426.

Attempt (cases 304,619 to 306,461)

In addition, the accused submitted fake subscriptions for the website amateurturnon.com in a further 1,843 cases in the period from 10 April 2020 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 75,287.31.** The individual cases are listed in the table attached to the Arrest Warrant for cases 304,619 to 306,461.

**27. amateurwhorestakeit.com**

Completion (cases 16,806,427 to 16,806,636)

The accused operated the website amateurwhorestakeit.com via the bogus merchant Daltom Consultancy Limited. Using this website, they faked a total of 210 subscriptions and charged 867 individual monthly transactions to the credit cards of

90

EXT-MIZRACHI-01267

harmed credit card holders in the period from 11 July 2020 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 24.51 up to a maximum of EUR 793.78 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 28,393.60** was incurred via the website amateurwhorestakeit.com at the expense of 210 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Daltom Consultancy Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,806,427 to 16,806,636.

Attempt (cases 307,829 to 312,640)

In addition, the accused submitted a further 4,812 fake subscriptions for the website amateurwhorestakeit.com in the period from 11 January 2020 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 248,410.30.** The individual cases are listed in the table attached to the Arrest Warrant for cases 307,829 to 312,640.

## 28. amateurxxxnow.com

Completion (cases 16,806,637 to 16,806,947)

The accused operated the website amateurxxxnow.com via the bogus merchant Kenrise Limited. Using this website, they faked a total of 311 subscriptions and charged 925 individual monthly transactions to the credit cards of victimized credit card holders in the period from 13 February 2020 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.67 up to a maximum of EUR 918.27 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 32,692.15** was incurred via the website amateurxxxnow.com at the expense of 311 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Kenrise Limited. The individual

91

cases are listed in the table attached to the Arrest Warrant for cases 16,806,637 to 16,806,947.

Attempt (cases 313,188 to 315,005)

In addition, the accused submitted fake subscriptions for the website amateurxxxnow.com in a further 1,818 cases in the period from 9 April 2020 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 72,264.27.** The individual cases are listed in the table attached to the Arrest Warrant for cases 313,188 to 315,005.

### 29. analbootysex.com

Completion (cases 16,806,948 to 16,809,296)

The accused operated the website analbootysex.com via the bogus merchant Pixojo Limited. Using this website, they faked a total of 2,349 subscriptions and charged 9,672 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 3,631.12 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 271,565.98** was incurred via the website analbootysex.com at the expense of 2,349 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Pixojo Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,806,948 to 16,809,296.

Attempt (cases 326,380 to 331,507)

In addition, the accused submitted a further 5,128 fake subscriptions for the analbootysex.com website in the period from 7 May 2019 to 16 May 2021, which

92

ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 318,370.15.** The individual cases are listed in the table attached to the Arrest Warrant for cases 326,380 to 331,507.

## 30. analclusterfucking.com

Completion (cases 16,809,297 to 16,811,324)

The accused operated the website analclusterfucking.com via the bogus merchant Passage Controls Limited. Using this website, they faked a total of 2,028 subscriptions and charged 8,486 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 4,174.49 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 213,707.85** was incurred via the website analclusterfucking.com at the expense of 2,028 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Passage Controls Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,809,297 to 16,811,324.

Attempt (cases 333,060 to 338,476)

In addition, the accused submitted a further 5,417 fake subscriptions for the website analclusterfucking.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 355,617.67.** The individual cases are listed in the table attached to the Arrest Warrant for cases 333,060 to 338,476.

## 31. analgirlsexposed.com

93

<u>Completion (cases 16,811,325 to 16,812,267)</u>

The accused operated the website analgirlsexposed.com via the bogus merchant Jorbur Limited. Using this website, they faked a total of 943 subscriptions and charged 4,671 individual monthly transactions to the credit cards of harmed credit card holders in the period from 20 September 2016 to 11 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.08 up to a maximum of EUR 5,498.43 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 80,486.79** was incurred via the website analgirlsexposed.com at the expense of 943 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Jorbur Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,811,325 to 16,812,267.

**32. analmaniahub.com**

<u>Completion (cases 16,812,268 to 16,815,312)</u>

The accused operated the website analmaniahub.com via the bogus merchant Sument Limited. Using this website, they faked a total of 3,045 subscriptions and charged 11,626 individual monthly transactions to the credit cards of harmed credit card holders in the period from 2 November 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,319.84 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 282,826.03** was incurred via the website analmaniahub.com at the expense of 3,045 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Sument Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,812,268 to 16,815,312.

94

EXT-MIZRACHI-01271

Attempt (cases 370,772 to 386,759)

In addition, the accused submitted a further 15,988 fake subscriptions for the website analmaniahub.com in the period from 2 November 2017 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,492,392.22.** The individual cases are listed in the table attached to the Arrest Warrant for cases 370,772 to 386,759.

## 33. analpleasurebabes.com

Completion (cases 16,815,313 to 16,819,578)

The accused operated the website analpleasurebabes.com via the bogus merchant Aurescent Limited/E-Com. Using this website, they faked a total of 4,266 subscriptions and charged 20,380 individual monthly transactions to the credit cards of victimized credit card holders in the period from 20 September 2016 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 3,133.91 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 451,691.03** was incurred via the website analpleasurebabes.com at the expense of 4,266 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Aurescent Limited/E-Com. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,815,313 to 16,819,578.

Attempt (cases 389,601 to 399,282)

In addition, the accused submitted a further 9,682 fake subscriptions for the website analpleasurebabes.com in the period from 7 May 2019 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully

95

obtain a total amount of **EUR 727,500.22.** The individual cases are listed in the table attached to the Arrest Warrant for cases 389,601 to 399,282.

## 34. analsexcravers.com

Completion (cases 16,819,579 to 16,823,253)

The accused operated the website analsexcravers.com via the bogus merchant Acewell Creations Limited. Using this website, they faked a total of 3,675 subscriptions and charged 15,765 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 August 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.84 up to a maximum of EUR 3,415.42 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 359,915.21** was incurred via the website analsexcravers.com at the expense of 3,675 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Acewell Creations Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,819,579 to 16,823,253.

Attempt (cases 401,698 to 409,404)

In addition, the accused submitted a further 7,707 fake subscriptions for the website analsexcravers.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 501,733.52.** The individual cases are listed in the table attached to the Arrest Warrant for cases 401,698 to 409,404.

## 35. analsexfrenzy.com

Completion (cases 16,823,254 to 16,826,639)

96

The accused operated the website aanalsexfrenzy.com via the bogus merchant Fieldspring Designs Limited. Using this website, they faked a total of 3,386 subscriptions and charged 15,654 individual monthly transactions to the credit cards of victimized credit card holders in the period from 30 May 2016 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.84 up to a maximum of EUR 2,280.96 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 228,820.66** was incurred via the website analsexfrenzy.com at the expense of 3,386 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fieldspring Designs Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,823,254 to 16,826,639.

Attempt (cases 411,763 to 419,548)

In addition, the accused submitted a further 7,786 fake subscriptions for the website analsexfrenzy.com in the period from 7 May 2019 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 522,943.81.** The individual cases are listed in the table attached to the Arrest Warrant for cases 411,763 to 419,548.

## 36. analsextimes.com

Completion (cases 16,826,640 to 16,829,061)

The accused operated the website analsextimes.com via the bogus merchant Zrp Limited. Using this website, they faked a total of 2,422 subscriptions and charged 9,929 individual monthly transactions to the credit cards of victimized credit card holders in the period from 21 June 2016 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 3,337.47 were incurred for each fake subscription. In the above-mentioned

97

EXT-MIZRACHI-01274

period, a total loss of **EUR 261,071.48** was incurred via the website analsextimes.com at the expense of 2,422 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Zrp Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,826,640 to 16,829,061.

Attempt (cases 440,901 to 446,409)

In addition, the accused submitted a further 5,509 fake subscriptions for the website analsextimes.com in the period from 7 May 2019 to 14 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 367,337.49.** The individual cases are listed in the table attached to the Arrest Warrant for cases 440,901 to 446,409.

## 37. analtemptation.com

Completion (cases 16,829,062 to 16,832,856)

The accused operated the website analtemptation.com via the bogus merchant Robbuc Limited. Using this website, they faked a total of 3,795 subscriptions and charged 19,403 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 4,385.99 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 427,757.08** was incurred via the website analtemptation.com at the expense of 3,795 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Robbuc Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,829,062 to 16,832,856.

98

Attempt (cases 449,159 to 458,673)

In addition, the accused submitted a further 9,515 fake subscriptions for the website analtemptation.com in the period from 6 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 661,620.72.** The individual cases are listed in the table attached to the Arrest Warrant for cases 449,159 to 458,673.

## 38. analtropolis.com

Completion (cases 16,832,857 to 16,836,648)

The accused operated the website analtropolis.com via the bogus merchant Frayblade Limited. Using this website, they faked a total of 3,792 subscriptions and charged 17,804 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.84 up to a maximum of EUR 4,168.49 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 416,515.32** was incurred via the website analtropolis.com at the expense of 3,792 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Frayblade Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,832,857 to 16,836,648.

Attempt (cases 461,559 to 471,084)

In addition, the accused submitted a further 9,526 fake subscriptions for the analtropolis.com website in the period from 7 May 2019 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully

99

EXT-MIZRACHI-01276

obtain a total amount of **EUR 687,791.98.** The individual cases are listed in the table attached to the Arrest Warrant for cases 461,559 to 471,084.

### 39. analxxxpornmania.com

Completion (cases 16,836,649 to 16,840,176)

The accused operated the website analxxxpornmania.com via the bogus merchant Ricvaz Blue Limited. Using this website, they faked a total of 3,528 subscriptions and charged 13,808 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 May 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,138.40 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 222,891.05** was incurred via the website analxxxpornmania.com at the expense of 3,528 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Ricvaz Blue Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,836,649 to 16,840,176.

Attempt (cases 473,412 to 481,480)

In addition, the accused submitted a further 8,069 fake subscriptions for the website analxxxpornmania.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 529,984.91.** The individual cases are listed in the table attached to the Arrest Warrant for cases 473,412 to 481,480.

### 40. apearlnecklaceformymilf.com

Completion (cases 16,840,177 to 16,842,439)

100

EXT-MIZRACHI-01277

The accused operated the website apearlnecklaceformymilf.com via the bogus merchant Thewal North Limited. Using this website, they faked a total of 2,263 subscriptions and charged 8,178 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,135.59 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 230,260.62** was incurred via the website apearlnecklaceformymilf.com at the expense of 2,263 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Thewal North Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,840,177 to 16,842,439.

Attempt (cases 482,987 to 488,025)

In addition, the accused submitted a further 5,039 fake subscriptions for the apearlnecklaceformymilf.com website in the period from 7 May 2019 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 320,035.26.** The individual cases are listed in the table attached to the Arrest Warrant for cases 482,987 to 488,025.

### 41. asianafternoondelight.com

Completion (cases 16,842,440 to 16,842,771)

The accused operated the website asianafternoondelight.com via the bogus merchant Sument Limited. Using this website, they faked a total of 332 subscriptions and charged 1,377 individual monthly transactions to the credit cards of victimized credit card holders in the period from 13 February 2020 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.48 up to a maximum of EUR 2,674.62 were incurred for each fake subscription. In the

101

above-mentioned period, a total loss of **EUR 48,857.35** was incurred via the website asianafternoondelight.com at the expense of 332 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Sument Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,842,440 to 16,842,771.

Attempt (cases 497,545 to 499,595)

In addition, the accused submitted fake subscriptions for the website asianafternoondelight.com in a further 2,051 cases in the period from 8 April 2020 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 90,700.29.** The individual cases are listed in the table attached to the Arrest Warrant for cases 497,545 to 499,595.

**42. asianasstonight.com**

Completion (cases 16,842,772 to 16,843,012)

The accused operated the website asianasstonight.com via the bogus merchant Canderstone Limited. Using this website, they faked a total of 241 subscriptions and charged 1,222 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 February 2020 to 14 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.59 up to a maximum of EUR 2,773.58 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 41,495.76** was incurred via the website asianasstonight.com at the expense of 241 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Canderstone Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,842,772 to 16,843,012.

102

EXT-MIZRACHI-01279

Attempt (cases 500,933 to 505,731)

In addition, the accused submitted a further 4,799 fake subscriptions for the website asianasstonight.com in the period from 11 January 2020 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 214,588.51.** The individual cases are listed in the table attached to the Arrest Warrant for cases 500,933 to 505,731.

## 43. asianbeaverlicking.com

Completion (cases 16,843,013 to 16,846,118)

The accused operated the website asianbeaverlicking.com via the bogus merchant Oppgradering Solutions Limited. Using this website, they faked a total of 3,106 subscriptions and charged 13,040 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 6,752.68 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 317,643.75** was incurred via the website asianbeaverlicking.com at the expense of 3,106 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Oppgradering Solutions Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,843,013 to 16,846,118.

Attempt (cases 509,485 to 517,313)

In addition, the accused submitted a further 7,829 fake subscriptions for the website asianbeaverlicking.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully

103

EXT-MIZRACHI-01280

obtain a total amount of **EUR 465,693.94.** The individual cases are listed in the table attached to the Arrest Warrant for cases 509,485 to 517,313.

## 44. asianbootybangers.com

Completion (cases 16,846,119 to 16,848,503)

The accused operated the website asianbootybangers.com via the bogus merchant Warburts Limited. Using this website, they faked a total of 2,385 subscriptions and charged 12,263 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.98 up to a maximum of EUR 3,523.28 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 250,861.89** was incurred via the website asianbootybangers.com at the expense of 2,385 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Warburts Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,846,119 to 16,848,503.

Attempt (cases 518,755 to 523,828)

In addition, the accused submitted a further 5,074 fake subscriptions for the website asianbootybangers.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 417,703.42.** The individual cases are listed in the table attached to the Arrest Warrant for cases 518,755 to 523,828.

## 45. asiancockblockersxxx.com

Completion (cases 16,848,504 to 16,852,016)

104

EXT-MIZRACHI-01281

The accused operated the website asiancockblockersxxx.com via the bogus merchant Chekou Parks Limited. Using this website, they faked a total of 3,513 subscriptions and charged 14,015 individual monthly transactions to the credit cards of harmed credit card holders in the period from 6 August 2016 to 15 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,496.48 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 305,846.01** was incurred via the website asiancockblockersxxx.com at the expense of 3,513 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Chekou Parks Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,848,504 to 16,852,016.

Attempt (cases 526,056 to 533,704)

In addition, the accused submitted a further 7,649 fake subscriptions for the website asiancockblockersxxx.com in the period from 7 May 2019 to 13 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 472,311.92.** The individual cases are listed in the table attached to the Arrest Warrant for cases 526,056 to 533,704.

**46. asiancocktease.com**

Completion (cases 16,852,017 to 16,854,871)

The accused operated the website asiancocktease.com via the bogus merchant Evgary Limited. Using this website, they faked a total of 2,855 subscriptions and charged 13,617 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 3,971.14 were incurred for each fake subscription. In the above-

105

mentioned period, a total loss of **EUR 330,794.97** was incurred via the website asiancocktease.com at the expense of 2,855 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Evgary Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,852,017 to 16,854,871.

Attempt (cases 535,773 to 542,645)

In addition, the accused submitted a further 6,873 fake subscriptions for the website asiancocktease.com in the period from 7 May 2019 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 533,588.21.** The individual cases are listed in the table attached to the Arrest Warrant for cases 535,773 to 542,645.

## 47. asiancreampiexxx.com

Completion (cases 16,854,872 to 16,857,864)

The accused operated the website asiancreampiexxx.com via the bogus merchant Selskapet Limited. Using this website, they faked a total of 2,993 subscriptions and charged 10,136 individual monthly transactions to the credit cards of harmed credit card holders in the period from 12 October 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,313.96 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 257,404.63** was incurred via the website asiancreampiexxx.com at the expense of 2,993 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Selskapet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,854,872 to 16,857,864.

106

EXT-MIZRACHI-01283

Attempt (cases 547,602 to 563,515)

In addition, the accused submitted a further 15,914 fake subscriptions for the website asiancreampiexxx.com in the period from 2 February 2018 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,437,515.64.** The individual cases are listed in the table attached to the Arrest Warrant for cases 547,602 to 563,515.

## 48. asiandicksucking.com

Completion (cases 16,857,865 to 16,858,234)

The accused operated the website asiandicksucking.com via the bogus merchant Cransen Limited. Using this website, they faked a total of 370 subscriptions and charged 3,556 individual monthly transactions to the credit cards of harmed credit card holders in the period from 26 September 2018 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.11 up to a maximum of EUR 3,482.80 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 89,187.12** was incurred via the website asiandicksucking.com at the expense of 370 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Cransen Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,857,865 to 16,858,234.

## 49. asiandirtysextimes.com

Completion (cases 16,858,235 to 16,860,262)

The accused operated the website asiandirtysextimes.com via the bogus merchant Passage Controls Limited. Using this website, they faked a total of 2,028

107

EXT-MIZRACHI-01284

subscriptions and charged 9,033 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 18 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 3,424.96 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 240,219.9**9 was incurred via the website asiandirtysextimes.com at the expense of 2,028 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Passage Controls Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,858,235 to 16,860,262.

Attempt (cases 572,282 to 577,740)

In addition, the accused submitted a further 5,459 fake subscriptions for the website asiandirtysextimes.com in the period from 7 May 2019 to 18 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 361,546.87.** The individual cases are listed in the table attached to the Arrest Warrant for cases 572,282 to 577,740.

## 50. asianfuckfantasies.com

Completion (cases 16,860,263 to 16,860,628)

The accused operated the website asianfuckfantasies.com via the bogus merchant Plumnet Limited. Using this website, they faked a total of 366 subscriptions and charged 1,209 individual monthly transactions to the credit cards of victimized credit card holders in the period from 14 February 2020 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.54 up to a maximum of EUR 1,551.81 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 43,966.37** was incurred via the website asianfuckfantasies.com at the expense of 366 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the

108

EXT-MIZRACHI-01285

payment service provider's escrow account held for Plumnet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,860,263 to 16,860,628.

Attempt (cases 578,356 to 580,402)

In addition, the accused submitted fake subscriptions for the website asianfuckfantasies.com in a further 2,047 cases in the period from 9 April 2020 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 104,424.58.** The individual cases are listed in the table attached to the Arrest Warrant for cases 578,356 to 580,402.

## 51. asiangirlsexparadise.com

Completion (cases 16,860,629 to 16,864,335)

The accused operated the website asiangirlsexparadise.com via the bogus merchant Acewell Creations Limited. Using this website, they faked a total of 3,707 subscriptions and charged 15,387 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 August 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.87 up to a maximum of EUR 3,178.32 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 356,750.33** was incurred via the website asiangirlsexparadise.com at the expense of 3,707 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Acewell Creations Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,860,629 to 16,864,335.

Attempt (cases 582,753 to 590,327)

109

EXT-MIZRACHI-01286

In addition, the accused submitted a further 7,575 fake subscriptions for the website asiangirlsexparadise.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 512,209.80.** The individual cases are listed in the table attached to the Arrest Warrant for cases 582,753 to 590,327.

## 52. asianhouseofcum.com

Completion (cases 16,864,336 to 16,866,804)

The accused operated the website asianhouseofcum.com via the bogus merchant Timtown Limited. Using this website, they faked a total of 2,469 subscriptions and charged 9,626 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 June 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 4,064.66 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 251,834.73** was incurred via the website asianhouseofcum.com at the expense of 2,469 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Timtown Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,864,336 to 16,866,804.

Attempt (cases 591,916 to 597,371)

In addition, the accused submitted a further 5,456 fake subscriptions for the website asianhouseofcum.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 391,126.91.** The individual cases are listed in the table attached to the Arrest Warrant for cases 591,916 to 597,371.

110

**53. asianlovegoddess.com**

<u>Completion (cases 16,866,805 to 16,870,392)</u>

The accused operated the website asianlovegoddess.com via the bogus merchant Surous Limited. Using this website, they faked a total of 3,588 subscriptions and charged 13,315 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 May 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of **at least EUR 0.88 up to a maximum of EUR 1,338.04** were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 212,231.50** was incurred via the website asianlovegoddess.com at the expense of 3,588 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Surous Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,866,805 to 16,870,392.

<u>Attempt (cases 599,764 to 607,867)</u>

In addition, the accused submitted a further 8,104 fake subscriptions for the website asianlovegoddess.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 527,779.66.** The individual cases are listed in the table attached to the Arrest Warrant for cases 599,764 to 607,867.

**54. asianmuffeating.com**

<u>Completion (cases 16,870,393 to 16,874,925)</u>

The accused operated the website asianmuffeating.com via the bogus merchant Prosaria Limited. Using this website, they faked a total of 4,533 subscriptions and

111

charged 20,093 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 May 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,426.68 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 370,299.57** was incurred via the website asianmuffeating.com at the expense of 4,533 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Prosaria Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,870,393 to 16,874,925.

### Attempt (cases 610,158 to 618,038)

In addition, the accused submitted a further 7,881 fake subscriptions for the website asianmuffeating.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 505,149.47.** The individual cases are listed in the table attached to the Arrest Warrant for cases 610,158 to 618,038.

## 55. asianplaypussy.com

### Completion (cases 16,874,926 to 16,877,262)

The accused operated the website asianplaypussy.com via the bogus merchant Mitorex Enterprises Limited. Using this website, they faked a total of 2,337 subscriptions and charged 10,515 individual monthly transactions to the credit cards of harmed credit card holders in the period from 17 June 2016 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,396.00 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 230,197.93** was incurred via the website asianplaypussy.com at the expense of 2,337 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the

112

payment service provider's escrow account held for Mitorex Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,874,926 to 16,877,262.

Attempt (cases 618,442 to 619,808)

In addition, the accused submitted fake subscriptions for the website asianplaypussy.com in a further 1,367 cases in the period from 10 May 2019 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 127,268.52.** The individual cases are listed in the table attached to the Arrest Warrant for cases 618,442 to 619,808.

**56. asianpleasurefest.com**

Completion (cases 16,877,263 to 16,879,404)

The accused operated the website asianpleasurefest.com via the bogus merchant Forter Limited. Using this website, they faked a total of 2,142 subscriptions and charged 10,107 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 18 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 5,806.99 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 244,814.03** was incurred via the website asianpleasurefest.com at the expense of 2,142 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Forter Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,877,263 to 16,879,404.

Attempt (cases 621,468 to 626,893)

113

EXT-MIZRACHI-01290

In addition, the accused submitted a further 5,426 fake subscriptions for the website asianpleasurefest.com in the period from 8 May 2019 to 18 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 379,094.45.** The individual cases are listed in the table attached to the Arrest Warrant for cases 621,468 to 626,893.

### 57. asianpornsexclubxxx.com

Completion (cases 16,879,405 to 16,882,842)

The accused operated the website asianpornsexclubxxx.com via the bogus merchant Fieldspring Designs Limited. Using this website, they faked a total of 3,438 subscriptions and charged 14,154 individual monthly transactions to the credit cards of victimized credit card holders in the period from 30 May 2016 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.84 up to a maximum of EUR 2,987.44 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 220,257.62** was incurred via the website asianpornsexclubxxx.com at the expense of 3,438 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fieldspring Designs Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,879,405 to 16,882,842.

Attempt (cases 629,256 to 637,141)

In addition, the accused submitted a further 7,886 fake subscriptions for the website asianpornsexclubxxx.com in the period from 7 May 2019 to 15 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 528,581.85.** The individual cases are listed in the table attached to the Arrest Warrant for cases 629,256 to 637,141.

114

EXT-MIZRACHI-01291

**58. asianpussymadness.com**

<u>Completion (cases 16,882,843 to 16,883,155)</u>

The accused operated the website asianpussymadness.com via the bogus merchant Skyism Limited. Using this website, they faked a total of 313 subscriptions and charged 1,405 individual monthly transactions to the credit cards of harmed credit card holders in the period from 14 February 2020 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.61 up to a maximum of EUR 1,664.14 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 47,721.99** was incurred via the website asianpussymadness.com at the expense of 313 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Skyism Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,882,843 to 16,883,155.

<u>Attempt (cases 642,182 to 643,732)</u>

In addition, the accused submitted a further 1,551 fake subscriptions for the website asianpussymadness.com in the period from 9 April 2020 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 73,973.51.** The individual cases are listed in the table attached to the Arrest Warrant for cases 642,182 to 643,732.

**59. asianrawandfilthy.com**

<u>Completion (cases 16,883,156 to 16,883,499)</u>

The accused operated the website asianrawandfilthy.com via the bogus merchant Isonyx Limited. Using this website, they faked a total of 344 subscriptions and

115

EXT-MIZRACHI-01292

charged 1,603 individual monthly transactions to the credit cards of harmed credit card holders in the period from 14 February 2020 to 15 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.43 up to a maximum of EUR 1,520.94 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 54,733.30** was incurred via the website asianrawandfilthy.com at the expense of 344 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Isonyx Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,883,156 to 16,883,499.

Attempt (cases 665,384 to 667,398)

In addition, the accused submitted a further 2,015 fake subscriptions for the asianrawandfilthy.com website in the period from 8 April 2020 to 15 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 82,630.69.** The individual cases are listed in the table attached to the Arrest Warrant for cases 665,384 to 667,398.

## 60. asiansafterhours.com

Completion (cases 16,883,500 to 16,885,888)

The accused operated the website asiansafterhours.com via the bogus merchant Vannetklart Limited. Using this website, they faked a total of 2,389 subscriptions and charged 8,959 individual monthly transactions to the credit cards of harmed credit card holders in the period from 19 June 2016 to 15 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 2,935.04 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 241,289.60** was incurred via the website asiansafterhours.com at the expense of 2,389 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the

116

payment service provider's escrow account held for Vannetklart Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,883,500 to 16,885,888.

<u>Attempt (cases 668,898 to 674,355)</u>

In addition, the accused submitted a further 5,458 fake subscriptions for the asiansafterhours.com website in the period from 7 May 2019 to 15 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 345,646.43.** The individual cases are listed in the table attached to the Arrest Warrant for cases 668,898 to 674,355.

## 61. asiansexsupreme.com

<u>Completion (cases 16,885,889 to 16,888,285)</u>

The accused operated the website asiansexsupreme.com via the bogus merchant Canderstone Limited. Using this website, they faked a total of 2,397 subscriptions and charged 14,079 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 18 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 6,063.45 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 352,931.88** was incurred via the website asiansexsupreme.com at the expense of 2,397 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Canderstone Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,885,889 to 16,888,285.

<u>Attempt (cases 697,618 to 701,087)</u>

117

EXT-MIZRACHI-01294

In addition, the accused submitted a further 3,470 fake subscriptions for the website asiansexsupreme.com in the period from 7 May 2019 to 18 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 283,388.32.** The individual cases are listed in the table attached to the Arrest Warrant for cases 697,618 to 701,087.

### 62. asianslikebigcocks.com

Completion (cases 16,888,286 to 16,891,566)

The accused operated the website asianslikebigcocks.com via the bogus merchant Charmat Limited. Using this website, they faked a total of 3,281 subscriptions and charged 15,926 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 18 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 9,415.42 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 435,114.98** was incurred via the website asianslikebigcocks.com at the expense of 3,281 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Charmat Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,888,286 to 16,891,566.

Attempt (cases 703,156 to 710,124)

In addition, the accused submitted a further 6,969 fake subscriptions for the website asianslikebigcocks.com in the period from 7 May 2019 to 18 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 551,503.79.** The individual cases are listed in the table attached to the Arrest Warrant for cases 703,156 to 710,124.

118

EXT-MIZRACHI-01295

**63. asianxxwetdreams.com**

Completion (cases 16,891,567 to 16,892,219)

The accused operated the website asianxxwetdreams.com via the bogus merchant Eiketreet Holding Limited. Using this website, they faked a total of 653 subscriptions and charged 2,368 individual monthly transactions to the credit cards of harmed credit card holders in the period from 14 January 2020 to 15 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 2,223.53 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 86,166.68** was incurred via the website asianxxwetdreams.com at the expense of 653 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Eiketreet Holding Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,891,567 to 16,892,219.

Attempt (cases 714,341 to 719,169)

In addition, the accused submitted a further 4,829 fake subscriptions for the website asianxxwetdreams.com in the period from 10 January 2020 to 15 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 198,816.88.** The individual cases are listed in the table attached to the Arrest Warrant for cases 714,341 to 719,169.

**64. asianxxxfantasies.com**

Completion (cases 16,892,220 to 16,896,647)

The accused operated the website asianxxxfantasies.com via the bogus merchant Isonyx Limited. Using this website, they faked a total of 4,428 subscriptions and

119

EXT-MIZRACHI-01296

charged 21,556 individual monthly transactions to the credit cards of harmed credit card holders in the period from 20 September 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 4,099.44 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 500,842.62** was incurred via the website asianxxxfantasies.com at the expense of 4,428 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Isonyx Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,892,220 to 16,896,647.

Attempt (cases 721,976 to 731,681)

In addition, the accused submitted a further 9,706 fake subscriptions for the website asianxxxfantasies.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 688,888.90.** The individual cases are listed in the table attached to the Arrest Warrant for cases 721,976 to 731,681.

**65. asianxxxpersuasian.com**

Completion (cases 16,896,648 to 16,897,014)

The accused operated the website asianxxxpersuasian.com via the bogus merchant Flidoo Limited. Using this website, they faked a total of 367 subscriptions and charged 1,440 individual monthly transactions to the credit cards of victimized credit card holders in the period from 14 February 2020 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.92 up to a maximum of EUR 1,267.04 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 48,488.09** was incurred via the website asianxxxpersuasian.com at the expense of 367 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the

120

payment service provider's escrow account held for Flidoo Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,896,648 to 16,897,014.

Attempt (cases 732,282 to 734,221)

In addition, the accused submitted fake subscriptions for the website asianxxxpersuasian.com in a further 1,940 cases in the period from 9 April 2020 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 88,241.37.** The individual cases are listed in the table attached to the Arrest Warrant for cases 732,282 to 734,221.

## 66. asslickingfuntime.com

Completion (cases 16,897,015 to 16,899,508)

The accused operated the website asslickingfuntime.com via the bogus merchant Comist Limited. Using this website, they faked a total of 2,494 subscriptions and charged 10,667 individual monthly transactions to the credit cards of harmed credit card holders in the period from 17 June 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,423.34 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 256,150.04** was incurred via the website asslickingfuntime.com at the expense of 2,494 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Comist Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,897,015 to 16,899,508.

Attempt (cases 734,676 to 736,172)

121

EXT-MIZRACHI-01298

In addition, the accused submitted a further 1,497 fake subscriptions for the website asslickingfuntime.com in the period from 9 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 132,304.47.** The individual cases are listed in the table attached to the Arrest Warrant for cases 734,676 to 736,172.

### 67. backdoorblack.com

Completion (cases 16,899,509 to 16,901,563)

The accused operated the website backdoorblack.com via the bogus merchant Botben Limited. Using this website, they faked a total of 2,055 subscriptions and charged 8,224 individual monthly transactions to the credit cards of harmed credit card holders in the period from 25 February 2018 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 3,151.43 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 251,715.70** was incurred via the website backdoorblack.com at the expense of 2,055 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Botben Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,899,509 to 16,901,563.

Attempt (cases 739,576 to 750,245)

In addition, the accused submitted a further 10,670 fake subscriptions for the website backdoorblack.com in the period from 22 February 2018 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,141,303.33.** The individual cases are listed in the table attached to the Arrest Warrant for cases 739,576 to 750,245.

122

**68. backdoorblacks.com**

Completion (cases 16,901,564 to 16,901,714)

The accused operated the website backdoorblacks.com via the bogus merchant Esvo Enterprise Limited. Using this website, they faked a total of 151 subscriptions and charged 556 individual monthly transactions to the credit cards of harmed credit card holders in the period from 14 February 2020 to 13 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.76 up to a maximum of EUR 760.32 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 18,695.03** was incurred via the website backdoorblacks.com at the expense of 151 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Esvo Enterprise Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,901,564 to 16,901,714.

Attempt (cases 750,531 to 751,531)

In addition, the accused submitted a further 1,001 fake subscriptions for the website backdoorblacks.com in the period from 10 April 2020 to 13 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 40,177.45.** The individual cases are listed in the table attached to the Arrest Warrant for cases 750,531 to 751,531.

**69. backdoorpleasure.com**

Completion (cases 16,901,715 to 16,904,021)

The accused operated the website backdoorpleasure.com via the bogus merchant Slipmatt Lock Limited. Using this website, they faked a total of 2,307 subscriptions

123

and charged 7,792 individual monthly transactions to the credit cards of harmed credit card holders in the period from 17 June 2016 to 14 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.90 up to a maximum of EUR 2,012.64 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 210,473.18** was incurred via the website backdoorpleasure.com at the expense of 2,307 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Slipmatt Lock Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,901,715 to 16,904,021.

Attempt (cases 751,906 to 753,219)

In addition, the accused submitted a further 1,314 fake subscriptions for the website backdoorpleasure.com in the period from 9 May 2019 to 14 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 120,071.56.** The individual cases are listed in the table attached to the Arrest Warrant for cases 751,906 to 753,219.

## 70. bangalatin.com

Completion (cases 16,904,022 to 16,905,009)

The accused operated the website bangalatin.com via the bogus merchant Divafix Limited. Using this website, they faked a total of 988 subscriptions and charged 5,814 individual monthly transactions to the credit cards of harmed credit card holders in the period from 20 September 2016 to 15 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.08 up to a maximum of EUR 1,594.86 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 96,583.24** was incurred via the website bangalatin.com at the expense of 988 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow

124

account held for Divafix Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,904,022 to 16,905,009.

Attempt (cases 755,465 to 757,055)

In addition, the accused submitted a further 1,591 fake subscriptions for the website bangalatin.com in the period from 13 May 2019 to 15 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 181,555.14.** The individual cases are listed in the table attached to the Arrest Warrant for cases 755,465 to 757,055.

## 71. bangingbeginners.com

Completion (cases 16,905,010 to 16,905,228)

The accused operated the website bangingbeginners.com via the bogus merchant Oversettelse Limited. Using this website, they faked a total of 219 subscriptions and charged 1,332 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 February 2020 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 1,520.42 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 42,939.27** was incurred via the website bangingbeginners.com at the expense of 219 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Oversettelse Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,905,010 to 16,905,228.

Attempt (cases 757,395 to 758,473)

In addition, the accused submitted a further 1,079 fake subscriptions for the website bangingbeginners.com in the period from 11 April 2020 to 17 May 2021, which

125

ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 51,476.66.** The individual cases are listed in the table attached to the Arrest Warrant for cases 757,395 to 758,473.

## 72. bangingtheneighborswife.com

Completion (cases 16,905,229 to 16,909,676)

The accused operated the website bangingtheneighborswife.com via the bogus merchant Prosaria Limited. Using this website, they faked a total of 4,448 subscriptions and charged 18,902 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 May 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,238.14 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 363,729.45** was incurred via the website bangingtheneighborswife.com at the expense of 4,448 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Prosaria Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,905,229 to 16,909,676.

Attempt (cases 760,848 to 768,713)

In addition, the accused submitted a further 7,866 fake subscriptions for the website bangingtheneighborswife.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 512,537.20.** The individual cases are listed in the table attached to the Arrest Warrant for cases 760,848 to 768,713.

## 73. bangmycoochie.com

126

Completion (cases 16,909,677 to 16,913,099)

The accused operated the website bangmycoochie.com via the bogus merchant Pluto Systems Limited. Using this website, they faked a total of 3,423 subscriptions and charged 13,749 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 August 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,292.02 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 320,519.09** was incurred via the website bangmycoochie.com at the expense of 3,423 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Pluto Systems Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,909,677 to 16,913,099.

Attempt (cases 770,792 to 778,157)

In addition, the accused submitted a further 7,366 fake subscriptions for the website bangmycoochie.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 445,036.59.** The individual cases are listed in the table attached to the Arrest Warrant for cases 770,792 to 778,157.

## 74. bangthatbooty.com

Completion (cases 16,913,100 to 16,915,347)

The accused operated the website bangthatbooty.com via the bogus merchant Dalnash Enterprises Limited. Using this website, they faked a total of 2,248 subscriptions and charged 7,925 individual monthly transactions to the credit cards of harmed credit card holders in the period from 17 June 2016 to 17 May 2021 in

127

EXT-MIZRACHI-01304

accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,996.68 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 197,652.43** was incurred via the website bangthatbooty.com at the expense of 2,248 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Dalnash Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,913,100 to 16,915,347.

### 75. bangthatwhorehardcore.com

Completion (cases 16,915,348 to 16,917,867)

The accused operated the website bangthatwhorehardcore.com via the bogus merchant Esent Limited. Using this website, they faked a total of 2,520 subscriptions and charged 12,012 individual monthly transactions to the credit cards of harmed credit card holders in the period from 17 June 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 3,031.44 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 259,189.90** was incurred via the website bangthatwhorehardcore.com at the expense of 2,520 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Esent Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,915,348 to 16,917,867.

Attempt (cases 780,274 to 781,767)

In addition, the accused submitted a further 1,494 fake subscriptions for the website bangthatwhorehardcore.com in the period from 8 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully

128

obtain a total amount of **EUR 133,327.76.** The individual cases are listed in the table attached to the Arrest Warrant for cases 780,274 to 781,767.

### 76. bangthehelloutofthatmilf.com

Completion (cases 16,917,868 to 16,921,083)

The accused operated the website bangthehelloutofthatmilf.com via the bogus merchant Calcha Advisory Limited. Using this website, they faked a total of 3,216 subscriptions and charged 14,460 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 3,516.86 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 308,215.26** was incurred via the website bangthehelloutofthatmilf.com at the expense of 3,216 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Calcha Advisory Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,917,868 to 16,921,083.

Attempt (cases 783,959 to 791,379)

In addition, the accused submitted a further 7,421 fake subscriptions for the website bangthehelloutofthatmilf.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 488,751.84.** The individual cases are listed in the table attached to the Arrest Warrant for cases 783,959 to 791,379.

### 77. bangyourshavedpussyhardcore.com

Completion (cases 16,921,084 to 16,923,154)

129

EXT-MIZRACHI-01306

The accused operated the website bangyourshavedpussyhardcore.com via the bogus merchant Winsomea Limited. Using this website, they faked a total of 2,071 subscriptions and charged 8,202 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 19 March 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 14,765.53 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 217,702.40** was incurred via the website bangyourshavedpussyhardcore.com at the expense of 2,071 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Winsomea Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,921,084 to 16,923,154.

Attempt (cases 792,911 to 798,383)

In addition, the accused submitted a further 5,473 fake subscriptions for the website bangyourshavedpussyhardcore.com in the period from 7 May 2019 to 19 March 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 351,322.63.** The individual cases are listed in the table attached to the Arrest Warrant for cases 792,911 to 798,383.

**78. beatthattwat.com**

Completion (cases 16,923,155 to 16,924,197)

The accused operated the website beatthattwat.com via the bogus merchant Torvi Limited. Using this website, they faked a total of 1,043 subscriptions and charged 4,849 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 14 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 2,846.30 were incurred for each fake subscription. In the above-mentioned

130

EXT-MIZRACHI-01307

period, a total loss of **EUR 120,622.28** was incurred via the website beatthattwat.com at the expense of 1,043 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Torvi Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,923,155 to 16,924,197.

Attempt (cases 799,277 to 802,491)

In addition, the accused submitted a further 3,215 fake subscriptions for the website beatthattwat.com in the period from 8 May 2019 to 5 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 285,476.73.** The individual cases are listed in the table attached to the Arrest Warrant for cases 799,277 to 802,491.

## 79. beautifulblackbodyxxx.com

Completion (cases 16,924,198 to 16,925,294)

The accused operated the website beautifulblackbodyxxx.com via the bogus merchant Sidigled Limited. Using this website, they faked a total of 1,097 subscriptions and charged 4,693 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 3,139.18 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 130,068.13** was incurred via the website beautifulblackbodyxxx.com at the expense of 1,097 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Sidigled Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,924,198 to 16,925,294.

Attempt (cases 803,401 to 806,478)

131

In addition, the accused submitted fake subscriptions for the website beautifulblackbodyxxx.com in a further 3,078 cases in the period from 16 May 2019 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 275,676.75.** The individual cases are listed in the table attached to the Arrest Warrant for cases 803,401 to 806,478.

### 80. beginnersfuckxxx.com

Completion (cases 16,925,295 to 16,925,565)

The accused operated the website beginnersfuckxxx.com via the bogus merchant Maryar Limited. Using this website, they faked a total of 271 subscriptions and charged 780 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 February 2020 to 15 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.46 up to a maximum of EUR 876.14 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 28,398.12** was incurred via the website beginnersfuckxxx.com at the expense of 271 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Maryar Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,925,295 to 16,925,565.

Attempt (cases 807,009 to 808,768)

In addition, the accused submitted a further 1,760 fake subscriptions for the website beginnersfuckxxx.com in the period from 8 April 2020 to 15 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully

132

obtain a total amount of **EUR 76,288.45.** The individual cases are listed in the table attached to the Arrest Warrant for cases 807,009 to 808,768.

## 81. bestmilfbangers.com

Completion (cases 16,925,566 to 16,928,605)

The accused operated the website bestmilfbangers.com via the bogus merchant Meendo Limited/E-Com. Using this website, they faked a total of 3,040 subscriptions and charged 14,234 individual monthly transactions to the credit cards of victimized credit card holders in the period from 19 September 2016 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 5,297.39 were incurred for each fake subscription. In the above-mentioned period, a total loss of EUR **347,069.72** was incurred via the website bestmilfbangers.com at the expense of 3,040 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Meendo Limited/E-Com. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,925,566 to 16,928,605.

Attempt (cases 819,536 to 826,104)

In addition, the accused submitted a further 6,569 fake subscriptions for the bestmilfbangers.com website in the period from 7 May 2019 to 15 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 502,988.54.** The individual cases are listed in the table attached to the Arrest Warrant for cases 819,536 to 826,104.

## 82. bigblackbootiesxxx.com

Completion (cases 16,928,606 to 16,930,314)

133

The accused operated the website bigblackbootiesxxx.com via the bogus merchant Esent Limited. Using this website, they faked a total of 1,709 subscriptions and charged 5,786 individual monthly transactions to the credit cards of harmed credit card holders in the period from 17 June 2016 to 26 February 2018 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 541.39 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 101,667.97** was incurred via the website bigblackbootiesxxx.com at the expense of 1,709 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Esent Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,928,606 to 16,930,314.

### 83. bigblackbootyhole.com

Completion (cases 16,930,315 to 16,933,354)

The accused operated the website bigblackbootyhole.com via the bogus merchant Crancot Designs Limited. Using this website, they faked a total of 3,040 subscriptions and charged 15,135 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 3,612.73 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 389,162.87** was incurred via the website bigblackbootyhole.com at the expense of 3,040 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Crancot Designs Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,930,315 to 16,933,354.

Attempt (cases 826,566 to 828,060)

134

In addition, the accused submitted a further 1,495 fake subscriptions for the website bigblackbootyhole.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 129,479.86.** The individual cases are listed in the table attached to the Arrest Warrant for cases 826,566 to 828,060.

### 84. bigblackjunglebooty.com

Completion (cases 16,933,355 to 16,936,574)

The accused operated the website bigblackjunglebooty.com via the bogus merchant Ravmore Spread Limited/E-Com. Using this website, they faked a total of 3,220 subscriptions and charged 15,228 individual monthly transactions to the credit cards of harmed credit card holders in the period from 19 September 2016 to 18 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 7,570.46 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 393,864.82** was incurred via the website bigblackjunglebooty.com at the expense of 3,220 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Ravmore Spread Limited/E-Com. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,933,355 to 16,936,574.

Attempt (cases 851,002 to 857,971)

In addition, the accused submitted a further 6,970 fake subscriptions for the website bigblackjunglebooty.com in the period from 7 May 2019 to 18 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 508,495.82.** The individual cases are listed in the table attached to the Arrest Warrant for cases 851,002 to 857,971.

135

**85. bizarreasianfuckfest.com**

Completion (cases 16,936,575 to 16,939,409)

The accused operated the website bizarreasianfuckfest.com via the bogus merchant Siluma Management Limited. Using this website, they faked a total of 2,835 subscriptions and charged 9,668 individual monthly transactions to the credit cards of victimized credit card holders in the period from 2 November 2017 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,265.48 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 245,373.27** was incurred via the website bizarreasianfuckfest.com at the expense of 2,835 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Siluma Management Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,936,575 to 16,939,409.

**86. blackbangin.com**

Completion (cases 16,939,410 to 16,939,780)

The accused operated the website blackbangin.com via the bogus merchant Ramfade Limited. Using this website, they faked a total of 371 subscriptions and charged 1,030 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 February 2020 to 18 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.55 up to a maximum of EUR 1,061.26 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 37,615.81** was incurred via the website blackbangin.com at the expense of 371 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Ramfade Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,939,410 to 16,939,780.

136

EXT-MIZRACHI-01313

<u>Attempt (cases 878,823 to 880,949)</u>

In addition, the accused submitted a further 2,127 fake subscriptions for the website blackbangin.com in the period from 8 April 2020 to 18 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 100,942.07.** The individual cases are listed in the table attached to the Arrest Warrant for cases 878,823 to 880,949.

## 87. blackbeautycreampies.com

<u>Completion (cases 16,939,781 to 16,944,287)</u>

The accused operated the website blackbeautycreampies.com via the bogus merchant Carjen Line Limited. Using this website, they faked a total of 4,507 subscriptions and charged 17,268 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 May 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,189.91 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 349,566.23** was incurred via the website blackbeautycreampies.com at the expense of 4,507 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Carjen Line Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,939,781 to 16,944,287.

<u>Attempt (cases 883,208 to 891,048)</u>

In addition, the accused submitted a further 7,841 fake subscriptions for the website blackbeautycreampies.com in the period from 7 May.2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully

137

EXT-MIZRACHI-01314

obtain a total amount of **EUR 497,983.91.** The individual cases are listed in the table attached to the Arrest Warrant for cases 883,208 to 891,048.

### 88. blackbootyaffairs.com

Completion (cases 16,944,288 to 16,947,432)

The accused operated the website blackbootyaffairs.com via the bogus merchant Cloud Select Limited. Using this website, they faked a total of 3,145 subscriptions and charged 13,767 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 4,269.20 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 312,978.66** was incurred via the website blackbootyaffairs.com at the expense of 3,145 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Cloud Select Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,944,288 to 16,947,432.

Attempt (cases 893,304 to 901,014)

In addition, the accused submitted a further 7,711 fake subscriptions for the website blackbootyaffairs.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 490,400.07.** The individual cases are listed in the table attached to the Arrest Warrant for cases 893,304 to 901,014.

### 89. blackcockshooters.com

Completion (cases 16,947,433 to 16,948,513)

138

The accused operated the website blackcockshooters.com via the bogus merchant Kaygron Limited. Using this website, they faked a total of 1,081 subscriptions and charged 7,314 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 3,452.10 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 184,116.75** was incurred via the website blackcockshooters.com at the expense of 1,081 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Kaygron Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,947,433 to 16,948,513.

Attempt (cases 925,766 to 935,476)

In addition, the accused submitted a further 9,711 fake subscriptions for the website blackcockshooters.com in the period from 7 May 2019 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 678,093.01.** The individual cases are listed in the table attached to the Arrest Warrant for cases 925,766 to 935,476.

**90. blackcocktropoly.com**

Completion (cases 16,948,514 to 16,952,251)

The accused operated the website blackcocktropoly.com via the bogus merchant Kenrise Limited. Using this website, they faked a total of 3,738 subscriptions and charged 18,275 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 3,261.15 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 411,060.46** was incurred via the website blackcocktropoly.com at the expense of 3,738 credit card holders. This amount was

139

debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Kenrise Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,948,514 to 16,952,251.

### Attempt (cases 940,979 to 950,478)

In addition, the accused submitted a further 9,500 fake subscriptions for the website blackcocktropoly.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 666,065.22.** The individual cases are listed in the table attached to the Arrest Warrant for cases 940,979 to 950,478.

## 91. blackfatdicks.com

### Completion (cases 16,952,252 to 16,956,722)

The accused operated the website blackfatdicks.com via the bogus merchant Animent Limited. Using this website, they faked a total of 4,471 subscriptions and charged 21,516 individual monthly transactions to the credit cards of harmed credit card holders in the period from 20 September 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 3,521.38 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 477,341.72** was incurred via the website blackfatdicks.com at the expense of 4,471 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Animent Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,952,252 to 16,956,722.

### Attempt (cases 974,541 to 983,967)

140

In addition, the accused submitted a further 9,427 fake subscriptions for the website blackfatdicks.com in the period from 7 May 2019 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 706,856.26.** The individual cases are listed in the table attached to the Arrest Warrant for cases 974,541 to 983,967.

### 92. blackgirlseatpussy.com

Completion (cases 16,956,723 to 16,959,826)

The accused operated the website blackgirlseatpussy.com via the bogus merchant Oppgradering Solutions Limited/E-Com Limited. Using this website, they faked a total of 3,104 subscriptions and charged 12,812 individual monthly transactions to the credit cards of victimized credit card holders in the period from 23 December 2016 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,465.11 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 332,125.61** was incurred via the website blackgirlseatpussy.com at the expense of 3,104 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Oppgradering Solutions Limited/E-Com. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,956,723 to 16,959,826.

Attempt (cases 986,150 to 993,780)

In addition, the accused submitted a further 7,631 fake subscriptions for the website blackgirlseatpussy.com in the period from 7 May 2019 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 474,353.45.** The individual cases are listed in the table attached to the Arrest Warrant for cases 986,150 to 993,780.

141

EXT-MIZRACHI-01318

**93. blackhornydicks.com**

Completion (cases 16,959,827 to 16,960,809)

The accused operated the website blackhornydicks.com via the bogus merchant Hydrovee Limited. Using this website, they faked a total of 983 subscriptions and charged 3,843 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,783.12 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 105,214.59** was incurred via the website blackhornydicks.com at the expense of 983 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Hydrovee Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,959,827 to 16,960,809.

Attempt (cases 1,001,832 to 1,004,664)

In addition, the accused submitted a further 2,833 fake subscriptions for the website blackhornydicks.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 227,058.67.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,001,832 to 1,004,664.

**94. blackhumpinghour.com**

Completion (cases 16,960,810 to 16,961,130)

The accused operated the website blackhumpinghour.com via the bogus merchant Smitbee Limited. Using this website, they faked a total of 321 subscriptions and

142

charged 965 individual monthly transactions to the credit cards of harmed credit card holders in the period from 14 February 2020 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.52 up to a maximum of EUR 821.61 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 35,081.89** was incurred via the website blackhumpinghour.com at the expense of 321 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Smitbee Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,960,810 to 16,961,130.

<u>Attempt (cases 1,005,239 to 1,007,104)</u>

In addition, the accused submitted a further 1,866 fake subscriptions for the website blackhumpinghour.com in the period from 9 April 2020 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 93,953.27.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,005,239 to 1,007,104.

## 95. blacknipplelickers.com

<u>Completion (cases 16,961,131 to 16,964,382)</u>

The accused operated the website blacknipplelickers.com via the bogus merchant Charmat Limited. Using this website, they faked a total of 3,252 subscriptions and charged 17,508 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 18 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 8,068.23 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 441,718.13** was incurred via the website blacknipplelickers.com at the expense of 3,252 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the

143

payment service provider's escrow account held for Charmat Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,961,131 to 16,964,382.

Attempt (cases 1,016,923 to 1,023,768)

In addition, the accused submitted a further 6,846 fake subscriptions for the website blacknipplelickers.com in the period from 7 May 2019 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 539,412.05.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,016,923 to 1,023,768.

## 96. blackonblack69.com

Completion (cases 16,964,383 to 16,964,830)

The accused operated the website blackonblack69.com via the bogus merchant Sunnyport Limited. Using this website, they faked a total of 448 subscriptions and charged 1,890 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 February 2020 to 18 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.44 up to a maximum of EUR 1,949.68 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 68,261.76** was incurred via the website blackonblack69.com at the expense of 448 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Sunnyport Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,964,383 to 16,964,830.

Attempt (cases 1,024,468 to 1,026,791)

144

EXT-MIZRACHI-01321

In addition, the accused submitted a further 2,324 fake subscriptions for the website blackonblack69.com in the period from 8 April 2020 to 18 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 129,619.16.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,024,468 to 1,026,791.

### 97. blackpussyorgies.com

Completion (cases 16,964,831 to 16,967,250)

The accused operated the website blackpussyorgies.com via the bogus merchant Vannetklart Limited. Using this website, they faked a total of 2,420 subscriptions and charged 10,759 individual monthly transactions to the credit cards of harmed credit card holders in the period from 17 June 2016 to 18 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 5,967.46 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 259,669.49** was incurred via the website blackpussyorgies.com at the expense of 2,420 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Vannetklart Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,964,831 to 16,967,250.

Attempt (cases 1,040,548 to 1,045,887)

In addition, the accused submitted fake subscriptions for the website blackpussyorgies.com in a further 5,340 cases in the period from 9 May 2019 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 332,883.07.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,040,548 to 1,045,887.

145

EXT-MIZRACHI-01322

**98. blacksexualpleasure.com**

Completion (cases 16,967,251 to 16,968,394)

The accused operated the website blacksexualpleasure.com via the bogus merchant Unor Limited. Using this website, they faked a total of 1,144 subscriptions and charged 5,365 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.91 up to a maximum of EUR 3,093.84 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 131,484.71** was incurred via the website blacksexualpleasure.com at the expense of 1,144 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Unor Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,967,251 to 16,968,394.

Attempt (cases 1,067,896 to 1,071,124)

In addition, the accused submitted a further 3,229 fake subscriptions for the website blacksexualpleasure.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 289,634.29.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,067,896 to 1,071,124.

**99. blacksexylove.com**

Completion (cases 16,968,395 to 16,970,639)

The accused operated the website blacksexylove.com via the bogus merchant Mitorex Enterprises Limited. Using this website, they faked a total of 2,245

146

EXT-MIZRACHI-01323

subscriptions and charged 9,503 individual monthly transactions to the credit cards of harmed credit card holders in the period from 17 June 2016 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 4,185.07 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 224,329.68** was incurred via the website blacksexylove.com at the expense of 2,245 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Mitorex Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,968,395 to 16,970,639.

<u>Attempt (cases 1,071,507 to 1,072,842)</u>

In addition, the accused submitted fake subscriptions for the website blacksexylove.com in a further 1,336 cases in the period from 11 May 2019 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 120,928.15.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,071,507 to 1,072,842.

### 100. blackslutaffair.com

<u>Completion (cases 16,970,640 to 16,974,533)</u>

The accused operated the website blackslutaffair.com via the bogus merchant Sasquatch Enterprises Limited. Using this website, they faked a total of 3,894 subscriptions and charged 20,543 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 4,160.32 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 466,325.58** was incurred via the website blackslutaffair.com at the expense of 3,894 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the

147

payment service provider's escrow account held for Sasquatch Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,970,640 to 16,974,533.

Attempt (cases 1,075,695 to 1,085,267)

In addition, the accused submitted a further 9,573 fake subscriptions for the website blackslutaffair.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 712,374.89.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,075,695 to 1,085,267.

## 101. blackthatbuttup.com

Completion (cases 16,974,534 to 16,976,958)

The accused operated the website blackthatbuttup.com via the bogus merchant Warburts Limited. Using this website, they faked a total of 2,425 subscriptions and charged 11,643 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.92 up to a maximum of EUR 5,206.47 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 277,136.66** was incurred via the website blackthatbuttup.com at the expense of 2,425 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Warburts Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,974,534 to 16,976,958.

Attempt (cases 1,086,749 to 1,091,838)

148

EXT-MIZRACHI-01325

In addition, the accused submitted a further 5,090 fake subscriptions for the website blackthatbuttup.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 413,271.90.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,086,749 to 1,091,838.

### 102. blackultrasexvideos.com

Completion (cases 16,976,959 to 16,979,095)

The accused operated the website blackultrasexvideos.com via the bogus merchant Forter Limited. Using this website, they faked a total of 2,137 subscriptions and charged 8,663 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 15 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.90 up to a maximum of EUR 5,226.92 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 231,053.25** was incurred via the website blackultrasexvideos.com at the expense of 2,137 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Forter Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,976,959 to 16,979,095.

Attempt (cases 1,093,508 to 1,099,039)

In addition, the accused submitted a further 5,532 fake subscriptions for the blackultrasexvideos.com website in the period from 7 May 2019 to 15 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 405,727.82.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,093,508 to 1,099,039.

149

EXT-MIZRACHI-01326

**103. blackxxbootytrain.com**

Completion (cases 16,979,096 to 16,982,974)

The accused operated the website blackxxbootytrain.com via the bogus merchant Hoppma Limited. Using this website, they faked a total of 3,879 subscriptions and charged 19,140 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,906.12 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 436,223.91** was incurred via the website blackxxbootytrain.com at the expense of 3,879 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Hoppma Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,979,096 to 16,982,974.

Attempt (cases 1,101,850 to 1,111,398)

In addition, the accused submitted a further 9,549 fake subscriptions for the website blackxxbootytrain.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 675,000.25.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,101,850 to 1,111,398.

**104. blackxxorgasms.com**

Completion (cases 16,982,975 to 16,984,023)

The accused operated the website blackxxorgasms.com via the bogus merchant Esvo Enterprises Limited. Using this website, they faked a total of 1,049

150

EXT-MIZRACHI-01327

subscriptions and charged 4,211 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 3,872.24 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 123,661.26** was incurred via the website blackxxorgasms.com at the expense of 1,049 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Esvo Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,982,975 to 16,984,023.

Attempt (cases 1,112,290 to 1,115,572)

In addition, the accused submitted fake subscriptions for the website blackxxorgasms.com in a further 3,283 cases in the period from 8 May 2019 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 275,993.30.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,112,290 to 1,115,572.

## 105. boneablackbitch.com

Completion (cases 16,984,024 to 16,985,054)

The accused operated the website boneablackbitch.com via the bogus merchant Losninger Services Limited. Using this website, they faked a total of 1,031 subscriptions and charged 3,873 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,338.94 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 110,229.35** was incurred via the website boneablackbitch.com at the expense of 1,031 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the

151

EXT-MIZRACHI-01328

payment service provider's escrow account held for Losninger Services Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,984,024 to 16,985,054.

Attempt (cases 1,116,517 to 1,119,720)

In addition, the accused submitted a further 3,204 fake subscriptions for the website boneablackbitch.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 289,426.08.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,116,517 to 1,119,720.

## 106. boneblackbitches.com

Completion (cases 16,985,055 to 16,985,493)

The accused operated the website boneblackbitches.com via the bogus merchant Charmat Limited. Using this website, they faked a total of 439 subscriptions and charged 2,199 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 February 2020 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.77 up to a maximum of EUR 2,211.09 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 65,560.10** was incurred via the website boneblackbitches.com at the expense of 439 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Charmat Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,985,055 to 16,985,493.

Attempt (cases 1,120,401 to 1,122,634)

152

EXT-MIZRACHI-01329

In addition, the accused submitted a further 2,234 fake subscriptions for the website boneblackbitches.com in the period from 8 April 2020 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 121,607.95.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,120,401 to 1,122,634.

### 107. buffblackdicks.com

Completion (cases 16,985,494 to 16,987,155)

The accused operated the website buffblackdicks.com via the bogus merchant Atb Atalantis Technologies Limited. Using this website, they faked a total of 1,662 subscriptions and charged the credit cards of harmed credit card holders for 5,284 individual monthly transactions in the period from 12 October 2017 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 2,850.22 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 147,811.87** was incurred via the website buffblackdicks.com at the expense of 1,662 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Atb Atalantis Technologies Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,985,494 to 16,987,155.

Attempt (cases 1,125,496 to 1,135,200)

In addition, the accused submitted fake subscriptions for the website buffblackdicks.com in a further 9,705 cases in the period from 22 February 2018 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,005,545.14.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,125,496 to 1,135,200.

153

EXT-MIZRACHI-01330

## 108. bustylatinlove.com

Completion (cases 16,987,156 to 16,987,383)

The accused operated the website bustylatinlove.com via the bogus merchant Rosebed Limited. Using this website, they faked a total of 228 subscriptions and charged 737 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 February 2020 to 15 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 3.10 up to a maximum of EUR 760.95 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 25,476.71** was incurred via the website bustylatinlove.com at the expense of 228 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Rosebed Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,987,156 to 16,987,383.

Attempt (cases 1,135,611 to 1,136,990)

In addition, the accused submitted a further 1,380 fake subscriptions for the bustylatinlove.com website in the period from 9 April 2020 to 15 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 60,770.71.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,135,611 to 1,136,990.

## 109. carpetmuncherlesbian.com

Completion (cases 16,987,384 to 16,990,373)

The accused operated the website carpetmuncherlesbian.com via the bogus merchant Fjellet Limited. Using this website, they faked a total of 2,990 subscriptions and charged 9,782 individual monthly transactions to the credit cards of harmed

154

EXT-MIZRACHI-01331

credit card holders in the period from 13 February 2018 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,085.24 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 262,608.32** was incurred via the website carpetmuncherlesbian.com at the expense of 2,990 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fjellet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,987,384 to 16,990,373.

Attempt (cases 1,161,966 to 1,177,706)

In addition, the accused submitted a further 15,741 fake subscriptions for the website carpetmuncherlesbian.com in the period from 6 February 2018 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,437,956.11.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,161,966 to 1,177,706.

**110. chocolatefuckfest.com**

Completion (cases 16,990,374 to 16,990,532)

The accused operated the website chocolatefuckfest.com via the bogus merchant Unor Limited. Using this website, they faked a total of 159 subscriptions and charged 585 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 February 2020 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.49 up to a maximum of EUR 1,219.02 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 21,059.45** was incurred via the website chocolatefuckfest.com at the expense of 159 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Unor Limited. The individual

155

cases are listed in the table attached to the Arrest Warrant for cases 16,990,374 to 16,990,532.

Attempt (cases 1,177,987 to 1,178,902)

In addition, the accused submitted a further 916 fake subscriptions for the website chocolatefuckfest.com in the period from 9 April 2020 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 38,233.58.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,177,987 to 1,178,902.

### 111. cougarsontheprowlxxx.com

Completion (cases 16,990,533 to 16,990,733)

The accused operated the website cougarsontheprowlxxx.com via the bogus merchant Seedrow Limited. Using this website, they faked a total of 201 subscriptions and charged 1,273 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 February 2020 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.12 up to a maximum of EUR 1,740.00 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 43,136.63** was incurred via the website cougarsontheprowlxxx.com at the expense of 201 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Seedrow Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,990,533 to 16,990,733.

Attempt (cases 1,179,209 to 1,180,196)

In addition, the accused submitted a further 988 fake subscriptions for the website cougarsontheprowlxxx.com in the period from 9 April 2020 to 17 May 2021, which

156

EXT-MIZRACHI-01333

ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 45,939.56.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,179,209 to 1,180,196.

## 112. cumonasianwhores.com

Completion (cases 16,990,734 to 16,995,183)

The accused operated the website cumonasianwhores.com via the bogus merchant Carjen Line Limited. Using this website, they faked a total of 4,450 subscriptions and charged 19,629 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 May 2016 to 15 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,022.60 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 340,056.40** was incurred via the website cumonasianwhores.com at the expense of 4,450 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Carjen Line Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,990,734 to 16,995,183.

Attempt (cases 1,214,372 to 1,222,200)

In addition, the accused submitted a further 7,829 fake subscriptions for the website cumonasianwhores.com in the period from 7 May 2019 to 15 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 502,301.19.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,214,372 to 1,222,200.

## 113. cumonlatinwhores.com

157

Completion (cases 16,995,184 to 16,999,008)

The accused operated the website cumonlatinwhores.com via the bogus merchant Grimlo Limited. Using this website, they faked a total of 3,825 subscriptions and charged 19,112 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 4,681.80 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 429,394.57** was incurred via the website cumonlatinwhores.com at the expense of 3,825 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Grimlo Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,995,184 to 16,999,008.

Attempt (cases 1,224,932 to 1,234,242)

In addition, the accused submitted a further 9,311 fake subscriptions for the website cumonlatinwhores.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 644,773.38.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,224,932 to 1,234,242.

## 114. cyperlesbianqueen.com

Completion (cases 16,999,009 to 17,001,877)

The accused operated the website cyperlesbianqueen.com via the bogus merchant S.F Jones Limited. Using this website, they faked a total of 2,869 subscriptions and charged 10,634 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 November 2017 to 17 May 2021 in accordance with

158

EXT-MIZRACHI-01335

their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,936.52 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 258,809.20** was incurred via the website cyperlesbianqueen.com at the expense of 2,869 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for S.F Jones Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 16,999,009 to 17,001,877.

Attempt (cases 1,239,079 to 1,255,025)

In addition, the accused submitted a further 15,947 fake subscriptions for the website cyperlesbianqueen.com in the period from 2 February 2018 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,449,169.44.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,239,079 to 1,255,025.

### 115. darkchocolatebombshell.com

Completion (cases 17,001,878 to 17,002,180)

The accused operated the website darkchocolatebombshell.com via the bogus merchant Jtr Clicker Limited. Using this website, they faked a total of 303 subscriptions and charged 1,005 individual monthly transactions to the credit cards of victimized credit card holders in the period from 13 February 2020 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.91 up to a maximum of EUR 898.74 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 35,954.15** was incurred via the website darkchocolatebombshell.com at the expense of 303 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Jtr Clicker Limited. The individual

159

EXT-MIZRACHI-01336

cases are listed in the table attached to the Arrest Warrant for cases 17,001,878 to 17,002,180.

Attempt (cases 1,255,564 to 1,257,459)

In addition, the accused submitted fake subscriptions for the website darkchocolatebombshell.com in a further 1,896 cases in the period from 9 April 2020 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 83,303.93.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,255,564 to 1,257,459.

## 116. darkchocolatesexprincess.com

Completion (cases 17,002,181 to 17,006,613)

The accused operated the website darkchocolatesexprincess.com via the bogus merchant Borent Limited/E-Com Limited. Using this website, they faked a total of 4,433 subscriptions and charged 23,794 individual monthly transactions to the credit cards of harmed credit card holders in the period from 20 September 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 5,328.62 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 490,201.68** was incurred via the website darkchocolatesexprincess.com at the expense of 4,433 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Borent Limited/E-Com Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,002,181 to 17,006,613.

Attempt (cases 1,260,281 to 1,269,700)

160

In addition, the accused submitted a further 9,420 fake subscriptions for the darkchocolatesexprincess.com website in the period from 7 May 2019 to 15 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 681,374.01.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,260,281 to 1,269,700.

### 117. deepamateurfisting.com

Completion (cases 17,006,614 to 17,009,250)

The accused operated the website deepamateurfisting.com via the bogus merchant Stantease Limited. Using this website, they faked a total of 2,637 subscriptions and charged 13,779 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 4,246.84 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 324,289.77** was incurred via the website deepamateurfisting.com at the expense of 2,637 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Stantease Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,006,614 to 17,009,250.

Attempt (cases 1,271,494 to 1,277,616)

In addition, the accused submitted a further 6,123 fake subscriptions for the website deepamateurfisting.com in the period from 7 May 2019 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 425,591.02.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,271,494 to 1,277,616.

161

EXT-MIZRACHI-01338

**118. deepblackpussies.com**

Completion (cases 17,009,251 to 17,013,708)

The accused operated the website deepblackpussies.com via the bogus merchant Isonyx Limited. Using this website, they faked a total of 4,458 subscriptions and charged 22,409 individual monthly transactions to the credit cards of harmed credit card holders in the period from 20 September 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.87 up to a maximum of EUR 3,378.65 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 494,618.03** was incurred via the website deepblackpussies.com at the expense of 4,458 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Isonyx Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,009,251 to 17,013,708.

Attempt (cases 1,280,529 to 1,290,170)

In addition, the accused submitted a further 9,642 fake subscriptions for the website deepblackpussies.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 717,112.50.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,280,529 to 1,290,170.

**119. deephardcoreblowjob.com**

Completion (cases 17,013,709 to 17,015,094)

The accused operated the website deephardcoreblowjob.com via the bogus merchant Seedrow Limited. Using this website, they faked a total of 1,386

162

EXT-MIZRACHI-01339

subscriptions and charged 9,297 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.84 up to a maximum of EUR 5,301.46 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 253,339.42** was incurred via the website deephardcoreblowjob.com at the expense of 1,386 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Seedrow Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,013,709 to 17,015,094.

Attempt (cases 1,290,886 to 1,293,168)

In addition, the accused submitted a further 2,283 fake subscriptions for the website deephardcoreblowjob.com in the period from 11 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 226,218.16.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,290,886 to 1,293,168.

### 120. deepthroatamateur.com

Completion (cases 17,015,095 to 17,019,578)

The accused operated the website deepthroatamateur.com via the bogus merchant Paraliar Limited/E-Com Limited. Using this website, they faked a total of 4,484 subscriptions and charged 22,794 individual monthly transactions to the credit cards of victimized credit card holders in the period from 8 August 2016 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.84 up to a maximum of EUR 3,835.67 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 504,060.55** was incurred via the website deepthroatamateur.com at the expense of 4,484 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the

163

payment service provider's escrow account held for Paraliar Limited/E-Com Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,015,095 to 17,019,578.

Attempt (cases 1,295,967 to 1,305,545)

In addition, the accused submitted fake subscriptions for the website deepthroatamateur.com in a further 9,579 cases in the period from 6 May 2019 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 658,602.37.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,295,967 to 1,305,545.

## 121. dickgobblingmilfs.com

Completion (cases 17,019,579 to 17,021,803)

The accused operated the website dickgobblingmilfs.com via the bogus merchant Erz Limited. Using this website, they faked a total of 2,225 subscriptions and charged 9,856 individual monthly transactions to the credit cards of harmed credit card holders in the period from 17 June 2016 to 13 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.84 up to a maximum of EUR 3,724.10 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 230,106.46** was incurred via the website dickgobblingmilfs.com at the expense of 2,225 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Erz Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,019,579 to 17,021,803.

Attempt (cases 1,305,936 to 1,307,246)

164

EXT-MIZRACHI-01341

In addition, the accused submitted a further 1,311 fake subscriptions for the website dickgobblingmilfs.com in the period from 9 May 2019 to 13 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 118,640.90.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,305,936 to 1,307,246.

### 122. dikeseatcookie.com

Completion (cases 17,021,804 to 17,024,662)

The accused operated the website dikeseatcookie.com via the bogus merchant Mixtrail Ventures Limited. Using this website, they faked a total of 2,859 subscriptions and charged 9,764 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 February 2018 to 15 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,793.55 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 249,441.33** was incurred via the website dikeseatcookie.com at the expense of 2,859 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Mixtrail Ventures Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,021,804 to 17,024,662.

Attempt (cases 1,312,029 to 1,327,750)

In addition, the accused submitted a further 15,722 fake subscriptions for the website dikeseatcookie.com in the period from 3 February 2018 to 15 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,449,161.70.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,312,029 to 1,327,750.

165

EXT-MIZRACHI-01342

**123. dirtymilflovescock.com**

Completion (cases 17,024,663 to 17,027,997)

The accused operated the website dirtymilflovescock.com via the bogus merchant Rebcole Limited. Using this website, they faked a total of 3,335 subscriptions and charged 16,266 individual monthly transactions to the credit cards of harmed credit card holders in the period from 5 August 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 5,516.62 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 387,721.95** was incurred via the website dirtymilflovescock.com at the expense of 3,335 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Rebcole Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,024,663 to 17,027,997.

Attempt (cases 1,332,181 to 1,338,817)

In addition, the accused submitted a further 6,637 fake subscriptions for the website dirtymilflovescock.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 510,112.02.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,332,181 to 1,338,817.

**124. dripandcumilfs.com**

Completion (cases 17,027,998 to 17,030,889)

The accused operated the website dripandcumilfs.com via the bogus merchant Siluma Management Limited. Using this website, they faked a total of 2,892

166

EXT-MIZRACHI-01343

subscriptions and charged 10,159 individual monthly transactions to the credit cards of harmed credit card holders in the period from 2 November 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,015.00 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 258,157.74** was incurred via the website dripandcumilfs.com at the expense of 2,892 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Siluma Management Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,027,998 to 17,030,889.

Attempt (cases 1,354,358 to 1,370,104)

In addition, the accused submitted a further 15,747 fake subscriptions for the website dripandcumilfs.com in the period from 5 February 2018 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,489,960.54.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,354,358 to 1,370,104.

## 125. duehostpg.com

Completion (cases 17,030,890 to 17,031,273)

The accused operated the website duehostpg.com via the bogus merchant Vertist Limited. Using this website, they faked a total of 384 subscriptions and charged 1,286 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 February 2020 to 11 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.44 up to a maximum of EUR 2,665.33 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 44,561.83** was incurred via the website duehostpg.com at the expense of 384 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow

167

account held for Vertist Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,030,890 to 17,031,273.

## 126. eatmyblacksteambox.com

Completion (cases 17,031,274 to 17,034,641)

The accused operated the website eatmyblacksteambox.com via the bogus merchant Rebcole Limited. Using this website, they faked a total of 3,368 subscriptions and charged 16,052 individual monthly transactions to the credit cards of harmed credit card holders in the period from 6 August 2016 to 18 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 3,663.31 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 368,602.8**4 was incurred via the website eatmyblacksteambox.com at the expense of 3,368 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Rebcole Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,031,274 to 17,034,641.

## 127. eatmylatincreample.com

Completion (cases 17,034,642 to 17,034,645)

The accused operated the website eatmylatincreample.com via the bogus merchant Jorbur Limited. Using this website, they faked a total of 4 subscriptions and charged 34 individual monthly transactions to the credit cards of harmed credit card holders in the period from 12 July 2020 to 12 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 74.65 up to a maximum of EUR 483.20 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 1,116.53** was incurred via the website eatmylatincreample.com at the expense of 4 credit card holders. This amount was debited from the account of the

168

harmed credit card holder and credited to the payment service provider's escrow account held for Jorbur Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,034,642 to 17,034,645.

Attempt (cases 1,372,098 to 1,378,815)

In addition, the accused submitted a further 6,718 fake subscriptions for the website eatmylatincreample.com in the period from 7 May 2019 to 15 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 522,732.48.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,372,098 to 1,378,815.

## 128. ebonyarousalxxx.com

Completion (cases 17,034,646 to 17,037,220)

The accused operated the website ebonyarousalxxx.com via the bogus merchant Timtown Limited. Using this website, they faked a total of 2,575 subscriptions and charged 9,946 individual monthly transactions to the credit cards of harmed credit card holders in the period from 20 June 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 5,833.77 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 272,602.03** was incurred via the website ebonyarousalxxx.com at the expense of 2,575 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Timtown Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,034,646 to 17,037,220.

Attempt (cases 1,380,437 to 1,386,069)

169

In addition, the accused submitted a further 5,633 fake subscriptions for the website ebonyarousalxxx.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 383,077.68.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,380,437 to 1,386,069.

### 129. ebonycreampiexxx.com

Completion (cases 17,037,221 to 17,038,446)

The accused operated the website ebonycreampiexxx.com via the bogus merchant Chimera Works Limited. Using this website, they faked a total of 1,226 subscriptions and charged 4,977 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 2,811.36 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 137,777.10** was incurred via the website ebonycreampiexxx.com at the expense of 1,226 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Chimera Works Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,037,221 to 17,038,446.

Attempt (cases 1,387,010 to 1,390,102)

In addition, the accused submitted a further 3,093 fake subscriptions for the website ebonycreampiexxx.com in the period from 7 May 2019 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 280,435.85.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,387,010 to 1,390,102.

170

EXT-MIZRACHI-01347

## 130. ebonycumlickers.com

Completion (cases 17,038,447 to 17,040,863)

The accused operated the website ebonycumlickers.com via the bogus merchant Ultrafixa Limited. Using this website, they faked a total of 2,417 subscriptions and charged 11,075 individual monthly transactions to the credit cards of harmed credit card holders in the period from 5 August 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 12,350.14 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 271,182.47** was incurred via the website ebonycumlickers.com at the expense of 2,417 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Ultrafixa Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,038,447 to 17,040,863.

Attempt (cases 1,391,716 to 1,397,303)

In addition, the accused submitted a further 5,588 fake subscriptions for the website ebonycumlickers.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 403,911.90.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,391,716 to 1,397,303.

## 131. ebonyfetishpleasers.com

Completion (cases 17,040,864 to 17,044,359)

The accused operated the website ebonyfetishpleasers.com via the bogus merchant Chekou Parks Limited. Using this website, they faked a total of 3,496 subscriptions

171

and charged 14,078 individual monthly transactions to the credit cards of harmed credit card holders in the period from 7 August 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,448.11 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 312,541.58** was incurred via the website ebonyfetishpleasers.com at the expense of 3,496 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Chekou Parks Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,040,864 to 17,044,359.

<u>Attempt (cases 1,399,581 to 1,407,162)</u>

In addition, the accused submitted a further 7,582 fake subscriptions for the website ebonyfetishpleasers.com in the period from 7 May 2019 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 497,624.32.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,399,581 to 1,407,162.

**132. ebonygirlsexposed.com**

<u>Completion (cases 17,044,360 to 17,048,822)</u>

The accused operated the website ebonygirlsexposed.com via the bogus merchant Davsop Enterprises Limited. Using this website, they faked a total of 4,463 subscriptions and charged 19,041 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 May 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,981.54 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 360,270.56** was incurred via the website ebonygirlsexposed.com at the expense of 4,463 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the

172

EXT-MIZRACHI-01349

payment service provider's escrow account held for Davsop Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,044,360 to 17,048,822.

Attempt (cases 1,409,436 to 1,417,137)

In addition, the accused submitted a further 7,702 fake subscriptions for the website ebonygirlsexposed.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 507,824.63.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,409,436 to 1,417,137.

## 133. enormousblackcock.com

Completion (cases 17,048,823 to 17,051,607)

The accused operated the website enormousblackcock.com via the bogus merchant Ramfade Limited. Using this website, they faked a total of 2,785 subscriptions and charged 13,106 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 8,887.40 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 323,798.80** was incurred via the website enormousblackcock.com at the expense of 2,785 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Ramfade Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,048,823 to 17,051,607.

Attempt (cases 1,428,117 to 1,434,775)

173

EXT-MIZRACHI-01350

In addition, the accused submitted a further 6,659 fake subscriptions for the website enormousblackcock.com in the period from 7 May 2019 to 14 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 518,771.90.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,428,117 to 1,434,775.

### 134. eroticblacksessions.com

Completion (cases 17,051,608 to 17,055,069)

The accused operated the website eroticblacksessions.com via the bogus merchant Lumpall Enterprises Limited. Using this website, they faked a total of 3,462 subscriptions and charged 13,023 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 May 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,974.86 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 214,687.01** was incurred via the website eroticblacksessions.com at the expense of 3,462 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Lumpall Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,051,608 to 17,055,069.

Attempt (cases 1,439,778 to 1,447,731)

In addition, the accused submitted a further 7,954 fake subscriptions for the website eroticblacksessions.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 517,630.76.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,439,778 to 1,447,731.

174

EXT-MIZRACHI-01351

### 135. eroticblacksexybeauty.com

Completion (cases 17,055,070 to 17,056,907)

The accused operated the website eroticblacksexybeauty.com via the bogus merchant Audose Limited. Using this website, they faked a total of 1,838 subscriptions and charged 6,634 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 November 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 2,547.74 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 187,435.99** was incurred via the website eroticblacksexybeauty.com at the expense of 1,838 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Audose Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,055,070 to 17,056,907.

### 136. eroticmilfscum.com

Completion (cases 17,056,908 to 17,059,983)

The accused operated the website eroticmilfscum.com via the bogus merchant Cloud Select Limited. Using this website, they faked a total of 3,076 subscriptions and charged 11,846 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 15 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.84 up to a maximum of EUR 1,904.82 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 289,110.58** was incurred via the website eroticmilfscum.com at the expense of 3,076 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Cloud Select Limited. The

175

EXT-MIZRACHI-01352

individual cases are listed in the table attached to the Arrest Warrant for cases 17,056,908 to 17,059,983.

Attempt (cases 1,462,954 to 1,470,583)

In addition, the accused submitted a further 7,630 fake subscriptions for the website eroticmilfscum.com in the period from 7 May 2019 to 15 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 476,034.78.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,462,954 to 1,470,583.

## 137. exoticlatinalusting.com

Completion (cases 17,059,984 to 17,060,290)

The accused operated the website exoticlatinalusting.com via the bogus merchant Goldarm Limited. Using this website, they faked a total of 307 subscriptions and charged 1,029 individual monthly transactions to the credit cards of victimized credit card holders in the period from 14 February 2020 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.93 up to a maximum of EUR 1,297.00 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 36,862.80** was incurred via the website exoticlatinalusting.com at the expense of 307 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Goldarm Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,059,984 to 17,060,290.

Attempt (cases 1,471,127 to 1,472,958)

In addition, the accused submitted fake subscriptions for the website exoticlatinalusting.com in a further 1,832 cases in the period from 8 April 2020 to 16

176

May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 79,075.22.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,471,127 to 1,472,958.

## 138. experiencedcougar.com

Completion (cases 17,060,291 to 17,060,667)

The accused operated the website experiencedcougar.com via the bogus merchant Ravmore Spread Limited. Using this website, they faked a total of 377 subscriptions and charged 1,130 individual monthly transactions to the credit cards of harmed credit card holders in the period from 14 February 2020 to 18 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.76 up to a maximum of EUR 1,283.38 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 39,478.59** was incurred via the website experiencedcougar.com at the expense of 377 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Ravmore Spread Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,060,291 to 17,060,667.

Attempt (cases 1,473,578 to 1,475,742)

In addition, the accused submitted a further 2,165 fake subscriptions for the website experiencedcougar.com in the period from 9 April 2020 to 18 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 109,404.25.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,473,578 to 1,475,742.

## 139. explicitasia.com

177

<u>Completion (cases 17,060,668 to 17,060,969)</u>

The accused operated the website explicitasia.com via the bogus merchant Mixtrail Ventures Limited. Using this website, they faked a total of 302 subscriptions and charged 833 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 February 2020 to 4 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.36 up to a maximum of EUR 876.76 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 30,314.17** was incurred via the website explicitasia.com at the expense of 302 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Mixtrail Ventures Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,060,668 to 17,060,969.

<u>Attempt (cases 1,497,367 to 1,499,260)</u>

In addition, the accused submitted a further 1,894 fake subscriptions for the website explicitasia.com in the period from 9 April 2020 to 4 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 73,606.49.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,497,367 to 1,499,260.

### 140. extralargeblackdick.com

<u>Completion (cases 17,060,970 to 17,063,821)</u>

The accused operated the website extralargeblackdick.com via the bogus merchant Evgary Limited. Using this website, they faked a total of 2,852 subscriptions and charged 12,660 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 18 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a

178

EXT-MIZRACHI-01355

maximum of EUR 5,742.08 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 332,920.89** was incurred via the website extralargeblackdick.com at the expense of 2,852 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Evgary Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,060,970 to 17,063,821.

Attempt (cases 1,508,437 to 1,515,483)

In addition, the accused submitted a further 7,047 fake subscriptions for the website extralargeblackdick.com in the period from 7 May 2019 to 18 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 547,454.08.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,508,437 to 1,515,483.

### 141. exxxtremelysexymilfs.com

Completion (cases 17,063,822 to 17,066,167)

The accused operated the website exxxtremelysexymilfs.com via the bogus merchant Frontose Limited. Using this website, they faked a total of 2,346 subscriptions and charged 10,526 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 5,080.40 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 272,370.84** was incurred via the website exxxtremelysexymilfs.com at the expense of 2,346 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Frontose Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,063,822 to 17,066,167.

179

EXT-MIZRACHI-01356

<u>Attempt (cases 1,517,043 to 1,522,127)</u>

In addition, the accused submitted a further 5,085 fake subscriptions for the website exxxtremelysexymilfs.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 328,093.35.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,517,043 to 1,522,127.

## 142. ferociousfuckingxxx.com

<u>Completion (cases 17,066,168 to 17,066,543)</u>

The accused operated the website ferociousfuckingxxx.com via the bogus merchant Outity Limited. Using this website, they faked a total of 376 subscriptions and charged 1,646 individual monthly transactions to the credit cards of victimized credit card holders in the period from 13 February 2020 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.39 up to a maximum of EUR 1,634.04 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 54,858.40** was incurred via the website ferociousfuckingxxx.com at the expense of 376 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Outity Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,066,168 to 17,066,543.

<u>Attempt (cases 1,522,731 to 1,524,673)</u>

In addition, the accused submitted fake subscriptions for the website ferociousfuckingxxx.com in a further 1,943 cases in the period from 9 April 2020 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted

180

EXT-MIZRACHI-01357

to unlawfully obtain a total amount of **EUR 91,775.97.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,522,731 to 1,524,673.

### 143. fiestafucking.com

Completion (cases 17,066,544 to 17,066,902)

The accused operated the website fiestafucking.com via the bogus merchant Elldal Limited. Using this website, they faked a total of 359 subscriptions and charged 1,059 individual monthly transactions to the credit cards of harmed credit card holders in the period from 14 February 2020 to 11 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 2.01 up to a maximum of EUR 869.76 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 39,124.03** was incurred via the website fiestafucking.com at the expense of 359 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Elldal Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,066,544 to 17,066,902.

Attempt (cases 1,525,246 to 1,527,041)

In addition, the accused submitted a further 1,796 fake subscriptions for the website fiestafucking.com in the period from 9 April 2020 to 11 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 84,469.87.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,525,246 to 1,527,041.

### 144. fiestylatindicklovers.com

Completion (cases 17,066,903 to 17,067,998)

181

EXT-MIZRACHI-01358

The accused operated the website fiestylatindicklovers.com via the bogus merchant Gately Limited. Using this website, they faked a total of 1,096 subscriptions and charged 4,278 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 3,351.46 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 130,269.09** was incurred via the website fiestylatindicklovers.com at the expense of 1,096 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Gately Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,066,903 to 17,067,998.

Attempt (cases 1,528,075 to 1,531,482)

In addition, the accused submitted a further 3,408 fake subscriptions for the website fiestylatindicklovers.com in the period from 8 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 289,219.09.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,528,075 to 1,531,482.

**145. filebillpaper.com**

Completion (cases 17,067,999 to 17,071,044)

The accused operated the website filebillpaper.com via the bogus merchant Cloud Select Limited. Using this website, they faked a total of 3,046 subscriptions and charged 12,953 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,378.06 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 305,265.30** was incurred via the website

182

filebillpaper.com at the expense of 3,046 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Cloud Select Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,067,999 to 17,071,044.

## 146. filedebitnotes.com

Completion (cases 17,071,045 to 17,075,409)

The accused operated the website filedebitnotes.com via the bogus merchant Animent Limited. Using this website, they faked a total of 4,365 subscriptions and charged 21,461 individual monthly transactions to the credit cards of harmed credit card holders in the period from 20 September 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.84 up to a maximum of EUR 2,671.44 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 458,541.92** was incurred via the website filedebitnotes.com at the expense of 4,365 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Animent Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,071,045 to 17,075,409.

## 147. fileusersnet.com

Completion (cases 17,075,410 to 17,076,507)

The accused operated the website fileusersnet.com via the bogus merchant Oversettelse Limited. Using this website, they faked a total of 1,098 subscriptions and charged 5,088 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88

183

up to a maximum of EUR 2,189.22 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 141,808.82** was incurred via the website fileusersnet.com at the expense of 1,098 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Oversettelse Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,075,410 to 17,076,507.

### 148. finderfeepay.com

Completion (cases 17,076,508 to 17,077,627)

The accused operated the website finderfeepay.com via the bogus merchant Frontose Limited. Using this website, they faked a total of 1,120 subscriptions and charged 5,226 individual monthly transactions to the credit cards of victimized credit card holders in the period from 14 May 2019 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 2,206.77 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 130,088.02** was incurred via the website finderfeepay.com at the expense of 1,120 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Frontose Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,076,508 to 17,077,627.

### 149. findpmts.com

Completion (cases 17,077,628 to 17,080,678)

The accused operated the website findpmts.com via the bogus merchant Vertist Limited. Using this website, they faked a total of 3,051 subscriptions and charged 15,040 individual monthly transactions to the credit cards of harmed credit card holders in the period from 19 September 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum

184

of EUR 9,168.57 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 358,358.10** was incurred via the website findpmts.com at the expense of 3,051 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Vertist Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,077,628 to 17,080,678.

### 150. finepaydept.com

Completion (cases 17,080,679 to 17,084,128)

The accused operated the website finepaydept.com via the bogus merchant Studow Sky Limited. Using this website, they faked a total of 3,450 subscriptions and charged 13,186 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 May 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.84 up to a maximum of EUR 1,304.90 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 202,774.63** was incurred via the website finepaydept.com at the expense of 3,450 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Studow Sky Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,080,679 to 17,084,128.

### 151. finesbase.com

Completion (cases 17,084,129 to 17,087,803)

The accused operated the website finesbase.com via the bogus merchant Davbec Designs Limited. Using this website, they faked a total of 3,675 subscriptions and charged 15,001 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 August 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.84 up to a maximum

185

EXT-MIZRACHI-01362

of EUR 2,653.93 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 328,567.71** was incurred via the website finesbase.com at the expense of 3,675 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Davbec Designs Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,084,129 to 17,087,803.

## 152. finformfee.com

Completion (cases 17,087,804 to 17,088,118)

The accused operated the website finformfee.com via the bogus merchant Dashlane Limited. Using this website, they faked a total of 315 subscriptions and charged 1,129 individual monthly transactions to the credit cards of harmed credit card holders in the period from 14 February 2020 to 9 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.78 up to a maximum of EUR 1,001.32 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 38,247.67** was incurred via the website finformfee.com at the expense of 315 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Dashlane Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,087,804 to 17,088,118.

## 153. fingerbanginghardcore.com

Completion (cases 17,088,119 to 17,092,445)

The accused operated the website fingerbanginghardcore.com via the bogus merchant Jtr Clicker Limited. Using this website, they faked a total of 4,327 subscriptions and charged 19,124 individual monthly transactions to the credit cards of harmed credit card holders in the period from 7 August 2016 to 15 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.84

186

up to a maximum of EUR 3,570.09 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 449,075.42** was incurred via the website fingerbanginghardcore.com at the expense of 4,327 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Jtr Clicker Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,088,119 to 17,092,445.

Attempt (cases 1,534,237 to 1,543,779)

In addition, the accused submitted a further 9,543 fake subscriptions for the website fingerbanginghardcore.com in the period from 6 May 2019 to 14 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 671,894.43.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,534,237 to 1,543,779.

## 154. fingermymilf.com

Completion (cases 17,092,446 to 17,095,193)

The accused operated the website fingermymilf.com via the bogus merchant Ramfade Limited. Using this website, they faked a total of 2,748 subscriptions and charged 12,702 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 18 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 3,648.35 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 314,390.34** was incurred via the website fingermymilf.com at the expense of 2,748 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Ramfade Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,092,446 to 17,095,193.

187

EXT-MIZRACHI-01364

Attempt (cases 1,545,733 to 1,552,460)

In addition, the accused submitted a further 6,728 fake subscriptions for the website fingermymilf.com in the period from 7 May 2019 to 18 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 525,984.46.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,545,733 to 1,552,460.

## 155. firstsexaffair.com

Completion (cases 17,095,194 to 17,098,640)

The accused operated the website firstsexaffair.com via the bogus merchant Pluto Systems Limited. Using this website, they faked a total of 3,447 subscriptions and charged 12,827 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 August 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,832.57 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 311,337.56** was incurred via the website firstsexaffair.com at the expense of 3,447 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Pluto Systems Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,095,194 to 17,098,640.

Attempt (cases 1,554,588 to 1,562,068)

In addition, the accused submitted a further 7,481 fake subscriptions for the website firstsexaffair.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total

188

EXT-MIZRACHI-01365

amount of **EUR 454,984.91.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,554,588 to 1,562,068.

## 156. firsttimelittlesluts.com

Completion (cases 17,098,641 to 17,100,954)

The accused operated the website firsttimelittlesluts.com via the bogus merchant Slipmatt Lock Limited. Using this website, they faked a total of 2,314 subscriptions and charged 8,733 individual monthly transactions to the credit cards of harmed credit card holders in the period from 17 June 2016 to 15 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.90 up to a maximum of EUR 2,577.42 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 222,501.91** was incurred via the website firsttimelittlesluts.com at the expense of 2,314 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Slipmatt Lock Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,098,641 to 17,100,954.

Attempt (cases 1,574,799 to 1,576,143)

In addition, the accused submitted a further 1,345 fake subscriptions for the website firsttimelittlesluts.com in the period from 13 May 2019 to 15 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 122,902.65.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,574,799 to 1,576,143.

## 157. firsttimexxanalsex.com

Completion (cases 17,100,955 to 17,105,458)

189

EXT-MIZRACHI-01366

The accused operated the website firsttimexxanalsex.com via the bogus merchant Paraliar Limited. Using this website, they faked a total of 4,504 subscriptions and charged 22,996 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 August 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.84 up to a maximum of EUR 3,981.66 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 518,277.59** was incurred via the website firsttimexxanalsex.com at the expense of 4,504 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Paraliar Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,100,955 to 17,105,458.

## Attempt (cases 1,588,945 to 1,598,636)

In addition, the accused submitted a further 9,692 fake subscriptions for the website firsttimexxanalsex.com in the period from 7 May 2019 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 721,868.59.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,588,945 to 1,598,636.

## 158. fistingblackasses.com

## Completion (cases 17,105,459 to 17,107,444)

The accused operated the website fistingblackasses.com via the bogus merchant Winsomea Limited. Using this website, they faked a total of 1,986 subscriptions and charged 9,307 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2016 to 19 March 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 2,974.39 were incurred for each fake subscription. In the above-

190

mentioned period, a total loss of **EUR 214,180.70** was incurred via the website fistingblackasses.com at the expense of 1,986 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Winsomea Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,105,459 to 17,107,444.

Attempt (cases 1,600,164 to 1,605,704)

In addition, the accused submitted a further 5,541 fake subscriptions for the website fistingblackasses.com in the period from 7 May 2019 to 19 March 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 345,828.32.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,600,164 to 1,605,704.

### 159. foreigncreampies.com

Completion (cases 17,107,445 to 17,107,833)

The accused operated the website foreigncreampies.com via the bogus merchant Avandu Limited. Using this website, they faked a total of 389 subscriptions and charged 1,887 individual monthly transactions to the credit cards of victimized credit card holders in the period from 13 February 2020 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 2.36 up to a maximum of EUR 1,961.52 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 65,949.78** was incurred via the website foreigncreampies.com at the expense of 389 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Avandu Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,107,445 to 17,107,833.

191

EXT-MIZRACHI-01368

Attempt (cases 1,606,347 to 1,608,359)

In addition, the accused submitted fake subscriptions for the website foreigncreampies.com in a further 2,013 cases in the period from 8 April 2020 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 101,724.43.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,606,347 to 1,608,359.

## 160. formduerep.com

Completion (cases 17,107,834 to 17,110,681)

The accused operated the website formduerep.com via the bogus merchant Whitsers Limited. Using this website, they faked a total of 2,848 subscriptions and charged 13,800 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 6,065.27 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 345,949.26** was incurred via the website formduerep.com at the expense of 2,848 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Whitsers Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,107,834 to 17,110,681.

## 161. formrepdue.com

Completion (cases 17,110,682 to 17,113,462)

The accused operated the website formrepdue.com via the bogus merchant Rosebed Limited. Using this website, they faked a total of 2,781 subscriptions and charged 13,196 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with

192

their previously agreed plan of action. Losses of at least EUR 0.84 up to a maximum of EUR 4,908.58 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 326,247.05** was incurred via the website formrepdue.com at the expense of 2,781 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Rosebed Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,110,682 to 17,113,462.

### 162. fornicatingfiesta.com

Completion (cases 17,113,463 to 17,113,758)

The accused operated the website fornicatingfiesta.com via the bogus merchant Hopstand Limited. Using this website, they faked a total of 296 subscriptions and charged 1,076 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 February 2020 to 15 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.58 up to a maximum of EUR 1,100.60 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 37,969.20** was incurred via the website fornicatingfiesta.com at the expense of 296 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Hopstand Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,113,463 to 17,113,758.

Attempt (cases 1,608,892 to 1,610,756)

In addition, the accused submitted a further 1,865 fake subscriptions for the website fornicatingfiesta.com in the period from 9 April 2020 to 15 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 74,778.21.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,608,892 to 1,610,756.

193

EXT-MIZRACHI-01370

**163. frenchticklemyanal.com**

Completion (cases 17,113,759 to 17,116,846)

The accused operated the website frenchticklemyanal.com via the bogus merchant Vertist Limited/E-Com Limited. Using this website, they faked a total of 3,088 subscriptions and charged 13,951 individual monthly transactions to the credit cards of harmed credit card holders in the period from 19 September 2016 to 18 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 5,341.04 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 351,777.23** was incurred via the website frenchticklemyanal.com at the expense of 3,088 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Vertist Limited/E-Com Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,113,759 to 17,116,846.

Attempt (cases 1,612,677 to 1,619,404)

In addition, the accused submitted fake subscriptions for the website frenchticklemyanal.com in a further 6,728 cases in the period from 8 May 2019 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 491,056.20.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,612,677 to 1,619,404.

**164. fuckherasianface.com**

Completion (cases 17,116,847 to 17,118,548)

194

EXT-MIZRACHI-01371

The accused operated the website fuckherasianface.com via the bogus merchant Dalecliff Limited. Using this website, they faked a total of 1,702 subscriptions and charged 5,430 individual monthly transactions to the credit cards of victimized credit card holders in the period from 8 November 2017 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 2,458.24 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 152,801.6**1 was incurred via the website fuckherasianface.com at the expense of 1,702 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Dalecliff Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,116,847 to 17,118,548.

Attempt (cases 1,622,329 to 1,631,961)

In addition, the accused submitted fake subscriptions for the website fuckherasianface.com in a further 9,633 cases in the period from 22 February 2018 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 994,060.30.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,622,329 to 1,631,961.

**165. fuckmetwicehotasian.com**

Completion (cases 17,118,549 to 17,121,539)

The accused operated the website fuckmetwicehotasian.com via the bogus merchant Hjelpe Holding Limited. Using this website, they faked a total of 2,991 subscriptions and charged 10,178 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 November 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,973.88 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 277,743.67** was incurred via the website

195

fuckmetwicehotasian.com at the expense of 2,991 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Hjelpe Holding Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,118,549 to 17,121,539.

Attempt (cases 1,636,929 to 1,653,175)

In addition, the accused submitted a further 16,247 fake subscriptions for the website fuckmetwicehotasian.com in the period from 3 February 2018 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,459,052.51.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,636,929 to 1,653,175.

## 166. fuckmyfriendsmom.com

Completion (cases 17,121,540 to 17,124,493)

The accused operated the website fuckmyfriendsmom.com via the bogus merchant Fjellet Limited. Using this website, they faked a total of 2,954 subscriptions and charged 9,766 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 February 2018 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,626.96 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 264,825.25** was incurred via the website fuckmyfriendsmom.com at the expense of 2,954 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fjellet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,121,540 to 17,124,493.

Attempt (cases 1,658,114 to 1,673,926)

196

EXT-MIZRACHI-01373

In addition, the accused submitted fake subscriptions for the website fuckmyfriendsmom.com in a further 15,813 cases in the period from 4 February 2018 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,458,985.89.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,658,114 to 1,673,926.

### 167. fuckyourmilfhard.com

Completion (cases 17,124,494 to 17,128,768)

The accused operated the website fuckyourmilfhard.com via the bogus merchant Maryar Limited. Using this website, they faked a total of 4,275 subscriptions and charged 20,416 individual monthly transactions to the credit cards of harmed credit card holders in the period from 20 September 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 5,910.33 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 454,372.44** was incurred via the website fuckyourmilfhard.com at the expense of 4,275 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Maryar Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,124,494 to 17,128,768.

Attempt (cases 1,676,761 to 1,686,358)

In addition, the accused submitted a further 9,598 fake subscriptions for the website fuckyourmilfhard.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully

197

obtain a total amount of **EUR 679,209.69.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,676,761 to 1,686,358.

### 168. funhotasianpussy.com

Completion (cases 17,128,769 to 17,130,677)

The accused operated the website funhotasianpussy.com via the bogus merchant Audose Limited. Using this website, they faked a total of 1,909 subscriptions and charged 6,565 individual monthly transactions to the credit cards of victimized credit card holders in the period from 8 November 2017 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 1,911.93 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 185,197.67** was incurred via the website funhotasianpussy.com at the expense of 1,909 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Audose Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,128,769 to 17,130,677.

Attempt (cases 1,689,249 to 1,698,823)

In addition, the accused submitted a further 9,575 fake subscriptions for the website funhotasianpussy.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 667,879.72.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,689,249 to 1,698,823.

### 169. gangbangingmilfs.com

Completion (cases 17,130,678 to 17,134,136)

198

EXT-MIZRACHI-01375

The accused operated the website gangbangingmilfs.com via the bogus merchant Chekou Parks Limited. Using this website, they faked a total of 3,459 subscriptions and charged 13,210 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 August 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,877.63 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 303,841.18** was incurred via the website gangbangingmilfs.com at the expense of 3,459 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Chekou Parks Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,130,678 to 17,134,136.

### Attempt (cases 1,713,962 to 1,721,560)

In addition, the accused submitted a further 7,599 fake subscriptions for the website gangbangingmilfs.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 495,296.09.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,713,962 to 1,721,560.

### 170. grindharderxxx.com

### Completion (cases 17,134,137 to 17,134,334)

The accused operated the website grindharderxxx.com via the bogus merchant Heldige Grain Limited. Using this website, they faked a total of 198 subscriptions and charged 1,094 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 February 2020 to 14 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 2.66 up to a maximum of EUR 1,251.96 were incurred for each fake subscription. In the above-mentioned

199

period, a total loss of EUR 35,574.34 was incurred via the website grindharderxxx.com at the expense of 198 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Heldige Grain Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,134,137 to 17,134,334.

Attempt (cases 1,735,891 to 1,737,047)

In addition, the accused submitted a further 1,157 fake subscriptions for the website grindharderxxx.com in the period from 9 April 2020 to 14 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 50,673.34.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,735,891 to 1,737,047.

**171. grindrough.com**

Completion (cases 17,134,335 to 17,135,089)

The accused operated the website grindrough.com via the bogus merchant D M Click Limited. Using this website, they faked a total of 755 subscriptions and charged 2,959 individual monthly transactions to the credit cards of victimized credit card holders in the period from 14 January 2020 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 16.78 up to a maximum of EUR 2,728.88 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 103,997.38** was incurred via the website grindrough.com at the expense of 755 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for D M Click Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,134,335 to 17,135,089.

Attempt (cases 1,738,427 to 1,743,238)

200

In addition, the accused submitted fake subscriptions for the website grindrough.com in a further 4,812 cases in the period from 11 January 2020 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 231,110.54.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,738,427 to 1,743,238.

## 172. grpbuyer.com

Completion (cases 17,135,090 to 17,137,640)

The accused operated the website grpbuyer.com via the bogus merchant Aceric Limited. Using this website, they faked a total of 2,551 subscriptions and charged 11,622 individual monthly transactions to the credit cards of harmed credit card holders in the period from 17 June 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.87 up to a maximum of EUR 2,481.74 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 267,376.64** was incurred via the website grpbuyer.com at the expense of 2,551 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Aceric Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,135,090 to 17,137,640.

## 173. hardcoreanalsluts.com

Completion (cases 17,137,641 to 17,141,452)

The accused operated the website hardcoreanalsluts.com via the bogus merchant Retrodeo Limited. Using this website, they faked a total of 3,812 subscriptions and charged 20,191 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance

201

EXT-MIZRACHI-01378

with their previously agreed plan of action. Losses of at least EUR 0.84 up to a maximum of **EUR 4,931.36** were incurred for each fake subscription. In the above-mentioned period, a total loss of EUR 488,205.53 was incurred via the website hardcoreanalsluts.com at the expense of 3,812 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Retrodeo Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,137,641 to 17,141,452.

Attempt (cases 1,745,970 to 1,755,588)

In addition, the accused submitted a further 9,619 fake subscriptions for the website hardcoreanalsluts.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 669,970.38.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,745,970 to 1,755,588.

## 174. hardcoreasspounding.com

Completion (cases 17,141,453 to 17,144,117)

The accused operated the website hardcoreasspounding.com via the bogus merchant Stantease Limited. Using this website, they faked a total of 2,665 subscriptions and charged 13,834 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 15 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 5,242.02 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 325,436.17** was incurred via the website hardcoreasspounding.com at the expense of 2,665 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Stantease Limited. The

202

EXT-MIZRACHI-01379

individual cases are listed in the table attached to the Arrest Warrant for cases 17,141,453 to 17,144,117.

Attempt (cases 1,757,436 to 1,763,662)

In addition, the accused submitted a further 6,227 fake subscriptions for the website hardcoreasspounding.com in the period from 7 May 2019 to 15 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 436,603.09.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,757,436 to 1,763,662.

## 175. hardcoredeep.com

Completion (cases 17,144,118 to 17,144,241)

The accused operated the website hardcoredeep.com via the bogus merchant Kaygron Limited. Using this website, they faked a total of 124 subscriptions and charged 398 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 February 2020 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.31 up to a maximum of EUR 773.28 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 14,167.21** was incurred via the website hardcoredeep.com at the expense of 124 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Kaygron Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,144,118 to 17,144,241.

Attempt (cases 1,804,377 to 1,805,112)

In addition, the accused submitted a further 736 fake subscriptions for the website hardcoredeep.com in the period from 9 April 2020 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being

203

EXT-MIZRACHI-01380

paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 30,113.52.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,804,377 to 1,805,112.

## 176. hardcoredickcontrol.com

Completion (cases 17,144,242 to 17,146,560)

The accused operated the website hardcoredickcontrol.com via the bogus merchant Erz Limited. Using this website, they faked a total of 2,319 subscriptions and charged 9,564 individual monthly transactions to the credit cards of harmed credit card holders in the period from 17 June 2016 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 2,840.21 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 230,707.37** was incurred via the website hardcoredickcontrol.com at the expense of 2,319 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Erz Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,144,242 to 17,146,560.

Attempt (cases 1,805,498 to 1,806,808)

In addition, the accused submitted a further 1,311 fake subscriptions for the website hardcoredickcontrol.com in the period from 7 May 2019 to 15 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 117,031.70.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,805,498 to 1,806,808.

## 177. hardcorefingeredandfucked.com

204

<u>Completion (cases 17,146,561 to 17,147,592)</u>

The accused operated the website hardcorefingeredandfucked.com via the bogus merchant Torvi Limited. Using this website, they faked a total of 1,032 subscriptions and charged 4,561 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.91 up to a maximum of EUR 2,756.22 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 120,473.08** was incurred via the website hardcorefingeredandfucked.com at the expense of 1,032 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Torvi Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,146,561 to 17,147,592.

<u>Attempt (cases 1,826,862 to 1,830,036)</u>

In addition, the accused submitted a further 3,175 fake subscriptions for the website hardcorefingeredandfucked.com in the period from 7 May 2019 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 284,453.87.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,826,862 to 1,830,036.

## 178. hardcorehappyendings.com

<u>Completion (cases 17,147,593 to 17,150,707)</u>

The accused operated the website hardcorehappyendings.com via the bogus merchant Meendo Limited/E-Com Limited. Using this website, they faked a total of 3,115 subscriptions and charged 14,217 individual monthly transactions to the credit cards of harmed credit card holders in the period from 19 September 2016 to 18 May 2021 in accordance with their previously agreed plan of action. Losses of at least

205

EXT-MIZRACHI-01382

EUR 1.03 up to a maximum of EUR 23,802.68 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 363,762.72** was incurred via the website hardcorehappyendings.com at the expense of 3,115 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Meendo Limited/E-Com. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,147,593 to 17,150,707.

Attempt (cases 1,837,205 to 1,843,848)

In addition, the accused submitted a further 6,644 fake subscriptions for the website hardcorehappyendings.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 535,919.74.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,837,205 to 1,843,848.

## 179. hardcorekinkysex.com

Completion (cases 17,150,708 to 17,150,922)

The accused operated the website hardcorekinkysex.com via the bogus merchant Daltom Consultancy Limited. Using this website, they faked a total of 215 subscriptions and charged 902 individual monthly transactions to the credit cards of harmed credit card holders in the period from 11 July 2020 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 24.94 up to a maximum of EUR 1,022.26 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 29,392.84** was incurred via the website hardcorekinkysex.com at the expense of 215 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Daltom Consultancy Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,150,708 to 17,150,922.

206

EXT-MIZRACHI-01383

Attempt (cases 1,845,240 to 1,850,101)

In addition, the accused submitted a further 4,862 fake subscriptions for the website
hardcorekinkysex.com in the period from 10 January 2020 to 17 May 2021, which
ultimately did not lead to the credit cards being charged and the amount submitted
not being paid out or received. In this way, the suspects attempted to unlawfully
obtain a total amount of **EUR 254,798.59.** The individual cases are listed in the table
attached to the Arrest Warrant for cases 1,845,240 to 1,850,101.

## 180. hardcorelatinsexytime.com

Completion (cases 17,150,923 to 17,151,561)

The accused operated the website hardcorelatinsexytime.com via the bogus
merchant Eiketreet Holding Limited. Using this website, they faked a total of 639
subscriptions and charged 2,568 individual monthly transactions to the credit cards of
harmed credit card holders in the period from 15 January 2020 to 17 May 2021 in
accordance with their previously agreed plan of action. Losses of at least EUR 0.89
up to a maximum of EUR 2,697.00 were incurred for each fake subscription. In the
above-mentioned period, a total loss of **EUR 93,609.58** was incurred via the website
hardcorelatinsexytime.com at the expense of 639 credit card holders. This amount
was debited from the account of the harmed credit card holder and credited to the
payment service provider's escrow account held for Eiketreet Holding Limited. The
individual cases are listed in the table attached to the Arrest Warrant for cases
17,150,923 to 17,151,561.

Attempt (cases 1,851,423 to 1,856,326)

In addition, the accused submitted a further 4,904 fake subscriptions for the website
hardcorelatinsexytime.com in the period from 11 January 2020 to 17 May 2021,
which ultimately did not lead to the credit cards being charged and the amount
submitted not being paid out or received. In this way, the suspects attempted to

207

EXT-MIZRACHI-01384

unlawfully obtain a total amount of **EUR 226,108.79.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,851,423 to 1,856,326.

### 181. hardcoreloverssex.com

Completion (cases 17,151,562 to 17,153,766)

The accused operated the website hardcoreloverssex.com via the bogus merchant Epilum Limited. Using this website, they faked a total of 2,205 subscriptions and charged 10,409 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 8,840.59 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 258,734.44** was incurred via the website hardcoreloverssex.com at the expense of 2,205 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Epilum Limited The individual cases are listed in the table attached to the Arrest Warrant for cases 17,151,562 to 17,153,766.

Attempt (cases 1,877,778 to 1,883,344)

In addition, the accused submitted a further 5,567 fake subscriptions for the hardcoreloverssex.com website in the period from 7 May 2019 to 14 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 407,615.77.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,877,778 to 1,883,344.

### 182. hardcorepussyrompers.com

Completion (cases 17,153,767 to 17,154,939)

208

EXT-MIZRACHI-01385

The accused operated the website hardcorepussyrompers.com via the bogus merchant Lynmass Limited. Using this website, they faked a total of 1,173 subscriptions and charged 10,023 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 6,752.27 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 244,306.66** was incurred via the website hardcorepussyrompers.com at the expense of 1,173 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Lynmass Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,153,767 to 17,154,939.

Attempt (cases 1,917,424 to 1,920,087)

In addition, the accused submitted a further 2,664 fake subscriptions for the website hardcorepussyrompers.com in the period from 8 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 246,187.04.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,917,424 to 1,920,087.

**183. hardcoresexaction.com**

Completion (cases 17,154,940 to 17,155,119)

The accused operated the website hardcoresexaction.com via the bogus merchant Troyman Limited. Using this website, they faked a total of 180 subscriptions and charged 1,015 individual monthly transactions to the credit cards of victimized credit card holders in the period from 13 February 2020 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.57 up to a maximum of EUR 1,253.87 were incurred for each fake subscription. In the above-mentioned

209

period, a total loss of **EUR 34,617.22** was incurred via the website hardcoresexaction.com at the expense of 180 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Troyman Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,154,940 to 17,155,119.

Attempt (cases 1,941,989 to 1,942,851)

In addition, the accused submitted fake subscriptions for the website hardcoresexaction.com in a further 863 cases in the period from 11 April 2020 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 43,515.25.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,941,989 to 1,942,851.

### 184. hardcoresexkitten.com

Completion (cases 17,155,120 to 17,155,562)

The accused operated the website hardcoresexkitten.com via the bogus merchant Volume Enterprises Limited. Using this website, they faked a total of 443 subscriptions and charged 1,827 individual monthly transactions to the credit cards of victimized credit card holders in the period from 13 February 2020 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.08 up to a maximum of EUR 1,776.82 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 62,190.39** was incurred via the website hardcoresexkitten.com at the expense of 443 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Volume Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,155,120 to 17,155,562.

210

EXT-MIZRACHI-01387

Attempt (cases 1,943,549 to 1,945,769)

In addition, the accused submitted fake subscriptions for the website hardcoresexkitten.com in a further 2,221 cases in the period from 9 April 2020 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 122,804.51.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,943,549 to 1,945,769.

## 185. hardcoresexpantry.com

Completion (cases 17,155,563 to 17,156,894)

The accused operated the website hardcoresexpantry.com via the bogus merchant Sysose Limited/E-Com. Using this website, they faked a total of 1,332 subscriptions and charged 8,244 individual monthly transactions to the credit cards of harmed credit card holders in the period from 19 September 2016 to 11 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.92 up to a maximum of EUR 3,042.77 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 199,593.13** was incurred via the website hardcoresexpantry.com at the expense of 1,332 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Sysose Limited/E-Com. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,155,563 to 17,156,894.

## 186. hardcoresexrodeo.com

Completion (cases 17,156,895 to 17,157,246)

The accused operated the website hardcoresexrodeo.com via the bogus merchant Selskapet Limited. Using this website, they faked a total of 352 subscriptions and

211

EXT-MIZRACHI-01388

charged 1,389 individual monthly transactions to the credit cards of harmed credit card holders in the period from 14 February 2020 to 14 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,094.33 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 45,932.16** was incurred via the website hardcoresexrodeo.com at the expense of 352 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Selskapet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,156,895 to 17,157,246.

Attempt (cases 1,955,091 to 1,957,200)

In addition, the accused submitted a further 2,110 fake subscriptions for the website hardcoresexrodeo.com in the period from 9 April 2020 to 14 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 87,375.70.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,955,091 to 1,957,200.

### 187. hardcoresmutshack.com

Completion (cases 17,157,247 to 17,159,721)

The accused operated the website hardcoresmutshack.com via the bogus merchant Comist Limited. Using this website, they faked a total of 2,475 subscriptions and charged 11,681 individual monthly transactions to the credit cards of harmed credit card holders in the period from 17 June 2016 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.84 up to a maximum of EUR 2,444.12 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 265,294.90** was incurred via the website hardcoresmutshack.com at the expense of 2,475 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the

212

payment service provider's escrow account held for Comist Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,157,247 to 17,159,721.

## Attempt (cases 1,967,833 to 1,969,391)

In addition, the accused submitted fake subscriptions for the website hardcoresmutshack.com in a further 1,559 cases in the period from 13 May 2019 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 140,196.69.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,967,833 to 1,969,391.

## 188. hardcoresweetpussy.com

## Completion (cases 17,159,722 to 17,163,219)

The accused operated the website hardcoresweetpussy.com via the bogus merchant Sunnyport Limited. Using this website, they faked a total of 3,498 subscriptions and charged 16,919 individual monthly transactions to the credit cards of harmed credit card holders in the period from 5 August 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 4,643.06 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 422,833.61** was incurred via the website hardcoresweetpussy.com at the expense of 3,498 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Sunnyport Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,159,722 to 17,163,219.

## Attempt (cases 1,971,397 to 1,978,206)

213

In addition, the accused submitted a further 6,810 fake subscriptions for the website hardcoresweetpussy.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 487,677.17.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,971,397 to 1,978,206.

## 189. hardcoretittytoss.com

Completion (cases 17,163,220 to 17,163,569)

The accused operated the website hardcoretittytoss.com via the bogus merchant Synafront Limited/E-Com. Using this website, they faked a total of 350 subscriptions and charged 1,045 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 February 2020 to 13 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.51 up to a maximum of EUR 931.23 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 37,501.99** was incurred via the website hardcoretittytoss.com at the expense of 350 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Synafront Limited/E-Com. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,163,220 to 17,163,569.

## 190. hardcorevaginabangers.com

Completion (cases 17,163,570 to 17,164,652)

The accused operated the website hardcorevaginabangers.com via the bogus merchant Sidigled Limited. Using this website, they faked a total of 1,083 subscriptions and charged 5,321 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 14 May 2021 in

214

EXT-MIZRACHI-01391

accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,128.78 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 128,806.83** was incurred via the website hardcorevaginabangers.com at the expense of 1,083 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Sidigled Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,163,570 to 17,164,652.

Attempt (cases 1,981,781 to 1,985,000)

In addition, the accused submitted a further 3,220 fake subscriptions for the website hardcorevaginabangers.com in the period from 7 May 2019 to 14 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 279,086.82.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,981,781 to 1,985,000.

## 191. hardcorexxxcocks.com

Completion (cases 17,164,653 to 17,168,902)

The accused operated the website hardcorexxxcocks.com via the bogus merchant Maryar Limited. Using this website, they faked a total of 4,250 subscriptions and charged 19,710 individual monthly transactions to the credit cards of harmed credit card holders in the period from 20 September 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 4,629.60 were incurred for each fake subscription. In the above-mentioned period, a total loss of EUR 468,538.42 was incurred via the website hardcorexxxcocks.com at the expense of 4,250 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Maryar Limited. The individual

215

EXT-MIZRACHI-01392

cases are listed in the table attached to the Arrest Warrant for cases 17,164,653 to 17,168,902.

Attempt (cases 1,992,142 to 2,001,759)

In addition, the accused submitted a further 9,618 fake subscriptions for the website hardcorexxxcocks.com in the period from 7 May 2019 to 15 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 689,691.56.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,992,142 to 2,001,759.

**192. hardcorexxxdreams.com**

Completion (cases 17,168,903 to 17,170,059)

The accused operated the website hardcorexxxdreams.com via the bogus merchant Troyman Limited. Using this website, they faked a total of 1,157 subscriptions and charged 7,718 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,947.12 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 212,330.99** was incurred via the website hardcorexxxdreams.com at the expense of 1,157 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Troyman Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,168,903 to 17,170,059.

Attempt (cases 2,002,435 to 2,004,558)

In addition, the accused submitted a further 2,124 fake subscriptions for the website hardcorexxxdreams.com in the period from 7 May 2019 to 17 May 2021, which

216

ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 210,556.38.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,002,435 to 2,004,558.

### 193. hardcorexxxparty.com

Completion (cases 17,170,060 to 17,172,943)

The accused operated the website hardcorexxxparty.com via the bogus merchant Skyism Limited. Using this website, they faked a total of 2,884 subscriptions and charged 15,568 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.84 up to a maximum of EUR 4,605.73 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 378,581.86** was incurred via the website hardcorexxxparty.com at the expense of 2,884 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Skyism Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,170,060 to 17,172,943.

### 194. helppaymentperiod.com

Completion (cases 17,172,944 to 17,176,628)

The accused operated the website helppaymentperiod.com via the bogus merchant Acewell Creations Limited. Using this website, they faked a total of 3,685 subscriptions and charged 14,735 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 August 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,545.50 were incurred for each fake subscription. In the

217

above-mentioned period, a total loss of **EUR 354,237.47** was incurred via the website helppaymentperiod.com at the expense of 3,685 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Acewell Creations Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,172,944 to 17,176,628.

## 195. hentaisexhunt.com

Completion (cases 17,176,629 to 17,176,943)

The accused operated the website hentaisexhunt.com via the bogus merchant Sasquatch Enterprises Limited. Using this website, they faked a total of 315 subscriptions and charged 1,163 individual monthly transactions to the credit cards of victimized credit card holders in the period from 13 February 2020 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.71 up to a maximum of EUR 960.68 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 40,627.48** was incurred via the website hentaisexhunt.com at the expense of 315 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Sasquatch Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,176,629 to 17,176,943.

Attempt (cases 2,035,696 to 2,037,554)

In addition, the accused submitted fake subscriptions for the website hentaisexhunt.com in a further 1,859 cases in the period from 9 April 2020 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 80,398.02.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,035,696 to 2,037,554.

218

**196. hepopsthecherry.com**

Completion (cases 17,176,944 to 17,177,134)

The accused operated the website hepopsthecherry.com via the bogus merchant F T R Creations Limited. Using this website, they faked a total of 191 subscriptions and charged 1,031 individual monthly transactions to the credit cards of victimized credit card holders in the period from 14 February 2020 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 2.15 up to a maximum of EUR 2,519.52 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 34,613.85** was incurred via the website hepopsthecherry.com at the expense of 191 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for F T R Creations Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,176,944 to 17,177,134.

Attempt (cases 2,037,854 to 2,038,854)

In addition, the accused submitted fake subscriptions for the website hepopsthecherry.com in a further 1,001 cases in the period from 10 April 2020 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 46,911.11.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,037,854 to 2,038,854.

**197. hititinthebackfromablack.com**

Completion (cases 17,177,135 to 17,177,452)

The accused operated the website hititinthebackfromablack.com via the bogus merchant Woodstrip Enterprises Limited. Using this website, they faked a total of 318

219

EXT-MIZRACHI-01396

subscriptions and charged 1,096 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 February 2020 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.35 up to a maximum of EUR 1,026.60 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 38,473.33** was incurred via the website hititinthebackfromablack.com at the expense of 318 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Woodstrip Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,177,135 to 17,177,452.

Attempt (cases 2,039,404 to 2,041,320)

In addition, the accused submitted a further 1,917 fake subscriptions for the website hititinthebackfromablack.com in the period from 8 April 2020 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 79,467.77.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,039,404 to 2,041,320.

**198. hlpdskacc.com**

Completion (cases 17,177,453 to 17,177,732)

The accused operated the website hlpdskacc.com via the bogus merchant Atb Atalantis Technologies Limited. Using this website, they faked a total of 280 subscriptions and charged 760 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 February 2020 to 12 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.77 up to a maximum of EUR 710.76 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 27,079.04** was incurred via the website hlpdskacc.com at the expense of 280 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment

220

EXT-MIZRACHI-01397

service provider's escrow account held for Atb Atalantis Technologies Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,177,453 to 17,177,732.

### 199. hornylatinlovers.com

Completion (cases 17,177,733 to 17,180,603)

The accused operated the website hornylatinlovers.com via the bogus merchant Volume Enterprises Limited. Using this website, they faked a total of 2,871 subscriptions and charged 14,469 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 December 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 4,286.46 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 344,684.25** was incurred via the website hornylatinlovers.com at the expense of 2,871 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Volume Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,177,733 to 17,180,603.

### 200. hornymilfestival.com

Completion (cases 17,180,604 to 17,180,953)

The accused operated the website hornymilfestival.com via the bogus merchant Chimera Creations Limited/E-Com Limited. Using this website, they faked a total of 350 subscriptions and charged 1,219 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 February 2020 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.91 up to a maximum of EUR 1,082.47 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 42,507.00** was incurred via the website hornymilfestival.com at the expense of 350 credit card

221

holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Chimera Creations Limited/E-Com Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,180,604 to 17,180,953.

Attempt (cases 2,050,656 to 2,052,664)

In addition, the accused submitted a further 2,009 fake subscriptions for the website hornymilfestival.com in the period from 8 April 2020 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 85,698.01.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,050,656 to 2,052,664.

## 201. hornynaughtyebony.com

Completion (cases 17,180,954 to 17,181,254)

The accused operated the website hornynaughtyebony.com via the bogus merchant Animent Limited. Using this website, they faked a total of 301 subscriptions and charged 838 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 February 2020 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.52 up to a maximum of EUR 799.20 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 29,527.35** was incurred via the website hornynaughtyebony.com at the expense of 301 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Animent Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,180,954 to 17,181,254.

Attempt (cases 2,053,196 to 2,055,040)

222

EXT-MIZRACHI-01399

In addition, the accused submitted a further 1,845 fake subscriptions for the website hornynaughtyebony.com in the period from 9 April 2020 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 80,677.21.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,053,196 to 2,055,040.

### 202. hornyschoolgrls.com

Completion (cases 17,181,255 to 17,183,145)

The accused operated the website hornyschoolgrls.com via the bogus merchant Buslaw Ventures Limited. Using this website, they faked a total of 1,891 subscriptions and charged 8,835 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 3,438.63 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 270,218.33** was incurred via the website hornyschoolgrls.com at the expense of 1,891 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Buslaw Ventures Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,181,255 to 17,183,145.

Attempt (cases 2,058,424 to 2,061,931)

In addition, the accused submitted a further 3,508 fake subscriptions for the website hornyschoolgrls.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 292,069.17.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,058,424 to 2,061,931.

223

### 203. hotblacklusts.com

Completion (cases 17,183,146 to 17,186,317)

The accused operated the website hotblacklusts.com via the bogus merchant Emimar Services Limited. Using this website, they faked a total of 3,172 subscriptions and charged 17,324 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 5,200.65 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 411,843.27** was incurred via the website hotblacklusts.com at the expense of 3,172 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Emimar Services Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,183,146 to 17,186,317.

Attempt (cases 2,083,278 to 2,090,134)

In addition, the accused submitted a further 6,857 fake subscriptions for the website hotblacklusts.com in the period from 7 May 2019 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 471,940.07.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,083,278 to 2,090,134.

### 204. hotmycsacct.com

Completion (cases 17,186,318 to 17,190,195)

The accused operated the website hotmycsacct.com via the bogus merchant Outity Limited. Using this website, they faked a total of 3,878 subscriptions and charged

224

EXT-MIZRACHI-01401

18,174 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.84 up to a maximum of EUR 2,316.01 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 427,190.38** was incurred via the website hotmycsacct.com at the expense of 3,878 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Outity Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,186,318 to 17,190,195.

### 205. hotsteamyamateur.com

Completion (cases 17,190,196 to 17,193,001)

The accused operated the website hotsteamyamateur.com via the bogus merchant Hopstand Limited. Using this website, they faked a total of 2,806 subscriptions and charged 9,349 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 November 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,594.32 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 246,844.67** was incurred via the website hotsteamyamateur.com at the expense of 2,806 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Hopstand Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,190,196 to 17,193,001.

Attempt (cases 2,116,875 to 2,132,572)

In addition, the accused submitted a further 15,698 fake subscriptions for the website hotsteamyamateur.com in the period from 3 February 2018 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully

225

obtain a total amount of **EUR 1,425,778.97.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,116,875 to 2,132,572.

### 206. hottieblackchicks.com

Completion (cases 17,193,002 to 17,193,711)

The accused operated the website hottieblackchicks.com via the bogus merchant Staende Alus Limited. Using this website, they faked a total of 710 subscriptions and charged 3,020 individual monthly transactions to the credit cards of harmed credit card holders in the period from 14 January 2020 to 18 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.76 up to a maximum of EUR 2,005.12 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 105,593.89** was incurred via the website hottieblackchicks.com at the expense of 710 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Staende Alus Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,193,002 to 17,193,711.

Attempt (cases 2,133,813 to 2,138,435)

In addition, the accused submitted a further 4,623 fake subscriptions for the website hottieblackchicks.com in the period from 11 January 2020 to 18 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 251,834.19.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,133,813 to 2,138,435.

### 207. hottielesbian.com

Completion (cases 17,193,712 to 17,196,716)

226

The accused operated the website hottielesbian.com via the bogus merchant Harsloan Limited. Using this website, they faked a total of 3,005 subscriptions and charged 10,571 individual monthly transactions to the credit cards of harmed credit card holders in the period from 2 November 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,492.92 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 273,882.56** was incurred via the website hottielesbian.com at the expense of 3,005 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Harsloan Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,193,712 to 17,196,716.

Attempt (cases 2,143,554 to 2,159,101)

In addition, the accused submitted a further 15,548 fake subscriptions for the website hottielesbian.com in the period from 2 November 2017 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,487,957.68.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,143,554 to 2,159,101.

**208. icodesdepot.com**

Completion (cases 17,196,717 to 17,200,342)

The accused operated the website icodesdepot.com via the bogus merchant Protofy Limited. Using this website, they faked a total of 3,626 subscriptions and charged 14,598 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 August 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,323.54 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 347,466.51** was incurred via the website icodesdepot.com

227

at the expense of 3,626 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Protofy Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,196,717 to 17,200,342.

### 209. idreamoflatinsexporn.com

Completion (cases 17,200,343 to 17,202,421)

The accused operated the website idreamoflatinsexporn.com via the bogus merchant Passage Controls Limited. Using this website, they faked a total of 2,079 subscriptions and charged 8,854 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.87 up to a maximum of EUR 2,939.07 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 230,196.73** was incurred via the website idreamoflatinsexporn.com at the expense of 2,079 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Passage Controls Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,200,343 to 17,202,421.

Attempt (cases 2,160,645 to 2,166,034)

In addition, the accused submitted a further 5,390 fake subscriptions for the idreamoflatinsexporn.com website in the period from 7 May 2019 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 342,088.00.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,160,645 to 2,166,034.

### 210. incomebill.com

228

EXT-MIZRACHI-01405

<u>Completion (cases 17,202,422 to 17,203,782)</u>

The accused operated the website incomebill.com via the bogus merchant Sysose Limited. Using this website, they faked a total of 1,361 subscriptions and charged 10,025 individual monthly transactions to the credit cards of harmed credit card holders in the period from 19 September 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.15 up to a maximum of EUR 3,041.92 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 202,912.89** was incurred via the website incomebill.com at the expense of 1,361 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Sysose Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,202,422 to 17,203,782.

## 211. ineedasexymother.com

<u>Completion (cases 17,203,783 to 17,208,344)</u>

The accused operated the website ineedasexymother.com via the bogus merchant Davsop Limited. Using this website, they faked a total of 4,562 subscriptions and charged 18,381 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 May 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,901.83 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 369,031.25** was incurred via the website ineedasexymother.com at the expense of 4,562 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Davsop Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,203,783 to 17,208,344.

<u>Attempt (cases 2,168,426 to 2,176,103)</u>

229

EXT-MIZRACHI-01406

In addition, the accused submitted a further 7,678 fake subscriptions for the website ineedasexymother.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 502,515.74.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,168,426 to 2,176,103.

## 212. invoicedpt.com

Completion (cases 17,208,345 to 17,208,543)

The accused operated the website invoicedpt.com via the bogus merchant Gately Limited. Using this website, they faked a total of 199 subscriptions and charged 1,172 individual monthly transactions to the credit cards of harmed credit card holders in the period from 14 February 2020 to 15 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.92 up to a maximum of EUR 1,473.44 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 37,896.02** was incurred via the website invoicedpt.com at the expense of 199 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Gately Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,208,345 to 17,208,543.

## 213. itbuycrew.com

Completion (cases 17,208,544 to 17,212,603)

The accused operated the website itbuycrew.com via the bogus merchant Matjar Pillar Limited. Using this website, they faked a total of 4,060 subscriptions and charged 15,571 individual monthly transactions to the credit cards of victimized credit card holders in the period from 16 August 2016 to 16 May 2021 in accordance with

230

their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,089.36 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 305,638.57** was incurred via the website itbuycrew.com at the expense of 4,060 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Matjar Pillar Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,208,544 to 17,212,603.

### 214. juicyanalsluts.com

Completion (cases 17,212,604 to 17,215,716)

The accused operated the website juicyanalsluts.com via the bogus merchant Synafront Limited. Using this website, they faked a total of 3,113 subscriptions and charged 15,607 individual monthly transactions to the credit cards of harmed credit card holders in the period from 19 September 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 5,679.41 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 362,892.32** was incurred via the website juicyanalsluts.com at the expense of 3,113 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Synafront Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,212,604 to 17,215,716.

Attempt (cases 2,193,890 to 2,200,626)

In addition, the accused submitted a further 6,737 fake subscriptions for the website juicyanalsluts.com in the period from 7 May 2019 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 527,128.77.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,193,890 to 2,200,626.

231

EXT-MIZRACHI-01408

**215. juicymilfpussy.com**

Completion (cases 17,215,717 to 17,218,729)

The accused operated the website juicymilfpussy.com via the bogus merchant Wilhel Limited. Using this website, they faked a total of 3,013 subscriptions and charged 15,713 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 December 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.91 up to a maximum of EUR 8,502.08 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 382,907.80** was incurred via the website juicymilfpussy.com at the expense of 3,013 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Wilhel Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,215,717 to 17,218,729.

Attempt (cases 2,223,139 to 2,230,803)

In addition, the accused submitted a further 7,665 fake subscriptions for the juicymilfpussy.com website in the period from 7 May 2019 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 584,831.93.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,223,139 to 2,230,803.

**216. kartaproval.com**

Completion (cases 17,218,730 to 17,223,061)

232

The accused operated the website kartaproval.com via the bogus merchant Chimera Creations Limited. Using this website, they faked a total of 4,332 subscriptions and charged 21,827 individual monthly transactions to the credit cards of harmed credit card holders in the period from 20 September 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 4,676.69 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 477,264.04** was incurred via the website kartaproval.com at the expense of 4,332 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Chimera Creations Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,218,730 to 17,223,061.

## 217. kartfeedeal.com

Completion (cases 17,223,062 to 17,227,425)

The accused operated the website kartfeedeal.com via the bogus merchant Jtr Clicker Limited. Using this website, they faked a total of 4,364 subscriptions and charged 19,784 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 August 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 3,488.91 were incurred for each fake subscription. In the above-mentioned period, a total loss of EUR 450,445.02 was incurred via the website kartfeedeal.com at the expense of 4,364 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Jtr Clicker Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,223,062 to 17,227,425.

## 218. kashprofit.com

Completion (cases 17,227,426 to 17,229,667)

233

The accused operated the website kashprofit.com via the bogus merchant Thewal North Limited. Using this website, they faked a total of 2,242 subscriptions and charged 8,995 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 2,242.57 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 240,042.14** was incurred via the website kashprofit.com at the expense of 2,242 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Thewal North Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,227,426 to 17,229,667.

### 219. keyfeecollector.com

Completion (cases 17,229,668 to 17,231,859)

The accused operated the website keyfeecollector.com via the bogus merchant Vimbu Limited. Using this website, they faked a total of 2,192 subscriptions and charged 10,577 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 14,693.52 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 258,004.42** was incurred via the website keyfeecollector.com at the expense of 2,192 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Vimbu Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,229,668 to 17,231,859.

### 220. keypayaccount.com

234

EXT-MIZRACHI-01411

<u>Completion (cases 17,231,860 to 17,234,763)</u>

The accused operated the website keypayaccount.com via the bogus merchant Marnor Enterprises Limited. Using this website, they faked a total of 2,904 subscriptions and charged 10,061 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 February 2018 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,005.45 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 272,276.17** was incurred via the website keypayaccount.com at the expense of 2,904 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Marnor Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,231,860 to 17,234,763.

## 221. kissamateurkitten.com

<u>Completion (cases 17,234,764 to 17,237,611)</u>

The accused operated the website kissamateurkitten.com via the bogus merchant Woodstrip Enterprises Limited. Using this website, they faked a total of 2,848 subscriptions and charged 9,056 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 February 2018 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,792.88 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 242,126.33** was incurred via the website kissamateurkitten.com at the expense of 2,848 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Woodstrip Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,234,764 to 17,237,611.

235

EXT-MIZRACHI-01412

Attempt (cases 2,237,152 to 2,252,600)

In addition, the accused submitted a further 15,449 fake subscriptions for the website kissamateurkitten.com in the period from 2 February 2018 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,478,156.25.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,237,152 to 2,252,600.

### 222. ladiesofxxxasia.com

Completion (cases 17,237,612 to 17,241,223)

The accused operated the website ladiesofxxxasia.com via the bogus merchant Corer Limited. Using this website, they faked a total of 3,612 subscriptions and charged 15,093 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 August 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,235.52 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 338,380.00** was incurred via the website ladiesofxxxasia.com at the expense of 3,612 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Corer Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,237,612 to 17,241,223.

Attempt (cases 2,263,871 to 2,271,525)

In addition, the accused submitted a further 7,655 fake subscriptions for the website ladiesofxxxasia.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total

236

EXT-MIZRACHI-01413

amount of **EUR 496,921.19.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,263,871 to 2,271,525.

### 223. ladyonladyaction.com

Completion (cases 17,241,224 to 17,244,083)

The accused operated the website ladyonladyaction.com via the bogus merchant Whitsers Limited. Using this website, they faked a total of 2,860 subscriptions and charged 15,264 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 4,662.72 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 339,156.61** was incurred via the website ladyonladyaction.com at the expense of 2,860 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Whitsers Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,241,224 to 17,244,083.

Attempt (cases 2,276,414 to 2,283,188)

In addition, the accused submitted a further 6,775 fake subscriptions for the website ladyonladyaction.com in the period from 7 May 2019 to 13 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 532,144.82.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,276,414 to 2,283,188.

### 224. lasciviouslatinwoman.com

Completion (cases 17,244,084 to 17,247,152)

237

The accused operated the website lasciviouslatinwoman.com via the bogus merchant Harsloan Limited. Using this website, they faked a total of 3,069 subscriptions and charged 10,301 individual monthly transactions to the credit cards of victimized credit card holders in the period from 2 November 2017 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,490.12 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 252,000.83** was incurred via the website lasciviouslatinwoman.com at the expense of 3,069 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Harsloan Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,244,084 to 17,247,152.

Attempt (cases 2,288,409 to 2,304,151)

In addition, the accused submitted fake subscriptions for the website lasciviouslatinwoman.com in a further 15,743 cases in the period from 6 February 2018 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,489,854.38.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,288,409 to 2,304,151.

## 225. latinacocktease.com

Completion (cases 17,247,153 to 17,247,297)

The accused operated the website latinacocktease.com via the bogus merchant Torvi Limited. Using this website, they faked a total of 145 subscriptions and charged 537 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 February 2020 to 14 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.23 up to a maximum of EUR 854.45

238

EXT-MIZRACHI-01415

were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 18,497.93** was incurred via the website latinacocktease.com at the expense of 145 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Torvi Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,247,153 to 17,247,297.

Attempt (cases 2,304,425 to 2,305,414)

In addition, the accused submitted a further 990 fake subscriptions for the latinacocktease.com website in the period from 10 April 2020 to 14 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 35,002.17.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,304,425 to 2,305,414.

## 226. latinacougarsmakemecum.com

Completion (cases 17,247,298 to 17,249,765)

The accused operated the website latinacougarsmakemecum.com via the bogus merchant Afice Limited. Using this website, they faked a total of 2,468 subscriptions and charged 12,921 individual monthly transactions to the credit cards of harmed credit card holders in the period from 17 June 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 2,214.89 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 242,122.13** was incurred via the website latinacougarsmakemecum.com at the expense of 2,468 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Afice Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,247,298 to 17,249,765.

239

Attempt (cases 2,305,893 to 2,307,422)

In addition, the accused submitted a further 1,530 fake subscriptions for the website latinacougarsmakemecum.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 136,131.47.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,305,893 to 2,307,422.

### 227. latinaquickiepussylicking.com

Completion (cases 17,249,766 to 17,251,946)

The accused operated the website latinaquickiepussylicking.com via the bogus merchant Forter Limited. Using this website, they faked a total of 2,181 subscriptions and charged 10,656 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 15 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 7,447.47 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 271,489.42** was incurred via the website latinaquickiepussylicking.com at the expense of 2,181 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Forter Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,249,766 to 17,251,946.

Attempt (cases 2,316,369 to 2,321,780)

In addition, the accused submitted a further 5,412 fake subscriptions for the website latinaquickiepussylicking.com in the period from 8 May 2019 to 15 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully

240

obtain a total amount of **EUR 397,848.97.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,316,369 to 2,321,780.

### 228. latinaswholovecock.com

Completion (cases 17,251,947 to 17,256,360)

The accused operated the website latinaswholovecock.com via the bogus merchant Avandu Limited. Using this website, they faked a total of 4,414 subscriptions and charged 20,841 individual monthly transactions to the credit cards of harmed credit card holders in the period from 20 September 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.84 up to a maximum of EUR 3,982.49 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 489,435.33** was incurred via the website latinaswholovecock.com at the expense of 4,414 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Avandu Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,251,947 to 17,256,360.

Attempt (cases 2,330,349 to 2,340,058)

In addition, the accused submitted a further 9,710 fake subscriptions for the website latinaswholovecock.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 692,047.88.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,330,349 to 2,340,058.

### 229. latinaswithsmalltits.com

Completion (cases 17,256,361 to 17,258,898)

241

The accused operated the website latinaswithsmalltits.com via the bogus merchant Zrp Limited. Using this website, they faked a total of 2,538 subscriptions and charged 10,594 individual monthly transactions to the credit cards of harmed credit card holders in the period from 19 June 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.93 up to a maximum of EUR 6,277.77 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 287,976.1**0 was incurred via the website latinaswithsmalltits.com at the expense of 2,538 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Zrp Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,256,361 to 17,258,898.

Attempt (cases 2,341,649 to 2,347,095)

In addition, the accused submitted a further 5,447 fake subscriptions for the website latinaswithsmalltits.com in the period from 8 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 382,647.61.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,341,649 to 2,347,095.

**230. latinbigjuggs.com**

Completion (cases 17,258,899 to 17,263,177)

The accused operated the website latinbigjuggs.com via the bogus merchant Aurescent Limited/E-Com. Using this website, they faked a total of 4,279 subscriptions and charged 18,280 individual monthly transactions to the credit cards of victimized credit card holders in the period from 20 September 2016 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 5,423.25 were incurred for each fake

242

subscription. In the above-mentioned period, a total loss of **EUR 449,070.74** was incurred via the website latinbigjuggs.com at the expense of 4,279 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Aurescent Limited/E-Com. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,258,899 to 17,263,177.

Attempt (cases 2,358,622 to 2,368,364)

In addition, the accused submitted a further 9,743 fake subscriptions for the website latinbigjuggs.com in the period from 7 May 2019 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 704,480.79.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,358,622 to 2,368,364.

## 231. Latincockfest.com

Completion (cases 17,263,178 to 17,263,558)

The accused operated the website latincockfest.com via the bogus merchant Cransen Limited. Using this website, they faked a total of 381 subscriptions and charged 3,945 individual monthly transactions to the credit cards of victimized credit card holders in the period from 26 September 2018 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.11 up to a maximum of EUR 4,422.40 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 86,109.50** was incurred via the website latincockfest.com at the expense of 381 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Cransen Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,263,178 to 17,263,558.

243

EXT-MIZRACHI-01420

**232. latinexoticbeauties.com**

Completion (cases 17,263,559 to 17,266,997)

The accused operated the website latinexoticbeauties.com via the bogus merchant Fieldspring Designs Limited. Using this website, they faked a total of 3,439 subscriptions and charged 15,896 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 May 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,484.08 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 223,416.50** was incurred via the website latinexoticbeauties.com at the expense of 3,439 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fieldspring Designs Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,263,559 to 17,266,997.

Attempt (cases 2,391,387 to 2,399,187)

In addition, the accused submitted a further 7,801 fake subscriptions for the website latinexoticbeauties.com in the period from 7 May 2019 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 505,374.85.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,391,387 to 2,399,187.

**233. latinfingerbanger.com**

Completion (cases 17,266,998 to 17,270,848)

The accused operated the website latinfingerbanger.com via the bogus merchant Robbuc Limited. Using this website, they faked a total of 3,851 subscriptions and charged 19,762 individual monthly transactions to the credit cards of harmed credit

244

card holders in the period from 23 December 2017 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.84 up to a maximum of EUR 4,194.78 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 472,333.80** was incurred via the website latinfingerbanger.com at the expense of 3,851 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Robbuc Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,266,998 to 17,270,848.

### 234. latinhandjobs.com

Completion (cases 17,270,849 to 17,273,123)

The accused operated the website latinhandjobs.com via the bogus merchant Pixojo Limited. Using this website, they faked a total of 2,275 subscriptions and charged 10,315 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,605.25 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 266,886.86** was incurred via the website latinhandjobs.com at the expense of 2,275 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Pixojo Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,270,849 to 17,273,123.

Attempt (cases 2,423,023 to 2,428,237)

In addition, the accused submitted a further 5,215 fake subscriptions for the website latinhandjobs.com in the period from 8 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total

245

amount of **EUR 328,462.85.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,423,023 to 2,428,237.

### 235. latinhoopdiehoops.com

Completion (cases 17,273,124 to 17,275,567)

The accused operated the website latinhoopdiehoops.com via the bogus merchant Vannetklart Limited. Using this website, they faked a total of 2,444 subscriptions and charged 10,740 individual monthly transactions to the credit cards of harmed credit card holders in the period from 17 June 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 5,141.72 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 274,274.67** was incurred via the website latinhoopdiehoops.com at the expense of 2,444 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Vannetklart Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,273,124 to 17,275,567.

Attempt (cases 2,441,957 to 2,447,363)

In addition, the accused submitted a further 5,407 fake subscriptions for the website latinhoopdiehoops.com in the period from 7 May 2019 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 335,715.55.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,441,957 to 2,447,363.

### 236. latinladyhumps.com

Completion (cases 17,275,568 to 17,275,828)

246

The accused operated the website latinladyhumps.com via the bogus merchant Buslaw Ventures Limited. Using this website, they faked a total of 261 subscriptions and charged 1,124 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 February 2020 to 18 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.99 up to a maximum of EUR 2,761.13 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 38,043.30** was incurred via the website latinladyhumps.com at the expense of 261 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Buslaw Ventures Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,275,568 to 17,275,828.

Attempt (cases 2,447,753 to 2,448,935)

In addition, the accused submitted a further 1,183 fake subscriptions for the website latinladyhumps.com in the period from 9 April 2020 to 18 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 69,422.72.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,447,753 to 2,448,935.

**237. latinlascivioussex.com**

Completion (cases 17,275,829 to 17,276,562)

The accused operated the website latinlascivioussex.com via the bogus merchant Hafjam Limited. Using this website, they faked a total of 734 subscriptions and charged 2,364 individual monthly transactions to the credit cards of harmed credit card holders in the period from 15 January 2020 to 14 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 26.09 up to a maximum of EUR 2,006.01 were incurred for each fake subscription. In the above-mentioned

247

EXT-MIZRACHI-01424

period, a total loss of **EUR 85,124.49** was incurred via the website latinlascivioussex.com at the expense of 734 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Hafjam Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,275,829 to 17,276,562.

Attempt (cases 2,471,230 to 2,475,976)

In addition, the accused submitted a further 4,747 fake subscriptions for the website latinlascivioussex.com in the period from 11 January 2020 to 14 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 216,745.04.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,471,230 to 2,475,976.

## 238. latinlollipops.com

Completion (cases 17,276,563 to 17,276,879)

The accused operated the website latinlollipops.com via the bogus merchant Colize Limited. Using this website, they faked a total of 317 subscriptions and charged 1,038 individual monthly transactions to the credit cards of victimized credit card holders in the period from 14 February 2020 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.25 up to a maximum of EUR 1,191.63 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 38,331.38** was incurred via the website latinlollipops.com at the expense of 317 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Colize Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,276,563 to 17,276,879.

Attempt (cases 2,476,539 to 2,478,332)

248

EXT-MIZRACHI-01425

In addition, the accused submitted fake subscriptions for the website latinlollipops.com in a further 1,794 cases in the period from 8 April 2020 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 80,619.19.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,476,539 to 2,478,332.

### 239. latinlovescock.com

Completion (cases 17,276,880 to 17,277,844)

The accused operated the website latinlovescock.com via the bogus merchant Hydrovee Limited. Using this website, they faked a total of 965 subscriptions and charged 3,564 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.87 up to a maximum of EUR 2,240.42 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 105,272.12** was incurred via the website latinlovescock.com at the expense of 965 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Hydrovee Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,276,880 to 17,277,844.

Attempt (cases 2,479,217 to 2,482,061)

In addition, the accused submitted a further 2,845 fake subscriptions for the website latinlovescock.com in the period from 7 May 2019 to 15 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 233,000.65.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,479,217 to 2,482,061.

249

EXT-MIZRACHI-01426

**240. latinporntown.com**

Completion (cases 17,277,845 to 17,280,807)

The accused operated the website latinporntown.com via the bogus merchant S.F Jones Limited. Using this website, they faked a total of 2,963 subscriptions and charged 10,068 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 November 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,936.52 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 271,963.72** was incurred via the website latinporntown.com at the expense of 2,963 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for S.F Jones Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,277,845 to 17,280,807.

Attempt (cases 2,497,635 to 2,513,389)

In addition, the accused submitted a further 15,755 fake subscriptions for the website latinporntown.com in the period from 2 February 2018 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,458,257.23.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,497,635 to 2,513,389.

**241. latinsalsacock.com**

Completion (cases 17,280,808 to 17,284,550)

250

EXT-MIZRACHI-01427

The accused operated the website latinsalsacock.com via the bogus merchant Smitbee Limited. Using this website, they faked a total of 3,743 subscriptions and charged 17,538 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 4,450.48 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 425,049.71** was incurred via the website latinsalsacock.com at the expense of 3,743 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Smitbee Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,280,808 to 17,284,550.

Attempt (cases 2,528,024 to 2,537,486)

In addition, the accused submitted a further 9,463 fake subscriptions for the website latinsalsacock.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 658,119.46.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,528,024 to 2,537,486.

## 242. latinsexyblowjobs.com

Completion (cases 17,284,551 to 17,288,144)

The accused operated the website latinsexyblowjobs.com via the bogus merchant Corer Limited. Using this website, they faked a total of 3,594 subscriptions and charged 15,801 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 August 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 3,403.33 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 345,094.74** was incurred via the website

251

latinsexyblowjobs.com at the expense of 3,594 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Corer Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,284,551 to 17,288,144.

## 243. latinsexynights.com

Completion (cases 17,288,145 to 17,290,539)

The accused operated the website latinsexynights.com via the bogus merchant Slipmatt Lock Limited. Using this website, they faked a total of 2,395 subscriptions and charged 10,218 individual monthly transactions to the credit cards of harmed credit card holders in the period from 17 June 2016 to 15 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 2,109.36 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 228,856.00** was incurred via the website latinsexynights.com at the expense of 2,395 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Slipmatt Lock Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,288,145 to 17,290,539.

Attempt (cases 2,550,292 to 2,551,641)

In addition, the accused submitted a further 1,350 fake subscriptions for the website latinsexynights.com in the period from 9 May 2019 to 15 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 123,731.99.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,550,292 to 2,551,641.

252

EXT-MIZRACHI-01429

**244. latinshavedpussy.com**

Completion (cases 17,290,540 to 17,291,177)

The accused operated the website latinshavedpussy.com via the bogus merchant Fjaer Services Limited. Using this website, they faked a total of 638 subscriptions and charged 2,676 individual monthly transactions to the credit cards of harmed credit card holders in the period from 14 January 2020 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 26.07 up to a maximum of EUR 2,481.24 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 94,497.09** was incurred via the website latinshavedpussy.com at the expense of 638 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fjaer Services Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,290,540 to 17,291,177.

Attempt (cases 2,552,891 to 2,557,733)

In addition, the accused submitted a further 4,843 fake subscriptions for the website latinshavedpussy.com in the period from 11 January 2020 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 209,693.00.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,552,891 to 2,557,733.

**245. latinslicklollipop.com**

Completion (cases 17,291,178 to 17,292,271)

The accused operated the latinslicklollipop.com via the bogus merchant Oversettelse Limited. Using this website, they faked a total of 1,094 subscriptions and charged 5,528 individual monthly transactions to the credit cards of harmed credit card

253

holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,697.00 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 149,931.15** was incurred via the website latinslicklollipop.com at the expense of 1,094 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Oversettelse Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,291,178 to 17,292,271.

Attempt (cases 2,558,676 to 2,562,035)

In addition, the accused submitted a further 3,360 fake subscriptions for the website latinslicklollipop.com in the period from 8 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 289,743.66.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,558,676 to 2,562,035.

## 246. latinslove.com

Completion (cases 17,292,272 to 17,292,585)

The accused operated the website latinslove.com via the bogus merchant Paraliar Limited. Using this website, they faked a total of 314 subscriptions and charged 1,042 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 February 2020 to 15 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 2.88 up to a maximum of EUR 1,892.93 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 37,854.60** was incurred via the website latinslove.com at the expense of 314 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow

254

EXT-MIZRACHI-01431

account held for Paraliar Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,292,272 to 17,292,585.

Attempt (cases 2,562,599 to 2,564,487)

In addition, the accused submitted a further 1,889 fake subscriptions for the latinslove.com website in the period from 8 April 2020 to 15 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 83,304.32.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,562,599 to 2,564,487.

## 247. latinsoftporn.com

Completion (cases 17,292,586 to 17,295,694)

The accused operated the website latinsoftporn.com via the bogus merchant Oppgradering Solutions Limited. Using this website, they faked a total of 3,109 subscriptions and charged 12,982 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,376.40 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 317,669.34** was incurred via the website latinsoftporn.com at the expense of 3,109 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Oppgradering Solutions Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,292,586 to 17,295,694.

Attempt (cases 2,566,762 to 2,574,486)

In addition, the accused submitted a further 7,725 fake subscriptions for the website latinsoftporn.com in the period from 7 May 2019 to 17 May 2021, which ultimately did

255

EXT-MIZRACHI-01432

not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 490,971.70.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,566,762 to 2,574,486.

### 248. latintightpussy.com

Completion (cases 17,295,695 to 17,299,222)

The accused operated the website latintightpussy.com via the bogus merchant Ricvaz Blue Limited. Using this website, they faked a total of 3,528 subscriptions and charged 14,258 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 May 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,045.68 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 220,790.53** was incurred via the website latintightpussy.com at the expense of 3,528 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Ricvaz Blue Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,295,695 to 17,299,222.

Attempt (cases 2,576,780 to 2,584,725)

In addition, the accused submitted a further 7,946 fake subscriptions for the website latintightpussy.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 530,518.73.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,576,780 to 2,584,725.

### 249. latintrampsmeetdick.com

256

EXT-MIZRACHI-01433

<u>Completion (cases 17,299,223 to 17,303,464)</u>

The accused operated the website latintrampsmeetdick.com via the bogus merchant Flidoo Limited/E-Com. Using this website, they faked a total of 4,242 subscriptions and charged 21,699 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 September 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 3,934.18 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 459,838.26** was incurred via the website latintrampsmeetdick.com at the expense of 4,242 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Flidoo Limited/E-Com. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,299,223 to 17,303,464.

<u>Attempt (cases 2,587,524 to 2,597,132)</u>

In addition, the accused submitted a further 9,609 fake subscriptions for the website latintrampsmeetdick.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 677,453.32.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,587,524 to 2,597,132.

**250. lawcredt.com**

<u>Completion (cases 17,303,465 to 17,304,135)</u>

The accused operated the website lawcredt.com via the bogus merchant Mass Cross Enterprises Limited. Using this website, they faked a total of 671 subscriptions and charged 2,777 individual monthly transactions to the credit cards of harmed credit card holders in the period from 16 January 2020 to 17 June 2021 in accordance with

257

EXT-MIZRACHI-01434

their previously agreed plan of action. Losses of at least EUR 1.77 up to a maximum of EUR 2,623.15 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 101,200.85** was incurred via the website lawcredt.com at the expense of 671 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Mass Cross Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,303,465 to 17,304,135.

### 251. lesbianlickfest.com

Completion (cases 17,304,136 to 17,306,832)

The accused operated the website lesbianlickfest.com via the bogus merchant Rosebed Limited. Using this website, they faked a total of 2,697 subscriptions and charged 13,908 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.84 up to a maximum of EUR 5,537.16 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 350,549.00** was incurred via the website lesbianlickfest.com at the expense of 2,697 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Rosebed Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,304,136 to 17,306,832.

Attempt (cases 2,598,963 to 2,605,191)

In addition, the accused submitted a further 6,229 fake subscriptions for the website lesbianlickfest.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 445,829.00.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,598,963 to 2,605,191.

258

EXT-MIZRACHI-01435

### 252. lesbianmilffantasies.com

Completion (cases 17,306,833 to 17,308,905)

The accused operated the website lesbianmilffantasies.com via the bogus merchant Winsomea Limited. Using this website, they faked a total of 2,073 subscriptions and charged 9,685 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 December 2016 to 19 March 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 128,545.90 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 340,097.38** was incurred via the website lesbianmilffantasies.com at the expense of 2,073 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Winsomea Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,306,833 to 17,308,905.

Attempt (cases 2,606,784 to 2,612,144)

In addition, the accused submitted a further 5,361 fake subscriptions for the website lesbianmilffantasies.com in the period from 7 May 2019 to 19 March 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 348,351.39.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,606,784 to 2,612,144.

### 253. lesbianpussypile.com

Completion (cases 17,308,906 to 17,309,297)

259

EXT-MIZRACHI-01436

The accused operated the website lesbianpussypile.com via the bogus merchant Whitsers Limited. Using this website, they faked a total of 392 subscriptions and charged 1,232 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 February 2020 to 18 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.79 up to a maximum of EUR 1,238.37 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 46,370.20** was incurred via the website lesbianpussypile.com at the expense of 392 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Whitsers Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,308,906 to 17,309,297.

Attempt (cases 2,624,893 to 2,627,074)

In addition, the accused submitted a further 2,182 fake subscriptions for the lesbianpussypile.com website in the period from 9 April 2020 to 18 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 118,031.26.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,624,893 to 2,627,074.

**254. lesbianpussypower.com**

Completion (cases 17,309,298 to 17,313,269)

The accused operated the website lesbianpussypower.com via the bogus merchant Chopber Limited. Using this website, they faked a total of 3,972 subscriptions and charged 21,843 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 4,962.48 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 477,417.08** was incurred via the website

260

EXT-MIZRACHI-01437

lesbianpussypower.com at the expense of 3,972 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Chopber Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,309,298 to 17,313,269.

<u>Attempt (cases 2,632,356 to 2,641,860)</u>

In addition, the accused submitted fake subscriptions for the website lesbianpussypower.com in a further 9,505 cases in the period from 6 May 2019 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 708,840.81.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,632,356 to 2,641,860.

## 255. lesbiansleepover.com

<u>Completion (cases 17,313,270 to 17,316,025)</u>

The accused operated the website lesbiansleepover.com via the bogus merchant Plumnet Limited. Using this website, they faked a total of 2,756 subscriptions and charged 12,884 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 5,689.82 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 307,109.40** was incurred via the website lesbiansleepover.com at the expense of 2,756 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Plumnet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,313,270 to 17,316,025.

<u>Attempt (cases 2,649,447 to 2,656,046)</u>

261

In addition, the accused submitted a further 6,600 fake subscriptions for the website lesbiansleepover.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 500,178.30.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,649,447 to 2,656,046.

### 256. lesbianslumberfest.com

Completion (cases 17,316,026 to 17,319,720)

The accused operated the website lesbianslumberfest.com via the bogus merchant Stovent Limited. Using this website, they faked a total of 3,695 subscriptions and charged 16,739 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,643.11 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 411,155.08** was incurred via the website lesbianslumberfest.com at the expense of 3,695 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Stovent Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,316,026 to 17,319,720.

Attempt (cases 2,658,941 to 2,668,925)

In addition, the accused submitted a further 9,985 fake subscriptions for the website lesbianslumberfest.com in the period from 7 May 2019 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 711,953.78.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,658,941 to 2,668,925.

262

EXT-MIZRACHI-01439

**257. lesbiansservedxxx.com**

Completion (cases 17,319,721 to 17,322,146)

The accused operated the website lesbiansservedxxx.com via the bogus merchant Buslaw Ventures Limited. Using this website, they faked a total of 2,426 subscriptions and charged 14,049 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 18 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 4,860.69 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 346,805.57** was incurred via the website lesbiansservedxxx.com at the expense of 2,426 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Buslaw Ventures Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,319,721 to 17,322,146.

Attempt (cases 2,670,009 to 2,673,536)

In addition, the accused submitted a further 3,528 fake subscriptions for the website lesbiansservedxxx.com in the period from 7 May 2019 to 18 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 281,463.75.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,670,009 to 2,673,536.

**258. lesbianwhoreswetandready.com**

Completion (cases 17,322,147 to 17,323,290)

263

EXT-MIZRACHI-01440

The accused operated the website lesbianwhoreswetandready.com via the bogus merchant Gately Limited. Using this website, they faked a total of 1,144 subscriptions and charged 5,177 individual monthly transactions to the credit cards of victimized credit card holders in the period from 24 December 2017 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.84 up to a maximum of EUR 2,566.02 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 141,200.41** was incurred via the website lesbianwhoreswetandready.com at the expense of 1,144 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Gately Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,322,147 to 17,323,290.

Attempt (cases 2,691,678 to 2,694,991)

In addition, the accused submitted fake subscriptions for the website lesbianwhoreswetandready.com in a further 3,314 cases in the period from 8 May 2019 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 288,476.41.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,691,678 to 2,694,991.

**259. lesbianxxxfucksquad.com**

Completion (cases 17,323,291 to 17,324,651)

The accused operated the website lesbianxxxfucksquad.com via the bogus merchant Knotley Limited. Using this website, they faked a total of 1,361 subscriptions and charged 9,360 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 5,154.02 were incurred for each fake subscription. In the above-

264

mentioned period, a total loss of **EUR 247,539.51** was incurred via the website lesbianxxxfucksquad.com at the expense of 1,361 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Knotley Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,323,291 to 17,324,651.

Attempt (cases 2,695,690 to 2,697,909)

In addition, the accused submitted a further 2,220 fake subscriptions for the lesbianxxxfucksquad.com website in the period from 7 May 2019 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 206,672.91.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,695,690 to 2,697,909.

## 260. leskisspussylips.com

Completion (cases 17,324,652 to 17,324,856)

The accused operated the website leskisspussylips.com via the bogus merchant Knotley Limited. Using this website, they faked a total of 205 subscriptions and charged 1,137 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 February 2020 to 14 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.76 up to a maximum of EUR 1,207.37 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 38,256.19** was incurred via the website leskisspussylips.com at the expense of 205 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Knotley Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,324,652 to 17,324,856.

265

EXT-MIZRACHI-01442

<u>Attempt (cases 2,698,217 to 2,699,191)</u>

In addition, the accused submitted a further 975 fake subscriptions for the leskisspussylips.com website in the period from 9 April 2019 to 14 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 45,695.43.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,698,217 to 2,699,191.

### 261. leslickandlearn.com

<u>Completion (cases 17,324,857 to 17,325,203)</u>

The accused operated the website leslickandlearn.com via the bogus merchant Meendo Limited. Using this website, they faked a total of 347 subscriptions and charged 1,120 individual monthly transactions to the credit cards of victimized credit card holders in the period from 13 February 2020 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.34 up to a maximum of EUR 1,007.50 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 38,540.50** was incurred via the website leslickandlearn.com at the expense of 347 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Meendo Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,324,857 to 17,325,203.

<u>Attempt (cases 2,699,796 to 2,701,879)</u>

In addition, the accused submitted fake subscriptions for the website leslickandlearn.com in a further 2,084 cases in the period from 9 April 2019 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted

266

EXT-MIZRACHI-01443

to unlawfully obtain a total amount of **EUR 100,683.72.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,699,796 to 2,701,879.

## 262. leslickthepearls.com

Completion (cases 17,325,204 to 17,325,544)

The accused operated the website leslickthepearls.com via the bogus merchant Hoppma Limited. Using this website, they faked a total of 341 subscriptions and charged 1,068 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 February 2020 to 15 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.25 up to a maximum of EUR 1,018.98 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 38,568.61** was incurred via the website leslickthepearls.com at the expense of 341 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Hoppma Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,325,204 to 17,325,544.

Attempt (cases 2,703,981 to 2,710,664)

In addition, the accused submitted a further 6,684 fake subscriptions for the website leslickthepearls.com in the period from 22 February 2018 to 27 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 843,171.83.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,703,981 to 2,710,664.

## 263. lickinmyanal.com

Completion (cases 17,325,545 to 17,329,880)

267

EXT-MIZRACHI-01444

The accused operated the website lickinmyanal.com via the bogus merchant Flidoo Limited. Using this website, they faked a total of 4,336 subscriptions and charged 22,032 individual monthly transactions to the credit cards of harmed credit card holders in the period from 20 September 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 4,926.08 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 479,876.34** was incurred via the website lickinmyanal.com at the expense of 4,336 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Flidoo Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,325,545 to 17,329,880.

Attempt (cases 2,720,933 to 2,730,475)

In addition, the accused submitted a further 9,543 fake subscriptions for the website lickinmyanal.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 652,380.46.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,720,933 to 2,730,475.

**264. lickmyblacktitties.com**

Completion (cases 17,329,881 to 17,332,860)

The accused operated the website lickmyblacktitties.com via the bogus merchant Wilhel Limited. Using this website, they faked a total of 2,980 subscriptions and charged 16,734 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 December 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 3,843.66 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 381,661.93** was incurred via the website

268

lickmyblacktitties.com at the expense of 2,980 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Wilhel Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,329,881 to 17,332,860.

Attempt (cases 2,732,733 to 2,740,339)

In addition, the accused submitted a further 7,607 fake subscriptions for the website lickmyblacktitties.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 586,683.70.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,732,733 to 2,740,339.

**265. lickthatasianpussy.com**

Completion (cases 17,332,861 to 17,333,962)

The accused operated the website lickthatasianpussy.com via the bogus merchant Kaygron Limited. Using this website, they faked a total of 1,102 subscriptions and charged 7,007 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 3,365.76 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 191,166.97** was incurred via the website lickthatasianpussy.com at the expense of 1,102 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Kaygron Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,332,861 to 17,333,962.

Attempt (cases 2,740,962 to 2,742,894)

269

In addition, the accused submitted a further 1,933 fake subscriptions for the website lickthatasianpussy.com in the period from 10 May 2019 to 12 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 196,666.61.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,740,962 to 2,742,894.

### 266. livepmtctr.com

Completion (cases 17,333,963 to 17,334,113)

The accused operated the website livepmtctr.com via the bogus merchant Chimera Works Limited. Using this website, they faked a total of 151 subscriptions and charged 502 individual monthly transactions to the credit cards of victimized credit card holders in the period from 13 February 2020 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.44 up to a maximum of EUR 1,687.92 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 17,910.08** was incurred via the website livepmtctr.com at the expense of 151 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Chimera Works Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,333,963 to 17,334,113.

### 267. loanassoc.com

Completion (cases 17,334,114 to 17,337,008)

The accused operated the website loanassoc.com via the bogus merchant Marnor Enterprises Limited. Using this website, they faked a total of 2,895 subscriptions and charged 9,762 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 February 2018 to 17 May 2021 in accordance with

270

their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,421.30 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 262,655.03** was incurred via the website loanassoc.com at the expense of 2,895 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Marnor Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,334,114 to 17,337,008.

### 268. lonelymilfsxxx.com

Completion (cases 17,337,009 to 17,338,275)

The accused operated the website lonelymilfsxxx.com via the bogus merchant Chimera Works Limited. Using this website, they faked a total of 1,267 subscriptions and charged 5,112 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 13 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.84 up to a maximum of EUR 3,669.01 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 146,443.39** was incurred via the website lonelymilfsxxx.com at the expense of 1,267 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Chimera Works Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,337,009 to 17,338,275.

Attempt (cases 2,743,842 to 2,746,932)

In addition, the accused submitted a further 3,091 fake subscriptions for the website lonelymilfsxxx.com in the period from 10 May 2019 to 13 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 279,936.75.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,743,842 to 2,746,932.

271

**269. loveleyblacksex.com**

Completion (cases 17,338,276 to 17,342,571)

The accused operated the website loveleyblacksex.com via the bogus merchant Elldal Limited. Using this website, they faked a total of 4,296 subscriptions and charged 19,837 individual monthly transactions to the credit cards of harmed credit card holders in the period from 20 September 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.87 up to a maximum of EUR 3,295.48 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 472,386.84** was incurred via the website loveleyblacksex.com at the expense of 4,296 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Elldal Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,338,276 to 17,342,571.

Attempt (cases 2,772,393 to 2,781,797)

In addition, the accused submitted a further 9,405 fake subscriptions for the website loveleyblacksex.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 638,525.00.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,772,393 to 2,781,797.

**270. lovemyanal.com**

Completion (cases 17,342,572 to 17,345,970)

272

The accused operated the website lovemyanal.com via the bogus merchant Studow Sky Limited. Using this website, they faked a total of 3,399 subscriptions and charged 14,030 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 May 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.84 up to a maximum of EUR 1,314.55 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 192,405.34** was incurred via the website lovemyanal.com at the expense of 3,399 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Studow Sky Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,342,572 to 17,345,970.

Attempt (cases 2,783,967 to 2,791,762)

In addition, the accused submitted a further 7,796 fake subscriptions for the website lovemyanal.com in the period from 6 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 502,941.33.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,783,967 to 2,791,762.

### 271. lushioushardcoretramps.com

Completion (cases 17,345,971 to 17,347,073)

The accused operated the website lushioushardcoretramps.com via the bogus merchant Heldige Grain Limited. Using this website, they faked a total of 1,103 subscriptions and charged 5,258 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 3,118.79 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 140,879.02** was incurred via the website lushioushardcoretramps.com at the expense of 1,103 credit card holders. This

273

amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Heldige Grain Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,345,971 to 17,347,073.

Attempt (cases 2,792,733 to 2,796,123)

In addition, the accused submitted a further 3,391 fake subscriptions for the website luscioushardcoretramps.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 280,338.03.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,792,733 to 2,796,123.

## 272. lusciouslatinaxxx.com

Completion (cases 17,347,074 to 17,348,803)

The accused operated the website lusciouslatinaxxx.com via the bogus merchant Dalecliff Limited. Using this website, they faked a total of 1,730 subscriptions and charged 5,511 individual monthly transactions to the credit cards of victimized credit card holders in the period from 8 November 2017 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 1,941.17 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 158,149.11** was incurred via the website lusciouslatinaxxx.com at the expense of 1,730 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Dalecliff Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,347,074 to 17,348,803.

Attempt (cases 2,799,034 to 2,808,706)

274

In addition, the accused submitted fake subscriptions for the website lusciouslatinaxxx.com in a further 9,673 cases in the period from 22 February 2018 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,039,786.24.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,799,034 to 2,808,706.

### 273. lustingforlatinas.com

Completion (cases 17,348,804 to 17,349,157)

The accused operated the websitelustingforlatinas.com via the bogus merchant Fjellet Limited. Using this website, they faked a total of 354 subscriptions and charged 1,582 individual monthly transactions to the credit cards of victimized credit card holders in the period from 14 February 2020 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.51 up to a maximum of EUR 2,365.04 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 53,344.57** was incurred via the website lustingforlatinas.com at the expense of 354 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fjellet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,348,804 to 17,349,157.

Attempt (cases 2,831,582 to 2,833,539)

In addition, the accused submitted fake subscriptions for the website lustingforlatinas.com in a further 1,958 cases in the period from 9 April 2020 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 83,934.48.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,831,582 to 2,833,539.

275

### 274. mailprofee.com

Completion (cases 17,349,158 to 17,349,529)

The accused operated the website mailprofee.com via the bogus merchant Rebcole Limited. Using this website, they faked a total of 372 subscriptions and charged 1,290 individual monthly transactions to the credit cards of harmed credit card holders in the period from 14 February 2020 to 15 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.50 up to a maximum of EUR 1,383.51 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 47,116.21** was incurred via the website mailprofee.com at the expense of 372 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Rebcole Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,349,158 to 17,349,529.

### 275. maturepussynow.com

Completion (cases 17,349,530 to 17,349,793)

The accused operated the website maturepussynow.com via the bogus merchant Dalecliff Limited. Using this website, they faked a total of 264 subscriptions and charged 760 individual monthly transactions to the credit cards of harmed credit card holders in the period from 14 February 2020 to 11 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.84 up to a maximum of EUR 907.79 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 25,790.05** was incurred via the website maturepussynow.com at the expense of 264 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Dalecliff Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,349,530 to 17,349,793.

276

EXT-MIZRACHI-01453

**276. meetmywetmilfpussy.com**

Completion (cases 17,349,794 to 17,353,419)

The accused operated the website meetmywetmilfpussy.com via the bogus merchant Protofy Limited. Using this website, they faked a total of 3,626 subscriptions and charged 16,026 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 August 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 3,021.28 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 361,435.14** was incurred via the website meetmywetmilfpussy.com at the expense of 3,626 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Protofy Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,349,794 to 17,353,419.

Attempt (cases 2,845,032 to 2,852,756)

In addition, the accused submitted a further 7,725 fake subscriptions for the website meetmywetmilfpussy.com in the period from 7 May 2019 to 15 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 510,634.00.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,845,032 to 2,852,756.

**277. milfcontrolsex.com**

Completion (cases 17,353,420 to 17,355,722)

277

EXT-MIZRACHI-01454

The accused operated the website milfcontrolsex.com via the bogus merchant Mitorex Enterprises Limited. Using this website, they faked a total of 2,303 subscriptions and charged 10,457 individual monthly transactions to the credit cards of harmed credit card holders in the period from 17 June 2016 to 14 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 2,397.00 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 230,378.25** was incurred via the website milfcontrolsex.com at the expense of 2,303 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Mitorex Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,353,420 to 17,355,722.

Attempt (cases 2,866,214 to 2,867,546)

In addition, the accused submitted a further 1,333 fake subscriptions for the website milfcontrolsex.com in the period from 11 May 2019 to 14 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 120,091.39.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,866,214 to 2,867,546.

**278. milfcumdrinkers.com**

Completion (cases 17,355,723 to 17,359,071)

The accused operated the website milfcumdrinkers.com via the bogus merchant Sunnyport Limited/E-Com. Using this website, they faked a total of 3,349 subscriptions and charged 15,868 individual monthly transactions to the credit cards of harmed credit card holders in the period from 5 August 2016 to 18 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 8,823.12 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 390,562.48** was incurred via the website

278

milfcumdrinkers.com at the expense of 3,349 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Sunnyport Limited/E-Com. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,355,723 to 17,359,071.

Attempt (cases 2,869,545 to 2,876,387)

In addition, the accused submitted a further 6,843 fake subscriptions for the website milfcumdrinkers.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 490,930.82.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,869,545 to 2,876,387.

## 279. milfdickriders.com

Completion (cases 17,359,072 to 17,361,647)

The accused operated the website milfdickriders.com via the bogus merchant Aceric Limited. Using this website, they faked a total of 2,576 subscriptions and charged 11,769 individual monthly transactions to the credit cards of harmed credit card holders in the period from 17 June 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.87 up to a maximum of EUR 3,045.42 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 268,107.75** was incurred via the website milfdickriders.com at the expense of 2,576 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Aceric Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,359,072 to 17,361,647.

Attempt (cases 2,876,899 to 2,878,510)

279

EXT-MIZRACHI-01456

In addition, the accused submitted a further 1,612 fake subscriptions for the website milfdickriders.com in the period from 13 May 2019 to 15 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 146,572.94.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,876,899 to 2,878,510.

### 280. milfexcitement.com

Completion (cases 17,361,648 to 17,365,133)

The accused operated the website milfexcitement.com via the bogus merchant Sourous Limited. Using this website, they faked a total of 3,486 subscriptions and charged 15,117 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 May 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,596.40 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 212,241.11** was incurred via the website milfexcitement.com at the expense of 3,486 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Sourous Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,361,648 to 17,365,133.

Attempt (cases 2,880,918 to 2,888,921)

In addition, the accused submitted a further 8,004 fake subscriptions for the website milfexcitement.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 528,335.41.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,880,918 to 2,888,921.

280

EXT-MIZRACHI-01457

**281. milffuckhouse.com**

Completion (cases 17,365,134 to 17,368,311)

The accused operated the website milffuckhouse.com via the bogus merchant Ravmore Spread Limited/E-Com. Using this website, they faked a total of 3,178 subscriptions and charged 15,181 individual monthly transactions to the credit cards of harmed credit card holders in the period from 19 September 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 2,838.42 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 376,154.69** was incurred via the website milffuckhouse.com at the expense of 3,178 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Ravmore Spread Limited/E-Com. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,365,134 to 17,368,311.

Attempt (cases 2,893,756 to 2,900,270)

In addition, the accused submitted a further 6,515 fake subscriptions for the website milffuckhouse.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 521,664.04.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,893,756 to 2,900,270.

**282. milfmeetsdick.com**

Completion (cases 17,368,312 to 17,372,715)

281

The accused operated the website milfmeetsdick.com via the bogus merchant Elldal Limited. Using this website, they faked a total of 4,404 subscriptions and charged 22,977 individual monthly transactions to the credit cards of harmed credit card holders in the period from 20 September 2016 to 17.05.2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.84 up to a maximum of EUR 3,598.82 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 489,011.20** was incurred via the website milfmeetsdick.com at the expense of 4,404 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Elldal Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,368,312 to 17,372,715.

Attempt (cases 2,910,131 to 2,919,524)

In addition, the accused submitted a further 9,394 fake subscriptions for the milfmeetsdick.com website in the period from 7 May 2019 to 15 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 687,864.58.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,910,131 to 2,919,524.

### 283. milfmyxxlcock.com

Completion (cases 17,372,716 to 17,375,832)

The accused operated the website milfmyxxlcock.com via the bogus merchant Crancot Designs Limited. Using this website, they faked a total of 3,117 subscriptions and charged 15,691 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 18 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 4,190.22 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 408,532.22** was incurred via the website

282

EXT-MIZRACHI-01459

milfmyxxlcock.com at the expense of 3,117 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Crancot Designs Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,372,716 to 17,375,832.

Attempt (cases 2,931,311 to 2,938,069)

In addition, the accused submitted a further 6,759 fake subscriptions for the milfmyxxlcock.com website in the period from 7 May 2019 to 18 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 515,542.93.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,931,311 to 2,938,069.

## 284. milfsexacts.com

Completion (cases 17,375,833 to 17,376,842)

The accused operated the website milfsexacts.com via the bogus merchant Esvo Enterprises Limited. Using this website, they faked a total of 1,010 subscriptions and charged 4,028 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 8 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 3,717.54 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 113,309.28** was incurred via the website milfsexacts.com at the expense of 1,010 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Esvo Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,375,833 to 17,376,842.

Attempt (cases 2,941,235 to 2,944,402)

283

EXT-MIZRACHI-01460

In addition, the accused submitted a further 3,168 fake subscriptions for the milfsexacts.com website in the period from 7 May 2019 to 8 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 271,573.98.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,941,235 to 2,944,402.

### 285. milfsfuckeveryone.com

Completion (cases 17,376,843 to 17,379,326)

The accused operated the website milfsfuckeveryone.com via the bogus merchant Timtown Limited. Using this website, they faked a total of 2,484 subscriptions and charged 10,285 individual monthly transactions to the credit cards of harmed credit card holders in the period from 19 June 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 4,398.96 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 258,232.60** was incurred via the website milfsfuckeveryone.com at the expense of 2,484 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Timtown Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,376,843 to 17,379,326.

Attempt (cases 2,976,533 to 2,982,066)

In addition, the accused submitted a further 5,534 fake subscriptions for the website milfsfuckeveryone.com in the period from 7 May 2019 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 387,299.88.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,976,533 to 2,982,066.

284

EXT-MIZRACHI-01461

**286. milfsinchargexxx.com**

Completion (cases 17,379,327 to 17,379,890)

The accused operated the website milfsinchargexxx.com via the bogus merchant Evgary Limited. Using this website, they faked a total of 564 subscriptions and charged 2,827 individual monthly transactions to the credit cards of harmed credit card holders in the period from 14 February 2020 to 18 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.65 up to a maximum of EUR 2,134.76 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 86,550.83** was incurred via the website milfsinchargexxx.com at the expense of 564 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Evgary Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,379,327 to 17,379,890.

Attempt (cases 2,982,872 to 2,985,100)

In addition, the accused submitted a further 2,229 fake subscriptions for the website milfsinchargexxx.com in the period from 8 April 2020 to 18 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 129,270.05.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,982,872 to 2,985,100.

**287. milfslikeitextrarough.com**

Completion (cases 17,379,891 to 17,383,748)

285

EXT-MIZRACHI-01462

The accused operated the website milfslikeitextrarough.com via the bogus merchant Goldarm Limited. Using this website, they faked a total of 3,858 subscriptions and charged 18,124 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 4,334.40 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 422,337.12** was incurred via the website milfslikeitextrarough.com at the expense of 3,858 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Goldarm Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,379,891 to 17,383,748.

Attempt (cases 2,987,938 to 2,997,584)

In addition, the accused submitted a further 9,647 fake subscriptions for the website milfslikeitextrarough.com in the period from 7 May 2019 to 15 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 692,319.18.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,987,938 to 2,997,584.

### 288. milfsonmilfsonmilfs.com

Completion (cases 17,383,749 to 17,385,435)

The accused operated the website milfsonmilfsonmilfs.com via the bogus merchant Atb Atalantis Technologies Limited. Using this website, they faked a total of 1,687 subscriptions and charged the credit cards of harmed credit card holders for 5,454 individual monthly transactions in the period from 12 October 2017 to 14 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of **EUR 8,656.82** were incurred for each fake subscription. In the above-mentioned period, a total loss of EUR 159,090.48 was incurred via the website

286

EXT-MIZRACHI-01463

milfsonmilfsonmilfs.com at the expense of 1,687 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Atb Atalantis Technologies Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,383,749 to 17,385,435.

Attempt (cases 3,020,125 to 3,029,846)

In addition, the accused submitted a further 9,722 fake subscriptions for the website milfsonmilfsonmilfs.com in the period from 22 February 2018 to 14 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,014,098.06.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,020,125 to 3,029,846.

## 289. milfspreferthebackdoor.com

Completion (cases 17,385,436 to 17,386,583)

The accused operated the website milfspreferthebackdoor.com via the bogus merchant Lynmass Limited. Using this website, they faked a total of 1,148 subscriptions and charged 10,517 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 3,270.54 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 250,597.83** was incurred via the website milfspreferthebackdoor.com at the expense of 1,148 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Lynmass Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,385,436 to 17,386,583.

Attempt (cases 3,050,780 to 3,053,441)

287

EXT-MIZRACHI-01464

In addition, the accused submitted a further 2,662 fake subscriptions for the website milfspreferthebackdoor.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 249,798.09.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,050,780 to 3,053,441.

### 290. milfstakecontrol.com

Completion (cases 17,386,584 to 17,387,358)

The accused operated the website milfstakecontrol.com via the bogus merchant D M Click Limited. Using this website, they faked a total of 775 subscriptions and charged 3,333 individual monthly transactions to the credit cards of harmed credit card holders in the period from 14 January 2020 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.33 up to a maximum of EUR 2,501.48 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 120,248.57** was incurred via the website milfstakecontrol.com at the expense of 775 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for D M Click Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,386,584 to 17,387,358.

Attempt (cases 3,064,507 to 3,069,357)

In addition, the accused submitted a further 4,851 fake subscriptions for the website milfstakecontrol.com in the period from 11 January 2020 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 244,768.01.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,064,507 to 3,069,357.

288

EXT-MIZRACHI-01465

**291. milftownpalooza.com**

Completion (cases 17,387,359 to 17,388,741)

The accused operated the website milftownpalooza.com via the bogus merchant Seedrow Limited. Using this website, they faked a total of 1,383 subscriptions and charged 9,492 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.90 up to a maximum of EUR 5,595.09 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 246,517.39** was incurred via the website milftownpalooza.com at the expense of 1,383 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Seedrow Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,387,359 to 17,388,741.

Attempt (cases 3,094,767 to 3,097,028)

In addition, the accused submitted a further 2,262 fake subscriptions for the website milftownpalooza.com in the period from 10 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 224,998.94.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,094,767 to 3,097,028.

**292. myasianpleasures.com**

Completion (cases 17,388,742 to 17,391,610)

289

EXT-MIZRACHI-01466

The accused operated the website myasianpleasures.com via the bogus merchant Volume Enterprises Limited. Using this website, they faked a total of 2,869 subscriptions and charged 14,323 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 December 2016 to 15 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 4,962.42 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 356,761.98** was incurred via the website myasianpleasures.com at the expense of 2,869 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Volume Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,388,742 to 17,391,610.

Attempt (cases 3,102,271 to 3,109,172)

In addition, the accused submitted a further 6,902 fake subscriptions for the website myasianpleasures.com in the period from 7 May 2019 to 15 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 523,534.69.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,102,271 to 3,109,172.

**293. mycsrepsinfo.com**

Completion (cases 17,391,611 to 17,394,610)

The accused operated the website mycsrepsinfo.com via the bogus merchant Hjelpe Holding Limited. Using this website, they faked a total of 3,000 subscriptions and charged 9,812 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 November 2017 to 15 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,690.27 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 279,424.77** was incurred via the website

290

EXT-MIZRACHI-01467

mycsrepsinfo.com at the expense of 3,000 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Hjelpe Holding Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,391,611 to 17,394,610.

### 294. mykeypmts.com

Completion (cases 17,394,611 to 17,397,473)

The accused operated the website mykeypmts.com via the bogus merchant Woodstrip Enterprises Limited. Using this website, they faked a total of 2,863 subscriptions and charged 9,120 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 February 2018 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,785.92 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 248,893.10** was incurred via the website mykeypmts.com at the expense of 2,863 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Woodstrip Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,394,611 to 17,397,473.

### 295. mysexymilffantasy.com

Completion (cases 17,397,474 to 17,398,199)

The accused operated the website mysexymilffantasy.com via the bogus merchant Mass Cross Enterprises Limited. Using this website, they faked a total of 726 subscriptions and charged 2,814 individual monthly transactions to the credit cards of harmed credit card holders in the period from 14 January 2020 to 17 June 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.09

291

up to a maximum of EUR 1,556.96 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 97,944.67** was incurred via the website mysexymilffantasy.com at the expense of 726 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Mass Cross Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,397,474 to 17,398,199.

Attempt (cases 3,110,408 to 3,114,955)

In addition, the accused submitted a further 4,548 fake subscriptions for the website mysexymilffantasy.com in the period from 10 January 2020 to 18 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 239,310.24.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,110,408 to 3,114,955.

### 296. mytermdues.com

Completion (cases 17,398,200 to 17,398,500)

The accused operated the website mytermdues.com via the bogus merchant Borent Limited. Using this website, they faked a total of 301 subscriptions and charged 954 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 February 2020 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.91 up to a maximum of EUR 975.24 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 34,291.25** was incurred via the website mytermdues.com at the expense of 301 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Borent Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,398,200 to 17,398,500.

292

EXT-MIZRACHI-01469

**297. nastygirlsongirls.com**

Completion (cases 17,398,501 to 17,398,795)

The accused operated the website nastygirlsongirls.com via the bogus merchant Robbuc Limited. Using this website, they faked a total of 295 subscriptions and charged 1,189 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 February 2020 to 15 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 3.97 up to a maximum of EUR 1,803.29 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 37,498.96** was incurred via the website nastygirlsongirls.com at the expense of 295 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Robbuc Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,398,501 to 17,398,795.

Attempt (cases 3,117,743 to 3,119,537)

In addition, the accused submitted a further 1,795 fake subscriptions for the website nastygirlsongirls.com in the period from 8 April 2020 to 15 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 72,183.52.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,117,743 to 3,119,537.

**298. nastynovice.com**

Completion (cases 17,398,796 to 17,399,121)

The accused operated the website nastynovice.com via the bogus merchant Retrodeo Limited. Using this website, they faked a total of 326 subscriptions and

293

charged 1,160 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 February 2020 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.73 up to a maximum of EUR 1,081.50 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 42,590.58** was incurred via the website nastynovice.com at the expense of 326 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Retrodeo Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,398,796 to 17,399,121.

Attempt (cases 3,120,071 to 3,121,878)

In addition, the accused submitted a further 1,808 fake subscriptions for the website nastynovice.com in the period from 9 April 2020 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 71,805.23.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,120,071 to 3,121,878.

**299. netbillpost.com**

Completion (cases 17,399,122 to 17,401,296)

The accused operated the website netbillpost.com via the bogus merchant Dalnash Enterprises Limited. Using this website, they faked a total of 2,175 subscriptions and charged 9,053 individual monthly transactions to the credit cards of harmed credit card holders in the period from 17 June 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,840.21 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 199,036.53** was incurred via the website netbillpost.com at the expense of 2,175 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's

294

escrow account held for Dalnash Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,399,122 to 17,401,296.

### 300. newandinnocentamateurs.com

Completion (cases 17,401,297 to 17,403,751)

The accused operated the website newandinnocentamateurs.com via the bogus merchant Comist Limited. Using this website, they faked a total of 2,455 subscriptions and charged 12,440 individual monthly transactions to the credit cards of harmed credit card holders in the period from 17 June 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,357.08 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 256,712.24** was incurred via the website newandinnocentamateurs.com at the expense of 2,455 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Comist Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,401,297 to 17,403,751.

Attempt (cases 3,122,325 to 3,123,804)

In addition, the accused submitted a further 1,480 fake subscriptions for the website newandinnocentamateurs.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 132,648.37.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,122,325 to 3,123,804.

### 301. officebilreps.com

Completion (cases 17,403,752 to 17,407,773)

295

EXT-MIZRACHI-01472

The accused operated the website officebilreps.com via the bogus merchant Davsop Enterprises Limited. Using this website, they faked a total of 4,022 subscriptions and charged 17,738 individual monthly transactions to the credit cards of victimized credit card holders in the period from 16 August 2016 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,729.19 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 338,089.67** was incurred via the website officebilreps.com at the expense of 4,022 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Davsop Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,403,752 to 17,407,773.

### 302. openwetasianpussy.com

Completion (cases 17,407,774 to 17,410,216)

The accused operated the website openwetasianpussy.com via the bogus merchant Ultrafixa Limited. Using this website, they faked a total of 2,443 subscriptions and charged 10,047 individual monthly transactions to the credit cards of harmed credit card holders in the period from 5 August 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 5,215.41 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 272,184.81** was incurred via the website openwetasianpussy.com at the expense of 2,443 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Ultrafixa Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,407,774 to 17,410,216.

Attempt (cases 3,125,453 to 3,131,079)

296

In addition, the accused submitted a further 5,627 fake subscriptions for the openwetasianpussy.com website in the period from 7 May 2019 to 15 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 396,716.69.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,125,453 to 3,131,079.

## 303. optspaid.com

Completion (cases 17,410,217 to 17,414,397)

The accused operated the website optspaid.com via the bogus merchant Rhyile Limited. Using this website, they faked a total of 4,181 subscriptions and charged 18,002 individual monthly transactions to the credit cards of harmed credit card holders in the period from 16 August 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 4,184.82 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 361,459.37** was incurred via the website optspaid at the expense of 4,181 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Rhyile Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,410,217 to 17,414,397.

## 304. orderreportdoc.com

Completion (cases 17,414,398 to 17,416,576)

The accused operated the website orderreportdoc.com via the bogus merchant Vimbu Limited. Using this website, they faked a total of 2,179 subscriptions and charged 9,629 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a

297

EXT-MIZRACHI-01474

maximum of EUR 10,853.69 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 246,246.49** was incurred via the website orderreportdoc.com at the expense of 2,179 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Vimbu Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,414,398 to 17,416,576.

### 305. ordinaryamateursluts.com

Completion (cases 17,416,577 to 17,418,171)

The accused operated the website ordinaryamateursluts.com via the bogus merchant Frontose Limited. Using this website, they faked a total of 1,595 subscriptions and charged 7,363 individual monthly transactions to the credit cards of harmed credit card holders in the period from 2 October 2018 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,496.48 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 181,824.58** was incurred via the website ordinaryamateursluts.com at the expense of 1,595 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Frontose Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,416,577 to 17,418,171.

### 306. orientsexpatrol.com

Completion (cases 17,418,172 to 17,422,498)

The accused operated the website orientsexpatrol.com via the bogus merchant Borent Limited. Using this website, they faked a total of 4,327 subscriptions and charged 20,003 individual monthly transactions to the credit cards of harmed credit

298

card holders in the period from 20 September 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 3,045.28 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 456,212.45** was incurred via the website orientsexpatrol.com at the expense of 4,327 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Borent Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,418,172 to 17,422,498.

Attempt (cases 3,140,417 to 3,149,874)

In addition, the accused submitted a further 9,458 fake subscriptions for the website orientsexpatrol.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 687,840.86.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,140,417 to 3,149,874.

## 307. paymenttermplan.com

Completion (cases 17,422,499 to 17,424,945)

The accused operated the website paymenttermplan.com via the bogus merchant Canderstone Limited. Using this website, they faked a total of 2,447 subscriptions and charged 14,458 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 15 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.80 up to a maximum of EUR 4,228.55 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 363,106.73** was incurred via the website paymenttermplan.com at the expense of 2,447 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Canderstone Limited. The

299

EXT-MIZRACHI-01476

individual cases are listed in the table attached to the Arrest Warrant for cases 17,422,499 to 17,424,945.

### 308. paymntprgm.com

Completion (cases 17,424,946 to 17,425,328)

The accused operated the website paymntprgm.com via the bogus merchant Aurescent Limited. Using this website, they faked a total of 383 subscriptions and charged 1,592 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 February 2020 to 15 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.63 up to a maximum of EUR 1,585.42 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 53,309.59** was incurred via the website paymntprgm.com at the expense of 383 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Aurescent Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,424,946 to 17,425,328.

### 309. perfectedmaturepussy.com

Completion (cases 17,425,329 to 17,426,503)

The accused operated the website perfectedmaturepussy.com via the bogus merchant FTR Creators Limited. Using this website, they faked a total of 1,175 subscriptions and charged 5,091 individual monthly transactions to the credit cards of harmed credit card holders in the period from 24 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 4,334.93 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 131,801.69** was incurred via the website perfectedmaturepussy.com at the expense of 1,175 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the

300

payment service provider's escrow account held for FTR Creators Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,425,329 to 17,426,503.

Attempt (cases 3,150,902 to 3,154,210)

In addition, the accused submitted a further 3,309 fake subscriptions for the website perfectedmaturepussy.com in the period from 8 May 2019 to 14 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 299,305.58.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,150,902 to 3,154,210.

## 310. petiteanalfetish.com

Completion (cases 17,426,504 to 17,428,933)

The accused operated the website petiteanalfetish.com via the bogus merchant Afice Limited. Using this website, they faked a total of 2,430 subscriptions and charged 10,935 individual monthly transactions to the credit cards of harmed credit card holders in the period from 17 June 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 2,337.66 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 243,795.30** was incurred via the website petiteanalfetish.com at the expense of 2,430 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Afice Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,426,504 to 17,428,933.

Attempt (cases 3,154,700 to 3,156,203)

301

EXT-MIZRACHI-01478

In addition, the accused submitted a further 1,504 fake subscriptions for the website petiteanalfetish.com in the period from 15 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 138,528.77.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,154,700 to 3,156,203.

### 311. pinkanalsdrippingwet.com

Completion (cases 17,428,934 to 17,431,093)

The accused operated the website pinkanalsdrippingwet.com via the bogus merchant Epilum Limited. Using this website, they faked a total of 2,160 subscriptions and charged 10,005 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 5,150.44 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 232,189.78** was incurred via the website pinkanalsdrippingwet.com at the expense of 2,160 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Epilum Limited The individual cases are listed in the table attached to the Arrest Warrant for cases 17,428,934 to 17,431,093.

Attempt (cases 3,157,796 to 3,163,297)

In addition, the accused submitted a further 5,502 fake subscriptions for the website pinkanalsdrippingwet.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 390,010.24.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,157,796 to 3,163,297.

302

## 312. pinklatinatacos.com

Completion (cases 17,431,094 to 17,434,969)

The accused operated the website pinklatinatacos.com via the bogus merchant Chopber Limited. Using this website, they faked a total of 3,876 subscriptions and charged 20,006 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.84 up to a maximum of EUR 4,643.53 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 469,748.76** was incurred via the website pinklatinatacos.com at the expense of 3,876 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Chopber Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,431,094 to 17,434,969.

Attempt (cases 3,166,166 to 3,175,855)

In addition, the accused submitted a further 9,690 fake subscriptions for the website pinklatinatacos.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 711,000.65.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,166,166 to 3,175,855.

## 313. planbnk.com

Completion (cases 17,434,970 to 17,436,126)

The accused operated the website planbnk.com via the bogus merchant F T R Creations Limited. Using this website, they faked a total of 1,157 subscriptions and

303

EXT-MIZRACHI-01480

charged 5,697 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,827.76 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 128,678.57** was incurred via the website planbnk.com at the expense of 1,157 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for F T R Creations Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,434,970 to 17,436,126.

### 314. pleasurehardcoresex.com

Completion (cases 17,436,127 to 17,439,004)

The accused operated the website pleasurehardcoresex.com via the bogus merchant Hopstand Limited. Using this website, they faked a total of 2,878 subscriptions and charged 9,770 individual monthly transactions to the credit cards of victimized credit card holders in the period from 8 November 2017 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,974.38 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 258,242.78** was incurred via the website pleasurehardcoresex.com at the expense of 2,878 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Hopstand Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,436,127 to 17,439,004.

Attempt (cases 3,180,690 to 3,196,412)

In addition, the accused submitted fake subscriptions for the website pleasurehardcoresex.com in a further 15,723 cases in the period from 3 February 2018 to 16 May 2021, which ultimately did not lead to the credit cards being charged

304

and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,478,991.59.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,180,690 to 3,196,412.

### 315. plowedmyfriendsmom.com

Completion (cases 17,439,005 to 17,443,366)

The accused operated the website plowedmyfriendsmom.com via the bogus merchant Chimera Creations Limited/E-Com. Using this website, they faked a total of 4,362 subscriptions and charged 20,579 individual monthly transactions to the credit cards of harmed credit card holders in the period from 20 September 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.84 up to a maximum of EUR 4,817.31 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 477,698.20** was incurred via the website plowedmyfriendsmom.com at the expense of 4,362 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Chimera Creations Limited/E-Com. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,439,005 to 17,443,366.

Attempt (cases 3,199,249 to 3,208,962)

In addition, the accused submitted a further 9,714 fake subscriptions for the website plowedmyfriendsmom.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 700,378.90.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,199,249 to 3,208,962.

### 316. pmtwebctr.com

305

<u>Completion (cases 17,443,367 to 17,447,223)</u>

The accused operated the website pmtwebctr.com via the bogus merchant Grimlo Limited. Using this website, they faked a total of 3,857 subscriptions and charged 18,525 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 3,005.39 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 422,947.39** was incurred via the website pmtwebctr.com at the expense of 3,857 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Grimlo Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,443,367 to 17,447,223.

## 317. pophercherryxxx.com

<u>Completion (cases 17,447,224 to 17,447,554)</u>

The accused operated the website pophercherryxxx.com via the bogus merchant Audose Limited. Using this website, they faked a total of 331 subscriptions and charged 1,441 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 February 2020 to 15 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.76 up to a maximum of EUR 1,496.32 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 51,516.10** was incurred via the website pophercherryxxx.com at the expense of 331 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Audose Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,447,224 to 17,447,554.

<u>Attempt (cases 3,209,496 to 3,211,352)</u>

306

In addition, the accused submitted a further 1,857 fake subscriptions for the website pophercherryxxx.com in the period from 9 April 2020 to 15 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 101,504.10.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,209,496 to 3,211,352.

### 318. poundedpunanny.com

Completion (cases 17,447,555 to 17,448,155)

The accused operated the website poundedpunanny.com via the bogus merchant Davsop Enterprises Limited. Using this website, they faked a total of 601 subscriptions and charged 1,794 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 May 2016 to 15 August 2016 in accordance with their previously agreed plan of action. Losses of at least EUR 1.13 up to a maximum of EUR 221.64 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 23,582.26** was incurred via the website poundedpunanny.com at the expense of 601 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Davsop Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,447,555 to 17,448,155.

Attempt (cases 3,260,852 to 3,268,500)

In addition, the accused submitted a further 7,649 fake subscriptions for the website poundedpunanny.com in the period from 7 May 2019 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 504,193.15.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,260,852 to 3,268,500.

307

EXT-MIZRACHI-01484

**319. poundmymilf.com**

Completion (cases 17,448,156 to 17,452,042)

The accused operated the website poundmymilf.com via the bogus merchant Hoppma Limited. Using this website, they faked a total of 3,887 subscriptions and charged 18,580 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 5,220.49 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 435,832.32** was incurred via the website poundmymilf.com at the expense of 3,887 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Hoppma Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,448,156 to 17,452,042.

Attempt (cases 3,271,353 to 3,281,009)

In addition, the accused submitted a further 9,657 fake subscriptions for the website poundmymilf.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 692,176.24.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,271,353 to 3,281,009.

**320. pussyonpussyplatter.com**

Completion (cases 17,452,043 to 17,452,164)

308

EXT-MIZRACHI-01485

The accused operated the website pussyonpussyplatter.com via the bogus merchant Divafix Limited. Using this website, they faked a total of 122 subscriptions and charged 479 individual monthly transactions to the credit cards of harmed credit card holders in the period from 14 February 2020 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.71 up to a maximum of EUR 1,409.50 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 16,541.58** was incurred via the website pussyonpussyplatter.com at the expense of 122 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Divafix Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,452,043 to 17,452,164.

Attempt (cases 3,285,757 to 3,286,532)

In addition, the accused submitted a further 776 fake subscriptions for the website pussyonpussyplatter.com in the period from 9 April 2020 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 28,329.67.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,285,757 to 3,286,532.

### 321. pymntdept.com

Completion (cases 17,452,165 to 17,452,521)

The accused operated the website pymntdept.com via the bogus merchant Marnor Enterprises Limited. Using this website, they faked a total of 357 subscriptions and charged 1,537 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 February 2020 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.42 up to a maximum of EUR 1,546.56 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 52,936.87** was incurred via the website pymntdept.com at

309

EXT-MIZRACHI-01486

the expense of 357 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Marnor Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,452,165 to 17,452,521.

### 322. qualitylatinpussy.com

Completion (cases 17,452,522 to 17,454,977)

The accused operated the website qualitylatinpussy.com via the bogus merchant Ultrafixa Limited. Using this website, they faked a total of 2,456 subscriptions and charged 10,358 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 August 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 4,620.61 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 264,027.08** was incurred via the website qualitylatinpussy.com at the expense of 2,456 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Ultrafixa Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,452,522 to 17,454,977.

Attempt (cases 3,293,006 to 3,298,610)

In addition, the accused submitted a further 5,605 fake subscriptions for the website qualitylatinpussy.com in the period from 7 May 2019 to 15 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 396,282.99.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,293,006 to 3,298,610.

### 223. rearendsliders.com

310

EXT-MIZRACHI-01487

<u>Completion (cases 17,454,978 to 17,459,457)</u>

The accused operated the website rearendsliders.com via the bogus merchant Matjar Pillar Limited. Using this website, they faked a total of 4,480 subscriptions and charged 19,088 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 May 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.87 up to a maximum of EUR 4,927.97 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 344,987.96** was incurred via the website rearendsliders.com at the expense of 4,480 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Matjar Pillar Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,454,978 to 17,459,457.

<u>Attempt (cases 3,316,491 to 3,324,093)</u>

In addition, the accused submitted a further 7,603 fake subscriptions for the website rearendsliders.com in the period from 7 May 2019 to 15 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 474,611.89.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,316,491 to 3,324,093.

**324. repeatpayor.com**

<u>Completion (cases 17,459,458 to 17,463,037)</u>

The accused operated the website repeatpayor.com via the bogus merchant Davbec Designs Limited. Using this website, they faked a total of 3,580 subscriptions and charged 14,412 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 August 2016 to 17 May 2021 in accordance with

311

their previously agreed plan of action. Losses of at least EUR 0.84 up to a maximum of EUR 3,382.19 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 329,510.65** was incurred via the website repeatpayor.com at the expense of 3,580 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Davbec Designs Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,459,458 to 17,463,037.

### 325. rideondemblkthighs.com

Completion (cases 17,463,038 to 17,464,766)

The accused operated the website rideondemblkthighs.com via the bogus merchant Dashlane Limited. Using this website, they faked a total of 1,729 subscriptions and charged 5,756 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 November 2017 to 5 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 2,153.77 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 157,570.25** was incurred via the website rideondemblkthighs.com at the expense of 1,729 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Dashlane Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,463,038 to 17,464,766.

Attempt (cases 3,346,703 to 3,356,401)

In addition, the accused submitted a further 9,699 fake subscriptions for the rideondemblkthighs.com website in the period from 22 February 2018 to 5 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,005,450.79.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,346,703 to 3,356,401.

312

**326. ridingtheasiantrain.com**

Completion (cases 17,464,767 to 17,467,947)

The accused operated the website ridingtheasiantrain.com via the bogus merchant Emimar Services Limited. Using this website, they faked a total of 3,181 subscriptions and charged 15,863 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 5,180.56 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 428,336.05** was incurred via the website ridingtheasiantrain.com at the expense of 3,181 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Emimar Services Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,464,767 to 17,467,947.

Attempt (cases 3,372,139 to 3,378,907)

In addition, the accused submitted a further 6,769 fake subscriptions for the website ridingtheasiantrain.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 515,556.22.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,372,139 to 3,378,907.

**327. rookieforeplay.com**

Completion (cases 17,467,948 to 17,468,329)

313

EXT-MIZRACHI-01490

The accused operated the website rookieforeplay.com via the bogus merchant Hjelpe Holding Limited. Using this website, they faked a total of 382 subscriptions and charged 2,063 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 February 2020 to 15 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.34 up to a maximum of EUR 1,711.68 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 66,248.58** was incurred via the website rookieforeplay.com at the expense of 382 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Hjelpe Holding Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,467,948 to 17,468,329.

Attempt (cases 3,379,528 to 3,381,617)

In addition, the accused submitted a further 2,090 fake subscriptions for the rookieforeplay.com website in the period from 9 April 2020 to 15 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 89,420.06.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,379,528 to 3,381,617.

**328. roughsexride.com**

Completion (cases 17,468,330 to 17,468,568)

The accused operated the website roughsexride.com via the bogus merchant Stantease Limited. Using this website, they faked a total of 239 subscriptions and charged 894 individual monthly transactions to the credit cards of harmed credit card holders in the period from 14 February 2020 to 14 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 2.22 up to a maximum of EUR 912.09 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 32,899.79** was incurred via the website roughsexride.com

314

at the expense of 239 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Stantease Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,468,330 to 17,468,568.

Attempt (cases 3,405,491 to 3,406,825)

In addition, the accused submitted a further 1,335 fake subscriptions for the website roughsexride.com in the period from 9 April 2020 to 14 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 63,850.06.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,405,491 to 3,406,825.

### 329. screamingmilfs.com

Completion (cases 17,468,569 to 17,469,671)

The accused operated the website screamingmilfs.com via the bogus merchant Heldige Grain Limited. Using this website, they faked a total of 1,103 subscriptions and charged 5,010 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 2,247.50 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 127,473.69** was incurred via the website screamingmilfs.com at the expense of 1,103 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Heldige Grain Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,468,569 to 17,469,671.

Attempt (cases 3,407,794 to 3,411,155)

315

In addition, the accused submitted a further 3,362 fake subscriptions for the website screamingmilfs.com in the period from 8 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 290,413.02.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,407,794 to 3,411,155.

### 330. seducemyanal.com

<u>Completion (cases 17,469,672 to 17,474,147)</u>

The accused operated the website seducemyanal.com via the bogus merchant Avandu Limited. Using this website, they faked a total of 4,476 subscriptions and charged 22,394 individual monthly transactions to the credit cards of harmed credit card holders in the period from 20 September 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 4,369.08 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 525,948.99** was incurred via the website seducemyanal.com at the expense of 4,476 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Avandu Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,469,672 to 17,474,147.

<u>Attempt (cases 3,414,040 to 3,423,773)</u>

In addition, the accused submitted a further 9,734 fake subscriptions for the website seducemyanal.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 692,076.19.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,414,040 to 3,423,773.

316

**331. servavail.com**

Completion (cases 17,474,148 to 17,475,901)

The accused operated the website servavail.com via the bogus merchant Dashlane Limited. Using this website, they faked a total of 1,754 subscriptions and charged 5,769 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 November 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 3,344.73 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 164,868.15** was incurred via the website servavail.com at the expense of 1,754 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Dashlane Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,474,148 to 17,475,901.

**332. sexingupthelatinas.com**

Completion (cases 17,475,902 to 17,480,288)

The accused operated the website sexingupthelatinas.com via the bogus merchant Carjen Line Limited. Using this website, they faked a total of 4,387 subscriptions and charged 17,516 individual monthly transactions to the credit cards of victimized credit card holders in the period from 30 May 2016 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 4,185.91 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 338,216.72** was incurred via the website sexingupthelatinas.com at the expense of 4,387 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Carjen Line Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,475,902 to 17,480,288.

317

EXT-MIZRACHI-01494

Attempt (cases 3,461,515 to 3,469,241)

In addition, the accused submitted a further 7,727 fake subscriptions for the website sexingupthelatinas.com in the period from 7 May 2019 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 493,136.21.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,461,515 to 3,469,241.

### 333. sexmyhardcorebooty.com

Completion (cases 17,480,289 to 17,483,749)

The accused operated the website sexmyhardcorebooty.com via the bogus merchant Lumpall Enterprises Limited. Using this website, they faked a total of 3,461 subscriptions and charged 15,432 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 May 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.84 up to a maximum of EUR 1,388.14 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 213,373.67** was incurred via the website sexmyhardcorebooty.com at the expense of 3,461 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Lumpall Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,480,289 to 17,483,749.

Attempt (cases 3,497,791 to 3,505,725)

In addition, the accused submitted a further 7,935 fake subscriptions for the sexmyhardcorebooty.com website in the period from 7 May 2019 to 15 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to

318

EXT-MIZRACHI-01495

unlawfully obtain a total amount of **EUR 525,243.70.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,497,791 to 3,505,725.

## 334. sexspicelatin.com

Completion (cases 17,483,750 to 17,484,379)

The accused operated the website sexspicelatin.com via the bogus merchant Matjar Pillar Limited. Using this website, they faked a total of 630 subscriptions and charged 1,737 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 May 2016 to 15 August 2016 in accordance with their previously agreed plan of action. Losses of at least EUR 1.13 up to a maximum of EUR 178.52 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 22,023.70** was incurred via the website sexspicelatin.com at the expense of 630 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Matjar Pillar Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,483,750 to 17,484,379.

Attempt (cases 3,528,655 to 3,536,219)

In addition, the accused submitted a further 7,565 fake subscriptions for the website sexspicelatin.com in the period from 7 May 2019 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 467,228.72.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,528,655 to 3,536,219.

## 335. sexualanalgames.com

Completion (cases 17,484,380 to 17,487,975)

319

EXT-MIZRACHI-01496

The accused operated the website sexualanalgames.com via the bogus merchant Guydem Short Limited. Using this website, they faked a total of 3,596 subscriptions and charged 13,681 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 August 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 3,562.58 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 321,541.91** was incurred via the website sexualanalgames.com at the expense of 3,596 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Guydem Short Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,484,380 to 17,487,975.

Attempt (cases 3,538,545 to 3,546,129)

In addition, the accused submitted a further 7,585 fake subscriptions for the sexualanalgames.com website in the period from 7 May 2019 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 484,291.04.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,538,545 to 3,546,129.

**336. sexualrookies.com**

Completion (cases 17,487,976 to 17,488,275)

The accused operated the website sexualrookies.com via the bogus merchant Chopber Limited. Using this website, they faked a total of 300 subscriptions and charged 1,091 individual monthly transactions to the credit cards of victimized credit card holders in the period from 13 February 2020 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.39 up to a maximum of EUR 1,001.77 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 41,489.89** was incurred via the website sexualrookies.com

320

at the expense of 300 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Chopbe Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,487,976 to 17,488,275.

Attempt (cases 3,547,321 to 3,551,926)

In addition, the accused submitted a further 4,606 fake subscriptions for the sexualrookies.com website in the period from 11 January 2020 to 12 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 240,878.50.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,547,321 to 3,551,926.

## 337. sexualxxxfirsts.com

Completion (cases 17,488,276 to 17,492,732)

The accused operated the website sexualxxxfirsts.com via the bogus merchant Matjar Pillar Limited. Using this website, they faked a total of 4,457 subscriptions and charged 18,660 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 May 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.87 up to a maximum of EUR 1,651.64 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 322,120.87** was incurred via the website sexualxxxfirsts.com at the expense of 4,457 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Matjar Pillar Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,488,276 to 17,492,732.

Attempt (cases 3,556,386 to 3,564,000)

321

EXT-MIZRACHI-01498

In addition, the accused submitted a further 7,615 fake subscriptions for the websites sexualxxxfirsts.com in the period from 7 May 2019 to 8 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 488,895.04.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,556,386 to 3,564,000.

### 338. sexyandsassyasians.com

Completion (cases 17,492,733 to 17,495,214)

The accused operated the website sexyandsassyasians.com via the bogus merchant Zrp Limited. Using this website, they faked a total of 2,482 subscriptions and charged 11,524 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 June 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 6,598.11 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 284,306.43** was incurred via the website sexyandsassyasians.com at the expense of 2,482 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Zrp Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,492,733 to 17,495,214.

Attempt (cases 3,577,829 to 3,583,394)

In addition, the accused submitted a further 5,566 fake subscriptions for the website sexyandsassyasians.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 352,120.85.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,577,829 to 3,583,394.

322

EXT-MIZRACHI-01499

### 339. sexyasianpussies.com

Completion (cases 17,495,215 to 17,499,061)

The accused operated the website sexyasianpussies.com via the bogus merchant Outity Limited. Using this website, they faked a total of 3,847 subscriptions and charged 17,120 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 3,688.05 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 442,726.72** was incurred via the website sexyasianpussies.com at the expense of 3,847 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Outity Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,495,215 to 17,499,061.

Attempt (cases 3,599,012 to 3,608,703)

In addition, the accused submitted a further 9,692 fake subscriptions for the website sexyasianpussies.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 662,409.75.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,599,012 to 3,608,703.

### 340. sexyblackgoddess.com

Completion (cases 17,499,062 to 17,502,703)

The accused operated the website sexyblackgoddess.com via the bogus merchant Surous Limited. Using this website, they faked a total of 3,642 subscriptions and

323

charged 15,681 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 May 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,751.34 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 229,602.35** was incurred via the website sexyblackgoddess.com at the expense of 3,642 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Surous Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,499,062 to 17,502,703.

Attempt (cases 3,642,553 to 3,650,727)

In addition, the accused submitted a further 8,175 fake subscriptions for the website sexyblackgoddess.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 534,565.75.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,642,553 to 3,650,727.

## 341. sexyfirstxxx.com

Completion (cases 17,502,704 to 17,507,061)

The accused operated the website sexyfirstxxx.com via the bogus merchant Colize Limited. Using this website, they faked a total of 4,358 subscriptions and charged 23,574 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 September 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.84 up to a maximum of EUR 5,243.24 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 475,403.70** was incurred via the website sexyfirstxxx.com at the expense of 4,358 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service

324

EXT-MIZRACHI-01501

provider's escrow account held for Colize Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,502,704 to 17,507,061.

Attempt (cases 3,653,447 to 3,662,999)

In addition, the accused submitted a further 9,553 fake subscriptions for the website sexyfirstxxx.com in the period from 6 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 664,558.35.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,653,447 to 3,662,999.

**342. shescravingfirstcock.com**

Completion (cases 17,507,062 to 17,511,562)

The accused operated the website shescravingfirstcock.com via the bogus merchant Rhyile Limited. Using this website, they faked a total of 4,501 subscriptions and charged 20,942 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 May 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,425.99 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 378,415.20** was incurred via the website shescravingfirstcock.com at the expense of 4,501 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Rhyile Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,507,062 to 17,511,562.

Attempt (cases 3,737,832 to 3,745,628)

In addition, the accused submitted a further 7,797 fake subscriptions for the website shescravingfirstcock.com in the period from 7 May 2019 to 17 May 2021, which

325

EXT-MIZRACHI-01502

ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 519,933.22.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,737,832 to 3,745,628.

### 343. shesnoamateurxx.com

Completion (cases 17,511,563 to 17,511,664)

The accused operated the website shesnoamateurxx.com via the bogus merchant Warburts Limited. Using this website, they faked a total of 102 subscriptions and charged 228 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 February 2020 to 12 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 758.93 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 8,455.82** was incurred via the website shesnoamateurxx.com at the expense of 102 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Warburts Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,511,563 to 17,511,664.

Attempt (cases 3,745,783 to 3,746,275)

In addition, the accused submitted a further 493 fake subscriptions for the website shesnoamateurxx.com in the period from 9 April 2020 to 12 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 28,817.52.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,745,783 to 3,746,275.

### 344. sitesbalance.com

326

Completion (cases 17,511,665 to 17,515,159)

The accused operated the website sitesbalance.com via the bogus merchant Corer Limited. Using this website, they faked a total of 3,495 subscriptions and charged 15,527 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 August 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,186.16 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 331,882.21** was incurred via the website sitesbalance.com at the expense of 3,495 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Corer Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,511,665 to 17,515,159.

## 345. sluttyeasysquirtershardcore.com

Completion (cases 17,515,160 to 17,517,396)

The accused operated the website sluttyeasysquirtershardcore.com via the bogus merchant Thewal North Limited. Using this website, they faked a total of 2,237 subscriptions and charged 9,024 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 3,310.17 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 227,388.51** was incurred via the website sluttyeasysquirtershardcore.com at the expense of 2,237 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Thewal North Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,515,160 to 17,517,396.

Attempt (cases 3,752,783 to 3,757,834)

327

In addition, the accused submitted a further 5,052 fake subscriptions for the website sluttyeasysquirtershardcore.com in the period from 7 May 2019 to 14 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 324,775.53.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,752,783 to 3,757,834.

### 346. smallnaughtyasian.com

Completion (cases 17,517,397 to 17,517,680)

The accused operated the website smallnaughtyasian.com via the bogus merchant Grimlo Limited. Using this website, they faked a total of 284 subscriptions and charged 947 individual monthly transactions to the credit cards of harmed credit card holders in the period from 14 February 2020 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 2.12 up to a maximum of EUR 1,499.29 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 34,179.65** was incurred via the website smallnaughtyasian.com at the expense of 284 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Grimlo Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,517,397 to 17,517,680.

Attempt (cases 3,758,387 to 3,760,249)

In addition, the accused submitted a further 1,863 fake subscriptions for the website smallnaughtyasian.com in the period from 9 April 2020 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 81,942.48.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,758,387 to 3,760,249.

328

EXT-MIZRACHI-01505

**347. soakingwetasians.com**

Completion (cases 17,517,681 to 17,518,584)

The accused operated the website soakingwetasians.com via the bogus merchant Hydrovee Limited. Using this website, they faked a total of 904 subscriptions and charged 4,007 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 2,193.20 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 101,100.61** was incurred via the website soakingwetasians.com at the expense of 904 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Hydrovee Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,517,681 to 17,518,584.

Attempt (cases 3,770,878 to 3,773,765)

In addition, the accused submitted a further 2,888 fake subscriptions for the website soakingwetasians.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 218,967.17.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,770,878 to 3,773,765.

**348. spankedandbanged.com**

Completion (cases 17,518,585 to 17,521,738)

329

EXT-MIZRACHI-01506

The accused operated the website spankedandbanged.com via the bogus merchant Calcha Advisory Limited. Using this website, they faked a total of 3,154 subscriptions and charged 14,155 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,301.00 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 311,743.88** was incurred via the website spankedandbanged.com at the expense of 3,154 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Calcha Advisory Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,518,585 to 17,521,738.

Attempt (cases 3,801,950 to 3,809,371)

In addition, the accused submitted a further 7,422 fake subscriptions for the website spankedandbanged.com in the period from 7 May 2019 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 477,396.38.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,801,950 to 3,809,371.

**349. spreadandspank.com**

Completion (cases 17,521,739 to 17,522,367)

The accused operated the website spreadandspank.com via the bogus merchant Rhyile Limited. Using this website, they faked a total of 629 subscriptions and charged 1,875 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 May 2016 to 15 August 2016 in accordance with their previously agreed plan of action. Losses of at least EUR 1.14 up to a maximum of EUR 221.79 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 23,566.02** was incurred via the website

330

EXT-MIZRACHI-01507

spreadandspank.com at the expense of 629 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Rhyile Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,521,739 to 17,522,367.

<u>Attempt (cases 3,811,755 to 3,819,536)</u>

In addition, the accused submitted a further 7,782 fake subscriptions for the website spreadandspank.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 530,854.87.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,811,755 to 3,819,536.

## 350. squirtingasianqueens.com

<u>Completion (cases 17,522,368 to 17,526,109)</u>

The accused operated the website squirtingasianqueens.com via the bogus merchant Sasquatch Enterprises Limited. Using this website, they faked a total of 3,742 subscriptions and charged 19,266 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.84 up to a maximum of EUR 6,664.68 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 448,697.90** was incurred via the website squirtingasianqueens.com at the expense of 3,742 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Sasquatch Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,522,368 to 17,526,109.

<u>Attempt (cases 3,822,335 to 3,831,955)</u>

331

EXT-MIZRACHI-01508

In addition, the accused submitted a further 9,621 fake subscriptions for the website squirtingasianqueens.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 711,543.12.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,822,335 to 3,831,955.

### 351. steamyasiangirls.com

Completion (cases 17,526,110 to 17,526,840)

The accused operated the website steamyasiangirls.com via the bogus merchant Hafjam Limited. Using this website, they faked a total of 731 subscriptions and charged 2,381 individual monthly transactions to the credit cards of harmed credit card holders in the period from 14 January 2020 to 15 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 26.31 up to a maximum of EUR 1,449.90 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 85,448.34** was incurred via the website steamyasiangirls.com at the expense of 731 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Hafjam Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,526,110 to 17,526,840.

Attempt (cases 3,853,507 to 3,858,390)

In addition, the accused submitted a further 4,884 fake subscriptions for the website steamyasiangirls.com in the period from 11 January 2020 to 15 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 237,954.96.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,853,507 to 3,858,390.

332

EXT-MIZRACHI-01509

**352. suckmylatinlover.com**

Completion (cases 17,526,841 to 17,530,429)

The accused operated the website suckmylatinlover.com via the bogus merchant Guydem Short Limited. Using this website, they faked a total of 3,589 subscriptions and charged 13,877 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 August 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,884.48 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 312,190.66** was incurred via the website suckmylatinlover.com at the expense of 3,589 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Guydem Short Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,526,841 to 17,530,429.

Attempt (cases 3,881,525 to 3,889,164)

In addition, the accused submitted a further 7,640 fake subscriptions for the website suckmylatinlover.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 476,221.86.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,881,525 to 3,889,164.

**353. sweetasianass.com**

Completion (cases 17,530,430 to 17,531,424)

333

The accused operated the website sweetasianass.com via the bogus merchant Divafix Limited. Using this website, they faked a total of 995 subscriptions and charged 5,537 individual monthly transactions to the credit cards of harmed credit card holders in the period from 20 September 2016 to 15 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 6,506.28 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 110,718.22** was incurred via the website sweetasianass.com at the expense of 995 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Divafix Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,530,430 to 17,531,424.

Attempt (cases 3,901,829 to 3,903,456)

In addition, the accused submitted a further 1,628 fake subscriptions for the website sweetasianass.com in the period from 8 May 2019 to 15 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 170,733.25.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,901,829 to 3,903,456.

### 354. sweetsexyasian.com

Completion (cases 17,531,425 to 17,532,172)

The accused operated the website sweetsexyasian.com via the bogus merchant Staende Alus Limited. Using this website, they faked a total of 748 subscriptions and charged 2,884 individual monthly transactions to the credit cards of harmed credit card holders in the period from 11 January 2020 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.78 up to a maximum of EUR 1,799.06 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 103,916.01** was incurred via the website

334

sweetsexyasian.com at the expense of 748 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Staende Alus Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,531,425 to 17,532,172.

Attempt (cases 3,904,716 to 3,909,353)

In addition, the accused submitted a further 4,638 fake subscriptions for the website sweetsexyasian.com in the period from 11 January 2020 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 261,380.53.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,904,716 to 3,909,353.

**355. takeitupthepoopchute.com**

Completion (cases 17,532,173 to 17,535,553)

The accused operated the website takeitupthepoopchute.com via the bogus merchant Pluto Systems Limited. Using this website, they faked a total of 3,381 subscriptions and charged 12,920 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 August 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.84 up to a maximum of EUR 3,154.25 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 317,452.02** was incurred via the website takeitupthepoopchute.com at the expense of 3,381 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Pluto Systems Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,532,173 to 17,535,553.

Attempt (cases 3,911,650 to 3,919,391)

335

In addition, the accused submitted a further 7,742 fake subscriptions for the website takeitupthepoopchute.com in the period from 7 May 2019 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 495,241.35.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,911,650 to 3,919,391.

### 356. teachrookiealesson.com

Completion (cases 17,535,554 to 17,536,643)

The accused operated the website teachrookiealesson.com via the bogus merchant Unor Limited. Using this website, they faked a total of 1,090 subscriptions and charged 4,508 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 2,378.96 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 116,737.18** was incurred via the website teachrookiealesson.com at the expense of 1,090 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Unor Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,535,554 to 17,536,643.

Attempt (cases 3,929,914 to 3,933,131)

In addition, the accused submitted a further 3,218 fake subscriptions for the website teachrookiealesson.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 284,839.13.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,929,914 to 3,933,131.

336

EXT-MIZRACHI-01513

**357. teamviewsets.com**

Completion (cases 17,536,644 to 17,540,467)

The accused operated the website teamviewsets.com via the bogus merchant Smitbee Limited. Using this website, they faked a total of 3,824 subscriptions and charged 17,691 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.84 up to a maximum of EUR 3,933.94 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 417,846.28** was incurred via the website teamviewsets.com at the expense of 3,824 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Smitbee Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,536,644 to 17,540,467.

**358. thatlesbiantouch.com**

Completion (cases 17,540,468 to 17,540,612)

The accused operated the website thatlesbiantouch.com via the bogus merchant Sidigled Limited. Using this website, they faked a total of 145 subscriptions and charged 516 individual monthly transactions to the credit cards of harmed credit card holders in the period from 14 February 2020 to 9 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 3.14 up to a maximum of EUR 1,090.98 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 18,322.93** was incurred via the website thatlesbiantouch.com at the expense of 145 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Sidigled Limited. The individual

337

EXT-MIZRACHI-01514

cases are listed in the table attached to the Arrest Warrant for cases 17,540,468 to 17,540,612.

Attempt (cases 3,933,398 to 3,934,354)

In addition, the accused submitted a further 957 fake subscriptions for the website thatlesbiantouch.com in the period from 10 April 2020 to 9 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 37,579.59.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,933,398 to 3,934,354.

**359. tightasianhole.com**

Completion (cases 17,540,613 to 17,544,443)

The accused operated the website tightasianhole.com via the bogus merchant Kenrise Limited. Using this website, they faked a total of 3,831 subscriptions and charged 19,035 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.84 up to a maximum of EUR 4,287.78 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 427,540.87** was incurred via the website tightasianhole.com at the expense of 3,831 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Kenrise Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,540,613 to 17,544,443.

Attempt (cases 3,996,806 to 4,006,312)

In addition, the accused submitted a further 9,507 fake subscriptions for the website tightasianhole.com in the period from 7 May 2019 to 14 May 2021, which ultimately

338

EXT-MIZRACHI-01515

did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 685,001.26.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,996,806 to 4,006,312.

### 360. trashymilfsxxx.com

Completion (cases 17,544,444 to 17,547,880)

The accused operated the website trashymilfsxxx.com via the bogus merchant Lumpall Enterprises Limited. Using this website, they faked a total of 3,437 subscriptions and charged 15,402 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 May 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,906.82 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 217,053.51** was incurred via the website trashymilfsxxx.com at the expense of 3,437 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Lumpall Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,544,444 to 17,547,880.

Attempt (cases 4,033,729 to 4,041,766)

In addition, the accused submitted a further 8,038 fake subscriptions for the website trashymilfsxxx.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 534,228.44.** The individual cases are listed in the table attached to the Arrest Warrant for cases 4,033,729 to 4,041,766.

### 361. vulgarpenetration.com

339

EXT-MIZRACHI-01516

<u>Completion (cases 17,547,881 to 17,548,200)</u>

The accused operated the website vulgarpenetration.com via the bogus merchant Frayblade Limited. Using this website, they faked a total of 320 subscriptions and charged 1,139 individual monthly transactions to the credit cards of victimized credit card holders in the period from 13 February 2020 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 3.78 up to a maximum of EUR 1,035.27 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 41,072.76** was incurred via the website vulgarpenetration.com at the expense of 320 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Frayblade Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,547,881 to 17,548,200.

**362. webfeeview.com**

<u>Completion (cases 17,548,201 to 17,552,022)</u>

The accused operated the website webfeeview.com via the bogus merchant Goldarm Limited. Using this website, they faked a total of 3,822 subscriptions and charged 16,897 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 4,445.80 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 412,426.21** was incurred via the website webfeeview.com at the expense of 3,822 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Goldarm Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,548,201 to 17,552,022.

340

EXT-MIZRACHI-01517

### 363. wetnmessyamateurfucking.com

Completion (cases 17,552,023 to 17,554,276)

The accused operated the website wetnmessyamateurfucking.com via the bogus merchant Vimbu Limited. Using this website, they faked a total of 2,254 subscriptions and charged 10,849 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 December 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 9,654.59 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 277,375.16** was incurred via the website wetnmessyamateurfucking.com at the expense of 2,254 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Vimbu Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,552,023 to 17,554,276.

Attempt (cases 4,080,676 to 4,086,238)

In addition, the accused submitted a further 5,563 fake subscriptions for the website wetnmessyamateurfucking.com in the period from 7 May 2019 to 15 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 388,755.16.** The individual cases are listed in the table attached to the Arrest Warrant for cases 4,080,676 to 4,086,238.

### 364. whenblackgirlsgethorny.com

Completion (cases 17,554,277 to 17,558,705)

The accused operated the website whenblackgirlsgethorny.com via the bogus merchant Prosaria Limited. Using this website, they faked a total of 4,429 subscriptions and charged 18,913 individual monthly transactions to the credit cards

341

EXT-MIZRACHI-01518

of harmed credit card holders in the period from 30 May 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,251.70 were incurred for each fake subscription. In the above-mentioned period, a total loss of EUR 375,128.02 was incurred via the website whenblackgirlsgethorny.com at the expense of 4,429 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Prosaria Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,554,277 to 17,558,705.

Attempt (cases 4,088,613 to 4,096,365)

In addition, the accused submitted a further 7,753 fake subscriptions for the website whenblackgirlsgethorny.com in the period from 7 May 2019 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 493,258.14.** The individual cases are listed in the table attached to the Arrest Warrant for cases 4,088,613 to 4,096,365.

### 365. xratedafricanappeal.com

Completion (cases 17,558,706 to 17,558,840)

The accused operated the website xratedafricanappeal.com via the bogus merchant Losninger Services Limited. Using this website, they faked a total of 135 subscriptions and charged 491 individual monthly transactions to the credit cards of victimized credit card holders in the period from 13 February 2020 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.18 up to a maximum of EUR 676.76 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 16,392.04** was incurred via the website xratedafricanappeal.com at the expense of 135 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Losninger Services Limited. The

342

individual cases are listed in the table attached to the Arrest Warrant for cases 17,558,706 to 17,558,840.

Attempt (cases 4,177,540 to 4,178,497)

In addition, the accused submitted fake subscriptions for the website xratedafricanappeal.com in a further 958 cases in the period from 13 April 2020 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 36,275.77.** The individual cases are listed in the table attached to the Arrest Warrant for cases 4,177,540 to 4,178,497.

### 366. xratedasianlove.com

Completion (cases 17,558,841 to 17,559,198)

The accused operated the website xratedasianlove.com via the bogus merchant Emimar Services Limited. Using this website, they faked a total of 358 subscriptions and charged 1,100 individual monthly transactions to the credit cards of harmed credit card holders in the period from 14 February 2020 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.69 up to a maximum of EUR 1,068.27 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 40,325.30** was incurred via the website xratedasianlove.com at the expense of 358 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Emimar Services Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,558,841 to 17,559,198.

Attempt (cases 4,179,081 to 4,181,225)

In addition, the accused submitted a further 2,145 fake subscriptions for the website xratedasianlove.com in the period from 9 April 2020 to 17 May 2021, which ultimately

343

did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 115,685.81.** The individual cases are listed in the table attached to the Arrest Warrant for cases 4,179,081 to 4,181,225.

### 367. xratedasianluv.com

Completion (cases 17,559,199 to 17,561,189)

The accused operated the website xratedasianluv.com via the bogus merchant Botben Limited. Using this website, they faked a total of 1,991 subscriptions and charged 8,680 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 February 2018 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 17,993.18 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 275,143.49** was incurred via the website xratedasianluv.com at the expense of 1,991 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Botben Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,559,199 to 17,561,189.

Attempt (cases 4,184,611 to 4,195,381)

In addition, the accused submitted a further 10,771 fake subscriptions for the website xratedasianluv.com in the period from 22 February 2018 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,141,828.77.** The individual cases are listed in the table attached to the Arrest Warrant for cases 4,184,611 to 4,195,381.

### 368. xxlatinahookup.com

344

<u>Completion (cases 17,561,190 to 17,561,476)</u>

The accused operated the website xxlatinahookup.com via the bogus merchant Siluma Limited. Using this website, they faked a total of 287 subscriptions and charged 988 individual monthly transactions to the credit cards of harmed credit card holders in the period from 14 February 2020 to 15 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.55 up to a maximum of EUR 1,052.81 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 35,260.60** was incurred via the website xxlatinahookup.com at the expense of 287 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Siluma Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,561,190 to 17,561,476.

<u>Attempt (cases 4,202,372 to 4,204,268)</u>

In addition, the accused submitted a further 1,897 fake subscriptions for the website xxlatinahookup.com in the period from 9 April 2020 to 15 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 72,650.24.** The individual cases are listed in the table attached to the Arrest Warrant for cases 4,202,372 to 4,204,268.

### 369. xxxasiancreampies.com

<u>Completion (cases 17,561,477 to 17,561,875)</u>

The accused operated the website xxxasiancreampies.com via the bogus merchant Crancot Designs Limited. Using this website, they faked a total of 399 subscriptions and charged 1,513 individual monthly transactions to the credit cards of harmed credit card holders in the period from 14 February 2020 to 18 May 2021 in

345

EXT-MIZRACHI-01522

accordance with their previously agreed plan of action. Losses of at least EUR 1.76 up to a maximum of EUR 1,819.08 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 52,034.27** was incurred via the website xxxasiancreampies.com at the expense of 399 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Crancot Designs Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,561,477 to 17,561,875.

Attempt (cases 4,214,724 to 4,216,991)

In addition, the accused submitted a further 2,268 fake subscriptions for the website xxxasiancreampies.com in the period from 8 April 2020 to 18 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 107,916.94.** The individual cases are listed in the table attached to the Arrest Warrant for cases 4,214,724 to 4,216,991.

**370. xxxasscreamers.com**

Completion (cases 17,561,876 to 17,566,217)

The accused operated the website xxxasscreamers.com via the bogus merchant Colize Limited. Using this website, they faked a total of 4,342 subscriptions and charged 21,822 individual monthly transactions to the credit cards of harmed credit card holders in the period from 20 September 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 4,012.03 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 473,899.65** was incurred via the website xxxasscreamers.com at the expense of 4,342 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Colize Limited. The individual

346

EXT-MIZRACHI-01523

cases are listed in the table attached to the Arrest Warrant for cases 17,561,876 to 17,566,217.

<u>Attempt (cases 4,219,680 to 4,228,983)</u>

In addition, the accused submitted a further 9,304 fake subscriptions for the website xxxasscreamers.com in the period from 7 May 2019 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 647,349.64.** The individual cases are listed in the table attached to the Arrest Warrant for cases 4,219,680 to 4,228,983.

### 371. xxxblacksexattack.com

<u>Completion (cases 17,566,218 to 17,569,343)</u>

The accused operated the website xxxblacksexattack.com via the bogus merchant Calcha Advisory Limited. Using this website, they faked a total of 3,126 subscriptions and charged 12,973 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 December 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,109.36 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 301,616.76** was incurred via the website xxxblacksexattack.com at the expense of 3,126 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Calcha Advisory Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,566,218 to 17,569,343.

<u>Attempt (cases 4,231,189 to 4,238,555)</u>

In addition, the accused submitted a further 7,367 fake subscriptions for the website xxxblacksexattack.com in the period from 7 May 2019 to 17 May 2021, which

347

ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 486,238.12.** The individual cases are listed in the table attached to the Arrest Warrant for cases 4,231,189 to 4,238,555.

### 372. xxxbootytrain.com

Completion (cases 17,569,344 to 17,573,887)

The accused operated the website xxxbootytrain.com via the bogus merchant Rhyile Limited. Using this website, they faked a total of 4,544 subscriptions and charged 20,160 individual monthly transactions to the credit cards of harmed credit card holders in the period from 30 May 2016 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 4,414.66 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 399,483.19** was incurred via the website xxxbootytrain.com at the expense of 4,544 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Rhyile Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,569,344 to 17,573,887.

Attempt (cases 4,240,921 to 4,248,837)

In addition, the accused submitted a further 7,917 fake subscriptions for the xxxbootytrain.com website in the period from 7 May 2019 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 514,749.84.** The individual cases are listed in the table attached to the Arrest Warrant for cases 4,240,921 to 4,248,837.

### 373. xxxlatinsexwhores.com

348

EXT-MIZRACHI-01525

Completion (cases 17,573,888 to 17,577,058)

The accused operated the website xxxlatinsexwhores.com via the bogus merchant Sument Limited. Using this website, they faked a total of 3,171 subscriptions and charged 10,606 individual monthly transactions to the credit cards of harmed credit card holders in the period from 2 November 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,022.92 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 280,438.69** was incurred via the website xxxlatinsexwhores.com at the expense of 3,171 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Sument Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 17,573,888 to 17,577,058.

## 374. pornblacksexstar.com

Completion (cases 3,211,353 to 3,216,371)

The accused operated the website pornblacksexstar.com via the bogus merchant S.D.T. Limited. Using this website, they faked a total of 5,019 subscriptions and charged 9,297 individual monthly transactions to the credit cards of harmed credit card holders in the period from 2 February 2018 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,925.63 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 245,266.51** was incurred via the website pornblacksexstar.com at the expense of 5,019 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for S.D.T. Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 3,211,353 to 3,216,371.

349

EXT-MIZRACHI-01526

Attempt (cases 3,216,372 to 3,232,228)

In addition, the accused submitted a further 15,857 fake subscriptions for the website pornblacksexstar.com in the period from 2 February 2018 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,460,279.24.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,216,372 to 3,232,228.

### 375. latindoublebangingxxx.com

Completion (cases 2,368,365 to 2,373,274)

The accused operated the website latindoublebangingxxx.com via the bogus merchant Marnor Enterprises Limited. Using this website, they faked a total of 4,910 subscriptions and charged 9,046 individual monthly transactions to the credit cards of harmed credit card holders in the period from 4 February 2018 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,673.50 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 242,967.65** was incurred via the website latindoublebangingxxx.com at the expense of 4,910 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Marnor Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 2,368,365 to 2,373,274.

Attempt (cases 2,373,275 to 2,389,142)

In addition, the accused submitted fake subscriptions for the website latindoublebangingxxx.com in a further 15,868 cases in the period from 4 February 2018 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,458,449.82.** The individual

350

EXT-MIZRACHI-01527

cases are listed in the table attached to the Arrest Warrant for cases 2,373,275 to 2,389,142.

### 376. roughoutletxxx.com

Completion (cases 3,384,245 to 3,389,076)

The accused operated the website roughoutletxxx.com via the bogus merchant Marnor Enterprises Limited. Using this website, they faked a total of 4,832 subscriptions and charged 8,878 individual monthly transactions to the credit cards of harmed credit card holders in the period from 3 February 2018 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,833.96 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 234,915.15** was incurred via the website roughoutletxxx.com at the expense of 4,832 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Marnor Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 3,384,245 to 3,389,076.

Attempt (cases 3,389,077 to 3,405,059)

In addition, the accused submitted a further 15,983 fake subscriptions for the website roughoutletxxx.com in the period from 3 February 2018 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,432,319.23.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,389,077 to 3,405,059.

### 377. pornhardcorefuckbuddy.com

Completion (cases 3,232,229 to 3,237,099)

351

EXT-MIZRACHI-01528

The accused operated the website pornhardcorefuckbuddy.com via the bogus merchant Woodstrip Enterprises Limited. Using this website, they faked a total of 4,871 subscriptions and charged 8,410 individual monthly transactions to the credit cards of harmed credit card holders in the period from 2 February 2018 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,409.98 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 226,854.45** was incurred via the website pornhardcorefuckbuddy.com at the expense of 4,871 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Woodstrip Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 3,232,229 to 3,237,099.

Attempt (cases 3,237,100 to 3,252,844)

In addition, the accused submitted a further 15,745 fake subscriptions for the website pornhardcorefuckbuddy.com in the period from 2 February 2018 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,447,838.30.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,237,100 to 3,252,844.

**378. blacksexforyou.com**

Completion (cases 1,045,888 to 1,050,895)

The accused operated the website blacksexforyou.com via the bogus merchant Force Stock Limited. Using this website, they faked a total of 5,008 subscriptions and charged 9,020 individual monthly transactions to the credit cards of harmed credit card holders in the period from 3 February 2018 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,157.60 were incurred for each fake subscription. In the above-mentioned period, a total loss of EUR 240,069.92 was incurred via the website

352

blacksexforyou.com at the expense of 5,008 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Force Stock Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 1,045,888 to 1,050,895.

<u>Attempt (cases 1,050,896 to 1,066,904)</u>

In addition, the accused submitted a further 16,009 fake subscriptions for the website blacksexforyou.com in the period from 3 February 2018 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,467,049.88.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,050,896 to 1,066,904.

### 379. latinladylumps.com

<u>Completion (cases 2,448,936 to 2,453,949)</u>

The accused operated the website latinladylumps.com via the bogus merchant Force Stock Limited. Using this website, they faked a total of 5,014 subscriptions and charged 9,613 individual monthly transactions to the credit cards of harmed credit card holders in the period from 3 February 2018 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,774.02 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 250,678.06** was incurred via the website latinladylumps.com at the expense of 5,014 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Force Stock Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 2,448,936 to 2,453,949.

<u>Attempt (cases 2,453,950 to 2,469,892)</u>

353

In addition, the accused submitted a further 15,943 fake subscriptions for the website latinladylumps.com in the period from 3 February 2018 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,489,248.08.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,453,950 to 2,469,892.

### 380. fuckherasianface.com

Completion (cases 1,619,405 to 1,622,328)

The accused operated the website fuckherasianface.com via the bogus merchant Dalecliff Limited. Using this website, they faked a total of 2,924 subscriptions and charged 5,023 individual monthly transactions to the credit cards of victimized credit card holders in the period from 22 February 2018 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 1,923.84 were incurred for each fake subscription. In the above-mentioned period, a total loss of EUR 139,486.41 was incurred via the website fuckherasianface.com at the expense of 2,924 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Dalecliff Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 1,619,405 to 1,622,328.

Attempt (cases 1,622,329 to 1,631,961)

In addition, the accused submitted fake subscriptions for the website fuckherasianface.com in a further 9,633 cases in the period from 22 February 2018 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 994,060.30.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,622,329 to 1,631,961.

354

EXT-MIZRACHI-01531

**381. lusciouslatinaxxx.com**

Completion (cases 2,796,124 to 2,799,033)

The accused operated the website lusciouslatinaxxx.com via the bogus merchant Dalecliff Limited. Using this website, they faked a total of 2,910 subscriptions and charged 4,999 individual monthly transactions to the credit cards of victimized credit card holders in the period from 22 February 2018 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 1,651.19 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 141,769.67** was incurred via the website lusciouslatinaxxx.com at the expense of 2,910 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Dalecliff Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 2,796,124 to 2,799,033.

Attempt (cases 2,799,034 to 2,808,706)

In addition, the accused submitted fake subscriptions for the website lusciouslatinaxxx.com in a further 9,673 cases in the period from 22 February 2018 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,039,786.24.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,799,034 to 2,808,706.

**382. pleasurehardcoresex.com**

Completion (cases 3,175,856 to 3,180,689)

355

EXT-MIZRACHI-01532

The accused operated the website pleasurehardcoresex.com via the bogus merchant Hopstand Limited. Using this website, they faked a total of 4,834 subscriptions and charged 9,068 individual monthly transactions to the credit cards of victimized credit card holders in the period from 3 February 2018 to 16 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,559.09 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 236,295.83** was incurred via the website pleasurehardcoresex.com at the expense of 4,834 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Hopstand Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 3,175,856 to 3,180,689.

Attempt (cases 3,180,690 to 3,196,412)

In addition, the accused submitted fake subscriptions for the website pleasurehardcoresex.com in a further 15,723 cases in the period from 3 February 2018 to 16 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,478,991.59.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,180,690 to 3,196,412.

### 383. eroticblacksexybeauty.com

Completion (cases 1,447,732 to 1,450,849)

The accused operated the websiteeroticblacksexybeauty.com via the bogus merchant Audose Limited. Using this website, they faked a total of 3,118 subscriptions and charged 5,938 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 February 2018 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 1,895.72 were incurred for each fake subscription. In the

356

EXT-MIZRACHI-01533

above-mentioned period, a total loss of **EUR 162,824.41** was incurred via the website eroticblacksexybeauty.com at the expense of 3,118 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Audose Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 1,447,732 to 1,450,849.

Attempt (cases 1,450,850 to 1,460,745)

In addition, the accused submitted a further 9,896 fake subscriptions for the website eroticblacksexybeauty.com in the period from 23 February 2018 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,055,865.88.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,450,850 to 1,460,745.

### 384. xxxlatinsexwhores.com

Completion (cases 4,255,897 to 4,261,239)

The accused operated the website xxxlatinsexwhores.com via the bogus merchant Sument Limited. Using this website, they faked a total of 5,343 subscriptions and charged 9,724 individual monthly transactions to the credit cards of harmed credit card holders in the period from 2 November 2017 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,566.37 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 252,432.24** was incurred via the website xxxlatinsexwhores.com at the expense of 5,343 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Sument Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 4,255,897 to 4,261,239.

357

EXT-MIZRACHI-01534

Attempt (cases 4,261,240 to 4,277,357)

In addition, the accused submitted a further 16,118 fake subscriptions for the website xxxlatinsexwhores.com in the period from 2 November 2017 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,487,095.19.** The individual cases are listed in the table attached to the Arrest Warrant for cases 4,261,240 to 4,277,357.

### 385. sexyasianbeauty.com

Completion (cases 3,583,395 to 3,586,306)

The accused operated the website sexyasianbeauty.com via the bogus merchant Dashlane Limited. Using this website, they faked a total of 2,912 subscriptions and charged 5,244 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 February 2018 to 17 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 3,353.48 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 147,045.94** was incurred via the website sexyasianbeauty.com at the expense of 2,912 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Dashlane Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 3,583,395 to 3,586,306.

Attempt (cases 3,586,307 to 3,596,149)

In addition, the accused submitted a further 9,843 fake subscriptions for the website sexyasianbeauty.com in the period from 23 February 2018 to 17 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully

358

EXT-MIZRACHI-01535

obtain a total amount of **EUR 1,003,400.23.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,586,307 to 3,596,149.

### 386. sensualbootylatin.com

Completion (cases 3,423,774 to 3,428,735)

The accused operated the website sensualbootylatin.com via the bogus merchant Hjelpe Holding Limited. Using this website, they faked a total of 4,962 subscriptions and charged 8,631 individual monthly transactions to the credit cards of harmed credit card holders in the period from 3 February 2018 to 15 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,088.34 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 242,299.18** was incurred via the website sensualbootylatin.com at the expense of 4,962 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Hjelpe Holding Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 3,423,774 to 3,428,735.

Attempt (cases 3,428,736 to 3,444,634)

In addition, the accused submitted a further 15,899 fake subscriptions for the sensualbootylatin.com website in the period from 3 February 2018 to 15 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,447,618.26.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,428,736 to 3,444,634.

## II. Loss calculation for subscriptions collected via the acquirer Wirecard

### 1. adultwebchats.com

359

EXT-MIZRACHI-01536

<u>Completion (cases 18,568,702 to 18,568,985)</u>

The accused operated the website adultwebchats.com via the bogus merchant Vagon Trading Limited. Using this website, they faked a total of 284 subscriptions and charged 515 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 30 June 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.87 up to a maximum of EUR 1,177.70 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 14,508.71** was incurred via the website adultwebchats.com at the expense of 284 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Vagon Trading Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,568,702 to 18,568,985.

<u>Attempt (cases 18,568,986 to 18,569,386)</u>

In addition, the accused submitted a further 401 fake subscriptions for the website adultwebchats.com in the period from 1 January 2020 to 30 June 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 15,373.85.** The individual cases are listed in the table attached to the Arrest Warrant for cases 18,568,986 to 18,569,386.

**2. allaccessanythinganal.com**

<u>Completion (cases 18,569,387 to 18,569,598)</u>

The accused operated the website allaccessanythinganal.com via the bogus merchant SF Jones Limited. Using this website, they faked a total of 212 subscriptions and charged 415 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 6

360

July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.93 up to a maximum of **EUR 779.04** were incurred for each fake subscription. In the above-mentioned period, a total loss of EUR 13,459.47 was incurred via the website allaccessanythinganal.com at the expense of 212 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for SF Jones Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,569,387 to 18,569,598.

Attempt (cases 18,569,599 to 18,571,109)

In addition, the accused submitted a further 1,511 fake subscriptions for the website allaccessanythinganal.com in the period from 1 January 2020 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 117,368.64.** The individual cases are listed in the table attached to the Arrest Warrant for cases 18,569,599 to 18,571,109.

3. **allaccessblackonblackpornsex.com**

Completion (cases 18,571,110 to 18,572,883)

The accused operated the website allaccessblackonblackpornsex.com via the bogus merchant ORDERCRTLREP WDB. Using this website, they faked a total of 1,774 subscriptions and charged 5,285 individual monthly transactions to the credit cards of harmed credit card holders in the period from 10 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,901.46 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 141,096.14** was incurred via the website allaccessblackonblackpornsex.com at the expense of 1,774 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for

361

EXT-MIZRACHI-01538

ORDERCRTLREP WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,571,110 to 18,572,883.

Attempt (cases 18,572,884 to 18,581,534)

In addition, the accused submitted a further 8,651 fake subscriptions for the website allaccessblackonblackpornsex.com in the period from 10 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 725,696.70.** The individual cases are listed in the table attached to the Arrest Warrant for cases 18,572,884 to 18,581,534.

4. **allaccesshardcorewhores.com**

Completion (cases 18,581,535 to 18,582,608)

The accused operated the website allaccesshardcorewhores.com via the bogus merchant Chimera Creations Limited. Using this website, they faked a total of 1,074 subscriptions and charged 3,791 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 December 2018 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.13 up to a maximum of EUR 1,693.45 were incurred for each fake subscription. In the above-mentioned period, a total loss of EUR 130,600.37 was incurred via the website allaccesshardcorewhores.com at the expense of 1,074 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Chimera Creations Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,581,535 to 18,582,608.

Attempt (cases 18,582,609 to 18,592,784)

362

In addition, the accused submitted a further 10,176 fake subscriptions for the website allaccesshardcorewhores.com in the period from 18 December 2018 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,093,179.34.** The individual cases are listed in the table attached to the Arrest Warrant for cases 18,582,609 to 18,592,784.

5. **allaccessxxxasians.com**

Completion (cases 18,592,785 to 18,595,093)

The accused operated the website allaccessxxxasians.com via the bogus merchant YUVA COMPANY Limited. Using this website, they faked a total of 2,309 subscriptions and charged 9,916 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 6 July 2017 in accordance with their previously agreed plan of action. Losses of at least EUR 1.14 up to a maximum of EUR 817.75 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 186,521.69** was incurred via the website allaccessxxxasians.com at the expense of 2,309 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for YUVA COMPANY Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,592,785 to 18,595,093.

Attempt (cases 18,595,094 to 18,604,396)

In addition, the accused submitted a further 9,303 fake subscriptions for the website allaccessxxxasians.com in the period from 1 January 2016 to 6 July 2017, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 869,849.08.** The

363

individual cases are listed in the table attached to the Arrest Warrant for cases 18,595,094 to 18,604,396.

## 6.  alwaysanalallthetime.com

Completion (cases 18,604,397 to 18,604,694)

The accused operated the website alwaysanalallthetime.com via the bogus merchant SDT Limited. Using this website, they faked a total of 298 subscriptions and charged 713 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.91 up to a maximum of EUR 609.23 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 25,031.97** was incurred via the website alwaysanalallthetime.com at the expense of 298 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for SDT Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,604,397 to 18,604,694.

Attempt (cases 18,604,695 to 18,606,963)

In addition, the accused submitted a further 2,269 fake subscriptions for the website alwaysanalallthetime.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 233,696.43.** The individual cases are listed in the table attached to the Arrest Warrant for cases 18,604,695 to 18,606,963.

## 7.  amateuerwetpussy.com

Completion (cases 18,606,964 to 18,607,307)

364

The accused operated the website amateuerwetpussy.com via the bogus merchant Triglade Limited. Using this website, they faked a total of 344 subscriptions and charged 601 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.83 up to a maximum of EUR 624.90 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 21,139.79** was incurred via the website amateuerwetpussy.com at the expense of 344 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Triglade Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,606,964 to 18,607,307.

Attempt (cases 18,607,308 to 18,609,192)

In addition, the accused submitted a further 1,885 fake subscriptions for the website amateuerwetpussy.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 177,812.14.** The individual cases are listed in the table attached to the Arrest Warrant for cases 18,607,308 to 18,609,192.

8. **amateuranalinvaders.com**

Completion (cases 18,609,193 to 18,611,443)

The accused operated the website amateuranalinvaders.com via the bogus merchant FEESETZONES WDB. Using this website, they faked a total of 2,251 subscriptions and charged 7,232 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action.

365

EXT-MIZRACHI-01542

Losses of at least EUR 0.88 up to a maximum of EUR 2,334.90 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 186,253.53** was incurred via the website amateuranalinvaders.com at the expense of 2,251 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for FEESETZONES WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,609,193 to 18,611,443.

Attempt (cases 18,611,444 to 18,623,319)

In addition, the accused submitted a further 11,876 fake subscriptions for the website amateuranalinvaders.com in the period from 9 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,095,217.38.** The individual cases are listed in the table attached to the Arrest Warrant for cases 18,611,444 to 18,623,319.

9. **amateurassclappingwhores.com**

Completion (cases 18,623,320 to 18,623,673)

The accused operated the website amateurassclappingwhores.com via the bogus merchant Sloans Enterprises Limited. Using this website, they faked a total of 354 subscriptions and charged 670 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.92 up to a maximum of EUR 332.78 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 23,424.37** was incurred via the website amateurassclappingwhores.com at the expense of 354 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Sloans Enterprises Limited. The individual

366

EXT-MIZRACHI-01543

cases are listed in the table attached to the Arrest Warrant for cases 18,623,320 to 18,623,673.

Attempt (cases 18,623,674 to 18,626,066)

In addition, the accused submitted a further 2,393 fake subscriptions for the website amateurassclappingwhores.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 209,238.70.** The individual cases are listed in the table attached to the Arrest Warrant for cases 18,623,674 to 18,626,066.

## 10. amateurblowbang.com

Completion (cases 18,626,067 to 18,629,755)

The accused operated the website amateurblowbang.com via the bogus merchant Woodstrip Enterprises Limited. Using this website, they faked a total of 3,689 subscriptions and charged 14,019 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,428.34 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 288,421.65** was incurred via the website amateurblowbang.com at the expense of 3,689 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Woodstrip Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,626,067 to 18,629,755.

Attempt (cases 18,629,756 to 18,648,176)

In addition, the accused submitted a further 18,421 fake subscriptions for the website amateurblowbang.com in the period from 1 January 2016 to 7 July

367

EXT-MIZRACHI-01544

2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,528,517.10.** The individual cases are listed in the table attached to the Arrest Warrant for cases 18,629,756 to 18,648,176.

## 11. amateurcockblocking.com

Completion (cases 18,648,177 to 18,650,114)

The accused operated the website amateurcockblocking.com via the bogus merchant Oversettelse Limited. Using this website, they faked a total of 1,938 subscriptions and charged 6,478 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,974.73 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 148,695.48** was incurred via the website amateurcockblocking.com at the expense of 1,938 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Oversettelse Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,648,177 to 18,650,114.

Attempt (cases 18,650,115 to 18,660,093)

In addition, the accused submitted a further 9,979 fake subscriptions for the website amateurcockblocking.com in the period from 21 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 843,522.88.** The individual cases are listed in the table attached to the Arrest Warrant for cases 18,650,115 to 18,660,093.

368

## 12. amateurcocklove.com

Completion (cases 18,660,094 to 18,660,471)

The accused operated the website amateurcocklove.com via the bogus merchant Tre Stativ Limited. Using this website, they faked a total of 378 subscriptions and charged 799 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.89 up to a maximum of EUR 927.00 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 28,724.45** was incurred via the website amateurcocklove.com at the expense of 378 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Tre Stativ Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,660,094 to 18,660,471.

Attempt (cases 18,660,472 to 18,662,928)

In addition, the accused submitted a further 2,457 fake subscriptions for the website amateurcocklove.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 213,603.17.** The individual cases are listed in the table attached to the Arrest Warrant for cases 18,660,472 to 18,662,928.

## 13. amateurcockparty.com

Completion (cases 18,662,929 to 18,666,353)

The accused operated the website amateurcockparty.com via the bogus merchant Dashlane Limited. Using this website, they faked a total of 3,425 subscriptions and charged 12,823 individual monthly transactions to the credit

369

EXT-MIZRACHI-01546

cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,639.02 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 263,096.37** was incurred via the website amateurcockparty.com at the expense of 3,425 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Dashlane Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,662,929 to 18,666,353.

Attempt (cases 18,666,354 to 18,682,693)

In addition, the accused submitted a further 16,340 fake subscriptions for the website amateurcockparty.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,383,656.97.** The individual cases are listed in the table attached to the Arrest Warrant for cases 18,666,354 to 18,682,693.

## 14.amateurcumguzzlers.com

Completion (cases 18,682,694 to 18,686,467)

The accused operated the website amateurcumguzzlers.com via the bogus merchant Passage Controls Limited. Using this website, they faked a total of 3,774 subscriptions and charged 14,341 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 2,300.63 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 295,542.68** was incurred via the website amateurcumguzzlers.com at the expense of 3,774 credit card holders. This amount was debited from the

370

account of the harmed credit card holder and credited to the payment service provider's escrow account held for Passage Controls Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,682,694 to 18,686,467.

<u>Attempt (cases 18,686,468 to 18,703,735)</u>

In addition, the accused submitted a further 17,268 fake subscriptions for the website amateurcumguzzlers.com in the period from 1 June 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,564,726.14.** The individual cases are listed in the table attached to the Arrest Warrant for cases 18,686,468 to 18,703,735.

## 15. amateurcumswallowers.com

<u>Completion (cases 18,703,736 to 18,707,706)</u>

The accused operated the website amateurcumswallowers.com via the bogus merchant Evnick Limited. Using this website, they faked a total of 3,971 subscriptions and charged 15,621 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 2,146.99 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 306,012.43** was incurred via the website amateurcumswallowers.com at the expense of 3,971 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Evnick Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,703,736 to 18,707,706.

<u>Attempt (cases 18,707,707 to 18,724,841)</u>

371

In addition, the accused submitted a further 17,135 fake subscriptions for the website amateurcumswallowers.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,474,984.63.** The individual cases are listed in the table attached to the Arrest Warrant for cases 18,707,707 to 18,724,841.

**16. amateurdicklickers.com**

Completion (cases 18,724,842 to 18,725,139)

The accused operated the website amateurdicklickers.com via the bogus merchant Timtown Limited. Using this website, they faked a total of 298 subscriptions and charged 520 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 9.00 up to a maximum of EUR 356.64 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 17,831.95** was incurred via the website amateurdicklickers.com at the expense of 298 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Timtown Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,724,842 to 18,725,139.

Attempt (cases 18,725,140 to 18,726,923)

In addition, the accused submitted a further 1,784 fake subscriptions for the website amateurdicklickers.com in the period from 1 January 2020 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 157,139.06.** The

372

EXT-MIZRACHI-01549

individual cases are listed in the table attached to the Arrest Warrant for cases 18,725,140 to 18,726,923.

### 17. amateurdickteaser.com

Completion (cases 18,726,924 to 18,730,567)

The accused operated the website amateurdickteaser.com via the bogus merchant Charmat Limited. Using this website, they faked a total of 3,644 subscriptions and charged 17,423 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.91 up to a maximum of EUR 3,557.02 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 306,576.56** was incurred via the website amateurdickteaser.com at the expense of 3,644 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Charmat Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,726,924 to 18,730,567.

Attempt (cases 18,730,568 to 18,749,182)

In addition, the accused submitted a further 18,615 fake subscriptions for the website amateurdickteaser.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,840,579.89.** The individual cases are listed in the table attached to the Arrest Warrant for cases 18,730,568 to 18,749,182.

### 18. amateurdirtypornworld.com

Completion (cases 18,749,183 to 18,749,389)

373

EXT-MIZRACHI-01550

The accused operated the website amateurdirtypornworld.com via the bogus merchant Slipmatt Lock Limited. Using this website, they faked a total of 207 subscriptions and charged 341 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.77 up to a maximum of EUR 417.12 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 11,329.71** was incurred via the website amateurdirtypornworld.com at the expense of 207 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Slipmatt Lock Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,749,183 to 18,749,389.

Attempt (cases 18,749,390 to 18,751,131)

In addition, the accused submitted a further 1,742 fake subscriptions for the website amateurdirtypornworld.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 127,948.81.** The individual cases are listed in the table attached to the Arrest Warrant for cases 18,749,390 to 18,751,131.

19. **amateurdirtysex.com**

Completion (cases 18,751,132 to 18,753,874)

The accused operated the website amateurdirtysex.com via the bogus merchant LF Leaf Fall Limited. Using this website, they faked a total of 2,743 subscriptions and charged 10,870 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at

374

EXT-MIZRACHI-01551

least EUR 1.11 up to a maximum of EUR 4,273.51 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 246,508.42** was incurred via the website amateurdirtysex.com at the expense of 2,743 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for LF Leaf Fal Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,751,132 to 18,753,874.

Attempt (cases 18,753,875 to 18,767,667)

In addition, the accused submitted a further 13,793 fake subscriptions for the website amateurdirtysex.com in the period from 1 June 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,321,423.74.** The individual cases are listed in the table attached to the Arrest Warrant for cases 18,753,875 to 18,767,667.

**20. amateurdirtywhores.com**

Completion (cases 18,767,668 to 18,769,660)

The accused operated the website amateurdirtywhores.com via the bogus merchant Hydrovee Limited. Using this website, they faked a total of 1,993 subscriptions and charged 5,498 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 8 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,631.61 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 154,761.83** was incurred via the website amateurdirtywhores.com at the expense of 1,993 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Hydrovee Limited. The individual cases are

375

EXT-MIZRACHI-01552

listed in the table attached to the Arrest Warrant for cases 18,767,668 to 18,769,660.

<u>Attempt (cases 18,769,661 to 18,779,519)</u>

In addition, the accused submitted a further 9,859 fake subscriptions for the website amateurdirtywhores.com in the period from 21 January 2017 to 8 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 836,330.67.** The individual cases are listed in the table attached to the Arrest Warrant for cases 18,769,661 to 18,779,519.

## 21.amateureroticsex.com

<u>Completion (cases 18,779,520 to 18,779,855)</u>

The accused operated the website amateureroticsex.com via the bogus merchant Sylend Limited. Using this website, they faked a total of 336 subscriptions and charged 624 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.76 up to a maximum of EUR 855.32 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 23,109.83** was incurred via the website amateureroticsex.com at the expense of 336 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Sylend Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,779,520 to 18,779,855.

<u>Attempt (cases 18,779,856 to 18,781,736)</u>

In addition, the accused submitted a further 1,881 fake subscriptions for the website amateureroticsex.com in the period from 1 January 2020 to 7 July

376

EXT-MIZRACHI-01553

2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 170,075.34.** The individual cases are listed in the table attached to the Arrest Warrant for cases 18,779,856 to 18,781,736.

## 22. amateurfingerbanging.com

Completion (cases 18,781,737 to 18,783,551)

The accused operated the website amateurfingerbanging.com via the bogus merchant Hauster Limited. Using this website, they faked a total of 1,815 subscriptions and charged 5,858 individual monthly transactions to the credit cards of harmed credit card holders in the period from 12 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,519.52 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 144,854.54** was incurred via the website amateurfingerbanging.com at the expense of 1,815 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Hauster Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,781,737 to 18,783,551.

Attempt (cases 18,783,552 to 18,792,604)

In addition, the accused submitted a further 9,053 fake subscriptions for the website amateurfingerbanging.com in the period from 12 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 724,295.65.** The individual cases are listed in the table attached to the Arrest Warrant for cases 18,783,552 to 18,792,604.

377

EXT-MIZRACHI-01554

### 23. amateurgroupsextales.com

Completion (cases 18,792,605 to 18,794,040)

The accused operated the website amateurgroupsextales.com via the bogus merchant Crownland Limited. Using this website, they faked a total of 1,436 subscriptions and charged 5,495 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,328.18 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 136,456.61** was incurred via the website amateurgroupsextales.com at the expense of 1,436 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Crownland Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,792,605 to 18,794,040.

Attempt (cases 18,794,041 to 18,800,663)

In addition, the accused submitted a further 6,623 fake subscriptions for the website amateurgroupsextales.com in the period from 1 January 2016 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 550,947.84.** The individual cases are listed in the table attached to the Arrest Warrant for cases 18,794,041 to 18,800,663.

### 24. amateurloversathome.com

Completion (cases 18,800,664 to 18,804,849)

The accused operated the website amateurloversathome.com via the bogus merchant Daltom Consultancy Limited. Using this website, they faked a total of

378

EXT-MIZRACHI-01555

4,186 subscriptions and charged 18,371 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 5,750.88 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 368,048.40** was incurred via the website amateurloversathome.com at the expense of 4,186 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Daltom Consultancy Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,800,664 to 18,804,849.

Attempt (cases 18,804,850 to 18,823,569)

In addition, the accused submitted a further 18,720 fake subscriptions for the website amateurloversathome.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,922,657.55.** The individual cases are listed in the table attached to the Arrest Warrant for cases 18,804,850 to 18,823,569.

## 25. amateurloversbang.com

Completion (cases 18,823,570 to 18,825,558)

The accused operated the website amateurloversbang.com via the bogus merchant Afice Limited. Using this website, they faked a total of 1,989 subscriptions and charged 8,296 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,706.62 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 188,503.70** was incurred via the website amateurloversbang.com at the

379

EXT-MIZRACHI-01556

expense of 1,989 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Afice Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,823,570 to 18,825,558.

Attempt (cases 18,825,559 to 18,835,193)

In addition, the accused submitted a further 9,635 fake subscriptions for the website amateurloversbang.com in the period from 22 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 884,753.30.** The individual cases are listed in the table attached to the Arrest Warrant for cases 18,825,559 to 18,835,193.

## 26.amateurnightsex.com

Completion (cases 18,835,194 to 18,837,581)

The accused operated the website amateurnightsex.com via the bogus merchant Newtheme Limited. Using this website, they faked a total of 2,388 subscriptions and charged 8,090 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.90 up to a maximum of EUR 2,131.36 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 199,665.97** was incurred via the website amateurnightsex.com at the expense of 2,388 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Newtheme Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,835,194 to 18,837,581.

Attempt (cases 18,837,582 to 18,848,812)

380

EXT-MIZRACHI-01557

In addition, the accused submitted a further 11,231 fake subscriptions for the website amateurnightsex.com in the period from 21 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 962,106.40.** The individual cases are listed in the table attached to the Arrest Warrant for cases 18,837,582 to 18,848,812.

### 27.amateurnoobporn.com

Completion (cases 18,848,813 to 18,849,078)

The accused operated the website amateurnoobporn.com via the bogus merchant Tey Designs Limited. Using this website, they faked a total of 266 subscriptions and charged 509 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 5 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.95 up to a maximum of EUR 453.98 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 17,250.30** was incurred via the website amateurnoobporn.com at the expense of 266 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Tey Designs Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,848,813 to 18,849,078.

Attempt (cases 18,849,079 to 18,850,831)

In addition, the accused submitted a further 1,753 fake subscriptions for the website amateurnoobporn.com in the period from 1 January 2020 to 5 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 156,869.74.** The

381

EXT-MIZRACHI-01558

individual cases are listed in the table attached to the Arrest Warrant for cases 18,849,079 to 18,850,831.

## 28.amateurpornlovers.com

Completion (cases 18,850,832 to 18,852,653)

The accused operated the website amateurpornlovers.com via the bogus merchant Epilum Limited. Using this website, they faked a total of 1,822 subscriptions and charged 5,664 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,775.35 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 173,557.67** was incurred via the website amateurpornlovers.com at the expense of 1,822 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Epilum Limited The individual cases are listed in the table attached to the Arrest Warrant for cases 18,850,832 to 18,852,653.

Attempt (cases 18,852,654 to 18,862,578)

In addition, the accused submitted a further 9,925 fake subscriptions for the website amateurpornlovers.com in the period from 21 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 808,904.66.** The individual cases are listed in the table attached to the Arrest Warrant for cases 18,852,654 to 18,862,578.

## 29.amateurpussylicker.com

Completion (cases 18,862,579 to 18,863,188)

382

The accused operated the website amateurpussylicker.com via the bogus merchant Intermac Ideas Limited. Using this website, they faked a total of 610 subscriptions and charged 1,473 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 December 2018 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 2,059.86 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 48,239.31** was incurred via the website amateurpussylicker.com at the expense of 610 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Intermac Ideas Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,862,579 to 18,863,188.

Attempt (cases 18,863,189 to 18,867,415)

In addition, the accused submitted a further 4,227 fake subscriptions for the website amateurpussylicker.com in the period from 18 December 2018 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 358,932.83.** The individual cases are listed in the table attached to the Arrest Warrant for cases 18,863,189 to 18,867,415.

## 30. amateurpussyparadise.com

Completion (cases 18,867,416 to 18,870,186)

The accused operated the website amateurpussyparadise.com via the bogus merchant Frayblade Limited. Using this website, they faked a total of 2,771 subscriptions and charged 11,076 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of

383

EXT-MIZRACHI-01560

at least EUR 0.88 up to a maximum of EUR 1,953.68 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 207,755.66** was incurred via the website amateurpussyparadise.com at the expense of 2,771 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Frayblade Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,867,416 to 18,870,186.

Attempt (cases 18,870,187 to 18,883,917)

In addition, the accused submitted a further 13,731 fake subscriptions for the website amateurpussyparadise.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,147,987.32.** The individual cases are listed in the table attached to the Arrest Warrant for cases 18,870,187 to 18,883,917.

## 31. amateurpussypleaser.com

Completion (cases 18,883,918 to 18,886,896)

The accused operated the website amateurpussypleaser.com via the bogus merchant Matjar Pilla Limited. Using this website, they faked a total of 2,979 subscriptions and charged 13,708 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 9 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.83 up to a maximum of EUR 3,360.35 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 263,094.57** was incurred via the website amateurpussypleaser.com at the expense of 2,979 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's

384

escrow account held for Matjar Pilla Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,883,918 to 18,886,896.

Attempt (cases 18,886,897 to 18,903,349)

In addition, the accused submitted a further 16,453 fake subscriptions for the website amateurpussypleaser.com in the period from 1 June 2016 to 9 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,528,983.01.** The individual cases are listed in the table attached to the Arrest Warrant for cases 18,886,897 to 18,903,349.

## 32. amateurpussytown.com

Completion (cases 18,903,350 to 18,903,481)

The accused operated the website amateurpussytown.com via the bogus merchant Tyborex Limited. Using this website, they faked a total of 132 subscriptions and charged 181 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 10 March 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.96 up to a maximum of EUR 149.85 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 6,380.87** was incurred via the website amateurpussytown.com at the expense of 132 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Tyborex Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,903,350 to 18,903,481.

Attempt (cases 18,903,482 to 18,904,322)

In addition, the accused submitted a further 841 fake subscriptions for the website amateurpussytown.com in the period from 1 January 2020 to 10

385

EXT-MIZRACHI-01562

March 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 55,849.28.** The individual cases are listed in the table attached to the Arrest Warrant for cases 18,903,482 to 18,904,322.

## 33. amateursexbuddies.com

Completion (cases 18,904,323 to 18,906,119)

The accused operated the website amateursexbuddies.com via the bogus merchant ATB Atalantis Technologies Limited. Using this website, they faked a total of 1,797 subscriptions and charged 4,256 individual monthly transactions to the credit cards of harmed credit card holders in the period from 20 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,735.15 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 122,229.55** was incurred via the website amateursexbuddies.com at the expense of 1,797 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for ATB Atalantis Technologies Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,904,323 to 18,906,119.

Attempt (cases 18,906,120 to 18,915,761)

In addition, the accused submitted a further 9,642 fake subscriptions for the website amateursexbuddies.com in the period from 20 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 819,325.88.** The individual cases are listed in the table attached to the Arrest Warrant for cases 18,906,120 to 18,915,761.

386

EXT-MIZRACHI-01563

### 34.amateursexcapades.com

Completion (cases 18,915,762 to 18,918,792)

The accused operated the website amateursexcapades.com via the bogus merchant Fieldspring Designs Limited. Using this website, they faked a total of 3,031 subscriptions and charged 12,071 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,605.31 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 255,534.21** was incurred via the website amateursexcapades.com at the expense of 3,031 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fieldspring Designs Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,915,762 to 18,918,792.

Attempt (cases 18,918,793 to 18,932,903)

In addition, the accused submitted a further 14,111 fake subscriptions for the website amateursexcapades.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,266,445.23.** The individual cases are listed in the table attached to the Arrest Warrant for cases 18,918,793 to 18,932,903.

### 35.amateursexchicks.com

Completion (cases 18,932,904 to 18,933,196)

The accused operated the website amateursexchicks.com via the bogus merchant Symend Limited. Using this website, they faked a total of 293

387

EXT-MIZRACHI-01564

subscriptions and charged 691 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 9 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 2.09 up to a maximum of EUR 679.33 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 23,149.71** was incurred via the website amateursexchicks.com at the expense of 293 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Symend Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,932,904 to 18,933,196.

Attempt (cases 18,933,197 to 18,934,806)

In addition, the accused submitted a further 1,610 fake subscriptions for the website amateursexchicks.com in the period from 1 January 2020 to 9 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 157,450.08.** The individual cases are listed in the table attached to the Arrest Warrant for cases 18,933,197 to 18,934,806.

## 36.amateursexfantasies.com

Completion (cases 18,934,807 to 18,936,638)

The accused operated the website amateursexfantasies.com via the bogus merchant Blomst Limited. Using this website, they faked a total of 1,832 subscriptions and charged 5,408 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,664.32 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 134,180.98** was incurred via the website amateursexfantasies.com at the expense of 1,832 credit card holders. This amount was debited from the

388

EXT-MIZRACHI-01565

account of the harmed credit card holder and credited to the payment service provider's escrow account held for Blomst Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,934,807 to 18,936,638.

Attempt (cases 18,936,639 to 18,946,483)

In addition, the accused submitted a further 9,845 fake subscriptions for the website amateursexfantasies.com in the period from 21 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 764,027.63.** The individual cases are listed in the table attached to the Arrest Warrant for cases 18,936,639 to 18,946,483.

## 37. amateursexgoddess.com

Completion (cases 18,946,484 to 18,949,806)

The accused operated the website amateursexgoddess.com via the bogus merchant Dynowire Limited. Using this website, they faked a total of 3,323 subscriptions and charged 13,393 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,839.48 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 268,500.47** was incurred via the website amateursexgoddess.com at the expense of 3,323 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Dynowire Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,946,484 to 18,949,806.

Attempt (cases 18,949,807 to 18,965,122)

389

In addition, the accused submitted a further 15,316 fake subscriptions for the website amateursexgoddess.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,345,479.29.** The individual cases are listed in the table attached to the Arrest Warrant for cases 18,949,807 to 18,965,122.

### 38. amateursexhour.com

Completion (cases 18,965,123 to 18,968,640)

The accused operated the website amateursexhour.com via the bogus merchant Buslaw Ventures Limited. Using this website, they faked a total of 3,518 subscriptions and charged 15,448 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 1,936.61 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 286,838.82** was incurred via the website amateursexhour.com at the expense of 3,518 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Buslaw Ventures Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,965,123 to 18,968,640.

Attempt (cases 18,968,641 to 18,987,011)

In addition, the accused submitted a further 18,371 fake subscriptions for the website amateursexhour.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,809,320.09.** The

390

EXT-MIZRACHI-01567

individual cases are listed in the table attached to the Arrest Warrant for cases 18,968,641 to 18,987,011.

### 39. amateursexmatches.com

Completion (cases 18,987,012 to 18,987,385)

The accused operated the website amateursexmatches.com via the bogus merchant Facelija Limited. Using this website, they faked a total of 374 subscriptions and charged 1,011 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 December 2018 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.14 up to a maximum of EUR 2,868.37 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 30,435.46** was incurred via the website amateursexmatches.com at the expense of 374 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Facelija Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,987,012 to 18,987,385.

Attempt (cases 18,987,386 to 18,989,627)

In addition, the accused submitted a further 2,242 fake subscriptions for the website amateursexmatches.com in the period from 8 December 2018 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 223,966.37.** The individual cases are listed in the table attached to the Arrest Warrant for cases 18,987,386 to 18,989,627.

### 40. amateursexsessionsxxx.com

Completion (cases 18,989,628 to 18,991,352)

391

The accused operated the website amateursexsessionsxxx.com via the bogus merchant Isonyx Limited. Using this website, they faked a total of 1,725 subscriptions and charged 4,152 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,983.02 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 123,151.08** was incurred via the website amateursexsessionsxxx.com at the expense of 1,725 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Isonyx Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 18,989,628 to 18,991,352.

Attempt (cases 18,991,353 to 19,000,915)

In addition, the accused submitted a further 9,563 fake subscriptions for the website amateursexsessionsxxx.com in the period from 21 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 759,422.41.** The individual cases are listed in the table attached to the Arrest Warrant for cases 18,991,353 to 19,000,915.

**41. amateursexualfantasies.com**

Completion (cases 19,000,916 to 19,002,890)

The accused operated the website amateursexualfantasies.com via the bogus merchant Bellin Framework Limited. Using this website, they faked a total of 1,975 subscriptions and charged 6,415 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action.

392

Losses of at least EUR 0.88 up to a maximum of EUR 2,345.08 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 157,827.10** was incurred via the website amateursexualfantasies.com at the expense of 1,975 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Bellin Framework Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,000,916 to 19,002,890.

Attempt (cases 19,002,891 to 19,012,877)

In addition, the accused submitted a further 9,987 fake subscriptions for the website amateursexualfantasies.com in the period from 22 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 863,031.85.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,002,891 to 19,012,877.

## 42. amateursexualmatches.com

Completion (cases 19,012,878 to 19,012,940)

The accused operated the website amateursexualmatches.com via the bogus merchant Con WDB. Using this website, they faked a total of 63 subscriptions and charged 81 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 December 2017 to 18 January 2018 in accordance with their previously agreed plan of action. Losses of at least EUR 1.09 up to a maximum of EUR 67.08 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 862.53** was incurred via the website amateursexualmatches.com at the expense of 63 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for

393

Con WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,012,878 to 19,012,940.

Attempt (cases 19,012,941 to 19,013,203)

In addition, the accused submitted a further 263 fake subscriptions for the website amateursexualmatches.com in the period from 8 December 2017 to 18 January 2018, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 10,247.62.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,012,941 to 19,013,203.

## 43. amateursexybooty.com

Completion (cases 19,013,204 to 19,016,259)

The accused operated the website amateursexybooty.com via the bogus merchant Crancot Designs Limited. Using this website, they faked a total of 3,056 subscriptions and charged 14,511 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.11 up to a maximum of EUR 7,055.23 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 288,217.97** was incurred via the website amateursexybooty.com at the expense of 3,056 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Crancot Designs Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,013,204 to 19,016,259.

Attempt (cases 19,016,260 to 19,032,272)

394

EXT-MIZRACHI-01571

In addition, the accused submitted a further 16,013 fake subscriptions for the website amateursexybooty.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,663,475.61.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,016,260 to 19,032,272.

## 44.amateursexyhookups.com

Completion (cases 19,032,273 to 19,034,058)

The accused operated the website amateursexyhookups.com via the bogus merchant Vertur Limited. Using this website, they faked a total of 1,786 subscriptions and charged 4,765 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,367.12 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 124,227.63** was incurred via the website amateursexyhookups.com at the expense of 1,786 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Vertur Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,032,273 to 19,034,058.

Attempt (cases 19,034,059 to 19,043,330)

In addition, the accused submitted a further 9,272 fake subscriptions for the website amateursexyhookups.com in the period from 9 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 718,865.84.** The

395

EXT-MIZRACHI-01572

individual cases are listed in the table attached to the Arrest Warrant for cases 19,034,059 to 19,043,330.

## 45. amateursexyspankings.com

Completion (cases 19,043,331 to 19,046,006)

The accused operated the website amateursexyspankings.com via the bogus merchant Marya Limited. Using this website, they faked a total of 2,676 subscriptions and charged 12,919 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.90 up to a maximum of EUR 4,792.96 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 264,477.86** was incurred via the website amateursexyspankings.com at the expense of 2,676 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Marya Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,043,331 to 19,046,006.

Attempt (cases 19,046,007 to 19,059,866)

In addition, the accused submitted a further 13,860 fake subscriptions for the website amateursexyspankings.com in the period from 1 June 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,451,050.25.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,046,007 to 19,059,866.

## 46. amateursexytime.com

Completion (cases 19,059,867 to 19,060,194)

EXT-MIZRACHI-01573

The accused operated the website amateursexytime.com via the bogus merchant Staende Alus Limited. Using this website, they faked a total of 328 subscriptions and charged 639 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 2.20 up to a maximum of EUR 834.96 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 22,752.71** was incurred via the website amateursexytime.com at the expense of 328 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Staende Alus Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,059,867 to 19,060,194.

Attempt (cases 19,060,195 to 19,062,134)

In addition, the accused submitted a further 1,940 fake subscriptions for the website amateursexytime.com in the period from 1 January 2020 to 9 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 176,859.09.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,060,195 to 19,062,134.

**47.amateurshag.com**

Completion (cases 19,062,135 to 19,062,562)

The accused operated the website amateurshag.com via the bogus merchant Siggyl Consultants Limited. Using this website, they faked a total of 428 subscriptions and charged 735 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.91 up to a maximum of EUR 371.58 were incurred for each

397

fake subscription. In the above-mentioned period, a total loss of **EUR 26,321.33** was incurred via the website amateurshag.com at the expense of 428 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Siggyl Consultants Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,062,135 to 19,062,562.

Attempt (cases 19,062,563 to 19,064,999)

In addition, the accused submitted a further 2,437 fake subscriptions for the website amateurshag.com in the period from 1 January 2020 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 207,800.71.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,062,563 to 19,064,999.

## 48. amateurshowandtell.com

Completion (cases 19,065,000 to 19,067,320)

The accused operated the website amateurshowandtell.com via the bogus merchant Dalnash Enterprises Limited. Using this website, they faked a total of 2,321 subscriptions and charged 10,223 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 3,292.80 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 202,518.81** was incurred via the website amateurshowandtell.com at the expense of 2,321 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Dalnash Enterprises Limited. The individual

398

cases are listed in the table attached to the Arrest Warrant for cases 19,065,000 to 19,067,320.

Attempt (cases 19,067,321 to 19,079,411)

In addition, the accused submitted a further 12,091 fake subscriptions for the website amateurshowandtell.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,234,640.32.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,067,321 to 19,079,411.

## 49. amateurslutsfirstporn.com

Completion (cases 19,079,412 to 19,080,796)

The accused operated the website amateurslutsfirstporn.com via the bogus merchant Paraliar Limited. Using this website, they faked a total of 1,385 subscriptions and charged 4,566 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 5 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,614.69 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 113,015.93** was incurred via the website amateurslutsfirstporn.com at the expense of 1,385 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Paraliar Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,079,412 to 19,080,796.

Attempt (cases 19,080,797 to 19,087,198)

In addition, the accused submitted a further 6,402 fake subscriptions for the website amateurslutsfirstporn.com in the period from 1 June 2016 to 5 July

399

EXT-MIZRACHI-01576

2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 559,025.93.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,080,797 to 19,087,198.

## 50. amateurslutsgetwild.com

Completion (cases 19,087,199 to 19,088,897)

The accused operated the website amateurslutsgetwild.com via the bogus merchant TABWAGES WDB. Using this website, they faked a total of 1,699 subscriptions and charged 5,559 individual monthly transactions to the credit cards of harmed credit card holders in the period from 7 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 2,520.70 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 155,871.62** was incurred via the website amateurslutsgetwild.com at the expense of 1,699 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for TABWAGES WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,087,199 to 19,088,897.

Attempt (cases 19,088,898 to 19,099,024)

In addition, the accused submitted a further 10,127 fake subscriptions for the website amateurslutsgetwild.com in the period from 7 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 952,512.31.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,088,898 to 19,099,024.

400

EXT-MIZRACHI-01577

### 51. amateurslutslikesex.com

Completion (cases 19,099,025 to 19,101,021)

The accused operated the website amateurslutslikesex.com via the bogus merchant Canoid Limited. Using this website, they faked a total of 1,997 subscriptions and charged 8,942 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 3,887.47 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 175,806.29** was incurred via the website amateurslutslikesex.com at the expense of 1,997 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Canoid Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,099,025 to 19,101,021.

Attempt (cases 19,101,022 to 19,110,844)

In addition, the accused submitted a further 9,823 fake subscriptions for the website amateurslutslikesex.com in the period from 1 January 2016 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,007,922.60.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,101,022 to 19,110,844.

### 52. amateurstocock.com

Completion (cases 19,110,845 to 19,114,244)

The accused operated the website amateurstocock.com via the bogus merchant Danpot Stand Limited. Using this website, they faked a total of 3,400 subscriptions and charged 14,424 individual monthly transactions to the credit

401

EXT-MIZRACHI-01578

cards of harmed credit card holders in the period from 1 January 2016 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,115.46 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 277,847.41** was incurred via the website amateurstocock.com at the expense of 3,400 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Danpot Stand Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,110,845 to 19,114,244.

<u>Attempt (cases 19,114,245 to 19,130,820)</u>

In addition, the accused submitted a further 16,576 fake subscriptions for the website amateurstocock.com in the period from 1 January 2016 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,377,032.35.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,114,245 to 19,130,820.

### 53.amateursuckandfuck.com

<u>Completion (cases 19,130,821 to 19,134,162)</u>

The accused operated the website amateursuckandfuck.com via the bogus merchant Davbec Designs Limited. Using this website, they faked a total of 3,342 subscriptions and charged 13,322 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,607.78 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 283,311.49** was incurred via the website amateursuckandfuck.com at the expense of 3,342 credit card holders. This amount was debited from the

402

EXT-MIZRACHI-01579

account of the harmed credit card holder and credited to the payment service provider's escrow account held for Davbec Designs Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,130,821 to 19,134,162.

<u>Attempt (cases 19,134,163 to 19,150,720)</u>

In addition, the accused submitted a further 16,558 fake subscriptions for the website amateursuckandfuck.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,363,385.07.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,134,163 to 19,150,720.

## 54. amateurtitsandass.com

<u>Completion (cases 19,150,721 to 19,152,701)</u>

The accused operated the website amateurtitsandass.com via the bogus merchant Volume Enterprises Limited. Using this website, they faked a total of 1,981 subscriptions and charged 6,829 individual monthly transactions to the credit cards of harmed credit card holders in the period from 19 January 2017 to 10 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 3,334.86 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 168,309.80** was incurred via the website amateurtitsandass.com at the expense of 1,981 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Volume Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,150,721 to 19,152,701.

<u>Attempt (cases 19,152,702 to 19,163,201)</u>

403

In addition, the accused submitted a further 10,500 fake subscriptions for the website amateurtitsandass.com in the period from 19 January 2017 to 10 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 923,459.88.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,152,702 to 19,163,201.

### 55.amateurwetgirls.com

Completion (cases 19,163,202 to 19,163,571)

The accused operated the website amateurwetgirls.com via the bogus merchant Skyism Limited. Using this website, they faked a total of 370 subscriptions and charged 751 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 17.93 up to a maximum of EUR 665.72 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 27,254.27** was incurred via the website amateurwetgirls.com at the expense of 370 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Skyism Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,163,202 to 19,163,571.

Attempt (cases 19,163,572 to 19,165,928)

In addition, the accused submitted a further 2,357 fake subscriptions for the website amateurwetgirls.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 209,185.39.** The

404

EXT-MIZRACHI-01581

individual cases are listed in the table attached to the Arrest Warrant for cases 19,163,572 to 19,165,928.

## 56. amateurxxxpornpleasure.com

Completion (cases 19,165,929 to 19,169,087)

The accused operated the website amateurxxxpornpleasure.com via the bogus merchant Mass Cross Enterprises Limited. Using this website, they faked a total of 3,159 subscriptions and charged 12,062 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.91 up to a maximum of EUR 3,867.13 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 258,417.63** was incurred via the website amateurxxxpornpleasure.com at the expense of 3,159 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Mass Cross Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,165,929 to 19,169,087.

Attempt (cases 19,169,088 to 19,185,338)

In addition, the accused submitted a further 16,251 fake subscriptions for the website amateurxxxpornpleasure.com in the period from 1 June 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,522,954.78.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,169,088 to 19,185,338.

## 57. amateurxxxsexinpublic.com

Completion (cases 19,185,339 to 19,185,693)

405

EXT-MIZRACHI-01582

The accused operated the website amateurxxxsexinpublic.com via the bogus merchant Ravinedia Limited. Using this website, they faked a total of 355 subscriptions and charged 692 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.93 up to a maximum of EUR 356.64 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 24,336.40** was incurred via the website amateurxxxsexinpublic.com at the expense of 355 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Ravinedia Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,185,339 to 19,185,693.

Attempt (cases 19,185,694 to 19,188,142)

In addition, the accused submitted a further 2,449 fake subscriptions for the website amateurxxxsexinpublic.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 221,600.69.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,185,694 to 19,188,142.

## 58.amateurxxxthreesome.com

Completion (cases 19,188,143 to 19,188,437)

The accused operated the website amateurxxxthreesome.com via the bogus merchant Sidigled Limited. Using this website, they faked a total of 295 subscriptions and charged 513 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of

406

at least EUR 1.76 up to a maximum of EUR 791.03 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 19,928.24** was incurred via the website amateurxxxthreesome.com at the expense of 295 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Sidigled Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,188,143 to 19,188,437.

Attempt (cases 19,188,438 to 19,190,273)

In addition, the accused submitted a further 1,836 fake subscriptions for the website amateurxxxthreesome.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 156,106.74.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,188,438 to 19,190,273.

## 59. amazinganalpornhub.com

Completion (cases 19,190,274 to 19,191,062)

The accused operated the website amazinganalpornhub.com via the bogus merchant Volcost Investments Limited. Using this website, they faked a total of 789 subscriptions and charged 2,587 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 10 January 2017 in accordance with their previously agreed plan of action. Losses of at least EUR 1.14 up to a maximum of EUR 543.78 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 58,484.77** was incurred via the website amazinganalpornhub.com at the expense of 789 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Volcost Investments Limited. The individual

407

EXT-MIZRACHI-01584

cases are listed in the table attached to the Arrest Warrant for cases 19,190,274 to 19,191,062.

Attempt (cases 19,191,063 to 19,194,193)

In addition, the accused submitted a further 3,131 fake subscriptions for the website amazinganalpornhub.com in the period from 1 January 2016 to 10 January 2017, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 245,665.93.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,191,063 to 19,194,193.

## 60. amazinglatinpussy.com

Completion (cases 19,194,194 to 19,197,411)

The accused operated the website amazinglatinpussy.com via the bogus merchant Oppgradering Solutions Limited. Using this website, they faked a total of 3,218 subscriptions and charged 11,724 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,942.75 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 266,383.39** was incurred via the website amazinglatinpussy.com at the expense of 3,218 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Oppgradering Solutions Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,194,194 to 19,197,411.

Attempt (cases 19,197,412 to 19,214,661)

408

In addition, the accused submitted a further 17,250 fake subscriptions for the website amazinglatinpussy.com in the period from 1 June 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,314,296.53.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,197,412 to 19,214,661.

## 61.amazingmilfsex.com

Completion (cases 19,214,662 to 19,214,976)

The accused operated the website amazingmilfsex.com via the bogus merchant Soster Box Limited. Using this website, they faked a total of 315 subscriptions and charged 592 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 8 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.82 up to a maximum of EUR 706.82 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 19,813.73** was incurred via the website amazingmilfsex.com at the expense of 315 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Soster Box Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,214,662 to 19,214,976.

Attempt (cases 19,214,977 to 19,216,833)

In addition, the accused submitted a further 1,857 fake subscriptions for the website amazingmilfsex.com in the period from 1 January 2020 to 8 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 170,888.68.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,214,977 to 19,216,833.

409

EXT-MIZRACHI-01586

**62. analbangclub.com**

Completion (cases 19,216,834 to 19,220,345)

The accused operated the website analbangclub.com via the bogus merchant Botben Limited. Using this website, they faked a total of 3,512 subscriptions and charged 14,749 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 10,209.91 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 327,033.05** was incurred via the website analbangclub.com at the expense of 3,512 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Botben Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,216,834 to 19,220,345.

Attempt (cases 19,220,346 to 19,237,918)

In addition, the accused submitted a further 17,573 fake subscriptions for the website analbangclub.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,765,366.13.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,220,346 to 19,237,918.

**63. analbootylovers.com**

Completion (cases 19,237,919 to 19,239,731)

The accused operated the website analbootylovers.com via the bogus merchant Esent Limited. Using this website, they faked a total of 1,813

410

EXT-MIZRACHI-01587

subscriptions and charged 5,973 individual monthly transactions to the credit cards of harmed credit card holders in the period from 20 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,789.98 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 163,509.79** was incurred via the website analbootylovers.com at the expense of 1,813 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Esent Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,237,919 to 19,239,731.

### Attempt (cases 19,239,732 to 19,249,436)

In addition, the accused submitted a further 9,705 fake subscriptions for the website analbootylovers.com in the period from 20 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 864,294.22.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,239,732 to 19,249,436.

## 64. analcockfest.com

### Completion (cases 19,249,437 to 19,250,921)

The accused operated the website analcockfest.com via the bogus merchant Factuma Technologies Ltd. Using this website, they faked a total of 1,485 subscriptions and charged 5,461 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,181.01 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 141,301.61** was incurred via the website analcockfest.com at the expense of 1,485 credit card holders. This amount was debited from the account of the

411

harmed credit card holder and credited to the payment service provider's escrow account held for Factuma Technologies Ltd. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,249,437 to 19,250,921.

Attempt (cases 19,250,922 to 19,257,495)

In addition, the accused submitted a further 6,574 fake subscriptions for the website analcockfest.com in the period from 1 January 2016 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 549,180.01.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,250,922 to 19,257,495.

## 65. analicioussex.com

Completion (cases 19,257,496 to 19,259,229)

The accused operated the website analicioussex.com via the bogus merchant BRANDFEES WDB. Using this website, they faked a total of 1,734 subscriptions and charged 5,858 individual monthly transactions to the credit cards of harmed credit card holders in the period from 5 December 2017 to 10 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.91 up to a maximum of EUR 3,169.81 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 160,303.97** was incurred via the website analicioussex.com at the expense of 1,734 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for BRANDFEES WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,257,496 to 19,259,229.

Attempt (cases 19,259,230 to 19,269,307)

412

EXT-MIZRACHI-01589

In addition, the accused submitted a further 10,078 fake subscriptions for the website analicioussex.com in the period from 5 December 2017 to 10 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 990,813.16.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,259,230 to 19,269,307.

## 66. anallicioussexpass.com

Completion (cases 19,269,308 to 19,271,631)

The accused operated the website anallicioussexpass.com via the bogus merchant YUVA COMPANY Ltd. Using this website, they faked a total of 2,324 subscriptions and charged 9,877 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 27 June 2017 in accordance with their previously agreed plan of action. Losses of at least EUR 1.13 up to a maximum of EUR 818.77 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 178,001.09** was incurred via the website anallicioussexpass.com at the expense of 2,324 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for YUVA COMPANY Ltd. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,269,308 to 19,271,631.

Attempt (cases 19,271,632 to 19,281,075)

In addition, the accused submitted a further 9,444 fake subscriptions for the website anallicioussexpass.com in the period from 1 January 2016 to 27 June 2017, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 876,070.23.** The

413

EXT-MIZRACHI-01590

individual cases are listed in the table attached to the Arrest Warrant for cases 19,271,632 to 19,281,075.

## 67. analporngirls.com

<u>Completion (cases 19,281,076 to 19,283,878)</u>

The accused operated the website analporngirls.com via the bogus merchant Lankton Limited. Using this website, they faked a total of 2,803 subscriptions and charged 13,449 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 4,500.09 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 276,899.85** was incurred via the website analporngirls.com at the expense of 2,803 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Lankton Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,281,076 to 19,283,878.

<u>Attempt (cases 19,283,879 to 19,299,872)</u>

In addition, the accused submitted a further 15,994 fake subscriptions for the website analporngirls.com in the period from 1 June 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,492,350.79.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,283,879 to 19,299,872.

## 68. analsexcrazed.com

<u>Completion (cases 19,299,873 to 19,303,725)</u>

414

The accused operated the website analsexcrazed.com via the bogus merchant Calcha Advisory Limited. Using this website, they faked a total of 3,853 subscriptions and charged 17,847 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 3,079.99 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 324,022.88** was incurred via the website analsexcrazed.com at the expense of 3,853 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Calcha Advisory Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,299,873 to 19,303,725.

Attempt (cases 19,303,726 to 19,322,413)

In addition, the accused submitted a further 18,688 fake subscriptions for the website analsexcrazed.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,961,535.84.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,303,726 to 19,322,413.

## 69. applebottomblackbutts.com

Completion (cases 19,322,414 to 19,325,291)

The accused operated the website applebottomblackbutts.com via the bogus merchant Emimar Services Limited. Using this website, they faked a total of 2,878 subscriptions and charged 10,818 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 2,318.06 were incurred for each

415

EXT-MIZRACHI-01592

fake subscription. In the above-mentioned period, a total loss of **EUR 230,429.94** was incurred via the website applebottomblackbutts.com at the expense of 2,878 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Emimar Services Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,322,414 to 19,325,291.

Attempt (cases 19,325,292 to 19,339,500)

In addition, the accused submitted a further 14,209 fake subscriptions for the website applebottomblackbutts.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,247,814.84.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,325,292 to 19,339,500.

## 70.asianassgalore.com

Completion (cases 19,339,501 to 19,341,244)

The accused operated the website asianassgalore.com via the bogus merchant Hjelpe Holding Limited. Using this website, they faked a total of 1,744 subscriptions and charged 4,874 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2017 to 10 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,751.42 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 126,573.45** was incurred via the website asianassgalore.com at the expense of 1,744 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Hjelpe Holding Limited. The individual cases are listed

416

EXT-MIZRACHI-01593

in the table attached to the Arrest Warrant for cases 19,339,501 to 19,341,244.

Attempt (cases 19,341,245 to 19,350,163)

In addition, the accused submitted a further 8,919 fake subscriptions for the website asianassgalore.com in the period from 9 December 2017 to 10 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 711,994.82.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,341,245 to 19,350,163.

## 71. asianassuncensored.com

Completion (cases 19,350,164 to 19,351,798)

The accused operated the website asianassuncensored.com via the bogus merchant Lydennade Limited. Using this website, they faked a total of 1,635 subscriptions and charged 4,545 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,848.07 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 110,548.34** was incurred via the website asianassuncensored.com at the expense of 1,635 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Lydennade Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,350,164 to 19,351,798.

Attempt (cases 19,351,799 to 19,361,188)

417

EXT-MIZRACHI-01594

In addition, the accused submitted a further 9,390 fake subscriptions for the website asianassuncensored.com in the period from 21 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 740,402.82.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,351,799 to 19,361,188.

## 72. asianchicksgetnasty.com

Completion (cases 19,361,189 to 19,361,555)

The accused operated the website asianchicksgetnasty.com via the bogus merchant SETSPRO WDB. Using this website, they faked a total of 367 subscriptions and charged 793 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 9.02 up to a maximum of EUR 705.36 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 27,083.08** was incurred via the website asianchicksgetnasty.com at the expense of 367 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for SETSPRO WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,361,189 to 19,361,555.

Attempt (cases 19,361,556 to 19,363,588)

In addition, the accused submitted a further 2,033 fake subscriptions for the website asianchicksgetnasty.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 190,008.07.** The

418

individual cases are listed in the table attached to the Arrest Warrant for cases 19,361,556 to 19,363,588.

## 73. asiancockblockershd.com

Completion (cases 19,363,589 to 19,365,363)

The accused operated the website asiancockblockershd.com via the bogus merchant Gudrun Limited. Using this website, they faked a total of 1,775 subscriptions and charged 4,840 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 December 2017 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,439.33 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 132,698.41** was incurred via the website asiancockblockershd.com at the expense of 1,775 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Gudrun Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,363,589 to 19,365,363.

Attempt (cases 19,365,364 to 19,374,197)

In addition, the accused submitted a further 8,834 fake subscriptions for the website asiancockblockershd.com in the period from 8 December 2017 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 722,332.44.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,365,364 to 19,374,197.

## 74. asiancockdreams.com

Completion (cases 19,374,198 to 19,377,823)

419

EXT-MIZRACHI-01596

The accused operated the website asiancockdreams.com via the bogus merchant Carjen Line Limited. Using this website, they faked a total of 3,626 subscriptions and charged 17,358 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 4,108.05 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 315,139.20** was incurred via the website asiancockdreams.com at the expense of 3,626 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Carjen Line Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,374,198 to 19,377,823.

Attempt (cases 19,377,824 to 19,396,069)

In addition, the accused submitted a further 18,246 fake subscriptions for the website asiancockdreams.com in the period from 1 January 2016 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,876,916.69.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,377,824 to 19,396,069.

## 75. asiancumdrinkers.com

Completion (cases 19,396,070 to 19,396,331)

The accused operated the website asiancumdrinkers.com via the bogus merchant PRICEPAYLEDGER WDB. Using this website, they faked a total of 262 subscriptions and charged 404 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses

420

EXT-MIZRACHI-01597

of at least EUR 0.90 up to a maximum of EUR 359.04 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 14,110.47** was incurred via the website asiancumdrinkers.com at the expense of 262 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for PRICEPAYLEDGER WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,396,070 to 19,396,331.

Attempt (cases 19,396,332 to 19,398,190)

In addition, the accused submitted a further 1,859 fake subscriptions for the website asiancumdrinkers.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 164,431.37.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,396,332 to 19,398,190.

**76. asiancunteaters.com**

Completion (cases 19,398,191 to 19,400,000)

The accused operated the website asiancunteaters.com via the bogus merchant PROCLAIMFEE WDB. Using this website, they faked a total of 1,810 subscriptions and charged 6,578 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,283.30 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 139,416.98** was incurred via the website asiancunteaters.com at the expense of 1,810 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for PROCLAIMFEE WDB. The individual cases are listed

421

in the table attached to the Arrest Warrant for cases 19,398,191 to 19,400,000.

<u>Attempt (cases 19,400,001 to 19,408,585)</u>

In addition, the accused submitted a further 8,585 fake subscriptions for the website asiancunteaters.com in the period from 8 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 728,090.73.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,400,001 to 19,408,585.

## 77.asiancuntlickers.com

<u>Completion (cases 19,408,586 to 19,409,911)</u>

The accused operated the website asiancuntlickers.com via the bogus merchant Animent Limited. Using this website, they faked a total of 1,326 subscriptions and charged 4,205 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 2,216.39 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 122,688.53** was incurred via the website asiancuntlickers.com at the expense of 1,326 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Animent Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,408,586 to 19,409,911.

<u>Attempt (cases 19,409,912 to 19,417,060)</u>

In addition, the accused submitted a further 7,149 fake subscriptions for the website asiancuntlickers.com in the period from 8 December 2017 to 7 July

422

EXT-MIZRACHI-01599

2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 680,718.53.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,409,912 to 19,417,060.

## 78. asiancutieshavingsex.com

Completion (cases 19,417,061 to 19,418,875)

The accused operated the website asiancutieshavingsex.com via the bogus merchant Hauster Limited. Using this website, they faked a total of 1,815 subscriptions and charged 5,161 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 December 2017 to 8 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,438.56 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 134,752.64** was incurred via the website asiancutieshavingsex.com at the expense of 1,815 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Hauster Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,417,061 to 19,418,875.

Attempt (cases 19,418,876 to 19,427,931)

In addition, the accused submitted a further 9,056 fake subscriptions for the website asiancutieshavingsex.com in the period from 8 December 2017 to 8 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 715,467.08.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,418,876 to 19,427,931.

423

**79.asiandickdreams.com**

Completion (cases 19,427,932 to 19,428,240)

The accused operated the website asiandickdreams.com via the bogus merchant Sysose Limited. Using this website, they faked a total of 309 subscriptions and charged 612 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.82 up to a maximum of EUR 647.15 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 20,784.96** was incurred via the website asiandickdreams.com at the expense of 309 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Sysose Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,427,932 to 19,428,240.

Attempt (cases 19,428,241 to 19,430,097)

In addition, the accused submitted a further 1,857 fake subscriptions for the website asiandickdreams.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 168,854.28.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,428,241 to 19,430,097.

**80.asiandickteaser.com**

Completion (cases 19,430,098 to 19,433,406)

The accused operated the website asiandickteaser.com via the bogus merchant Chekou Parks Limited. Using this website, they faked a total of 3,309 subscriptions and charged 15,015 individual monthly transactions to the

424

EXT-MIZRACHI-01601

credit cards of harmed credit card holders in the period from 1 January 2016 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.93 up to a maximum of EUR 6,889.25 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 318,603.79** was incurred via the website asiandickteaser.com at the expense of 3,309 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Chekou Parks Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,430,098 to 19,433,406.

Attempt (cases 19,433,407 to 19,449,034)

In addition, the accused submitted a further 15,628 fake subscriptions for the website asiandickteaser.com in the period from 1 January 2016 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,664,716.10.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,433,407 to 19,449,034.

## 81.asiandickthrobbing.com

Completion (cases 19,449,035 to 19,449,473)

The accused operated the website asiandickthrobbing.com via the bogus merchant Unor Limited. Using this website, they faked a total of 439 subscriptions and charged 865 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.93 up to a maximum of EUR 398.73 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 28,783.26** was incurred via the website asiandickthrobbing.com at the expense of 439 credit card holders. This amount was debited from the account

425

EXT-MIZRACHI-01602

of the harmed credit card holder and credited to the payment service provider's escrow account held for Unor Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,449,035 to 19,449,473.

### Attempt (cases 19,449,474 to 19,452,017)

In addition, the accused submitted a further 2,544 fake subscriptions for the website asiandickthrobbing.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 236,013.38.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,449,474 to 19,452,017.

## 82. asianentranced.com

### Completion (cases 19,452,018 to 19,454,340)

The accused operated the website asianentranced.com via the bogus merchant ORDEROPENREP WDB. Using this website, they faked a total of 2,323 subscriptions and charged 8,627 individual monthly transactions to the credit cards of harmed credit card holders in the period from 10 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,692.77 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 221,728.84** was incurred via the website asianentranced.com at the expense of 2,323 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for ORDEROPENREP WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,452,018 to 19,454,340.

### Attempt (cases 19,454,341 to 19,466,665)

426

EXT-MIZRACHI-01603

In addition, the accused submitted a further 12,325 fake subscriptions for the website asianentranced.com in the period from 10 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,120,582.28.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,454,341 to 19,466,665.

### 83. asianeroticsex.com

Completion (cases 19,466,666 to 19,467,087)

The accused operated the website asianeroticsex.com via the bogus merchant Prosaria Limited. Using this website, they faked a total of 422 subscriptions and charged 764 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.98 up to a maximum of EUR 423.00 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 27,739.20** was incurred via the website asianeroticsex.com at the expense of 422 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Prosaria Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,466,666 to 19,467,087.

Attempt (cases 19,467,088 to 19,469,565)

In addition, the accused submitted a further 2,478 fake subscriptions for the website asianeroticsex.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 223,169.56.** The individual cases

427

are listed in the table attached to the Arrest Warrant for cases 19,467,088 to 19,469,565.

## 84. asianextremdoublepenetration.com

Completion (cases 19,469,566 to 19,470,875)

The accused operated the website asianextremdoublepenetration.com via the bogus merchant Adalwulf Limited. Using this website, they faked a total of 1,310 subscriptions and charged 4,412 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.84 up to a maximum of EUR 4,021.38 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 129,017.23** was incurred via the website asianextremdoublepenetration.com at the expense of 1,310 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Adalwulf Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,469,566 to 19,470,875.

Attempt (cases 19,470,876 to 19,478,237)

In addition, the accused submitted a further 7,362 fake subscriptions for the website asianextremdoublepenetration.com in the period from 9 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 683,222.98.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,470,876 to 19,478,237.

## 85. asianfantasysexparties.com

Completion (cases 19,478,238 to 19,478,609)

428

EXT-MIZRACHI-01605

The accused operated the website asianfantasysexparties.com via the bogus merchant Radgivning Rights Limited. Using this website, they faked a total of 372 subscriptions and charged 644 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 9.00 up to a maximum of EUR 344.16 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 21,136.99** was incurred via the website asianfantasysexparties.com at the expense of 372 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Radgivning Rights Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,478,238 to 19,478,609.

Attempt (cases 19,478,610 to 19,481,031)

In addition, the accused submitted a further 2,422 fake subscriptions for the website asianfantasysexparties.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 209,272.67.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,478,610 to 19,481,031.

## 86. asianfuckfinders.com

Completion (cases 19,481,032 to 19,481,360)

The accused operated the website asianfuckfinders.com via the bogus merchant SH Standheat Limited. Using this website, they faked a total of 329 subscriptions and charged 587 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of

429

EXT-MIZRACHI-01606

at least EUR 1.76 up to a maximum of EUR 944.79 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 19,602.00** was incurred via the website asianfuckfinders.com at the expense of 329 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for SH Standheat Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,481,032 to 19,481,360.

Attempt (cases 19,481,361 to 19,483,157)

In addition, the accused submitted a further 1,797 fake subscriptions for the website asianfuckfinders.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 166,342.31.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,481,361 to 19,483,157.

**87. asianfuckfriends.com**

Completion (cases 19,483,158 to 19,486,907)

The accused operated the website asianfuckfriends.com via the bogus merchant Winsomea Limited. Using this website, they faked a total of 3,750 subscriptions and charged 14,552 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,852.10 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 298,802.78** was incurred via the website asianfuckfriends.com at the expense of 3,750 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's

430

escrow account held for Winsomea Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,483,158 to 19,486,907.

Attempt (cases 19,486,908 to 19,505,532)

In addition, the accused submitted a further 18,625 fake subscriptions for the website asianfuckfriends.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,514,878.17.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,486,908 to 19,505,532.

## 88.asianfuckysucky.com

Completion (cases 19,505,533 to 19,505,900)

The accused operated the website asianfuckysucky.com via the bogus merchant Taptree Limited. Using this website, they faked a total of 368 subscriptions and charged 734 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.97 up to a maximum of EUR 1,069.63 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 27,629.63** was incurred via the website asianfuckysucky.com at the expense of 368 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Taptree Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,505,533 to 19,505,900.

Attempt (cases 19,505,901 to 19,508,323)

In addition, the accused submitted a further 2,423 fake subscriptions for the website asianfuckysucky.com in the period from 1 January 2020 to 7 July

431

2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 213,830.31.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,505,901 to 19,508,323.

### 89. asiangeisha.com

Completion (cases 19,508,324 to 19,510,385)

The accused operated the website asiangeisha.com via the bogus merchant Wilrow Services Limited. Using this website, they faked a total of 2,062 subscriptions and charged 7,150 individual monthly transactions to the credit cards of harmed credit card holders in the period from 20 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 2,714.01 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 157,285.46** was incurred via the website asiangeisha.com at the expense of 2,062 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Wilrow Services Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,508,324 to 19,510,385.

Attempt (cases 19,510,386 to 19,521,008)

In addition, the accused submitted a further 10,623 fake subscriptions for the website asiangeisha.com in the period from 20 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,004,501.58.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,510,386 to 19,521,008.

432

**90.asiangirlsgetbusy.com**

Completion (cases 19,521,009 to 19,522,640)

The accused operated the website asiangirlsgetbusy.com via the bogus merchant PRICEWIZDEPOT WDB. Using this website, they faked a total of 1,632 subscriptions and charged 5,184 individual monthly transactions to the credit cards of harmed credit card holders in the period from 7 November 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,780.66 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 131,596.92** was incurred via the website asiangirlsgetbusy.com at the expense of 1,632 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for PRICEWIZDEPOT WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,521,009 to 19,522,640.

Attempt (cases 19,522,641 to 19,531,425)

In addition, the accused submitted a further 8,785 fake subscriptions for the website asiangirlsgetbusy.com in the period from 7 November 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 676,299.90.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,522,641 to 19,531,425.

**91.asiangirlssuckcock.com**

Completion (cases 19,531,426 to 19,531,788)

The accused operated the website asiangirlssuckcock.com via the bogus merchant Retrodeo Limited. Using this website, they faked a total of 363

433

EXT-MIZRACHI-01610

subscriptions and charged 733 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.95 up to a maximum of EUR 710.60 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 27,026.41** was incurred via the website asiangirlssuckcock.com at the expense of 363 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Retrodeo Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,531,426 to 19,531,788.

Attempt (cases 19,531,789 to 19,534,243)

In addition, the accused submitted a further 2,455 fake subscriptions for the website asiangirlssuckcock.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 215,832.11.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,531,789 to 19,534,243.

**92.asianhornybabes.com**

Completion (cases 19,534,244 to 19,534,525)

The accused operated the website asianhornybabes.com via the bogus merchant Timtown Limited. Using this website, they faked a total of 282 subscriptions and charged 492 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.97 up to a maximum of EUR 411.52 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 17,483.10** was incurred via the website asianhornybabes.com at the expense

434

EXT-MIZRACHI-01611

of 282 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Timtown Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,534,244 to 19,534,525.

Attempt (cases 19,534,526 to 19,536,256)

In addition, the accused submitted a further 1,731 fake subscriptions for the website asianhornybabes.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 153,679.01.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,534,526 to 19,536,256.

## 93. asianhumpers.com

Completion (cases 19,536,257 to 19,539,080)

The accused operated the website asianhumpers.com via the bogus merchant Losninger Services Limited. Using this website, they faked a total of 2,824 subscriptions and charged 12,619 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.92 up to a maximum of EUR 3,461.79 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 238,746.70** was incurred via the website asianhumpers.com at the expense of 2,824 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Losninger Services Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,536,257 to 19,539,080.

Attempt (cases 19,539,081 to 19,559,109)

435

EXT-MIZRACHI-01612

In addition, the accused submitted a further 20,029 fake subscriptions for the website asianhumpers.com in the period from 1 June 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,377,929.70.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,539,081 to 19,559,109.

## 94. asianliaison.com

Completion (cases 19,559,110 to 19,561,589)

The accused operated the website asianliaison.com via the bogus merchant Hopstand Limited. Using this website, they faked a total of 2,480 subscriptions and charged 10,017 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.05 up to a maximum of EUR 3,808.79 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 214,849.07** was incurred via the website asianliaison.com at the expense of 2,480 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Hopstand Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,559,110 to 19,561,589.

Attempt (cases 19,561,590 to 19,577,729)

In addition, the accused submitted a further 16,140 fake subscriptions for the website asianliaison.com in the period from 1 June 2016 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,328,676.64.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,561,590 to 19,577,729.

436

EXT-MIZRACHI-01613

**95. asianloversbang.com**

Completion (cases 19,577,730 to 19,578,499)

The accused operated the website asianloversbang.com via the bogus merchant Fast Dello Limited. Using this website, they faked a total of 770 subscriptions and charged 2,431 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 December 2018 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,055.40 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 64,962.25** was incurred via the website asianloversbang.com at the expense of 770 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fast Dello Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,577,730 to 19,578,499.

Attempt (cases 19,578,500 to 19,583,875)

In addition, the accused submitted a further 5,376 fake subscriptions for the website asianloversbang.com in the period from 1 December 2018 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 453,970.56.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,578,500 to 19,583,875.

**96. asiannakedwhores.com**

Completion (cases 19,583,876 to 19,584,284)

The accused operated the website asiannakedwhores.com via the bogus merchant Vannetklart Limited. Using this website, they faked a total of 409

437

EXT-MIZRACHI-01614

subscriptions and charged 862 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.92 up to a maximum of EUR 1,063.43 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 31,080.04** was incurred via the website asiannakedwhores.com at the expense of 409 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Vannetklart Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,583,876 to 19,584,284.

Attempt (cases 19,584,285 to 19,586,716)

In addition, the accused submitted a further 2,432 fake subscriptions for the website asiannakedwhores.com in the period from 1 January 2020 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 209,880.93.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,584,285 to 19,586,716.

### 97.asianpenismounters.com

Completion (cases 19,586,717 to 19,587,082)

The accused operated the website asianpenismounters.com via the bogus merchant Ricvaz Blue Limited. Using this website, they faked a total of 366 subscriptions and charged 635 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.89 up to a maximum of EUR 362.58 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 22,288.86** was incurred via the website asianpenismounters.com at the

438

EXT-MIZRACHI-01615

expense of 366 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Ricvaz Blue Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,586,717 to 19,587,082.

Attempt (cases 19,587,083 to 19,589,502)

In addition, the accused submitted a further 2,420 fake subscriptions for the website asianpenismounters.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 215,578.04.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,587,083 to 19,589,502.

## 98. asianpervsonpatrol.com

Completion (cases 19,589,503 to 19,591,154)

The accused operated the website asianpervsonpatrol.com via the bogus merchant Lorcit Limited. Using this website, they faked a total of 1,652 subscriptions and charged 6,370 individual monthly transactions to the credit cards of harmed credit card holders in the period from 17 May 2017 to 10 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 2,260.49 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 151,353.97** was incurred via the website asianpervsonpatrol.com at the expense of 1,652 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Lorcit Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,589,503 to 19,591,154.

Attempt (cases 19,591,155 to 19,599,611)

439

EXT-MIZRACHI-01616

In addition, the accused submitted a further 8,457 fake subscriptions for the website asianpervsonpatrol.com in the period from 17 May 2017 to 10 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 825,814.04.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,591,155 to 19,599,611.

## 99.asianpussiesxxx.com

Completion (cases 19,599,612 to 19,601,425)

The accused operated the website asianpussiesxxx.com via the bogus merchant Kauko Limited. Using this website, they faked a total of 1,814 subscriptions and charged 4,606 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,022.05 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 132,753.70** was incurred via the website asianpussiesxxx.com at the expense of 1,814 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Kauko Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,599,612 to 19,601,425.

Attempt (cases 19,601,426 to 19,610,550)

In addition, the accused submitted a further 9,125 fake subscriptions for the website asianpussiesxxx.com in the period from 8 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 734,280.99.** The

440

individual cases are listed in the table attached to the Arrest Warrant for cases 19,601,426 to 19,610,550.

### 100.    asianpussyeaters.com

Completion (cases 19,610,551 to 19,610,917)

The accused operated the website asianpussyeaters.com via the bogus merchant LL Lead Logik Limited. Using this website, they faked a total of 367 subscriptions and charged 1,205 individual monthly transactions to the credit cards of harmed credit card holders in the period from 16 January 2018 to 5 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.34 up to a maximum of EUR 1,773.47 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 51,762.96** was incurred via the website asianpussyeaters.com at the expense of 367 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for LL Lead Logik Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,610,551 to 19,610,917.

Attempt (cases 19,610,918 to 19,619,265)

In addition, the accused submitted a further 8,348 fake subscriptions for the website asianpussyeaters.com in the period from 16 January 2018 to 5 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 263,207.94.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,610,918 to 19,619,265.

### 101.    asianpussyjammers.com

Completion (cases 19,619,266 to 19,622,537)

441

EXT-MIZRACHI-01618

The accused operated the website asianpussyjammers.com via the bogus merchant Fjaer Services Limited. Using this website, they faked a total of 3,272 subscriptions and charged 14,889 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.05 up to a maximum of EUR 7,382.24 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 314,636.15** was incurred via the website asianpussyjammers.com at the expense of 3,272 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fjaer Services Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,619,266 to 19,622,537.

Attempt (cases 19,622,538 to 19,640,483)

In addition, the accused submitted a further 17,946 fake subscriptions for the website asianpussyjammers.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,815,354.30.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,622,538 to 19,640,483.

## 102.    asianpussylicker.com

Completion (cases 19,640,484 to 19,640,897)

The accused operated the website asianpussylicker.com via the bogus merchant Hoppma Limited. Using this website, they faked a total of 414 subscriptions and charged 945 individual monthly transactions to the credit cards of harmed credit card holders in the period from 2 December 2018 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of

442

at least EUR 1.13 up to a maximum of EUR 1,241.29 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 28,408.47** was incurred via the website asianpussylicker.com at the expense of 414 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Hoppma Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,640,484 to 19,640,897.

Attempt (cases 19,640,898 to 19,643,292)

In addition, the accused submitted a further 2,395 fake subscriptions for the website asianpussylicker.com in the period from 2 December 2018 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 237,201.47.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,640,898 to 19,643,292.

## 103.    **asianpussypower.com**

Completion (cases 19,643,293 to 19,645,705)

The accused operated the website asianpussypower.com via the bogus merchant Gronnvegg Limited. Using this website, they faked a total of 2,413 subscriptions and charged 7,760 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 8 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,558.08 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 175,170.55** was incurred via the website asianpussypower.com at the expense of 2,413 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Gronnvegg Limited. The individual cases

443

EXT-MIZRACHI-01620

are listed in the table attached to the Arrest Warrant for cases 19,643,293 to 19,645,705.

<u>Attempt (cases 19,645,706 to 19,658,266)</u>

In addition, the accused submitted a further 12,561 fake subscriptions for the website asianpussypower.com in the period from 21 January 2017 to 8 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,032,003.77.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,645,706 to 19,658,266.

## 104.    asianpussypumpers.com

<u>Completion (cases 19,658,267 to 19,660,347)</u>

The accused operated the website asianpussypumpers.com via the bogus merchant Ealdun Limited. Using this website, they faked a total of 2,081 subscriptions and charged 7,040 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,571.76 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 154,106.38** was incurred via the website asianpussypumpers.com at the expense of 2,081 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Ealdun Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,658,267 to 19,660,347.

<u>Attempt (cases 19,660,348 to 19,672,211)</u>

444

EXT-MIZRACHI-01621

In addition, the accused submitted a further 11,864 fake subscriptions for the website asianpussypumpers.com in the period from 21 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 935,408.39.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,660,348 to 19,672,211.

**105.    asiansexaffair.com**

Completion (cases 19,672,212 to 19,674,850)

The accused operated the website asiansexaffair.com via the bogus merchant LF Leaf Fall Limited. Using this website, they faked a total of 2,639 subscriptions and charged 11,083 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.13 up to a maximum of EUR 4,464.10 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 253,100.05** was incurred via the website asiansexaffair.com at the expense of 2,639 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for LF Leaf Fall Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,672,212 to 19,674,850.

Attempt (cases 19,674,851 to 19,688,383)

In addition, the accused submitted a further 13,533 fake subscriptions for the website asiansexaffair.com in the period from 1 June 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,309,777.15.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,674,851 to 19,688,383.

445

EXT-MIZRACHI-01622

**106.    asiansexbangers.com**

Completion (cases 19,688,384 to 19,690,378)

The accused operated the website asiansexbangers.com via the bogus merchant Flidoo Limited. Using this website, they faked a total of 1,995 subscriptions and charged 5,454 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 April 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,978.02 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 175,316.75** was incurred via the website asiansexbangers.com at the expense of 1,995 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Flidoo Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,688,384 to 19,690,378.

Attempt (cases 19,690,379 to 19,699,993)

In addition, the accused submitted a further 9,615 fake subscriptions for the website asiansexbangers.com in the period from 22 April 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 841,078.71.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,690,379 to 19,699,993.

**107.    asiansexconcubines.com**

Completion (cases 19,699,994 to 19,703,304)

The accused operated the website asiansexconcubines.com via the bogus merchant Harsloan Limited. Using this website, they faked a total of 3,311

446

EXT-MIZRACHI-01623

subscriptions and charged 11,561 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 2,534.08 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 260,814.19** was incurred via the website asiansexconcubines.com at the expense of 3,311 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Harsloan Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,699,994 to 19,703,304.

Attempt (cases 19,703,305 to 19,718,909)

In addition, the accused submitted a further 15,605 fake subscriptions for the website asiansexconcubines.com in the period from 1 June 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,298,388.27.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,703,305 to 19,718,909.

**108.    asiansexdessert.com**

Completion (cases 19,718,910 to 19,722,087)

The accused operated the website asiansexdessert.com via the bogus merchant Kenrise Limited. Using this website, they faked a total of 3,178 subscriptions and charged 13,465 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.05 up to a maximum of EUR 2,734.02 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 267,716.26** was incurred via the website asiansexdessert.com at the expense of 3,178 credit card holders. This amount was debited from the account of the harmed

447

credit card holder and credited to the payment service provider's escrow account held for Kenrise Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,718,910 to 19,722,087.

<u>Attempt (cases 19,722,088 to 19,738,438)</u>

In addition, the accused submitted a further 16,351 fake subscriptions for the website asiansexdessert.com in the period from 1 June 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,661,001.62.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,722,088 to 19,738,438.

## 109.    **asiansexdreams.com**

<u>Completion (cases 19,738,439 to 19,738,863)</u>

The accused operated the website asiansexdreams.com via the bogus merchant Stax Limited. Using this website, they faked a total of 425 subscriptions and charged 1,019 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.86 up to a maximum of EUR 416.08 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 29,683.69** was incurred via the website asiansexdreams.com at the expense of 425 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Stax Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,738,439 to 19,738,863.

<u>Attempt (cases 19,738,864 to 19,741,271)</u>

448

EXT-MIZRACHI-01625

In addition, the accused submitted a further 2,408 fake subscriptions for the website asiansexdreams.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 47,383.38.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,738,864 to 19,741,271.

### 110.     asiansexfondness.com

Completion (cases 19,741,272 to 19,741,646)

The accused operated the website asiansexfondness.com via the bogus merchant Rebcole Limited. Using this website, they faked a total of 375 subscriptions and charged 861 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 10 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.93 up to a maximum of EUR 353.64 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 26,697.03** was incurred via the website asiansexfondness.com at the expense of 375 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Rebcole Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,741,272 to 19,741,646.

Attempt (cases 19,741,647 to 19,744,072)

In addition, the accused submitted a further 2,426 fake subscriptions for the website asiansexfondness.com in the period from 1 January 2020 to 10 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 210,808.38.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,741,647 to 19,744,072.

449

EXT-MIZRACHI-01626

**111.     asiansexgeishas.com**

Completion (cases 19,744,073 to 19,744,408)

The accused operated the website asiansexgeishas.com via the bogus merchant Gradient Limited. Using this website, they faked a total of 336 subscriptions and charged 842 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 December 2018 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.14 up to a maximum of EUR 1,601.58 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 27,665.98** was incurred via the website asiansexgeishas.com at the expense of 336 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Gradient Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,744,073 to 19,744,408.

Attempt (cases 19,744,409 to 19,746,848)

In addition, the accused submitted a further 2,440 fake subscriptions for the website asiansexgeishas.com in the period from 18 December 2018 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 213,871.19.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,744,409 to 19,746,848.

**112.     asiansexkittenfrenzy.com**

Completion (cases 19,746,849 to 19,750,597)

The accused operated the website asiansexkittenfrenzy.com via the bogus merchant Calcha Advisory Limited. Using this website, they faked a total of

450

3,749 subscriptions and charged 16,652 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 9 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.91 up to a maximum of EUR 2,467.73 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 316,789.28** was incurred via the website asiansexkittenfrenzy.com at the expense of 3,749 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Calcha Advisory Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,746,849 to 19,750,597.

Attempt (cases 19,750,598 to 19,769,078)

In addition, the accused submitted a further 18,481 fake subscriptions for the website asiansexkittenfrenzy.com in the period from 1 January 2016 to 9 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,945,603.97.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,750,598 to 19,769,078.

### 113.    asiansexoasis.com

Completion (cases 19,769,079 to 19,769,446)

The accused operated the website asiansexoasis.com via the bogus merchant Robbuc Limited. Using this website, they faked a total of 368 subscriptions and charged 861 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 8 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.91 up to a maximum of EUR 409.37 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 26,426.67** was incurred via the website asiansexoasis.com at the expense of 368 credit

451

EXT-MIZRACHI-01628

card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Robbuc Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,769,079 to 19,769,446.

Attempt (cases 19,769,447 to 19,771,884)

In addition, the accused submitted a further 2,438 fake subscriptions for the website asiansexoasis.com in the period from 1 January 2020 to 8 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 210,610.29.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,769,447 to 19,771,884.

## 114.      asiansexparties.com

Completion (cases 19,771,885 to 19,774,330)

The accused operated the website asiansexparties.com via the bogus merchant Corer Limited. Using this website, they faked a total of 2,446 subscriptions and charged 19,306 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.13 up to a maximum of EUR 5,293.10 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 389,240.22** was incurred via the website asiansexparties.com at the expense of 2,446 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Corer Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,771,885 to 19,774,330.

Attempt (cases 19,774,331 to 19,786,190)

452

In addition, the accused submitted a further 11,860 fake subscriptions for the website asiansexparties.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 2,191,546.36.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,774,331 to 19,786,190.

**115.      asiansexpornchicks.com**

Completion (cases 19,786,191 to 19,789,006)

The accused operated the website asiansexpornchicks.com via the bogus merchant Guydem Short Limited. Using this website, they faked a total of 2,816 subscriptions and charged 12,043 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.94 up to a maximum of EUR 4,163.26 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 248,808.00** was incurred via the website asiansexpornchicks.com at the expense of 2,816 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Guydem Short Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,786,191 to 19,789,006.

Attempt (cases 19,789,007 to 19,805,567)

In addition, the accused submitted a further 16,561 fake subscriptions for the website asiansexpornchicks.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,373,223.64.** The

453

EXT-MIZRACHI-01630

individual cases are listed in the table attached to the Arrest Warrant for cases 19,789,007 to 19,805,567.

**116.    asiansextownwhores.com**

Completion (cases 19,805,568 to 19,808,497)

The accused operated the website asiansextownwhores.com via the bogus merchant Fieldspring Designs Limited. Using this website, they faked a total of 2,930 subscriptions and charged 12,491 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,950.19 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 255,072.87** was incurred via the website asiansextownwhores.com at the expense of 2,930 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fieldspring Designs Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,805,568 to 19,808,497.

Attempt (cases 19,808,498 to 19,822,314)

In addition, the accused submitted a further 13,817 fake subscriptions for the website asiansextownwhores.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,225,783.14.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,808,498 to 19,822,314.

**117.    asiansexualsurprise.com**

Completion (cases 19,822,315 to 19,822,829)

454

EXT-MIZRACHI-01631

The accused operated the website asiansexualsurprise.com via the bogus merchant Divafix Limited. Using this website, they faked a total of 515 subscriptions and charged 1,914 individual monthly transactions to the credit cards of harmed credit card holders in the period from 2 January 2016 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.87 up to a maximum of EUR 892.95 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 47,245.76** was incurred via the website asiansexualsurprise.com at the expense of 515 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Divafix Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,822,315 to 19,822,829.

Attempt (cases 19,822,830 to 19,825,907)

In addition, the accused submitted a further 3,078 fake subscriptions for the website asiansexualsurprise.com in the period from 2 January 2016 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 319,361.69.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,822,830 to 19,825,907.

### 118.      asiansexwhores.com

Completion (cases 19,825,908 to 19,826,805)

The accused operated the website asiansexwhores.com via the bogus merchant File Home Limited. Using this website, they faked a total of 898 subscriptions and charged 2,459 individual monthly transactions to the credit cards of harmed credit card holders in the period from 14 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of

455

at least EUR 0.90 up to a maximum of EUR 1,788.51 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 80,468.29** was incurred via the website asiansexwhores.com at the expense of 898 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for File Home Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,825,908 to 19,826,805.

Attempt (cases 19,826,806 to 19,838,749)

In addition, the accused submitted a further 11,944 fake subscriptions for the website asiansexwhores.com in the period from 14 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 560,979.29.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,826,806 to 19,838,749.

## 119.    **asiansexybuddies.com**

Completion (cases 19,838,751 to 19,841,898)

The accused operated the website asiansexybuddies.com via the bogus merchant Octonti Limited. Using this website, they faked a total of 3,148 subscriptions and charged 12,709 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 3,042.46 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 298,245.75** was incurred via the website asiansexybuddies.com at the expense of 3,148 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Octonti Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,838,751 to 19,841,898.

456

EXT-MIZRACHI-01633

<u>Attempt (cases 19,841,899 to 19,856,798)</u>

In addition, the accused submitted a further 14,900 fake subscriptions for the website asiansexybuddies.com in the period from 1 June 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,511,035.39.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,841,899 to 19,856,798.

## 120.    asiansexzone.com

<u>Completion (cases 19,856,799 to 19,857,032)</u>

The accused operated the website asiansexzone.com via the bogus merchant Svartpapir Holding Limited. Using this website, they faked a total of 234 subscriptions and charged 487 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.92 up to a maximum of EUR 630.72 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 17,449.86** was incurred via the website asiansexzone.com at the expense of 234 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Svartpapir Holding Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,856,799 to 19,857,032.

<u>Attempt (cases 19,857,033 to 19,858,542)</u>

In addition, the accused submitted a further 1,510 fake subscriptions for the website asiansexzone.com in the period from 1 January 2020 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount

457

submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 131,781.03.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,857,033 to 19,858,542.

### 121.    asiansfuckasians.com

Completion (cases 19,858,543 to 19,860,320)

The accused operated the website asiansfuckasians.com via the bogus merchant Fossned Limited. Using this website, they faked a total of 1,778 subscriptions and charged 5,577 individual monthly transactions to the credit cards of harmed credit card holders in the period from 12 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,488.36 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 133,171.55** was incurred via the website asiansfuckasians.com at the expense of 1,778 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fossned Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,858,543 to 19,860,320.

Attempt (cases 19,860,321 to 19,869,280)

In addition, the accused submitted a further 8,960 fake subscriptions for the website asiansfuckasians.com in the period from 12 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 710,886.56.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,860,321 to 19,869,280.

### 122.    asiansgonexxxwild.com

458

Completion (cases 19,869,281 to 19,870,749)

The accused operated the website asiansgonexxxwild.com via the bogus merchant Heldige Grain Limited. Using this website, they faked a total of 1,469 subscriptions and charged 4,226 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,255.63 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 112,407.16** was incurred via the website asiansgonexxxwild.com at the expense of 1,469 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Heldige Grain Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,869,281 to 19,870,749.

Attempt (cases 19,870,750 to 19,877,207)

In addition, the accused submitted a further 6,458 fake subscriptions for the website asiansgonexxxwild.com in the period from 1 June 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 555,227.38.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,870,750 to 19,877,207.

## 123.    **asianslikeitrough.com**

Completion (cases 19,877,208 to 19,877,636)

The accused operated the website asianslikeitrough.com via the bogus merchant Sasquatch Enterprises Limited. Using this website, they faked a total of 429 subscriptions and charged 887 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses

459

EXT-MIZRACHI-01636

of at least EUR 9.00 up to a maximum of EUR 927.00 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 32,110.43** was incurred via the website asianslikeitrough.com at the expense of 429 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Sasquatch Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,877,208 to 19,877,636.

Attempt (cases 19,877,637 to 19,880,187)

In addition, the accused submitted a further 2,551 fake subscriptions for the website asianslikeitrough.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 227,906.58.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,877,637 to 19,880,187.

## 124.    asianslovethed.com

Completion (cases 19,880,188 to 19,882,623)

The accused operated the website asianslovethed.com via the bogus merchant Fjellet Limited. Using this website, they faked a total of 2,436 subscriptions and charged 7,683 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,027.31 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 176,732.06** was incurred via the website asianslovethed.com at the expense of 2,436 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's

460

EXT-MIZRACHI-01637

escrow account held for Fjellet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,880,188 to 19,882,623.

Attempt (cases 19,882,624 to 19,895,437)

In addition, the accused submitted a further 12,814 fake subscriptions for the website asianslovethed.com in the period from 21 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,010,793.56.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,882,624 to 19,895,437.

## 125.    **asianslovetolick.com**

Completion (cases 19,895,438 to 19,898,674)

The accused operated the website asianslovetolick.com via the bogus merchant Oppgradering Solutions Limited. Using this website, they faked a total of 3,237 subscriptions and charged 12,984 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,697.13 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 269,988.84** was incurred via the website asianslovetolick.com at the expense of 3,237 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Oppgradering Solutions Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,895,438 to 19,898,674.

Attempt (cases 19,898,675 to 19,915,737)

461

In addition, the accused submitted a further 17,063 fake subscriptions for the website asianslovetolick.com in the period from 1 June 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,328,242.69.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,898,675 to 19,915,737.

### 126.       asianslutlickmeallover.com

Completion (cases 19,915,738 to 19,917,556)

The accused operated the website asianslutlickmeallover.com via the bogus merchant Griffin Frame Limited. Using this website, they faked a total of 1,819 subscriptions and charged 5,229 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 January 2017 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 2,733.46 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 153,738.48** was incurred via the website asianslutlickmeallover.com at the expense of 1,819 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Griffin Frame Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,915,738 to 19,917,556.

Attempt (cases 19,917,557 to 19,927,475)

In addition, the accused submitted a further 9,919 fake subscriptions for the website asianslutlickmeallover.com in the period from 22 January 2017 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 822,391.56.** The

462

EXT-MIZRACHI-01639

individual cases are listed in the table attached to the Arrest Warrant for cases 19,917,557 to 19,927,475.

### 127.    asianslutload.com

Completion (cases 19,927,476 to 19,927,987)

The accused operated the website asianslutload.com via the bogus merchant Davsop Enterprises Limited. Using this website, they faked a total of 512 subscriptions and charged 1,573 individual monthly transactions to the credit cards of harmed credit card holders in the period from 24 November 2018 to 4 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.13 up to a maximum of EUR 2,038.09 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 52,388.83** was incurred via the website asianslutload.com at the expense of 512 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Davsop Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,927,476 to 19,927,987.

Attempt (cases 19,927,988 to 19,930,919)

In addition, the accused submitted a further 2,932 fake subscriptions for the website asianslutload.com in the period from 24 November 2018 to 4 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 304,656.47.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,927,988 to 19,930,919.

### 128.    asianslutparty.com

Completion (cases 19,930,920 to 19,934,480)

463

EXT-MIZRACHI-01640

The accused operated the website asianslutparty.com via the bogus merchant Cliffjac Limited. Using this website, they faked a total of 3,561 subscriptions and charged 16,678 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.05 up to a maximum of EUR 4,195.29 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 323,668.31** was incurred via the website asianslutparty.com at the expense of 3,561 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Cliffjac Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,930,920 to 19,934,480.

Attempt (cases 19,934,481 to 19,952,615)

In addition, the accused submitted a further 18,135 fake subscriptions for the website asianslutparty.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,798,925.47.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,934,481 to 19,952,615.

### 129.    asianslutsforme.com

Completion (cases 19,952,616 to 19,954,565)

The accused operated the website asianslutsforme.com via the bogus merchant Afice Limited. Using this website, they faked a total of 1,950 subscriptions and charged 6,930 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 January 2017 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,824.89 were incurred for each

464

EXT-MIZRACHI-01641

fake subscription. In the above-mentioned period, a total loss of **EUR 181,837.09** was incurred via the website asianslutsforme.com at the expense of 1,950 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Afice Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,952,616 to 19,954,565.

Attempt (cases 19,954,566 to 19,964,416)

In addition, the accused submitted a further 9,851 fake subscriptions for the website asianslutsforme.com in the period from 23 January 2017 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 898,237.01.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,954,566 to 19,964,416.

## 130.    asianslutswantmore.com

Completion (cases 19,964,417 to 19,965,319)

The accused operated the website asianslutswantmore.com via the bogus merchant Volcost Investments Limited. Using this website, they faked a total of 903 subscriptions and charged 3,483 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 18 January 2017 in accordance with their previously agreed plan of action. Losses of at least EUR 1.14 up to a maximum of EUR 540.51 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 62,544.44** was incurred via the website asianslutswantmore.com at the expense of 903 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Volcost Investments Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,964,417 to 19,965,319.

465

Attempt (cases 19,965,320 to 19,968,476)

In addition, the accused submitted a further 3,157 fake subscriptions for the website asianslutswantmore.com in the period from 1 January 2016 to 18 January 2017, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 255,698.86.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,965,320 to 19,968,476.

## 131.    **asiansquirtingtramps.com**

Completion (cases 19,968,477 to 19,971,932)

The accused operated the website asiansquirtingtramps.com via the bogus merchant Dashlane Limited. Using this website, they faked a total of 3,456 subscriptions and charged 11,727 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,579.71 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 263,435.54** was incurred via the website asiansquirtingtramps.com at the expense of 3,456 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Dashlane Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,968,477 to 19,971,932.

Attempt (cases 19,971,933 to 19,988,568)

In addition, the accused submitted a further 16,636 fake subscriptions for the website asiansquirtingtramps.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the

466

amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,397,189.59.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,971,933 to 19,988,568.

## 132.     asiansquirtsluts.com

Completion (cases 19,988,569 to 19,991,441)

The accused operated the website asiansquirtsluts.com via the bogus merchant Mixtrail Ventures Limited. Using this website, they faked a total of 2,873 subscriptions and charged 15,188 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 2,744.00 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 292,919.85** was incurred via the website asiansquirtsluts.com at the expense of 2,873 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Mixtrail Ventures Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 19,988,569 to 19,991,441.

Attempt (cases 19,991,442 to 20,007,438)

In addition, the accused submitted a further 15,997 fake subscriptions for the website asiansquirtsluts.com in the period from 1 June 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,565,588.81.** The individual cases are listed in the table attached to the Arrest Warrant for cases 19,991,442 to 20,007,438.

## 133.     asiansweetpussy.com

467

Completion (cases 20,007,439 to 20,007,862)

The accused operated the website asiansweetpussy.com via the bogus merchant Synafront Limited. Using this website, they faked a total of 424 subscriptions and charged 794 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 9.00 up to a maximum of EUR 409.63 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 28,011.81** was incurred via the website asiansweetpussy.com at the expense of 424 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Synafront Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,007,439 to 20,007,862.

Attempt (cases 20,007,863 to 20,010,328)

In addition, the accused submitted a further 2,466 fake subscriptions for the website asiansweetpussy.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 219,197.87.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,007,863 to 20,010,328.

**134.     asianswithfatasses.com**

Completion (cases 20,010,329 to 20,012,627)

The accused operated the website asianswithfatasses.com via the bogus merchant Aurescent Limited. Using this website, they faked a total of 2,299 subscriptions and charged 7,466 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 7

468

EXT-MIZRACHI-01645

July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,224.09 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 153,363.75** was incurred via the website asianswithfatasses.com at the expense of 2,299 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Aurescent Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,010,329 to 20,012,627.

Attempt (cases 20,012,628 to 20,025,895)

In addition, the accused submitted a further 13,268 fake subscriptions for the website asianswithfatasses.com in the period from 21 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,018,158.60.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,012,628 to 20,025,895.

### 135.    asianwetsex.com

Completion (cases 20,025,896 to 20,026,763)

The accused operated the website asianwetsex.com via the bogus merchant Forter Limited. Using this website, they faked a total of 868 subscriptions and charged 2,115 individual monthly transactions to the credit cards of harmed credit card holders in the period from 6 December 2018 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.90 up to a maximum of EUR 1,627.11 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 68,488.21** was incurred via the website asianwetsex.com at the expense of 868 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account

469

EXT-MIZRACHI-01646

held for Forter Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,025,896 to 20,026,763.

Attempt (cases 20,026,764 to 20,032,619)

In addition, the accused submitted a further 5,856 fake subscriptions for the website asianwetsex.com in the period from 6 December 2018 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 507,987.65.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,026,764 to 20,032,619.

## 136.    asianwetspot.com

Completion (cases 20,032,620 to 20,034,436)

The accused operated the website asianwetspot.com via the bogus merchant Meendo Limited. Using this website, they faked a total of 1,817 subscriptions and charged 4,641 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,248.24 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 119,419.36** was incurred via the website asianwetspot.com at the expense of 1,817 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Meendo Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,032,620 to 20,034,436.

Attempt (cases 20,034,437 to 20,044,251)

In addition, the accused submitted a further 9,815 fake subscriptions for the website asianwetspot.com in the period from 21 January 2017 to 7 July 2020,

470

which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 790,564.00.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,034,437 to 20,044,251.

### 137.    asianwhoresscore.com

Completion (cases 20,044,252 to 20,046,149)

The accused operated the website asianwhoresscore.com via the bogus merchant Canoid Limited. Using this website, they faked a total of 1,898 subscriptions and charged 8,041 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 3,368.63 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 188,238.49** was incurred via the website asianwhoresscore.com at the expense of 1,898 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Canoid Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,044,252 to 20,046,149.

Attempt (cases 20,046,150 to 20,055,605)

In addition, the accused submitted a further 9,456 fake subscriptions for the website asianwhoresscore.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 970,473.75.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,046,150 to 20,055,605.

### 138.    asianxxxbooty.com

471

<u>Completion (cases 20,055,606 to 20,055,962)</u>

The accused operated the website asianxxxbooty.com via the bogus merchant Protofy Limited. Using this website, they faked a total of 357 subscriptions and charged 785 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.91 up to a maximum of EUR 740.95 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 29,403.58** was incurred via the website asianxxxbooty.com at the expense of 357 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Protofy Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,055,606 to 20,055,962.

<u>Attempt (cases 20,055,963 to 20,058,454)</u>

In addition, the accused submitted a further 2,492 fake subscriptions for the website asianxxxbooty.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 216,838.84.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,055,963 to 20,058,454.

### 139.    asianxxxdeepthroat.com

<u>Completion (cases 20,058,455 to 20,061,846)</u>

The accused operated the website asianxxxdeepthroat.com via the bogus merchant Davbec Designs Limited. Using this website, they faked a total of 3,392 subscriptions and charged 14,458 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to

472

7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,564.07 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 291,057.77** was incurred via the website asianxxxdeepthroat.com at the expense of 3,392 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Davbec Designs Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,058,455 to 20,061,846.

<u>Attempt (cases 20,061,847 to 20,078,338)</u>

In addition, the accused submitted a further 16,492 fake subscriptions for the website asianxxxdeepthroat.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,360,366.86.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,061,847 to 20,078,338.

### 140.    asianxxxhotspot.com

<u>Completion (cases 20,078,339 to 20,079,773)</u>

The accused operated the website asianxxxhotspot.com via the bogus merchant Force Stock Limited. Using this website, they faked a total of 1,435 subscriptions and charged 5,645 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 2,293.56 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 122,294.11** was incurred via the website asianxxxhotspot.com at the expense of 1,435 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's

473

EXT-MIZRACHI-01650

escrow account held for Force Stock Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,078,339 to 20,079,773.

Attempt (cases 20,079,774 to 20,086,084)

In addition, the accused submitted a further 6,311 fake subscriptions for the website asianxxxhotspot.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 562,016.18.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,079,774 to 20,086,084.

## 141.    asianxxxsluts.com

Completion (cases 20,086,085 to 20,086,497)

The accused operated the website asianxxxsluts.com via the bogus merchant Pixojo Limited. Using this website, they faked a total of 413 subscriptions and charged 784 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 5 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.78 up to a maximum of EUR 650.36 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 29,089.50** was incurred via the website asianxxxsluts.com at the expense of 413 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Pixojo Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,086,085 to 20,086,497.

Attempt (cases 20,086,498 to 20,088,928)

In addition, the accused submitted a further 2,431 fake subscriptions for the website asianxxxsluts.com in the period from 1 January 2020 to 5 July 2020,

474

EXT-MIZRACHI-01651

which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 216,690.77.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,086,498 to 20,088,928.

## 142.    backdoorbeautybooty.com

Completion (cases 20,088,929 to 20,090,419)

The accused operated the website backdoorbeautybooty.com via the bogus merchant COSTFUNDPRO WDB. Using this website, they faked a total of 1,491 subscriptions and charged 4,115 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 March 2018 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,340.46 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 121,636.64** was incurred via the website backdoorbeautybooty.com at the expense of 1,491 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for COSTFUNDPRO WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,088,929 to 20,090,419.

Attempt (cases 20,090,420 to 20,098,099)

In addition, the accused submitted a further 7,680 fake subscriptions for the website backdoorbeautybooty.com in the period from 9 March 2018 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 660,064.57.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,090,420 to 20,098,099.

475

**143.    bangcockxxxasians.com**

Completion (cases 20,098,100 to 20,098,456)

The accused operated the website bangcockxxxasians.com via the bogus merchant Thewal North Limited. Using this website, they faked a total of 357 subscriptions and charged 604 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.77 up to a maximum of EUR 709.45 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 21,907.14** was incurred via the website bangcockxxxasians.com at the expense of 357 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Thewal North Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,098,100 to 20,098,456.

Attempt (cases 20,098,457 to 20,100,365)

In addition, the accused submitted a further 1,909 fake subscriptions for the website bangcockxxxasians.com in the period from 1 January 2020 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 177,777.65.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,098,457 to 20,100,365.

**144.    bangedthehardest.com**

Completion (cases 20,100,366 to 20,102,588)

The accused operated the website bangedthehardest.com via the bogus merchant REPSLINETASK WDB. Using this website, they faked a total of

476

2,223 subscriptions and charged 7,336 individual monthly transactions to the credit cards of harmed credit card holders in the period from 10 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,957.68 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 180,749.63** was incurred via the website bangedthehardest.com at the expense of 2,223 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for REPSLINETASK WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,100,366 to 20,102,588.

Attempt (cases 20,102,589 to 20,114,513)

In addition, the accused submitted a further 11,925 fake subscriptions for the website bangedthehardest.com in the period from 10 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,114,365.48.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,102,589 to 20,114,513.

### 145.    banginbigblackass.com

Completion (cases 20,114,514 to 20,116,487)

The accused operated the website banginbigblackass.com via the bogus merchant Wilhel Limited. Using this website, they faked a total of 1,974 subscriptions and charged 7,150 individual monthly transactions to the credit cards of harmed credit card holders in the period from 20 January 2017 to 8 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 2,087.93 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 158,114.39** was incurred via the website banginbigblackass.com at the

477

expense of 1,974 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Wilhel Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,114,514 to 20,116,487.

Attempt (cases 20,116,488 to 20,126,989)

In addition, the accused submitted a further 10,502 fake subscriptions for the website banginbigblackass.com in the period from 20 January 2017 to 8 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 968,869.46.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,116,488 to 20,126,989.

## 146.    bangmehardcore.com

Completion (cases 20,126,990 to 20,127,253)

The accused operated the website bangmehardcore.com via the bogus merchant Susor Limited. Using this website, they faked a total of 264 subscriptions and charged 515 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.83 up to a maximum of EUR 407.59 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 17,862.09** was incurred via the website bangmehardcore.com at the expense of 264 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Susor Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,126,990 to 20,127,253.

Attempt (cases 20,127,254 to 20,128,853)

478

EXT-MIZRACHI-01655

In addition, the accused submitted a further 1,600 fake subscriptions for the website bangmehardcore.com in the period from 1 January 2020 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 152,556.97.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,127,254 to 20,128,853.

### 147.    bangmilftits.com

Completion (cases 20,128,854 to 20,130,537)

The accused operated the website bangmilftits.com via the bogus merchant Lorcit Limited. Using this website, they faked a total of 1,684 subscriptions and charged 5,946 individual monthly transactions to the credit cards of harmed credit card holders in the period from 17 May 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 3,141.43 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 141,715.32** was incurred via the website bangmilftits.com at the expense of 1,684 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Lorcit Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,128,854 to 20,130,537.

Attempt (cases 20,130,538 to 20,139,021)

In addition, the accused submitted a further 8,484 fake subscriptions for the website bangmilftits.com in the period from 17 May 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 810,515.95.** The individual cases

479

EXT-MIZRACHI-01656

are listed in the table attached to the Arrest Warrant for cases 20,130,538 to 20,139,021.

### 148.    bangyourgfsmilf.com

Completion (cases 20,139,022 to 20,139,367)

The accused operated the website bangyourgfsmilf.com via the bogus merchant Gradient Limited. Using this website, they faked a total of 346 subscriptions and charged 902 individual monthly transactions to the credit cards of harmed credit card holders in the period from 14 December 2018 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.98 up to a maximum of EUR 1,205.45 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 32,390.78** was incurred via the website bangyourgfsmilf.com at the expense of 346 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Gradient Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,139,022 to 20,139,367.

Attempt (cases 20,139,368 to 20,141,702)

In addition, the accused submitted a further 2,335 fake subscriptions for the website bangyourgfsmilf.com in the period from 14 December 2018 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 215,708.71.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,139,368 to 20,141,702.

### 149.    barenakedlatins.com

Completion (cases 20,141,703 to 20,142,110)

480

The accused operated the website barenakedlatins.com via the bogus merchant Tre Stativ Limited. Using this website, they faked a total of 408 subscriptions and charged 894 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.93 up to a maximum of EUR 974.54 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 31,206.65** was incurred via the website barenakedlatins.com at the expense of 408 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Tre Stativ Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,141,703 to 20,142,110.

Attempt (cases 20,142,111 to 20,144,551)

In addition, the accused submitted a further 2,441 fake subscriptions for the website barenakedlatins.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 215,631.40.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,142,111 to 20,144,551.

## 150.    beautifulblackass.com

Completion (cases 20,144,552 to 20,146,498)

The accused operated the website beautifulblackass.com via the bogus merchant Hydrovee Limited. Using this website, they faked a total of 1,947 subscriptions and charged 5,686 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 2,756.46 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR**

481

**147,715.16** was incurred via the website beautifulblackass.com at the expense of 1,947 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Hydrovee Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,144,552 to 20,146,498.

<u>Attempt (cases 20,146,499 to 20,156,447)</u>

In addition, the accused submitted a further 9,949 fake subscriptions for the website beautifulblackass.com in the period from 21 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 839,839.97.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,146,499 to 20,156,447.

## 151.    bestfriendsmama.com

<u>Completion (cases 20,156,448 to 20,157,293)</u>

The accused operated the website bestfriendsmama.com via the bogus merchant CHARGEREPVIEWS WDB. Using this website, they faked a total of 846 subscriptions and charged 2,178 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 December 2018 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,219.25 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 72,666.13** was incurred via the website bestfriendsmama.com at the expense of 846 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for CHARGEREPVIEWS WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,156,448 to 20,157,293.

482

Attempt (cases 20,157,294 to 20,162,867)

In addition, the accused submitted a further 5,574 fake subscriptions for the website bestfriendsmama.com in the period from 18 December 2018 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 582,600.49.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,157,294 to 20,162,867.

## 152.    bestlatinsluts.com

Completion (cases 20,162,868 to 20,164,313)

The accused operated the website bestlatinsluts.com via the bogus merchant Factuma Technologies Ltd. Using this website, they faked a total of 1,446 subscriptions and charged 4,875 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.00 up to a maximum of EUR 2,995.20 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 126,561.24** was incurred via the website bestlatinsluts.com at the expense of 1,446 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Factuma Technologies Ltd. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,162,868 to 20,164,313.

Attempt (cases 20,164,314 to 20,170,672)

In addition, the accused submitted a further 6,359 fake subscriptions for the website bestlatinsluts.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted

483

EXT-MIZRACHI-01660

to unlawfully obtain a total amount of **EUR 533,520.37.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,164,314 to 20,170,672.

### 153.    bigblackandfreaky.com

Completion (cases 20,170,673 to 20,172,719)

The accused operated the website bigblackandfreaky.com via the bogus merchant Outity Limited. Using this website, they faked a total of 2,047 subscriptions and charged 4,007 individual monthly transactions to the credit cards of harmed credit card holders in the period from 5 February 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,464.95 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 101,651.06** was incurred via the website bigblackandfreaky.com at the expense of 2,047 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Outity Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,170,673 to 20,172,719.

Attempt (cases 20,172,720 to 20,182,430)

In addition, the accused submitted a further 9,711 fake subscriptions for the website bigblackandfreaky.com in the period from 5 February 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 697,202.02.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,172,720 to 20,182,430.

### 154.    bigblackbootyforme.com

484

<u>Completion (cases 20,182,431 to 20,183,336)</u>

The accused operated the website bigblackbootyforme.com via the bogus merchant File Home Limited. Using this website, they faked a total of 906 subscriptions and charged 2,347 individual monthly transactions to the credit cards of harmed credit card holders in the period from 10 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.90 up to a maximum of EUR 1,837.00 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 75,633.18** was incurred via the website bigblackbootyforme.com at the expense of 906 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for File Home Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,182,431 to 20,183,336.

<u>Attempt (cases 20,183,337 to 20,195,310)</u>

In addition, the accused submitted a further 11,974 fake subscriptions for the website bigblackbootyforme.com in the period from 10 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 562,985.37.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,183,337 to 20,195,310.

### 155.    **bigbootyblackfreaks.com**

<u>Completion (cases 20,195,311 to 20,199,016)</u>

The accused operated the website bigbootyblackfreaks.com via the bogus merchant Passage Controls Limited. Using this website, they faked a total of 3,706 subscriptions and charged 14,213 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 7

485

July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 2,505.71 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 300,662.78** was incurred via the website bigbootyblackfreaks.com at the expense of 3,706 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Passage Controls Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,195,311 to 20,199,016.

Attempt (cases 20,199,017 to 20,216,216)

In addition, the accused submitted a further 17,200 fake subscriptions for the website bigbootyblackfreaks.com in the period from 1 June 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,532,325.96.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,199,017 to 20,216,216.

### 156.    bigdicklatins.com

Completion (cases 20,216,217 to 20,218,605)

The accused operated the website bigdicklatins.com via the bogus merchant FILEDOCSPAGE WDB. Using this website, they faked a total of 2,389 subscriptions and charged 8,334 individual monthly transactions to the credit cards of harmed credit card holders in the period from 10 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 3,269.10 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 211,991.04** was incurred via the website bigdicklatins.com at the expense of 2,389 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's

486

EXT-MIZRACHI-01663

escrow account held for FILEDOCSPAGE WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,216,217 to 20,218,605.

Attempt (cases 20,218,606 to 20,231,043)

In addition, the accused submitted a further 12,438 fake subscriptions for the website bigdicklatins.com in the period from 10 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,121,711.91.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,218,606 to 20,231,043.

## 157.    bigwetblackbooties.com

Completion (cases 20,231,044 to 20,231,426)

The accused operated the website bigwetblackbooties.com via the bogus merchant Radgivning Rights Limited. Using this website, they faked a total of 383 subscriptions and charged 644 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.96 up to a maximum of EUR 532.91 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 22,819.45** was incurred via the website bigwetblackbooties.com at the expense of 383 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Radgivning Rights Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,231,044 to 20,231,426.

Attempt (cases 20,231,427 to 20,233,861)

487

EXT-MIZRACHI-01664

In addition, the accused submitted a further 2,435 fake subscriptions for the website bigwetblackbooties.com in the period from 1 January 2020 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 214,854.11.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,231,427 to 20,233,861.

### 158.    bigxxxblackporngirls.com

Completion (cases 20,233,862 to 20,237,014)

The accused operated the website bigxxxblackporngirls.com via the bogus merchant Kenrise Limited. Using this website, they faked a total of 3,153 subscriptions and charged 12,562 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 3,555.55 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 255,179.29** was incurred via the website bigxxxblackporngirls.com at the expense of 3,153 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Kenrise Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,233,862 to 20,237,014.

Attempt (cases 20,237,015 to 20,253,232)

In addition, the accused submitted a further 16,218 fake subscriptions for the website bigxxxblackporngirls.com in the period from 1 June 2016 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,631,048.50.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,237,015 to 20,253,232.

488

EXT-MIZRACHI-01665

**159.    bittitsandanalonly.com**

Completion (cases 20,253,233 to 20,255,250)

The accused operated the website bittitsandanalonly.com via the bogus merchant Canoid Limited. Using this website, they faked a total of 2,018 subscriptions and charged 9,106 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 5 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 3,615.79 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 180,601.47** was incurred via the website bittitsandanalonly.com at the expense of 2,018 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Canoid Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,253,233 to 20,255,250.

Attempt (cases 20,255,251 to 20,264,971)

In addition, the accused submitted a further 9,721 fake subscriptions for the website bittitsandanalonly.com in the period from 1 January 2016 to 5 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,035,693.14.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,255,251 to 20,264,971.

**160.    blackanacondapussybangers.com**

Completion (cases 20,264,972 to 20,268,318)

489

EXT-MIZRACHI-01666

The accused operated the website blackanacondapussybangers.com via the bogus merchant Fjaer Services Limited. Using this website, they faked a total of 3,347 subscriptions and charged 16,615 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 3,961.50 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 317,513.11** was incurred via the website blackanacondapussybangers.com at the expense of 3,347 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fjaer Services Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,264,972 to 20,268,318.

Attempt (cases 20,268,319 to 20,286,390)

In addition, the accused submitted a further 18,072 fake subscriptions for the website blackanacondapussybangers.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,792,862.49.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,268,319 to 20,286,390.

## 161. blackbabebooty.com

Completion (cases 20,286,391 to 20,286,775)

The accused operated the website blackbabebooty.com via the bogus merchant PAYSFORM WDB. Using this website, they faked a total of 385 subscriptions and charged 750 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.78 up to a maximum of EUR 362.58 were incurred for each

490

fake subscription. In the above-mentioned period, a total loss of **EUR 25,504.20** was incurred via the website blackbabebooty.com at the expense of 385 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for PAYSFORM WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,286,391 to 20,286,775.

Attempt (cases 20,286,776 to 20,288,879)

In addition, the accused submitted a further 2,104 fake subscriptions for the website blackbabebooty.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 189,185.55.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,286,776 to 20,288,879.

## 162.    blackbabesexposed.com

Completion (cases 20,288,880 to 20,291,346)

The accused operated the website blackbabesexposed.com via the bogus merchant Corer Limited. Using this website, they faked a total of 2,467 subscriptions and charged 23,108 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 2.08 up to a maximum of EUR 5,858.56 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 450,223.62** was incurred via the website blackbabesexposed.com at the expense of 2,467 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Corer Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,288,880 to 20,291,346.

491

EXT-MIZRACHI-01668

Attempt (cases 20,291,347 to 20,303,457)

In addition, the accused submitted a further 12,111 fake subscriptions for the website blackbabesexposed.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 2,505,471.38.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,291,347 to 20,303,457.

**163.       blackbabesfuckpass.com**

Completion (cases 20,303,458 to 20,304,866)

The accused operated the website blackbabesfuckpass.com via the bogus merchant Heldige Grain Limited. Using this website, they faked a total of 1,409 subscriptions and charged 4,720 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.90 up to a maximum of EUR 1,454.12 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 116,949.10** was incurred via the website blackbabesfuckpass.com at the expense of 1,409 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Heldige Grain Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,303,458 to 20,304,866.

Attempt (cases 20,304,867 to 20,311,340)

In addition, the accused submitted a further 6,474 fake subscriptions for the website blackbabesfuckpass.com in the period from 1 June 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects

492

attempted to unlawfully obtain a total amount of **EUR 568,639.90.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,304,867 to 20,311,340.

**164.    blackbeautywithabooty.com**

Completion (cases 20,311,341 to 20,311,675)

The accused operated the website blackbeautywithabooty.com via the bogus merchant Sunnyport Limited. Using this website, they faked a total of 335 subscriptions and charged 659 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 9 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.80 up to a maximum of EUR 613.95 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 22,441.34** was incurred via the website blackbeautywithabooty.com at the expense of 335 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Sunnyport Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,311,341 to 20,311,675.

Attempt (cases 20,311,676 to 20,313,477)

In addition, the accused submitted a further 1,802 fake subscriptions for the website blackbeautywithabooty.com in the period from 1 January 2020 to 9 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 163,757.15.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,311,676 to 20,313,477.

**165.    blackbeautyxxx.com**

493

EXT-MIZRACHI-01670

<u>Completion (cases 20,313,478 to 20,313,826)</u>

The accused operated the website blackbeautyxxx.com via the bogus merchant Taptree Limited. Using this website, they faked a total of 349 subscriptions and charged 740 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.21 up to a maximum of EUR 380.58 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 24,792.38** was incurred via the website blackbeautyxxx.com at the expense of 349 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Taptree Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,313,478 to 20,313,826.

<u>Attempt (cases 20,313,827 to 20,316,338)</u>

In addition, the accused submitted a further 2,512 fake subscriptions for the website blackbeautyxxx.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 224,208.69.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,313,827 to 20,316,338.

## 166.    blackbimbopussy.com

<u>Completion (cases 20,316,339 to 20,317,424)</u>

The accused operated the website blackbimbopussy.com via the bogus merchant F T R Creations Limited. Using this website, they faked a total of 1,086 subscriptions and charged 4,086 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 December 2018 to 7 July 2020 in accordance with their previously agreed plan of action.

494

Losses of at least EUR 0.88 up to a maximum of EUR 2,589.93 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 135,523.42** was incurred via the website blackbimbopussy.com at the expense of 1,086 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for F T R Creations Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,316,339 to 20,317,424.

Attempt (cases 20,317,425 to 20,327,517)

In addition, the accused submitted a further 10,093 fake subscriptions for the website blackbimbopussy.com in the period from 18 December 2018 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,062,977.94.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,317,425 to 20,327,517.

167.    **blackbondagebabes.com**

Completion (cases 20,327,518 to 20,327,782)

The accused operated the website blackbondagebabes.com via the bogus merchant Sument Limited. Using this website, they faked a total of 265 subscriptions and charged 511 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.89 up to a maximum of EUR 356.64 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 17,584.51** was incurred via the website blackbondagebabes.com at the expense of 265 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Sument Limited. The individual cases are

495

EXT-MIZRACHI-01672

listed in the table attached to the Arrest Warrant for cases 20,327,518 to 20,327,782.

Attempt (cases 20,327,783 to 20,329,509)

In addition, the accused submitted a further 1,727 fake subscriptions for the website blackbondagebabes.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 157,421.96.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,327,783 to 20,329,509.

**168.    blackbootyaffair.com**

Completion (cases 20,329,510 to 20,331,278)

The accused operated the website blackbootyaffair.com via the bogus merchant Meendo Limited. Using this website, they faked a total of 1,769 subscriptions and charged 4,254 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,954.69 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 117,285.44** was incurred via the website blackbootyaffair.com at the expense of 1,769 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Meendo Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,329,510 to 20,331,278.

Attempt (cases 20,331,279 to 20,340,930)

In addition, the accused submitted a further 9,652 fake subscriptions for the website blackbootyaffair.com in the period from 21 January 2017 to 7 July

496

EXT-MIZRACHI-01673

2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 785,639.78.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,331,279 to 20,340,930.

### 169.    blackbootyfriends.com

Completion (cases 20,340,931 to 20,342,734)

The accused operated the website blackbootyfriends.com via the bogus merchant ATB Atalantis Technologies Limited. Using this website, they faked a total of 1,804 subscriptions and charged 4,920 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,016.13 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 126,190.47** was incurred via the website blackbootyfriends.com at the expense of 1,804 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for ATB Atalantis Technologies Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,340,931 to 20,342,734.

Attempt (cases 20,342,735 to 20,352,402)

In addition, the accused submitted a further 9,668 fake subscriptions for the website blackbootyfriends.com in the period from 21 January 2017 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 809,372.87.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,342,735 to 20,352,402.

497

EXT-MIZRACHI-01674

**170.     blackbootyfuckingxxx.com**

Completion (cases 20,352,403 to 20,352,766)

The accused operated the website blackbootyfuckingxxx.com via the bogus merchant Sloans Enterprises Limited. Using this website, they faked a total of 364 subscriptions and charged 671 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.96 up to a maximum of EUR 651.13 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 23,464.21** was incurred via the website blackbootyfuckingxxx.com at the expense of 364 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Sloans Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,352,403 to 20,352,766.

Attempt (cases 20,352,767 to 20,355,264)

In addition, the accused submitted a further 2,498 fake subscriptions for the website blackbootyfuckingxxx.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 210,489.04.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,352,767 to 20,355,264.

**171.     blackbootylicker.com**

Completion (cases 20,355,265 to 20,355,659)

The accused operated the website blackbootylicker.com via the bogus merchant Hoppma Limited. Using this website, they faked a total of 395

498

subscriptions and charged 808 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 December 2018 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.13 up to a maximum of EUR 1,497.77 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 27,946.71** was incurred via the website blackbootylicker.com at the expense of 395 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Hoppma Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,355,265 to 20,355,659.

Attempt (cases 20,355,660 to 20,358,014)

In addition, the accused submitted a further 2,355 fake subscriptions for the website blackbootylicker.com in the period from 8 December 2018 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 245,154.47.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,355,660 to 20,358,014.

## 172.    blackbootyparty.com

Completion (cases 20,358,015 to 20,359,990)

The accused operated the website blackbootyparty.com via the bogus merchant Afice Limited. Using this website, they faked a total of 1,976 subscriptions and charged 6,874 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,269.96 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 198,897.17** was incurred via the website blackbootyparty.com at the expense of 1,976 credit card holders. This amount was debited from the account of the

499

harmed credit card holder and credited to the payment service provider's escrow account held for Afice Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,358,015 to 20,359,990.

Attempt (cases 20,359,991 to 20,369,605)

In addition, the accused submitted a further 9,615 fake subscriptions for the website blackbootyparty.com in the period from 21 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 888,973.31.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,359,991 to 20,369,605.

## 173.    **blackbootypleaser.com**

Completion (cases 20,369,606 to 20,372,922)

The accused operated the website blackbootypleaser.com via the bogus merchant Chekou Parks Limited. Using this website, they faked a total of 3,317 subscriptions and charged 15,145 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.10 up to a maximum of EUR 2,676.52 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 323,489.87** was incurred via the website blackbootypleaser.com at the expense of 3,317 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Chekou Parks Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,369,606 to 20,372,922.

Attempt (cases 20,372,923 to 20,388,670)

500

EXT-MIZRACHI-01677

In addition, the accused submitted a further 15,748 fake subscriptions for the website blackbootypleaser.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,729,466.40.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,372,923 to 20,388,670.

### 174.     blackchocolatelove.com

Completion (cases 20,388,671 to 20,388,990)

The accused operated the website blackchocolatelove.com via the bogus merchant Thewal North Limited. Using this website, they faked a total of 320 subscriptions and charged 653 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.80 up to a maximum of EUR 473.89 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 19,880.44** was incurred via the website blackchocolatelove.com at the expense of 320 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Thewal North Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,388,671 to 20,388,990.

Attempt (cases 20,388,991 to 20,390,835)

In addition, the accused submitted a further 1,845 fake subscriptions for the website blackchocolatelove.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 171,605.50.** The

501

EXT-MIZRACHI-01678

individual cases are listed in the table attached to the Arrest Warrant for cases 20,388,991 to 20,390,835.

### 175.    blackchocolatelovin.com

Completion (cases 20,390,836 to 20,393,536)

The accused operated the website blackchocolatelovin.com via the bogus merchant DalecliffLimited. Using this website, they faked a total of 2,701 subscriptions and charged 9,647 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 2,186.39 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 232,878.73** was incurred via the website blackchocolatelovin.com at the expense of 2,701 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Dalecliff Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,390,836 to 20,393,536.

Attempt (cases 20,393,537 to 20,407,408)

In addition, the accused submitted a further 13,872 fake subscriptions for the website blackchocolatelovin.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,133,711.36.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,393,537 to 20,407,408.

### 176.    blackchocolatewhores.com

Completion (cases 20,407,409 to 20,410,015)

502

EXT-MIZRACHI-01679

The accused operated the website blackchocolatewhores.com via the bogus merchant Hadleigh Systems Limited. Using this website, they faked a total of 2,607 subscriptions and charged 10,642 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 3,884.80 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 228,799.18** was incurred via the website blackchocolatewhores.com at the expense of 2,607 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Hadleigh Systems Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,407,409 to 20,410,015.

Attempt (cases 20,410,016 to 20,425,422)

In addition, the accused submitted a further 15,407 fake subscriptions for the website blackchocolatewhores.com in the period from 1 June 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,338,808.97.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,410,016 to 20,425,422.

## 177.      blackcockfantasy.com

Completion (cases 20,425,423 to 20,428,622)

The accused operated the website blackcockfantasy.com via the bogus merchant Mass Cross Enterprises Limited. Using this website, they faked a total of 3,200 subscriptions and charged 12,252 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 7 July 2020 in accordance with their previously agreed

503

EXT-MIZRACHI-01680

plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 2,148.51 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 250,172.11** was incurred via the website blackcockfantasy.com at the expense of 3,200 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Mass Cross Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,425,423 to 20,428,622.

<u>Attempt (cases 20,428,623 to 20,445,196)</u>

In addition, the accused submitted a further 16,574 fake subscriptions for the website blackcockfantasy.com in the period from 1 June 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,563,328.41.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,428,623 to 20,445,196.

**178.     blackcocksxxxwhores.com**

<u>Completion (cases 20,445,197 to 20,446,027)</u>

The accused operated the website blackcocksxxxwhores.com via the bogus merchant Volcost Investments Limited. Using this website, they faked a total of 831 subscriptions and charged 2,606 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 10 January 2017 in accordance with their previously agreed plan of action. Losses of at least EUR 1.14 up to a maximum of EUR 591.66 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 62,464.69** was incurred via the website blackcocksxxxwhores.com at the expense of 831 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Volcost Investments Limited. The individual

504

cases are listed in the table attached to the Arrest Warrant for cases 20,445,197 to 20,446,027.

Attempt (cases 20,446,028 to 20,449,254)

In addition, the accused submitted a further 3,227 fake subscriptions for the website blackcocksxxxwhores.com in the period from 1 January 2016 to 10 January 2017, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 254,311.23.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,446,028 to 20,449,254.

### 179.    blackdickdreams.com

Completion (cases 20,449,255 to 20,450,123)

The accused operated the website blackdickdreams.com via the bogus merchant Forter Limited. Using this website, they faked a total of 869 subscriptions and charged 1,880 individual monthly transactions to the credit cards of harmed credit card holders in the period from 5 December 2018 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.90 up to a maximum of EUR 1,238.66 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 63,431.57** was incurred via the website blackdickdreams.com at the expense of 869 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Forter Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,449,255 to 20,450,123.

Attempt (cases 20,450,124 to 20,455,932)

In addition, the accused submitted a further 5,809 fake subscriptions for the website blackdickdreams.com in the period from 5 December 2018 to 7 July

505

EXT-MIZRACHI-01682

2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 503,339.77.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,450,124 to 20,455,932.

### 180.    blackdickfantasies.com

Completion (cases 20,455,933 to 20,458,829)

The accused operated the website blackdickfantasies.com via the bogus merchant Kevnol Links Limited. Using this website, they faked a total of 2,897 subscriptions and charged 14,160 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 8 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.05 up to a maximum of EUR 2,600.90 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 271,641.87** was incurred via the website blackdickfantasies.com at the expense of 2,897 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Kevnol Links Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,455,933 to 20,458,829.

Attempt (cases 20,458,830 to 20,475,098)

In addition, the accused submitted a further 16,269 fake subscriptions for the website blackdickfantasies.com in the period from 1 June 2016 to 8 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,547,248.55.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,458,830 to 20,475,098.

### 181.    blackdickriders.com

506

EXT-MIZRACHI-01683

<u>Completion (cases 20,475,099 to 20,478,824)</u>

The accused operated the website blackdickriders.com via the bogus merchant Carjen Line Limited. Using this website, they faked a total of 3,726 subscriptions and charged 15,653 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 2,632.35 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 320,295.03** was incurred via the website blackdickriders.com at the expense of 3,726 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Carjen Line Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,475,099 to 20,478,824.

<u>Attempt (cases 20,478,825 to 20,497,405)</u>

In addition, the accused submitted a further 18,581 fake subscriptions for the website blackdickriders.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,910,315.11.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,478,825 to 20,497,405.

## 182. blackdickthrobbing.com

<u>Completion (cases 20,497,406 to 20,501,043)</u>

The accused operated the website blackdickthrobbing.com via the bogus merchant Cloud Selec Limited. Using this website, they faked a total of 3,638 subscriptions and charged 17,093 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7

507

EXT-MIZRACHI-01684

July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.87 up to a maximum of EUR 4,361.47 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 336,432.35** was incurred via the website blackdickthrobbing.com at the expense of 3,638 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Cloud Selec Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,497,406 to 20,501,043.

Attempt (cases 20,501,044 to 20,519,430)

In addition, the accused submitted a further 18,387 fake subscriptions for the website blackdickthrobbing.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,925,800.97.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,501,044 to 20,519,430.

**183.    blackdildosex.com**

Completion (cases 20,519,431 to 20,521,352)

The accused operated the website blackdildosex.com via the bogus merchant PAYAGENCYFEE WDB. Using this website, they faked a total of 1,922 subscriptions and charged 6,578 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,727.86 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 150,156.40** was incurred via the website blackdildosex.com at the expense of 1,922 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's

508

EXT-MIZRACHI-01685

escrow account held for PAYAGENCYFEE WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,519,431 to 20,521,352.

Attempt (cases 20,521,353 to 20,530,354)

In addition, the accused submitted a further 9,002 fake subscriptions for the website blackdildosex.com in the period from 8 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 759,691.96.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,521,353 to 20,530,354.

## 184.    blackdivasdoingit.com

Completion (cases 20,530,355 to 20,531,521)

The accused operated the website blackdivasdoingit.com via the bogus merchant Afreda Limited. Using this website, they faked a total of 1,167 subscriptions and charged 4,558 individual monthly transactions to the credit cards of harmed credit card holders in the period from 6 December 2017 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.90 up to a maximum of EUR 3,374.58 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 119,050.48** was incurred via the website blackdivasdoingit.com at the expense of 1,167 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Afreda Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,530,355 to 20,531,521.

Attempt (cases 20,531,522 to 20,538,797)

509

EXT-MIZRACHI-01686

In addition, the accused submitted a further 7,276 fake subscriptions for the website blackdivasdoingit.com in the period from 6 December 2017 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 635,464.55.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,531,522 to 20,538,797.

### 185.    blackflapsmackers.com

Completion (cases 20,538,798 to 20,539,136)

The accused operated the website blackflapsmackers.com via the bogus merchant ADMINCRED WDB. Using this website, they faked a total of 339 subscriptions and charged 656 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 9.02 up to a maximum of EUR 669.52 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 23,165.81** was incurred via the website blackflapsmackers.com at the expense of 339 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for ADMINCRED WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,538,798 to 20,539,136.

Attempt (cases 20,539,137 to 20,541,233)

In addition, the accused submitted a further 2,097 fake subscriptions for the website blackflapsmackers.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 181,028.60.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,539,137 to 20,541,233.

510

EXT-MIZRACHI-01687

**186.**    **blackfriendsfuck.com**

Completion (cases 20,541,234 to 20,543,023)

The accused operated the website blackfriendsfuck.com via the bogus merchant Fossned Limited. Using this website, they faked a total of 1,790 subscriptions and charged 5,189 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.90 up to a maximum of EUR 1,341.76 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 130,919.28** was incurred via the website blackfriendsfuck.com at the expense of 1,790 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fossned Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,541,234 to 20,543,023.

Attempt (cases 20,543,024 to 20,552,086)

In addition, the accused submitted a further 9,063 fake subscriptions for the website blackfriendsfuck.com in the period from 9 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 731,684.54.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,543,024 to 20,552,086.

**187.**    **blackgirlboundforpleasure.com**

Completion (cases 20,552,087 to 20,553,368)

The accused operated the website blackgirlboundforpleasure.com via the bogus merchant Bjorkled Limited. Using this website, they faked a total of 1,282 subscriptions and charged 4,243 individual monthly transactions to the

511

credit cards of harmed credit card holders in the period from 6 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 1,908.09 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 121,608.05** was incurred via the website blackgirlboundforpleasure.com at the expense of 1,282 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Bjorkled Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,552,087 to 20,553,368.

Attempt (cases 20,553,369 to 20,560,605)

In addition, the accused submitted a further 7,237 fake subscriptions for the website blackgirlboundforpleasure.com in the period from 6 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 637,195.57.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,553,369 to 20,560,605.

### 188.     blackgirlcreampies.com

Completion (cases 20,560,606 to 20,560,863)

The accused operated the website blackgirlcreampies.com via the bogus merchant Susor Limited. Using this website, they faked a total of 258 subscriptions and charged 546 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 9 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.84 up to a maximum of EUR 1,431.58 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 21,183.65** was incurred via the website blackgirlcreampies.com at the expense of 258 credit card holders. This amount was debited from the account

512

of the harmed credit card holder and credited to the payment service provider's escrow account held for Susor Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,560,606 to 20,560,863.

Attempt (cases 20,560,864 to 20,562,404)

In addition, the accused submitted a further 1,541 fake subscriptions for the website blackgirlcreampies.com in the period from 1 January 2020 to 9 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 144,282.19.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,560,864 to 20,562,404.

## 189.    blackgirlsdoitall.com

Completion (cases 20,562,405 to 20,562,731)

The accused operated the website blackgirlsdoitall.com via the bogus merchant Gradient Limited. Using this website, they faked a total of 327 subscriptions and charged 669 individual monthly transactions to the credit cards of harmed credit card holders in the period from 13 December 2018 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.12 up to a maximum of EUR 1,068.12 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 23,669.34** was incurred via the website blackgirlsdoitall.com at the expense of 327 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Gradient Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,562,405 to 20,562,731.

Attempt (cases 20,562,732 to 20,565,137)

513

EXT-MIZRACHI-01690

In addition, the accused submitted a further 2,406 fake subscriptions for the website blackgirlsdoitall.com in the period from 13 December 2018 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 215,083.62.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,562,732 to 20,565,137.

### 190.    blackgirlsgettingbusy.com

Completion (cases 20,565,138 to 20,567,831)

The accused operated the website blackgirlsgettingbusy.com via the bogus merchant Eik Services Limited. Using this website, they faked a total of 2,694 subscriptions and charged 10,333 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,663.91 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 199,343.30** was incurred via the website blackgirlsgettingbusy.com at the expense of 2,694 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Eik Services Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,565,138 to 20,567,831.

Attempt (cases 20,567,832 to 20,582,307)

In addition, the accused submitted a further 14,476 fake subscriptions for the website blackgirlsgettingbusy.com in the period from 21 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,363,573.33.** The

514

EXT-MIZRACHI-01691

individual cases are listed in the table attached to the Arrest Warrant for cases 20,567,832 to 20,582,307.

### 191.    blackgirlsgetwetnmessy.com

Completion (cases 20,582,308 to 20,583,671)

The accused operated the website blackgirlsgetwetnmessy.com via the bogus merchant Adalwulf Limited. Using this website, they faked a total of 1,364 subscriptions and charged 4,420 individual monthly transactions to the credit cards of harmed credit card holders in the period from 5 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 1,414.39 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 121,159.56** was incurred via the website blackgirlsgetwetnmessy.com at the expense of 1,364 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Adalwulf Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,582,308 to 20,583,671.

Attempt (cases 20,583,672 to 20,590,949)

In addition, the accused submitted a further 7,278 fake subscriptions for the website blackgirlsgetwetnmessy.com in the period from 5 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 689,035.62.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,583,672 to 20,590,949.

### 192.    blackgirlsinpanties.com

Completion (cases 20,590,950 to 20,591,200)

515

The accused operated the website blackgirlsinpanties.com via the bogus merchant Skilliar Limited. Using this website, they faked a total of 251 subscriptions and charged 417 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.93 up to a maximum of EUR 355.68 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 15,367.53** was incurred via the website blackgirlsinpanties.com at the expense of 251 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Skilliar Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,590,950 to 20,591,200.

Attempt (cases 20,591,201 to 20,592,747)

In addition, the accused submitted a further 1,547 fake subscriptions for the website blackgirlsinpanties.com in the period from 1 January 2020 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 147,441.53.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,591,201 to 20,592,747.

**193.      blackgirltropolis.com**

Completion (cases 20,592,748 to 20,595,353)

The accused operated the website blackgirltropolis.com via the bogus merchant Hopstand Limited. Using this website, they faked a total of 2,606 subscriptions and charged 11,634 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 3,579.76 were incurred for each fake

516

EXT-MIZRACHI-01693

subscription. In the above-mentioned period, a total loss of **EUR 244,132.44** was incurred via the website blackgirltropolis.com at the expense of 2,606 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Hopstand Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,592,748 to 20,595,353.

Attempt (cases 20,595,354 to 20,611,746)

In addition, the accused submitted a further 16,393 fake subscriptions for the website blackgirltropolis.com in the period from 1 June 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,382,562.21.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,595,354 to 20,611,746.

### 194.    blackhornydicklickers.com

Completion (cases 20,611,747 to 20,612,164)

The accused operated the website blackhornydicklickers.com via the bogus merchant Vannetklart Limited. Using this website, they faked a total of 418 subscriptions and charged 744 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.86 up to a maximum of EUR 327.43 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 26,704.28** was incurred via the website blackhornydicklickers.com at the expense of 418 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Vannetklart Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,611,747 to 20,612,164.

517

Attempt (cases 20,612,165 to 20,614,643)

In addition, the accused submitted a further 2,479 fake subscriptions for the website blackhornydicklickers.com in the period from 1 January 2020 to 5 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 209,353.61.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,612,165 to 20,614,643.

195.    **blackhornymenxxx.com**

Completion (cases 20,614,644 to 20,616,401)

The accused operated the website blackhornymenxxx.com via the bogus merchant Hjelpe Holding Limited. Using this website, they faked a total of 1,758 subscriptions and charged 5,167 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,248.25 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 129,195.82** was incurred via the website blackhornymenxxx.com at the expense of 1,758 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Hjelpe Holding Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,614,644 to 20,616,401.

Attempt (cases 20,616,402 to 20,625,390)

In addition, the accused submitted a further 8,989 fake subscriptions for the website blackhornymenxxx.com in the period from 8 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the

518

EXT-MIZRACHI-01695

amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 723,368.96.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,616,402 to 20,625,390.

**196.      blacklovelyass.com**

Completion (cases 20,625,391 to 20,626,699)

The accused operated the website blacklovelyass.com via the bogus merchant Blissco Limited. Using this website, they faked a total of 1,309 subscriptions and charged 4,320 individual monthly transactions to the credit cards of harmed credit card holders in the period from 7 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.05 up to a maximum of EUR 1,754.33 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 116,409.84** was incurred via the website blacklovelyass.com at the expense of 1,309 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Blissco Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,625,391 to 20,626,699.

Attempt (cases 20,626,700 to 20,633,547)

In addition, the accused submitted a further 6,848 fake subscriptions for the website blacklovelyass.com in the period from 7 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 652,805.41.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,626,700 to 20,633,547.

**197.      blackmommysluts.com**

519

EXT-MIZRACHI-01696

<u>Completion (cases 20,633,548 to 20,637,032)</u>

The accused operated the website blackmommysluts.com via the bogus merchant Cliffjac Limited. Using this website, they faked a total of 3,485 subscriptions and charged 17,469 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.05 up to a maximum of EUR 5,932.74 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 314,510.91** was incurred via the website blackmommysluts.com at the expense of 3,485 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Cliffjac Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,633,548 to 20,637,032.

<u>Attempt (cases 20,637,033 to 20,655,129)</u>

In addition, the accused submitted a further 18,097 fake subscriptions for the website blackmommysluts.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,738,525.48.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,637,033 to 20,655,129.

## 198.    blacknudeslut.com

<u>Completion (cases 20,655,130 to 20,656,794)</u>

The accused operated the website blacknudeslut.com via the bogus merchant Lorcit Limited. Using this website, they faked a total of 1,665 subscriptions and charged 5,438 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 May 2017 to 7 July 2020 in

520

accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 3,155.65 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 150,946.57** was incurred via the website blacknudeslut.com at the expense of 1,665 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Lorcit Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,655,130 to 20,656,794.

Attempt (cases 20,656,795 to 20,665,581)

In addition, the accused submitted a further 8,787 fake subscriptions for the website blacknudeslut.com in the period from 18 May 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 848,242.54.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,656,795 to 20,665,581.

### 199.    blackpornperfectionists.com

Completion (cases 20,665,582 to 20,666,014)

The accused operated the website blackpornperfectionists.com via the bogus merchant Synafront Limited. Using this website, they faked a total of 433 subscriptions and charged 840 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.95 up to a maximum of EUR 423.01 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 29,615.31** was incurred via the website blackpornperfectionists.com at the expense of 433 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Synafront Limited. The individual cases are

521

listed in the table attached to the Arrest Warrant for cases 20,665,582 to 20,666,014.

Attempt (cases 20,666,015 to 20,668,417)

In addition, the accused submitted a further 2,403 fake subscriptions for the website blackpornperfectionists.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 220,722.39.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,666,015 to 20,668,417.

## 200.    blackpussydreams.com

Completion (cases 20,668,418 to 20,671,387)

The accused operated the website blackpussydreams.com via the bogus merchant Octonti Limited. Using this website, they faked a total of 2,970 subscriptions and charged 12,028 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,305.50 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 274,653.56** was incurred via the website blackpussydreams.com at the expense of 2,970 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Octonti Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,668,418 to 20,671,387.

Attempt (cases 20,671,388 to 20,686,637)

In addition, the accused submitted a further 15,250 fake subscriptions for the website blackpussydreams.com in the period from 1 June 2016 to 7 July 2020,

522

EXT-MIZRACHI-01699

which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,487,863.03.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,671,388 to 20,686,637.

## 201.    blackpussyfest.com

Completion (cases 20,686,638 to 20,688,492)

The accused operated the website blackpussyfest.com via the bogus merchant Locent Limited. Using this website, they faked a total of 1,855 subscriptions and charged 4,790 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,643.08 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 129,980.14** was incurred via the website blackpussyfest.com at the expense of 1,855 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Locent Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,686,638 to 20,688,492.

Attempt (cases 20,688,493 to 20,697,859)

In addition, the accused submitted a further 9,367 fake subscriptions for the website blackpussyfest.com in the period from 21 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 809,971.79.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,688,493 to 20,697,859.

## 202.    blackpussyfun.com

523

EXT-MIZRACHI-01700

<u>Completion (cases 20,697,860 to 20,700,638)</u>

The accused operated the website blackpussyfun.com via the bogus merchant Guydem Short Limited. Using this website, they faked a total of 2,779 subscriptions and charged 10,664 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.07 up to a maximum of EUR 2,425.84 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 215,841.09** was incurred via the website blackpussyfun.com at the expense of 2,779 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Guydem Short Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,697,860 to 20,700,638.

<u>Attempt (cases 20,700,639 to 20,717,222)</u>

In addition, the accused submitted a further 16,584 fake subscriptions for the website blackpussyfun.com in the period from 1 June 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,371,137.63.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,700,639 to 20,717,222.

## 203.    blackpussypleasure.com

<u>Completion (cases 20,717,223 to 20,717,578)</u>

The accused operated the website blackpussypleasure.com via the bogus merchant Spread Limited. Using this website, they faked a total of 356 subscriptions and charged 677 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7

524

July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.90 up to a maximum of EUR 1,033.96 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 25,282.62** was incurred via the website blackpussypleasure.com at the expense of 356 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Spread Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,717,223 to 20,717,578.

<u>Attempt (cases 20,717,579 to 20,719,991)</u>

In addition, the accused submitted a further 2,413 fake subscriptions for the website blackpussypleasure.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 215,503.17.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,717,579 to 20,719,991.

### 204.    blackpussyporngirls.com

<u>Completion (cases 20,719,992 to 20,722,903)</u>

The accused operated the website blackpussyporngirls.com via the bogus merchant Matjar Pillar Limited. Using this website, they faked a total of 2,912 subscriptions and charged 13,497 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 3,636.81 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 300,083.26** was incurred via the website blackpussyporngirls.com at the expense of 2,912 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow

525

account held for Matjar Pillar Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,719,992 to 20,722,903.

Attempt (cases 20,722,904 to 20,739,125)

In addition, the accused submitted a further 16,222 fake subscriptions for the website blackpussyporngirls.com in the period from 1 June 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,569,155.05.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,722,904 to 20,739,125.

## 205.    blacksexfriends.com

Completion (cases 20,739,126 to 20,741,042)

The accused operated the website blacksexfriends.com via the bogus merchant VI Volume Imagery Limited. Using this website, they faked a total of 1,917 subscriptions and charged 7,944 individual monthly transactions to the credit cards of harmed credit card holders in the period from 5 April 2016 to 9 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 7,129.16 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 164,134.87** was incurred via the website blacksexfriends.com at the expense of 1,917 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for VI Volume Imagery Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,739,126 to 20,741,042.

Attempt (cases 20,741,043 to 20,751,161)

526

EXT-MIZRACHI-01703

In addition, the accused submitted a further 10,119 fake subscriptions for the website blacksexfriends.com in the period from 5 April 2016 to 9 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 921,009.66.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,741,043 to 20,751,161.

## 206.    blacksexoasis.com

Completion (cases 20,751,162 to 20,751,696)

The accused operated the website blacksexoasis.com via the bogus merchant Davsop Enterprises Limited. Using this website, they faked a total of 535 subscriptions and charged 1,643 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 November 2018 to 5 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.12 up to a maximum of EUR 2,508.66 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 47,885.94** was incurred via the website blacksexoasis.com at the expense of 535 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Davsop Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,751,162 to 20,751,696.

Attempt (cases 20,751,697 to 20,754,605)

In addition, the accused submitted a further 2,909 fake subscriptions for the website blacksexoasis.com in the period from 22 November 2018 to 5 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 296,749.63.** The

527

EXT-MIZRACHI-01704

individual cases are listed in the table attached to the Arrest Warrant for cases 20,751,697 to 20,754,605.

### 207.    blacksexybimbos.com

Completion (cases 20,754,606 to 20,756,747)

The accused operated the website blacksexybimbos.com via the bogus merchant NETFILESFORM WDB. Using this website, they faked a total of 2,142 subscriptions and charged 7,566 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,519.98 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 190,393.96** was incurred via the website blacksexybimbos.com at the expense of 2,142 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for NETFILESFORM WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,754,606 to 20,756,747.

Attempt (cases 20,756,748 to 20,769,100)

In addition, the accused submitted a further 12,353 fake subscriptions for the website blacksexybimbos.com in the period from 8 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,035,045.58.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,756,748 to 20,769,100.

### 208.    blackslutlickmeallover.com

Completion (cases 20,769,101 to 20,771,707)

528

The accused operated the website blackslutlickmeallover.com via the bogus merchant Jandery Limited. Using this website, they faked a total of 2,607 subscriptions and charged 9,114 individual monthly transactions to the credit cards of harmed credit card holders in the period from 20 January 2017 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,799.85 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 197,567.17** was incurred via the website blackslutlickmeallover.com at the expense of 2,607 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Jandery Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,769,101 to 20,771,707.

Attempt (cases 20,771,708 to 20,784,226)

In addition, the accused submitted a further 12,519 fake subscriptions for the website blackslutlickmeallover.com in the period from 20 January 2017 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,083,504.01.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,771,708 to 20,784,226.

### 209. blackslutsgohard.com

Completion (cases 20,784,227 to 20,784,573)

The accused operated the website blackslutsgohard.com via the bogus merchant Torvi Limited. Using this website, they faked a total of 347 subscriptions and charged 720 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 10 July 2020 in accordance with their previously agreed plan of action. Losses of

529

at least EUR 0.87 up to a maximum of EUR 971.02 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 23,294.64** was incurred via the website blackslutsgohard.com at the expense of 347 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Torvi Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,784,227 to 20,784,573.

Attempt (cases 20,784,574 to 20,786,459)

In addition, the accused submitted a further 1,886 fake subscriptions for the website blackslutsgohard.com in the period from 1 January 2020 to 10 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 164,824.01.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,784,574 to 20,786,459.

### 210.     blackslutuniverse.com

Completion (cases 20,786,460 to 20,788,054)

The accused operated the website blackslutuniverse.com via the bogus merchant CHRGPRICE WDB. Using this website, they faked a total of 1,595 subscriptions and charged 5,494 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.87 up to a maximum of EUR 1,532.90 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 127,565.18** was incurred via the website blackslutuniverse.com at the expense of 1,595 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for CHRGPRICE WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,786,460 to 20,788,054.

530

EXT-MIZRACHI-01707

Attempt (cases 20,788,055 to 20,796,730)

In addition, the accused submitted a further 8,676 fake subscriptions for the website blackslutuniverse.com in the period from 18 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 679,142.20.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,788,055 to 20,796,730.

## 211.      blacksweetpussy.com

Completion (cases 20,796,731 to 20,798,395)

The accused operated the website blacksweetpussy.com via the bogus merchant Marnor Enterprises Limited. Using this website, they faked a total of 1,665 subscriptions and charged 4,774 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,522.22 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 123,567.59** was incurred via the website blacksweetpussy.com at the expense of 1,665 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Marnor Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,796,731 to 20,798,395.

Attempt (cases 20,798,396 to 20,808,201)

In addition, the accused submitted a further 9,806 fake subscriptions for the website blacksweetpussy.com in the period from 21 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the

531

amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 784,629.43.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,798,396 to 20,808,201.

### 212.    blackthrobbingcunts.com

Completion (cases 20,808,202 to 20,808,502)

The accused operated the website blackthrobbingcunts.com via the bogus merchant SH Standheat Limited. Using this website, they faked a total of 301 subscriptions and charged 559 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.77 up to a maximum of EUR 434.07 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 19,732.37** was incurred via the website blackthrobbingcunts.com at the expense of 301 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for SH Standheat Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,808,202 to 20,808,502.

Attempt (cases 20,808,503 to 20,810,335)

In addition, the accused submitted a further 1,833 fake subscriptions for the website blackthrobbingcunts.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 163,155.25.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,808,503 to 20,810,335.

### 213.    blacktrapqueens.com

532

<u>Completion (cases 20,810,336 to 20,810,728)</u>

The accused operated the website blacktrapqueens.com via the bogus merchant DATASETACCT WDB. Using this website, they faked a total of 393 subscriptions and charged 809 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 9 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.61 up to a maximum of EUR 954.91 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 28,223.84** was incurred via the website blacktrapqueens.com at the expense of 393 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for DATASETACCT WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,810,336 to 20,810,728.

<u>Attempt (cases 20,810,729 to 20,813,211)</u>

In addition, the accused submitted a further 2,483 fake subscriptions for the website blacktrapqueens.com in the period from 1 January 2020 to 9 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 258,628.52.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,810,729 to 20,813,211.

## 214.    blackwetandtight.com

<u>Completion (cases 20,813,212 to 20,814,091)</u>

The accused operated the website blackwetandtight.com via the bogus merchant Volcost Investments Limited. Using this website, they faked a total of 880 subscriptions and charged 2,896 individual monthly transactions to the

533

credit cards of harmed credit card holders in the period from 1 January 2016 to 14 January 2017 in accordance with their previously agreed plan of action. Losses of at least EUR 1.14 up to a maximum of EUR 541.37 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 62,677.62** was incurred via the website blackwetandtight.com at the expense of 880 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Volcost Investments Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,813,212 to 20,814,091.

Attempt (cases 20,814,092 to 20,817,358)

In addition, the accused submitted a further 3,267 fake subscriptions for the website blackwetandtight.com in the period from 1 January 2016 to 14 January 2017, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 247,858.48.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,814,092 to 20,817,358.

## 215.    blackwetsex.com

Completion (cases 20,817,359 to 20,817,664)

The accused operated the website blackwetsex.com via the bogus merchant Sysose Limited. Using this website, they faked a total of 306 subscriptions and charged 551 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 9 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.36 up to a maximum of EUR 858.06 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 19,693.36** was incurred via the website blackwetsex.com at the expense of 306 credit

534

EXT-MIZRACHI-01711

card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Sysose Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,817,359 to 20,817,664.

Attempt (cases 20,817,665 to 20,819,528)

In addition, the accused submitted a further 1,864 fake subscriptions for the website blackwetsex.com in the period from 1 January 2020 to 9 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 166,853.99.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,817,665 to 20,819,528.

## 216.    blackwetwomen.com

Completion (cases 20,819,529 to 20,820,817)

The accused operated the website blackwetwomen.com via the bogus merchant DEBITCTRLLOOKUP WDB. Using this website, they faked a total of 1,289 subscriptions and charged 3,829 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 1,976.53 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 112,368.91** was incurred via the website blackwetwomen.com at the expense of 1,289 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for DEBITCTRLLOOKUP WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,819,529 to 20,820,817.

Attempt (cases 20,820,818 to 20,828,115)

535

EXT-MIZRACHI-01712

In addition, the accused submitted a further 7,298 fake subscriptions for the website blackwetwomen.com in the period from 8 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 661,420.78.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,820,818 to 20,828,115.

### 217.    blackwhoreslikeitrough.com

Completion (cases 20,828,116 to 20,829,390)

The accused operated the website blackwhoreslikeitrough.com via the bogus merchant Epicol Limited. Using this website, they faked a total of 1,275 subscriptions and charged 4,749 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 3,714.26 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 131,246.15** was incurred via the website blackwhoreslikeitrough.com at the expense of 1,275 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Epicol Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,828,116 to 20,829,390.

Attempt (cases 20,829,391 to 20,836,333)

In addition, the accused submitted a further 6,943 fake subscriptions for the website blackwhoreslikeitrough.com in the period from 9 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 663,689.79.** The

536

EXT-MIZRACHI-01713

individual cases are listed in the table attached to the Arrest Warrant for cases 20,829,391 to 20,836,333.

## 218.    blackwhoresofporn.com

Completion (cases 20,836,334 to 20,837,234)

The accused operated the website blackwhoresofporn.com via the bogus merchant Lumpall Enterprises Limited. Using this website, they faked a total of 901 subscriptions and charged 2,111 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 December 2018 to 10 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,523.25 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 69,503.57** was incurred via the website blackwhoresofporn.com at the expense of 901 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Lumpall Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,836,334 to 20,837,234.

Attempt (cases 20,837,235 to 20,842,996)

In addition, the accused submitted a further 5,762 fake subscriptions for the website blackwhoresofporn.com in the period from 18 December 2018 to 10 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 613,631.06.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,837,235 to 20,842,996.

## 219.    blackxxxsexadventures.com

Completion (cases 20,842,997 to 20,844,433)

537

The accused operated the website blackxxxsexadventures.com via the bogus merchant Factuma Technologies Limited. Using this website, they faked a total of 1,437 subscriptions and charged 5,188 individual monthly transactions to the credit cards of harmed credit card holders in the period from 2 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,584.96 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 116,187.98** was incurred via the website blackxxxsexadventures.com at the expense of 1,437 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Factuma Technologies Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,842,997 to 20,844,433.

Attempt (cases 20,844,434 to 20,850,882)

In addition, the accused submitted a further 6,449 fake subscriptions for the website blackxxxsexadventures.com in the period from 2 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 559,147.43.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,844,434 to 20,850,882.

## 220.    blowmeallthewaymilfs.com

Completion (cases 20,850,883 to 20,855,071)

The accused operated the website blowmeallthewaymilfs.com via the bogus merchant Acewell Creations Limited. Using this website, they faked a total of 4,189 subscriptions and charged 18,768 individual monthly transactions to the credit cards of harmed credit card holders in the period from 4 July 2015 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of

538

at least EUR 0.89 up to a maximum of EUR 2,746.73 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 354,972.12** was incurred via the website blowmeallthewaymilfs.com at the expense of 4,189 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Acewell Creations Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,850,883 to 20,855,071.

Attempt (cases 20,855,072 to 20,876,005)

In addition, the accused submitted a further 20,934 fake subscriptions for the website blowmeallthewaymilfs.com in the period from 4 July 2015 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 2,160,504.47.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,855,072 to 20,876,005.

### 221.    bootyliciousasians.com

Completion (cases 20,876,006 to 20,876,350)

The accused operated the website bootyliciousasians.com via the bogus merchant Pronixe Limited. Using this website, they faked a total of 345 subscriptions and charged 733 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.86 up to a maximum of EUR 546.25 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 25,731.09** was incurred via the website bootyliciousasians.com at the expense of 345 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's

539

escrow account held for Pronixe Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,876,006 to 20,876,350.

Attempt (cases 20,876,351 to 20,878,855)

In addition, the accused submitted a further 2,505 fake subscriptions for the website bootyliciousasians.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 219,989.22.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,876,351 to 20,878,855.

## 222.    bootyliciousxxxblackgirls.com

Completion (cases 20,878,856 to 20,879,204)

The accused operated the website bootyliciousxxxblackgirls.com via the bogus merchant Robbuc Limited. Using this website, they faked a total of 349 subscriptions and charged 663 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.95 up to a maximum of EUR 356.64 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 23,087.08** was incurred via the website bootyliciousxxxblackgirls.com at the expense of 349 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Robbuc Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,878,856 to 20,879,204.

Attempt (cases 20,879,205 to 20,881,610)

540

EXT-MIZRACHI-01717

In addition, the accused submitted a further 2,406 fake subscriptions for the website bootyliciousxxxblackgirls.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 214,740.18.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,879,205 to 20,881,610.

### 223.    braidedbeauties.com

Completion (cases 20,881,611 to 20,882,120)

The accused operated the website braidedbeauties.com via the bogus merchant DEPTKREWREP WDB. Using this website, they faked a total of 510 subscriptions and charged 1,188 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.91 up to a maximum of EUR 701.32 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 44,631.32** was incurred via the website braidedbeauties.com at the expense of 510 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for DEPTKREWREP WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,881,611 to 20,882,120.

Attempt (cases 20,882,121 to 20,885,376)

In addition, the accused submitted a further 3,256 fake subscriptions for the website braidedbeauties.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 330,515.54.** The

541

EXT-MIZRACHI-01718

individual cases are listed in the table attached to the Arrest Warrant for cases 20,882,121 to 20,885,376.

### 224.    cameltoeblackwhores.com

Completion (cases 20,885,377 to 20,887,196)

The accused operated the website cameltoeblackwhores.com via the bogus merchant Gudrun Limited. Using this website, they faked a total of 1,820 subscriptions and charged 5,613 individual monthly transactions to the credit cards of harmed credit card holders in the period from 10 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,059.71 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 140,450.52** was incurred via the website cameltoeblackwhores.com at the expense of 1,820 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Gudrun Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,885,377 to 20,887,196.

Attempt (cases 20,887,197 to 20,895,908)

In addition, the accused submitted a further 8,712 fake subscriptions for the website cameltoeblackwhores.com in the period from 10 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 698,653.47.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,887,197 to 20,895,908.

### 225.    camsiteonline.com

Completion (cases 20,895,909 to 20,909,620)

542

EXT-MIZRACHI-01719

The accused operated the website camsiteonline.com via the bogus merchant Fuson Ltd. Using this website, they faked a total of 13,712 subscriptions and charged 54,603 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.80 up to a maximum of EUR 14,515.83 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 1,174,815.76** was incurred via the website camsiteonline.com at the expense of 13,712 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fuson Ltd. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,895,909 to 20,909,620.

Attempt (cases 20,909,621 to 20,941,873)

In addition, the accused submitted a further 32,253 fake subscriptions for the website camsiteonline.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,372,837.75.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,909,621 to 20,941,873.

### 226.    caughtbymilf.com

Completion (cases 20,941,874 to 20,942,269)

The accused operated the website caughtbymilf.com via the bogus merchant WORKPAYFILES WDB. Using this website, they faked a total of 396 subscriptions and charged 797 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.84 up to a maximum of EUR 700.35 were incurred for each

543

EXT-MIZRACHI-01720

fake subscription. In the above-mentioned period, a total loss of **EUR 28,224.48** was incurred via the website caughtbymilf.com at the expense of 396 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for WORKPAYFILES WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,941,874 to 20,942,269.

Attempt (cases 20,942,270 to 20,944,760)

In addition, the accused submitted a further 2,491 fake subscriptions for the website caughtbymilf.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 257,509.61.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,942,270 to 20,944,760.

## 227.    censoredlatinaction.com

Completion (cases 20,944,761 to 20,946,753)

The accused operated the website censoredlatinaction.com via the bogus merchant Oversettelse Limited. Using this website, they faked a total of 1,993 subscriptions and charged 6,271 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,806.46 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 165,391.84** was incurred via the website censoredlatinaction.com at the expense of 1,993 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Oversettelse Limited. The individual cases

544

EXT-MIZRACHI-01721

are listed in the table attached to the Arrest Warrant for cases 20,944,761 to 20,946,753.

Attempt (cases 20,946,754 to 20,956,801)

In addition, the accused submitted a further 10,048 fake subscriptions for the website censoredlatinaction.com in the period from 21 January 2017 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 870,009.25.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,946,754 to 20,956,801.

## 228.    chatroomdream.com

Completion (cases 20,956,802 to 20,969,729)

The accused operated the website chatroomdream.com via the bogus merchant Fuson Limited. Using this website, they faked a total of 12,928 subscriptions and charged 33,199 individual monthly transactions to the credit cards of harmed credit card holders in the period from 3 January 2016 to 26 June 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.34 up to a maximum of EUR 11,857.26 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 818,755.25** was incurred via the website chatroomdream.com at the expense of 12,928 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fuson Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,956,802 to 20,969,729.

Attempt (cases 20,969,730 to 20,991,277)

In addition, the accused submitted a further 21,548 fake subscriptions for the website chatroomdream.com in the period from 3 January 2016 to 26 June

545

EXT-MIZRACHI-01722

2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,428,729.76.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,969,730 to 20,991,277.

### 229.    chinadollsdicked.com

Completion (cases 20,991,278 to 20,991,762)

The accused operated the website chinadollsdicked.com via the bogus merchant SAVERSETTECH WDB. Using this website, they faked a total of 485 subscriptions and charged 1,321 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.97 up to a maximum of EUR 684.96 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 42,471.83** was incurred via the website chinadollsdicked.com at the expense of 485 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for SAVERSETTECH WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,991,278 to 20,991,762.

Attempt (cases 20,991,763 to 20,994,952)

In addition, the accused submitted a further 3,190 fake subscriptions for the website chinadollsdicked.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 321,789.40.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,991,763 to 20,994,952.

546

EXT-MIZRACHI-01723

**230.      chocolatecumsluts.com**

Completion (cases 20,994,953 to 20,995,300)

The accused operated the website chocolatecumsluts.com via the bogus merchant Pronixe Limited. Using this website, they faked a total of 348 subscriptions and charged 674 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.93 up to a maximum of EUR 656.94 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 24,423.43** was incurred via the website chocolatecumsluts.com at the expense of 348 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Pronixe Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,994,953 to 20,995,300.

Attempt (cases 20,995,301 to 20,997,679)

In addition, the accused submitted a further 2,379 fake subscriptions for the website chocolatecumsluts.com in the period from 1 January 2020 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 214,378.37.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,995,301 to 20,997,679.

**231.      chocolatesextease.com**

Completion (cases 20,997,680 to 20,998,191)

The accused operated the website chocolatesextease.com via the bogus merchant Divafix Limited. Using this website, they faked a total of 512 subscriptions and charged 1,711 individual monthly transactions to the credit

547

cards of harmed credit card holders in the period from 22 November 2018 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.12 up to a maximum of EUR 1,254.24 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 50,065.59** was incurred via the website chocolatesextease.com at the expense of 512 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Divafix Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 20,997,680 to 20,998,191.

Attempt (cases 20,998,192 to 21,001,124)

In addition, the accused submitted a further 2,933 fake subscriptions for the website chocolatesextease.com in the period from 22 November 2018 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 304,112.90.** The individual cases are listed in the table attached to the Arrest Warrant for cases 20,998,192 to 21,001,124.

## 232. cockaholicmilfs.com

Completion (cases 21,001,125 to 21,002,419)

The accused operated the website cockaholicmilfs.com via the bogus merchant Bjorkled Limited. Using this website, they faked a total of 1,295 subscriptions and charged 4,647 individual monthly transactions to the credit cards of harmed credit card holders in the period from 5 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 4,690.63 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 116,040.78** was incurred via the website cockaholicmilfs.com at the expense of 1,295 credit card holders. This amount was debited from the account of the

548

EXT-MIZRACHI-01725

harmed credit card holder and credited to the payment service provider's escrow account held for Bjorkled Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,001,125 to 21,002,419.

Attempt (cases 21,002,420 to 21,009,804)

In addition, the accused submitted a further 7,385 fake subscriptions for the website cockaholicmilfs.com in the period from 5 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 672,863.04.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,002,420 to 21,009,804.

### 233.    cockinblackwomen.com

Completion (cases 21,009,805 to 21,010,168)

The accused operated the website cockinblackwomen.com via the bogus merchant Ricvaz Blue Limited. Using this website, they faked a total of 364 subscriptions and charged 673 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.91 up to a maximum of EUR 927.00 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 24,299.41** was incurred via the website cockinblackwomen.com at the expense of 364 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Ricvaz Blue Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,009,805 to 21,010,168.

Attempt (cases 21,010,169 to 21,012,587)

549

EXT-MIZRACHI-01726

In addition, the accused submitted a further 2,419 fake subscriptions for the website cockinblackwomen.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 217,320.18.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,010,169 to 21,012,587.

### 234.    cocksuckinglatinas.com

Completion (cases 21,012,588 to 21,016,349)

The accused operated the website cocksuckinglatinas.com via the bogus merchant Woodstrip Enterprises Limited. Using this website, they faked a total of 3,762 subscriptions and charged 13,881 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,141.11 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 290,335.24** was incurred via the website cocksuckinglatinas.com at the expense of 3,762 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Woodstrip Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,012,588 to 21,016,349.

Attempt (cases 21,016,350 to 21,034,810)

In addition, the accused submitted a further 18,461 fake subscriptions for the website cocksuckinglatinas.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,507,589.73.** The

550

individual cases are listed in the table attached to the Arrest Warrant for cases 21,016,350 to 21,034,810.

### 235.    creamfilledasians.com

<u>Completion (cases 21,034,811 to 21,035,270)</u>

The accused operated the website creamfilledasians.com via the bogus merchant HOSTVIEWERSET WDB. Using this website, they faked a total of 460 subscriptions and charged 1,098 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.91 up to a maximum of EUR 927.00 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 39,475.46** was incurred via the website creamfilledasians.com at the expense of 460 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for HOSTVIEWERSET WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,034,811 to 21,035,270.

<u>Attempt (cases 21,035,271 to 21,038,516)</u>

In addition, the accused submitted a further 3,246 fake subscriptions for the website creamfilledasians.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 330,700.43.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,035,271 to 21,038,516.

### 236.    creamymilfexxxtreme.com

<u>Completion (cases 21,038,517 to 21,040,590)</u>

551

EXT-MIZRACHI-01728

The accused operated the website creamymilfexxxtreme.com via the bogus merchant Ealdun Limited. Using this website, they faked a total of 2,074 subscriptions and charged 7,236 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 January 2017 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.90 up to a maximum of EUR 1,659.60 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 152,903.46** was incurred via the website creamymilfexxxtreme.com at the expense of 2,074 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Ealdun Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,038,517 to 21,040,590.

<u>Attempt (cases 21,040,591 to 21,052,450)</u>

In addition, the accused submitted a further 11,860 fake subscriptions for the website creamymilfexxxtreme.com in the period from 23 January 2017 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 924,523.63.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,040,591 to 21,052,450.

### 237.    cumonblackassxxx.com

<u>Completion (cases 21,052,451 to 21,053,243)</u>

The accused operated the website cumonblackassxxx.com via the bogus merchant Fast Dello Limited. Using this website, they faked a total of 793 subscriptions and charged 2,107 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 December 2018 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of

552

at least EUR 0.88 up to a maximum of EUR 2,175.00 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 68,952.28** was incurred via the website cumonblackassxxx.com at the expense of 793 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fast Dello Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,052,451 to 21,053,243.

Attempt (cases 21,053,244 to 21,058,744)

In addition, the accused submitted a further 5,501 fake subscriptions for the website cumonblackassxxx.com in the period from 1 December 2018 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 462,837.74.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,053,244 to 21,058,744.

## 238.    cumonblacktramps.com

Completion (cases 21,058,745 to 21,059,130)

The accused operated the website cumonblacktramps.com via the bogus merchant Pluto Systems Limited. Using this website, they faked a total of 386 subscriptions and charged 663 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.91 up to a maximum of EUR 855.60 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 24,097.83** was incurred via the website cumonblacktramps.com at the expense of 386 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Pluto Systems Limited. The individual

553

EXT-MIZRACHI-01730

cases are listed in the table attached to the Arrest Warrant for cases 21,058,745 to 21,059,130.

Attempt (cases 21,059,131 to 21,061,550)

In addition, the accused submitted a further 2,420 fake subscriptions for the website cumonblacktramps.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 213,622.98.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,059,131 to 21,061,550.

### 239.        cumtomeasianwhore.com

Completion (cases 21,061,551 to 21,065,221)

The accused operated the website cumtomeasianwhore.com via the bogus merchant Cloud Select Limited. Using this website, they faked a total of 3,671 subscriptions and charged 17,882 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 9 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,331.90 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 308,189.30** was incurred via the website cumtomeasianwhore.com at the expense of 3,671 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Cloud Select. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,061,551 to 21,065,221.

Attempt (cases 21,065,222 to 21,083,632)

554

EXT-MIZRACHI-01731

In addition, the accused submitted a further 18,411 fake subscriptions for the website cumtomeasianwhore.com in the period from 1 January 2016 to 9 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,908,464.38.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,065,222 to 21,083,632.

**240.      cumtomelatinwhore.com**

Completion (cases 21,083,633 to 21,087,259)

The accused operated the website cumtomelatinwhore.com via the bogus merchant Cloud Select Limited. Using this website, they faked a total of 3,627 subscriptions and charged 16,026 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 6,396.63 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 310,817.02** was incurred via the website cumtomelatinwhore.com at the expense of 3,627 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Cloud Select Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,083,633 to 21,087,259.

Attempt (cases 21,087,260 to 21,105,786)

In addition, the accused submitted a further 18,527 fake subscriptions for the website cumtomelatinwhore.com in the period from 1 January 2016 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,936,973.63.** The

555

EXT-MIZRACHI-01732

individual cases are listed in the table attached to the Arrest Warrant for cases 21,087,260 to 21,105,786.

### 241.    cuntlickinghardcore.com

Completion (cases 21,105,787 to 21,107,059)

The accused operated the website cuntlickinghardcore.com via the bogus merchant Bjorkled Limited. Using this website, they faked a total of 1,273 subscriptions and charged 4,095 individual monthly transactions to the credit cards of harmed credit card holders in the period from 7 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 2,769.31 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 111,718.18** was incurred via the website cuntlickinghardcore.com at the expense of 1,273 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Bjorkled Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,105,787 to 21,107,059.

Attempt (cases 21,107,060 to 21,114,281)

In addition, the accused submitted a further 7,222 fake subscriptions for the website cuntlickinghardcore.com in the period from 7 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 641,686.58.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,107,060 to 21,114,281.

### 242.    darkhoneypot.com

Completion (cases 21,114,282 to 21,115,998)

556

The accused operated the website darkhoneypot.com via the bogus merchant JL Wire WDB. Using this website, they faked a total of 1,717 subscriptions and charged 4,835 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,526.81 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 129,278.60** was incurred via the website darkhoneypot.com at the expense of 1,717 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for JL Wire WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,114,282 to 21,115,998.

Attempt (cases 21,115,999 to 21,124,641)

In addition, the accused submitted a further 8,643 fake subscriptions for the website darkhoneypot.com in the period from 9 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 734,203.93.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,115,999 to 21,124,641.

### 243.    darkskindesires.com

Completion (cases 21,124,642 to 21,126,855)

The accused operated the website darkskindesires.com via the bogus merchant RATEZONES WDB. Using this website, they faked a total of 2,214 subscriptions and charged 6,997 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,519.98 were incurred for each

557

fake subscription. In the above-mentioned period, a total loss of **EUR 178,476.19** was incurred via the website darkskindesires.com at the expense of 2,214 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for RATEZONES WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,124,642 to 21,126,855.

Attempt (cases 21,126,856 to 21,139,380)

In addition, the accused submitted a further 12,525 fake subscriptions for the website darkskindesires.com in the period from 8 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,070,006.91.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,126,856 to 21,139,380.

## 244.    deliciousasiangirls.com

Completion (cases 21,139,381 to 21,141,224)

The accused operated the website deliciousasiangirls.com via the bogus merchant Comist Limited. Using this website, they faked a total of 1,844 subscriptions and charged 6,566 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 3,141.60 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 194,354.92** was incurred via the website deliciousasiangirls.com at the expense of 1,844 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Comist Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,139,381 to 21,141,224.

558

EXT-MIZRACHI-01735

Attempt (cases 21,141,225 to 21,150,922)

In addition, the accused submitted a further 9,698 fake subscriptions for the website deliciousasiangirls.com in the period from 21 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 884,433.55.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,141,225 to 21,150,922.

## 245.  didthatdickhurt.com

Completion (cases 21,150,923 to 21,151,252)

The accused operated the website didthatdickhurt.com via the bogus merchant TERMDUESFILE WDB. Using this website, they faked a total of 330 subscriptions and charged 802 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 9 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.91 up to a maximum of EUR 2,028.51 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 28,987.60** was incurred via the website didthatdickhurt.com at the expense of 330 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for TERMDUESFILE WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,150,923 to 21,151,252.

Attempt (cases 21,151,253 to 21,153,265)

In addition, the accused submitted a further 2,013 fake subscriptions for the website didthatdickhurt.com in the period from 1 January 2020 to 9 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted

559

to unlawfully obtain a total amount of **EUR 208,787.37.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,151,253 to 21,153,265.

### 246.     digintheblackass.com

Completion (cases 21,153,266 to 21,155,024)

The accused operated the website digintheblackass.com via the bogus merchant VAULTWIRES WDB. Using this website, they faked a total of 1,759 subscriptions and charged 6,268 individual monthly transactions to the credit cards of harmed credit card holders in the period from 6 December 2017 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.86 up to a maximum of EUR 2,749.13 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 187,834.17** was incurred via the website digintheblackass.com at the expense of 1,759 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for VAULTWIRES WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,153,266 to 21,155,024.

Attempt (cases 21,155,025 to 21,164,919)

In addition, the accused submitted a further 9,895 fake subscriptions for the website digintheblackass.com in the period from 6 December 2012 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,017,244.57.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,155,025 to 21,164,919.

### 247.     dirtyasiansexpots.com

560

<u>Completion (cases 21,164,920 to 21,166,679)</u>

The accused operated the website dirtyasiansexpots.com via the bogus merchant JL Pymt WDB 3D. Using this website, they faked a total of 1,760 subscriptions and charged 5,519 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 3,240.82 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 137,880.52** was incurred via the website dirtyasiansexpots.com at the expense of 1,760 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for JL Pymt WDB 3D. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,164,920 to 21,166,679.

<u>Attempt (cases 21,166,680 to 21,175,502)</u>

In addition, the accused submitted a further 8,823 fake subscriptions for the website dirtyasiansexpots.com in the period from 9 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 748,317.29.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,166,680 to 21,175,502.

### 248.    dirtyblackbootysex.com

<u>Completion (cases 21,175,503 to 21,175,883)</u>

The accused operated the website dirtyblackbootysex.com via the bogus merchant Protofy Limited. Using this website, they faked a total of 381 subscriptions and charged 752 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 6

561

EXT-MIZRACHI-01738

July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.92 up to a maximum of EUR 433.66 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 27,514.94** was incurred via the website dirtyblackbootysex.com at the expense of 381 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Protofy Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,175,503 to 21,175,883.

Attempt (cases 21,175,884 to 21,178,287)

In addition, the accused submitted a further 2,404 fake subscriptions for the website dirtyblackbootysex.com in the period from 1 January 2020 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 212,237.22.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,175,884 to 21,178,287.

**249.    dirtyblackslutsforyou.com**

Completion (cases 21,178,288 to 21,178,581)

The accused operated the website dirtyblackslutsforyou.com via the bogus merchant Ultrafixa Limited. Using this website, they faked a total of 294 subscriptions and charged 593 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.91 up to a maximum of EUR 736.95 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 21,565.72** was incurred via the website dirtyblackslutsforyou.com at the expense of 294 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Ultrafixa Limited. The individual cases are

562

listed in the table attached to the Arrest Warrant for cases 21,178,288 to 21,178,581.

Attempt (cases 21,178,582 to 21,180,330)

In addition, the accused submitted a further 1,749 fake subscriptions for the website dirtyblackslutsforyou.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 157,171.90.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,178,582 to 21,180,330.

### 250.    dirtylatinahousekeepers.com

Completion (cases 21,180,331 to 21,182,981)

The accused operated the website dirtylatinahousekeepers.com via the bogus merchant Maryar Limited. Using this website, they faked a total of 2,651 subscriptions and charged 12,896 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.12 up to a maximum of EUR 4,006.02 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 256,872.61** was incurred via the website dirtylatinahousekeepers.com at the expense of 2,651 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Maryar Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,180,331 to 21,182,981.

Attempt (cases 21,182,982 to 21,196,508)

In addition, the accused submitted a further 13,527 fake subscriptions for the website dirtylatinahousekeepers.com in the period from 1 June 2016 to 7 July

563

EXT-MIZRACHI-01740

2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,383,898.19.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,182,982 to 21,196,508.

### 251.    dirtylatinsexdreams.com

Completion (cases 21,196,509 to 21,196,726)

The accused operated the website dirtylatinsexdreams.com via the bogus merchant Slipmatt Lock Limited. Using this website, they faked a total of 218 subscriptions and charged 377 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.80 up to a maximum of EUR 817.42 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 10,996.55** was incurred via the website dirtylatinsexdreams.com at the expense of 218 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Slipmatt Lock Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,196,509 to 21,196,726.

Attempt (cases 21,196,727 to 21,198,531)

In addition, the accused submitted a further 1,805 fake subscriptions for the website dirtylatinsexdreams.com in the period from 1 January 2020 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 128,400.83.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,196,727 to 21,198,531.

564

EXT-MIZRACHI-01741

**252.    dirtylatintramps.com**

Completion (cases 21,198,532 to 21,199,571)

The accused operated the website dirtylatintramps.com via the bogus merchant FINDSCERT WDB. Using this website, they faked a total of 1,040 subscriptions and charged 3,124 individual monthly transactions to the credit cards of harmed credit card holders in the period from 11 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,364.59 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 105,646.07** was incurred via the website dirtylatintramps.com at the expense of 1,040 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for FINDSCERT WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,198,532 to 21,199,571.

Attempt (cases 21,199,572 to 21,202,237)

In addition, the accused submitted a further 2,666 fake subscriptions for the website dirtylatintramps.com in the period from 11 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 511,221.43.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,199,572 to 21,202,237.

**253.    discreetlatinlovers.com**

Completion (cases 21,202,238 to 21,204,295)

The accused operated the website discreetlatinlovers.com via the bogus merchant Wilhel Limited. Using this website, they faked a total of 2,058 subscriptions and charged 7,959 individual monthly transactions to the credit

565

EXT-MIZRACHI-01742

cards of harmed credit card holders in the period from 20 April 2016 to 8 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.96 up to a maximum of EUR 3,561.76 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 175,371.19** was incurred via the website discreetlatinlovers.com at the expense of 2,058 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Wilhel Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,202,238 to 21,204,295.

<u>Attempt (cases 21,204,296 to 21,214,856)</u>

In addition, the accused submitted a further 10,561 fake subscriptions for the website discreetlatinlovers.com in the period from 20 April 2016 to 8 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 978,637.92.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,204,296 to 21,214,856.

### 254.    dreamofamateurass.com

<u>Completion (cases 21,214,857 to 21,218,470)</u>

The accused operated the website dreamofamateurass.com via the bogus merchant Frontose Limited. Using this website, they faked a total of 3,614 subscriptions and charged 16,359 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.10 up to a maximum of EUR 4,059.59 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 335,119.14** was incurred via the website dreamofamateurass.com at the expense of 3,614 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service

566

provider's escrow account held for Frontose Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,214,857 to 21,218,470.

Attempt (cases 21,218,471 to 21,233,713)

In addition, the accused submitted a further 15,243 fake subscriptions for the website dreamofamateurass.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,674,822.78.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,218,471 to 21,233,713.

### 255.    dreamofwetasianpussy.com

Completion (cases 21,233,714 to 21,237,243)

The accused operated the website dreamofwetasianpussy.com via the bogus merchant Eiketreet Holding Limited. Using this website, they faked a total of 3,530 subscriptions and charged 16,085 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 9 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 3,025.49 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 298,611.96** was incurred via the website dreamofwetasianpussy.com at the expense of 3,530 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Eiketreet Holding Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,233,714 to 21,237,243.

Attempt (cases 21,237,244 to 21,255,524)

567

In addition, the accused submitted a further 18,281 fake subscriptions for the website dreamofwetasianpussy.com in the period from 1 January 2016 to 9 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,879,127.41.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,237,244 to 21,255,524.

**256.    dreamyblackass.com**

Completion (cases 21,255,525 to 21,257,126)

The accused operated the website dreamyblackass.com via the bogus merchant Lydennade Limited. Using this website, they faked a total of 1,602 subscriptions and charged 4,648 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,586.39 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 115,162.02** was incurred via the website dreamyblackass.com at the expense of 1,602 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Lydennade Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,255,525 to 21,257,126.

Attempt (cases 21,257,127 to 21,266,500)

In addition, the accused submitted a further 9,374 fake subscriptions for the website dreamyblackass.com in the period from 22 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 743,798.46.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,257,127 to 21,266,500.

568

EXT-MIZRACHI-01745

### 257.    drippingmilfs.com

Completion (cases 21,266,501 to 21,266,841)

The accused operated the website drippingmilfs.com via the bogus merchant CHARTPAYS WDB. Using this website, they faked a total of 341 subscriptions and charged 602 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.93 up to a maximum of EUR 302.15 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 21,699.73** was incurred via the website drippingmilfs.com at the expense of 341 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for CHARTPAYS WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,266,501 to 21,266,841.

Attempt (cases 21,266,842 to 21,268,865)

In addition, the accused submitted a further 2,024 fake subscriptions for the website drippingmilfs.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 177,393.78.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,266,842 to 21,268,865.

### 258.    ebonydicklickers.com

Completion (cases 21,268,871 to 21,270,211)

The accused operated the website ebonydicklickers.com via the bogus merchant Animent Limited. Using this website, they faked a total of 1,341 subscriptions and charged 3,980 individual monthly transactions to the credit

569

cards of harmed credit card holders in the period from 5 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.05 up to a maximum of EUR 2,847.81 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 118,198.66** was incurred via the website ebonydicklickers.com at the expense of 1,341 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Animent Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,268,871 to 21,270,211.

Attempt (cases 21,270,212 to 21,277,439)

In addition, the accused submitted a further 7,228 fake subscriptions for the website ebonydicklickers.com in the period from 5 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 702,285.33.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,270,212 to 21,277,439.

### 259.    ebonyfucksluts.com

Completion (cases 21,277,440 to 21,278,051)

The accused operated the website ebonyfucksluts.com via the bogus merchant Jorbur Limited. Using this website, they faked a total of 612 subscriptions and charged 1,299 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 December 2018 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,587.76 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 41,511.49** was incurred via the website ebonyfucksluts.com at the expense of 612 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's

570

escrow account held for Jorbur Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,277,440 to 21,278,051.

Attempt (cases 21,278,052 to 21,282,206)

In addition, the accused submitted a further 4,155 fake subscriptions for the website ebonyfucksluts.com in the period from 18 December 2018 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 360,179.91.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,278,052 to 21,282,206.

260.    **ebonyhumpfest.com**

Completion (cases 21,282,207 to 21,285,382)

The accused operated the website ebonyhumpfest.com via the bogus merchant Oppgradering Solutions Limited. Using this website, they faked a total of 3,176 subscriptions and charged 13,788 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 9 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,552.84 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 257,468.47** was incurred via the website ebonyhumpfest.com at the expense of 3,176 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Oppgradering Solutions Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,282,207 to 21,285,382.

Attempt (cases 21,285,383 to 21,302,583)

571

In addition, the accused submitted a further 17,201 fake subscriptions for the website ebonyhumpfest.com in the period from 1 June 2016 to 9 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,313,325.18.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,285,383 to 21,302,583.

### 261.    ebonymandingolovers.com

Completion (cases 21,302,584 to 21,304,569)

The accused operated the website ebonymandingolovers.com via the bogus merchant Ealdun Limited. Using this website, they faked a total of 1,986 subscriptions and charged 6,772 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,351.46 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 139,358.33** was incurred via the website ebonymandingolovers.com at the expense of 1,986 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Ealdun Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,302,584 to 21,304,569.

Attempt (cases 21,304,570 to 21,316,505)

In addition, the accused submitted a further 11,936 fake subscriptions for the website ebonymandingolovers.com in the period from 21 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 907,324.83.** The

572

individual cases are listed in the table attached to the Arrest Warrant for cases 21,304,570 to 21,316,505.

### 262.    ebonyneighborgirls.com

Completion (cases 21,316,506 to 21,318,904)

The accused operated the website ebonyneighborgirls.com via the bogus merchant BASEBILLING WDB. Using this website, they faked a total of 2,399 subscriptions and charged 8,122 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 2,670.67 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 205,125.79** was incurred via the website ebonyneighborgirls.com at the expense of 2,399 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for BASEBILLING WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,316,506 to 21,318,904.

Attempt (cases 21,318,905 to 21,331,375)

In addition, the accused submitted a further 12,471 fake subscriptions for the website ebonyneighborgirls.com in the period from 9 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,164,251.97.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,318,905 to 21,331,375.

### 263.    ebonysexdreams.com

Completion (cases 21,331,376 to 21,333,234)

573

The accused operated the website ebonysexdreams.com via the bogus merchant Avandu Limited. Using this website, they faked a total of 1,859 subscriptions and charged 5,270 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 April 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,235.08 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 145,107.53** was incurred via the website ebonysexdreams.com at the expense of 1,859 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Avandu Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,331,376 to 21,333,234.

Attempt (cases 21,333,235 to 21,342,977)

In addition, the accused submitted a further 9,743 fake subscriptions for the website ebonysexdreams.com in the period from 22 April 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 842,351.09.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,333,235 to 21,342,977.

### 264.    ebonyslutfettish.com

Completion (cases 21,342,978 to 21,346,612)

The accused operated the website ebonyslutfettish.com via the bogus merchant Charmat Limited. Using this website, they faked a total of 3,635 subscriptions and charged 15,952 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 5,922.66 were incurred for each

574

EXT-MIZRACHI-01751

fake subscription. In the above-mentioned period, a total loss of **EUR 321,514.38** was incurred via the website ebonyslutfettish.com at the expense of 3,635 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Charmat Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,342,978 to 21,346,612.

Attempt (cases 21,346,613 to 21,365,219)

In addition, the accused submitted a further 18,607 fake subscriptions for the website ebonyslutfettish.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,811,501.93.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,346,613 to 21,365,219.

### 265.    eroticamateurporngirls.com

Completion (cases 21,365,220 to 21,368,912)

The accused operated the website eroticamateurporngirls.com via the bogus merchant Winsomea Limited. Using this website, they faked a total of 3,693 subscriptions and charged 14,168 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,066.72 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 296,454.85** was incurred via the website eroticamateurporngirls.com at the expense of 3,693 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Winsomea Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,365,220 to 21,368,912.

575

Attempt (cases 21,368,913 to 21,387,624)

In addition, the accused submitted a further 18,712 fake subscriptions for the website eroticamateurporngirls.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,499,416.82.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,368,913 to 21,387,624.

## 266.      erotichardcoretramps.com

Completion (cases 21,387,625 to 21,391,312)

The accused operated the website erotichardcoretramps.com via the bogus merchant Canderstone Limited. Using this website, they faked a total of 3,688 subscriptions and charged 17,897 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 8 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 5,542.68 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 349,362.44** was incurred via the website erotichardcoretramps.com at the expense of 3,688 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Canderstone Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,387,625 to 21,391,312.

Attempt (cases 21,391,313 to 21,410,111)

In addition, the accused submitted a further 18,799 fake subscriptions for the website erotichardcoretramps.com in the period from 1 January 2016 to 8 July 2020, which ultimately did not lead to the credit cards being charged and the

576

amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,951,834.64.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,391,313 to 21,410,111.

### 267.    eroticmilforgie.com

Completion (cases 21,410,112 to 21,412. 88)

The accused operated the website eroticmilforgie.com via the bogus merchant Frayblade Limited. Using this website, they faked a total of 2,776 subscriptions and charged 11,028 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,371.25 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 216,664.32** was incurred via the website eroticmilforgie.com at the expense of 2,776 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Frayblade Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,410,112 to 21,412,887.

Attempt (cases 21,412,888 to 21,426,743)

In addition, the accused submitted a further 13,856 fake subscriptions for the website eroticmilforgie.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,158,570.02.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,412,888 to 21,426,743.

### 268.    exoticasiantease.com

577

EXT-MIZRACHI-01754

Completion (cases 21,426,745 to 21,427,081)

The accused operated the website exoticasiantease.com via the bogus merchant Ravmore Spread Limited. Using this website, they faked a total of 337 subscriptions and charged 681 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.96 up to a maximum of EUR 927.00 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 25,472.48** was incurred via the website exoticasiantease.com at the expense of 337 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Ravmore Spread Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,426,745 to 21,427,081.

Attempt (cases 21,427,082 to 21,429,570)

In addition, the accused submitted a further 2,489 fake subscriptions for the website exoticasiantease.com in the period from 1 January 2020 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 216,857.77.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,427,082 to 21,429,570.

### 269. exoticblackbooty.com

Completion (cases 21,429,571 to 21,429,934)

The accused operated the website exoticblackbooty.com via the bogus merchant Selskapet Limited. Using this website, they faked a total of 364 subscriptions and charged 705 individual monthly transactions to the credit

578

cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.89 up to a maximum of EUR 506.70 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 23,829.16** was incurred via the website exoticblackbooty.com at the expense of 364 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Selskapet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,429,571 to 21,429,934.

Attempt (cases 21,429,935 to 21,432,318)

In addition, the accused submitted a further 2,384 fake subscriptions for the website exoticblackbooty.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 204,235.39.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,429,935 to 21,432,318.

### 270.    exoticlatincreampies.com

Completion (cases 21,432,319 to 21,432,650)

The accused operated the website exoticlatincreampies.com via the bogus merchant Sylend Limited. Using this website, they faked a total of 332 subscriptions and charged 614 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.80 up to a maximum of EUR 819.13 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 22,188.85** was incurred via the website exoticlatincreampies.com at the expense of 332 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service

579

provider's escrow account held for Sylend Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,432,319 to 21,432,650.

Attempt (cases 21,432,651 to 21,434,522)

In addition, the accused submitted a further 1,872 fake subscriptions for the website exoticlatincreampies.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 169,373.31.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,432,651 to 21,434,522.

## 271.    exoticlatincreampiesxxx.com

Completion (cases 21,434,523 to 21,437,480)

The accused operated the website exoticlatincreampiesxxx.com via the bogus merchant Octonti Limited. Using this website, they faked a total of 2,958 subscriptions and charged 12,727 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,501.49 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 280,936.00** was incurred via the website exoticlatincreampiesxxx.com at the expense of 2,958 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Octonti Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,434,523 to 21,437,480.

Attempt (cases 21,437,481 to 21,452,596)

580

EXT-MIZRACHI-01757

In addition, the accused submitted a further 15,116 fake subscriptions for the website exoticlatincreampiesxxx.com in the period from 1 June 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,461,292.85.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,437,481 to 21,452,596.

## 272.    exoticlatinpussy.com

Completion (cases 21,452,597 to 21,455,439)

The accused operated the website exoticlatinpussy.com via the bogus merchant Mixtrail Ventures Limited. Using this website, they faked a total of 2,843 subscriptions and charged 13,574 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 2,705.51 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 262,349.79** was incurred via the website exoticlatinpussy.com at the expense of 2,843 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Mixtrail Ventures Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,452,597 to 21,455,439.

Attempt (cases 21,455,440 to 21,471,900)

In addition, the accused submitted a further 16,461 fake subscriptions for the website exoticlatinpussy.com in the period from 1 June 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,602,144.34.** The individual cases

581

are listed in the table attached to the Arrest Warrant for cases 21,455,440 to 21,471,900.

### 273.  explosiveasiansexxx.com

Completion (cases 21,471,901 to 21,473,201)

The accused operated the website explosiveasiansexxx.com via the bogus merchant Epicol Limited. Using this website, they faked a total of 1,301 subscriptions and charged 3,957 individual monthly transactions to the credit cards of harmed credit card holders in the period from 11 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 2,543.77 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 114,997.50** was incurred via the website explosiveasiansexxx.com at the expense of 1,301 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Epicol Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,471,901 to 21,473,201.

Attempt (cases 21,473,202 to 21,480,075)

In addition, the accused submitted a further 6,874 fake subscriptions for the website explosiveasiansexxx.com in the period from 11 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 677,765.79.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,473,202 to 21,480,075.

### 274.  extraordinarylatinporn.com

Completion (cases 21,480,076 to 21,483,311)

582

EXT-MIZRACHI-01759

The accused operated the website extraordinarylatinporn.com via the bogus merchant Kenrise Limited. Using this website, they faked a total of 3,236 subscriptions and charged 13,744 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 3,142.03 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 264,399.73** was incurred via the website extraordinarylatinporn.com at the expense of 3,236 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Kenrise Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,480,076 to 21,483,311.

Attempt (cases 21,483,312 to 21,499,827)

In addition, the accused submitted a further 16,516 fake subscriptions for the website extraordinarylatinporn.com in the period from 1 June 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,615,341.80.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,483,312 to 21,499,827.

### 275.    extrasexyblackgirls.com

Completion (cases 21,499,828 to 21,501,678)

The accused operated the website extrasexyblackgirls.com via the bogus merchant Comist Limited. Using this website, they faked a total of 1,851 subscriptions and charged 7,078 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,899.44 were incurred for each

583

EXT-MIZRACHI-01760

fake subscription. In the above-mentioned period, a total loss of **EUR 182,635.74** was incurred via the website extrasexyblackgirls.com at the expense of 1,851 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Comist Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,499,828 to 21,501,678.

Attempt (cases 21,501,679 to 21,511,290)

In addition, the accused submitted a further 9,612 fake subscriptions for the website extrasexyblackgirls.com in the period from 21 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 884,805.28.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,501,679 to 21,511,290.

### 276.    extremeasianpornsluts.com

Completion (cases 21,511,291 to 21,514,208)

The accused operated the website extremeasianpornsluts.com via the bogus merchant Kevnol Links Limited. Using this website, they faked a total of 2,918 subscriptions and charged 14,995 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 3,004.14 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 285,337.13** was incurred via the website extremeasianpornsluts.com at the expense of 2,918 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Kevnol Links Limited. The individual cases are listed

584

in the table attached to the Arrest Warrant for cases 21,511,291 to 21,514,208.

Attempt (cases 21,514,209 to 21,530,757)

In addition, the accused submitted a further 16,549 fake subscriptions for the website extremeasianpornsluts.com in the period from 1 June 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,578,603.67.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,514,209 to 21,530,757.

## 277.    **extremelesbianfondling.com**

Completion (cases 21,530,758 to 21,533,466)

The accused operated the website extremelesbianfondling.com via the bogus merchant Fireway Enterprises Limited. Using this website, they faked a total of 2,709 subscriptions and charged 10,155 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,696.52 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 230,625.53** was incurred via the website extremelesbianfondling.com at the expense of 2,709 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fireway Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,530,758 to 21,533,466.

Attempt (cases 21,533,467 to 21,547,301)

585

EXT-MIZRACHI-01762

In addition, the accused submitted a further 13,835 fake subscriptions for the website extremelesbianfondling.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,193,471.05.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,533,467 to 21,547,301.

### 278.      filthyexoticasians.com

Completion (cases 21,547,302 to 21,549,261)

The accused operated the website filthyexoticasians.com via the bogus merchant Wilhel Limited. Using this website, they faked a total of 1,960 subscriptions and charged 7,989 individual monthly transactions to the credit cards of harmed credit card holders in the period from 20 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 10,451.52 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 167,934.88** was incurred via the website filthyexoticasians.com at the expense of 1,960 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Wilhel Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,547,302 to 21,549,261.

Attempt (cases 21,549,262 to 21,559,646)

In addition, the accused submitted a further 10,385 fake subscriptions for the website filthyexoticasians.com in the period from 20 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 951,605.30.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,549,262 to 21,559,646.

586

### 279.    finallybangedamilf.com

Completion (cases 21,559,647 to 21,562,042)

The accused operated the website finallybangedamilf.com via the bogus merchant COSTSCHARGE WDB. Using this website, they faked a total of 2,396 subscriptions and charged 10,127 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 3,149.44 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 224,851.77** was incurred via the website finallybangedamilf.com at the expense of 2,396 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for COSTSCHARGE WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,559,647 to 21,562,042.

Attempt (cases 21,562,043 to 21,574,460)

In addition, the accused submitted a further 12,418 fake subscriptions for the website finallybangedamilf.com in the period from 9 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,132,772.11.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,562,043 to 21,574,460.

### 280.    fingerbangmyanal.com

Completion (cases 21,574,461 to 21,577,371)

The accused operated the website fingerbangmyanal.com via the bogus merchant Mixtrail Ventures Limited. Using this website, they faked a total of

587

2,911 subscriptions and charged 14,517 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.93 up to a maximum of EUR 3,017.67 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 268,062.63** was incurred via the website fingerbangmyanal.com at the expense of 2,911 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Mixtrail Ventures Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,574,461 to 21,577,371.

Attempt (cases 21,577,372 to 21,593,823)

In addition, the accused submitted a further 16,452 fake subscriptions for the website fingerbangmyanal.com in the period from 1 June 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,601,566.25.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,577,372 to 21,593,823.

## 281.     firecrotchmilfs.com

Completion (cases 21,593,824 to 21,594,084)

The accused operated the website firecrotchmilfs.com via the bogus merchant Skilliar Limited. Using this website, they faked a total of 261 subscriptions and charged 496 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 5 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 9.04 up to a maximum of EUR 724.60 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 16,773.21** was incurred via the website firecrotchmilfs.com at the expense of 261 credit

588

EXT-MIZRACHI-01765

card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Skilliar Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,593,824 to 21,594,084.

## Attempt (cases 21,594,085 to 21,595,646)

In addition, the accused submitted a further 1,562 fake subscriptions for the website firecrotchmilfs.com in the period from 1 January 2020 to 5 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 147,530.60.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,594,085 to 21,595,646.

## 282.    **firstdickride.com**

## Completion (cases 21,595,647 to 21,598,105)

The accused operated the website firstdickride.com via the bogus merchant CREWVIEWFORM WDB. Using this website, they faked a total of 2,459 subscriptions and charged 9,510 individual monthly transactions to the credit cards of harmed credit card holders in the period from 11 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,960.96 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 226,362.41** was incurred via the website firstdickride.com at the expense of 2,459 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for CREWVIEWFORM WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,595,647 to 21,598,105.

## Attempt (cases 21,598,106 to 21,610,478)

589

In addition, the accused submitted a further 12,373 fake subscriptions for the website firstdickride.com in the period from 11 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,156,085.81.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,598,106 to 21,610,478.

### 283.      firsttimeamateursluts.com

Completion (cases 21,610,479 to 21,610,808)

The accused operated the website firsttimeamateursluts.com via the bogus merchant Hafjam Limited. Using this website, they faked a total of 330 subscriptions and charged 690 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 December 2018 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.13 up to a maximum of EUR 1,165.12 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 24,751.06** was incurred via the website firsttimeamateursluts.com at the expense of 330 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Hafjam Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,610,479 to 21,610,808.

Attempt (cases 21,610,809 to 21,613,208)

In addition, the accused submitted a further 2,400 fake subscriptions for the website firsttimeamateursluts.com in the period from 1 December 2018 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects

590

attempted to unlawfully obtain a total amount of **EUR 237,147.77.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,610,809 to 21,613,208.

### 284.    firsttimefanatics.com

Completion (cases 21,613,209 to 21,614,691)

The accused operated the website firsttimefanatics.com via the bogus merchant FUNDCYCLEFEE WDB. Using this website, they faked a total of 1,483 subscriptions and charged 3,918 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 March 2018 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,389.89 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 118,710.51** was incurred via the website firsttimefanatics.com at the expense of 1,483 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for FUNDCYCLEFEE WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,613,209 to 21,614,691.

Attempt (cases 21,614,692 to 21,622,446)

In addition, the accused submitted a further 7,755 fake subscriptions for the website firsttimefanatics.com in the period from 9 March 2018 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 669,980.33.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,614,692 to 21,622,446.

### 285.    foreplayanalonly.com

591

EXT-MIZRACHI-01768

<u>Completion (cases 21,622,447 to 21,622,828)</u>

The accused operated the website foreplayanalonly.com via the bogus merchant Surous Limited. Using this website, they faked a total of 382 subscriptions and charged 906 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.93 up to a maximum of EUR 724.84 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 26,115.57** was incurred via the website foreplayanalonly.com at the expense of 382 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Surous Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,622,447 to 21,622,828.

<u>Attempt (cases 21,622,829 to 21,625,268)</u>

In addition, the accused submitted a further 2,440 fake subscriptions for the website foreplayanalonly.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 223,205.00.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,622,829 to 21,625,268.

### 286.    **freelatinadultwatch.com**

<u>Completion (cases 21,625,269 to 21,625,661)</u>

The accused operated the website freelatinadultwatch.com via the bogus merchant Symatronic Limited. Using this website, they faked a total of 393 subscriptions and charged 661 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7

592

July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.97 up to a maximum of EUR 618.00 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 24,008.53** was incurred via the website freelatinadultwatch.com at the expense of 393 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Symatronic Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,625,269 to 21,625,661.

Attempt (cases 21,625,662 to 21,628,110)

In addition, the accused submitted a further 2,449 fake subscriptions for the website freelatinadultwatch.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 207,667.84.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,625,662 to 21,628,110.

## 287.    friendsfuckhardcore.com

Completion (cases 21,628,111 to 21,629,516)

The accused operated the website friendsfuckhardcore.com via the bogus merchant Heldige Grain Limited. Using this website, they faked a total of 1,406 subscriptions and charged 4,144 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,977.46 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 109,286.54** was incurred via the website friendsfuckhardcore.com at the expense of 1,406 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow

593

EXT-MIZRACHI-01770

account held for Heldige Grain Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,628,111 to 21,629,516.

Attempt (cases 21,629,517 to 21,636,005)

In addition, the accused submitted a further 6,489 fake subscriptions for the website friendsfuckhardcore.com in the period from 1 June 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 556,305.80.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,629,517 to 21,636,005.

## 288.    friskyblackgirls.com

Completion (cases 21,636,006 to 21,636,225)

The accused operated the website friskyblackgirls.com via the bogus merchant Svartpapir Holding Limited. Using this website, they faked a total of 220 subscriptions and charged 482 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.96 up to a maximum of EUR 974.54 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 17,761.31** was incurred via the website friskyblackgirls.com at the expense of 220 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Svartpapir Holding Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,636,006 to 21,636,225.

Attempt (cases 21,636,226 to 21,637,691)

594

EXT-MIZRACHI-01771

In addition, the accused submitted a further 1,466 fake subscriptions for the website friskyblackgirls.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 130,026.03.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,636,226 to 21,637,691.

### 289.    fuegofuckers.com

Completion (cases 21,637,692 to 21,638,071)

The accused operated the website fuegofuckers.com via the bogus merchant TECHZONESETS WDB. Using this website, they faked a total of 380 subscriptions and charged 949 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 8 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.90 up to a maximum of EUR 814.07 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 27,055.51** was incurred via the website fuegofuckers.com at the expense of 380 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for TECHZONESETS WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,637,692 to 21,638,071.

Attempt (cases 21,638,072 to 21,640,574)

In addition, the accused submitted a further 2,503 fake subscriptions for the website fuegofuckers.com in the period from 1 January 2020 to 8 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 258,615.54.** The individual cases

595

EXT-MIZRACHI-01772

are listed in the table attached to the Arrest Warrant for cases 21,638,072 to 21,640,574.

**290.     getlatinass.com**

Completion (cases 21,640,575 to 21,640,963)

The accused operated the website getlatinass.com via the bogus merchant Surous Limited. Using this website, they faked a total of 389 subscriptions and charged 765 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.95 up to a maximum of EUR 490.88 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 27,415.20** was incurred via the website getlatinass.com at the expense of 389 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Surous Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,640,575 to 21,640,963.

Attempt (cases 21,640,964 to 21,643,448)

In addition, the accused submitted a further 2,485 fake subscriptions for the website getlatinass.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 226,108.56.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,640,964 to 21,643,448.

**291.     getthatbooty.com**

Completion (cases 21,643,449 to 21,647,037)

596

EXT-MIZRACHI-01773

The accused operated the website getthatbooty.com via the bogus merchant Esvo Enterprises Limited. Using this website, they faked a total of 3,589 subscriptions and charged 15,803 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 3,969.46 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 338,139.78** was incurred via the website getthatbooty.com at the expense of 3,589 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Esvo Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,643,449 to 21,647,037.

Attempt (cases 21,647,038 to 21,665,468)

In addition, the accused submitted a further 18,431 fake subscriptions for the website getthatbooty.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,939,786.97.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,647,038 to 21,665,468.

**292.    gfpornbox.com**

Completion (cases 21,665,469 to 21,673,861)

The accused operated the website gfpornbox.com via the bogus merchant DNS Web Media Limited. Using this website, they faked a total of 8,393 subscriptions and charged 3,820 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 August 2016 to 8 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.82 up to a maximum of EUR 386.71 were incurred for each

597

EXT-MIZRACHI-01774

fake subscription. In the above-mentioned period, a total loss of **EUR 59,020.89** was incurred via the website gfpornbox.com at the expense of 8,393 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for DNS Web Media Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,665,469 to 21,673,861.

Attempt (cases 21,673,862 to 21,697,268)

In addition, the accused submitted a further 23,407 fake subscriptions for the website gfpornbox.com in the period from 21 August 2016 to 8 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 256,784.73.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,673,862 to 21,697,268.

### 293.    **ghettoblackbootybounce.com**

Completion (cases 21,697,269 to 21,699,786)

The accused operated the website ghettoblackbootybounce.com via the bogus merchant Danwel Seasons Limited. Using this website, they faked a total of 2,518 subscriptions and charged 7,401 individual monthly transactions to the credit cards of harmed credit card holders in the period from 24 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,394.02 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 196,711.48** was incurred via the website ghettoblackbootybounce.com at the expense of 2,518 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Danwel Seasons Limited. The individual

598

EXT-MIZRACHI-01775

cases are listed in the table attached to the Arrest Warrant for cases 21,697,269 to 21,699,786.

Attempt (cases 21,699,787 to 21,711,877)

In addition, the accused submitted a further 12,091 fake subscriptions for the website ghettoblackbootybounce.com in the period from 24 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,010,621.82.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,699,787 to 21,711,877.

## 294.    girlongirlactions.com

Completion (cases 21,711,878 to 21,712,251)

The accused operated the website girlongirlactions.com via the bogus merchant CARTSETUPS WDB. Using this website, they faked a total of 374 subscriptions and charged 845 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.76 up to a maximum of EUR 989.77 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 29,387.80** was incurred via the website girlongirlactions.com at the expense of 374 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for CARTSETUPS WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,711,878 to 21,712,251.

Attempt (cases 21,712,252 to 21,714,695)

599

EXT-MIZRACHI-01776

In addition, the accused submitted a further 2,444 fake subscriptions for the website girlongirlactions.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 249,066.84.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,712,252 to 21,714,695.

### 295.    girlsfirstorgasm.com

Completion (cases 21,714,696 to 21,715,216)

The accused operated the website girlsfirstorgasm.com via the bogus merchant FEEDEPT WDB. Using this website, they faked a total of 521 subscriptions and charged 1,185 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.90 up to a maximum of EUR 704.24 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 40,335.18** was incurred via the website girlsfirstorgasm.com at the expense of 521 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for FEEDEPT WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,714,696 to 21,715,216.

Attempt (cases 21,715,217 to 21,718,459)

In addition, the accused submitted a further 3,243 fake subscriptions for the website girlsfirstorgasm.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 330,976.58.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,715,217 to 21,718,459.

600

EXT-MIZRACHI-01777

**296.    gonewildasians.com**

Completion (cases 21,718,460 to 21,720,310)

The accused operated the website gonewildasians.com via the bogus merchant Avandu Limited. Using this website, they faked a total of 1,851 subscriptions and charged 5,485 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 April 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,258.74 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 137,853.91** was incurred via the website gonewildasians.com at the expense of 1,851 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Avandu Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,718,460 to 21,720,310.

Attempt (cases 21,720,311 to 21,729,808)

In addition, the accused submitted a further 9,498 fake subscriptions for the website gonewildasians.com in the period from 22 April 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 819,419.35.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,720,311 to 21,729,808.

**297.    greatmilfpussy.com**

Completion (cases 21,729,809 to 21,731,042)

The accused operated the website greatmilfpussy.com via the bogus merchant Borent Limited. Using this website, they faked a total of 1,234

601

subscriptions and charged 3,563 individual monthly transactions to the credit cards of harmed credit card holders in the period from 5 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 2,130.39 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 85,522.23** was incurred via the website greatmilfpussy.com at the expense of 1,234 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Borent Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,729,809 to 21,731,042.

Attempt (cases 21,731,043 to 21,738,185)

In addition, the accused submitted a further 7,143 fake subscriptions for the website greatmilfpussy.com in the period from 5 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 630,340.15.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,731,043 to 21,738,185.

298.     **groupxxxanalplay.com**

Completion (cases 21,738,186 to 21,740,648)

The accused operated the website groupxxxanalplay.com via the bogus merchant Corer Limited. Using this website, they faked a total of 2,463 subscriptions and charged 21,196 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 2.06 up to a maximum of EUR 11,247.14 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 445,825.84** was incurred via the website groupxxxanalplay.com at the expense of 2,463 credit card holders. This amount was debited from the

602

EXT-MIZRACHI-01779

account of the harmed credit card holder and credited to the payment service provider's escrow account held for Corer Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,738,186 to 21,740,648.

Attempt (cases 21,740,649 to 21,752,887)

In addition, the accused submitted a further 12,239 fake subscriptions for the website groupxxxanalplay.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 2,543,345.30.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,740,649 to 21,752,887.

### 299.    hardasiancocks.com

Completion (cases 21,752,888 to 21,754,716)

The accused operated the website hardasiancocks.com via the bogus merchant WORKFEECHARGE WDB. Using this website, they faked a total of 1,829 subscriptions and charged 5,983 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 March 2018 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 2,294.12 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 171,575.61** was incurred via the website hardasiancocks.com at the expense of 1,829 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for WORKFEECHARGE WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,752,888 to 21,754,716.

Attempt (cases 21,754,717 to 21,765,211)

603

EXT-MIZRACHI-01780

In addition, the accused submitted a further 10,495 fake subscriptions for the website hardasiancocks.com in the period from 9 March 2018 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,004,819.82.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,754,717 to 21,765,211.

### 300.   hardcoreaccesspornlovers.com

Completion (cases 21,765,212 to 21,766,095)

The accused operated the website hardcoreaccesspornlovers.com via the bogus merchant Lumpall Enterprises. Using this website, they faked a total of 884 subscriptions and charged 2,382 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 December 2018 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,266.96 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 76,132.51** was incurred via the website hardcoreaccesspornlovers.com at the expense of 884 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Lumpall Enterprises. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,765,212 to 21,766,095.

Attempt (cases 21,766,096 to 21,771,990)

In addition, the accused submitted a further 5,895 fake subscriptions for the website hardcoreaccesspornlovers.com in the period from 18 December 2018 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 607,521.54.**

604

EXT-MIZRACHI-01781

The individual cases are listed in the table attached to the Arrest Warrant for cases 21,766,096 to 21,771,990.

### 301.    hardcoreamazingsex.com

Completion (cases 21,771,991 to 21,772,287)

The accused operated the website hardcoreamazingsex.com via the bogus merchant Soster Box Limited. Using this website, they faked a total of 297 subscriptions and charged 504 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.14 up to a maximum of EUR 663.31 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 17,130.94** was incurred via the website hardcoreamazingsex.com at the expense of 297 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Soster Box Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,771,991 to 21,772,287.

Attempt (cases 21,772,288 to 21,774,158)

In addition, the accused submitted a further 1,871 fake subscriptions for the website hardcoreamazingsex.com in the period from 1 January 2020 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 173,432.11.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,772,288 to 21,774,158.

### 302.    hardcoreanalplay.com

Completion (cases 21,774,159 to 21,774,424)

605

EXT-MIZRACHI-01782

The accused operated the website hardcoreanalplay.com via the bogus merchant Sument Limited. Using this website, they faked a total of 266 subscriptions and charged 532 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.91 up to a maximum of EUR 416.08 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 19,072.78** was incurred via the website hardcoreanalplay.com at the expense of 266 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Sument Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,774,159 to 21,774,424.

Attempt (cases 21,774,425 to 21,776,179)

In addition, the accused submitted a further 1,755 fake subscriptions for the website hardcoreanalplay.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 155,634.03.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,774,425 to 21,776,179.

## 303.    hardcoreangelporn.com

Completion (cases 21,776,180 to 21,779,365)

The accused operated the website hardcoreangelporn.com via the bogus merchant Dynowire Limited. Using this website, they faked a total of 3,186 subscriptions and charged 14,547 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,635.53 were incurred for each

606

EXT-MIZRACHI-01783

fake subscription. In the above-mentioned period, a total loss of **EUR 263,030.43** was incurred via the website hardcoreangelporn.com at the expense of 3,186 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Dynowire Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,776,180 to 21,779,365.

Attempt (cases 21,779,366 to 21,794,520)

In addition, the accused submitted a further 15,155 fake subscriptions for the website hardcoreangelporn.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,344,850.10.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,779,366 to 21,794,520.

### 304.    hardcoreassbangers.com

Completion (cases 21,794,521 to 21,797,345)

The accused operated the website hardcoreassbangers.com via the bogus merchant Lankton Limited. Using this website, they faked a total of 2,825 subscriptions and charged 11,186 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 8 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 4,199.94 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 261,787.27** was incurred via the website hardcoreassbangers.com at the expense of 2,825 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Lankton Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,794,521 to 21,797,345.

607

Attempt (cases 21,797,346 to 21,813,789)

In addition, the accused submitted a further 16,444 fake subscriptions for the website hardcoreassbangers.com in the period from 1 June 2016 to 8 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,504,549.80.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,797,346 to 21,813,789.

### 305.      hardcorebangbuddies.com

Completion (cases 21,813,790 to 21,814,205)

The accused operated the website hardcorebangbuddies.com via the bogus merchant Pluto Systems Limited. Using this website, they faked a total of 416 subscriptions and charged 828 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.94 up to a maximum of EUR 1,015.41 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 26,277.00** was incurred via the website hardcorebangbuddies.com at the expense of 416 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Pluto Systems Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,813,790 to 21,814,205.

Attempt (cases 21,814,206 to 21,816,618)

In addition, the accused submitted a further 2,413 fake subscriptions for the website hardcorebangbuddies.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the

608

EXT-MIZRACHI-01785

amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 215,809.28.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,814,206 to 21,816,618.

### 306.     hardcorebangedhotties.com

Completion (cases 21,816,619 to 21,818,702)

The accused operated the website hardcorebangedhotties.com via the bogus merchant Wilrow Limited. Using this website, they faked a total of 2,084 subscriptions and charged 8,438 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 January 2017 to 9 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,301.36 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 163,133.34** was incurred via the website hardcorebangedhotties.com at the expense of 2,084 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Wilrow Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,816,619 to 21,818,702.

Attempt (cases 21,818,703 to 21,829,148)

In addition, the accused submitted a further 10,446 fake subscriptions for the website hardcorebangedhotties.com in the period from 18 January 2017 to 9 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 986,114.74.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,818,703 to 21,829,148.

### 307.     hardcorebangparty.com

609

EXT-MIZRACHI-01786

Completion (cases 21,829,149 to 21,829,496)

The accused operated the website hardcorebangparty.com via the bogus merchant Hafjam Limited. Using this website, they faked a total of 348 subscriptions and charged 898 individual monthly transactions to the credit cards of harmed credit card holders in the period from 3 December 2018 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.76 up to a maximum of EUR 814.00 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 26,261.39** was incurred via the website hardcorebangparty.com at the expense of 348 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Hafjam Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,829,149 to 21,829,496.

Attempt (cases 21,829,497 to 21,831,824)

In addition, the accused submitted a further 2,328 fake subscriptions for the website hardcorebangparty.com in the period from 3 December 2018 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 224,098.22.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,829,497 to 21,831,824.

### 308.    hardcorebondagebabes.com

Completion (cases 21,831,825 to 21,832,105)

The accused operated the website hardcorebondagebabes.com via the bogus merchant Sument Limited. Using this website, they faked a total of 281 subscriptions and charged 565 individual monthly transactions to the credit

610

EXT-MIZRACHI-01787

cards of harmed credit card holders in the period from 1 January 2020 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.74 up to a maximum of EUR 927.00 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 20,209.44** was incurred via the website hardcorebondagebabes.com at the expense of 281 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Sument Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,831,825 to 21,832,105.

Attempt (cases 21,832,106 to 21,833,910)

In addition, the accused submitted a further 1,805 fake subscriptions for the website hardcorebondagebabes.com in the period from 1 January 2020 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 155,106.26.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,832,106 to 21,833,910.

**309.    hardcoreclubpornhouse.com**

Completion (cases 21,833,911 to 21,834,864)

The accused operated the website hardcoreclubpornhouse.com via the bogus merchant Ingic Trading Limited. Using this website, they faked a total of 954 subscriptions and charged 4,226 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 27 June 2017 in accordance with their previously agreed plan of action. Losses of at least EUR 1.13 up to a maximum of EUR 725.16 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 84,111.72** was incurred via the website hardcoreclubpornhouse.com at the expense of 954 credit card holders. This amount was debited from the account of the

611

harmed credit card holder and credited to the payment service provider's escrow account held for Ingic Trading Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,833,911 to 21,834,864.

Attempt (cases 21,834,865 to 21,839,368)

In addition, the accused submitted a further 4,504 fake subscriptions for the website hardcoreclubpornhouse.com in the period from 1 June 2016 to 27 June 2017, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 369,853.14.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,834,865 to 21,839,368.

## 310.    hardcorecockpleaser.com

Completion (cases 21,839,369 to 21,842,920)

The accused operated the website hardcorecockpleaser.com via the bogus merchant Cliffjac Limited. Using this website, they faked a total of 3,552 subscriptions and charged 15,402 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 10 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.05 up to a maximum of EUR 2,991.72 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 318,996.49** was incurred via the website hardcorecockpleaser.com at the expense of 3,552 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Cliffjac Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,839,369 to 21,842,920.

Attempt (cases 21,842,921 to 21,861,565)

612

EXT-MIZRACHI-01789

In addition, the accused submitted a further 18,645 fake subscriptions for the website hardcorecockpleaser.com in the period from 1 June 2016 to 10 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,802,376.05.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,842,921 to 21,861,565.

### 311.    hardcorecumbaths.com

Completion (cases 21,861,566 to 21,865,259)

The accused operated the website hardcorecumbaths.com via the bogus merchant Woodstrip Enterprises Limited. Using this website, they faked a total of 3,694 subscriptions and charged 14,105 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,949.23 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 286,952.90** was incurred via the website hardcorecumbaths.com at the expense of 3,694 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Woodstrip Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,861,566 to 21,865,259.

Attempt (cases 21,865,260 to 21,883,801)

In addition, the accused submitted a further 18,542 fake subscriptions for the website hardcorecumbaths.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,522,398.38.** The

613

EXT-MIZRACHI-01790

individual cases are listed in the table attached to the Arrest Warrant for cases 21,865,260 to 21,883,801.

### 312.  hardcorecumswallowers.com

Completion (cases 21,883,802 to 21,886,429)

The accused operated the website hardcorecumswallowers.com via the bogus merchant Maryar Limited. Using this website, they faked a total of 2,628 subscriptions and charged 12,999 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 3,405.93 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 241,537.02** was incurred via the website hardcorecumswallowers.com at the expense of 2,628 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Maryar Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,883,802 to 21,886,429.

Attempt (cases 21,886,430 to 21,900,287)

In addition, the accused submitted a further 13,858 fake subscriptions for the website hardcorecumswallowers.com in the period from 1 June 2016 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,375,623.49.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,886,430 to 21,900,287.

### 313.  hardcoredicklovers.com

Completion (cases 21,900,288 to 21,900,859)

614

EXT-MIZRACHI-01791

The accused operated the website hardcoredicklovers.com via the bogus merchant Intermac Ideas Limited. Using this website, they faked a total of 572 subscriptions and charged 1,345 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 December 2018 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 754.24 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 42,822.82** was incurred via the website hardcoredicklovers.com at the expense of 572 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Intermac Ideas Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,900,288 to 21,900,859.

Attempt (cases 21,900,860 to 21,905,116)

In addition, the accused submitted a further 4,257 fake subscriptions for the website hardcoredicklovers.com in the period from 18 December 2018 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 358,756.29.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,900,860 to 21,905,116.

## 314.    hardcorediggin.com

Completion (cases 21,905,117 to 21,906,967)

The accused operated the website hardcorediggin.com via the bogus merchant USERCHARGEPAY WDB. Using this website, they faked a total of 1,851 subscriptions and charged 7,490 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 2,706.73 were incurred

615

for each fake subscription. In the above-mentioned period, a total loss of **EUR 183,146.88** was incurred via the website hardcorediggin.com at the expense of 1,851 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for USERCHARGEPAY WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,905,117 to 21,906,967.

Attempt (cases 21,906,968 to 21,917,324)

In addition, the accused submitted a further 10,357 fake subscriptions for the website hardcorediggin.com in the period from 9 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,031,189.34.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,906,968 to 21,917,324.

### 315.    hardcorefacesitting.com

Completion (cases 21,917,325 to 21,918,598)

The accused operated the website hardcorefacesitting.com via the bogus merchant Borent Limited. Using this website, they faked a total of 298 subscriptions and charged 3,599 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 2,667.15 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 93,086.15** was incurred via the website hardcorefacesitting.com at the expense of 1,274 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Borent Limited. The individual cases are

616

EXT-MIZRACHI-01793

listed in the table attached to the Arrest Warrant for cases 21,917,325 to 21,918,598.

Attempt (cases 21,918,599 to 21,925,852)

In addition, the accused submitted a further 7,254 fake subscriptions for the website hardcorefacesitting.com in the period from 8 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 638,371.72.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,918,599 to 21,925,852.

### 316.    hardcoregirlssquirt.com

Completion (cases 21,925,853 to 21,929,889)

The accused operated the website hardcoregirlssquirt.com via the bogus merchant Acewell Creations Limited. Using this website, they faked a total of 4,037 subscriptions and charged 17,688 individual monthly transactions to the credit cards of harmed credit card holders in the period from 3 July 2015 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 3,999.16 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 324,387.34** was incurred via the website hardcoregirlssquirt.com at the expense of 4,037 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Acewell Creations Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,925,853 to 21,929,889.

Attempt (cases 21,929,890 to 21,950,817)

617

EXT-MIZRACHI-01794

In addition, the accused submitted a further 20,928 fake subscriptions for the website hardcoregirlssquirt.com in the period from 3 July 2015 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 2,142,603.65.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,929,890 to 21,950,817.

### 317.    hardcorehardsexhd.com

<u>Completion (cases 21,950,818 to 21,953,655)</u>

The accused operated the website hardcorehardsexhd.com via the bogus merchant Elldal Limited. Using this website, they faked a total of 2,838 subscriptions and charged 9,598 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,486.18 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 203,324.47** was incurred via the website hardcorehardsexhd.com at the expense of 2,838 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Elldal Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,950,818 to 21,953,655.

<u>Attempt (cases 21,953,656 to 21,966,937)</u>

In addition, the accused submitted a further 13,282 fake subscriptions for the website hardcorehardsexhd.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,126,229.96.** The

618

EXT-MIZRACHI-01795

individual cases are listed in the table attached to the Arrest Warrant for cases 21,953,656 to 21,966,937.

### 318.      hardcorehotpussy.com

Completion (cases 21,966,938 to 21,967,289)

The accused operated the website hardcorehotpussy.com via the bogus merchant Stanfor Limited. Using this website, they faked a total of 352 subscriptions and charged 723 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.97 up to a maximum of EUR 332.78 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 24,466.50** was incurred via the website hardcorehotpussy.com at the expense of 352 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Stanfor Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,966,938 to 21,967,289.

Attempt (cases 21,967,290 to 21,969,633)

In addition, the accused submitted a further 2,344 fake subscriptions for the website hardcorehotpussy.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 200,639.09.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,967,290 to 21,969,633.

### 319.      hardcorelovebang.com

Completion (cases 21,969,634 to 21,971,421)

619

EXT-MIZRACHI-01796

The accused operated the website hardcorelovebang.com via the bogus merchant Isonyx Limited. Using this website, they faked a total of 1,788 subscriptions and charged 5,074 individual monthly transactions to the credit cards of harmed credit card holders in the period from 20 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,033.96 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 120,674.34** was incurred via the website hardcorelovebang.com at the expense of 1,788 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Isonyx Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,969,634 to 21,971,421.

Attempt (cases 21,971,422 to 21,981,259)

In addition, the accused submitted a further 9,838 fake subscriptions for the website hardcorelovebang.com in the period from 20 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 766,258.05.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,971,422 to 21,981,259.

### 320.    hardcoreoncamera.com

Completion (cases 21,981,260 to 21,981,514)

The accused operated the website hardcoreoncamera.com via the bogus merchant Tey Designs Limited. Using this website, they faked a total of 255 subscriptions and charged 489 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.96 up to a maximum of EUR 252.97 were incurred for each

620

fake subscription. In the above-mentioned period, a total loss of **EUR 16,589.24** was incurred via the website hardcoreoncamera.com at the expense of 255 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Tey Designs Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,981,260 to 21,981,514.

Attempt (cases 21,981,515 to 21,983,318)

In addition, the accused submitted a further 1,804 fake subscriptions for the website hardcoreoncamera.com in the period from 1 January 2020 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 156,601.07.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,981,515 to 21,983,318.

## 321.     hardcorepornbabes.com

Completion (cases 21,983,319 to 21,985,063)

The accused operated the website hardcorepornbabes.com via the bogus merchant Enzize Limited. Using this website, they faked a total of 1,745 subscriptions and charged 5,726 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 8 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,998.02 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 155,767.65** was incurred via the website hardcorepornbabes.com at the expense of 1,745 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Enzize Limited. The individual cases are

621

EXT-MIZRACHI-01798

listed in the table attached to the Arrest Warrant for cases 21,983,319 to 21,985,063.

Attempt (cases 21,985,064 to 21,994,709)

In addition, the accused submitted a further 9,646 fake subscriptions for the website hardcorepornbabes.com in the period from 21 January 2017 to 8 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 835,678.66.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,985,064 to 21,994,709.

### 322.    hardcoreporndesires.com

Completion (cases 21,994,710 to 21,995,071)

The accused operated the website hardcoreporndesires.com via the bogus merchant Facelija Limited. Using this website, they faked a total of 362 subscriptions and charged 786 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 December 2018 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.14 up to a maximum of EUR 1,117.26 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 28,870.81** was incurred via the website hardcoreporndesires.com at the expense of 362 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Facelija Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,994,710 to 21,995,071.

Attempt (cases 21,995,072 to 21,997,321)

622

EXT-MIZRACHI-01799

In addition, the accused submitted a further 2,250 fake subscriptions for the website hardcoreporndesires.com in the period from 18 December 2018 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 223,363.63.** The individual cases are listed in the table attached to the Arrest Warrant for cases 21,995,072 to 21,997,321.

### 323.    hardcorepornfantasies.com

Completion (cases 21,997,322 to 21,997,643)

The accused operated the website hardcorepornfantasies.com via the bogus merchant Torvi Limited. Using this website, they faked a total of 322 subscriptions and charged 569 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.73 up to a maximum of EUR 523.96 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 20,890.80** was incurred via the website hardcorepornfantasies.com at the expense of 322 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Torvi Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,997,322 to 21,997,643.

Attempt (cases 21,997,644 to 21,999,486)

In addition, the accused submitted a further 1,843 fake subscriptions for the website hardcorepornfantasies.com in the period from 1 January 2020 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 166,601.60.** The

623

EXT-MIZRACHI-01800

individual cases are listed in the table attached to the Arrest Warrant for cases 21,997,644 to 21,999,486.

### 324.    hardcoreporngirlsgonewild.com

Completion (cases 21,999,487 to 22,002,661)

The accused operated the website hardcoreporngirlsgonewild.com via the bogus merchant Mass Cross Enterprises Limited. Using this website, they faked a total of 3,175 subscriptions and charged 13,991 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 3,330.97 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 283,923.01** was incurred via the website hardcoreporngirlsgonewild.com at the expense of 3,175 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Mass Cross Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 21,999,487 to 22,002,661.

Attempt (cases 22,002,662 to 22,019,124)

In addition, the accused submitted a further 16,463 fake subscriptions for the website hardcoreporngirlsgonewild.com in the period from 1 June 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,539,348.01.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,002,662 to 22,019,124.

### 325.    hardcorepornrammers.com

Completion (cases 22,019,125 to 22,021,040)

624

EXT-MIZRACHI-01801

The accused operated the website hardcorepornrammers.com via the bogus merchant Esent Limited. Using this website, they faked a total of 1,916 subscriptions and charged 5,441 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 March 2016 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,664.32 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 162,127.83** was incurred via the website hardcorepornrammers.com at the expense of 1,916 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Esent Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,019,125 to 22,021,040.

Attempt (cases 22,021,041 to 22,030,674)

In addition, the accused submitted a further 9,634 fake subscriptions for the website hardcorepornrammers.com in the period from 23 March 2016 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 851,213.07.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,021,041 to 22,030,674.

**326.    hardcorepornsexxx.com**

Completion (cases 22,030,675 to 22,031,045)

The accused operated the website hardcorepornsexxx.com via the bogus merchant Skyism Limited. Using this website, they faked a total of 371 subscriptions and charged 917 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.89 up to a maximum of EUR 475.59 were incurred for each

625

EXT-MIZRACHI-01802

fake subscription. In the above-mentioned period, a total loss of **EUR 27,499.70** was incurred via the website hardcorepornsexxx.com at the expense of 371 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Skyism Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,030,675 to 22,031,045.

Attempt (cases 22,031,046 to 22,033,519)

In addition, the accused submitted a further 2,474 fake subscriptions for the website hardcorepornsexxx.com in the period from 1 January 2020 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 211,030.55.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,031,046 to 22,033,519.

### 327.    hardcorepornvacation.com

Completion (cases 22,033,520 to 22,036,225)

The accused operated the website hardcorepornvacation.com via the bogus merchant Frayblade Limited. Using this website, they faked a total of 2,706 subscriptions and charged 9,917 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,652.97 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 214,412.25** was incurred via the website hardcorepornvacation.com at the expense of 2,706 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Frayblade Limited. The individual cases are

626

EXT-MIZRACHI-01803

listed in the table attached to the Arrest Warrant for cases 22,033,520 to 22,036,225.

Attempt (cases 22,036,226 to 22,049,916)

In addition, the accused submitted a further 13,691 fake subscriptions for the website hardcorepornvacation.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,133,710.68.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,036,226 to 22,049,916.

### 328.    Hardcorepussyparadise.com

Completion (cases 22,049,917 to 22,052,630)

The accused operated the website hardcorepussyparadise.com via the bogus merchant Fireway Enterprises Limited. Using this website, they faked a total of 2,714 subscriptions and charged 9,447 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 2,477.27 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 230,075.89** was incurred via the website hardcorepussyparadise.com at the expense of 2,714 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fireway Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,049,917 to 22,052,630.

Attempt (cases 22,052,631 to 22,066,494)

627

EXT-MIZRACHI-01804

In addition, the accused submitted a further 13,864 fake subscriptions for the website hardcorepussyparadise.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,206,409.19.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,052,631 to 22,066,494.

### 329.    hardcorepussyparty.com

Completion (cases 22,066,495 to 22,067,912)

The accused operated the website hardcorepussyparty.com via the bogus merchant Crownland Limited. Using this website, they faked a total of 1,418 subscriptions and charged 4,687 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,725.54 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 126,063.95** was incurred via the website hardcorepussyparty.com at the expense of 1,418 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Crownland Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,066,495 to 22,067,912.

Attempt (cases 22,067,913 to 22,074,365)

In addition, the accused submitted a further 6,453 fake subscriptions for the website hardcorepussyparty.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 538,219.44.** The

628

EXT-MIZRACHI-01805

individual cases are listed in the table attached to the Arrest Warrant for cases 22,067,913 to 22,074,365.

### 330.    hardcorepussypounders.com

Completion (cases 22,074,366 to 22,077,784)

The accused operated the website hardcorepussypounders.com via the bogus merchant Danpot Stand Limited. Using this website, they faked a total of 3,419 subscriptions and charged 13,973 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,713.01 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 278,612.63** was incurred via the website hardcorepussypounders.com at the expense of 3,419 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Danpot Stand Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,074,366 to 22,077,784.

Attempt (cases 22,077,785 to 22,094,197)

In addition, the accused submitted a further 16,413 fake subscriptions for the website hardcorepussypounders.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,342,108.73.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,077,785 to 22,094,197.

### 331.    hardcorepussysquirts.com

Completion (cases 22,094,198 to 22,096,099)

629

EXT-MIZRACHI-01806

The accused operated the website hardcorepussysquirts.com via the bogus merchant Oversettelse Limited. Using this website, they faked a total of 1,902 subscriptions and charged 6,729 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,067.87 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 152,150.55** was incurred via the website hardcorepussysquirts.com at the expense of 1,902 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Oversettelse Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,094,198 to 22,096,099.

Attempt (cases 22,096,100 to 22,106,212)

In addition, the accused submitted a further 10,113 fake subscriptions for the website hardcorepussysquirts.com in the period from 21 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 849,199.53.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,096,100 to 22,106,212.

## 332.    hardcoreraunchyaffairs.com

Completion (cases 22,106,213 to 22,108,632)

The accused operated the website hardcoreraunchyaffairs.com via the bogus merchant REPSPRICE WDB. Using this website, they faked a total of 2,420 subscriptions and charged 7,092 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of

630

EXT-MIZRACHI-01807

at least EUR 0.89 up to a maximum of EUR 1,788.89 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 151,153.28** was incurred via the website hardcoreraunchyaffairs.com at the expense of 2,420 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for REPSPRICE WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,106,213 to 22,108,632.

Attempt (cases 22,108,633 to 22,124,243)

In addition, the accused submitted a further 15,611 fake subscriptions for the website hardcoreraunchyaffairs.com in the period from 8 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 990,226.14.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,108,633 to 22,124,243.

### 333.    hardcoresexbangers.com

Completion (cases 22,124,244 to 22,126,038)

The accused operated the website hardcoresexbangers.com via the bogus merchant Epilum Limited. Using this website, they faked a total of 1,795 subscriptions and charged 5,696 individual monthly transactions to the credit cards of harmed credit card holders in the period from 20 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,706.04 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 161,026.51** was incurred via the website hardcoresexbangers.com at the expense of 1,795 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Epilum Limited The individual cases are

631

EXT-MIZRACHI-01808

listed in the table attached to the Arrest Warrant for cases 22,124,244 to 22,126,038.

<u>Attempt (cases 22,126,039 to 22,135,946)</u>

In addition, the accused submitted a further 9,908 fake subscriptions for the website hardcoresexbangers.com in the period from 20 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 814,738.06.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,126,039 to 22,135,946.

### 334. hardcoresexbuddies.com

<u>Completion (cases 22,135,947 to 22,136,145)</u>

The accused operated the website hardcoresexbuddies.com via the bogus merchant Slipmatt Lock Limited. Using this website, they faked a total of 199 subscriptions and charged 319 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.81 up to a maximum of EUR 274.13 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 10,272.67** was incurred via the website hardcoresexbuddies.com at the expense of 199 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Slipmatt Lock Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,135,947 to 22,136,145.

<u>Attempt (cases 22,136,146 to 22,137,894)</u>

632

EXT-MIZRACHI-01809

In addition, the accused submitted a further 1,749 fake subscriptions for the website hardcoresexbuddies.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 125,719.16.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,136,146 to 22,137,894.

### 335.    hardcoresexcapades.com

Completion (cases 22,137,895 to 22,138,197)

The accused operated the website hardcoresexcapades.com via the bogus merchant Symend Limited. Using this website, they faked a total of 303 subscriptions and charged 641 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 9 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.91 up to a maximum of EUR 928.72 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 22,892.42** was incurred via the website hardcoresexcapades.com at the expense of 303 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Symend Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,137,895 to 22,138,197.

Attempt (cases 22,138,198 to 22,139,779)

In addition, the accused submitted a further 1,582 fake subscriptions for the website hardcoresexcapades.com in the period from 1 January 2020 to 9 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 159,280.67.** The

633

EXT-MIZRACHI-01810

individual cases are listed in the table attached to the Arrest Warrant for cases 22,138,198 to 22,139,779.

### 336.    hardcoresexconnection.com

Completion (cases 22,139,780 to 22,141,599)

The accused operated the website hardcoresexconnection.com via the bogus merchant Vertur Limited. Using this website, they faked a total of 1,820 subscriptions and charged 6,671 individual monthly transactions to the credit cards of harmed credit card holders in the period from 10 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,661.92 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 139,622.89** was incurred via the website hardcoresexconnection.com at the expense of 1,820 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Vertur Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,139,780 to 22,141,599.

Attempt (cases 22,141,600 to 22,150,752)

In addition, the accused submitted a further 9,153 fake subscriptions for the website hardcoresexconnection.com in the period from 10 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 720,450.58.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,141,600 to 22,150,752.

### 337.    hardcoresexdose.com

Completion (cases 22,150,753 to 22,151,072)

634

The accused operated the website hardcoresexdose.com via the bogus merchant Staende Alus Limited. Using this website, they faked a total of 320 subscriptions and charged 550 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.90 up to a maximum of EUR 724.83 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 19,994.24** was incurred via the website hardcoresexdose.com at the expense of 320 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Staende Alus Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,150,753 to 22,151,072.

Attempt (cases 22,151,073 to 22,152,971)

In addition, the accused submitted a further 1,899 fake subscriptions for the website hardcoresexdose.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 175,806.62.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,151,073 to 22,152,971.

338.    **hardcoresexfriends.com**

Completion (cases 22,152,972 to 22,154,746)

The accused operated the website hardcoresexfriends.com via the bogus merchant ATB Atalantis Technologies Limited. Using this website, they faked a total of 1,775 subscriptions and charged 5,320 individual monthly transactions to the credit cards of harmed credit card holders in the period from 15 April 2016 to 7 July 2020 in accordance with their previously agreed

635

EXT-MIZRACHI-01812

plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,960.49 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 127,288.07** was incurred via the website hardcoresexfriends.com at the expense of 1,775 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for ATB Atalantis Technologies Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,152,972 to 22,154,746.

Attempt (cases 22,154,747 to 22,164,306)

In addition, the accused submitted a further 9,560 fake subscriptions for the website hardcoresexfriends.com in the period from 15 April 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 800,669.53.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,154,747 to 22,164,306.

### 339.    Hardcoresexmoves.com

Completion (cases 22,164,307 to 22,166,577)

The accused operated the website hardcoresexmoves.com via the bogus merchant Hold WDB 3D. Using this website, they faked a total of 2,271 subscriptions and charged 7,490 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,605.05 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 183,148.49** was incurred via the website hardcoresexmoves.com at the expense of 2,271 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service

636

provider's escrow account held for Hold WDB 3D. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,164,307 to 22,166,577.

Attempt (cases 22,166,578 to 22,178,612)

In addition, the accused submitted a further 12,035 fake subscriptions for the website hardcoresexmoves.com in the period from 8 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,071,367.61.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,166,578 to 22,178,612.

### 340.    hardcoresexpartyxxx.com

Completion (cases 22,178,613 to 22,178,941)

The accused operated the website hardcoresexpartyxxx.com via the bogus merchant Sylend Limited. Using this website, they faked a total of 329 subscriptions and charged 579 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.76 up to a maximum of EUR 415.38 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 20,997.58** was incurred via the website hardcoresexpartyxxx.com at the expense of 329 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Sylend Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,178,613 to 22,178,941.

Attempt (cases 22,178,942 to 22,180,787)

637

In addition, the accused submitted a further 1,846 fake subscriptions for the website hardcoresexpartyxxx.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 171,196.12.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,178,942 to 22,180,787.

**341.    hardcoresexualdreams.com**

Completion (cases 22,180,788 to 22,182,791)

The accused operated the website hardcoresexualdreams.com via the bogus merchant Bellin Framework Limited. Using this website, they faked a total of 2,004 subscriptions and charged 6,560 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,525.87 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 149,264.38** was incurred via the website hardcoresexualdreams.com at the expense of 2,004 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Bellin Framework Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,180,788 to 22,182,791.

Attempt (cases 22,182,792 to 22,192,874)

In addition, the accused submitted a further 10,083 fake subscriptions for the website hardcoresexualdreams.com in the period from 21 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 881,834.03.** The

638

EXT-MIZRACHI-01815

individual cases are listed in the table attached to the Arrest Warrant for cases 22,182,792 to 22,192,874.

### 342. hardcoresexualhookups.com

Completion (cases 22,192,875 to 22,195,260)

The accused operated the website hardcoresexualhookups.com via the bogus merchant Newtheme Limited. Using this website, they faked a total of 2,386 subscriptions and charged 9,534 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,664.32 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 194,001.20** was incurred via the website hardcoresexualhookups.com at the expense of 2,386 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Newtheme Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,192,875 to 22,195,260.

Attempt (cases 22,195,261 to 22,206,410)

In addition, the accused submitted a further 11,150 fake subscriptions for the website hardcoresexualhookups.com in the period from 23 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 962,100.39.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,195,261 to 22,206,410.

### 343. hardcorespankings.com

Completion (cases 22,206,411 to 22,210,379)

639

The accused operated the website hardcorespankings.com via the bogus merchant Evnick Limited. Using this website, they faked a total of 3,969 subscriptions and charged 14,199 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,803.77 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 301,690.31** was incurred via the website hardcorespankings.com at the expense of 3,969 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Evnick Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,206,411 to 22,210,379.

Attempt (cases 22,210,380 to 22,227,405)

In addition, the accused submitted a further 17,026 fake subscriptions for the website hardcorespankings.com in the period from 1 January 2016 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,479,102.77.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,210,380 to 22,227,405.

### 344.     hardcoretightpussy.com

Completion (cases 22,227,406 to 22,229,228)

The accused operated the website hardcoretightpussy.com via the bogus merchant Blomst Limited. Using this website, they faked a total of 1,823 subscriptions and charged 4,667 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of

640

at least EUR 0.89 up to a maximum of EUR 2,065.14 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 134,317.14** was incurred via the website hardcoretightpussy.com at the expense of 1,823 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Blomst Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,227,406 to 22,229,228.

Attempt (cases 22,229,229 to 22,239,190)

In addition, the accused submitted a further 9,962 fake subscriptions for the website hardcoretightpussy.com in the period from 21 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 769,300.78.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,229,229 to 22,239,190.

### 345.    hardcoretrashyass.com

Completion (cases 22,239,191 to 22,239,556)

The accused operated the website hardcoretrashyass.com via the bogus merchant Selskapet Limited. Using this website, they faked a total of 366 subscriptions and charged 696 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.85 up to a maximum of EUR 437.39 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 24,630.73** was incurred via the website hardcoretrashyass.com at the expense of 366 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's

641

EXT-MIZRACHI-01818

escrow account held for Selskapet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,239,191 to 22,239,556.

Attempt (cases 22,239,557 to 22,241,942)

In addition, the accused submitted a further 2,386 fake subscriptions for the website hardcoretrashyass.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 205,065.44.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,239,557 to 22,241,942.

### 346. hardcorewetpassion.com

Completion (cases 22,241,943 to 22,243,318)

The accused operated the website hardcorewetpassion.com via the bogus merchant Paraliar Limited. Using this website, they faked a total of 1,376 subscriptions and charged 4,966 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,441.09 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 111,677.75** was incurred via the website hardcorewetpassion.com at the expense of 1,376 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Paraliar Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,241,943 to 22,243,318.

Attempt (cases 22,243,319 to 22,249,663)

In addition, the accused submitted a further 6,345 fake subscriptions for the website hardcorewetpassion.com in the period from 1 June 2016 to 7 July

642

EXT-MIZRACHI-01819

2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 553,950.68.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,243,319 to 22,249,663.

### 347.    hardcorexxxmagazines.com

Completion (cases 22,249,664 to 22,249,921)

The accused operated the website hardcorexxxmagazines.com via the bogus merchant Skilliar Limited. Using this website, they faked a total of 258 subscriptions and charged 445 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.93 up to a maximum of EUR 327.18 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 15,718.03** was incurred via the website hardcorexxxmagazines.com at the expense of 258 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Skilliar Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,249,664 to 22,249,921.

Attempt (cases 22,249,922 to 22,251,379)

In addition, the accused submitted a further 1,458 fake subscriptions for the website hardcorexxxmagazines.com in the period from 1 January 2020 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 142,737.41.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,249,922 to 22,251,379.

643

EXT-MIZRACHI-01820

**348.    hardcorexxxporndivas.com**

Completion (cases 22,251,380 to 22,254,224)

The accused operated the website hardcorexxxporndivas.com via the bogus merchant Matjar Pillar Limited. Using this website, they faked a total of 2,845 subscriptions and charged 11,832 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 2,548.24 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 262,808.25** was incurred via the website hardcorexxxporndivas.com at the expense of 2,845 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Matjar Pillar Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,251,380 to 22,254,224.

Attempt (cases 22,254,225 to 22,270,623)

In addition, the accused submitted a further 16,399 fake subscriptions for the website hardcorexxxporndivas.com in the period from 1 June 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,529,496.19.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,254,225 to 22,270,623.

**349.    hardcorexxxpussyriders.com**

Completion (cases 22,270,624 to 22,274,311)

The accused operated the website hardcorexxxpussyriders.com via the bogus merchant Esvo Enterprises Limited. Using this website, they faked a total of 3,688 subscriptions and charged 17,808 individual monthly transactions to the

644

credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 7,654.23 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 353,933.46** was incurred via the website hardcorexxxpussyriders.com at the expense of 3,688 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Esvo Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,270,624 to 22,274,311.

Attempt (cases 22,274,312 to 22,292,539)

In addition, the accused submitted a further 18,228 fake subscriptions for the website hardcorexxxpussyriders.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,912,165.60.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,274,312 to 22,292,539.

### 350.    hardcorexxxratedtramps.com

Completion (cases 22,292,540 to 22,296,078)

The accused operated the website hardcorexxxratedtramps.com via the bogus merchant Blanksound Limited. Using this website, they faked a total of 3,539 subscriptions and charged 15,881 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 10 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 4,449.39 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 321,418.66** was incurred via the website hardcorexxxratedtramps.com at the expense of 3,539 credit card holders. This amount was debited from the

645

EXT-MIZRACHI-01822

account of the harmed credit card holder and credited to the payment service provider's escrow account held for Blanksound Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,292,540 to 22,296,078.

Attempt (cases 22,296,079 to 22,314,569)

In addition, the accused submitted a further 18,491 fake subscriptions for the website hardcorexxxratedtramps.com in the period from 1 January 2016 to 10 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,883,613.71.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,296,079 to 22,314,569.

### 351.    hardcorexxxsexandmore.com

Completion (cases 22,314,570 to 22,315,167)

The accused operated the website hardcorexxxsexandmore.com via the bogus merchant Jilinex Holdings Ltd. Using this website, they faked a total of 598 subscriptions and charged 2,347 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 6 January 2017 in accordance with their previously agreed plan of action. Losses of at least EUR 1.14 up to a maximum of EUR 395.02 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 34,653.57** was incurred via the website hardcorexxxsexandmore.com at the expense of 598 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Jilinex Holdings Ltd. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,314,570 to 22,315,167.

Attempt (cases 22,315,168 to 22,317,824)

646

In addition, the accused submitted a further 2,657 fake subscriptions for the website hardcorexxxsexandmore.com in the period from 1 June 2016 to 6 January 2017, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 147,363.70.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,315,168 to 22,317,824.

### 352.    hardcorexxxsexplay.com

Completion (cases 22,317,825 to 22,319,291)

The accused operated the website hardcorexxxsexplay.com via the bogus merchant Force Stock Limited. Using this website, they faked a total of 1,467 subscriptions and charged 4,833 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.91 up to a maximum of EUR 2,578.96 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 123,748.26** was incurred via the website hardcorexxxsexplay.com at the expense of 1,467 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Force Stock Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,317,825 to 22,319,291.

Attempt (cases 22,319,292 to 22,325,831)

In addition, the accused submitted a further 6,540 fake subscriptions for the website hardcorexxxsexplay.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 567,077.05.** The

647

EXT-MIZRACHI-01824

individual cases are listed in the table attached to the Arrest Warrant for cases 22,319,292 to 22,325,831.

### 353.    hardcorexxxwetdreams.com

Completion (cases 22,325,832 to 22,326,195)

The accused operated the website hardcorexxxwetdreams.com via the bogus merchant MRKTKODE WDB. Using this website, they faked a total of 364 subscriptions and charged 831 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.97 up to a maximum of EUR 368.58 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 24,575.32** was incurred via the website hardcorexxxwetdreams.com at the expense of 364 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for MRKTKODE WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,325,832 to 22,326,195.

Attempt (cases 22,326,196 to 22,328,309)

In addition, the accused submitted a further 2,114 fake subscriptions for the website hardcorexxxwetdreams.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 191,824.08.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,326,196 to 22,328,309.

### 354.    headgivingmilfs.com

Completion (cases 22,328,310 to 22,328,676)

648

EXT-MIZRACHI-01825

The accused operated the website headgivingmilfs.com via the bogus merchant Sloans Enterprises Limited. Using this website, they faked a total of 367 subscriptions and charged 698 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.92 up to a maximum of EUR 332.64 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 23,930.67** was incurred via the website headgivingmilfs.com at the expense of 367 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Sloans Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,328,310 to 22,328,676.

Attempt (cases 22,328,677 to 22,331,075)

In addition, the accused submitted a further 2,399 fake subscriptions for the website headgivingmilfs.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 206,730.57.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,328,677 to 22,331,075.

### 355. herfirstfantasy.com

Completion (cases 22,331,076 to 22,333,322)

The accused operated the website herfirstfantasy.com via the bogus merchant CENTERFORMSDUE WDB. Using this website, they faked a total of 2,247 subscriptions and charged 6,910 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of

649

EXT-MIZRACHI-01826

at least EUR 0.88 up to a maximum of EUR 2,254.03 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 185,223.90** was incurred via the website herfirstfantasy.com at the expense of 2,247 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for CENTERFORMSDUE WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,331,076 to 22,333,322.

Attempt (cases 22,333,323 to 22,345,643)

In addition, the accused submitted a further 12,321 fake subscriptions for the website herfirstfantasy.com in the period from 8 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,087,418.75.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,333,323 to 22,345,643.

**356.     herhardcorefantasy.com**

Completion (cases 22,345,644 to 22,346,002)

The accused operated the website herhardcorefantasy.com via the bogus merchant VIEWSHELPJOIN WDB. Using this website, they faked a total of 298 subscriptions and charged 735 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.96 up to a maximum of EUR 896.58 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 27,355.48** was incurred via the website herhardcorefantasy.com at the expense of 359 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for VIEWSHELPJOIN WDB. The individual

650

EXT-MIZRACHI-01827

cases are listed in the table attached to the Arrest Warrant for cases 22,345,644 to 22,346,002.

<u>Attempt (cases 22,346,003 to 22,348,473)</u>

In addition, the accused submitted a further 2,471 fake subscriptions for the website herhardcorefantasy.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 241,489.49.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,346,003 to 22,348,473.

### 357.    hornyanals.com

<u>Completion (cases 22,348,474 to 22,352,068)</u>

The accused operated the website hornyanals.com via the bogus merchant Blanksound Limited. Using this website, they faked a total of 3,595 subscriptions and charged 15,684 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 9 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 3,041.57 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 295,579.78** was incurred via the website hornyanals.com at the expense of 3,595 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Blanksound Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,348,474 to 22,352,068.

<u>Attempt (cases 22,352,069 to 22,370,825)</u>

In addition, the accused submitted a further 18,757 fake subscriptions for the website hornyanals.com in the period from 1 January 2016 to 9 July 2020,

651

EXT-MIZRACHI-01828

which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,895,812.43.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,352,069 to 22,370,825.

### 358.    hornyblackass.com

Completion (cases 22,370,826 to 22,371,087)

The accused operated the website hornyblackass.com via the bogus merchant Timtown Limited. Using this website, they faked a total of 262 subscriptions and charged 514 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 5 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.93 up to a maximum of EUR 416.08 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 18,673.68** was incurred via the website hornyblackass.com at the expense of 262 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Timtown Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,370,826 to 22,371,087.

Attempt (cases 22,371,088 to 22,372,837)

In addition, the accused submitted a further 1,750 fake subscriptions for the website hornyblackass.com in the period from 1 January 2020 to 5 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 159,975.59.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,371,088 to 22,372,837.

### 359.    hornyblackstepmoms.com

652

EXT-MIZRACHI-01829

<u>Completion (cases 22,372,838 to 22,373,322)</u>

The accused operated the website hornyblackstepmoms.com via the bogus merchant SORTMYCHARGE WDB. Using this website, they faked a total of 485 subscriptions and charged 1,247 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.98 up to a maximum of EUR 743.28 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 44,733.31** was incurred via the website hornyblackstepmoms.com at the expense of 485 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for SORTMYCHARGE WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,372,838 to 22,373,322.

<u>Attempt (cases 22,373,323 to 22,376,494)</u>

In addition, the accused submitted a further 3,172 fake subscriptions for the website hornyblackstepmoms.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 306,537.16.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,373,323 to 22,376,494.

### 360.　　Hornyebonysluts.com

<u>Completion (cases 22,376,495 to 22,379,431)</u>

The accused operated the website hornyebonysluts.com via the bogus merchant Losninger Services Limited. Using this website, they faked a total of 2,937 subscriptions and charged 12,742 individual monthly transactions to the

653

EXT-MIZRACHI-01830

credit cards of harmed credit card holders in the period from 1 June 2016 to 10 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.05 up to a maximum of EUR 8,869.43 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 271,027.18** was incurred via the website hornyebonysluts.com at the expense of 2,937 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Losninger Services Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,376,495 to 22,379,431.

Attempt (cases 22,379,432 to 22,395,803)

In addition, the accused submitted a further 16,372 fake subscriptions for the website hornyebonysluts.com in the period from 1 June 2016 to 10 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,372,935.78.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,379,432 to 22,395,803.

**361.    hornyfortheblackgirls.com**

Completion (cases 22,395,804 to 22,397,638)

The accused operated the website hornyfortheblackgirls.com via the bogus merchant Aceric Limited. Using this website, they faked a total of 1,835 subscriptions and charged 5,511 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 3,148.12 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 169,392.66** was incurred via the website hornyfortheblackgirls.com at the expense of 1,835 credit card holders. This amount was debited from the

654

account of the harmed credit card holder and credited to the payment service provider's escrow account held for Aceric Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,395,804 to 22,397,638.

Attempt (cases 22,397,639 to 22,407,187)

In addition, the accused submitted a further 9,549 fake subscriptions for the website hornyfortheblackgirls.com in the period from 21 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 852,440.92.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,397,639 to 22,407,187.

## 362.    hornyhardcoresexparty.com

Completion (cases 22,407,188 to 22,409,977)

The accused operated the website hornyhardcoresexparty.com via the bogus merchant Elldal Limited. Using this website, they faked a total of 2,790 subscriptions and charged 8,792 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,129.36 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 197,176.78** was incurred via the website hornyhardcoresexparty.com at the expense of 2,790 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Elldal Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,407,188 to 22,409,977.

Attempt (cases 22,409,978 to 22,423,096)

655

EXT-MIZRACHI-01832

In addition, the accused submitted a further 13,119 fake subscriptions for the website hornyhardcoresexparty.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,111,629.21.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,409,978 to 22,423,096.

### 363.    hornylatinasnextdoor.com

Completion (cases 22,423,097 to 22,424,860)

The accused operated the website hornylatinasnextdoor.com via the bogus merchant Hauster Limited. Using this website, they faked a total of 1,764 subscriptions and charged 4,922 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.92 up to a maximum of EUR 1,960.96 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 136,378.15** was incurred via the website hornylatinasnextdoor.com at the expense of 1,764 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Hauster Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,423,097 to 22,424,860.

Attempt (cases 22,424,861 to 22,433,750)

In addition, the accused submitted a further 8,890 fake subscriptions for the website hornylatinasnextdoor.com in the period from 9 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 695,417.70.** The

656

individual cases are listed in the table attached to the Arrest Warrant for cases 22,424,861 to 22,433,750.

### 364.     hornylatinkingsxxx.com

Completion (cases 22,433,751 to 22,434,022)

The accused operated the website hornylatinkingsxxx.com via the bogus merchant Studow Sky Limited. Using this website, they faked a total of 272 subscriptions and charged 507 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 8 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.80 up to a maximum of EUR 548.73 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 17,341.22** was incurred via the website hornylatinkingsxxx.com at the expense of 272 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Studow Sky Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,433,751 to 22,434,022.

Attempt (cases 22,434,023 to 22,435,946)

In addition, the accused submitted a further 1,924 fake subscriptions for the website hornylatinkingsxxx.com in the period from 1 January 2020 to 8 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 179,592.54.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,434,023 to 22,435,946.

### 365.     hornylatinpornstars.com

Completion (cases 22,435,947 to 22,438,505)

657

EXT-MIZRACHI-01834

The accused operated the website hornylatinpornstars.com via the bogus merchant Corer Limited. Using this website, they faked a total of 2,559 subscriptions and charged 23,570 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.82 up to a maximum of EUR 4,755.20 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 460,560.20** was incurred via the website hornylatinpornstars.com at the expense of 2,559 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Corer Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,435,947 to 22,438,505.

Attempt (cases 22,438,506 to 22,450,694)

In addition, the accused submitted a further 12,189 fake subscriptions for the website hornylatinpornstars.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 2,564,942.84.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,438,506 to 22,450,694.

366.    **hornylatinpornwhores.com**

Completion (cases 22,450,695 to 22,451,055)

The accused operated the website hornylatinpornwhores.com via the bogus merchant Skyism Limited. Using this website, they faked a total of 361 subscriptions and charged 706 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 9.01 up to a maximum of EUR 371.54 were incurred for each

658

fake subscription. In the above-mentioned period, a total loss of **EUR 25,039.64** was incurred via the website hornylatinpornwhores.com at the expense of 361 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Skyism Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,450,695 to 22,451,055.

Attempt (cases 22,451,056 to 22,453,452)

In addition, the accused submitted a further 2,397 fake subscriptions for the website hornylatinpornwhores.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 211,235.30.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,451,056 to 22,453,452.

### 367.    hornylatinqueens.com

Completion (cases 22,453,453 to 22,453,817)

The accused operated the website hornylatinqueens.com via the bogus merchant Ricvaz Blue Limited. Using this website, they faked a total of 365 subscriptions and charged 684 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.86 up to a maximum of EUR 507.43 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 24,413.64** was incurred via the website hornylatinqueens.com at the expense of 365 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Ricvaz Blue Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,453,453 to 22,453,817.

659

EXT-MIZRACHI-01836

Attempt (cases 22,453,818 to 22,456,235)

In addition, the accused submitted a further 2,418 fake subscriptions for the website hornylatinqueens.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 221,549.42.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,453,818 to 22,456,235.

**368.    hornylesbiansplayraw.com**

Completion (cases 22,456,236 to 22,456,799)

The accused operated the website hornylesbiansplayraw.com via the bogus merchant Jilinex Holdings Ltd. Using this website, they faked a total of 564 subscriptions and charged 1,862 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 9 January 2017 in accordance with their previously agreed plan of action. Losses of at least EUR 1.14 up to a maximum of EUR 328.25 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 36,363.81** was incurred via the website hornylesbiansplayraw.com at the expense of 564 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Jilinex Holdings Ltd. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,456,236 to 22,456,799.

Attempt (cases 22,456,800 to 22,459,460)

In addition, the accused submitted a further 2,661 fake subscriptions for the website hornylesbiansplayraw.com in the period from 1 June 2016 to 9 January 2017, which ultimately did not lead to the credit cards being charged

660

EXT-MIZRACHI-01837

and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 159,145.35.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,456,800 to 22,459,460.

### 369.    hornylifnextdoor.com

Completion (cases 22,459,461 to 22,459,869)

The accused operated the website hornylifnextdoor.com via the bogus merchant Vannetklart Limited. Using this website, they faked a total of 409 subscriptions and charged 842 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.91 up to a maximum of EUR 646.92 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 30,059.52** was incurred via the website hornylifnextdoor.com at the expense of 409 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Vannetklart Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,459,461 to 22,459,869.

Attempt (cases 22,459,870 to 22,462,310)

In addition, the accused submitted a further 2,441 fake subscriptions for the website hornylifnextdoor.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 209,733.13.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,459,870 to 22,462,310.

### 370.    hornyxxxamateursluts.com

661

Attempt (cases 22,462,311 to 22,464,114)

In addition, the accused submitted a further 1,804 fake subscriptions for the website hornyxxxamateursluts.com which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 86,787.54.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,462,311 to 22,464,114.

**371.     hotasianhoneys.com**

Completion (cases 22,464,115 to 22,466,142)

The accused operated the website hotasianhoneys.com via the bogus merchant Outity Limited. Using this website, they faked a total of 2,028 subscriptions and charged 3,876 individual monthly transactions to the credit cards of harmed credit card holders in the period from 5 February 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,401.86 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 95,173.05** was incurred via the website hotasianhoneys.com at the expense of 2,028 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Outity Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,464,115 to 22,466,142.

Attempt (cases 22,466,143 to 22,475,583)

In addition, the accused submitted a further 9,441 fake subscriptions for the website hotasianhoneys.com in the period from 5 February 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 681,595.70.** The

662

individual cases are listed in the table attached to the Arrest Warrant for cases 22,466,143 to 22,475,583.

### 372.    hotchocolateladies.com

Completion (cases 22,475,584 to 22,477,566)

The accused operated the website hotchocolateladies.com via the bogus merchant Flidoo Limited. Using this website, they faked a total of 1,983 subscriptions and charged 6,197 individual monthly transactions to the credit cards of harmed credit card holders in the period from 20 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 2,315.34 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 163,703.41** was incurred via the website hotchocolateladies.com at the expense of 1,983 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Flidoo Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,475,584 to 22,477,566.

Attempt (cases 22,477,567 to 22,487,342)

In addition, the accused submitted a further 9,776 fake subscriptions for the website hotchocolateladies.com in the period from 20 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 848,820.27.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,477,567 to 22,487,342.

### 373.    hotchocolateluvas.com

Completion (cases 22,487,343 to 22,487,808)

663

The accused operated the website hotchocolateluvas.com via the bogus merchant Rhyile Limited. Using this website, they faked a total of 466 subscriptions and charged 880 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.93 up to a maximum of EUR 708.63 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 30,568.06** was incurred via the website hotchocolateluvas.com at the expense of 466 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Rhyile Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,487,343 to 22,487,808.

Attempt (cases 22,487,809 to 22,490,283)

In addition, the accused submitted a further 2,475 fake subscriptions for the website hotchocolateluvas.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 225,031.70.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,487,809 to 22,490,283.

### 374.    hoteroticebony.com

Completion (cases 22,490,284 to 22,490,658)

The accused operated the website hoteroticebony.com via the bogus merchant LL Lead Logik Limited. Using this website, they faked a total of 375 subscriptions and charged 2,098 individual monthly transactions to the credit cards of harmed credit card holders in the period from 4 January 2018 to 3 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.57 up to a maximum of EUR 1,192.12 were incurred for each

664

fake subscription. In the above-mentioned period, a total loss of **EUR 49,309.05** was incurred via the website hoteroticebony.com at the expense of 375 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for LL Lead Logik Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,490,284 to 22,490,658.

Attempt (cases 22,490,659 to 22,498,743)

In addition, the accused submitted a further 8,085 fake subscriptions for the website hoteroticebony.com in the period from 4 January 2018 to 3 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 265,059.02.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,490,659 to 22,498,743.

### 375.    hotfacialamateurs.com

Completion (cases 22,498,744 to 22,499,146)

The accused operated the website hotfacialamateurs.com via the bogus merchant Sasquatch Enterprises Limited. Using this website, they faked a total of 403 subscriptions and charged 887 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.96 up to a maximum of EUR 762.57 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 31,507.16** was incurred via the website hotfacialamateurs.com at the expense of 403 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Sasquatch Enterprises Limited. The individual cases

665

EXT-MIZRACHI-01842

are listed in the table attached to the Arrest Warrant for cases 22,498,744 to 22,499,146.

<u>Attempt (cases 22,499,147 to 22,501,628)</u>

In addition, the accused submitted a further 2,482 fake subscriptions for the website hotfacialamateurs.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 221,009.90.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,499,147 to 22,501,628.

## 376.    hotlatinahoneys.com

<u>Completion (cases 22,501,629 to 22,501,960)</u>

The accused operated the website hotlatinahoneys.com via the bogus merchant Sysose Limited. Using this website, they faked a total of 332 subscriptions and charged 825 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 8 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.92 up to a maximum of EUR 8,635.95 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 28,569.98** was incurred via the website hotlatinahoneys.com at the expense of 332 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Sysose Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,501,629 to 22,501,960.

<u>Attempt (cases 22,501,961 to 22,503,786)</u>

In addition, the accused submitted a further 1,826 fake subscriptions for the website hotlatinahoneys.com in the period from 1 January 2020 to 8 July

666

EXT-MIZRACHI-01843

2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 164,741.56.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,501,961 to 22,503,786.

### 377.    hotlesbiansgoraw.com

Completion (cases 22,503,787 to 22,504,197)

The accused operated the website hotlesbiansgoraw.com via the bogus merchant Surous Limited. Using this website, they faked a total of 411 subscriptions and charged 880 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.93 up to a maximum of EUR 740.03 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 27,631.15** was incurred via the website hotlesbiansgoraw.com at the expense of 411 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Surous Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,503,787 to 22,504,197.

Attempt (cases 22,504,198 to 22,506,633)

In addition, the accused submitted a further 2,436 fake subscriptions for the website hotlesbiansgoraw.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 217,346.02.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,504,198 to 22,506,633.

### 378.    hotlesbiansnextdoor.com

667

EXT-MIZRACHI-01844

Completion (cases 22,506,634 to 22,508,001)

The accused operated the website hotlesbiansnextdoor.com via the bogus merchant Factuma Technologies Ltd. Using this website, they faked a total of 1,368 subscriptions and charged 4,572 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 5 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,625.08 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 113,636.70** was incurred via the website hotlesbiansnextdoor.com at the expense of 1,368 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Factuma Technologies Ltd. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,506,634 to 22,508,001.

Attempt (cases 22,508,002 to 22,514,407)

In addition, the accused submitted a further 6,406 fake subscriptions for the website hotlesbiansnextdoor.com in the period from 1 January 2016 to 5 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 539,512.93.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,508,002 to 22,514,407.

### 379.    hottamalelatinas.com

Completion (cases 22,514,408 to 22,514,738)

The accused operated the website hottamalelatinas.com via the bogus merchant Thewal North Limited. Using this website, they faked a total of 331 subscriptions and charged 550 individual monthly transactions to the credit

668

EXT-MIZRACHI-01845

cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.77 up to a maximum of EUR 1,093.74 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 20,414.28** was incurred via the website hottamalelatinas.com at the expense of 331 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Thewal North Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,514,408 to 22,514,738.

Attempt (cases 22,514,739 to 22,516,575)

In addition, the accused submitted a further 1,837 fake subscriptions for the website hottamalelatinas.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 173,823.52.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,514,739 to 22,516,575.

380.     **ibangyouhardcore.com**

Completion (cases 22,516,576 to 22,516,952)

The accused operated the website ibangyouhardcore.com via the bogus merchant Ravinedia Limited. Using this website, they faked a total of 377 subscriptions and charged 798 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.95 up to a maximum of EUR 869.88 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 28,152.24** was incurred via the website ibangyouhardcore.com at the expense of 377 credit card holders. This amount was debited from the account of the

669

harmed credit card holder and credited to the payment service provider's escrow account held for Ravinedia Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,516,576 to 22,516,952.

Attempt (cases 22,516,953 to 22,519,365)

In addition, the accused submitted a further 2,413 fake subscriptions for the website ibangyouhardcore.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 214,747.67.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,516,953 to 22,519,365.

## 381.     ihavelatinxxxwetdreams.com

Completion (cases 22,519,366 to 22,519,765)

The accused operated the website ihavelatinxxxwetdreams.com via the bogus merchant Radgivning Rights Limited. Using this website, they faked a total of 400 subscriptions and charged 684 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.97 up to a maximum of EUR 356.64 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 24,332.82** was incurred via the website ihavelatinxxxwetdreams.com at the expense of 400 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Radgivning Rights Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,519,366 to 22,519,765.

Attempt (cases 22,519,766 to 22,522,206)

670

In addition, the accused submitted a further 2,441 fake subscriptions for the website ihavelatinxxxwetdreams.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 212,224.80.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,519,766 to 22,522,206.

### 382.      iknowthatxxxmilf.com

Completion (cases 22,522,207 to 22,524,436)

The accused operated the website iknowthatxxxmilf.com via the bogus merchant Dalnash Enterprises Limited. Using this website, they faked a total of 2,230 subscriptions and charged 9,307 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 9 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 2,906.55 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 196,582.06** was incurred via the website iknowthatxxxmilf.com at the expense of 2,230 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Dalnash Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,522,207 to 22,524,436.

Attempt (cases 22,524,437 to 22,536,490)

In addition, the accused submitted a further 12,054 fake subscriptions for the website iknowthatxxxmilf.com in the period from 1 January 2016 to 9 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,182,203.28.** The

671

EXT-MIZRACHI-01848

individual cases are listed in the table attached to the Arrest Warrant for cases 22,524,437 to 22,536,490.

### 383.  intimateblacklovers.com

<u>Completion (cases 22,536,491 to 22,537,859)</u>

The accused operated the website intimateblacklovers.com via the bogus merchant SERVSFIND WDB. Using this website, they faked a total of 1,369 subscriptions and charged 4,415 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 March 2018 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.91 up to a maximum of EUR 1,993.71 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 113,907.48** was incurred via the website intimateblacklovers.com at the expense of 1,369 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for SERVSFIND WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,536,491 to 22,537,859.

<u>Attempt (cases 22,537,860 to 22,545,274)</u>

In addition, the accused submitted a further 7,415 fake subscriptions for the website intimateblacklovers.com in the period from 9 March 2018 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 624,607.96.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,537,860 to 22,545,274.

### 384.  invasionofthehornylatinsluts.com

<u>Completion (cases 22,545,275 to 22,545,584)</u>

672

The accused operated the website invasionofthehornylatinsluts.com via the bogus merchant SH Standheat Limited. Using this website, they faked a total of 310 subscriptions and charged 638 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 9 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.80 up to a maximum of EUR 900.11 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 22,046.18** was incurred via the website invasionofthehornylatinsluts.com at the expense of 310 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for SH Standheat Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,545,275 to 22,545,584.

Attempt (cases 22,545,585 to 22,547,406)

In addition, the accused submitted a further 1,822 fake subscriptions for the website invasionofthehornylatinsluts.com in the period from 1 January 2020 to 9 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 164,933.19.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,545,585 to 22,547,406.

### 385.    iwanttofuckyourmom.com

Completion (cases 22,547,407 to 22,547,672)

The accused operated the website iwanttofuckyourmom.com via the bogus merchant REPHELPFUND WDB. Using this website, they faked a total of 266 subscriptions and charged 440 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.27 up to a maximum of EUR 652.92 were incurred for each

673

fake subscription. In the above-mentioned period, a total loss of **EUR 15,166.75** was incurred via the website iwanttofuckyourmom.com at the expense of 266 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for REPHELPFUND WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,547,407 to 22,547,672.

Attempt (cases 22,547,673 to 22,549,508)

In addition, the accused submitted a further 1,836 fake subscriptions for the website iwanttofuckyourmom.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 162,691.78.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,547,673 to 22,549,508.

**386.      kinkylesbianadventures.com**

Completion (cases 22,549,509 to 22,550,899)

The accused operated the website kinkylesbianadventures.com via the bogus merchant Crownland Limited. Using this website, they faked a total of 1,391 subscriptions and charged 5,012 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,669.79 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 128,602.28** was incurred via the website kinkylesbianadventures.com at the expense of 1,391 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Crownland Limited. The individual cases

674

EXT-MIZRACHI-01851

are listed in the table attached to the Arrest Warrant for cases 22,549,509 to 22,550,899.

Attempt (cases 22,550,900 to 22,557,447)

In addition, the accused submitted a further 6,548 fake subscriptions for the website kinkylesbianadventures.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 549,822.91.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,550,900 to 22,557,447.

### 387.    kinkylipsticklesbians.com

Completion (cases 22,557,448 to 22,560,867)

The accused operated the website kinkylipsticklesbians.com via the bogus merchant Highblack Limited. Using this website, they faked a total of 3,420 subscriptions and charged 15,026 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 10 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.90 up to a maximum of EUR 2,288.27 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 273,396.94** was incurred via the website kinkylipsticklesbians.com at the expense of 3,420 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Highblack Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,557,448 to 22,560,867.

Attempt (cases 22,560,868 to 22,577,503)

In addition, the accused submitted a further 16,636 fake subscriptions for the website kinkylipsticklesbians.com in the period from 1 June 2016 to 10 July

675

EXT-MIZRACHI-01852

2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,601,706.22.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,560,868 to 22,577,503.

### 388.    latinablowjobqueens.com

Completion (cases 22,577,504 to 22,578,782)

The accused operated the website latinablowjobqueens.com via the bogus merchant DEPOSITBILLPRO WDB. Using this website, they faked a total of 1,279 subscriptions and charged 4,252 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 2,782.67 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 119,554.53** was incurred via the website latinablowjobqueens.com at the expense of 1,279 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for DEPOSITBILLPRO WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,577,504 to 22,578,782.

Attempt (cases 22,578,783 to 22,586,077)

In addition, the accused submitted a further 7,295 fake subscriptions for the website latinablowjobqueens.com in the period from 8 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 654,385.70.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,578,783 to 22,586,077.

676

EXT-MIZRACHI-01853

**389.    latinafuckwhores.com**

Completion (cases 22,586,078 to 22,586,423)

The accused operated the website latinafuckwhores.com via the bogus merchant Hafjam Limited. Using this website, they faked a total of 346 subscriptions and charged 921 individual monthly transactions to the credit cards of harmed credit card holders in the period from 7 December 2018 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.13 up to a maximum of EUR 5,810.69 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 31,900.12** was incurred via the website latinafuckwhores.com at the expense of 346 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Hafjam Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,586,078 to 22,586,423.

Attempt (cases 22,586,424 to 22,588,792)

In addition, the accused submitted a further 2,369 fake subscriptions for the website latinafuckwhores.com in the period from 7 December 2018 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 229,577.13.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,586,424 to 22,588,792.

**390.    latinagirlsgonewild.com**

Completion (cases 22,588,793 to 22,590,613)

The accused operated the website latinagirlsgonewild.com via the bogus merchant PAYSUPPORTCREW WDB. Using this website, they faked a total of 1,821 subscriptions and charged 5,610 individual monthly transactions to

677

EXT-MIZRACHI-01854

the credit cards of harmed credit card holders in the period from 9 March 2018 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,867.09 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 168,235.54** was incurred via the website latinagirlsgonewild.com at the expense of 1,821 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for PAYSUPPORTCREW WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,588,793 to 22,590,613.

Attempt (cases 22,590,614 to 22,601,158)

In addition, the accused submitted a further 10,545 fake subscriptions for the website latinagirlsgonewild.com in the period from 9 March 2018 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,022,804.10.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,590,614 to 22,601,158.

### 391.   latinahotfuck.com

Completion (cases 22,601,159 to 22,605,152)

The accused operated the website latinahotfuck.com via the bogus merchant Daltom Consultancy Limited. Using this website, they faked a total of 3,994 subscriptions and charged 16,814 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.84 up to a maximum of EUR 4,443.94 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 335,512.70** was incurred via the website latinahotfuck.com at the expense of 3,994 credit card holders. This amount was debited from the account of the

678

harmed credit card holder and credited to the payment service provider's escrow account held for Daltom Consultancy Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,601,159 to 22,605,152.

Attempt (cases 22,605,153 to 22,623,226)

In addition, the accused submitted a further 18,074 fake subscriptions for the website latinahotfuck.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,880,039.11.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,605,153 to 22,623,226.

### 392.    latinariders.com

Completion (cases 22,623,227 to 22,625,070)

The accused operated the website latinariders.com via the bogus merchant Locent Limited. Using this website, they faked a total of 1,844 subscriptions and charged 4,974 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,177.38 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 129,147.77** was incurred via the website latinariders.com at the expense of 1,844 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Locent Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,623,227 to 22,625,070.

Attempt (cases 22,625,071 to 22,634,671)

679

EXT-MIZRACHI-01856

In addition, the accused submitted a further 9,601 fake subscriptions for the website latinariders.com in the period from 21 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 824,808.38.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,625,071 to 22,634,671.

### 393.    latinasblowitgoodinthehood.com

Completion (cases 22,634,672 to 22,635,193)

The accused operated the website latinasblowitgoodinthehood.com via the bogus merchant Davsop Enterprises Limited. Using this website, they faked a total of 522 subscriptions and charged 2,102 individual monthly transactions to the credit cards of harmed credit card holders in the period from 5 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.12 up to a maximum of EUR 2,257.51 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 50,892.37** was incurred via the website latinasblowitgoodinthehood.com at the expense of 522 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Davsop Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,634,672 to 22,635,193.

Attempt (cases 22,635,194 to 22,638,152)

In addition, the accused submitted a further 2,959 fake subscriptions for the website latinasblowitgoodinthehood.com in the period from 5 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 294,071.09.**

680

EXT-MIZRACHI-01857

The individual cases are listed in the table attached to the Arrest Warrant for cases 22,635,194 to 22,638,152.

### 394.    latinaswholovesex.com

Completion (cases 22,638,153 to 22,639,798)

The accused operated the website latinaswholovesex.com via the bogus merchant REPPAYJOINS WDB. Using this website, they faked a total of 1,646 subscriptions and charged 4,577 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,866.02 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 124,834.86** was incurred via the latinaswholovesex.com at the expense of 1,646 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for REPPAYJOINS WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,638,153 to 22,639,798.

Attempt (cases 22,639,799 to 22,648,485)

In addition, the accused submitted a further 8,687 fake subscriptions for the website latinaswholovesex.com in the period from 8 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 667,422.32.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,639,799 to 22,648,485.

### 395.    latinawetdreams.com

Completion (cases 22,648,486 to 22,652,063)

681

EXT-MIZRACHI-01858

The accused operated the website latinawetdreams.com via the bogus merchant Brightlink Services Limited. Using this website, they faked a total of 3,578 subscriptions and charged 16,436 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 2,865.82 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 341,364.16** was incurred via the website latinawetdreams.com at the expense of 3,578 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Brightlink Services Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,648,486 to 22,652,063.

Attempt (cases 22,652,064 to 22,670,375)

In addition, the accused submitted a further 18,312 fake subscriptions for the website latinawetdreams.com in the period from 1 January 2016 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,856,334.18.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,652,064 to 22,670,375.

### 396.    latinaxxxfantasies.com

Completion (cases 22,670,376 to 22,671,909)

The accused operated the website latinaxxxfantasies.com via the bogus merchant TECHKREWDESK WDB. Using this website, they faked a total of 1,534 subscriptions and charged 3,952 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 March 2018 to 7 July 2020 in accordance with their previously agreed plan of action. Losses

682

EXT-MIZRACHI-01859

of at least EUR 0.89 up to a maximum of EUR 1,847.00 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 122,663.57** was incurred via the website latinaxxxfantasies.com at the expense of 1,534 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for TECHKREWDESK WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,670,376 to 22,671,909.

Attempt (cases 22,671,910 to 22,679,701)

In addition, the accused submitted a further 7,792 fake subscriptions for the website latinaxxxfantasies.com in the period from 9 March 2018 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 676,429.59.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,671,910 to 22,679,701.

### 397. latinaxxxfucking.com

Completion (cases 22,679,702 to 22,683,575)

The accused operated the website latinaxxxfucking.com via the bogus merchant Evnick Limited. Using this website, they faked a total of 3,874 subscriptions and charged 15,597 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,960.96 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 312,265.81** was incurred via the website latinaxxxfucking.com at the expense of 3,874 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's

683

EXT-MIZRACHI-01860

escrow account held for Evnick Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,679,702 to 22,683,575.

<u>Attempt (cases 22,683,576 to 22,700,634)</u>

In addition, the accused submitted a further 17,059 fake subscriptions for the website latinaxxxfucking.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,489,299.34.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,683,576 to 22,700,634.

## 398. latinbigclits.com

<u>Completion (cases 22,700,635 to 22,700,944)</u>

The accused operated the website latinbigclits.com via the bogus merchant Sidigled Limited. Using this website, they faked a total of 310 subscriptions and charged 609 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 8 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.80 up to a maximum of EUR 1,816.88 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 20,890.01** was incurred via the website latinbigclits.com at the expense of 310 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Sidigled Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,700,635 to 22,700,944.

<u>Attempt (cases 22,700,945 to 22,702,768)</u>

In addition, the accused submitted a further 1,824 fake subscriptions for the website latinbigclits.com in the period from 1 January 2020 to 8 July 2020,

684

which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 155,103.11.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,700,945 to 22,702,768.

### 399.      latinbootysex.com

Completion (cases 22,702,769 to 22,704,517)

The accused operated the website latinbootysex.com via the bogus merchant Gudrun Limited. Using this website, they faked a total of 1,749 subscriptions and charged 5,266 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,497.46 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 133,531.38** was incurred via the website latinbootysex.com at the expense of 1,749 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Gudrun Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,702,769 to 22,704,517.

Attempt (cases 22,704,518 to 22,713,263)

In addition, the accused submitted a further 8,746 fake subscriptions for the website latinbootysex.com in the period from 9 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 702,829.14.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,704,518 to 22,713,263.

### 400.      latincockdreams.com

685

EXT-MIZRACHI-01862

<u>Completion (cases 22,713,264 to 22,716,231)</u>

The accused operated the website latincockdreams.com via the bogus merchant Kevnol Links Limited. Using this website, they faked a total of 2,968 subscriptions and charged 13,134 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 10 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 1,779.52 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 279,004.27** was incurred via the website latincockdreams.com at the expense of 2,968 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Kevnol Links Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,713,264 to 22,716,231.

<u>Attempt (cases 22,716,232 to 22,732,729)</u>

In addition, the accused submitted a further 16,498 fake subscriptions for the website latincockdreams.com in the period from 1 June 2016 to 10 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,596,242.78.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,716,232 to 22,732,729.

## 401.    latincockfiesta.com

<u>Completion (cases 22,732,730 to 22,733,146)</u>

The accused operated the website latincockfiesta.com via the bogus merchant BILLCHARGEDATA WDB. Using this website, they faked a total of 417 subscriptions and charged 1,008 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7

686

EXT-MIZRACHI-01863

July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.91 up to a maximum of EUR 668.76 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 34,383.59** was incurred via the website latincockfiesta.com at the expense of 417 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for BILLCHARGEDATA WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,732,730 to 22,733,146.

Attempt (cases 22,733,147 to 22,735,916)

In addition, the accused submitted a further 2,770 fake subscriptions for the website latincockfiesta.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 273,393.55.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,733,147 to 22,735,916.

### 402.    latincougarescapades.com

Completion (cases 22,735,917 to 22,738,573)

The accused operated the website latincougarescapades.com via the bogus merchant LF Leaf Fall Limited. Using this website, they faked a total of 2,657 subscriptions and charged 11,722 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 5,238.36 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 240,141.21** was incurred via the website latincougarescapades.com at the expense of 2,657 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's

687

EXT-MIZRACHI-01864

escrow account held for LF Leaf Fall Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,735,917 to 22,738,573.

<u>Attempt (cases 22,738,574 to 22,752,074)</u>

In addition, the accused submitted a further 13,501 fake subscriptions for the website latincougarescapades.com in the period from 1 June 2016 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,310,478.48.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,738,574 to 22,752,074.

### 403.    latincoxfantasy.com

<u>Completion (cases 22,752,075 to 22,752,498)</u>

The accused operated the website latincoxfantasy.com via the bogus merchant Stax Limited. Using this website, they faked a total of 424 subscriptions and charged 768 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.97 up to a maximum of EUR 365.58 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 27,796.17** was incurred via the website latincoxfantasy.com at the expense of 424 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Stax Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,752,075 to 22,752,498.

<u>Attempt (cases 22,752,499 to 22,754,927)</u>

In addition, the accused submitted a further 2,429 fake subscriptions for the website latincoxfantasy.com in the period from 1 January 2020 to 7 July 2020,

688

EXT-MIZRACHI-01865

which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 46,556.98.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,752,499 to 22,754,927.

### 404.    latincreamypussy.com

Completion (cases 22,754,929 to 22,756,735)

The accused operated the website latincreamypussy.com via the bogus merchant Fossned Limited. Using this website, they faked a total of 1,807 subscriptions and charged 5,428 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,187.50 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 132,688.57** was incurred via the website latincreamypussy.com at the expense of 1,807 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fossned Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,754,929 to 22,756,735.

Attempt (cases 22,756,736 to 22,765,894)

In addition, the accused submitted a further 9,159 fake subscriptions for the website latincreamypussy.com in the period from 9 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 756,880.52.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,756,736 to 22,765,894.

689

EXT-MIZRACHI-01866

**405.**    **latindickthrobbing.com**

Completion (cases 22,765,895 to 22,766,297)

The accused operated the website latindickthrobbing.com via the bogus merchant Unor Limited. Using this website, they faked a total of 403 subscriptions and charged 824 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.91 up to a maximum of EUR 378.82 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 24,985.71** was incurred via the website latindickthrobbing.com at the expense of 403 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Unor Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,765,895 to 22,766,297.

Attempt (cases 22,766,298 to 22,768,758)

In addition, the accused submitted a further 2,461 fake subscriptions for the website latindickthrobbing.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 231,582.30.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,766,298 to 22,768,758.

**406.**    **latindildosex.com**

Completion (cases 22,768,759 to 22,770,567)

The accused operated the website latindildosex.com via the bogus merchant NETCUSTCREW WDB. Using this website, they faked a total of 1,809 subscriptions and charged 5,507 individual monthly transactions to the credit

690

cards of harmed credit card holders in the period from 9 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,163.00 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 136,783.19** was incurred via the website latindildosex.com at the expense of 1,809 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for NETCUSTCREW WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,768,759 to 22,770,567.

<u>Attempt (cases 22,770,568 to 22,779,634)</u>

In addition, the accused submitted a further 9,067 fake subscriptions for the website latindildosex.com in the period from 9 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 750,955.76.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,770,568 to 22,779,634.

**407.    latinexclusiverawsex.com**

<u>Completion (cases 22,779,635 to 22,779,827)</u>

The accused operated the website latinexclusiverawsex.com via the bogus merchant SF Jones Limited. Using this website, they faked a total of 193 subscriptions and charged 363 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 9.04 up to a maximum of EUR 637.68 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 12,546.29** was incurred via the website latinexclusiverawsex.com at the expense of 193 credit card holders. This amount was debited from the account

691

of the harmed credit card holder and credited to the payment service provider's escrow account held for SF Jones Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,779,635 to 22,779,827.

Attempt (cases 22,779,828 to 22,781,364)

In addition, the accused submitted a further 1,537 fake subscriptions for the website latinexclusiverawsex.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 114,038.14.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,779,828 to 22,781,364.

## 408. latinfuckfrenzy.com

Completion (cases 22,781,365 to 22,783,111)

The accused operated the website latinfuckfrenzy.com via the bogus merchant CSFUNDSSITE WDB. Using this website, they faked a total of 1,747 subscriptions and charged 6,334 individual monthly transactions to the credit cards of harmed credit card holders in the period from 5 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 2,270.88 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 156,974.35** was incurred via the website latinfuckfrenzy.com at the expense of 1,747 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for CSFUNDSSITE WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,781,365 to 22,783,111.

Attempt (cases 22,783,112 to 22,793,302)

692

EXT-MIZRACHI-01869

In addition, the accused submitted a further 10,191 fake subscriptions for the website latinfuckfrenzy.com in the period from 5 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 956,832.20.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,783,112 to 22,793,302.

**409.      latinfuckfriends.com**

Completion (cases 22,793,303 to 22,796,149)

The accused operated the website latinfuckfriends.com via the bogus merchant Guydem Short Limited. Using this website, they faked a total of 2,847 subscriptions and charged 12,456 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 9 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 3,547.65 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 246,065.80** was incurred via the website latinfuckfriends.com at the expense of 2,847 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Guydem Short Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,793,303 to 22,796,149.

Attempt (cases 22,796,150 to 22,812,552)

In addition, the accused submitted a further 16,403 fake subscriptions for the website latinfuckfriends.com in the period from 1 June 2016 to 9 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,406,503.77.** The individual cases

693

EXT-MIZRACHI-01870

are listed in the table attached to the Arrest Warrant for cases 22,796,150 to 22,812,552.

### 410.    latingirlsnextdoor.com

Completion (cases 22,812,553 to 22,814,602)

The accused operated the website latingirlsnextdoor.com via the bogus merchant Flidoo Limited. Using this website, they faked a total of 2,050 subscriptions and charged 6,300 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 April 2016 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,534.08 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 174,889.95** was incurred via the website latingirlsnextdoor.com at the expense of 2,050 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Flidoo Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,812,553 to 22,814,602.

Attempt (cases 22,814,603 to 22,824,619)

In addition, the accused submitted a further 10,017 fake subscriptions for the website latingirlsnextdoor.com in the period from 22 April 2016 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 865,318.58.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,814,603 to 22,824,619.

### 411.    latingirlssuckcock.com

Completion (cases 22,824,620 to 22,825,005)

694

EXT-MIZRACHI-01871

The accused operated the website latingirlssuckcock.com via the bogus merchant Retrodeo Limited. Using this website, they faked a total of 386 subscriptions and charged 783 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.93 up to a maximum of EUR 535.28 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 27,800.24** was incurred via the website latingirlssuckcock.com at the expense of 386 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Retrodeo Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,824,620 to 22,825,005.

<u>Attempt (cases 22,825,006 to 22,827,483)</u>

In addition, the accused submitted a further 2,478 fake subscriptions for the website latingirlssuckcock.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 218,870.68.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,825,006 to 22,827,483.

### 412.    latinjuicycoochies.com

<u>Completion (cases 22,827,484 to 22,827,848)</u>

The accused operated the website latinjuicycoochies.com via the bogus merchant Ravinedia Limited. Using this website, they faked a total of 365 subscriptions and charged 730 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.96 up to a maximum of EUR 469.88 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR**

695

EXT-MIZRACHI-01872

**26,524.71** was incurred via the website latinjuicycoochies.com at the expense of 365 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Ravinedia Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,827,484 to 22,827,848.

Attempt (cases 22,827,849 to 22,830,352)

In addition, the accused submitted a further 2,504 fake subscriptions for the website latinjuicycoochies.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 221,547.81.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,827,849 to 22,830,352.

## 413.    latinjuicypussy.com

Completion (cases 22,830,353 to 22,830,640)

The accused operated the website latinjuicypussy.com via the bogus merchant Ultrafixa Limited. Using this website, they faked a total of 288 subscriptions and charged 636 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.89 up to a maximum of EUR 719.10 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 23,222.56** was incurred via the website latinjuicypussy.com at the expense of 288 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Ultrafixa Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,830,353 to 22,830,640.

Attempt (cases 22,830,641 to 22,832,455)

696

EXT-MIZRACHI-01873

In addition, the accused submitted a further 1,815 fake subscriptions for the website latinjuicypussy.com in the period from 1 January 2020 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 163,442.23.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,830,641 to 22,832,455.

### 414.    latinlegsandpussy.com

Completion (cases 22,832,456 to 22,832,812)

The accused operated the website latinlegsandpussy.com via the bogus merchant LL Lead Logik Limited. Using this website, they faked a total of 357 subscriptions and charged 1,453 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 January 2018 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 3.12 up to a maximum of EUR 1,378.66 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 49,527.37** was incurred via the website latinlegsandpussy.com at the expense of 357 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for LL Lead Logik Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,832,456 to 22,832,812.

Attempt (cases 22,832,813 to 22,841,247)

In addition, the accused submitted a further 8,435 fake subscriptions for the website latinlegsandpussy.com in the period from 23 January 2018 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 270,325.09.** The

697

EXT-MIZRACHI-01874

individual cases are listed in the table attached to the Arrest Warrant for cases 22,832,813 to 22,841,247.

**415.    latinloversunite.com**

Completion (cases 22,841,248 to 22,843,072)

The accused operated the website latinloversunite.com via the bogus merchant Blomst Limited. Using this website, they faked a total of 1,825 subscriptions and charged 4,865 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.91 up to a maximum of EUR 1,520.84 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 136,770.64** was incurred via the website latinloversunite.com at the expense of 1,825 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Blomst Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,841,248 to 22,843,072.

Attempt (cases 22,843,073 to 22,852,964)

In addition, the accused submitted a further 9,892 fake subscriptions for the website latinloversunite.com in the period from 21 January 2017 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 767,373.85.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,843,073 to 22,852,964.

**416.    latinmommylover.com**

Completion (cases 22,852,965 to 22,856,540)

698

EXT-MIZRACHI-01875

The accused operated the website latinmommylover.com via the bogus merchant Charmat Limited. Using this website, they faked a total of 3,576 subscriptions and charged 17,827 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 3,693.81 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 323,470.97** was incurred via the website latinmommylover.com at the expense of 3,576 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Charmat Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,852,965 to 22,856,540.

Attempt (cases 22,856,541 to 22,874,794)

In addition, the accused submitted a further 18,254 fake subscriptions for the website latinmommylover.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,820,297.66.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,856,541 to 22,874,794.

### 417.    **latinnannyaffaris.com**

Completion (cases 22,874,795 to 22,878,135)

The accused operated the website latinnannyaffaris.com via the bogus merchant Davbec Designs Limited. Using this website, they faked a total of 3,341 subscriptions and charged 13,190 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 2,578.96 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR**

699

EXT-MIZRACHI-01876

**292,666.93** was incurred via the website latinnannyaffaris.com at the expense of 3,341 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Davbec Designs Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,874,795 to 22,878,135.

Attempt (cases 22,878,136 to 22,894,702)

In addition, the accused submitted a further 16,567 fake subscriptions for the website latinnannyaffaris.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,355,280.25.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,878,136 to 22,894,702.

**418.     latinnympho.com**

Completion (cases 22,894,703 to 22,896,072)

The accused operated the website latinnympho.com via the bogus merchant Blissco Limited. Using this website, they faked a total of 1,370 subscriptions and charged 5,396 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 August 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 2,304.74 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 118,200.51** was incurred via the website latinnympho.com at the expense of 1,370 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Blissco Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,894,703 to 22,896,072.

700

EXT-MIZRACHI-01877

<u>Attempt (cases 22,896,073 to 22,903,283)</u>

In addition, the accused submitted a further 7,211 fake subscriptions for the website latinnympho.com in the period from 8 August 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 697,078.80.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,896,073 to 22,903,283.

### 419.     latinpantydroppers.com

<u>Completion (cases 22,903,284 to 22,906,221)</u>

The accused operated the website latinpantydroppers.com via the bogus merchant Losninger Services Limited. Using this website, they faked a total of 2,938 subscriptions and charged 12,984 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 8 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 6,303.24 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 251,345.58** was incurred via the website latinpantydroppers.com at the expense of 2,938 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Losninger Services Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,903,284 to 22,906,221.

<u>Attempt (cases 22,906,222 to 22,922,893)</u>

In addition, the accused submitted a further 16,672 fake subscriptions for the website latinpantydroppers.com in the period from 1 June 2016 to 8 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted

701

EXT-MIZRACHI-01878

to unlawfully obtain a total amount of **EUR 1,402,307.61.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,906,222 to 22,922,893.

### 420.    latinpornexplosion.com

Completion (cases 22,922,894 to 22,923,220)

The accused operated the website latinpornexplosion.com via the bogus merchant Staende Alus Limited. Using this website, they faked a total of 327 subscriptions and charged 635 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.95 up to a maximum of EUR 814.13 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 22,523.10** was incurred via the website latinpornexplosion.com at the expense of 327 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Staende Alus Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,922,894 to 22,923,220.

Attempt (cases 22,923,221 to 22,925,063)

In addition, the accused submitted a further 1,843 fake subscriptions for the website latinpornexplosion.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 170,629.71.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,923,221 to 22,925,063.

### 421.    latinprincessplow.com

702

Completion (cases 22,925,064 to 22,925,570)

The accused operated the website latinprincessplow.com via the bogus merchant DUESFILEVIEW WDB. Using this website, they faked a total of 507 subscriptions and charged 1,125 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.91 up to a maximum of EUR 790.92 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 40,513.36** was incurred via the website latinprincessplow.com at the expense of 507 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for DUESFILEVIEW WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,925,064 to 22,925,570.

Attempt (cases 22,925,571 to 22,928,784)

In addition, the accused submitted a further 3,214 fake subscriptions for the website latinprincessplow.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 321,567.88.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,925,571 to 22,928,784.

## 422.    latinpussyexposed.com

Completion (cases 22,928,785 to 22,929,017)

The accused operated the website latinpussyexposed.com via the bogus merchant Svartpapir Holding Limited. Using this website, they faked a total of 233 subscriptions and charged 488 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to

703

EXT-MIZRACHI-01880

7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 17.85 up to a maximum of EUR 316.24 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 16,215.91** was incurred via the website latinpussyexposed.com at the expense of 233 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Svartpapir Holding Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,928,785 to 22,929,017.

Attempt (cases 22,929,018 to 22,930,521)

In addition, the accused submitted a further 1,504 fake subscriptions for the website latinpussyexposed.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 131,198.81.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,929,018 to 22,930,521.

### 423.    latinpussyfantasy.com

Completion (cases 22,930,522 to 22,932,508)

The accused operated the website latinpussyfantasy.com via the bogus merchant Bellin Framework Limited. Using this website, they faked a total of 1,987 subscriptions and charged 5,686 individual monthly transactions to the credit cards of harmed credit card holders in the period from 20 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,953.53 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 154,238.26** was incurred via the website latinpussyfantasy.com at the expense of 1,987 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's

704

EXT-MIZRACHI-01881

escrow account held for Bellin Framework Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,930,522 to 22,932,508.

Attempt (cases 22,932,509 to 22,942,701)

In addition, the accused submitted a further 10,193 fake subscriptions for the website latinpussyfantasy.com in the period from 20 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 865,267.42.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,932,509 to 22,942,701.

### 424.     latinpussyfever.com

Completion (cases 22,942,702 to 22,944,753)

The accused operated the website latinpussyfever.com via the bogus merchant Outity Limited. Using this website, they faked a total of 2,052 subscriptions and charged 3,374 individual monthly transactions to the credit cards of harmed credit card holders in the period from 5 February 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,025.26 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 94,135.39** was incurred via the website latinpussyfever.com at the expense of 2,052 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Outity Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,942,702 to 22,944,753.

Attempt (cases 22,944,754 to 22,954,326)

705

EXT-MIZRACHI-01882

In addition, the accused submitted a further 9,573 fake subscriptions for the website latinpussyfever.com in the period from 5 February 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 690,690.28.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,944,754 to 22,954,326.

### 425.    latinpussymunchers.com

Completion (cases 22,954,327 to 22,954,689)

The accused operated the website latinpussymunchers.com via the bogus merchant PRICEBIL WDB. Using this website, they faked a total of 363 subscriptions and charged 764 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.78 up to a maximum of EUR 489.62 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 26,082.72** was incurred via the website latinpussymunchers.com at the expense of 363 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for PRICEBIL WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,954,327 to 22,954,689.

Attempt (cases 22,954,690 to 22,956,807)

In addition, the accused submitted a further 2,118 fake subscriptions for the website latinpussymunchers.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 191,909.28.** The

706

individual cases are listed in the table attached to the Arrest Warrant for cases 22,954,690 to 22,956,807.

### 426.    latinpussysquirters.com

Completion (cases 22,956,808 to 22,959,774)

The accused operated the website latinpussysquirters.com via the bogus merchant Fieldspring Designs Limited. Using this website, they faked a total of 2,967 subscriptions and charged 11,921 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,924.84 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 236,039.13** was incurred via the website latinpussysquirters.com at the expense of 2,967 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fieldspring Designs Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,956,808 to 22,959,774.

Attempt (cases 22,959,775 to 22,973,788)

In addition, the accused submitted a further 14,014 fake subscriptions for the website latinpussysquirters.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,261,119.35.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,959,775 to 22,973,788.

### 427.    latinsbustnuts.com

Completion (cases 22,973,789 to 22,977,210)

707

The accused operated the website latinsbustnuts.com via the bogus merchant Frontose Limited. Using this website, they faked a total of 3,422 subscriptions and charged 13,754 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.91 up to a maximum of EUR 4,673.19 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 296,841.59** was incurred via the website latinsbustnuts.com at the expense of 3,422 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Frontose Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,973,789 to 22,977,210.

Attempt (cases 22,977,211 to 22,992,318)

In addition, the accused submitted a further 15,108 fake subscriptions for the website latinsbustnuts.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,644,647.16.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,977,211 to 22,992,318.

### 428.    latinsexaffair.com

Completion (cases 22,992,319 to 22,993,174)

The accused operated the website latinsexaffair.com via the bogus merchant Forter Limited. Using this website, they faked a total of 856 subscriptions and charged 2,081 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2018 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.90 up to a maximum of EUR 2,177.19 were incurred for each fake

708

EXT-MIZRACHI-01885

subscription. In the above-mentioned period, a total loss of **EUR 66,936.67** was incurred via the website latinsexaffair.com at the expense of 856 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Forter Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,992,319 to 22,993,174.

Attempt (cases 22,993,175 to 22,998,863)

In addition, the accused submitted a further 5,689 fake subscriptions for the website latinsexaffair.com in the period from 9 December 2018 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 498,553.11.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,993,175 to 22,998,863.

**429.      latinsexboys.com**

Completion (cases 22,998,864 to 22,999,290)

The accused operated the website latinsexboys.com via the bogus merchant Pixojo Limited. Using this website, they faked a total of 427 subscriptions and charged 819 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.93 up to a maximum of EUR 784.20 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 29,275.10** was incurred via the website latinsexboys.com at the expense of 427 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Pixojo Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 22,998,864 to 22,999,290.

709

EXT-MIZRACHI-01886

<u>Attempt (cases 22,999,291 to 23,001,714)</u>

In addition, the accused submitted a further 2,424 fake subscriptions for the website latinsexboys.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 213,921.28.** The individual cases are listed in the table attached to the Arrest Warrant for cases 22,999,291 to 23,001,714.

**430.    latinsexcheaters.com**

<u>Completion (cases 23,001,715 to 23,003,561)</u>

The accused operated the website latinsexcheaters.com via the bogus merchant VI Volume Imagery Limited. Using this website, they faked a total of 1,847 subscriptions and charged 6,922 individual monthly transactions to the credit cards of harmed credit card holders in the period from 5 April 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 2,499.65 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 156,789.75** was incurred via the website latinsexcheaters.com at the expense of 1,847 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for VI Volume Imagery Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,001,715 to 23,003,561.

<u>Attempt (cases 23,003,562 to 23,013,735)</u>

In addition, the accused submitted a further 10,174 fake subscriptions for the website latinsexcheaters.com in the period from 5 April 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted

710

EXT-MIZRACHI-01887

to unlawfully obtain a total amount of **EUR 913,733.02.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,003,562 to 23,013,735.

### 431.    latinsexcraze.com

Completion (cases 23,013,736 to 23,015,027)

The accused operated the website latinsexcraze.com via the bogus merchant Adalwulf Limited. Using this website, they faked a total of 1,292 subscriptions and charged 3,611 individual monthly transactions to the credit cards of harmed credit card holders in the period from 7 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.83 up to a maximum of EUR 2,377.20 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 104,004.00** was incurred via the website latinsexcraze.com at the expense of 1,292 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Adalwulf Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,013,736 to 23,015,027.

Attempt (cases 23,015,028 to 23,022,312)

In addition, the accused submitted a further 7,285 fake subscriptions for the website latinsexcraze.com in the period from 7 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 639,597.39.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,015,028 to 23,022,312.

### 432.    latinsexdreamers.com

Completion (cases 23,022,313 to 23,024,061)

711

EXT-MIZRACHI-01888

The accused operated the website latinsexdreamers.com via the bogus merchant Isonyx Limited. Using this website, they faked a total of 1,749 subscriptions and charged 4,605 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 2,297.17 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 123,643.04** was incurred via the website latinsexdreamers.com at the expense of 1,749 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Isonyx Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,022,313 to 23,024,061.

Attempt (cases 23,024,062 to 23,033,786)

In addition, the accused submitted a further 9,725 fake subscriptions for the website latinsexdreamers.com in the period from 21 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 766,692.27.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,024,062 to 23,033,786.

**433.    latinsexfantasies.com**

Completion (cases 23,033,787 to 23,035,633)

The accused operated the website latinsexfantasies.com via the bogus merchant Avandu Limited. Using this website, they faked a total of 1,847 subscriptions and charged 5,457 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,426.56 were incurred for each

712

fake subscription. In the above-mentioned period, a total loss of **EUR 147,463.31** was incurred via the website latinsexfantasies.com at the expense of 1,847 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Avandu Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,033,787 to 23,035,633.

Attempt (cases 23,035,634 to 23,045,295)

In addition, the accused submitted a further 9,662 fake subscriptions for the website latinsexfantasies.com in the period from 21 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 827,792.98.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,035,634 to 23,045,295.

### 434.    latinsexmambo.com

Completion (cases 23,045,296 to 23,047,383)

The accused operated the website latinsexmambo.com via the bogus merchant PROSDEBTS WDB. Using this website, they faked a total of 2,088 subscriptions and charged 7,449 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 2,296.36 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 195,166.76** was incurred via the website latinsexmambo.com at the expense of 2,088 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for PROSDEBTS WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,045,296 to 23,047,383.

713

Attempt (cases 23,047,384 to 23,059,355)

In addition, the accused submitted a further 11,972 fake subscriptions for the website latinsexmambo.com in the period from 9 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 993,663.01.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,047,384 to 23,059,355.

**435.    latinsexualaffairs.com**

Completion (cases 23,059,356 to 23,063,193)

The accused operated the website latinsexualaffairs.com via the bogus merchant Winsomea Limited. Using this website, they faked a total of 3,838 subscriptions and charged 14,515 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.90 up to a maximum of EUR 2,781.00 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 312,274.80** was incurred via the website latinsexualaffairs.com at the expense of 3,838 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Winsomea Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,059,356 to 23,063,193.

Attempt (cases 23,063,194 to 23,082,729)

In addition, the accused submitted a further 19,536 fake subscriptions for the website latinsexualaffairs.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,492,767.10.** The

714

individual cases are listed in the table attached to the Arrest Warrant for cases 23,063,194 to 23,082,729.

### 436.    latinsexxxparties.com

Completion (cases 23,082,730 to 23,084,477)

The accused operated the website latinsexxxparties.com via the bogus merchant Hjelpe Holding Limited. Using this website, they faked a total of 1,748 subscriptions and charged 5,703 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 December 2017 to 10 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,973.66 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 135,165.77** was incurred via the website latinsexxxparties.com at the expense of 1,748 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Hjelpe Holding Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,082,730 to 23,084,477.

Attempt (cases 23,084,478 to 23,093,573)

In addition, the accused submitted a further 9,096 fake subscriptions for the website latinsexxxparties.com in the period from 8 December 2017 to 10 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 715,477.11.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,084,478 to 23,093,573.

### 437.    latinsfuckbest.com

Completion (cases 23,093,574 to 23,096,897)

715

EXT-MIZRACHI-01892

The accused operated the website latinsfuckbest.com via the bogus merchant Chekou Parks Limited. Using this website, they faked a total of 19,174 subscriptions and charged 3,324 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.94 up to a maximum of EUR 4,762.91 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 333,323.27** was incurred via the website latinsfuckbest.com at the expense of 3,324 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Chekou Parks Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,093,574 to 23,096,897.

Attempt (cases 23,096,898 to 23,112,747)

In addition, the accused submitted a further 15,850 fake subscriptions for the website latinsfuckbest.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,754,223.67.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,096,898 to 23,112,747.

## 438.    latinsfuckbestxxx.com

Completion (cases 23,112,748 to 23,114,104)

The accused operated the website latinsfuckbestxxx.com via the bogus merchant FEEUPSET WDB. Using this website, they faked a total of 1,357 subscriptions and charged 3,618 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 March 2018 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at

716

EXT-MIZRACHI-01893

least EUR 0.89 up to a maximum of EUR 2,324.34 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 118,467.91** was incurred via the website latinsfuckbestxxx.com at the expense of 1,357 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for FEEUPSET WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,112,748 to 23,114,104.

Attempt (cases 23,114,105 to 23,121,399)

In addition, the accused submitted a further 7,295 fake subscriptions for the website latinsfuckbestxxx.com in the period from 9 March 2018 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 628,394.99.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,114,105 to 23,121,399.

**439.    latinsfuckbetter.com**

Completion (cases 23,121,400 to 23,121,682)

The accused operated the website latinsfuckbetter.com via the bogus merchant Symend Limited. Using this website, they faked a total of 283 subscriptions and charged 659 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 9 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.76 up to a maximum of EUR 370.98 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 22,572.28** was incurred via the website latinsfuckbetter.com at the expense of 283 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Symend Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,121,400 to 23,121,682.

717

EXT-MIZRACHI-01894

Attempt (cases 23,121,683 to 23,123,258)

In addition, the accused submitted a further 1,576 fake subscriptions for the website latinsfuckbetter.com in the period from 1 January 2020 to 9 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 155,248.54.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,121,683 to 23,123,258.

**440.      latinslovesex.com**

Completion (cases 23,123,259 to 23,126,689)

The accused operated the website latinslovesex.com via the bogus merchant Eiketreet Holding Limited. Using this website, they faked a total of 3,431 subscriptions and charged 16,754 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.93 up to a maximum of EUR 3,793.99 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 321,628.76** was incurred via the website latinslovesex.com at the expense of 3,431 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Eiketreet Holding Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,123,259 to 23,126,689.

Attempt (cases 23,126,690 to 23,144,694)

In addition, the accused submitted a further 18,005 fake subscriptions for the website latinslovesex.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount

718

EXT-MIZRACHI-01895

submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,814,520.94.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,126,690 to 23,144,694.

### 441.    latinslutlickmeallover.com

Completion (cases 23,144,695 to 23,146,426)

The accused operated the website latinslutlickmeallover.com via the bogus merchant Griffin Frame Limited. Using this website, they faked a total of 1,732 subscriptions and charged 5,209 individual monthly transactions to the credit cards of harmed credit card holders in the period from 20 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,717.58 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 138,849.17** was incurred via the website latinslutlickmeallover.com at the expense of 1,732 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Griffin Frame Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,144,695 to 23,146,426.

Attempt (cases 23,146,427 to 23,156,363)

In addition, the accused submitted a further 9,937 fake subscriptions for the website latinslutlickmeallover.com in the period from 20 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 796,136.44.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,146,427 to 23,156,363.

### 442.    latinslutsexposed.com

719

<u>Completion (cases 23,156,364 to 23,156,768)</u>

The accused operated the website latinslutsexposed.com via the bogus merchant Hoppma Limited. Using this website, they faked a total of 405 subscriptions and charged 735 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 December 2018 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.78 up to a maximum of EUR 931.27 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 26,565.00** was incurred via the website latinslutsexposed.com at the expense of 405 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Hoppma Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,156,364 to 23,156,768.

<u>Attempt (cases 23,156,769 to 23,159,202)</u>

In addition, the accused submitted a further 2,434 fake subscriptions for the website latinslutsexposed.com in the period from 18 December 2018 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 250,107.98.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,156,769 to 23,159,202.

### 443.      **latinspinsex.com**

<u>Completion (cases 23,159,203 to 23,161,037)</u>

The accused operated the website latinspinsex.com via the bogus merchant Meendo Limited. Using this website, they faked a total of 1,835 subscriptions and charged 5,247 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 7 July 2020

720

in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,404.98 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 126,152.18** was incurred via the website latinspinsex.com at the expense of 1,835 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Meendo Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,159,203 to 23,161,037.

Attempt (cases 23,161,038 to 23,170,631)

In addition, the accused submitted a further 9,594 fake subscriptions for the website latinspinsex.com in the period from 21 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 792,599.09.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,161,038 to 23,170,631.

**444.    latinwetsex.com**

Completion (cases 23,170,632 to 23,171,003)

The accused operated the website latinwetsex.com via the bogus merchant Protofy Limited. Using this website, they faked a total of 372 subscriptions and charged 791 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 9 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.93 up to a maximum of EUR 729.34 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 29,197.92** was incurred via the website latinwetsex.com at the expense of 372 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for

721

Protofy Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,170,632 to 23,171,003.

Attempt (cases 23,171,004 to 23,173,454)

In addition, the accused submitted a further 2,451 fake subscriptions for the website latinwetsex.com in the period from 1 January 2020 to 9 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 219,663.77.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,171,004 to 23,173,454.

### 445.    latinwomenlovecock.com

Completion (cases 23,173,455 to 23,175,247)

The accused operated the website latinwomenlovecock.com via the bogus merchant JL Info WDB. Using this website, they faked a total of 1,793 subscriptions and charged 5,569 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,198.48 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 137,516.25** was incurred via the website latinwomenlovecock.com at the expense of 1,793 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for JL Info WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,173,455 to 23,175,247.

Attempt (cases 23,175,248 to 23,183,966)

722

In addition, the accused submitted a further 8,719 fake subscriptions for the website latinwomenlovecock.com in the period from 8 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 726,376.55.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,175,248 to 23,183,966.

### 446.    latinxxxsexdreams.com

Completion (cases 23,183,967 to 23,186,306)

The accused operated the website latinxxxsexdreams.com via the bogus merchant Aurescent Limited. Using this website, they faked a total of 2,340 subscriptions and charged 7,123 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,841.43 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 155,500.11** was incurred via the website latinxxxsexdreams.com at the expense of 2,340 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Aurescent Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,183,967 to 23,186,306.

Attempt (cases 23,186,307 to 23,199,645)

In addition, the accused submitted a further 13,339 fake subscriptions for the website latinxxxsexdreams.com in the period from 21 January 2017 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,009,323.22.** The

723

EXT-MIZRACHI-01900

individual cases are listed in the table attached to the Arrest Warrant for cases 23,186,307 to 23,199,645.

**447.     lesbianmilflovers.com**

Completion (cases 23,199,646 to 23,201,353)

The accused operated the website lesbianmilflovers.com via the bogus merchant GRPCARTFEE WDB. Using this website, they faked a total of 1,708 subscriptions and charged 6,229 individual monthly transactions to the credit cards of harmed credit card holders in the period from 5 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.87 up to a maximum of EUR 2,499.45 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 175,167.51** was incurred via the website lesbianmilflovers.com at the expense of 1,708 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for GRPCARTFEE WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,199,646 to 23,201,353.

Attempt (cases 23,201,354 to 23,211,071)

In addition, the accused submitted a further 9,718 fake subscriptions for the website lesbianmilflovers.com in the period from 5 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 983,971.08.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,201,354 to 23,211,071.

**448.     lesbianpartyoftwo.com**

Completion (cases 23,211,072 to 23,213,351)

724

The accused operated the website lesbianpartyoftwo.com via the bogus merchant Dalnash Enterprises Limited. Using this website, they faked a total of 2,280 subscriptions and charged 11,449 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.05 up to a maximum of EUR 3,318.95 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 219,809.84** was incurred via the website lesbianpartyoftwo.com at the expense of 2,280 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Dalnash Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,211,072 to 23,213,351.

Attempt (cases 23,213,352 to 23,225,479)

In addition, the accused submitted a further 12,128 fake subscriptions for the website lesbianpartyoftwo.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,215,426.79.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,213,352 to 23,225,479.

### 449.    lesbiansandsextoys.com

Completion (cases 23,225,480 to 23,227,430)

The accused operated the website lesbiansandsextoys.com via the bogus merchant Canoid Limited. Using this website, they faked a total of 1,951 subscriptions and charged 8,803 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of

725

at least EUR 1.04 up to a maximum of EUR 3,169.91 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 188,645.27** was incurred via the website lesbiansandsextoys.com at the expense of 1,951 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Canoid Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,225,480 to 23,227,430.

Attempt (cases 23,227,431 to 23,236,923)

In addition, the accused submitted a further 9,493 fake subscriptions for the website lesbiansandsextoys.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 973,829.27.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,227,431 to 23,236,923.

### 450.    lesbiansuckfest.com

Completion (cases 23,236,924 to 23,237,371)

The accused operated the website lesbiansuckfest.com via the bogus merchant USERFEEASSIST WDB. Using this website, they faked a total of 448 subscriptions and charged 1,027 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.93 up to a maximum of EUR 647.28 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 36,627.01** was incurred via the website lesbiansuckfest.com at the expense of 448 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for USERFEEASSIST WDB. The individual cases are

726

EXT-MIZRACHI-01903

listed in the table attached to the Arrest Warrant for cases 23,236,924 to 23,237,371.

<u>Attempt (cases 23,237,372 to 23,240,191)</u>

In addition, the accused submitted a further 2,820 fake subscriptions for the website lesbiansuckfest.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 275,063.98.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,237,372 to 23,240,191.

## 451.    letsbangmilfs.com

<u>Completion (cases 23,240,192 to 23,242,624)</u>

The accused operated the website letsbangmilfs.com via the bogus merchant Fjellet Limited. Using this website, they faked a total of 2,433 subscriptions and charged 7,882 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,527.17 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 174,100.65** was incurred via the website letsbangmilfs.com at the expense of 2,433 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fjellet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,240,192 to 23,242,624.

## 452.    lickalatina.com

<u>Completion (cases 23,242,625 to 23,244,939)</u>

727

EXT-MIZRACHI-01904

The accused operated the website lickalatina.com via the bogus merchant Eik Services Limited. Using this website, they faked a total of 2,315 subscriptions and charged 7,661 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,562.72 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 184,560.41** was incurred via the website lickalatina.com at the expense of 2,315 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Eik Services Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,242,625 to 23,244,939.

Attempt (cases 23,244,940 to 23,256,454)

In addition, the accused submitted a further 11,515 fake subscriptions for the website lickalatina.com in the period from 22 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 950,009.19.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,244,940 to 23,256,454.

453.    **lickmyblacktits.com**

Completion (cases 23,256,455 to 23,256,789)

The accused operated the website lickmyblacktits.com via the bogus merchant Triglade Limited. Using this website, they faked a total of 335 subscriptions and charged 607 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.42 up to a maximum of EUR 817.07 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 22,459.18**

728

was incurred via the website lickmyblacktits.com at the expense of 335 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Triglade Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,256,455 to 23,256,789.

Attempt (cases 23,256,790 to 23,258,655)

In addition, the accused submitted a further 1,866 fake subscriptions for the website lickmyblacktits.com in the period from 1 January 2020 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 170,606.37.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,256,790 to 23,258,655.

### 454.    lickmylatina.com

Completion (cases 23,258,656 to 23,261,425)

The accused operated the website lickmylatina.com via the bogus merchant Elldal Limited. Using this website, they faked a total of 2,770 subscriptions and charged 8,649 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,957.50 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 194,053.46** was incurred via the website lickmylatina.com at the expense of 2,770 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Elldal Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,258,656 to 23,261,425.

### 455.    lickmylatintits.com

729

EXT-MIZRACHI-01906

<u>Completion (cases 23,261,426 to 23,263,083)</u>

The accused operated the website lickmylatintits.com via the bogus merchant Marnor Enterprises Limited. Using this website, they faked a total of 1,658 subscriptions and charged 4,736 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,723.76 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 128,253.10** was incurred via the website lickmylatintits.com at the expense of 1,658 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Marnor Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,261,426 to 23,263,083.

**456.     lightskinnedskanks.com**

<u>Completion (cases 23,263,084 to 23,263,588)</u>

The accused operated the website lightskinnedskanks.com via the bogus merchant FILETASKS WDB. Using this website, they faked a total of 505 subscriptions and charged 1,136 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.93 up to a maximum of EUR 711.34 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 41,173.08** was incurred via the website lightskinnedskanks.com at the expense of 505 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for FILETASKS WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,263,084 to 23,263,588.

730

EXT-MIZRACHI-01907

<u>Attempt (cases 23,263,589 to 23,266,808)</u>

In addition, the accused submitted a further 3,220 fake subscriptions for the website lightskinnedskanks.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 318,181.17.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,263,589 to 23,266,808.

## 457.    livexxxblacksluts.com

<u>Completion (cases 23,266,809 to 23,268,268)</u>

The accused operated the website livexxxblacksluts.com via the bogus merchant Force Stock Limited. Using this website, they faked a total of 7,792 subscriptions and charged 1,460 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,661.91 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 120,905.87** was incurred via the website livexxxblacksluts.com at the expense of 1,460 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Force Stock Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,266,809 to 23,268,268.

<u>Attempt (cases 23,268,269 to 23,274,600)</u>

In addition, the accused submitted a further 6,332 fake subscriptions for the website livexxxblacksluts.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects

731

attempted to unlawfully obtain a total amount of **EUR 578,015.56.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,268,269 to 23,274,600.

### 458.      loveasianaffair.com

Completion (cases 23,274,601 to 23,277,314)

The accused operated the website loveasianaffair.com via the bogus merchant Dalecliff Limited. Using this website, they faked a total of 2,714 subscriptions and charged 10,227 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,418.18 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 221,967.39** was incurred via the website loveasianaffair.com at the expense of 2,714 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Dalecliff Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,274,601 to 23,277,314.

### 459.      loveforasianwomen.com

Completion (cases 23,277,315 to 23,279,188)

The accused operated the website loveforasianwomen.com via the bogus merchant Aceric Limited. Using this website, they faked a total of 1,874 subscriptions and charged 5,650 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,752.47 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 160,957.17** was incurred via the website loveforasianwomen.com at the expense of 1,874 credit card holders. This amount was debited from the

732

account of the harmed credit card holder and credited to the payment service provider's escrow account held for Aceric Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,277,315 to 23,279,188.

### 460.     lovelylatinpussy.com

Completion (cases 23,279,189 to 23,282,659)

The accused operated the website lovelylatinpussy.com via the bogus merchant Dashlane Limited. Using this website, they faked a total of 3,471 subscriptions and charged 13,641 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,135.40 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 280,917.31** was incurred via the website lovelylatinpussy.com at the expense of 3,471 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Dashlane Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,279,189 to 23,282,659.

### 461.     lovelylatinpussyxxx.com

Completion (cases 23,282,660 to 23,284,299)

The accused operated the website lovelylatinpussyxxx.com via the bogus merchant Lydennade Limited. Using this website, they faked a total of 1,640 subscriptions and charged 4,034 individual monthly transactions to the credit cards of harmed credit card holders in the period from 20 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,296.20 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 116,917.77** was incurred via the website lovelylatinpussyxxx.com at the

733

EXT-MIZRACHI-01910

expense of 1,640 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Lydennade Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,282,660 to 23,284,299.

Attempt (cases 23,284,300 to 23,293,840)

In addition, the accused submitted a further 9,541 fake subscriptions for the website lovelylatinpussyxxx.com in the period from 20 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 755,074.42.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,284,300 to 23,293,840.

### 462.    lovelylatintits.com

Completion (cases 23,293,841 to 23,294,198)

The accused operated the website lovelylatintits.com via the bogus merchant Pronixe Limited. Using this website, they faked a total of 358 subscriptions and charged 714 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.86 up to a maximum of EUR 425.68 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 24,781.37** was incurred via the website lovelylatintits.com at the expense of 358 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Pronixe Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,293,841 to 23,294,198.

### 463.    lovelylickingblacksluts.com

734

EXT-MIZRACHI-01911

<u>Completion (cases 23,294,199 to 23,297,677)</u>

The accused operated the website lovelylickingblacksluts.com via the bogus merchant Eiketreet Holding Limited. Using this website, they faked a total of 3,479 subscriptions and charged 15,642 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.93 up to a maximum of EUR 4,337.71 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 314,822.71** was incurred via the website lovelylickingblacksluts.com at the expense of 3,479 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Eiketreet Holding Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,294,199 to 23,297,677.

**464.     loveoflatinpussy.com**

<u>Completion (cases 23,297,678 to 23,300,244)</u>

The accused operated the website loveoflatinpussy.com via the bogus merchant Hopstand Limited. Using this website, they faked a total of 2,567 subscriptions and charged 12,577 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 9 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 3,325.62 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 239,782.87** was incurred via the website loveoflatinpussy.com at the expense of 2,567 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Hopstand Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,297,678 to 23,300,244.

735

EXT-MIZRACHI-01912

<u>Attempt (cases 23,300,245 to 23,316,396)</u>

In addition, the accused submitted a further 16,152 fake subscriptions for the website loveoflatinpussy.com in the period from 1 June 2016 to 9 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,370,302.79.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,300,245 to 23,316,396.

## 465.     loveoflatins.com

<u>Completion (cases 23,316,397 to 23,316,759)</u>

The accused operated the website loveoflatins.com via the bogus merchant Rebcole Limited. Using this website, they faked a total of 363 subscriptions and charged 924 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.93 up to a maximum of EUR 451.98 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 26,354.38** was incurred via the website loveoflatins.com at the expense of 363 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Rebcole Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,316,397 to 23,316,759.

## 466.     loveyourbffsmilf.com

<u>Completion (cases 23,316,760 to 23,317,119)</u>

The accused operated the website loveyourbffsmilf.com via the bogus merchant Taptree Limited. Using this website, they faked a total of 360 subscriptions and charged 731 individual monthly transactions to the credit

736

EXT-MIZRACHI-01913

cards of harmed credit card holders in the period from 1 January 2020 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.89 up to a maximum of EUR 927.00 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 25,154.35** was incurred via the website loveyourbffsmilf.com at the expense of 360 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Taptree Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,316,760 to 23,317,119.

### 467.    lusciousblackbabes.com

Completion (cases 23,317,120 to 23,319,537)

The accused operated the website lusciousblackbabes.com via the bogus merchant JOINSERVERVIEW WDB. Using this website, they faked a total of 2,418 subscriptions and charged 8,824 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2017 to 9 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 2,771.32 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 213,647.31** was incurred via the website lusciousblackbabes.com at the expense of 2,418 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for JOINSERVERVIEW WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,317,120 to 23,319,537.

Attempt (cases 23,319,538 to 23,331,972)

In addition, the accused submitted a further 12,435 fake subscriptions for the website lusciousblackbabes.com in the period from 9 December 2017 to 9 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects

737

attempted to unlawfully obtain a total amount of **EUR 1,131,880.43.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,319,538 to 23,331,972.

### 468.    lustfulasianpornpros.com

Completion (cases 23,331,973 to 23,332,530)

The accused operated the website lustfulasianpornpros.com via the bogus merchant Jilinex Holdings Ltd. Using this website, they faked a total of 558 subscriptions and charged 1,874 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 1 January 2017 in accordance with their previously agreed plan of action. Losses of at least EUR 1.15 up to a maximum of EUR 349.65 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 32,965.55** was incurred via the website lustfulasianpornpros.com at the expense of 558 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Jilinex Holdings Ltd. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,331,973 to 23,332,530.

### 469.    lustylatinsluts.com

Completion (cases 23,332,531 to 23,336,245)

The accused operated the website lustylatinsluts.com via the bogus merchant Buslaw Ventures Ltd. Using this website, they faked a total of 3,715 subscriptions and charged 16,935 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 6,083.12 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 320,653.76** was incurred via the website lustylatinsluts.com at the expense of

738

EXT-MIZRACHI-01915

3,715 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Buslaw Ventures Ltd. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,332,531 to 23,336,245.

### 470.    mamabangers.com

Completion (cases 23,336,246 to 23,336,561)

The accused operated the website mamabangers.com via the bogus merchant Sunnyport Limited. Using this website, they faked a total of 316 subscriptions and charged 638 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.78 up to a maximum of EUR 699.10 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 21,385.30** was incurred via the website mamabangers.com at the expense of 316 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Sunnyport Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,336,246 to 23,336,561.

### 471.    mandingofuckfest.com

Completion (cases 23,336,562 to 23,336,851)

The accused operated the website mandingofuckfest.com via the bogus merchant DATAINFOSNET WDB. Using this website, they faked a total of 290 subscriptions and charged 610 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 8 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.80 up to a maximum of EUR 4,275.81 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR**

739

**23,297.28** was incurred via the website mandingofuckfest.com at the expense of 290 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for DATAINFOSNET WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,336,562 to 23,336,851.

<u>Attempt (cases 23,336,852 to 23,338,638)</u>

In addition, the accused submitted a further 1,787 fake subscriptions for the website mandingofuckfest.com in the period from 1 January 2020 to 8 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 164,989.99.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,336,852 to 23,338,638.

### 472.    **maturexxxlatinsextube.com**

<u>Completion (cases 23,338,639 to 23,339,992)</u>

The accused operated the website maturexxxlatinsextube.com via the bogus merchant Paraliar Limited. Using this website, they faked a total of 1,354 subscriptions and charged 5,308 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,441.85 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 117,752.29** was incurred via the website maturexxxlatinsextube.com at the expense of 1,354 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Paraliar Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,338,639 to 23,339,992.

740

EXT-MIZRACHI-01917

<u>Attempt (cases 23,339,993 to 23,346,438)</u>

In addition, the accused submitted a further 6,446 fake subscriptions for the website maturexxxlatinsextube.com in the period from 1 June 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 558,110.77.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,339,993 to 23,346,438.

### 473.    meetmylatinslut.com

<u>Completion (cases 23,346,439 to 23,350,126)</u>

The accused operated the website meetmylatinslut.com via the bogus merchant Carjen Line Limited. Using this website, they faked a total of 3,688 subscriptions and charged 19,671 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 3,638.40 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 336,576.23** was incurred via the website meetmylatinslut.com at the expense of 3,688 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Carjen Line Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,346,439 to 23,350,126.

### 474.    meloveyoulongtimeasians.com

<u>Completion (cases 23,350,127 to 23,353,465)</u>

The accused operated the website meloveyoulongtimeasians.com via the bogus merchant Danpot Stand Limited. Using this website, they faked a total of 3,339 subscriptions and charged 13,826 individual monthly transactions to

741

EXT-MIZRACHI-01918

the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,623.58 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 271,847.55** was incurred via the website meloveyoulongtimeasians.com at the expense of 3,339 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Danpot Stand Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,350,127 to 23,353,465.

Attempt (cases 23,353,466 to 23,369,925)

In addition, the accused submitted a further 16,460 fake subscriptions for the website meloveyoulongtimeasians.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,350,406.62.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,353,466 to 23,369,925.

475.    **mesohornyasians.com**

Completion (cases 23,369,926 to 23,370,502)

The accused operated the website mesohornyasians.com via the bogus merchant Jorbur Limited. Using this website, they faked a total of 577 subscriptions and charged 1,215 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 December 2018 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,224.23 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 40,249.09** was incurred via the website mesohornyasians.com at the expense of 577 credit card holders. This amount was debited from the account of the

742

EXT-MIZRACHI-01919

harmed credit card holder and credited to the payment service provider's escrow account held for Jorbur Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,369,926 to 23,370,502.

Attempt (cases 23,370,503 to 23,374,718)

In addition, the accused submitted a further 4,216 fake subscriptions for the website mesohornyasians.com in the period from 18 December 2018 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 365,052.63.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,370,503 to 23,374,718.

## 476.    mexicanboobies.com

Completion (cases 23,374,719 to 23,376,187)

The accused operated the website mexicanboobies.com via the bogus merchant JOINZONES WDB. Using this website, they faked a total of 1,469 subscriptions and charged 3,959 individual monthly transactions to the credit cards of harmed credit card holders in the period from 29 August 2018 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,748.12 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 116,437.43** was incurred via the website mexicanboobies.com at the expense of 1,469 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for JOINZONES WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,374,719 to 23,376,187.

Attempt (cases 23,376,188 to 23,385,177)

743

EXT-MIZRACHI-01920

In addition, the accused submitted a further 8,990 fake subscriptions for the website mexicanboobies.com in the period from 29 August 2018 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 841,756.99.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,376,188 to 23,385,177.

### 477.      mexicanhotwhores.com

Completion (cases 23,385,178 to 23,387,616)

The accused operated the website mexicanhotwhores.com via the bogus merchant DEPTSERVFEES WDB. Using this website, they faked a total of 2,439 subscriptions and charged 8,239 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,887.96 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 228,903.53** was incurred via the website mexicanhotwhores.com at the expense of 2,439 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for DEPTSERVFEES WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,385,178 to 23,387,616.

Attempt (cases 23,387,617 to 23,400,116)

In addition, the accused submitted a further 12,500 fake subscriptions for the website mexicanhotwhores.com in the period from 9 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,155,466.91.** The

744

EXT-MIZRACHI-01921

individual cases are listed in the table attached to the Arrest Warrant for cases 23,387,617 to 23,400,116.

### 478.    mexicansexfiesta.com

Completion (cases 23,400,117 to 23,401,896)

The accused operated the website mexicansexfiesta.com via the bogus merchant Kauko Limited. Using this website, they faked a total of 1,780 subscriptions and charged 5,481 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,977.20 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 129,502.17** was incurred via the website mexicansexfiesta.com at the expense of 1,780 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Kauko Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,400,117 to 23,401,896.

Attempt (cases 23,401,897 to 23,411,091)

In addition, the accused submitted a further 9,195 fake subscriptions for the website mexicansexfiesta.com in the period from 8 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 733,968.29.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,401,897 to 23,411,091.

### 479.    milfanonymous.com

Completion (cases 23,411,092 to 23,412,243)

745

EXT-MIZRACHI-01922

The accused operated the website milfanonymous.com via the bogus merchant Afreda Limited. Using this website, they faked a total of 1,152 subscriptions and charged 4,595 individual monthly transactions to the credit cards of harmed credit card holders in the period from 7 December 2017 to 10 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.92 up to a maximum of EUR 2,685.24 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 132,513.44** was incurred via the website milfanonymous.com at the expense of 1,152 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Afreda Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,411,092 to 23,412,243.

Attempt (cases 23,412,244 to 23,419,462)

In addition, the accused submitted a further 7,219 fake subscriptions for the website milfanonymous.com in the period from 7 December 2017 to 10 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 620,198.88.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,412,244 to 23,419,462.

### 480.    milfcraveshardcock.com

Completion (cases 23,419,463 to 23,420,851)

The accused operated the website milfcraveshardcock.com via the bogus merchant Crownland Limited. Using this website, they faked a total of 1,389 subscriptions and charged 4,639 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,604.88 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR**

746

EXT-MIZRACHI-01923

**125,461.41** was incurred via the website milfcraveshardcock.com at the expense of 1,389 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Crownland Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,419,463 to 23,420,851.

Attempt (cases 23,420,852 to 23,427,319)

In addition, the accused submitted a further 6,468 fake subscriptions for the website milfcraveshardcock.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 520,363.29.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,420,852 to 23,427,319.

## 481.  milfhardsextube.com

Completion (cases 23,427,320 to 23,427,691)

The accused operated the website milfhardsextube.com via the bogus merchant Robbuc Limited. Using this website, they faked a total of 372 subscriptions and charged 754 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.96 up to a maximum of EUR 857.77 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 26,439.90** was incurred via the website milfhardsextube.com at the expense of 372 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Robbuc Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,427,320 to 23,427,691.

747

EXT-MIZRACHI-01924

Attempt (cases 23,427,692 to 23,430,243)

In addition, the accused submitted a further 2,552 fake subscriptions for the website milfhardsextube.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 215,798.48.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,427,692 to 23,430,243.

**482.  milfloversgetraw.com**

Completion (cases 23,430,244 to 23,431,751)

The accused operated the website milfloversgetraw.com via the bogus merchant Force Stock Limited. Using this website, they faked a total of 1,508 subscriptions and charged 4,860 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,578.96 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 119,771.58** was incurred via the website milfloversgetraw.com at the expense of 1,508 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Force Stock Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,430,244 to 23,431,751.

Attempt (cases 23,431,752 to 23,438,262)

In addition, the accused submitted a further 6,511 fake subscriptions for the website milfloversgetraw.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 564,488.75.** The

748

EXT-MIZRACHI-01925

individual cases are listed in the table attached to the Arrest Warrant for cases 23,431,752 to 23,438,262.

### 483.    milfmatchup.com

<u>Completion (cases 23,438,263 to 23,439,985)</u>

The accused operated the website milfmatchup.com via the bogus merchant Vertur Limited. Using this website, they faked a total of 1,723 subscriptions and charged 6,302 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,877.04 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 133,902.02** was incurred via the website milfmatchup.com at the expense of 1,723 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Vertur Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,438,263 to 23,439,985.

<u>Attempt (cases 23,439,986 to 23,448,925)</u>

In addition, the accused submitted a further 8,940 fake subscriptions for the website milfmatchup.com in the period from 8 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 712,038.70.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,439,986 to 23,448,925.

### 484.    milfpornfantasy.com

<u>Completion (cases 23,448,926 to 23,449,895)</u>

749

EXT-MIZRACHI-01926

The accused operated the website milfpornfantasy.com via the bogus merchant Ingic Trading Limited. Using this website, they faked a total of 970 subscriptions and charged 3,829 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 27 June 2017 in accordance with their previously agreed plan of action. Losses of at least EUR 1.14 up to a maximum of EUR 915.24 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 88,023.45** was incurred via the website milfpornfantasy.com at the expense of 970 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Ingic Trading Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,448,926 to 23,449,895.

Attempt (cases 23,449,896 to 23,454,612)

In addition, the accused submitted a further 4,717 fake subscriptions for the website milfpornfantasy.com in the period from 1 June 2016 to 27 June 2017, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 386,104.97.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,449,896 to 23,454,612.

**485.    milfsassgalore.com**

Completion (cases 23,454,613 to 23,457,454)

The accused operated the website milfsassgalore.com via the bogus merchant Lankton Limited. Using this website, they faked a total of 2,842 subscriptions and charged 13,797 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 2,526.17 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 270,770.71**

750

EXT-MIZRACHI-01927

was incurred via the website milfsassgalore.com at the expense of 2,842 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Lankton Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,454,613 to 23,457,454.

Attempt (cases 23,457,455 to 23,474,089)

In addition, the accused submitted a further 16,635 fake subscriptions for the website milfsassgalore.com in the period from 1 June 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,529,353.09.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,457,455 to 23,474,089.

**486.     milfsexbuddies.com**

Completion (cases 23,474,090 to 23,474,662)

The accused operated the website milfsexbuddies.com via the bogus merchant Intermac Ideas Limited. Using this website, they faked a total of 573 subscriptions and charged 1,255 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 December 2018 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,125.92 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 41,573.18** was incurred via the website milfsexbuddies.com at the expense of 573 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Intermac Ideas Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,474,090 to 23,474,662.

751

EXT-MIZRACHI-01928

Attempt (cases 23,474,663 to 23,478,899)

In addition, the accused submitted a further 4,237 fake subscriptions for the website milfsexbuddies.com in the period from 18 December 2018 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 348,841.81.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,474,663 to 23,478,899.

**487.    milfsexcontrol.com**

Completion (cases 23,478,900 to 23,481,204)

The accused operated the website milfsexcontrol.com via the bogus merchant Kash WDB. Using this website, they faked a total of 2,305 subscriptions and charged 7,402 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,635.33 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 198,231.94** was incurred via the website milfsexcontrol.com at the expense of 2,305 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Kash WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,478,900 to 23,481,204.

Attempt (cases 23,481,205 to 23,493,427)

In addition, the accused submitted a further 12,223 fake subscriptions for the website milfsexcontrol.com in the period from 9 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,112,767.87.** The

752

EXT-MIZRACHI-01929

individual cases are listed in the table attached to the Arrest Warrant for cases 23,481,205 to 23,493,427.

**488.    milfsexdiaries.com**

Completion (cases 23,493,428 to 23,493,987)

The accused operated the website milfsexdiaries.com via the bogus merchant Jilinex Holdings Ltd. Using this website, they faked a total of 560 subscriptions and charged 1,928 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 5 January 2017 in accordance with their previously agreed plan of action. Losses of at least EUR 1.13 up to a maximum of EUR 414.80 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 36,808.10** was incurred via the website milfsexdiaries.com at the expense of 560 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Jilinex Holdings Ltd. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,493,428 to 23,493,987.

Attempt (cases 23,493,988 to 23,496,676)

In addition, the accused submitted a further 2,689 fake subscriptions for the website milfsexdiaries.com in the period from 1 June 2016 to 5 January 2017, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 164,331.02.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,493,988 to 23,496,676.

**489.    milfsgonewildxxx.com**

Completion (cases 23,496,677 to 23,497,006)

753

The accused operated the website milfsgonewildxxx.com via the bogus merchant Ravmore Spread Limited. Using this website, they faked a total of 330 subscriptions and charged 622 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.96 up to a maximum of EUR 437.01 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 22,094.93** was incurred via the website milfsgonewildxxx.com at the expense of 330 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Ravmore Spread Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,496,677 to 23,497,006.

Attempt (cases 23,497,007 to 23,499,433)

In addition, the accused submitted a further 2,427 fake subscriptions for the website milfsgonewildxxx.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 215,612.82.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,497,007 to 23,499,433.

**490.    milfshomealone.com**

Completion (cases 23,499,434 to 23,502,684)

The accused operated the website milfshomealone.com via the bogus merchant Harsloan Limited. Using this website, they faked a total of 3,251 subscriptions and charged 12,317 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,323.81 were incurred for each fake

754

EXT-MIZRACHI-01931

subscription. In the above-mentioned period, a total loss of **EUR 257,218.55** was incurred via the website milfshomealone.com at the expense of 3,251 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Harsloan Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,499,434 to 23,502,684.

Attempt (cases 23,502,685 to 23,518,214)

In addition, the accused submitted a further 15,530 fake subscriptions for the website milfshomealone.com in the period from 1 June 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,279,749.74.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,502,685 to 23,518,214.

491.    **milfsjustwannagetfucked.com**

Completion (cases 23,518,215 to 23,521,560)

The accused operated the website milfsjustwannagetfucked.com via the bogus merchant Fjaer Services Limited. Using this website, they faked a total of 3,346 subscriptions and charged 15,625 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 10 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.91 up to a maximum of EUR 2,798.30 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 305,085.24** was incurred via the website milfsjustwannagetfucked.com at the expense of 3,346 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fjaer Services Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,518,215 to 23,521,560.

755

EXT-MIZRACHI-01932

Attempt (cases 23,521,561 to 23,539,933)

In addition, the accused submitted a further 18,373 fake subscriptions for the website milfsjustwannagetfucked.com in the period from 1 January 2016 to 10 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,856,915.99.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,521,561 to 23,539,933.

## 492.    milfslikeithard.com

Completion (cases 23,539,934 to 23,540,264)

The accused operated the website milfslikeithard.com via the bogus merchant Torvi Limited. Using this website, they faked a total of 331 subscriptions and charged 609 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.44 up to a maximum of EUR 409.55 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 22,288.20** was incurred via the website milfslikeithard.com at the expense of 331 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Torvi Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,539,934 to 23,540,264.

Attempt (cases 23,540,265 to 23,542,115)

In addition, the accused submitted a further 1,851 fake subscriptions for the website milfslikeithard.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted

756

to unlawfully obtain a total amount of **EUR 167,903.69.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,540,265 to 23,542,115.

### 493.    milfsmakemehard.com

Completion (cases 23,542,116 to 23,542,617)

The accused operated the website milfsmakemehard.com via the bogus merchant Divafix Limited. Using this website, they faked a total of 502 subscriptions and charged 1,715 individual monthly transactions to the credit cards of harmed credit card holders in the period from 26 November 2018 to 3 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.13 up to a maximum of EUR 944.48 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 46,709.71** was incurred via the website milfsmakemehard.com at the expense of 502 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Divafix Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,542,116 to 23,542,617.

Attempt (cases 23,542,618 to 23,545,617)

In addition, the accused submitted a further 3,000 fake subscriptions for the website milfsmakemehard.com in the period from 26 November 2018 to 3 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 322,143.01.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,542,618 to 23,545,617.

### 494.    milfspleaseme.com

Completion (cases 23,545,618 to 23,545,988)

757

EXT-MIZRACHI-01934

The accused operated the website milfspleaseme.com via the bogus merchant Facelija Limited. Using this website, they faked a total of 371 subscriptions and charged 804 individual monthly transactions to the credit cards of harmed credit card holders in the period from 4 December 2018 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.13 up to a maximum of EUR 2,077.34 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 28,527.23** was incurred via the website milfspleaseme.com at the expense of 371 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Facelija Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,545,618 to 23,545,988.

Attempt (cases 23,545,989 to 23,548,230)

In addition, the accused submitted a further 2,242 fake subscriptions for the website milfspleaseme.com in the period from 4 December 2018 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 213,447.29.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,545,989 to 23,548,230.

### 495.    milfssexbetter.com

Completion (cases 23,548,231 to 23,551,263)

The accused operated the website milfssexbetter.com via the bogus merchant Crancot Designs Limited. Using this website, they faked a total of 3,033 subscriptions and charged 15,467 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.12 up to a maximum of EUR 13,055.72 were incurred for each

758

EXT-MIZRACHI-01935

fake subscription. In the above-mentioned period, a total loss of **EUR 301,208.15** was incurred via the website milfssexbetter.com at the expense of 3,033 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Crancot Designs Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,548,231 to 23,551,263.

Attempt (cases 23,551,264 to 23,566,847)

In addition, the accused submitted a further 15,584 fake subscriptions for the website milfssexbetter.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,684,719.03.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,551,264 to 23,566,847.

### 496.    milfsxxxsexfiends.com

Completion (cases 23,566,848 to 23,567,225)

The accused operated the website milfsxxxsexfiends.com via the bogus merchant Selskapet Limited. Using this website, they faked a total of 378 subscriptions and charged 697 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.85 up to a maximum of EUR 942.48 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 25,030.04** was incurred via the website milfsxxxsexfiends.com at the expense of 378 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Selskapet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,566,848 to 23,567,225.

759

EXT-MIZRACHI-01936

Attempt (cases 23,567,226 to 23,569,629)

In addition, the accused submitted a further 2,404 fake subscriptions for the website milfsxxxsexfiends.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 202,698.82.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,567,226 to 23,569,629.

**497.    milfxxxfun.com**

Completion (cases 23,569,630 to 23,570,459)

The accused operated the website milfxxxfun.com via the bogus merchant Volcost Investments Limited. Using this website, they faked a total of 830 subscriptions and charged 2,657 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 4 January 2017 in accordance with their previously agreed plan of action. Losses of at least EUR 1.13 up to a maximum of EUR 586.04 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 59,465.74** was incurred via the website milfxxxfun.com at the expense of 830 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Volcost Investments Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,569,630 to 23,570,459.

Attempt (cases 23,570,460 to 23,573,810)

In addition, the accused submitted a further 3,351 fake subscriptions for the website milfxxxfun.com in the period from 1 January 2016 to 4 January 2017, which ultimately did not lead to the credit cards being charged and the amount

760

EXT-MIZRACHI-01937

submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 268,590.13.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,570,460 to 23,573,810.

### 498.    mommyfucksbetter.com

Completion (cases 23,573,811 to 23,575,609)

The accused operated the website mommyfucksbetter.com via the bogus merchant LIMITCLAIMBIZ WDB. Using this website, they faked a total of 1,799 subscriptions and charged 6,775 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 December 2017 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,375.10 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 139,367.28** was incurred via the website mommyfucksbetter.com at the expense of 1,799 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for LIMITCLAIMBIZ WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,573,811 to 23,575,609.

Attempt (cases 23,575,610 to 23,584,310)

In addition, the accused submitted a further 8,701 fake subscriptions for the website mommyfucksbetter.com in the period from 8 December 2017 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 732,836.00.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,575,610 to 23,584,310.

### 499.    momsahornymilf.com

761

EXT-MIZRACHI-01938

<u>Completion (cases 23,584,311 to 23,586,562)</u>

The accused operated the website momsahornymilf.com via the bogus merchant FILESFOLDERFEE WDB. Using this website, they faked a total of 2,252 subscriptions and charged 7,809 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,217.32 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 187,403.02** was incurred via the website momsahornymilf.com at the expense of 2,252 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for FILESFOLDERFEE WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,584,311 to 23,586,562.

<u>Attempt (cases 23,586,563 to 23,598,974)</u>

In addition, the accused submitted a further 12,412 fake subscriptions for the website momsahornymilf.com in the period from 9 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,085,198.80.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,586,563 to 23,598,974.

**500.    momsgettingfreaky.com**

<u>Completion (cases 23,598,975 to 23,599,375)</u>

The accused operated the website momsgettingfreaky.com via the bogus merchant SYSTEMBILLER WDB. Using this website, they faked a total of 401 subscriptions and charged 850 individual monthly transactions to the credit

762

EXT-MIZRACHI-01939

cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.77 up to a maximum of EUR 815.07 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 30,018.79** was incurred via the website momsgettingfreaky.com at the expense of 401 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for SYSTEMBILLER WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,598,975 to 23,599,375.

Attempt (cases 23,599,376 to 23,601,843)

In addition, the accused submitted a further 2,468 fake subscriptions for the website momsgettingfreaky.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 241,939.08.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,599,376 to 23,601,843.

**501.    morehardcorethanbefore.com**

Completion (cases 23,601,844 to 23,604,206)

The accused operated the website morehardcorethanbefore.com via the bogus merchant Dalnash Enterprises Limited. Using this website, they faked a total of 2,363 subscriptions and charged 11,433 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 8 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.91 up to a maximum of EUR 4,812.07 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 230,189.92** was incurred via the website morehardcorethanbefore.com at the expense of 2,363 credit card holders.

EXT-MIZRACHI-01940

This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Dalnash Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,601,844 to 23,604,206.

Attempt (cases 23,604,207 to 23,616,281)

In addition, the accused submitted a further 12,075 fake subscriptions for the website morehardcorethanbefore.com in the period from 1 January 2016 to 8 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,238,138.56.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,604,207 to 23,616,281.

### 502.    muffonmuffaction.com

Completion (cases 23,616,282 to 23,618,698)

The accused operated the website muffonmuffaction.com via the bogus merchant VIEWSJOINS WDB. Using this website, they faked a total of 2,417 subscriptions and charged 7,743 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,777.52 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 213,070.56** was incurred via the website muffonmuffaction.com at the expense of 2,417 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for VIEWSJOINS WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,616,282 to 23,618,698.

Attempt (cases 23,618,699 to 23,631,337)

764

In addition, the accused submitted a further 12,639 fake subscriptions for the website muffonmuffaction.com in the period from 9 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,143,240.65.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,618,699 to 23,631,337.

### 503.    myblackfantasy.com

Completion (cases 23,631,338 to 23,633,297)

The accused operated the website myblackfantasy.com via the bogus merchant Wilrow Services Limited. Using this website, they faked a total of 1,960 subscriptions and charged 7,387 individual monthly transactions to the credit cards of harmed credit card holders in the period from 19 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 3,061.05 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 158,867.00** was incurred via the website myblackfantasy.com at the expense of 1,960 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Wilrow Services Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,631,338 to 23,633,297.

Attempt (cases 23,633,298 to 23,643,734)

In addition, the accused submitted a further 10,437 fake subscriptions for the website myblackfantasy.com in the period from 19 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 979,364.84.** The

765

EXT-MIZRACHI-01942

individual cases are listed in the table attached to the Arrest Warrant for cases 23,633,298 to 23,643,734.

### 504.  mysexylatingf.com

Completion (cases 23,643,735 to 23,645,073)

The accused operated the website mysexylatingf.com via the bogus merchant JOINPMT WDB. Using this website, they faked a total of 1,339 subscriptions and charged 4,235 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.90 up to a maximum of EUR 3,480.74 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 125,485.51** was incurred via the website mysexylatingf.com at the expense of 1,339 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for JOINPMT WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,643,735 to 23,645,073.

Attempt (cases 23,645,074 to 23,652,523)

In addition, the accused submitted a further 7,450 fake subscriptions for the website mysexylatingf.com in the period from 9 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 706,993.86.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,645,074 to 23,652,523.

### 505.  nastyblacknymphos.com

Completion (cases 23,652,524 to 23,654,366)

766

EXT-MIZRACHI-01943

The accused operated the website nastyblacknymphos.com via the bogus merchant Enzize Limited. Using this website, they faked a total of 1,843 subscriptions and charged 5,629 individual monthly transactions to the credit cards of harmed credit card holders in the period from 20 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,866.09 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 152,840.95** was incurred via the website nastyblacknymphos.com at the expense of 1,843 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Enzize Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,652,524 to 23,654,366.

Attempt (cases 23,654,367 to 23,664,061)

In addition, the accused submitted a further 9,695 fake subscriptions for the website nastyblacknymphos.com in the period from 20 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 819,881.07.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,654,367 to 23,664,061.

506.    **nastylatinblowjobs.com**

Completion (cases 23,664,062 to 23,664,489)

The accused operated the website nastylatinblowjobs.com via the bogus merchant Rhyile Limited. Using this website, they faked a total of 428 subscriptions and charged 755 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.22 up to a maximum of EUR 356.64 were incurred for each

767

EXT-MIZRACHI-01944

fake subscription. In the above-mentioned period, a total loss of **EUR 27,425.93** was incurred via the website nastylatinblowjobs.com at the expense of 428 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Rhyile Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,664,062 to 23,664,489.

Attempt (cases 23,664,490 to 23,666,955)

In addition, the accused submitted a further 2,466 fake subscriptions for the website nastylatinblowjobs.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 217,009.55.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,664,490 to 23,666,955.

## 507. naughtyasianchicks.com

Completion (cases 23,666,956 to 23,669,338)

The accused operated the website naughtyasianchicks.com via the bogus merchant SETUNITSTERM WDB. Using this website, they faked a total of 2,383 subscriptions and charged 8,494 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 3,042.46 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 207,979.19** was incurred via the website naughtyasianchicks.com at the expense of 2,383 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for SETUNITSTERM WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,666,956 to 23,669,338.

768

EXT-MIZRACHI-01945

Attempt (cases 23,669,339 to 23,681,619)

In addition, the accused submitted a further 12,281 fake subscriptions for the website naughtyasianchicks.com in the period from 8 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,132,179.73.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,669,339 to 23,681,619.

### 508.    naughtyasianxxxgirls.com

Completion (cases 23,681,620 to 23,684,249)

The accused operated the website naughtyasianxxxgirls.com via the bogus merchant Hadleigh Systems Limited. Using this website, they faked a total of 2,630 subscriptions and charged 12,534 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.06 up to a maximum of EUR 3,921.53 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 239,304.14** was incurred via the website naughtyasianxxxgirls.com at the expense of 2,630 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Hadleigh Systems Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,681,620 to 23,684,249.

Attempt (cases 23,684,250 to 23,699,495)

In addition, the accused submitted a further 15,246 fake subscriptions for the website naughtyasianxxxgirls.com in the period from 1 June 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the

769

amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,353,060.59.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,684,250 to 23,699,495.

### 509.    naughtyfromneglectmilfs.com

Completion (cases 23,699,496 to 23,700,107)

The accused operated the website naughtyfromneglectmilfs.com via the bogus merchant Jorbur Limited. Using this website, they faked a total of 612 subscriptions and charged 1,374 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 December 2018 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,854.00 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 43,894.92** was incurred via the website naughtyfromneglectmilfs.com at the expense of 612 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Jorbur Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,699,496 to 23,700,107.

Attempt (cases 23,700,108 to 23,704,186)

In addition, the accused submitted a further 4,079 fake subscriptions for the website naughtyfromneglectmilfs.com in the period from 18 December 2018 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 350,589.14.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,700,108 to 23,704,186.

### 510.    naughtylesbianerotica.com

770

<u>Completion (cases 23,704,187 to 23,704,544)</u>

The accused operated the website naughtylesbianerotica.com via the bogus merchant Rebcole Limited. Using this website, they faked a total of 358 subscriptions and charged 803 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.91 up to a maximum of EUR 974.54 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 26,578.84** was incurred via the website naughtylesbianerotica.com at the expense of 358 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Rebcole Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,704,187 to 23,704,544.

<u>Attempt (cases 23,704,545 to 23,706,988)</u>

In addition, the accused submitted a further 2,444 fake subscriptions for the website naughtylesbianerotica.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 211,340.14.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,704,545 to 23,706,988.

**511.     newanalsexadventures.com**

<u>Completion (cases 23,706,989 to 23,708,391)</u>

The accused operated the website newanalsexadventures.com via the bogus merchant Paraliar Limited. Using this website, they faked a total of 1,403 subscriptions and charged 4,832 individual monthly transactions to the credit

771

cards of harmed credit card holders in the period from 1 June 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.05 up to a maximum of EUR 2,400.49 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 123,492.59** was incurred via the website newanalsexadventures.com at the expense of 1,403 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Paraliar Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,706,989 to 23,708,391.

Attempt (cases 23,708,392 to 23,714,818)

In addition, the accused submitted a further 6,427 fake subscriptions for the website newanalsexadventures.com in the period from 1 June 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 565,028.29.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,708,392 to 23,714,818.

### 512.    newasianwhoresintown.com

Completion (cases 23,714,819 to 23,716,323)

The accused operated the website newasianwhoresintown.com via the bogus merchant Factuma Technologies Ltd. Using this website, they faked a total of 1,505 subscriptions and charged 5,304 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 5 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,478.15 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 118,860.89** was incurred via the website newasianwhoresintown.com at the expense of 1,505 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service

772

provider's escrow account held for Factuma Technologies Ltd. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,714,819 to 23,716,323.

Attempt (cases 23,716,324 to 23,722,759)

In addition, the accused submitted a further 6,436 fake subscriptions for the website newasianwhoresintown.com in the period from 1 January 2016 to 5 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 529,723.61.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,716,324 to 23,722,759.

## 513.    nextdoorlatinas.com

Completion (cases 23,722,760 to 23,723,151)

The accused operated the website nextdoorlatinas.com via the bogus merchant POSTREPSCHRG WDB. Using this website, they faked a total of 392 subscriptions and charged 871 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.74 up to a maximum of EUR 1,313.66 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 31,728.61** was incurred via the website nextdoorlatinas.com at the expense of 392 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for POSTREPSCHRG WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,722,760 to 23,723,151.

Attempt (cases 23,723,152 to 23,725,646)

773

EXT-MIZRACHI-01950

In addition, the accused submitted a further 2,495 fake subscriptions for the website nextdoorlatinas.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 259,657.51.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,723,152 to 23,725,646.

**514.    ninjafuckingasians.com**

Completion (cases 23,725,647 to 23,725,928)

The accused operated the website ninjafuckingasians.com via the bogus merchant Studow Sky Limited. Using this website, they faked a total of 282 subscriptions and charged 513 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 8 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.49 up to a maximum of EUR 477.45 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 18,372.43** was incurred via the website ninjafuckingasians.com at the expense of 282 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Studow Sky Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,725,647 to 23,725,928.

Attempt (cases 23,725,929 to 23,727,826)

In addition, the accused submitted a further 1,898 fake subscriptions for the website ninjafuckingasians.com in the period from 1 January 2020 to 8 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 175,535.45.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,725,929 to 23,727,826.

774

EXT-MIZRACHI-01951

**515.    nudeandlatina.com**

Completion (cases 23,727,827 to 23,729,660)

The accused operated the website nudeandlatina.com via the bogus merchant Aceric Limited. Using this website, they faked a total of 1,834 subscriptions and charged 5,483 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.00 up to a maximum of EUR 1,739.88 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 155,239.81** was incurred via the website nudeandlatina.com at the expense of 1,834 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Aceric Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,727,827 to 23,729,660.

Attempt (cases 23,729,661 to 23,739,134)

In addition, the accused submitted a further 9,474 fake subscriptions for the website nudeandlatina.com in the period from 22 January 2017 to July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 821,311.35.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,729,661 to 23,739,134.

**516.    oldenoughtobang.com**

Completion (cases 23,739,135 to 23,739,635)

The accused operated the website oldenoughtobang.com via the bogus merchant TOOLSBILLFILE WDB. Using this website, they faked a total of 501

775

EXT-MIZRACHI-01952

subscriptions and charged 1,177 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.92 up to a maximum of EUR 674.16 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 41,363.02** was incurred via the website oldenoughtobang.com at the expense of 501 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for TOOLSBILLFILE WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,739,135 to 23,739,635.

Attempt (cases 23,739,636 to 23,742,864)

In addition, the accused submitted a further 3,229 fake subscriptions for the website oldenoughtobang.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 323,152.35.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,739,636 to 23,742,864.

### 517.    orientseducers.com

Completion (cases 23,742,865 to 23,743,296)

The accused operated the website orientseducers.com via the bogus merchant REPPAYERS WDB. Using this website, they faked a total of 432 subscriptions and charged 860 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 9 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.82 up to a maximum of EUR 764.00 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 30,949.33** was incurred via the website orientseducers.com at the expense of

776

EXT-MIZRACHI-01953

432 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for REPPAYERS WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,742,865 to 23,743,296.

Attempt (cases 23,743,297 to 23,745,818)

In addition, the accused submitted a further 2,522 fake subscriptions for the website orientseducers.com in the period from 1 January 2020 to 9 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 254,854.82.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,743,297 to 23,745,818.

### 518.    orientsexexpress.com

Completion (cases 23,745,819 to 23,746,150)

The accused operated the website orientsexexpress.com via the bogus merchant Sunnyport Limited. Using this website, they faked a total of 332 subscriptions and charged 591 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.79 up to a maximum of EUR 368.04 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 21,633.86** was incurred via the website orientsexexpress.com at the expense of 332 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Sunnyport Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,745,819 to 23,746,150.

Attempt (cases 23,746,151 to 23,748,009)

777

In addition, the accused submitted a further 1,859 fake subscriptions for the website orientsexexpress.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 168,023.03.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,746,151 to 23,748,009.

### 519.    pacificrimsex.com

Completion (cases 23,748,010 to 23,750,384)

The accused operated the website pacificrimsex.com via the bogus merchant Eik Services Limited. Using this website, they faked a total of 2,375 subscriptions and charged 7,563 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,660.91 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 182,507.92** was incurred via the website pacificrimsex.com at the expense of 2,375 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Eik Services Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,748,010 to 23,750,384.

Attempt (cases 23,750,385 to 23,762,012)

In addition, the accused submitted a further 11,628 fake subscriptions for the website pacificrimsex.com in the period from 22 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 960,195.88.** The individual cases

778

EXT-MIZRACHI-01955

are listed in the table attached to the Arrest Warrant for cases 23,750,385 to 23,762,012.

**520.      phatblackpussies.com**

Completion (cases 23,762,013 to 23,762,419)

The accused operated the website phatblackpussies.com via the bogus merchant Sasquatch Enterprises Limited. Using this website, they faked a total of 407 subscriptions and charged 840 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.78 up to a maximum of EUR 690.52 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 29,326.64** was incurred via the website phatblackpussies.com at the expense of 407 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Sasquatch Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,762,013 to 23,762,419.

Attempt (cases 23,762,420 to 23,764,894)

In addition, the accused submitted a further 2,475 fake subscriptions for the website phatblackpussies.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 223,774.33.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,762,420 to 23,764,894.

**521.      pinktacolatinas.com**

Completion (cases 23,764,895 to 23,766,760)

779

The accused operated the website pinktacolatinas.com via the bogus merchant Comist Limited. Using this website, they faked a total of 1,866 subscriptions and charged 7,070 individual monthly transactions to the credit cards of harmed credit card holders in the period from 20 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,756.46 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 192,696.30** was incurred via the website pinktacolatinas.com at the expense of 1,866 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Comist Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,764,895 to 23,766,760.

Attempt (cases 23,766,761 to 23,776,555)

In addition, the accused submitted a further 9,795 fake subscriptions for the website pinktacolatinas.com in the period from 20 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 875,583.48.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,766,761 to 23,776,555.

## 522.    popablackcherry.com

Completion (cases 23,776,556 to 23,778,969)

The accused operated the website popablackcherry.com via the bogus merchant Gronnvegg Limited. Using this website, they faked a total of 2,414 subscriptions and charged 8,482 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,725.66 were incurred for each

780

EXT-MIZRACHI-01957

fake subscription. In the above-mentioned period, a total loss of **EUR 179,829.51** was incurred via the website popablackcherry.com at the expense of 2,414 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Gronnvegg Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,776,556 to 23,778,969.

Attempt (cases 23,778,970 to 23,791,479)

In addition, the accused submitted a further 12,510 fake subscriptions for the website popablackcherry.com in the period from 23 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,050,927.99.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,778,970 to 23,791,479.

### 523.    popherasiancherry.com

Completion (cases 23,791,480 to 23,793,460)

The accused operated the website popherasiancherry.com via the bogus merchant Vimbu Limited. Using this website, they faked a total of 1,981 subscriptions and charged 7,533 individual monthly transactions to the credit cards of harmed credit card holders in the period from 20 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.86 up to a maximum of EUR 3,404.82 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 163,433.49** was incurred via the website popherasiancherry.com at the expense of 1,981 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Vimbu Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,791,480 to 23,793,460.

781

EXT-MIZRACHI-01958

Attempt (cases 23,793,461 to 23,803,799)

In addition, the accused submitted a further 10,339 fake subscriptions for the website popherasiancherry.com in the period from 20 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 946,290.36.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,793,461 to 23,803,799.

**524.       popmyasiancherry.com**

Completion (cases 23,803,800 to 23,804,100)

The accused operated the website popmyasiancherry.com via the bogus merchant Sidigled Limited. Using this website, they faked a total of 301 subscriptions and charged 491 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.83 up to a maximum of EUR 356.04 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 17,492.81** was incurred via the website popmyasiancherry.com at the expense of 301 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Sidigled Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,803,800 to 23,804,100.

Attempt (cases 23,804,101 to 23,805,935)

In addition, the accused submitted a further 1,835 fake subscriptions for the website popmyasiancherry.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects

782

EXT-MIZRACHI-01959

attempted to unlawfully obtain a total amount of **EUR 153,540.61.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,804,101 to 23,805,935.

**525.    porcelainpussy.com**

Completion (cases 23,805,936 to 23,807,409)

The accused operated the website porcelainpussy.com via the bogus merchant TASKSETS WDB. Using this website, they faked a total of 1,474 subscriptions and charged 5,036 individual monthly transactions to the credit cards of harmed credit card holders in the period from 29 August 2018 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,648.60 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 122,717.92** was incurred via the website porcelainpussy.com at the expense of 1,474 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for TASKSETS WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,805,936 to 23,807,409.

Attempt (cases 23,807,410 to 23,816,104)

In addition, the accused submitted a further 8,695 fake subscriptions for the website porcelainpussy.com in the period from 29 August 2018 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 832,132.63.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,807,410 to 23,816,104.

**526.    pornoliciousblackporngirls.com**

Completion (cases 23,816,105 to 23,816,520)

783

EXT-MIZRACHI-01960

The accused operated the website pornoliciousblackporngirls.com via the bogus merchant Stax Limited. Using this website, they faked a total of 416 subscriptions and charged 742 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 9.10 up to a maximum of EUR 356.64 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 27,089.15** was incurred via the website pornoliciousblackporngirls.com at the expense of 416 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Stax Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,816,105 to 23,816,520.

Attempt (cases 23,816,521 to 23,818,834)

In addition, the accused submitted a further 2,314 fake subscriptions for the website pornoliciousblackporngirls.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 48,572.49.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,816,521 to 23,818,834.

527.     **poundingbigblackasses.com**

Completion (cases 23,818,835 to 23,821,123)

The accused operated the website poundingbigblackasses.com via the bogus merchant Aurescent Limited. Using this website, they faked a total of 2,289 subscriptions and charged 7,639 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 January 2017 to 9 July 2020 in accordance with their previously agreed plan of action. Losses of

784

EXT-MIZRACHI-01961

at least EUR 0.88 up to a maximum of EUR 1,854.00 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 162,099.79** was incurred via the website poundingbigblackasses.com at the expense of 2,289 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Aurescent Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,818,835 to 23,821,123.

Attempt (cases 23,821,124 to 23,834,449)

In addition, the accused submitted a further 13,326 fake subscriptions for the website poundingbigblackasses.com in the period from 22 January 2017 to 9 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,002,338.57.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,821,124 to 23,834,449.

### 528.    poundingblackpussy.com

Completion (cases 23,834,450 to 23,835,695)

The accused operated the website poundingblackpussy.com via the bogus merchant Borent Limited. Using this website, they faked a total of 1,246 subscriptions and charged 4,372 individual monthly transactions to the credit cards of harmed credit card holders in the period from 5 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 3,496.76 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 103,208.34** was incurred via the website poundingblackpussy.com at the expense of 1,246 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Borent Limited. The individual cases are

785

EXT-MIZRACHI-01962

listed in the table attached to the Arrest Warrant for cases 23,834,450 to 23,835,695.

Attempt (cases 23,835,696 to 23,842,797)

In addition, the accused submitted a further 7,102 fake subscriptions for the website poundingblackpussy.com in the period from 5 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 653,506.19.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,835,696 to 23,842,797.

### 529.     gamezstar.com

Completion (cases 23,842,798 to 23,851,446)

The accused operated the website premium.gamezstar.com/login, gamezstar.com via the bogus merchant DNS Web Media Limited. Using this website, they faked a total of 8,649 subscriptions and charged 6,268 individual monthly transactions to the credit cards of harmed credit card holders in the period from 17 July 2018 to 31 March 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.00 up to a maximum of EUR 485.00 were incurred for each fake subscription. In the above-mentioned period, a total loss of EUR 127,242.75 was incurred via the website premium.gamezstar.com/login, gamezstar.com at the expense of 8,649 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for DNS Web Media Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,842,798 to 23,851,446.

Attempt (cases 23,851,447 to 23,865,009)

786

EXT-MIZRACHI-01963

In addition, the accused submitted a further 13,563 fake subscriptions for the website premium.gamezstar.com/login, gamezstar.com in the period from 17 July 2018 to 31 March 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 242,967.56.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,851,447 to 23,865,009.

### 530.    premiumfgarchive.com

Completion (cases 23,865,010 to 23,868,576)

The accused operated the website premiumfgarchive.com via the bogus merchant DNS Web Media Limited. Using this website, they faked a total of 3,567 subscriptions and charged 1,272 individual monthly transactions to the credit cards of harmed credit card holders in the period from 31 August 2016 to 31 March 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.91 up to a maximum of EUR 414.48 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 16,633.76** was incurred via the website premiumfgarchive.com at the expense of 3,567 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for DNS Web Media Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,865,010 to 23,868,576.

### 531.    premiumgfarchive.com

Attempt (cases 23,868,577 to 23,872,103)

In addition, the accused submitted a further 3,527 fake subscriptions for the website premiumgfarchive.com, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR**

787

EXT-MIZRACHI-01964

**47,918.18.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,868,577 to 23,872,103.

### 532.    purelesbiansallaccess.com

Completion (cases 23,872,104 to 23,873,503)

The accused operated the website purelesbiansallaccess.com via the bogus merchant Paraliar Limited. Using this website, they faked a total of 1,400 subscriptions and charged 5,322 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.08 up to a maximum of EUR 2,597.69 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 132,103.65** was incurred via the website purelesbiansallaccess.com at the expense of 1,400 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Paraliar Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,872,104 to 23,873,503.

Attempt (cases 23,873,504 to 23,879,893)

In addition, the accused submitted a further 6,390 fake subscriptions for the website purelesbiansallaccess.com in the period from 1 June 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 562,323.29.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,873,504 to 23,879,893.

### 533.    raunchyamateursexposed.com

Completion (cases 23,879,894 to 23,881,659)

788

EXT-MIZRACHI-01965

The accused operated the website raunchyamateursexposed.com via the bogus merchant WIRECCPRO WDB. Using this website, they faked a total of 1,766 subscriptions and charged 4,863 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,797.52 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 133,012.30** was incurred via the website raunchyamateursexposed.com at the expense of 1,766 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for WIRECCPRO WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,879,894 to 23,881,659.

Attempt (cases 23,881,660 to 23,890,533)

In addition, the accused submitted a further 8,874 fake subscriptions for the website raunchyamateursexposed.com in the period from 8 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 744,811.37.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,881,660 to 23,890,533.

### 534.    raunchyasianass.com

Completion (cases 23,890,534 to 23,891,860)

The accused operated the website raunchyasianass.com via the bogus merchant Blissco Limited. Using this website, they faked a total of 1,327 subscriptions and charged 3,983 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.80 up to a maximum of EUR 2,054.47 were incurred for each

789

EXT-MIZRACHI-01966

fake subscription. In the above-mentioned period, a total loss of **EUR 120,679.68** was incurred via the website raunchyasianass.com at the expense of 1,327 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Blissco Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,890,534 to 23,891,860.

Attempt (cases 23,891,861 to 23,898,713)

In addition, the accused submitted a further 6,853 fake subscriptions for the website raunchyasianass.com in the period from 9 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 674,868.10.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,891,861 to 23,898,713.

535.    **raunchygaygirls.com**

Completion (cases 23,898,714 to 23,901,162)

The accused operated the website raunchygaygirls.com via the bogus merchant PROCESSORFORMDUE WDB. Using this website, they faked a total of 2,449 subscriptions and charged 8,528 individual monthly transactions to the credit cards of harmed credit card holders in the period from 11 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 3,147.88 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 228,252.86** was incurred via the website raunchygaygirls.com at the expense of 2,449 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for PROCESSORFORMDUE WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,898,714 to 23,901,162.

790

EXT-MIZRACHI-01967

Attempt (cases 23,901,163 to 23,913,485)

In addition, the accused submitted a further 12,323 fake subscriptions for the website raunchygaygirls.com in the period from 11 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,155,958.85.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,901,163 to 23,913,485.

## 536.    raunchyhardcorefuckfest.com

Completion (cases 23,913,486 to 23,916,851)

The accused operated the website raunchyhardcorefuckfest.com via the bogus merchant Highblack Limited. Using this website, they faked a total of 3,366 subscriptions and charged 13,027 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 2,808.37 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 274,037.40** was incurred via the website raunchyhardcorefuckfest.com at the expense of 3,366 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Highblack Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,913,486 to 23,916,851.

Attempt (cases 23,916,852 to 23,933,500)

In addition, the accused submitted a further 16,649 fake subscriptions for the website raunchyhardcorefuckfest.com in the period from 1 June 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the

791

amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,568,478.09.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,916,852 to 23,933,500.

### 537.  raunchylatinbooty.com

Completion (cases 23,933,501 to 23,934,404)

The accused operated the website raunchylatinbooty.com via the bogus merchant File Home Limited. Using this website, they faked a total of 904 subscriptions and charged 2,662 individual monthly transactions to the credit cards of harmed credit card holders in the period from 6 January 2016 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.91 up to a maximum of EUR 2,424.46 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 80,155.41** was incurred via the website raunchylatinbooty.com at the expense of 904 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for File Home Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,933,501 to 23,934,404.

Attempt (cases 23,934,405 to 23,946,365)

In addition, the accused submitted a further 11,961 fake subscriptions for the website raunchylatinbooty.com in the period from 6 January 2016 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 546,127.80.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,934,405 to 23,946,365.

### 538.  realxxxmilfporn.com

792

EXT-MIZRACHI-01969

<u>Completion (cases 23,946,366 to 23,949,002)</u>

The accused operated the website realxxxmilfporn.com via the bogus merchant Dalecliff Limited. Using this website, they faked a total of 2,637 subscriptions and charged 9,742 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,436.34 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 226,649.54** was incurred via the website realxxxmilfporn.com at the expense of 2,637 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Dalecliff Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,946,366 to 23,949,002.

<u>Attempt (cases 23,949,003 to 23,962,673)</u>

In addition, the accused submitted a further 13,671 fake subscriptions for the website realxxxmilfporn.com in the period from 1 January 2016 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,142,541.02.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,949,003 to 23,962,673.

### 539.    ridedickhardcore.com

<u>Completion (cases 23,962,674 to 23,963,125)</u>

The accused operated the website ridedickhardcore.com via the bogus merchant Siggyl Consultants Limited. Using this website, they faked a total of 452 subscriptions and charged 797 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 8 July 2020 in accordance with their previously agreed plan of action. Losses

793

of at least EUR 8.91 up to a maximum of EUR 927.00 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 27,535.85** was incurred via the website ridedickhardcore.com at the expense of 452 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Siggyl Consultants Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,962,674 to 23,963,125.

Attempt (cases 23,963,126 to 23,965,598)

In addition, the accused submitted a further 2,473 fake subscriptions for the website ridedickhardcore.com in the period from 1 January 2020 to 8 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 215,720.81.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,963,126 to 23,965,598.

**540.       scissoringsluts.com**

Completion (cases 23,965,599 to 23,966,142)

The accused operated the website scissoringsluts.com via the bogus merchant WEBFEESALERT WDB. Using this website, they faked a total of 544 subscriptions and charged 1,194 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.90 up to a maximum of EUR 751.77 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 41,254.76** was incurred via the website scissoringsluts.com at the expense of 544 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for WEBFEESALERT WDB. The individual cases are

794

EXT-MIZRACHI-01971

listed in the table attached to the Arrest Warrant for cases 23,965,599 to 23,966,142.

<u>Attempt (cases 23,966,143 to 23,969,326)</u>

In addition, the accused submitted a further 3,184 fake subscriptions for the website scissoringsluts.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 328,439.66.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,966,143 to 23,969,326.

### 541.    screamingasianorgasms.com

<u>Completion (cases 23,969,327 to 23,972,012)</u>

The accused operated the website screamingasianorgasms.com via the bogus merchant Jandery Limited. Using this website, they faked a total of 2,686 subscriptions and charged 9,942 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 January 2017 to 5 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 2,648.54 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 197,449.48** was incurred via the website screamingasianorgasms.com at the expense of 2,686 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Jandery Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,969,327 to 23,972,012.

<u>Attempt (cases 23,972,013 to 23,984,487)</u>

795

EXT-MIZRACHI-01972

In addition, the accused submitted a further 12,475 fake subscriptions for the website screamingasianorgasms.com in the period from 22 January 2017 to 5 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,079,357.63.** The individual cases are listed in the table attached to the Arrest Warrant for cases 23,972,013 to 23,984,487.

**542.      screamingblackorgasms.com**

Completion (cases 23,984,488 to 23,988,240)

The accused operated the website screamingblackorgasms.com via the bogus merchant Audose Limited. Using this website, they faked a total of 3,753 subscriptions and charged 16,787 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.92 up to a maximum of EUR 5,074.63 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 331,383.00** was incurred via the website screamingblackorgasms.com at the expense of 3,753 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Audose Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 23,984,488 to 23,988,240.

Attempt (cases 23,988,241 to 24,006,859)

In addition, the accused submitted a further 18,619 fake subscriptions for the website screamingblackorgasms.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,923,242.04.** The

796

EXT-MIZRACHI-01973

individual cases are listed in the table attached to the Arrest Warrant for cases 23,988,241 to 24,006,859.

### 543.    screaminglatinorgasms.com

Completion (cases 24,006,860 to 24,009,522)

The accused operated the website screaminglatinorgasms.com via the bogus merchant Jandery Limited. Using this website, they faked a total of 2,663 subscriptions and charged 10,098 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,819.98 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 205,257.15** was incurred via the website screaminglatinorgasms.com at the expense of 2,663 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Jandery Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,006,860 to 24,009,522.

Attempt (cases 24,009,523 to 24,022,237)

In addition, the accused submitted a further 12,715 fake subscriptions for the website screaminglatinorgasms.com in the period from 21 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,093,079.32.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,009,523 to 24,022,237.

### 544.    screwthismilf.com

Completion (cases 24,022,238 to 24,024,136)

797

EXT-MIZRACHI-01974

The accused operated the website screwthismilf.com via the bogus merchant BUYERDESKFEES WDB. Using this website, they faked a total of 1,899 subscriptions and charged 6,652 individual monthly transactions to the credit cards of harmed credit card holders in the period from 5 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 3,210.87 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 176,899.46** was incurred via the website screwthismilf.com at the expense of 1,899 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for BUYERDESKFEES WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,022,238 to 24,024,136.

Attempt (cases 24,024,137 to 24,034,453)

In addition, the accused submitted a further 10,317 fake subscriptions for the website screwthismilf.com in the period from 5 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,023,919.89.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,024,137 to 24,034,453.

**545.    scrumptousblackbabes.com**

Completion (cases 24,034,454 to 24,034,798)

The accused operated the website scrumptousblackbabes.com via the bogus merchant Stanfor Limited. Using this website, they faked a total of 345 subscriptions and charged 663 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of

798

at least EUR 9.04 up to a maximum of EUR 1,067.01 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 23,252.57** was incurred via the website scrumptousblackbabes.com at the expense of 345 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Stanfor Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,034,454 to 24,034,798.

Attempt (cases 24,034,799 to 24,037,148)

In addition, the accused submitted a further 2,350 fake subscriptions for the website scrumptousblackbabes.com in the period from 1 January 2020 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 200,412.95.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,034,799 to 24,037,148.

### 546.    secretebonyfling.com

Completion (cases 24,037,149 to 24,038,551)

The accused operated the website secretebonyfling.com via the bogus merchant FEEWIRED WDB. Using this website, they faked a total of 1,403 subscriptions and charged 4,852 individual monthly transactions to the credit cards of harmed credit card holders in the period from 6 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 2,475.49 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 131,929.89** was incurred via the website secretebonyfling.com at the expense of 1,403 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's

799

EXT-MIZRACHI-01976

escrow account held for FEEWIRED WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,037,149 to 24,038,551.

<u>Attempt (cases 24,038,552 to 24,046,175)</u>

In addition, the accused submitted a further 7,624 fake subscriptions for the website secretebonyfling.com in the period from 6 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 708,774.04.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,038,552 to 24,046,175.

### 547.    secretlatinlovers.com

<u>Completion (cases 24,046,176 to 24,047,164)</u>

The accused operated the website secretlatinlovers.com via the bogus merchant Ingic Trading Limited. Using this website, they faked a total of 989 subscriptions and charged 5,037 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 27 June 2017 in accordance with their previously agreed plan of action. Losses of at least EUR 1.14 up to a maximum of EUR 668.61 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 86,592.51** was incurred via the website secretlatinlovers.com at the expense of 989 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Ingic Trading Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,046,176 to 24,047,164.

<u>Attempt (cases 24,047,165 to 24,051,727)</u>

In addition, the accused submitted a further 4,563 fake subscriptions for the website secretlatinlovers.com in the period from 1 June 2016 to 27 June 2017,

800

EXT-MIZRACHI-01977

which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 384,371.99.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,047,165 to 24,051,727.

### 548.    seductiveasiandragonladies.com

Completion (cases 24,051,728 to 24,054,630)

The accused operated the website seductiveasiandragonladies.com via the bogus merchant Emimar Services Ltd. Using this website, they faked a total of 2,903 subscriptions and charged 11,800 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,798.83 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 221,110.73** was incurred via the website seductiveasiandragonladies.com at the expense of 2,903 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Emimar Services Ltd. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,051,728 to 24,054,630.

Attempt (cases 24,054,631 to 24,068,352)

In addition, the accused submitted a further 13,722 fake subscriptions for the website seductiveasiandragonladies.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,215,744.65.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,054,631 to 24,068,352.

801

EXT-MIZRACHI-01978

**549.      sensuallatinbeauties.com**

Completion (cases 24,068,353 to 24,069,230)

The accused operated the website sensuallatinbeauties.com via the bogus merchant Volcost Investments Limited. Using this website, they faked a total of 878 subscriptions and charged 2,941 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 14 January 2017 in accordance with their previously agreed plan of action. Losses of at least EUR 1.14 up to a maximum of EUR 543.77 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 67,375.58** was incurred via the website sensuallatinbeauties.com at the expense of 878 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Volcost Investments Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,068,353 to 24,069,230.

Attempt (cases 24,069,231 to 24,072,542)

In addition, the accused submitted a further 3,312 fake subscriptions for the website sensuallatinbeauties.com in the period from 1 January 2016 to 14 January 2017, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 267,017.50.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,069,231 to 24,072,542.

**550.      sexcrazedblackqueens.com**

Completion (cases 24,072,543 to 24,074,847)

The accused operated the website sexcrazedblackqueens.com via the bogus merchant YUVA COMPANY Ltd. Using this website, they faked a total of

802

EXT-MIZRACHI-01979

2,305 subscriptions and charged 9,964 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 27 June 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.12 up to a maximum of EUR 680.07 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 187,896.68** was incurred via the website sexcrazedblackqueens.com at the expense of 2,305 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for YUVA COMPANY Ltd. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,072,543 to 24,074,847.

Attempt (cases 24,074,848 to 24,084,275)

In addition, the accused submitted a further 9,428 fake subscriptions for the website sexcrazedblackqueens.com in the period from 1 January 2016 to 27 June 2017, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 916,669.47.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,074,848 to 24,084,275.

**551.    sexdvdarchive.com**

Completion (cases 24,084,276 to 24,086,260)

The accused operated the website sexdvdarchive.com via the bogus merchant DNS Web Media Limited. Using this website, they faked a total of 1,985 subscriptions and charged 644 individual monthly transactions to the credit cards of harmed credit card holders in the period from 31 January 2017 to 1 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.99 up to a maximum of EUR 388.13 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 7,816.11** was incurred via the website sexdvdarchive.com at the expense of 1,985

803

EXT-MIZRACHI-01980

credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for DNS Web Media Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,084,276 to 24,086,260.

Attempt (cases 24,086,261 to 24,090,933)

In addition, the accused submitted a further 4,673 fake subscriptions for the website sexdvdarchive.com in the period from 31 January 2017 to 1 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 26,940.43.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,086,261 to 24,090,933.

### 552.    sexforamateursluts.com

Completion (cases 24,090,934 to 24,091,508)

The accused operated the website sexforamateursluts.com via the bogus merchant Jilinex Holdings Limited. Using this website, they faked a total of 575 subscriptions and charged 1,989 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 6 January 2017 in accordance with their previously agreed plan of action. Losses of at least EUR 1.14 up to a maximum of EUR 495.86 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 36,384.65** was incurred via the website sexforamateursluts.com at the expense of 575 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Jilinex Holdings Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,090,934 to 24,091,508.

Attempt (cases 24,091,509 to 24,094,136)

804

EXT-MIZRACHI-01981

In addition, the accused submitted a further 2,628 fake subscriptions for the website sexforamateursluts.com in the period from 1 June 2016 to 6 January 2017, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 166,573.87.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,091,509 to 24,094,136.

### 553.      sexiestmilfsaround.com

Completion (cases 24,094,137 to 24,097,914)

The accused operated the website sexiestmilfsaround.com via the bogus merchant Esvo Enterprises Limited. Using this website, they faked a total of 3,778 subscriptions and charged 15,102 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 4,791.45 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 341,354.60** was incurred via the website sexiestmilfsaround.com at the expense of 3,778 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Esvo Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,094,137 to 24,097,914.

Attempt (cases 24,097,915 to 24,116,332)

In addition, the accused submitted a further 18,418 fake subscriptions for the website sexiestmilfsaround.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,965,662.53.** The

805

EXT-MIZRACHI-01982

individual cases are listed in the table attached to the Arrest Warrant for cases 24,097,915 to 24,116,332.

**554.      sexmehardcore.com**

Completion (cases 24,116,333 to 24,120,188)

The accused operated the website sexmehardcore.com via the bogus merchant Passage Controls Limited. Using this website, they faked a total of 3,856 subscriptions and charged 14,512 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,874.60 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 300,687.95** was incurred via the website sexmehardcore.com at the expense of 3,856 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Passage Controls Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,116,333 to 24,120,188.

Attempt (cases 24,120,189 to 24,137,480)

In addition, the accused submitted a further 17,292 fake subscriptions for the website sexmehardcore.com in the period from 1 June 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,551,342.62.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,120,189 to 24,137,480.

**555.      sexmyamateurass.com**

Completion (cases 24,137,481 to 24,141,175)

806

EXT-MIZRACHI-01983

The accused operated the website sexmyamateurass.com via the bogus merchant Canderstone Limited. Using this website, they faked a total of 3,695 subscriptions and charged 15,964 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.05 up to a maximum of EUR 4,154.75 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 330,662.40** was incurred via the website sexmyamateurass.com at the expense of 3,695 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Canderstone Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,137,481 to 24,141,175.

Attempt (cases 24,141,176 to 24,159,905)

In addition, the accused submitted a further 18,730 fake subscriptions for the website sexmyamateurass.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,922,387.93.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,141,176 to 24,159,905.

## 556.     sexpartieshardcore.com

Completion (cases 24,159,906 to 24,164,027)

The accused operated the website sexpartieshardcore.com via the bogus merchant Daltom Consultancy Limited. Using this website, they faked a total of 4,122 subscriptions and charged 17,217 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 9 July 2020 in accordance with their previously agreed plan of action. Losses

807

EXT-MIZRACHI-01984

of at least EUR 0.87 up to a maximum of EUR 4,198.41 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 327,177.52** was incurred via the website sexpartieshardcore.com at the expense of 4,122 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Daltom Consultancy Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,159,906 to 24,164,027.

Attempt (cases 24,164,028 to 24,182,593)

In addition, the accused submitted a further 18,566 fake subscriptions for the website sexpartieshardcore.com in the period from 1 January 2016 to 9 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,927,043.36.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,164,028 to 24,182,593.

557.     **sexualasianlovers.com**

Completion (cases 24,182,594 to 24,184,462)

The accused operated the website sexualasianlovers.com via the bogus merchant DEBTPAYDOCUMENT WDB. Using this website, they faked a total of 1,869 subscriptions and charged 5,765 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,588.54 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 145,082.48** was incurred via the website sexualasianlovers.com at the expense of 1,869 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for DEBTPAYDOCUMENT WDB. The

808

individual cases are listed in the table attached to the Arrest Warrant for cases 24,182,594 to 24,184,462.

Attempt (cases 24,184,463 to 24,193,367)

In addition, the accused submitted a further 8,905 fake subscriptions for the website sexualasianlovers.com in the period from 8 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 762,594.21.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,184,463 to 24,193,367.

## 558.    sexualfirsts.com

Completion (cases 24,193,368 to 24,195,280)

The accused operated the website sexualfirsts.com via the bogus merchant Esent Limited. Using this website, they faked a total of 1,913 subscriptions and charged 6,323 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.00 up to a maximum of EUR 2,377.60 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 166,048.45** was incurred via the website sexualfirsts.com at the expense of 1,913 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Esent Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,193,368 to 24,195,280.

Attempt (cases 24,195,281 to 24,205,026)

In addition, the accused submitted a further 9,746 fake subscriptions for the website sexualfirsts.com in the period from 21 January 2017 to 6 July 2020,

809

EXT-MIZRACHI-01986

which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 858,961.06.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,195,281 to 24,205,026.

### 559.     sexwithasiangirls.com

Completion (cases 24,205,027 to 24,207,262)

The accused operated the website sexwithasiangirls.com via the bogus merchant USERPOSTREPS WDB. Using this website, they faked a total of 2,236 subscriptions and charged 8,235 individual monthly transactions to the credit cards of harmed credit card holders in the period from 7 November 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 2,199.04 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 179,747.13** was incurred via the website sexwithasiangirls.com at the expense of 2,236 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for USERPOSTREPS WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,205,027 to 24,207,262.

Attempt (cases 24,207,263 to 24,219,830)

In addition, the accused submitted a further 12,568 fake subscriptions for the website sexwithasiangirls.com in the period from 7 November 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,026,386.98.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,207,263 to 24,219,830.

810

**560.    sexyamateurfourplay.com**

Completion (cases 24,219,831 to 24,221,266)

The accused operated the website sexyamateurfourplay.com via the bogus merchant Force Stock Limited. Using this website, they faked a total of 1,436 subscriptions and charged 5,303 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,487.22 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 111,603.78** was incurred via the website sexyamateurfourplay.com at the expense of 1,436 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Force Stock Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,219,831 to 24,221,266.

Attempt (cases 24,221,267 to 24,227,516)

In addition, the accused submitted a further 6,250 fake subscriptions for the website sexyamateurfourplay.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 554,186.67.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,221,267 to 24,227,516.

**561.    sexyasianconcubine.com**

Completion (cases 24,227,517 to 24,229,981)

The accused operated the website sexyasianconcubine.com via the bogus merchant Danwel Seasons Limited. Using this website, they faked a total of

811

2,465 subscriptions and charged 7,641 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,578.96 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 189,491.00** was incurred via the website sexyasianconcubine.com at the expense of 2,465 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Danwel Seasons Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,227,517 to 24,229,981.

Attempt (cases 24,229,982 to 24,242,027)

In addition, the accused submitted a further 12,046 fake subscriptions for the website sexyasianconcubine.com in the period from 22 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,012,651.23.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,229,982 to 24,242,027.

562.    **sexyasiancumlovers.com**

Completion (cases 24,242,028 to 24,243,843)

The accused operated the website sexyasiancumlovers.com via the bogus merchant Locent Limited. Using this website, they faked a total of 1,816 subscriptions and charged 5,023 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,601.90 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 127,992.04** was incurred via the website sexyasiancumlovers.com at the

812

EXT-MIZRACHI-01989

expense of 1,816 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Locent Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,242,028 to 24,243,843.

Attempt (cases 24,243,844 to 24,253,458)

In addition, the accused submitted a further 9,615 fake subscriptions for the website sexyasiancumlovers.com in the period from 21 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 824,192.49.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,243,844 to 24,253,458.

### 563.    sexyasianhotpussy.com

Completion (cases 24,253,459 to 24,253,753)

The accused operated the website sexyasianhotpussy.com via the bogus merchant Ultrafixa Limited. Using this website, they faked a total of 295 subscriptions and charged 614 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.00 up to a maximum of EUR 515.34 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 22,248.68** was incurred via the website sexyasianhotpussy.com at the expense of 295 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Ultrafixa Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,253,459 to 24,253,753.

813

EXT-MIZRACHI-01990

Attempt (cases 24,253,754 to 24,255,562)

In addition, the accused submitted a further 1,809 fake subscriptions for the website sexyasianhotpussy.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 160,306.25.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,253,754 to 24,255,562.

**564.       sexyblacksexfriends.com**

Completion (cases 24,255,563 to 24,257,341)

The accused operated the website sexyblacksexfriends.com via the bogus merchant Epilum Limited. Using this website, they faked a total of 1,779 subscriptions and charged 5,515 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,874.08 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 167,460.84** was incurred via the website sexyblacksexfriends.com at the expense of 1,779 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Epilum Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,255,563 to 24,257,341.

Attempt (cases 24,257,342 to 24,267,179)

In addition, the accused submitted a further 9,838 fake subscriptions for the website sexyblacksexfriends.com in the period from 21 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects

814

attempted to unlawfully obtain a total amount of **EUR 818,062.84.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,257,342 to 24,267,179.

**565.        sexyhardcorecreampies.com**

Completion (cases 24,267,180 to 24,270,682)

The accused operated the website sexyhardcorecreampies.com via the bogus merchant Frontose Limited. Using this website, they faked a total of 3,503 subscriptions and charged 14,375 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.87 up to a maximum of EUR 5,090.20 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 291,443.75** was incurred via the website sexyhardcorecreampies.com at the expense of 3,503 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Frontose Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,267,180 to 24,270,682.

Attempt (cases 24,270,683 to 24,285,834)

In addition, the accused submitted a further 15,152 fake subscriptions for the website sexyhardcorecreampies.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,648,779.84.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,270,683 to 24,285,834.

**566.        sexyhardcoresex.com**

815

EXT-MIZRACHI-01992

<u>Completion (cases 24,285,835 to 24,286,219)</u>

The accused operated the website sexyhardcoresex.com via the bogus merchant Tre Stativ Limited. Using this website, they faked a total of 385 subscriptions and charged 811 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.89 up to a maximum of EUR 371.58 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 27,795.67** was incurred via the website sexyhardcoresex.com at the expense of 385 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Tre Stativ Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,285,835 to 24,286,219.

<u>Attempt (cases 24,286,220 to 24,288,674)</u>

In addition, the accused submitted a further 2,455 fake subscriptions for the website sexyhardcoresex.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 215,759.03.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,286,220 to 24,288,674.

## 567.    **sexylatinlover.com**

<u>Completion (cases 24,288,675 to 24,290,622)</u>

The accused operated the website sexylatinlover.com via the bogus merchant Volume Enterprises Limited. Using this website, they faked a total of 1,948 subscriptions and charged 6,999 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of

816

EXT-MIZRACHI-01993

at least EUR 0.00 up to a maximum of EUR 4,062.52 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 169,856.69** was incurred via the website sexylatinlover.com at the expense of 1,948 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Volume Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,288,675 to 24,290,622.

Attempt (cases 24,290,623 to 24,301,029)

In addition, the accused submitted a further 10,407 fake subscriptions for the website sexylatinlover.com in the period from 18 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 892,367.19.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,290,623 to 24,301,029.

**568.     sexylatinlovers.com**

Completion (cases 24,301,030 to 24,304,463)

The accused operated the website sexylatinlovers.com via the bogus merchant Botben Limited. Using this website, they faked a total of 3,434 subscriptions and charged 15,457 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.00 up to a maximum of EUR 3,226.13 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 295,677.89** was incurred via the website sexylatinlovers.com at the expense of 3,434 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's

817

escrow account held for Botben Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,301,030 to 24,304,463.

<u>Attempt (cases 24,304,464 to 24,321,593)</u>

In addition, the accused submitted a further 17,130 fake subscriptions for the website sexylatinlovers.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,719,317.80.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,304,464 to 24,321,593.

### 569.    sexylatinmamas.com

<u>Completion (cases 24,321,594 to 24,324,065)</u>

The accused operated the website sexylatinmamas.com via the bogus merchant Danwel Seasons Limited. Using this website, they faked a total of 2,472 subscriptions and charged 7,693 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,181.53 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 197,436.63** was incurred via the website sexylatinmamas.com at the expense of 2,472 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Danwel Seasons Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,321,594 to 24,324,065.

<u>Attempt (cases 24,324,066 to 24,336,060)</u>

818

EXT-MIZRACHI-01995

In addition, the accused submitted a further 11,995 fake subscriptions for the website sexylatinmamas.com in the period from 22 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,006,330.62.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,324,066 to 24,336,060.

### 570.      sexymilfadventures.com

Completion (cases 24,336,061 to 24,337,845)

The accused operated the website sexymilfadventures.com via the bogus merchant Enzize Limited. Using this website, they faked a total of 1,785 subscriptions and charged 5,783 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,472.17 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 154,293.19** was incurred via the website sexymilfadventures.com at the expense of 1,785 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Enzize Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,336,061 to 24,337,845.

Attempt (cases 24,337,846 to 24,347,657)

In addition, the accused submitted a further 9,812 fake subscriptions for the website sexymilfadventures.com in the period from 21 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 835,120.31.** The

819

EXT-MIZRACHI-01996

individual cases are listed in the table attached to the Arrest Warrant for cases 24,337,846 to 24,347,657.

**571.    sexymilfclub.com**

Completion (cases 24,347,658 to 24,349,124)

The accused operated the website sexymilfclub.com via the bogus merchant Heldige Grain Limited. Using this website, they faked a total of 1,467 subscriptions and charged 4,730 individual monthly transactions to the credit cards of harmed credit card holders in the period from 2 June 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,853.66 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 114,641.21** was incurred via the website sexymilfclub.com at the expense of 1,467 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Heldige Grain Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,347,658 to 24,349,124.

Attempt (cases 24,349,125 to 24,355,676)

In addition, the accused submitted a further 6,552 fake subscriptions for the website sexymilfclub.com in the period from 2 June 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 565,742.73.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,349,125 to 24,355,676.

**572.    sexymilfsgalore.com**

Completion (cases 24,355,677 to 24,356,212)

820

EXT-MIZRACHI-01997

The accused operated the website sexymilfsgalore.com via the bogus merchant BILLFEECENTER WDB. Using this website, they faked a total of 536 subscriptions and charged 1,399 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 3.14 up to a maximum of EUR 986.44 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 50,669.26** was incurred via the website sexymilfsgalore.com at the expense of 536 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for BILLFEECENTER WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,355,677 to 24,356,212.

Attempt (cases 24,356,213 to 24,359,446)

In addition, the accused submitted a further 3,234 fake subscriptions for the website sexymilfsgalore.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 307,094.50.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,356,213 to 24,359,446.

**573.     sexysquirtingmilfs.com**

Completion (cases 24,359,447 to 24,359,704)

The accused operated the website sexysquirtingmilfs.com via the bogus merchant Susor Limited. Using this website, they faked a total of 258 subscriptions and charged 486 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.00 up to a maximum of EUR 614.09 were incurred for each

821

fake subscription. In the above-mentioned period, a total loss of **EUR 17,310.99** was incurred via the website sexysquirtingmilfs.com at the expense of 258 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Susor Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,359,447 to 24,359,704.

Attempt (cases 24,359,705 to 24,361,242)

In addition, the accused submitted a further 1,538 fake subscriptions for the website sexysquirtingmilfs.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 149,255.18.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,359,705 to 24,361,242.

## 574.    sexyxxxlesbos.com

Completion (cases 24,361,243 to 24,363,513)

The accused operated the website sexyxxxlesbos.com via the bogus merchant TASKJOINS WDB. Using this website, they faked a total of 2,271 subscriptions and charged 7,249 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,733.46 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 199,014.81** was incurred via the website sexyxxxlesbos.com at the expense of 2,271 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for TASKJOINS WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,361,243 to 24,363,513.

822

EXT-MIZRACHI-01999

Attempt (cases 24,363,514 to 24,375,859)

In addition, the accused submitted a further 12,346 fake subscriptions for the website sexyxxxlesbos.com in the period from 9 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,134,949.48.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,363,514 to 24,375,859.

**575.      shelikesemhung.com**

Completion (cases 24,375,860 to 24,378,092)

The accused operated the website shelikesemhung.com via the bogus merchant CHARGEBILS WDB. Using this website, they faked a total of 2,233 subscriptions and charged 7,665 individual monthly transactions to the credit cards of harmed credit card holders in the period from 10 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,338.94 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 195,179.09** was incurred via the website shelikesemhung.com at the expense of 2,233 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for CHARGEBILS WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,375,860 to 24,378,092.

Attempt (cases 24,378,093 to 24,390,228)

In addition, the accused submitted a further 12,136 fake subscriptions for the website shelikesemhung.com in the period from 10 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects

823

EXT-MIZRACHI-02000

attempted to unlawfully obtain a total amount of **EUR 1,046,068.52.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,378,093 to 24,390,228.

**576.    shesaroughrider.com**

Completion (cases 24,390,229 to 24,391,085)

The accused operated the website shesaroughrider.com via the bogus merchant TOOLSREPS WDB. Using this website, they faked a total of 857 subscriptions and charged 2,319 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 December 2018 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,181.86 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 79,789.55** was incurred via the website shesaroughrider.com at the expense of 857 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for TOOLSREPS WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,390,229 to 24,391,085.

Attempt (cases 24,391,086 to 24,396,695)

In addition, the accused submitted a further 5,610 fake subscriptions for the website shesaroughrider.com in the period from 18 December 2018 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 555,785.41.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,391,086 to 24,396,695.

**577.    shesneverdoneitbefore.com**

Completion (cases 24,396,696 to 24,397,035)

824

The accused operated the website shesneverdoneitbefore.com via the bogus merchant FEESETSPAY WDB. Using this website, they faked a total of 340 subscriptions and charged 880 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.75 up to a maximum of EUR 1,195.33 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 30,908.93** was incurred via the website shesneverdoneitbefore.com at the expense of 340 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for FEESETSPAY WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,396,696 to 24,397,035.

Attempt (cases 24,397,036 to 24,399,056)

In addition, the accused submitted a further 2,021 fake subscriptions for the website shesneverdoneitbefore.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 216,685.90.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,397,036 to 24,399,056.

578.    **shewantsithardcore.com**

Completion (cases 24,399,057 to 24,402,692)

The accused operated the website shewantsithardcore.com via the bogus merchant Buslaw Ventures Ltd. Using this website, they faked a total of 3,636 subscriptions and charged 17,681 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of

825

EXT-MIZRACHI-02002

at least EUR 0.00 up to a maximum of EUR 3,113.30 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 308,911.71** was incurred via the website shewantsithardcore.com at the expense of 3,636 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Buslaw Ventures Ltd. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,399,057 to 24,402,692.

Attempt (cases 24,402,693 to 24,421,297)

In addition, the accused submitted a further 18,605 fake subscriptions for the website shewantsithardcore.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,834,775.91.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,402,693 to 24,421,297.

**579.    shewantstotrythedick.com**

Completion (cases 24,421,298 to 24,423,461)

The accused operated the website shewantstotrythedick.com via the bogus merchant INFOCREWBIL WDB. Using this website, they faked a total of 2,164 subscriptions and charged 7,375 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,526.88 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 178,961.04** was incurred via the website shewantstotrythedick.com at the expense of 2,164 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for INFOCREWBIL WDB. The individual cases

826

are listed in the table attached to the Arrest Warrant for cases 24,421,298 to 24,423,461.

Attempt (cases 24,423,462 to 24,435,823)

In addition, the accused submitted a further 12,362 fake subscriptions for the website shewantstotrythedick.com in the period from 8 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,000,326.83.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,423,462 to 24,435,823.

## 580.    shyamateurfirstshow.com

Completion (cases 24,435,824 to 24,439,246)

The accused operated the website shyamateurfirstshow.com via the bogus merchant Highblack Limited. Using this website, they faked a total of 3,423 subscriptions and charged 13,638 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 14,467.35 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 296,360.52** was incurred via the website shyamateurfirstshow.com at the expense of 3,423 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Highblack Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,435,824 to 24,439,246.

Attempt (cases 24,439,247 to 24,455,794)

827

EXT-MIZRACHI-02004

In addition, the accused submitted a further 16,548 fake subscriptions for the website shyamateurfirstshow.com in the period from 1 June 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,570,659.85.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,439,247 to 24,455,794.

**581.      slaphertwat.com**

Completion (cases 24,455,795 to 24,456,247)

The accused operated the website slaphertwat.com via the bogus merchant DATASERVEFEES WDB. Using this website, they faked a total of 453 subscriptions and charged 1,101 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 8 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.91 up to a maximum of EUR 670.84 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 38,936.56** was incurred via the website slaphertwat.com at the expense of 453 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for DATASERVEFEES WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,455,795 to 24,456,247.

Attempt (cases 24,456,248 to 24,459,509)

In addition, the accused submitted a further 3,262 fake subscriptions for the website slaphertwat.com in the period from 1 January 2020 to 8 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 320,552.47.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,456,248 to 24,459,509.

828

EXT-MIZRACHI-02005

**582.      sluttyamateurbabes.com**

Completion (cases 24,459,510 to 24,462,246)

The accused operated the website sluttyamateurbabes.com via the bogus merchant Fireway Enterprises Limited. Using this website, they faked a total of 2,737 subscriptions and charged 12,697 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,533.62 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 240,179.44** was incurred via the website sluttyamateurbabes.com at the expense of 2,737 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fireway Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,459,510 to 24,462,246.

Attempt (cases 24,462,247 to 24,476,189)

In addition, the accused submitted a further 13,943 fake subscriptions for the website sluttyamateurbabes.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,201,622.14.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,462,247 to 24,476,189.

**583.      smalltittyasians.com**

Completion (cases 24,476,190 to 24,476,727)

829

EXT-MIZRACHI-02006

The accused operated the website smalltittyasians.com via the bogus merchant DESKTECHSPAY WDB. Using this website, they faked a total of 538 subscriptions and charged 1,189 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 8 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.87 up to a maximum of EUR 684.96 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 44,734.96** was incurred via the website smalltittyasians.com at the expense of 538 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for DESKTECHSPAY WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,476,190 to 24,476,727.

Attempt (cases 24,476,728 to 24,480,064)

In addition, the accused submitted a further 3,337 fake subscriptions for the website smalltittyasians.com in the period from 1 January 2020 to 8 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 327,840.87.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,476,728 to 24,480,064.

**584.      soccermommilfs.com**

Completion (cases 24,480,065 to 24,482,787)

The accused operated the website soccermommilfs.com via the bogus merchant Hadleigh Systems Limited. Using this website, they faked a total of 2,723 subscriptions and charged 12,417 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.93 up to a maximum of EUR 2,382.09 were incurred for each

830

fake subscription. In the above-mentioned period, a total loss of **EUR 240,181.45** was incurred via the website soccermommilfs.com at the expense of 2,723 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Hadleigh Systems Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,480,065 to 24,482,787.

Attempt (cases 24,482,788 to 24,498,336)

In addition, the accused submitted a further 15,549 fake subscriptions for the website soccermommilfs.com in the period from 1 January 2016 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,345,219.87.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,482,788 to 24,498,336.

## 585.    sogoodithurtsxxx.com

Completion (cases 24,498,337 to 24,498,680)

The accused operated the website sogoodithurtsxxx.com via the bogus merchant TIMECUST WDB. Using this website, they faked a total of 344 subscriptions and charged 701 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 5 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 9.04 up to a maximum of EUR 741.28 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 25,035.39** was incurred via the website sogoodithurtsxxx.com at the expense of 344 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for TIMECUST WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,498,337 to 24,498,680.

831

EXT-MIZRACHI-02008

Attempt (cases 24,498,681 to 24,500,789)

In addition, the accused submitted a further 2,109 fake subscriptions for the website sogoodithurtsxxx.com in the period from 1 January 2020 to 5 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 183,379.97.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,498,681 to 24,500,789.

### 586.    spankmyblackasshard.com

Completion (cases 24,500,790 to 24,502,558)

The accused operated the website spankmyblackasshard.com via the bogus merchant Kauko Limited. Using this website, they faked a total of 1,769 subscriptions and charged 4,968 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.00 up to a maximum of EUR 2,516.56 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 126,314.38** was incurred via the website spankmyblackasshard.com at the expense of 1,769 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Kauko Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,500,790 to 24,502,558.

Attempt (cases 24,502,559 to 24,511,648)

In addition, the accused submitted a further 9,090 fake subscriptions for the website spankmyblackasshard.com in the period from 8 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and

832

EXT-MIZRACHI-02009

the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 746,091.63.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,502,559 to 24,511,648.

### 587.      spicyhotlatindivas.com

Completion (cases 24,511,649 to 24,513,137)

The accused operated the website spicyhotlatindivas.com via the bogus merchant Heldige Grain Limited. Using this website, they faked a total of 1,489 subscriptions and charged 4,575 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.90 up to a maximum of EUR 1,470.19 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 119,211.98** was incurred via the website spicyhotlatindivas.com at the expense of 1,489 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Heldige Grain Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,511,649 to 24,513,137.

Attempt (cases 24,513,138 to 24,519,704)

In addition, the accused submitted a further 6,567 fake subscriptions for the website spicyhotlatindivas.com in the period from 1 June 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 571,479.93.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,513,138 to 24,519,704.

### 588.      spicylatinpussy.com

833

EXT-MIZRACHI-02010

<u>Completion (cases 24,519,705 to 24,522,617)</u>

The accused operated the website spicylatinpussy.com via the bogus merchant Emimar Services Ltd. Using this website, they faked a total of 2,913 subscriptions and charged 10,819 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,854.84 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 225,261.15** was incurred via the website spicylatinpussy.com at the expense of 2,913 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Emimar Services Ltd. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,519,705 to 24,522,617.

<u>Attempt (cases 24,522,618 to 24,536,681)</u>

In addition, the accused submitted a further 14,064 fake subscriptions for the website spicylatinpussy.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,255,671.85.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,522,618 to 24,536,681.

**589.     squirtthatblackpussy.com**

<u>Completion (cases 24,536,682 to 24,537,076)</u>

The accused operated the website squirtthatblackpussy.com via the bogus merchant Unor Limited. Using this website, they faked a total of 395 subscriptions and charged 740 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7

834

EXT-MIZRACHI-02011

July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.92 up to a maximum of EUR 706.92 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 25,055.67** was incurred via the website squirtthatblackpussy.com at the expense of 395 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Unor Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,536,682 to 24,537,076.

Attempt (cases 24,537,077 to 24,539,563)

In addition, the accused submitted a further 2,487 fake subscriptions for the website squirtthatblackpussy.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 224,354.65.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,537,077 to 24,539,563.

### 590.      steamymilfs.com

Completion (cases 24,539,564 to 24,539,905)

The accused operated the website steamymilfs.com via the bogus merchant Stanfor Limited. Using this website, they faked a total of 342 subscriptions and charged 701 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 9.21 up to a maximum of EUR 986.44 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 25,338.29** was incurred via the website steamymilfs.com at the expense of 342 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account

835

EXT-MIZRACHI-02012

held for Stanfor Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,539,564 to 24,539,905.

Attempt (cases 24,539,906 to 24,542,198)

In addition, the accused submitted a further 2,293 fake subscriptions for the website steamymilfs.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 198,887.59.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,539,906 to 24,542,198.

### 591.    suckthemamateurboobies.com

Completion (cases 24,542,199 to 24,545,748)

The accused operated the website suckthemamateurboobies.com via the bogus merchant Brightlink Services Limited. Using this website, they faked a total of 3,550 subscriptions and charged 15,896 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.00 up to a maximum of EUR 3,672.94 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 311,717.50** was incurred via the website suckthemamateurboobies.com at the expense of 3,550 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Brightlink Services Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,542,199 to 24,545,748.

Attempt (cases 24,545,749 to 24,564,301)

836

EXT-MIZRACHI-02013

In addition, the accused submitted a further 18,553 fake subscriptions for the website suckthemamateurboobies.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,884,668.66.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,545,749 to 24,564,301.

**592.      suckthemasianboobs.com**

Completion (cases 24,564,302 to 24,567,761)

The accused operated the website suckthemasianboobs.com via the bogus merchant Brightlink Services Limited. Using this website, they faked a total of 3,460 subscriptions and charged 16,285 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.05 up to a maximum of EUR 4,961.09 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 340,346.13** was incurred via the website suckthemasianboobs.com at the expense of 3,460 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Brightlink Services Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,564,302 to 24,567,761.

Attempt (cases 24,567,762 to 24,585,955)

In addition, the accused submitted a further 18,194 fake subscriptions for the website suckthemasianboobs.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,822,795.62.** The

837

EXT-MIZRACHI-02014

individual cases are listed in the table attached to the Arrest Warrant for cases 24,567,762 to 24,585,955.

**593.     superrockinasianbooty.com**

Completion (cases 24,585,956 to 24,586,396)

The accused operated the website superrockinasianbooty.com via the bogus merchant Rhyile Limited. Using this website, they faked a total of 441 subscriptions and charged 828 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.78 up to a maximum of EUR 330.20 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 27,726.78** was incurred via the website superrockinasianbooty.com at the expense of 441 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Rhyile Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,585,956 to 24,586,396.

Attempt (cases 24,586,397 to 24,588,806)

In addition, the accused submitted a further 2,410 fake subscriptions for the website superrockinasianbooty.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 217,188.91.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,586,397 to 24,588,806.

**594.     sweetebonypussy.com**

Completion (cases 24,588,807 to 24,591,145)

838

EXT-MIZRACHI-02015

The accused operated the website sweetebonypussy.com via the bogus merchant Fjellet Limited. Using this website, they faked a total of 2,339 subscriptions and charged 7,777 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 2,899.78 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 173,572.05** was incurred via the website sweetebonypussy.com at the expense of 2,339 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fjellet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,588,807 to 24,591,145.

Attempt (cases 24,591,146 to 24,603,861)

In addition, the accused submitted a further 12,716 fake subscriptions for the website sweetebonypussy.com in the period from 21 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 991,361.53.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,591,146 to 24,603,861.

**595.    sweetlatinsex.com**

Completion (cases 24,603,862 to 24,606,440)

The accused operated the website sweetlatinsex.com via the bogus merchant Newtheme Limited. Using this website, they faked a total of 2,579 subscriptions and charged 9,213 individual monthly transactions to the credit cards of harmed credit card holders in the period from 20 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of

839

EXT-MIZRACHI-02016

at least EUR 0.88 up to a maximum of EUR 1,809.77 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 211,225.04** was incurred via the website sweetlatinsex.com at the expense of 2,579 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Newtheme Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,603,862 to 24,606,440.

Attempt (cases 24,606,441 to 24,619,765)

In addition, the accused submitted a further 13,325 fake subscriptions for the website sweetlatinsex.com in the period from 20 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,174,005.72.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,606,441 to 24,619,765.

## 596.    sweetmilfpussy.com

Completion (cases 24,619,766 to 24,621,106)

The accused operated the website sweetmilfpussy.com via the bogus merchant Animent Limited. Using this website, they faked a total of 1,341 subscriptions and charged 4,346 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.05 up to a maximum of EUR 1,455.98 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 109,393.47** was incurred via the website sweetmilfpussy.com at the expense of 1,341 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Animent Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,619,766 to 24,621,106.

840

Attempt (cases 24,621,107 to 24,628,468)

In addition, the accused submitted a further 7,362 fake subscriptions for the website sweetmilfpussy.com in the period from 9 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 732,906.55.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,621,107 to 24,628,468.

**597.    tamalegirlsgetbanged.com**

Completion (cases 24,628,469 to 24,629,254)

The accused operated the website tamalegirlsgetbanged.com via the bogus merchant Fast Dello Limited. Using this website, they faked a total of 786 subscriptions and charged 2,425 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 December 2018 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,246.10 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 74,111.34** was incurred via the website tamalegirlsgetbanged.com at the expense of 786 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fast Dello Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,628,469 to 24,629,254.

Attempt (cases 24,629,255 to 24,634,755)

In addition, the accused submitted a further 5,501 fake subscriptions for the website tamalegirlsgetbanged.com in the period from 1 December 2018 to 7 July 2020, which ultimately did not lead to the credit cards being charged and

841

EXT-MIZRACHI-02018

the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 471,925.29.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,629,255 to 24,634,755.

### 598.    tasteoflatinapussy.com

Completion (cases 24,634,756 to 24,636,684)

The accused operated the website tasteoflatinapussy.com via the bogus merchant Vimbu Limited. Using this website, they faked a total of 1,929 subscriptions and charged 7,296 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 4,299.50 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 148,776.88** was incurred via the website tasteoflatinapussy.com at the expense of 1,929 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Vimbu Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,634,756 to 24,636,684.

Attempt (cases 24,636,685 to 24,647,077)

In addition, the accused submitted a further 10,393 fake subscriptions for the website tasteoflatinapussy.com in the period from 18 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 953,690.81.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,636,685 to 24,647,077.

### 599.    teasingasiansluts.com

842

<u>Completion (cases 24,647,078 to 24,647,465)</u>

The accused operated the website teasingasiansluts.com via the bogus merchant Pluto Systems Limited. Using this website, they faked a total of 388 subscriptions and charged 743 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.77 up to a maximum of EUR 662.94 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 26,811.73** was incurred via the website teasingasiansluts.com at the expense of 388 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Pluto Systems Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,647,078 to 24,647,465.

<u>Attempt (cases 24,647,466 to 24,649,918)</u>

In addition, the accused submitted a further 2,453 fake subscriptions for the website teasingasiansluts.com in the period from 1 January 2020 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 214,422.44.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,647,466 to 24,649,918.

**600.    theamateursnextdoorsuckitgood.com**

<u>Completion (cases 24,649,919 to 24,650,314)</u>

The accused operated the website theamateursnextdoorsuckitgood.com via the bogus merchant Symatronic Limited. Using this website, they faked a total of 396 subscriptions and charged 773 individual monthly transactions to the

843

EXT-MIZRACHI-02020

credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.97 up to a maximum of EUR 597.14 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 25,700.30** was incurred via the website theamateursnextdoorsuckitgood.com at the expense of 396 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Symatronic Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,649,919 to 24,650,314.

Attempt (cases 24,650,315 to 24,652,751)

In addition, the accused submitted a further 2,437 fake subscriptions for the website theamateursnextdoorsuckitgood.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 210,782.17.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,650,315 to 24,652,751.

601.    **ticklemyanal.com**

Completion (cases 24,652,752 to 24,654,522)

The accused operated the website ticklemyanal.com via the bogus merchant MONEYCHK WDB. Using this website, they faked a total of 1,771 subscriptions and charged 6,633 individual monthly transactions to the credit cards of harmed credit card holders in the period from 5 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.92 up to a maximum of EUR 4,000.58 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 169,903.38** was incurred via the website ticklemyanal.com at the expense of 1,771 credit card holders. This amount was debited from the account of the

844

EXT-MIZRACHI-02021

harmed credit card holder and credited to the payment service provider's escrow account held for MONEYCHK WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,652,752 to 24,654,522.

Attempt (cases 24,654,523 to 24,664,728)

In addition, the accused submitted a further 10,206 fake subscriptions for the website ticklemyanal.com in the period from 5 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 973,382.64.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,654,523 to 24,664,728.

## 602.      tightanalplayforfun.com

Completion (cases 24,664,729 to 24,666,183)

The accused operated the website tightanalplayforfun.com via the bogus merchant Crownland Limited. Using this website, they faked a total of 1,455 subscriptions and charged 7,104 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,063.18 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 139,764.51** was incurred via the website tightanalplayforfun.com at the expense of 1,455 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Crownland Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,664,729 to 24,666,183.

Attempt (cases 24,666,184 to 24,672,829)

845

EXT-MIZRACHI-02022

In addition, the accused submitted a further 6,646 fake subscriptions for the website tightanalplayforfun.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 553,254.81.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,666,184 to 24,672,829.

### 603.    tightandtautamateursluts.com

Completion (cases 24,672,830 to 24,673,858)

The accused operated the website tightandtautamateursluts.com via the bogus merchant Chimera Works Limited. Using this website, they faked a total of 1,029 subscriptions and charged 4,178 individual monthly transactions to the credit cards of harmed credit card holders in the period from 12 December 2018 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.12 up to a maximum of EUR 2,066.08 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 130,564.36** was incurred via the website tightandtautamateursluts.com at the expense of 1,029 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Chimera Works Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,672,830 to 24,673,858.

Attempt (cases 24,673,859 to 24,683,366)

In addition, the accused submitted a further 9,508 fake subscriptions for the website tightandtautamateursluts.com in the period from 12 December 2018 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,025,345.16.**

846

EXT-MIZRACHI-02023

The individual cases are listed in the table attached to the Arrest Warrant for cases 24,673,859 to 24,683,366.

### 604.    tightlatinpussy.com

Completion (cases 24,683,367 to 24,687,003)

The accused operated the website tightlatinpussy.com via the bogus merchant Blanksound Limited. Using this website, they faked a total of 3,637 subscriptions and charged 14,840 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 3,575.69 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 313,382.14** was incurred via the website tightlatinpussy.com at the expense of 3,637 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Blanksound Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,683,367 to 24,687,003.

Attempt (cases 24,687,004 to 24,705,665)

In addition, the accused submitted a further 18,662 fake subscriptions for the website tightlatinpussy.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,866,756.86.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,687,004 to 24,705,665.

### 605.    tightmilfporn.com

Completion (cases 24,705,666 to 24,706,094)

847

The accused operated the website tightmilfporn.com via the bogus merchant Synafront Limited. Using this website, they faked a total of 429 subscriptions and charged 766 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.94 up to a maximum of EUR 711.19 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 27,548.87** was incurred via the website tightmilfporn.com at the expense of 429 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Synafront Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,705,666 to 24,706,094.

Attempt (cases 24,706,095 to 24,708,561)

In addition, the accused submitted a further 2,467 fake subscriptions for the website tightmilfporn.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 216,163.40.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,706,095 to 24,708,561.

**606.** **tightmilfpussy.com**

Completion (cases 24,708,562 to 24,708,992)

The accused operated the website tightmilfpussy.com via the bogus merchant Siggyl Consultants Limited. Using this website, they faked a total of 431 subscriptions and charged 788 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.93 up to a maximum of EUR 368.58 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR**

848

EXT-MIZRACHI-02025

**27,807.48** was incurred via the website tightmilfpussy.com at the expense of 431 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Siggyl Consultants Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,708,562 to 24,708,992.

Attempt (cases 24,708,993 to 24,711,490)

In addition, the accused submitted a further 2,498 fake subscriptions for the website tightmilfpussy.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 212,368.07.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,708,993 to 24,711,490.

**607.      touchmyasianchoochie.com**

Completion (cases 24,711,491 to 24,712,821)

The accused operated the website touchmyasianchoochie.com via the bogus merchant PRICEPAYREP WDB. Using this website, they faked a total of 1,331 subscriptions and charged 4,343 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 2,048.15 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 122,468.58** was incurred via the website touchmyasianchoochie.com at the expense of 1,331 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for PRICEPAYREP WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,711,491 to 24,712,821.

849

EXT-MIZRACHI-02026

Attempt (cases 24,712,822 to 24,720,261)

In addition, the accused submitted a further 7,440 fake subscriptions for the website touchmyasianchoochie.com in the period from 8 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 667,275.05.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,712,822 to 24,720,261.

## 608.    ultimateasiansex.com

Completion (cases 24,720,262 to 24,721,587)

The accused operated the website ultimateasiansex.com via the bogus merchant RETAKEPAY WDB. Using this website, they faked a total of 1,326 subscriptions and charged 4,192 individual monthly transactions to the credit cards of harmed credit card holders in the period from 9 March 2018 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.91 up to a maximum of EUR 2,269.96 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 116,593.50** was incurred via the website ultimateasiansex.com at the expense of 1,326 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for RETAKEPAY WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,720,262 to 24,721,587.

Attempt (cases 24,721,588 to 24,728,910)

In addition, the accused submitted a further 7,323 fake subscriptions for the website ultimateasiansex.com in the period from 9 March 2018 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted

850

EXT-MIZRACHI-02027

to unlawfully obtain a total amount of **EUR 613,708.73.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,721,588 to 24,728,910.

### 609.    ultramilflover.com

Completion (cases 24,728,911 to 24,729,275)

The accused operated the website ultramilflover.com via the bogus merchant BUDGETPMT WDB. Using this website, they faked a total of 365 subscriptions and charged 718 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.97 up to a maximum of EUR 408.74 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 26,317.24** was incurred via the website ultramilflover.com at the expense of 365 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for BUDGETPMT WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,728,911 to 24,729,275.

Attempt (cases 24,729,276 to 24,731,376)

In addition, the accused submitted a further 2,101 fake subscriptions for the website ultramilflover.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 194,252.47.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,729,276 to 24,731,376.

### 610.    warmlesbianpussy.com

Completion (cases 24,731,377 to 24,734,714)

851

EXT-MIZRACHI-02028

The accused operated the website warmlesbianpussy.com via the bogus merchant Dynowire Limited. Using this website, they faked a total of 3,338 subscriptions and charged 13,697 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,818.16 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 261,026.93** was incurred via the website warmlesbianpussy.com at the expense of 3,338 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Dynowire Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,731,377 to 24,734,714.

Attempt (cases 24,734,715 to 24,749,944)

In addition, the accused submitted a further 15,230 fake subscriptions for the website warmlesbianpussy.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,334,088.34.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,734,715 to 24,749,944.

## 611.    wetandwildlesbianliaison.com

Completion (cases 24,749,946 to 24,750,249)

The accused operated the website wetandwildlesbianliaison.com via the bogus merchant SDT Limited. Using this website, they faked a total of 304 subscriptions and charged 725 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of

852

at least EUR 9.02 up to a maximum of EUR 708.57 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 25,397.49** was incurred via the website wetandwildlesbianliaison.com at the expense of 304 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for SDT Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,749,946 to 24,750,249.

Attempt (cases 24,750,250 to 24,752,568)

In addition, the accused submitted a further 2,319 fake subscriptions for the website wetandwildlesbianliaison.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 237,873.75.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,750,250 to 24,752,568.

**612.     wetasianbabes.com**

Completion (cases 24,752,569 to 24,752,887)

The accused operated the website wetasianbabes.com via the bogus merchant Triglade Limited. Using this website, they faked a total of 319 subscriptions and charged 596 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.77 up to a maximum of EUR 423.64 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 21,799.09** was incurred via the website wetasianbabes.com at the expense of 319 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's

853

EXT-MIZRACHI-02030

escrow account held for Triglade Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,752,569 to 24,752,887.

Attempt (cases 24,752,888 to 24,754,843)

In addition, the accused submitted a further 1,956 fake subscriptions for the website wetasianbabes.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 177,212.68.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,752,888 to 24,754,843.

## 613.    wethotasianfacials.com

Completion (cases 24,754,844 to 24,756,243)

The accused operated the website wethotasianfacials.com via the bogus merchant WKCLAIM WDB. Using this website, they faked a total of 1,400 subscriptions and charged 4,758 individual monthly transactions to the credit cards of harmed credit card holders in the period from 6 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.96 up to a maximum of EUR 2,331.39 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 116,706.34** was incurred via the website wethotasianfacials.com at the expense of 1,400 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for WKCLAIM WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,754,844 to 24,756,243.

Attempt (cases 24,756,244 to 24,763,485)

854

In addition, the accused submitted a further 7,242 fake subscriptions for the website wethotasianfacials.com in the period from 6 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 710,935.56.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,756,244 to 24,763,485.

**614.    wetlatinandready.com**

Completion (cases 24,763,486 to 24,765,360)

The accused operated the website wetlatinandready.com via the bogus merchant Canoid Limited. Using this website, they faked a total of 1,875 subscriptions and charged 8,289 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 9 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.03 up to a maximum of EUR 6,970.18 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 174,709.54** was incurred via the website wetlatinandready.com at the expense of 1,875 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Canoid Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,763,486 to 24,765,360.

Attempt (cases 24,765,361 to 24,774,834)

In addition, the accused submitted a further 9,474 fake subscriptions for the website wetlatinandready.com in the period from 1 January 2016 to 9 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 945,972.43.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,765,361 to 24,774,834.

855

EXT-MIZRACHI-02032

**615.    wholelottalatina.com**

Completion (cases 24,774,835 to 24,778,539)

The accused operated the website wholelottalatina.com via the bogus merchant Audose Limited. Using this website, they faked a total of 3,705 subscriptions and charged 17,836 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 4,973.92 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 358,315.35** was incurred via the website wholelottalatina.com at the expense of 3,705 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Audose Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,774,835 to 24,778,539.

Attempt (cases 24,778,540 to 24,796,862)

In addition, the accused submitted a further 18,323 fake subscriptions for the website wholelottalatina.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,884,315.55.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,778,540 to 24,796,862.

**616.    wildamateursexgames.com**

Completion (cases 24,796,863 to 24,797,274)

The accused operated the website wildamateursexgames.com via the bogus merchant Prosaria Limited. Using this website, they faked a total of 412

856

EXT-MIZRACHI-02033

subscriptions and charged 755 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.92 up to a maximum of EUR 433.73 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 27,315.08** was incurred via the website wildamateursexgames.com at the expense of 412 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Prosaria Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,796,863 to 24,797,274.

Attempt (cases 24,797,275 to 24,799,758)

In addition, the accused submitted a further 2,484 fake subscriptions for the website wildamateursexgames.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 224,912.42.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,797,275 to 24,799,758.

617.    **wildasianpussy.com**

Completion (cases 24,799,759 to 24,801,727)

The accused operated the website wildasianpussy.com via the bogus merchant Hydrovee Limited. Using this website, they faked a total of 1,969 subscriptions and charged 5,274 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,134.48 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 152,132.68** was incurred via the website wildasianpussy.com at the expense

857

EXT-MIZRACHI-02034

of 1,969 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Hydrovee Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,799,759 to 24,801,727.

Attempt (cases 24,801,728 to 24,811,653)

In addition, the accused submitted a further 9,926 fake subscriptions for the website wildasianpussy.com in the period from 21 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 838,481.30.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,801,728 to 24,811,653.

### 618.      wildasianwhorecockriders.com

Completion (cases 24,811,654 to 24,813,553)

The accused operated the website wildasianwhorecockriders.com via the bogus merchant VI Volume Imagery Limited. Using this website, they faked a total of 1,900 subscriptions and charged 6,574 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.05 up to a maximum of EUR 1,935.41 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 142,256.91** was incurred via the website wildasianwhorecockriders.com at the expense of 1,900 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for VI Volume Imagery Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,811,654 to 24,813,553.

Attempt (cases 24,813,554 to 24,823,508)

858

EXT-MIZRACHI-02035

In addition, the accused submitted a further 9,955 fake subscriptions for the website wildasianwhorecockriders.com in the period from 18 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 888,697.91.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,813,554 to 24,823,508.

### 619.    wildblacksexybooty.com

Completion (cases 24,823,509 to 24,823,921)

The accused operated the website wildblacksexybooty.com via the bogus merchant Pixojo Limited. Using this website, they faked a total of 413 subscriptions and charged 761 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.92 up to a maximum of EUR 419.58 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 27,280.53** was incurred via the website wildblacksexybooty.com at the expense of 413 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Pixojo Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,823,509 to 24,823,921.

Attempt (cases 24,823,922 to 24,826,306)

In addition, the accused submitted a further 2,385 fake subscriptions for the website wildblacksexybooty.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 212,763.40.** The

859

EXT-MIZRACHI-02036

individual cases are listed in the table attached to the Arrest Warrant for cases 24,823,922 to 24,826,306.

**620.    wildebonysquirters.com**

Completion (cases 24,826,307 to 24,830,360)

The accused operated the website wildebonysquirters.com via the bogus merchant Acewell Creations Limited. Using this website, they faked a total of 4,054 subscriptions and charged 18,096 individual monthly transactions to the credit cards of harmed credit card holders in the period from 4 Julz 2015 to 9 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 3,385.36 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 327,979.90** was incurred via the website wildebonysquirters.com at the expense of 4,054 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Acewell Creations Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,826,307 to 24,830,360.

Attempt (cases 24,830,361 to 24,850,975)

In addition, the accused submitted a further 20,615 fake subscriptions for the website wildebonysquirters.com in the period from 4 July 2015 to 9 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 2,139,829.59.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,830,361 to 24,850,975.

**621.    wildlatinchicks.com**

Completion (cases 24,850,976 to 24,853,342)

860

EXT-MIZRACHI-02037

The accused operated the website wildlatinchicks.com via the bogus merchant Gronnvegg Limited. Using this website, they faked a total of 2,367 subscriptions and charged 8,380 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 8 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 1,980.39 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 187,174.03** was incurred via the website wildlatinchicks.com at the expense of 2,367 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Gronnvegg Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,850,976 to 24,853,342.

Attempt (cases 24,853,343 to 24,865,838)

In addition, the accused submitted a further 12,496 fake subscriptions for the website wildlatinchicks.com in the period from 21 January 2017 to 8 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,037,263.28.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,853,343 to 24,865,838.

**622.    womanonwomanaction.com**

Completion (cases 24,865,839 to 24,867,926)

The accused operated the website womanonwomanaction.com via the bogus merchant CALLERFORMS WDB. Using this website, they faked a total of 2,088 subscriptions and charged 7,317 individual monthly transactions to the credit cards of harmed credit card holders in the period from 8 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.87 up to a maximum of EUR 3,321.43 were incurred

861

EXT-MIZRACHI-02038

for each fake subscription. In the above-mentioned period, a total loss of **EUR 196,676.96** was incurred via the website womanonwomanaction.com at the expense of 2,088 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for CALLERFORMS WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,865,839 to 24,867,926.

Attempt (cases 24,867,927 to 24,879,881)

In addition, the accused submitted a further 11,955 fake subscriptions for the website womanonwomanaction.com in the period from 8 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 995,649.20.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,867,927 to 24,879,881.

### 623.    worshipthatblackass.com

Completion (cases 24,879,882 to 24,881,822)

The accused operated the website worshipthatblackass.com via the bogus merchant Vimbu Limited. Using this website, they faked a total of 1,941 subscriptions and charged 7,453 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.05 up to a maximum of EUR 2,177.24 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 153,040.22** was incurred via the website worshipthatblackass.com at the expense of 1,941 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Vimbu Limited. The individual cases are

862

EXT-MIZRACHI-02039

listed in the table attached to the Arrest Warrant for cases 24,879,882 to 24,881,822.

Attempt (cases 24,881,823 to 24,892,398)

In addition, the accused submitted a further 10,576 fake subscriptions for the website worshipthatblackass.com in the period from 18 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 954,797.26.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,881,823 to 24,892,398.

### 624.    xchatrooms.com

Completion (cases 24,892,399 to 24,892,666)

The accused operated the website xchatrooms.com via the bogus merchant Vagon Trading Limited. Using this website, they faked a total of 268 subscriptions and charged 489 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.91 up to a maximum of EUR 1,801.40 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 13,956.39** was incurred via the website xchatrooms.com at the expense of 268 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Vagon Trading Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,892,399 to 24,892,666.

Attempt (cases 24,892,667 to 24,893,096)

In addition, the accused submitted a further 430 fake subscriptions for the website xchatrooms.com in the period from 1 January 2020 to 7 July 2020,

863

EXT-MIZRACHI-02040

which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 20,985.45.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,892,667 to 24,893,096.

625.     **xxxamateurhotmamas.com**

Completion (cases 24,893,097 to 24,894,848)

The accused operated the website xxxamateurhotmamas.com via the bogus merchant Griffin Frame Limited. Using this website, they faked a total of 1,752 subscriptions and charged 5,177 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 2,424.46 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 137,188.93** was incurred via the website xxxamateurhotmamas.com at the expense of 1,752 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Griffin Frame Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,893,097 to 24,894,848.

Attempt (cases 24,894,849 to 24,904,766)

In addition, the accused submitted a further 9,918 fake subscriptions for the website xxxamateurhotmamas.com in the period from 21 January 2017 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 819,986.51.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,894,849 to 24,904,766.

864

EXT-MIZRACHI-02041

**626.       xxxamateursexclub.com**

Completion (cases 24,904,767 to 24,905,727)

The accused operated the website xxxamateursexclub.com via the bogus merchant Ingic Trading Limited. Using this website, they faked a total of 961 subscriptions and charged 4,287 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 27 June 2017 in accordance with their previously agreed plan of action. Losses of at least EUR 1.14 up to a maximum of EUR 596.00 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 84,717.28** was incurred via the website xxxamateursexclub.com at the expense of 961 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Ingic Trading Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,904,767 to 24,905,727.

Attempt (cases 24,905,728 to 24,910,151)

In addition, the accused submitted a further 4,424 fake subscriptions for the website xxxamateursexclub.com in the period from 1 June 2016 to 27 June 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 374,765.31.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,905,728 to 24,910,151.

**627.       xxxasianhotmamas.com**

Completion (cases 24,910,152 to 24,913,842)

The accused operated the website xxxasianhotmamas.com via the bogus merchant Audose Limited. Using this website, they faked a total of 3,691 subscriptions and charged 17,814 individual monthly transactions to the credit

865

cards of harmed credit card holders in the period from 1 January 2016 to 8 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 3,477.13 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 320,166.34** was incurred via the website xxxasianhotmamas.com at the expense of 3,691 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Audose Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,910,152 to 24,913,842.

Attempt (cases 24,913,843 to 24,931,898)

In addition, the accused submitted a further 18,056 fake subscriptions for the website xxxasianhotmamas.com in the period from 1 January 2016 to 8 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,912,900.35.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,913,843 to 24,931,898.

### 628.    xxxasiansexstars.com

Completion (cases 24,931,899 to 24,933,860)

The accused operated the website xxxasiansexstars.com via the bogus merchant Volume Enterprises Limited. Using this website, they faked a total of 1,962 subscriptions and charged 8,158 individual monthly transactions to the credit cards of harmed credit card holders in the period from 18 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 8,773.51 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 164,886.18** was incurred via the website xxxasiansexstars.com at the expense of 1,962 credit card holders. This amount was debited from the account of the

866

EXT-MIZRACHI-02043

harmed credit card holder and credited to the payment service provider's escrow account held for Volume Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,931,899 to 24,933,860.

Attempt (cases 24,933,861 to 24,944,300)

In addition, the accused submitted a further 10,440 fake subscriptions for the website xxxasiansexstars.com in the period from 18 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 897,678.62.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,933,861 to 24,944,300.

## 629.    xxxbestblackpussy.com

Completion (cases 24,944,301 to 24,944,615)

The accused operated the website xxxbestblackpussy.com via the bogus merchant Soster Box Limited. Using this website, they faked a total of 315 subscriptions and charged 515 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.78 up to a maximum of EUR 708.13 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 18,746.15** was incurred via the website xxxbestblackpussy.com at the expense of 315 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Soster Box Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,944,301 to 24,944,615.

Attempt (cases 24,944,616 to 24,946,551)

867

In addition, the accused submitted a further 1,936 fake subscriptions for the website xxxbestblackpussy.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 174,474.94.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,944,616 to 24,946,551.

### 630.    xxxblackbootysluts.com

Completion (cases 24,946,552 to 24,949,768)

The accused operated the website xxxblackbootysluts.com via the bogus merchant Harsloan Limited. Using this website, they faked a total of 3,217 subscriptions and charged 13,232 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,944.92 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 265,234.28** was incurred via the website xxxblackbootysluts.com at the expense of 3,217 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Harsloan Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,946,552 to 24,949,768.

Attempt (cases 24,949,769 to 24,965,267)

In addition, the accused submitted a further 15,499 fake subscriptions for the website xxxblackbootysluts.com in the period from 1 June 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,271,236.71.** The individual cases

868

EXT-MIZRACHI-02045

are listed in the table attached to the Arrest Warrant for cases 24,949,769 to 24,965,267.

### 631.    xxxblackhotmamas.com

Completion (cases 24,965,268 to 24,965,660)

The accused operated the website xxxblackhotmamas.com via the bogus merchant Retrodeo Limited. Using this website, they faked a total of 393 subscriptions and charged 786 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 6 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.89 up to a maximum of EUR 477.54 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 28,583.61** was incurred via the website xxxblackhotmamas.com at the expense of 393 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Retrodeo Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,965,268 to 24,965,660.

Attempt (cases 24,965,661 to 24,968,159)

In addition, the accused submitted a further 2,499 fake subscriptions for the website xxxblackhotmamas.com in the period from 1 January 2020 to 6 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 219,002.03.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,965,661 to 24,968,159.

### 632.    xxxblackporndreams.com

Completion (cases 24,968,160 to 24,968,690)

869

EXT-MIZRACHI-02046

The accused operated the website xxxblackporndreams.com via the bogus merchant Jilinex Holdings Ltd. Using this website, they faked a total of 531 subscriptions and charged 1,504 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 June 2016 to 4 January 2017 in accordance with their previously agreed plan of action. Losses of at least EUR 1.15 up to a maximum of EUR 411.32 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 32,587.77** was incurred via the website xxxblackporndreams.com at the expense of 531 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Jilinex Holdings Ltd. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,968,160 to 24,968,690.

Attempt (cases 24,968,691 to 24,971,227)

In addition, the accused submitted a further 2,537 fake subscriptions for the website xxxblackporndreams.com in the period from 1 June 2016 to 4 January 2017, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 158,825.31.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,968,691 to 24,971,227.

### 633.     xxxblackpornqueens.com

Completion (cases 24,971,228 to 24,971,487)

The accused operated the website xxxblackpornqueens.com via the bogus merchant Studow Sky Limited. Using this website, they faked a total of 260 subscriptions and charged 487 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of

870

at least EUR 1.39 up to a maximum of EUR 898.60 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 17,423.99** was incurred via the website xxxblackpornqueens.com at the expense of 260 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Studow Sky Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,971,228 to 24,971,487.

Attempt (cases 24,971,488 to 24,973,417)

In addition, the accused submitted a further 1,930 fake subscriptions for the website xxxblackpornqueens.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 179,508.08.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,971,488 to 24,973,417.

634.    **xxxhardcorehoneys.com**

Completion (cases 24,973,418 to 24,975,640)

The accused operated the website xxxhardcorehoneys.com via the bogus merchant DUESREPCHARGE WDB. Using this website, they faked a total of 2,223 subscriptions and charged 8,848 individual monthly transactions to the credit cards of harmed credit card holders in the period from 7 November 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 2,733.94 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 199,015.56** was incurred via the website xxxhardcorehoneys.com at the expense of 2,223 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for DUESREPCHARGE WDB. The individual

871

EXT-MIZRACHI-02048

cases are listed in the table attached to the Arrest Warrant for cases 24,973,418 to 24,975,640.

Attempt (cases 24,975,641 to 24,988,155)

In addition, the accused submitted a further 12,515 fake subscriptions for the website xxxhardcorehoneys.com in the period from 7 November 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,019,051.06.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,975,641 to 24,988,155.

## 635.    xxxhardcorepornhub.com

Completion (cases 24,988,156 to 24,988,541)

The accused operated the website xxxhardcorepornhub.com via the bogus merchant Symatronic Limited. Using this website, they faked a total of 386 subscriptions and charged 802 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.91 up to a maximum of EUR 851.15 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 25,257.68** was incurred via the website xxxhardcorepornhub.com at the expense of 386 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Symatronic Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,988,156 to 24,988,541.

Attempt (cases 24,988,542 to 24,990,984)

872

EXT-MIZRACHI-02049

In addition, the accused submitted a further 2,443 fake subscriptions for the website xxxhardcorepornhub.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 209,596.06.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,988,542 to 24,990,984.

**636.      xxxlatinapornsex.com**

Completion (cases 24,990,985 to 24,991,233)

The accused operated the website xxxlatinapornsex.com via the bogus merchant Tey Designs Limited. Using this website, they faked a total of 249 subscriptions and charged 513 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.93 up to a maximum of EUR 710.77 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 18,769.79** was incurred via the website xxxlatinapornsex.com at the expense of 249 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Tey Designs Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,990,985 to 24,991,233.

Attempt (cases 24,991,234 to 24,993,017)

In addition, the accused submitted a further 1,784 fake subscriptions for the website xxxlatinapornsex.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 156,567.59.** The

873

EXT-MIZRACHI-02050

individual cases are listed in the table attached to the Arrest Warrant for cases 24,991,234 to 24,993,017.

**637.    xxxlatinghettobooty.com**

Completion (cases 24,993,018 to 24,996,771)

The accused operated the website xxxlatinghettobooty.com via the bogus merchant Calcha Advisory Limited. Using this website, they faked a total of 3,754 subscriptions and charged 17,308 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 3,216.45 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 343,951.39** was incurred via the website xxxlatinghettobooty.com at the expense of 3,754 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Calcha Advisory Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 24,993,018 to 24,996,771.

Attempt (cases 24,996,772 to 25,015,479)

In addition, the accused submitted a further 18,708 fake subscriptions for the website xxxlatinghettobooty.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,960,102.63.** The individual cases are listed in the table attached to the Arrest Warrant for cases 24,996,772 to 25,015,479.

**638.    xxxlatinpornnations.com**

Completion (cases 25,015,480 to 25,016,761)

874

EXT-MIZRACHI-02051

The accused operated the website xxxlatinpornnations.com via the bogus merchant Epicol Limited. Using this website, they faked a total of 1,282 subscriptions and charged 4,983 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 August 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 1,781.20 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 118,220.85** was incurred via the website xxxlatinpornnations.com at the expense of 1,282 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Epicol Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 25,015,480 to 25,016,761.

Attempt (cases 25,016,762 to 25,023,782)

In addition, the accused submitted a further 7,021 fake subscriptions for the website xxxlatinpornnations.com in the period from 1 August 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 667,226.86.** The individual cases are listed in the table attached to the Arrest Warrant for cases 25,016,762 to 25,023,782.

**639.        xxxlatinsexparty.com**

Completion (cases 25,023,783 to 25,024,201)

The accused operated the website xxxlatinsexparty.com via the bogus merchant Prosaria Limited. Using this website, they faked a total of 419 subscriptions and charged 903 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.94 up to a maximum of EUR 409.54 were incurred for each

875

fake subscription. In the above-mentioned period, a total loss of **EUR 27,618.25** was incurred via the website xxxlatinsexparty.com at the expense of 419 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Prosaria Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 25,023,783 to 25,024,201.

Attempt (cases 25,024,202 to 25,026,752)

In addition, the accused submitted a further 2,551 fake subscriptions for the website xxxlatinsexparty.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 223,711.01.** The individual cases are listed in the table attached to the Arrest Warrant for cases 25,024,202 to 25,026,752.

**640.      xxxlesbianhouse.com**

Completion (cases 25,026,753 to 25,030,184)

The accused operated the website xxxlesbianhouse.com via the bogus merchant Botben Limited. Using this website, they faked a total of 3,432 subscriptions and charged 15,463 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.05 up to a maximum of EUR 3,193.41 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 313,122.63** was incurred via the website xxxlesbianhouse.com at the expense of 3,432 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Botben Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 25,026,753 to 25,030,184.

876

EXT-MIZRACHI-02053

<u>Attempt (cases 25,030,185 to 25,047,520)</u>

In addition, the accused submitted a further 17,336 fake subscriptions for the website xxxlesbianhouse.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,736,280.34.** The individual cases are listed in the table attached to the Arrest Warrant for cases 25,030,185 to 25,047,520.

## 641.     xxxlesbianlovers.com

<u>Completion (cases 25,047,521 to 25,048,040)</u>

The accused operated the website xxxlesbianlovers.com via the bogus merchant SITEFILECHARGE WDB. Using this website, they faked a total of 520 subscriptions and charged 1,265 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.92 up to a maximum of EUR 710.11 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 42,495.42** was incurred via the website xxxlesbianlovers.com at the expense of 520 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for SITEFILECHARGE WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 25,047,521 to 25,048,040.

<u>Attempt (cases 25,048,041 to 25,051,310)</u>

In addition, the accused submitted a further 3,270 fake subscriptions for the website xxxlesbianlovers.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects

877

EXT-MIZRACHI-02054

attempted to unlawfully obtain a total amount of **EUR 326,111.74.** The individual cases are listed in the table attached to the Arrest Warrant for cases 25,048,041 to 25,051,310.

### 642.    xxxpounders.com

Completion (cases 25,051,311 to 25,052,465)

The accused operated the website xxxpounders.com via the bogus merchant Afreda Limited. Using this website, they faked a total of 1,155 subscriptions and charged 4,209 individual monthly transactions to the credit cards of harmed credit card holders in the period from 7 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 3,107.99 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 119,153.41** was incurred via the website xxxpounders.com at the expense of 1,155 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Afreda Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 25,051,311 to 25,052,465.

Attempt (cases 25,052,466 to 25,059,836)

In addition, the accused submitted a further 7,371 fake subscriptions for the website xxxpounders.com in the period from 7 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 611,712.06.** The individual cases are listed in the table attached to the Arrest Warrant for cases 25,052,466 to 25,059,836.

### 643.    xxxratedmilfs.com

Completion (cases 25,059,837 to 25,063,383)

878

EXT-MIZRACHI-02055

The accused operated the website xxxratedmilfs.com via the bogus merchant Canderstone Limited. Using this website, they faked a total of 3,547 subscriptions and charged 17,283 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 2,520.58 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 308,326.68** was incurred via the website xxxratedmilfs.com at the expense of 3,547 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Canderstone Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 25,059,837 to 25,063,383.

Attempt (cases 25,063,384 to 25,081,863)

In addition, the accused submitted a further 18,480 fake subscriptions for the website xxxratedmilfs.com in the period from 1 January 2016 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,881,470.28.** The individual cases are listed in the table attached to the Arrest Warrant for cases 25,063,384 to 25,081,863.

**644.      xxxsexyamateurvideos.com**

Completion (cases 25,081,864 to 25,082,237)

The accused operated the website xxxsexyamateurvideos.com via the bogus merchant BNKCHARGE WDB. Using this website, they faked a total of 374 subscriptions and charged 965 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of

879

EXT-MIZRACHI-02056

at least EUR 8.91 up to a maximum of EUR 1,127.90 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 28,955.85** was incurred via the website xxxsexyamateurvideos.com at the expense of 374 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for BNKCHARGE WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 25,081,864 to 25,082,237.

Attempt (cases 25,082,238 to 25,084,317)

In addition, the accused submitted a further 2,080 fake subscriptions for the website xxxsexyamateurvideos.com in the period from 1 January 2020 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 187,883.50.** The individual cases are listed in the table attached to the Arrest Warrant for cases 25,082,238 to 25,084,317.

**645.    xxxsexyblackwhores.com**

Completion (cases 25,084,318 to 25,087,175)

The accused operated the website xxxsexyblackwhores.com via the bogus merchant Crancot Designs Limited. Using this website, they faked a total of 2,858 subscriptions and charged 13,653 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2016 to 5 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 1.11 up to a maximum of EUR 3,411.66 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 255,756.14** was incurred via the website xxxsexyblackwhores.com at the expense of 2,858 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Crancot Designs Limited. The individual

880

cases are listed in the table attached to the Arrest Warrant for cases 25,084,318 to 25,087,175.

### Attempt (cases 25,087,176 to 25,102,216)

In addition, the accused submitted a further 15,041 fake subscriptions for the website xxxsexyblackwhores.com in the period from 1 January 2016 to 5 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,592,965.95.** The individual cases are listed in the table attached to the Arrest Warrant for cases 25,087,176 to 25,102,216.

### 646.    youngandablesluts.com

### Completion (cases 25,102,217 to 25,102,700)

The accused operated the website youngandablesluts.com via the bogus TECHZONEUNITS WDB. Using this website, they faked a total of 484 subscriptions and charged 1,175 individual monthly transactions to the credit cards of harmed credit card holders in the period from 1 January 2020 to 8 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 8.93 up to a maximum of EUR 704.74 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 40,612.11** was incurred via the website youngandablesluts.com at the expense of 484 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for TECHZONEUNITS WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 25,102,217 to 25,102,700.

### Attempt (cases 25,102,701 to 25,105,923)

881

In addition, the accused submitted a further 3,223 fake subscriptions for the website youngandablesluts.com in the period from 1 January 2020 to 8 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 327,458.01.** The individual cases are listed in the table attached to the Arrest Warrant for cases 25,102,701 to 25,105,923.

### 647.    **youngdickoldladies.com**

Completion (cases 25,105,924 to 25,108,271)

The accused operated the website youngdickoldladies.com via the bogus merchant FORMSVIEWS WDB. Using this website, they faked a total of 2,348 subscriptions and charged 9,056 individual monthly transactions to the credit cards of harmed credit card holders in the period from 10 December 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.86 up to a maximum of EUR 2,739.84 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 204,343.15** was incurred via the website youngdickoldladies.com at the expense of 2,348 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for FORMSVIEWS WDB. The individual cases are listed in the table attached to the Arrest Warrant for cases 25,105,924 to 25,108,271.

Attempt (cases 25,108,272 to 25,120,703)

In addition, the accused submitted a further 12,432 fake subscriptions for the website youngdickoldladies.com in the period from 10 December 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,079,542.31.** The

882

EXT-MIZRACHI-02059

individual cases are listed in the table attached to the Arrest Warrant for cases 25,108,272 to 25,120,703.

**648.    youngnhornyasians.com**

Completion (cases 25,120,704 to 25,122,346)

The accused operated the website youngnhornyasians.com via the bogus merchant Marnor Enterprises Limited. Using this website, they faked a total of 1,643 subscriptions and charged 4,446 individual monthly transactions to the credit cards of harmed credit card holders in the period from 21 January 2017 to 7 July 2020 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 2,034.62 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 127,617.60** was incurred via the website youngnhornyasians.com at the expense of 1,643 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Marnor Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 25,120,704 to 25,122,346.

Attempt (cases 25,122,347 to 25,132,016)

In addition, the accused submitted a further 9,670 fake subscriptions for the website youngnhornyasians.com in the period from 21 January 2017 to 7 July 2020, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 782,419.35.** The individual cases are listed in the table attached to the Arrest Warrant for cases 25,122,347 to 25,132,016.

**III. Loss calculation for subscriptions collected through the acquirer Payone Gesellschaft mit beschränkter Haftung**

883

**1. ebonygirlsgonewild.com**

Completion (cases 1,417,138 to 1,419,296)

The accused operated the website ebonygirlsgonewild.com via the bogus merchant Avandu Limited. Using this website, they faked a total of 2,159 subscriptions and charged 4,057 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 February 2018 to 1 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.86 up to a maximum of EUR 1,779.00 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 107,497.18** was incurred via the website ebonygirlsgonewild.com at the expense of 2,159 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Avandu Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 1,417,138 to 1,419,296.

Attempt (cases 1,419,297 to 1,426,160)

In addition, the accused submitted a further 6,864 fake subscriptions for the website ebonygirlsgonewild.com in the period from 22 February 2018 to 1 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 885,885.17.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,419,297 to 1,426,160.

**2. asian-sexfiends.com**

Completion (cases 488,026 to 490,208)

The accused operated the website asian-sexfiends.com via the bogus merchant Avandu Limited. Using this website, they faked a total of 2,183 subscriptions and charged 4,404 individual monthly transactions to the credit cards of harmed credit

884

EXT-MIZRACHI-02061

card holders in the period from 22 February 2018 to 20 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.05 up to a maximum of EUR 1,570.48 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 101,664.46** was incurred via the website asian-sexfiends.com at the expense of 2,183 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Avandu Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 488,026 to 490,208.

Attempt (cases 490,209 to 496,937)

In addition, the accused submitted a further 6,729 fake subscriptions for the website asian-sexfiends.com in the period from 22 February 2018 to 20 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 875,954.69.** The individual cases are listed in the table attached to the Arrest Warrant for cases 490,209 to 496,937.

## 3. amateurtittyparty.com

Completion (cases 271,416 to 273,534)

The accused operated the website amateurtittyparty.com via the bogus merchant Atb Atalantis Technologies Limited. Using this website, they faked a total of 2,119 subscriptions and charged 5,211 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 February 2018 to 1 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.05 up to a maximum of EUR 47,127.70 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 151,448.75** was incurred via the website amateurtittyparty.com at the expense of 2,119 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Atb Atalantis Technologies Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 271,416 to 273,534.

885

EXT-MIZRACHI-02062

Attempt (cases 273,535 to 280,260)

In addition, the accused submitted a further 6,726 fake subscriptions for the website amateurtittyparty.com in the period from 22 February 2018 to 1 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 872,780.07.** The individual cases are listed in the table attached to the Arrest Warrant for cases 273,535 to 280,260.

**4. ridemyasiandick.com**

Completion (cases 3,324,094 to 3,328,652)

The accused operated the website ridemyasiandick.com via the bogus merchant Fjellet Limited. Using this website, they faked a total of 4,559 subscriptions and charged 8,229 individual monthly transactions to the credit cards of harmed credit card holders in the period from 2 February 2018 to 1 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,425.58 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 221,013.70** was incurred via the website ridemyasiandick.com at the expense of 4,559 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fjellet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 3,324,094 to 3,328,652.

Attempt (cases 3,328,653 to 3,343,850)

In addition, the accused submitted a further 15,198 fake subscriptions for the website ridemyasiandick.com in the period from 2 February 2018 to 1 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully

886

EXT-MIZRACHI-02063

obtain a total amount of **EUR 1,360,350.26.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,328,653 to 3,343,850.

## 5. sexylatinhookups.com

Completion (cases 3,663,000 to 3,667,582)

The accused operated the website sexylatinhookups.com via the bogus merchant Siluma Management Limited. Using this website, they faked a total of 4,583 subscriptions and charged 8,320 individual monthly transactions to the credit cards of harmed credit card holders in the period from 3 February 2018 to 1 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,513.58 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 216,308.30** was incurred via the website sexylatinhookups.com at the expense of 4,583 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Siluma Management Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 3,663,000 to 3,667,582.

Attempt (cases 3,667,583 to 3,682,683)

In addition, the accused submitted a further 15,101 fake subscriptions for the website sexylatinhookups.com in the period from 3 February 2018 to 1 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,376,349.17.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,667,583 to 3,682,683.

## 6. hardcoreloversnextdoor.com

Completion (cases 1,856,327 to 1,860,865)

887

The accused operated the website hardcoreloversnextdoor.com via the bogus merchant Selskapet Limited. Using this website, they faked a total of 4,539 subscriptions and charged 9,299 individual monthly transactions to the credit cards of harmed credit card holders in the period from 2 February 2018 to 1 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 2,234.68 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 222,600.04** was incurred via the website hardcoreloversnextdoor.com at the expense of 4,539 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Selskapet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 1,856,327 to 1,860,865.

Attempt (cases 1,860,866 to 1,876,127)

In addition, the accused submitted a further 15,262 fake subscriptions for the website hardcoreloversnextdoor.com in the period from 2 February 2018 to 1 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,356,293.93.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,860,866 to 1,876,127.

**7. analsexhookup.com**

Completion (cases 419,549 to 424,169)

The accused operated the website analsexhookup.com via the bogus merchant Siluma Management Limited. Using this website, they faked a total of 4,621 subscriptions and charged 8,095 individual monthly transactions to the credit cards of harmed credit card holders in the period from 3 February 2018 to 1 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.89 up to a maximum of EUR 2,205.54 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 217,823.87** was incurred via the website analsexhookup.com at the expense of 4,621 credit card holders. This amount was

888

debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Siluma Management Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 419,549 to 424,169.

Attempt (cases 424,170 to 439,327)

In addition, the accused submitted a further 15,158 fake subscriptions for the website analsexhookup.com in the period from 3 February 2018 to 1 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,351,408.22.** The individual cases are listed in the table attached to the Arrest Warrant for cases 424,170 to 439,327.

**8. hardcorepornsexkitten.com**

Completion (cases 1,895,448 to 1,897,495)

The accused operated the website hardcorepornsexkitten.com via the bogus merchant Atb Atalantis Technologies Limited. Using this website, they faked a total of 2,048 subscriptions and charged 3,967 individual monthly transactions to the credit cards of harmed credit card holders in the period from 23 February 2018 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 11,637.57 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 104,672.86** was incurred via the website hardcorepornsexkitten.com at the expense of 2,048 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Atb Atalantis Technologies Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 1,895,448 to 1,897,495.

Attempt (cases 1,897,496 to 1,904,047)

889

EXT-MIZRACHI-02066

In addition, the accused submitted a further 6,552 fake subscriptions for the website hardcorepornsexkitten.com in the period from 23 February 2018 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 859,770.94.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,897,496 to 1,904,047.

### 9. milfslovebigjuicycocks.com

Completion (cases 2,997,585 to 3,002,132)

The accused operated the website milfslovebigjuicycocks.com via the bogus merchant Selskapet Limited. Using this website, they faked a total of 4,548 subscriptions and charged 13,531 individual monthly transactions to the credit cards of harmed credit card holders in the period from 3 February 2018 to 1 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,389.26 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 222,801.03** was incurred via the website milfslovebigjuicycocks.com at the expense of 4,548 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Selskapet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 2,997,585 to 3,002,132.

Attempt (cases 3,002,133 to 3,017,225)

In addition, the accused submitted a further 15,093 fake subscriptions for the website milfslovebigjuicycocks.com in the period from 3 February 2018 to 1 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,355,371.47.** The individual cases are listed in the table attached to the Arrest Warrant for cases 3,002,133 to 3,017,225.

### 10. wildblackwetdreams.com

890

EXT-MIZRACHI-02067

Completion (cases 4,148,531 to 4,153,074)

The accused operated the website wildblackwetdreams.com via the bogus merchant Fjellet Limited. Using this website, they faked a total of 4,544 subscriptions and charged 8,756 individual monthly transactions to the credit cards of harmed credit card holders in the period from 2 February 2018 to 1 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,522.64 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 231,545.17** was incurred via the website wildblackwetdreams.com at the expense of 4,544 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Fjellet Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 4,148,531 to 4,153,074.

Attempt (cases 4,153,075 to 4,168,447)

In addition, the accused submitted a further 15,373 fake subscriptions for the website wildblackwetdreams.com in the period from 2 February 2018 to 1 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,372,226.86.** The individual cases are listed in the table attached to the Arrest Warrant for cases 4,153,075 to 4,168,447.

## 11. kissmylesbianlips.com

Completion (cases 2,252,601 to 2,254,712)

The accused operated the website kissmylesbianlips.com via the bogus merchant Dashlane Limited. Using this website, they faked a total of 2,112 subscriptions and charged 5,914 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 February 2018 to 1 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.05 up to a maximum

891

EXT-MIZRACHI-02068

of EUR 3,161.76 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 99,087.97** was incurred via the website kissmylesbianlips.com at the expense of 2,112 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Dashlane Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 2,252,601 to 2,254,712.

Attempt (cases 2,254,713 to 2,261,557)

In addition, the accused submitted a further 6,845 fake subscriptions for the website kissmylesbianlips.com in the period from 22 February 2018 to 1 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 848,857.98.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,254,713 to 2,261,557.

## 12. dirtyrookieforeplay.com

Completion (cases 1,340,557 to 1,342,681)

The accused operated the website dirtyrookieforeplay.com via the bogus merchant Dalecliff Limited. Using this website, they faked a total of 2,125 subscriptions and charged 4,160 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 February 2018 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 1.04 up to a maximum of EUR 1,687.52 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 100,308.22** was incurred via the website dirtyrookieforeplay.com at the expense of 2,125 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Dalecliff Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 1,340,557 to 1,342,681.

892

Attempt (cases 1,342,682 to 1,349,567)

In addition, the accused submitted a further 6,886 fake subscriptions for the website dirtyrookieforeplay.com in the period from 22 February 2018 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 887,671.28.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,342,682 to 1,349,567.

### 13. leslickthepearl.com

Completion (cases 2,701,880 to 2,703,980)

The accused operated the website leslickthepearl.com via the bogus merchant Dalecliff Limited. Using this website, they faked a total of 2,101 subscriptions and charged 4,094 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 February 2018 to 27 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.80 up to a maximum of EUR 1,570.10 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 100,576.75** was incurred via the website leslickthepearl.com at the expense of 2,101 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Dalecliff Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 2,701,880 to 2,703,980.

Attempt (cases 2,703,981 to 2,710,664)

In addition, the accused submitted a further 6,684 fake subscriptions for the website leslickthepearl.com in the period from 22 February 2018 to 27 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 843,171.83.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,703,981 to 2,710,664.

893

EXT-MIZRACHI-02070

## 14. hardcorexxxpornsexshop.com

Completion (cases 2,012,764 to 2,017,432)

The accused operated the website hardcorexxxpornsexshop.com via the bogus merchant Mixtrail Ventures Limited. Using this website, they faked a total of 4,669 subscriptions and charged 9,305 individual monthly transactions to the credit cards of harmed credit card holders in the period from 4 February 2018 to 1 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,837.95 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 233,553.01** was incurred via the website hardcorexxxpornsexshop.com at the expense of 4,669 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Mixtrail Ventures Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 2,012,764 to 2,017,432.

Attempt (cases 2,017,433 to 2,032,698)

In addition, the accused submitted fake subscriptions for the website hardcorexxxpornsexshop.com in a further 15,266 cases in the period from 4 February 2018 to 1 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,369,101.37.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,017,433 to 2,032,698.

## 15. crazymilfwhores.com

Completion (cases 1,189,013 to 1,193,743)

The accused operated the website crazymilfwhores.com via the bogus merchant Mixtrail Ventures Limited. Using this website, they faked a total of 4,731 subscriptions

894

EXT-MIZRACHI-02071

and charged 8,340 individual monthly transactions to the credit cards of harmed credit card holders in the period from 3 February 2018 to 1 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,731.85 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 223,979.68** was incurred via the website crazymilfwhores.com at the expense of 4,731 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Mixtrail Ventures Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 1,189,013 to 1,193,743.

Attempt (cases 1,193,744 to 1,208,908)

In addition, the accused submitted a further 15,165 fake subscriptions for the website crazymilfwhores.com in the period from 3 February 2018 to 1 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,381,334.95.** The individual cases are listed in the table attached to the Arrest Warrant for cases 1,193,744 to 1,208,908.

### 16. latinlustrouslips.com

Completion (cases 2,483,605 to 2,485,750)

The accused operated the website latinlustrouslips.com via the bogus merchant Dashlane Limited. Using this website, they faked a total of 2,146 subscriptions and charged 4,863 individual monthly transactions to the credit cards of harmed credit card holders in the period from 22 February 2018 to 1 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.87 up to a maximum of EUR 1,171.93 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 99,840.53** was incurred via the website latinlustrouslips.com at the expense of 2,146 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Dashlane Limited. The individual

895

cases are listed in the table attached to the Arrest Warrant for cases 2,483,605 to 2,485,750.

<u>Attempt (cases 2,485,751 to 2,492,677)</u>

In addition, the accused submitted a further 6,927 fake subscriptions for the website latinlustrouslips.com in the period from 22 February 2018 to 1 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 887,192.25.** The individual cases are listed in the table attached to the Arrest Warrant for cases 2,485,751 to 2,492,677.

## 17. analdickjuice.com

<u>Completion (cases 338,477 to 343,085)</u>

The accused operated the website analdickjuice.com via the bogus merchant Marnor Enterprises Limited. Using this website, they faked a total of 4,609 subscriptions and charged 8,623 individual monthly transactions to the credit cards of harmed credit card holders in the period from 3 February 2018 to 1 May 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 1,791.16 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 228,781.49** was incurred via the website analdickjuice.com at the expense of 4,609 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Marnor Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 338,477 to 343,085.

<u>Attempt (cases 343,086 to 358,189)</u>

In addition, the accused submitted a further 15,104 fake subscriptions for the website analdickjuice.com in the period from 3 February 2018 to 1 May 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being

896

paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,381,852.54.** The individual cases are listed in the table attached to the Arrest Warrant for cases 343,086 to 358,189.

### 18. amateurbuttsluts.com

Completion (cases 44,814 to 49,399)

The accused operated the website amateurbuttsluts.com via the bogus merchant Marnor Enterprises Limited. Using this website, they faked a total of 4,586 subscriptions and charged 8,966 individual monthly transactions to the credit cards of harmed credit card holders in the period from 2 February 2018 to 30 April 2021 in accordance with their previously agreed plan of action. Losses of at least EUR 0.88 up to a maximum of EUR 2,149.77 were incurred for each fake subscription. In the above-mentioned period, a total loss of **EUR 237,394.27** was incurred via the website amateurbuttsluts.com at the expense of 4,586 credit card holders. This amount was debited from the account of the harmed credit card holder and credited to the payment service provider's escrow account held for Marnor Enterprises Limited. The individual cases are listed in the table attached to the Arrest Warrant for cases 44,814 to 49,399.

Attempt (cases 49,400 to 64,723)

In addition, the accused submitted a further 15,324 fake subscriptions for the website amateurbuttsluts.com in the period from 2 February 2018 to 30 April 2021, which ultimately did not lead to the credit cards being charged and the amount submitted not being paid out or received. In this way, the suspects attempted to unlawfully obtain a total amount of **EUR 1,382,013.07.** The individual cases are listed in the table attached to the Arrest Warrant for cases 49,400 to 64,723.

### IV. Summary

**A total of at least 9,698,629 subscriptions were unlawfully faked via the WebOps network during the period in question. In 1,989,750 cases of these, the**

897

EXT-MIZRACHI-02074

**accused succeeded in unlawfully charging the credit cards of the harmed credit card holders, causing total losses of <u>EUR 195,660,340.83.</u> In addition, the accused submitted fake subscriptions to German payment service providers in <u>7,708,879</u> cases totaling <u>EUR 666,057,249</u>. In this respect, the credit card was not charged because the data used by the accused was either out of date or incorrect or the credit card limit was exhausted. In this respect, the computer fraud offenses remained at the attempt stage.**

## D. Money laundering

After receipt of the monthly amounts in the escrow accounts of the acquirers, these were not - as is customary - paid directly to the relevant online merchants and supposed operating companies of the websites, but rather divided up via various elaborate financial constructs using a large number of other bogus companies and (escrow) accounts, recombined and - after deduction of the costs incurred for the operation of the system - ultimately transferred primarily to accounts in the US, although the companies had their headquarters in Europe.

More specifically, the flow of funds was as follows:

## I. Acquirer Concardis Gesellschaft mit beschränkter Haftung and Payone Gesellschaft mit beschränkter Haftung

In a first step, the credit card payments at issue in the proceedings were collected on the escrow account of Concardis Gesellschaft mit beschränkter Haftung and Payone Gesellschaft mit beschränkter Haftung located in the Federal Republic of Germany. Concardis Gesellschaft mit beschränkter Haftung is an account held with Commerzbank AG with IBAN ███████████████8301 (with sub-accounts for USD, GBP, EUR) and Payone Gesellschaft mit beschränkter Haftung is two accounts also held with Commerzbank AG with IBAN ███████████████0602 and ██████████████8301.

After the funds have been received in the above-mentioned escrow accounts of Concardis Gesellschaft mit beschränkter Haftung and Payone Gesellschaft mit

898

EXT-MIZRACHI-02075

beschränkter Haftung at Commerzbank AG, the funds are split into <u>two</u> substantial <u>payment flows</u> by means of further transactions:

**1. Payment flow I – Hamburg Commercial Bank AG:**

a) Step 1

The funds are then transferred from the above-mentioned escrow account to escrow accounts of Unzer Luxembourg Société anonyme with Hamburg Commercial AG (hereinafter referred to as HCOB) situated in the Federal Republic of Germany. It is apparent from a communication from HCOB to FIU that Unzer Luxembourg Société set up anonymous 1,108 escrow accounts for limited companies. These were 403 accounts for Cypriot, 691 accounts for UK and 14 accounts for Maltese limited companies. They included the above-mentioned online merchants of the WebOps network. The contracts were drawn up in such a way that it was not the various limited companies at issue in the proceedings that became contractual partners of HCOB, but rather only Unzer Luxembourg Société anonyme, which managed the accounts as a trustee for the limited companies and was itself managed as an account holder with HCOB.

b) Step 2

After the funds have been received by HCOB in the merchant-related escrow accounts of Unzer Luxembourg Société Anonyme (S.A.), the funds are transferred to the main or pooling accounts of Unzer Luxembourg S.A. in a further step, namely on the same value date. In the case of escrow holding accounts, the following three pooling accounts with HCOB were identified with the following activities:

| IBAN | Incoming transactions | Outgoing transactions | Time period |
|---|---|---|---|
| ██████████████96 35 | EUR 51.5 million | EUR 51.5 million | 27.09.2018 to 30.04.2021 |
| ██████████████05 29 | USD 96.8 million | USD 96.8 million | 27.09.2018 to 30.04.2021 |

899

EXT-MIZRACHI-02076

| | 05 | GBP 9.8 million | GBP 9.5 million | 27.09.2018 to |
|---|---|---|---|---|
| 82 | | | | 31.05.2018 |

The analysis of the accounts shows that the pooling accounts of Unzer Luxembourg Société Anonyme merely served to further obscure the flow of payments. The funds were collected, mixed with funds of other merchants and passed on. This already shows that a customer-based transfer of the funds was not planned at any time, but rather a pooling of the funds for transfer to the networks above the bogus merchants took place.

### c) Step 3 - Transfer of pooling accounts

### aa) Pooling account with IBAN ███████████████ 9635

### (1) Summary

In the period from 27 September 2018 to 30 April 2021, the above-mentioned pooling account received funds amounting to EUR 51.5 million. A partial amount of EUR 48.6 million was transferred from the merchant-related escrow accounts listed under Step 2 in 33,594 transactions. This includes, inter alia, transfers from escrow accounts held by Unzer Luxembourg Société anonyme for Optima Merchant Services Limited (EUR 5.1 million), WebOps Société à responsabilité limitée (EUR 3.9 million) and Darepoint Limited (EUR 3.5 million). The economic beneficiary of the above-mentioned three companies is the accused Akhavan, who according to the results of the investigations is responsible for the network "WebOps" and the associated merchants.

A partial amount of approximately EUR **27.1 million** was transferred from the pooling account to domestic and foreign accounts of various companies. This includes, inter alia, the payment service providers mentioned above. It is apparent from the information provided by the payment service providers and from the documents relating to mutual legal assistance in Luxembourg I that those payments are fees relating to the processing of transactions and chargebacks. For example, the Payone Gesellschaft mit beschränkter Haftung provided the information that the remuneration of the Payone Gesellschaft mit beschränkter Haftung did not derive from the funds

900

EXT-MIZRACHI-02077

directly collected for the merchants, but that the settlement was made separately. However, the above-mentioned flow of money shows that the money used to pay the German payment service providers - via several detours - ultimately comes from the revenues collected for the bogus merchants.

In the case of a partial amount of approximately EUR **24.2 million,** no recipient can be assigned to the account statements. According to the results of the investigations so far, the accused used the "settlement solution" established by the accused Ruben Weigand in the Unzer E-Com Gesellschaft mit beschränkter Haftung. This made it possible for the networks behind the bogus merchants, such as the WebOps and their intermediaries, to transfer funds independently to domestic and foreign accounts without the recipient institution recognizing the online merchant. In that regard, only the payment service provider, Unzer E-Com Gesellschaft mit beschränkter Haftung, was identifiable as the payment-initiating company. The fact that the settlement solution served as the central money laundering vehicle of the accused is supported by the anonymous whistleblower who approached BaFin (Federal Financial Supervisory Authority) and stated in his report on 26 January 2021, inter alia, that the institutions of the Heidelpay Group (now Unzer Group) had been misused for the transfer of illegal funds and that the accused Weigand also made his services available to the Darknet. He was the mastermind of the business model of payment processing.

According to the information provided by Unzer E-Com Gesellschaft mit beschränkter Haftung, the 24.2 million were initiated by Unzer (EUR 12.3 million), WebOps (EUR 7.8 million) and Payment Consultants Société à responsabilité limitée (EUR 2 million). Recipients were various payment service providers but also foreign companies.

### (2) Individual money laundering cases (cases 25,188,668 to 25,220,013)

In the period from 1 November 2018 to 8 January 2021, the bogus traders of the WebOps network transferred individual amounts of EUR 0.01 to 20,875.92 to the account ███████████████9635 in **30,662 individual transactions**. In total, these incoming transactions amounted to **EUR 20,579,789.24**.

901

From 2 November 2018 to 8 February 2021, individual amounts of EUR 15.00 to EUR 13,085.67 were transferred from the account ███████████████9635 in 684 individual transactions. A WebOps merchant was specified as the intended use or offset account holder. A total of EUR 1,629,113.67 was transferred.

Between 27 September 2018 and 30 April 2021, incoming transfers totaling EUR 51,545,308.53 were made to account ███████████████9635_EUR. Outgoing payments during the same period amounted to EUR 51,504,164.22.

From there, the funds were transferred in a large number of other transactions to different domestic and foreign accounts.

### bb) Pooling account with IBAN ███████████████0529

### (1) Summary

Between 27 September 2018 and 30 April 2021, the above-mentioned pooling account received funds amounting to USD 96.8 million. A partial amount of USD 90.3 million was transferred in 35,229 transactions from the merchant-related escrow accounts listed in Step 2.

A total of USD 96.8 million of the pooling account was transferred further, of which approximately USD 76 million was transferred to recipients in the US (sheet 83 case file 51 Js 1346/22). The largest payee is Obvio Ltd (USD 38.4 million), of which the accused Akhavan is the beneficial owner (sheet 85 case file 51 Js 1346/22). For all bookings, the name WebOps Société à responsabilité limitée, of which the economic beneficiary is also the accused Akhavan, is stated in the purpose.

### (2) Individual money laundering cases (cases 25,132,018 to 25,165,330)

In the period from 27 September 2018 to 11 November 2021, the bogus merchants of the WebOps network transferred individual amounts of USD 0.61 to 66,330.43 to the ███████████████0529 account in **32871** individual transactions. In total, these incoming transfers amounted to **USD 80,861,471.50 (EUR 71,782,628.28)**.

902

EXT-MIZRACHI-02079

From 18 December 2019 to 27 January 2021, individual amounts of USD 54.95 to 6,967.70 were transferred from the ███████████████ 0529 account in 441 individual transactions. A WebOps merchant was specified as the intended use or offset account holder. A total of USD 1,012,083.16 (EUR 830,550.04) was transferred.

Between 27 September 2018 and 31 May 2021, incoming transfers totaling USD 96,884,257.07 were made to account ███████████████ 0529_USD. Outgoing transfers during the same period amounted to USD 96,883,661.71.

From there, the funds were transferred in a large number of other transactions to different domestic and foreign accounts.

### (3) Pooling account with IBAN ███████████████ 0582

### (1) Summary

Between 27 September 2018 and 31 May 2021, the above-mentioned pooling account received GBP 9.8 million. A partial amount of GBP 6.8 million was transferred from the merchant-related escrow accounts listed in Step 2.

The outgoing payments amount to GBP 9.5 million and are used in particular to pay merchant costs, such as sales and business tax, costs of Animo Associates Ltd and WBG Consultants Limited, which were responsible for setting up the companies and obtaining the documents required for the KYC process, and payments to the alleged bogus managers of the bogus traders. These are credit transfers to more than 150 individuals with a transaction volume of GBP 220,000.

### 2. Payment flow II - Postbank:

### a) Step 1:

The funds are then transferred from the above-mentioned escrow account of Concardis Gesellschaft mit beschränkter Haftung at Commerzbank AG with IBAN ███████████████ 8301 to escrow accounts of Unzer Luxembourg Société anonyme (S.A.) at Postbank in the Federal Republic of Germany, which Unzer Luxembourg S. A. set up for the individual merchants.

903

EXT-MIZRACHI-02080

**b) Step 2:**

The funds received here are transferred - as also in the payment flow I - on the same value date to main or pooling accounts of Unzer Luxembourg S.A. at Postbank AG. In the case of escrow accounts, the following three pooling accounts at Postbank with the following activities were identified:

| IBAN | Incoming transactions | Outgoing transactions | Time period |
|---|---|---|---|
| ██████████6679 | EUR 47.3 million | EUR 43.1 million | 07.05.2018 to 09.07.2021 |
| ██████████76 69 | USD 70.7 million | USD 68.1 million | 25.06.2018 to 21.05.2021 |
| ██████████86 62 | GBP 10.9 million | GBP 9.7 million | 27.06.2018 to 17.06.2021 |

**c) Step 3 - Transfer from pooling accounts**

**aa) Pooling account with IBAN ██████████6679**

In the period from 7 May 2018 to 9 July 2021, the above-mentioned pooling account received funds amounting to EUR 47.3 million. A partial amount of USD 43.9 million was transferred in 12,045 transactions from the merchant-related escrow accounts of Unzer Luxembourg Société anonyme listed under Step 2.

A total of EUR 43.1 million was transferred from the pooling account. The largest payees are Brooks Produktions Société anonyme (EUR 13.4 million) in France and the UK affiliate Internet Marketing Limited (EUR 10.4 million).

For 2,230 transactions, no recipient can be assigned to the account overviews. According to the results of the investigations to date, the accused used the "settlement solution" established by the accused Ruben Weigand in Unzer E-Com Gesellschaft mit beschränkter Haftung and already described above, as was the case with the HCOB pooling accounts.

904

EXT-MIZRACHI-02081

**bb) Pooling account with IBAN ████████████ 7669**

In the period from 25 June 2018 to 21 May 2021, funds in the amount of USD 70.7 million were received in the aforementioned pooling account. A partial amount of USD 66.4 million was transferred in 19,635 transactions from the merchant-related collective escrow accounts of Unzer Luxembourg Société anonyme listed under Step 2.

A total of USD 68.1 million was transferred from the pooling account, with the vast majority going to Canada (USD 49.7 million) and the USA (EUR 8.8 million). The largest payment recipient, which received USD 49.7 million in 668 transactions, is Greenwich Business Solutions Limited, based in a UPS branch in Vancouver. According to the results of the investigations so far, the people behind the "FSX" network are the economic beneficiaries.

**cc) Pooling account with IBAN ████████████ 8662**

In the period from 27 June 2018 to 17 June 2021, funds in the amount of GBP 10.9 million were received in the aforementioned pooling account. A partial amount of GBP 10.5 million was transferred in 10,962 transactions from the merchant-related collective escrow accounts of Unzer Luxembourg Société anonyme listed under Step 2.

The outgoing payments amounted to GBP 9.7 million and were used in particular to pay the costs of the merchants, such as payments to the alleged fictitious managers of the bogus merchants. This involves transfers to more than 35 people with a transaction volume of GBP 240,000.

**II. Wirecard Aktiengesellschaft**

1. Step 1:

In a first step, the credit card payments in question are collected on a clearing account of Wirecard Aktiengesellschaft with Wirecard Bank AG with IBAN ████████████ 0414.

2. Step 2:

905

EXT-MIZRACHI-02082

In a second step, these funds are transferred from the clearing account of Wirecard Aktiengesellschaft to accounts held by the merchants at Wirecard Bank AG, of which they were the account holders and not merely beneficial owners. Each of the merchants had only two accounts in the contract currencies EUR and GBP.

### 3. Transfer of funds from online merchant accounts

The funds of bogus traders from the WebOps network are then transferred to the following 10 accounts of the "IBSPs" belonging to the accused Akhavan.

An IBSP is a so-called Internet Business Service Provider, which according to the documents available at Unzer E-Com Gesellschaft mit beschränkter Haftung is to offer a turnkey Internet Business ("turn key"). This includes, among other things, the creation and design of the websites including the provision of content, maintenance, the allocation of visitor numbers and other services. The IBSPs maintain contracts with the merchants from the WebOps network, which in turn transfer their entire turnover (!) to the IBSPs. The merchant receives only a maximum remuneration of EUR 5,000.00 per annum (cf. sheet 104 case file 51 Js 1346/22). Credit card sales from 286 merchants in the WebOps network were collected and distributed via the following IBSPs.

| IBSP | IBAN (EUR) | IBAN (GBP) |
|---|---|---|
| Zenith Business BESLOTEN VENNOOTSCHAP MET BEPERKTE AANSPRAKELIJKHEID (B.V.) | ███████ 3547 | ███████ 3548 |
| Optima Merchant Services Limited | ███████ 2753 | ███████ 3252 |
| Darepoint Services Limited | ███████ 5285 | ███████ 5286 |

906

EXT-MIZRACHI-02083

| Dunker Holdings Limited | ████████████ 9096 | ████████████ 9097 |
|---|---|---|
| Champano Limited | ████████████ 9098 | ████████████ 9099 |

In total, EUR 230.2 million and GBP 14.2 million were transferred through IBSP between September 2015 and August 2020. In detail, the following transactions were carried out.

| IBSP | Transaction period | Transaction volume EUR | Transaction volume GBP |
|---|---|---|---|
| Zenith Business BESLOTEN VENNOOTSCHAP MET BEPERKTE AANSPRAKELIJKHEID (B.V.) | 09/2015 to 04/2020 | EUR 83 million | GBP 5 million |
| Optima Merchant Services Limited | 09/2015 to 10/2020 | EUR 92.1 million | GBP 4.9 million |
| Darepoint Services Limited | 01/2018 to 08/2020 | EUR 45 million | GBP 3.7 million |
| Dunker Holdings Limited | 10/2019 to 08/2020 | EUR 4.9 million | GBP 293.000 |
| Champano Limited | 11/2019 to 08/2020 | EUR 5 million | GBP 314.000 |

a) Transfer of funds to the account of WebOps Société à responsabilité limitée at Wirecard Bank AG

IBSPs then transferred the funds in full to the account of WebOps Société à responsabilité limitée with IBAN ████████████ 3545, also held by Wirecard Bank AG. The total amount received was EUR 223.23 million. From there, a partial amount of EUR 108.4 million was transferred to the account of Euro Traffic Exchange

907

EXT-MIZRACHI-02084

Limited, also held by Wirecard Bank AG, for which the accused Akhavan was likewise responsible. A partial amount of EUR 114.8 million was transferred to various accounts abroad, in particular also to accounts of companies of which the accused Akhavan was the economic beneficiary (for example, to accounts of Quantum Solutions Incorporation at the British Wells Fargo Bank).

b) Transfer of funds from the Euro Traffic Exchange Limited account

The funds received in the account of Euro Traffic Exchange Limited (████████████3841) in the amount of EUR 108.6 million were transferred for the most part, amounting to EUR 57.9 million, to the account of Obvio Limited, also held at Wirecard Bank AG. It is a Cypriot company of which Akhavan is the economic beneficiary and of which Five Lions Holding Société à responsabilité limitée is the shareholder and the partner of the Luxembourg company managed by Akhavan.

The remaining amount of EUR 50.7 million was transferred to accounts abroad. The transfers were made to various foreign companies. The major portion the funds were transferred in the period from September 2017 to July 2020 in the amount of EUR 45.5 million to PayrNet, which had accounts in Luxembourg and Estonia.

c) Transfer of funds from the account of Obvio Limited

From the account of Obvio Limited with Wirecard Bank AG (████████████4307), the received funds of EUR 57.4 million were transferred abroad to the accounts of Paxum Incorporation (EUR 18 million), IWEBPAY Limited (EUR 9.7 million), Payoneer Limited and Borderless Commerce Limited (EUR 17.9 million jointly) and Itec Media Solutions Osaühing (OÜ) (EUR 5.37 million).

**III. Legal assessment**

The transfer of the funds from the accounts of the payment service providers, which transferred the fraudulent funds to escrow accounts for the first time, took place at the instigation of the network managers and thus at the instigation of the (co-)perpetrators of the predicate offense.

908

In the present case, the accused network operators have specific mechanisms for protecting the integrity of the economic and financial circuit, namely the obligation under money laundering law for banks or payment service providers (section 2 of the Money Laundering Act) to identify their customers (economic beneficiaries, section 3 paragraph 1 of the Money Laundering Act) and to ensure that they carry on their business (sections 10 et seq. Money Laundering Act), by providing false information about the background to their business activities (alleged establishment of a franchise system) and by using bogus or shell companies. The superordinated companies - referred to as IBSP or management companies - are likewise just empty shells. Rather, their real business purpose was to collect and transfer funds. According to the results of the investigation, these are financial agents under the guise of a legal entity. In so far as those companies allegedly provided services to the merchants, the underlying invoices are merely bogus invoices. The accused merely built a façade to give the illegal business model a legal franchise façade, and to allow, undetected and under the cover of supposedly proper accounting, a multitude of accounts to divide and pool the incriminated funds.

By transferring the funds from the first account of collection (escrow accounts of the payment service providers) to other accounts of the online retailers, higher-level management companies or other domestic escrow accounts of a foreign payment service provider - in several cases -, they were "put into circulation" to conceal their criminal origin. This action constitutes intentional money laundering in accordance with Section 261 of the Criminal Code. Due to the modus operandi, the accused also acted as members of a gang and on a commercial basis, so that there is a sufficient suspicion of a particularly serious case under Section 261, paragraph 5 of the Criminal Code.

The tainting of the bank money on the above-mentioned "second-level accounts" continues through further transactions, so that the dispositions to the third-level, fourth-level accounts and so on each represent a renewed placing on the market of assets subjected to money laundering. **If the payments - as here - are related to time and purpose, a natural unit of action is assumed in favor of the accused. Although payments were made into the accounts over several years, these were made with regularity in accordance with a settlement mode and on the basis of a mere decision to act, and they were linked in time due to their**

909

EXT-MIZRACHI-02086

**continuity. Figuratively speaking, the same euro has been laundered several times by a large number of transactions. The fragmentation of this process into many individual acts would only artificially break down the willful money laundering process.**

**For the benefit of the accused, it is therefore assumed that in each transaction from the account receiving the fraudulent credit card payment to another account of a third party there is an independent (self-)laundering of money. The further transactions are connected to this transaction to form a natural unit of action.**

**IV.**

The personal and economic ties described above make it clear that the accused were aware of the overall processes and the function of each individual, and that each of them consciously and deliberately fulfilled their own role in this structure in order to contribute to the success of the system.

The operators of the fraudulent networks, the crime-as-a-service providers and the various bodies and senior employees of the German payment service providers joined forces over a long period of time to infiltrate the German financial center and create a shadow financial system in the Federal Republic of Germany, in addition to creating a credit card acceptance system for the collection of fraudulent funds and their subsequent concealment. which massively undermines the integrity of the financial center and the economic integrity of the location. During the period of the offence, the accused promoted the association from within, each according to their function and driven by a common intent, thereby assuming a position within the organization that identified them as members. The modus operandi used by the accused was, as they were aware, only possible through the individual contributions of each of them.

### E. Grounds for Arrest

910

EXT-MIZRACHI-02087

## 1. Risk of absconding pursuant to section 112 paragraph 2 number 2 of the Code of Criminal Procedure

The reason for arrest of the accused Mizrachi is the risk of absconding.

A risk of absconding is assumed if the assessment of the circumstances of the case makes it more likely that the accused will evade the criminal proceedings than that he will remain available for them. The assessment of the risk of absconding requires consideration of all the circumstances of the case, in particular the offenses with which the accused is charged, the personality of the accused, his living conditions, his previous life and his behavior after the offense.

This is the case here. The accused Mizrachi is a citizen of the United States and has no family or professional contacts in the Federal Republic of Germany, apart from the connections to the co-accused living in Germany. In view of the large number of criminal gang-related and commercial (computer) fraud and money laundering acts of which he is accused, as well as the accusation of forming a criminal organization abroad, he can expect to be sentenced to a severe and lengthy prison sentence in the present proceedings. In particular, it should be noted that the law provides for a minimum prison sentence of one year for each of the 9,698,629 acts of gang-related and commercial computer fraud. In addition, it is particularly significant that at least 2,436,588 credit card holders from 194 different countries also suffered financial losses as a result of the WebOps network operated by him and that total losses of EUR 195,660,340.83 were incurred. Furthermore, the attempted loss amounted to EUR 666,057,249. Moreover, the modus operandi applied in committing both the fraud and the subsequent money laundering offenses reveals considerable criminal energy and conspiratorial behavior on the part of the accused. The accused used the financial center of the Federal Republic of Germany as a hub for the collection and laundering of his criminal funds and severely shook the German financial system by creating a shadow financial system. Finally, his leading role in the overall organization must also be taken into account.

Although the expectation of punishment alone cannot justify the risk of absconding, it is the starting point for considering whether the incentive to abscond is so significant,

911

even taking into account all other circumstances, that it justifies the assumption that the accused is likely to pursue it. Against the background of the above-mentioned very considerable expected punishment, it can be assumed that the accused will not face the proceedings in Germany.

Furthermore, the results of the investigation show that the accused not only used payment service providers based in Germany to collect their fraudulent funds, but also in other European countries, such as Spain. In this respect, the accused Mizrachi has to fear prosecution not only in Germany, but also in other European countries, against the background of the judicial legal assistance that exists with almost all member states of the European Union in these proceedings.

In view of the expected recourse claims of the harmed parties and against the background of the asset recovery measures amounting to millions to be carried out in these proceedings, the accused Mizrachi is also likely to face the destruction of his economic existence, which further increases the already considerable incentive to flee.

It can also be assumed that the accused, at least at present, has considerable financial resources not only in his home country, but also stores assets in shell companies and escrow companies worldwide.

Finally, it must also be taken into account that the accused Mizrachi has a long-standing friendship and business relationship with the co-accused Jan Marsalek, who has been on the run from German prosecution since June 2020 with false personal details in connection with the insolvency of the former DAX group, Wirecard Aktiengesellschaft, and is suspected to be in the Russian Federation. The accused Marsalek has considerable financial resources and at the same time a large number of contacts to secret services which could make it easier for the accused to go into hiding.

## 2. Risk of collusion pursuant to section 112 paragraph 2 number 3 of the Code of Criminal Procedure

912

The reason for arrest of the accused Mizrachi is also the risk of collusion.

Such a danger always exists if the specific conduct of the accused gives rise to the strong suspicion that he, while at large, will interfere with material or personal evidence and thereby make it more difficult to establish the truth. This is the case here. There is a strong suspicion that the accused has access to other, as yet unidentified servers of the criminal organization. Therefore, there is a justified risk that he will destroy or dispose of evidence on these servers if he is left at liberty after knowing of the investigations.

The pre-trial detention order is not disproportionate to the importance of the case and the expected sentence or measure.

Less drastic measures (sections 116, 116a of the Code of Criminal Procedure) do not justify the expectation that the purpose of pre-trial detention can also be achieved by them.

*[Ilegible signature]*
Förger
Judge at the Local Court
as additional supervising judge

*[Round stamp:]*
Local Court of Koblenz
151

913

# **Rules applied:**

## **Section 263a of the German Criminal Code - Computer fraud:**

*(1) Any person who, with the intention of procuring an unlawful pecuniary advantage for themselves or a third party, damages the assets of another person by influencing the result of a data processing operation by the incorrect design of the program, by the use of incorrect or incomplete data, by unauthorized use of data or otherwise by unauthorized interference with the operation, shall be punished with imprisonment of up to five years or a fine.*

*(2) Section 263 paragraphs 2 to 6 shall apply mutatis mutandis.*

*(3) Any person who prepares a criminal offense under paragraph 1 by*

- *1. Producing computer programs which have the purpose is to commit such an offense, obtaining them for themselves or another person, offering them for sale, storing them, or transferring them to another person, or*
- *2. Producing passwords or other security codes that are suitable for committing such an offence, obtaining them for themselves or another person, offering them for sale, storing them, or transferring them to another person,*

*shall be punishable by imprisonment of up to three years or a fine.*

*(4) In the cases referred to in paragraph 3, section 149 paragraphs 2 and 3 shall apply mutatis mutandis.*

## **Section 263 of the German Criminal Code – Fraud:**

*(1) Any person who, with the intention of procuring an unlawful pecuniary advantage for themselves or for a third party, damages the property of another person by causing or maintaining an error by pretending false facts or by distorting or suppressing true facts, shall be punished with imprisonment of up to five years or a fine.*

*(2) The attempt is punishable.*

*(3) 1In particularly serious cases, the punishment shall be imprisonment of six months to ten years. 2A particularly serious case is usually present when the offender*

- *1. is acting commercially or as a member of a gang that has joined to perpetrate forgery or fraud,*
- *2. causes a large-scale loss of assets or acts with the intention of putting large numbers of people at risk of loss of assets by continuing to commit fraud,*
- *3. causes financial hardship to another person,*
- *4. abuses their powers or position as a public official or European public office holder; or*
- *5. fakes an insurance claim after they or another person have set fire to an object of significant value for this purpose or has destroyed it in whole or in part by setting fire or has caused a ship to sink or become stranded.*

914

EXT-MIZRACHI-02091

*(4) Section 243 paragraph 2 and sections 247 and 248a shall apply mutatis mutandis.*

*(5) Imprisonment of one year to ten years, in minor cases imprisonment of six months to five years, shall be imposed on a professional person who commits the fraud as a member of a gang that has joined to commit offenses in accordance with sections 263 to 264 or 267 to 269.*

*(6) The court may order supervision of conduct (section 68 paragraph 1).*

### Section 261 of the German Criminal Code – Money laundering:

*(1) 1Any person who performs the following actions on an object resulting from an unlawful act,*

- *1. hiding,*
- *2. exchanging, transferring or transporting with the intention of preventing its discovery, seizure, or determination of its origin,*
- *3. obtaining for themselves or a third party; or*
- *4. storing or using for themselves or for a third party if they knew its origin at the time when they obtained it,*

*shall be punished by imprisonment of up to five years or a fine. 2In the cases referred to in sentence 1, points 3 and 4, this shall not apply to an object previously obtained by a third party without thereby committing an unlawful act. 3In the cases referred to in sentence 1, points 3 and 4, a person who accepts a fee for his activity as a criminal defense lawyer is only acting intentionally, if they had reliable knowledge of the origin of the fee at the time of its acceptance.*

*(2) Any person who conceals or disguises facts which may be relevant to the discovery, confiscation or tracing of the origin of an object referred to in section 1 shall also be punished.*

*(3) The attempt is punishable.*

*(4) Any person who commits an act under paragraph 1 or paragraph 2 as an obligor under section 2 of the Money Laundering Act shall be punished with imprisonment of three months up to five years.*

*(5) 1In particularly serious cases, the punishment shall be imprisonment of six months to ten years. 2A particularly serious case is usually present when the offender is acting commercially or as a member of a gang that has joined to commit money laundering on a continuing basis.*

*(6) 1Any person who, in the cases referred to in paragraphs 1 or 2, does not recognize that the goods referred to in paragraph 1 are concerned due to carelessness shall be punished with imprisonment of up to two years or a fine. 2In the cases referred to in paragraph 1, sentence 1, points 3 and 4, sentence 1 shall not apply to a defense lawyer who accepts a fee for his activities.*

*(7) Any person who is liable to prosecution for involvement in the predicate offense shall be punished in accordance with paragraphs 1 to 6 only if he places the object on the market and conceals its illegal origin.*

*(8) According to paragraphs 1 to 6, a person shall not be punished,*

915

EXT-MIZRACHI-02092

- *1. who voluntarily reports the offense to the competent authority or voluntarily arranges for such a report to be made, if the offense had not already been discovered in whole or in part at that time and the offender knew this or had to reckon with it on a reasonable assessment of the facts, and*
- *2. who, in the cases referred to in paragraph 1 or 2, effects the freezing of the object under the conditions set out in point 1.*

*(9) Objects resulting from an offense committed abroad shall be treated as objects within the meaning of paragraph 1 if the offense would be unlawful under German criminal law and*

- *1. is punishable at the location of the crime, or*
- *2. is punishable under any of the following European Union rules and conventions:*
  - *a) Article 2 or Article 3 of the Convention of 26 May 1997 drawn up on the basis of Article K.3 paragraph 2 letter (c of the Treaty on European Union on the fight against corruption involving officials of the European Communities or officials of Member States of the European Union (Federal Law Gazette 2002 II p. 2727, 2729),*
  - *b) Article 1 of Council Framework Decision 2002/946/JHA of 28 November 2002 on the strengthening of the penal framework to prevent the facilitation of unauthorized entry, transit and residence (OJ L 328, 5.12.2002, p. 1),*
  - *c) Article 2 or Article 3 of Council Framework Decision 2003/568/JHA of 22 July 2003 on combating corruption in the private sector (OJ L 192, 31.7.2003, p. 54),*
  - *d) Article 2 or Article 3 of Council Framework Decision 2004/757/JHA of 25 October 2004 laying down minimum provisions on the constituent elements of criminal acts and penalties in the field of illicit drug trafficking (OJ L 335, 11.11.2004, p. 8), as last amended by Delegated Directive (EU) 2019/369 (OJ L 66, 7.3.2019, p. 3),*
  - *e) Article 2 letter a of Council Framework Decision 2008/841/JHA of 24 October 2008 on combating organized crime (OJ L 300, 11.11.2008, p. 42),*
  - *f) Article 2 or Article 3 of Directive 2011/36/EU of the European Parliament and of the Council of 5 April 2011 on preventing and combating trafficking in human beings and protecting its victims, and replacing Council Framework Decision 2002/629/JHA (OJ L 101, 15.4.2011, p. 1),*
  - *g) Articles 3 to 8 of Directive 2011/93/EU of the European Parliament and of the Council of 13 December 2011 on combating the sexual abuse and sexual exploitation of children and child pornography, and replacing Council Framework Decision 2004/68/JHA (OJ L 335, 17.12.2011, p. 1; L 18, 21.1.2012, p. 7); or*
  - *h) Articles 4 to 9, paragraphs 1 and 2 letter b or Articles 10 to 14 of Directive (EU) 2017/541 of the European Parliament and of the Council of 15 March 2017 on combating terrorism and replacing Council Framework Decision 2002/475/JHA and amending Council Decision 2005/671/JHA (OJ L 88, 31.3.2017, p. 6).*

*(10) 1Objects, to which the offense is related, may be confiscated. 2Section 74a shall apply. 3Sections 73 to 73e remain unaffected and shall take precedence over confiscation pursuant to section 74 paragraph 2, also in conjunction with sections 74a and 74c.*

916

EXT-MIZRACHI-02093

**Section 129 of the German Criminal Code – Formation of criminal associations**

*(1) 1Any person setting up an association or participating in an association as a member, where the subject matter or activity is to commit offenses and where the maximum punishment for these offences is imprisonment of at least 2 years, shall be punished with imprisonment of up to five years or a fine. 2Any person who supports such an association or who recruits members or supporters for it shall be punished with imprisonment of up to three years or a fine.*

*(2) An association is a long-term organization, independent of the definition of the roles of its members, continuity of membership and organization of more than two persons, pursuing an overriding common interest.*

*(3) Paragraph 1 shall not apply,*

- *1. if the association is a political party which the Federal Constitutional Court has not declared unconstitutional,*
- *2. the committing of criminal offenses is only a secondary purpose or activity; or*
- *3. insofar as the purposes or activity of the association concern offenses under section 84 to 87.*

*(4) Attempts to form an association as referred to in sentence 1 of paragraph 1 and in paragraph 2 shall be punishable.*

*(5) 1In particularly serious cases of the first sentence of paragraph 1, imprisonment of six months to five years shall be imposed. 2A particularly serious case is usually present when the offender belongs to the ringleaders or backers of the association. 3In the cases referred to in sentence 1 of paragraph 1, imprisonment of six months to ten years shall be imposed if the purpose or activity of the association is to meet the requirements of section 100b paragraph 2 number 1 letters a, c, d, e and g to n[2], offenses referred to in numbers 2 to 8 and 10 of the Code of Criminal Procedure, with the exception of the offenses referred to in section 100b paragraph 2 number 1 letter h of the Code of Criminal Procedure, in accordance with sections 239a and 239b of the Criminal Code.*

*(6) The court may waive the punishments provided for in paragraphs 1 and 4 in respect of persons whose guilt is negligible and whose involvement is of minor importance.*

*(7) The court may, at its discretion, reduce the punishment (section 49 paragraph 2) or refrain from punishment under these provisions if the offender*

- *1. voluntarily and seriously endeavors to prevent the continuation of the association or the commission of an offense consistent with its objectives; or*
- *2. voluntarily discloses their knowledge to a court office in good time in such a way that crimes, where the planning is known to them, can still be prevented;*

*if the offender achieves his objective of preventing the continuation of the association or if it is achieved without their efforts, they shall not be punished.*

**Sections 129b of the German Criminal Code – Criminal and terrorist organizations abroad**

*(1) 1Sections 129 and 129a also apply to associations abroad. 2Where the offense relates to an association outside the Member States of the European Union, this shall*

917

EXT-MIZRACHI-02094

*apply only if the offence is committed by an activity carried out within the territorial scope of this Act or if the offender or victim is German or is present in Germany. 3In the cases referred to in sentence 2, the offense shall only be prosecuted with the authorization of the Federal Ministry of Justice and Consumer Protection. 4Authorization may be granted on a case-by-case basis or, more generally, for the prosecution of future acts relating to a particular group. 5In the decision regarding the authorization, the Ministry shall take into account whether the association's efforts are directed against the fundamental values of a state order respecting human dignity or against peaceful coexistence of peoples and appear reprehensible when all the circumstances are considered.*

*(2) In the cases of sections 129 and 129a, in each case also in conjunction with paragraph 1, section 74a shall apply.*

[Ilegible signature]

Förger

Judge at the Local Court

as additional supervising judge

[Round stamp:]

Local Court of Koblenz

151

918

EXT-MIZRACHI-02095



**Rhineland-Palatinate**
District Attorney's Office of Koblenz

# Data carrier
## Attachments to Arrest Warrant
## Guy Mizrachi



Dortmund, 30.06.2025



EXT-MIZRACHI-02096