TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
Assistant United States Attorney
1200 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-0721
Facsimile: (213) 894-0141
E-mail: John.Lulejian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUY MIZRACHI,<br><br>A Fugitive from the Government of the Federal Republic of Germany. | No. 2:26-cv-02069-FLA-SK<br><br>[Proposed] ORDER |

HAVING CONSIDERED THE PARTIES' STIPULATION AND FOR GOOD CAUSE SHOWN, the Court HEREBY VACATES all deadlines and the status conference scheduled for December 9, 2026, at 1:30 p.m. The COURT FURTHER ORDERS the United States to file a Status Report updating the

\\

\\

\\

\\

Court on the German judicial proceedings on or before December 18, 2026.

IT IS SO ORDERED.

______________________
DATE

______________________
THE HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE

Respectfully presented by:

*/s/ John J. Lulejian*
JOHN J. LULEJIAN
Assistant United States Attorney